# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00217 |
| William Pope, (DOB: XXXXXXXXX) | ) | Assigned to: Judge Faruqui, Zia M |
| Michael Pope, (DOB: XXXXXXXX) | ) | Assign Date: 2/10/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1512(c)(2) | Obstructing or Impeding Any Official Proceeding |
| 18 U.S.C. 231(a)(3) | Civil Disorder |
| 18 U.S.C. 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds |
| 18 U.S.C. 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. 5104(e)(2)(E) | Impeding Passage Through the Capitol Grounds or Buildings |
| 40 U.S.C. 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Clay Chase, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/10/2021

_____
*Judge's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*