**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | * |
|  | *   Case No.   1:21-CR-00128-1 (RC) |
| v. | * |
| **WILLIAM POPE,** | * |
| **Defendant.** | ****** |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Terry Eaton of The Eaton Law Firm, PLLC joining as Counsel for the Defendant, William Pope, in the above-captioned matter.  Counsel has been appointed to represent Mr. Pope under the Criminal Justice Act as lead trial counsel.

I certify that I am admitted to practice in this Court, and my bar number is 485734.

Respectfully submitted,

THE EATON LAW FIRM, PLLC

BY:

_____/s/_____
Terry Eaton
D.C. Bar No. 485734
1050 Connecticut Avenue, NW
# 65041
Washington, DC 20035
Tel: (202) 780-4270
Fax: (202) 780-4270
Email: terry@eatonlawfirm.net