# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-128 (RC) |
| : | |
| **WILLIAM POPE, and** : | |
| **MICHAEL POPE,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Based upon the representations in the Joint Motion to Continue the May 5, 2021 Status hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court finds that a it would best serve the interests and ends of justice and outweighs the interests of the public and the Defendants in a speedy trial to continue this matter to allow the parties to continue to review discovery and discuss any potential pre-trial resolution.

Therefore, it is this _____ day of _____, 2021,

**ORDERED** that the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, is hereby GRANTED; it is further

**ORDERED** that this proceeding is continued to _____, 2021, at _____; and it is further

**ORDERED** that the time period from the May 3, 2021 through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE