# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Case No. 21-cr-128 (RC) |
| : | |
| **WILLIAM POPE, and** : | |
| **MICHAEL POPE,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated May 4, 2021, be made part of the record in this case.

                                                    Respectfully submitted,

                                                    CHANNING D. PHILLIPS
                                                    ACTING UNITED STATES ATTORNEY
                                                    D.C. Bar No. 415793

By:   */s/ Jeffrey N. Poulin*
        Jeffrey N. Poulin
        WV Bar No. 11437
        Assistant United States Attorney
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, DC 20530
        Phone: (202) 252-2641

## CERTIFICATE OF SERVICE

On May 4, 2021, a copy of the foregoing notice and attached discovery letter were served on counsels for defendants through the Court's Electronic Filing System and by email with the listed attachments provided to counsel through the means described in the discovery letter.

                                                    */s/ Jeffrey N. Poulin*
                                                    Jeffrey N. Poulin
                                                    Assistant United States Attorney