

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

May 4, 2021

**BY EMAIL**
Carlos Vanegas, Esq.
Assistant Federal Public Defender
Counsel for Michael Pope
Carlos_Vanegas@fd.org

Terry Eaton, Esq.
The Eaton Law Firm, PLLC
Counsel for William Pope
terry@eatonlawfirm.net

      Re:    <u>United States v. William Pope and Michael Pope</u>
                Criminal No. 2021-CR-128 (RC)

Dear Counsels:

      Attached please find discovery in this matter, which is being provided through a shared file on USA File Exchange titled "US v. William Pope and Michael Pope". These items are from both investigative files related to these co-defendants, which I will refer to as the "Kansas Investigative File" and "Idaho Investigative File". There is some overlap between the two groups of production.

These items are being provided pursuant to the agreed upon protective order, and pursuant to that order certain items are listed as "SENSITIVE" or "HIGHLY SENSITIVE" within the description portion of the lists below.

The following items were provided in discovery on May 4, 2021:

**Kansas Investigative File**

| Platform | Quantity | Description | Production Date |
|---|---|---|---|
| USAfx | 1 pdf & 1 | OPENING EC - WILLIAM ALEXANDER POPE<br>• 266T-KC-3370165_0000001.pdf | 5/4/2021 |

1

| | attachment | Attachment<br>• 266T-KC-3370165_0000001_1A0000001_0000001.S – NOTE: Open using a web browser | |
|---|---|---|---|
| USAfx | 1 pdf & 12 attachments | Follow up with complainant- Subjects: William Pope and Michael Pope (U//FOUO)<br>• 266T-KC-3370165_0000002.pdf<br><br>Attachments:<br>266T-KC-3370165_0000002_1A0000801_0000001.3gp<br>266T-KC-3370165_0000002_1A0000801_0000002.jpg<br>266T-KC-3370165_0000002_1A0000801_0000003.jpg<br>266T-KC-3370165_0000002_1A0000801_0000004.jpg<br>266T-KC-3370165_0000002_1A0000801_0000005.jpg<br>266T-KC-3370165_0000002_1A0000801_0000006.jpg<br>266T-KC-3370165_0000002_1A0000801_0000007.jpg<br>266T-KC-3370165_0000002_1A0000801_0000008.jpg<br>266T-KC-3370165_0000002_1A0000801_0000009.jpg<br>266T-KC-3370165_0000002_1A0000801_0000010.jpg<br>266T-KC-3370165_0000002_1A0000801_0000011.jpg<br>266T-KC-3370165_0000002_1A0000801_0000012.jpg | 5/4/2021 |
| USAfx | 1 pdf | (online tip) On 01/07/2021, at 10:06 AM Eastern Time, V.M., date of birth ********,<br>• 266T-KC-3370165_0000003.pdf | 5/4/2021 |
| USAfx | 1 pdf & 1 attachment | J. and S. (aka C.) A. interview on January 8, 2021<br>• 266T-KC-3370165_0000004.pdf<br>Attachment<br>• 266T-KC-3370165_0000004_1A0000002_0000001_PHYSICAL.pdf | 5/4/2021 |
| USAfx | 1 pdf & 2 attachments | (online tip) U KSU PhD student inside Capitol building<br>• 266T-KC-3370165_0000006.pdf<br><br>Attachments<br><br>266T-KC-3370165_0000006_1A0000003_0000001.jpg<br><br><br>266T-KC-3370165_0000006_1A0000003_0000002.jpg | 5/4/2021 |

| USAfx | 1 pdf & 6 attachments | Follow up on Michael Anthony Pope<br>• 266T-KC-3370165_0000007.pdf<br><br>Attachments<br>266T-KC-3370165_0000007_1A0001242_0000001.pdf<br>266T-KC-3370165_0000007_1A0001242_0000002.pdf<br>• SENSITIVE<br>266T-KC-3370165_0000007_1A0001242_0000003.jpg<br>266T-KC-3370165_0000007_1A0001242_0000004.pdf<br>• SENSITIVE<br>266T-KC-3370165_0000007_1A0001242_0000005.jpg<br>266T-KC-3370165_0000007_1A0001242_0000006.jpg | 5/4/2021 |
|---|---|---|---|
| USAfx | 1 pdf | Phone interview of R. G. on January 13, 2021<br>• 266T-KC-3370165_0000008.pdf | 5/4/2021 |
| USAfx | 1 pdf & 2 attachments | Local news coverage of William Pope being inside the U.S. Capitol on January 6, 2021.<br>• 266T-KC-3370165_0000009.pdf<br>Attachments<br><br>266T-KC-3370165_0000009_1A0000004_0000001.S<br>• NOTE—Open with web browswer<br><br>266T-KC-3370165_0000009_1A0000004_0000002.pdf | 5/4/2021 |
| USAfx | 1 pdf & 5 attachments | Open source captures of social and digital media sites<br>• 266T-KC-3370165_0000010.pdf<br><br>Attachments<br><br>266T-KC-3370165_0000010_1A0000005_0000001.JPG<br><br>266T-KC-3370165_0000010_1A0000005_0000002.JPG<br><br>266T-KC-3370165_0000010_1A0000005_0000003.JPG<br><br>266T-KC-3370165_0000010_1A0000005_0000004.JPG<br><br>266T-KC-3370165_0000010_1A0000005_0000005.JPG | 5/4/2021 |

| | | | |
|---|---|---|---|
| USAfx | 2 pdfs | Employment, KCJIS, and NCIC for William Pope<br>• 266T-KC-3370165_0000011.pdf (SENSITIVE)<br><br>Attached Report<br>• 266T-KC-3370165_0000011_1A0000006_0000001.pdf (SENSITIVE) | 5/4/2021 |
| USAfx | 1 pdf | Telephone contact with William Pope on January 15, 2021<br>• 266T-KC-3370165_0000012.pdf | 5/4/2021 |
| USAfx | 2 pdfs | William_Pope_name_results.pdf<br>• 266T-KC-3370165_0000015_1A0000007_0000001.pdf<br>William_Pope_face_search_results.pdf<br>• 266T-KC-3370165_0000015_1A0000007_0000002.pdf | 5/4/2021 |
| USAfx | 1 pdf | (Interview) William Alexander Pope on January 21, 2021<br>• 266T-KC-3370165_0000016.pdf | 5/4/2021 |
| USAfx | 1 pdf | (Interview) USCP Officer Albert Chow on January 22, 2021<br>• 266T-KC-3370165_0000017.pdf | 5/4/2021 |
| USAfx | 1 pdf & 7 attachments | Spot Check of 1106 NW Jackson Street on January 25, 2021<br>• 266T-KC-3370165_0000019.pdf<br>Attachments<br>266T-KC-3370165_0000019_1A0000009_0000001.JPG<br>266T-KC-3370165_0000019_1A0000009_0000002.JPG<br>266T-KC-3370165_0000019_1A0000009_0000003.JPG<br>266T-KC-3370165_0000019_1A0000009_0000004.JPG<br>266T-KC-3370165_0000019_1A0000009_0000005.JPG<br>266T-KC-3370165_0000019_1A0000009_0000006.JPG<br>266T-KC-3370165_0000019_1A0000009_0000007.JPG | 5/4/2021 |
| USAfx | 1 pdf | (online tip) 200121-1720.pdf<br>• 266T-KC-3370165_0000020_1A0007422_0000001.pdf | 5/4/2021 |
| USAfx | 1 pdf | Review of U.S. Capitol Riot Youtube video posted by John Sullivan (aka Jayden X)<br>• 266T-KC-3370165_0000021.pdf | 5/4/2021 |
| USAfx | 1 pdf & 3 attachments (video) | Initial review of U.S. Capitol CCTV on January 27, 2021<br>• 266T-KC-3370165_0000022.pdf<br><br>Attachments: (HIGHLY SENSITIVE (ALL)) | 5/4/2021 |

4

| | | | |
|---|---|---|---|
| | | 266T-KC-3370165_0000022_1A0000010_0000001.mp4 (HIGHLY SENSITIVE)<br><br>266T-KC-3370165_0000022_1A0000010_0000002.mp4 (HIGHLY SENSITIVE)<br><br>266T-KC-3370165_0000022_1A0000010_0000003.mp4 (HIGHLY SENSITIVE) | |
| USAfx | 1 pdf & 3 attachments (video) | Review of U.S. Capitol CCTV on January 28, 2021<br>• 266T-KC-3370165_0000023.pdf<br><br>Attachments: (HIGHLY SENSITIVE (ALL))<br><br>266T-KC-3370165_0000023_1A0000011_0000001.mp4 (HIGHLY SENSITIVE)<br><br>266T-KC-3370165_0000023_1A0000011_0000002.mp4 (HIGHLY SENSITIVE)<br><br>266T-KC-3370165_0000023_1A0000011_0000003.mp4 (HIGHLY SENSITIVE) | 5/4/2021 |
| USAfx | 1 pdf & 2 attachments | J. A. photo identification of William Pope on January 29, 2021<br>• 266T-KC-3370165_0000024.pdf<br>Attachments:<br><br>266T-KC-3370165_0000024_1A0000012_0000001.png<br><br>266T-KC-3370165_0000024_1A0000012_0000002.png | 5/4/2021 |
| USAfx | 1 pdf | Review of William Pope Facebook Live Video from January 6, 2021<br>• 266T-KC-3370165_0000025.pdf | 5/4/2021 |

| USAfx | 1 pdf & 5 attachments (video) | Review of U.S. Capitol CCTV on January 31, 2021<br>• 266T-KC-3370165_0000026.pdf<br><br>Attachments: (HIGHLY SENSITIVE (ALL))<br><br>266T-KC-3370165_0000026_1A0000013_0000001.mp4 (HIGHLY SENSITIVE)<br><br>266T-KC-3370165_0000026_1A0000013_0000002.mp4 (HIGHLY SENSITIVE)<br><br>266T-KC-3370165_0000026_1A0000013_0000003.mp4 (HIGHLY SENSITIVE)<br><br>266T-KC-3370165_0000026_1A0000013_0000004.mp4 (HIGHLY SENSITIVE)<br><br>266T-KC-3370165_0000026_1A0000013_0000005.mp4 (HIGHLY SENSITIVE) | 5/4/2021 |
|---|---|---|---|
| USAfx | 1 pdf | Review of Youtube video from US Capitol attack<br>• 266T-KC-3370165_0000027.pdf | 5/4/2021 |
| USAfx | 2 pdfs | Premises Search Warrant and Affidavit<br>• 266T-KC-3370165_0000028_1A0000014_0000001.pdf<br>• 266T-KC-3370165_0000028_1A0000014_0000002.pdf | 5/4/2021 |
| USAfx | 1 pdf & 2 attachments (video) | Review of U.S. Capitol CCTV on February 1, 2021<br>• 266T-KC-3370165_0000029.pdf<br><br>Attachments: (HIGHLY SENSITIVE (ALL))<br><br>266T-KC-3370165_0000029_1A0000015_0000001.mp4 (HIGHLY SENSITIVE)<br>266T-KC-3370165_0000029_1A0000015_0000002.mp4 (HIGHLY SENSITIVE) | 5/4/2021 |
| USAfx | 6 pdfs | Complaint/Arrest Warrant Documents<br>• 266T-KC-3370165_0000032_1A0000001_0000002.pdf<br>• 266T-KC-3370165_0000032_1A0000001_0000003.pdf<br>• 266T-KC-3370165_0000032_1A0000001_0000004.pdf | 5/4/2021 |

| | | | |
|---|---|---|---|
| | | • 266T-KC-3370165_0000032_1A0000001_0000005.pdf<br>• 266T-KC-3370165_0000032_1A0000001_0000006.pdf<br>• 266T-KC-3370165_0000032_1A0000001_0000007.pdf | |
| USAfx | 1 pdf & 4 attachments | Evidence collected on February 12, 2021<br>• 266T-KC-3370165_0000035.pdf<br><br>Attachments<br>266T-KC-3370165_0000035_1A0000018_0000001.pdf<br>266T-KC-3370165_0000035_1A0000018_0000002.pdf<br><br><br>266T-KC-3370165_0000035_1A0000018_0000003.pdf<br>266T-KC-3370165_0000035_1A0000018_0000004.pdf | 5/4/2021 |
| USAfx | 1 pdf | Arrest and search of William Pope on February 12, 2021<br>• 266T-KC-3370165_0000036.pdf | 5/4/2021 |
| USAfx | 1 pdf | Transfer of William Pope to USMS Custody on February 16, 2021<br>• 266T-KC-3370165_0000037.pdf | 5/4/2021 |
| USAfx | 1 pdf & 2 attachments | Return of Cellular Phone to William Pope on February 16, 2021<br>• 266T-KC-3370165_0000038.pdf<br>Attachments<br><br>266T-KC-3370165_0000038_1A0000019_0000001.pdf<br><br>266T-KC-3370165_0000038_1A0000019_0000002.pdf | 5/4/2021 |
| USAfx | 1 pdf | Google Device Location<br>• 266T-KC-3370165_0000040_1A0000020_0000001.pdf | 5/4/2021 |
| USAfx | 1 pdf | Indictment<br>• 266T-KC-3370165_0000041_1A0000005_0000001.pdf | 5/4/2021 |
| USAfx | 1 pdf & 2 attachments | Search Warrant Returns for William Pope Facebook Account<br>• 266T-KC-3370165_0000042.pdf<br>Attachments<br>266T-KC-3370165_0000042_1A0000006_0000001.pdf<br>266T-KC-3370165_0000042_1A0000006_0000002.pdf | 5/4/2021 |

| USAfx | 1 pdf | To Document Receipt of CCTV from U.S. Capitol Police<br>• 266T-KC-3370165_0000044.pdf | 5/4/2021 |
|---|---|---|---|
| USAfx | 1 pdf & 38 attachments | Search Warrant Returns for William Pope Twitter Account<br>• 266T-KC-3370165_0000047.pdf<br>Attachments<br><br>266T-KC-3370165_0000047_1A0000008_0000001.txt<br><br>266T-KC-3370165_0000047_1A0000008_0000002.txt<br><br>266T-KC-3370165_0000047_1A0000008_0000003.txt<br><br>266T-KC-3370165_0000047_1A0000008_0000004.jpg<br><br>266T-KC-3370165_0000047_1A0000008_0000005.txt<br>266T-KC-3370165_0000047_1A0000008_0000006.txt<br><br>266T-KC-3370165_0000047_1A0000008_0000007.txt<br><br>266T-KC-3370165_0000047_1A0000008_0000008.txt<br><br>266T-KC-3370165_0000047_1A0000008_0000009.txt<br><br>266T-KC-3370165_0000047_1A0000008_0000010.txt<br><br>266T-KC-3370165_0000047_1A0000008_0000011.txt<br><br>266T-KC-3370165_0000047_1A0000008_0000012.png<br><br>266T-KC-3370165_0000047_1A0000008_0000013.mp4<br><br>266T-KC-3370165_0000047_1A0000008_0000014.mp4<br>266T-KC-3370165_0000047_1A0000008_0000015.txt<br><br>266T-KC-3370165_0000047_1A0000008_0000016.txt<br><br>266T-KC-3370165_0000047_1A0000008_0000017.txt<br><br>266T-KC-3370165_0000047_1A0000008_0000018.txt<br>266T-KC-3370165_0000047_1A0000008_0000019.asc<br><br>266T-KC-3370165_0000047_1A0000008_0000020.jpg | 5/4/2021 |

| | | | |
|---|---|---|---|
| | | 266T-KC-3370165_0000047_1A0000008_0000021.jpg <br><br> 266T-KC-3370165_0000047_1A0000008_0000022.mp4 <br> 266T-KC-3370165_0000047_1A0000008_0000023.txt <br><br> 266T-KC-3370165_0000047_1A0000008_0000024.mp4 <br><br> 266T-KC-3370165_0000047_1A0000008_0000025.txt <br><br> 266T-KC-3370165_0000047_1A0000008_0000026.txt <br><br> 266T-KC-3370165_0000047_1A0000008_0000027.txt <br><br> 266T-KC-3370165_0000047_1A0000008_0000028.jpg <br><br> 266T-KC-3370165_0000047_1A0000008_0000029.txt <br><br> 266T-KC-3370165_0000047_1A0000008_0000030.mp4 <br> 266T-KC-3370165_0000047_1A0000008_0000031.txt <br><br> 266T-KC-3370165_0000047_1A0000008_0000032.jpg <br><br> 266T-KC-3370165_0000047_1A0000008_0000033.txt <br><br> 266T-KC-3370165_0000047_1A0000008_0000034.mp4 <br><br> 266T-KC-3370165_0000047_1A0000008_0000035.jpg <br><br> 266T-KC-3370165_0000047_1A0000008_0000036.jpg <br> 266T-KC-3370165_0000047_1A0000008_0000037.txt <br><br> 266T-KC-3370165_0000047_1A0000008_0000038.jpg | |
| USAfx | 1 pdf & 2 attachments | Partial Analysis of Facebook Return <br> • 266T-KC-3370165_0000048.pdf <br> Attachments <br> 266T-KC-3370165_0000048_1A0000007_0000001.pdf <br><br> 266T-KC-3370165_0000048_1A0000007_0000002.pdf | 5/4/2021 |
| USAfx | 6 pdfs | Twitter and Facebook Search Warrant Documents <br> • 266T-KC-3370165_0000049_1A0000004_0000001.pdf | 5/4/2021 |

- 266T-KC-3370165_0000049_1A0000004_0000002.pdf
- 266T-KC-3370165_0000049_1A0000004_0000003.pdf
- 266T-KC-3370165_0000049_1A0000004_0000006.pdf
- 266T-KC-3370165_0000049_1A0000004_0000007.pdf
- 266T-KC-3370165_0000049_1A0000004_0000008.pdf

**Idaho Investigative File**

| Platform | Quantity | Description | Production Date |
|---|---|---|---|
| USAfx | 1 pdf & 4 attachment | Opening Communication<br>• 0176-SU-3373084_0000001.pdf<br>Attachment<br>0176-SU-3373084_0000001_1A0000001_0000001.jpg<br>0176-SU-3373084_0000001_1A0000001_0000002.png<br>0176-SU-3373084_0000001_1A0000001_0000003.jpg<br>0176-SU-3373084_0000001_1A0000001_0000004.jpg | 5/4/2021 |
| USAfx | 1 pdf & 7 attachments | Receipt and comparison of Drivers License Photograph of Michael Anthony Pope<br>• 0176-SU-3373084_0000003.pdf<br>Attachments:<br>0176-SU-3373084_0000003_1A0000002_0000001.pdf<br>0176-SU-3373084_0000003_1A0000002_0000002.pdf<br>• SENSITIVE<br>0176-SU-3373084_0000003_1A0000003_0000001.jpg<br>0176-SU-3373084_0000003_1A0000003_0000002.jpg<br>0176-SU-3373084_0000003_1A0000003_0000003.jpg<br>0176-SU-3373084_0000003_1A0000003_0000004.jpg<br>0176-SU-3373084_0000003_1A0000003_0000005.jpg | 5/4/2021 |
| USAfx | 1 pdf | Telephone Number for Michael Anthony Pope<br>• 0176-SU-3373084_0000004.pdf | 5/4/2021 |
| USAfx | 1 pdf | Interview of Michael Anthony Pope<br>• 0176-SU-3373084_0000005.pdf | 5/4/2021 |
| USAfx | 1 pdf | (interview) William Alexander Pope on January 21, 2021<br>• 0176-SU-3373084_0000006.pdf | 5/4/2021 |
| USAfx | 1 pdf & 12 attachments | Follow up with complainant- Subjects: William Pope and Michael Pope<br>• 0176-SU-3373084_0000009.pdf<br>Attachments | 5/4/2021 |

10

| | | | |
|---|---|---|---|
| | | 0176-SU-3373084_0000009_1A0000801_0000001.3gp<br>0176-SU-3373084_0000009_1A0000801_0000002.jpg<br>0176-SU-3373084_0000009_1A0000801_0000003.jpg<br>0176-SU-3373084_0000009_1A0000801_0000004.jpg<br>0176-SU-3373084_0000009_1A0000801_0000005.jpg<br>0176-SU-3373084_0000009_1A0000801_0000006.jpg<br>0176-SU-3373084_0000009_1A0000801_0000007.jpg<br>0176-SU-3373084_0000009_1A0000801_0000008.jpg<br>0176-SU-3373084_0000009_1A0000801_0000009.jpg<br>0176-SU-3373084_0000009_1A0000801_0000010.jpg<br>0176-SU-3373084_0000009_1A0000801_0000011.jpg<br>0176-SU-3373084_0000009_1A0000801_0000012.jpg | |
| USAfx | 1 pdf | J. and S. (aka C.) A. interview on January 8, 2021<br>• 0176-SU-3373084_0000010.pdf | 5/4/2021 |
| USAfx | 1 pdf | Review of U.S. Capitol Riot Youtube video posted by John Sullivan (aka Jayden X)<br>• 0176-SU-3373084_0000011.pdf | |
| USAfx | 1 pdf & 3 attachments (vide) | Initial review of U.S. Capitol CCTV on January 27, 2021<br>• 0176-SU-3373084_0000012.pdf<br>Attachments: (HIGHLY SENSITIVE (ALL))<br><br>0176-SU-3373084_0000012_1A0000010_0000001.mp4 (HIGHLY SENSITIVE)<br><br>0176-SU-3373084_0000012_1A0000010_0000002.mp4 (HIGHLY SENSITIVE)<br><br>0176-SU-3373084_0000012_1A0000010_0000003.mp4 (HIGHLY SENSITIVE) | 5/4/2021 |
| USAfx | 1 pdf & 3 attachments | Review of U.S. Capitol CCTV on January 28, 2021<br>• 0176-SU-3373084_0000013.pdf<br>Attachments: (HIGHLY SENSITIVE (ALL))<br><br>0176-SU-3373084_0000013_1A0000011_0000001.mp4 (HIGHLY SENSITIVE)<br><br>0176-SU-3373084_0000013_1A0000011_0000002.mp4 (HIGHLY SENSITIVE) | 5/4/2021 |

| | | | |
|---|---|---|---|
| | | 0176-SU-3373084_0000013_1A0000011_0000003.mp4 (HIGHLY SENSITIVE) | |
| USAfx | 1 pdf | Review of William Pope Facebook Live Video from January 6, 2021<br>• 0176-SU-3373084_0000014.pdf | 5/4/2021 |
| USAfx | 1 pdf & 5 attachments | Review of U.S. Capitol CCTV on January 31, 2021<br>• 0176-SU-3373084_0000015.pdf<br>Attachments: (HIGHLY SENSITIVE (ALL))<br><br>0176-SU-3373084_0000015_1A0000013_0000001.mp4 (HIGHLY SENSITIVE)<br><br>0176-SU-3373084_0000015_1A0000013_0000002.mp4 (HIGHLY SENSITIVE)<br><br>0176-SU-3373084_0000015_1A0000013_0000003.mp4 (HIGHLY SENSITIVE)<br><br>0176-SU-3373084_0000015_1A0000013_0000004.mp4 (HIGHLY SENSITIVE)<br><br>0176-SU-3373084_0000015_1A0000013_0000005.mp4 (HIGHLY SENSITIVE) | 5/4/2021 |
| USAfx | 1 pdf | Review of Youtube video from US Capitol attack<br>• 0176-SU-3373084_0000016.pdf (SENSITIVE) | 5/4/2021 |
| USAfx | 1 pdf & 2 attachments | Review of U.S. Capitol CCTV on February 1, 2021<br>• 0176-SU-3373084_0000017.pdf<br>Attachments: (HIGHLY SENSITIVE (ALL))<br><br>0176-SU-3373084_0000017_1A0000015_0000001.mp4 (HIGHLY SENSITIVE)<br>0176-SU-3373084_0000017_1A0000015_0000002.mp4 (HIGHLY SENSITIVE) | 5/4/2021 |
| USAfx | 1 pdf & 3 attachments | Review of Registered Vehicles and License Plate Readers.<br>• 0176-SU-3373084_0000018.pdf<br>Attachments<br><br>0176-SU-3373084_0000018_1A0000004_0000001.pdf<br><br>0176-SU-3373084_0000018_1A0000005_0000001.pdf | 5/4/2021 |

| | | | |
|---|---|---|---|
| | | 0176-SU-3373084_0000018_1A0000005_0000002.pdf | |
| USAfx | 6 pdfs | Complaint/Arrest Warrant Documents<br>• 0176-SU-3373084_0000019_1A0000001_0000002.pdf<br>• 0176-SU-3373084_0000019_1A0000001_0000003.pdf<br>• 0176-SU-3373084_0000019_1A0000001_0000004.pdf<br>• 0176-SU-3373084_0000019_1A0000001_0000005.pdf<br>• 0176-SU-3373084_0000019_1A0000001_0000006.pdf<br>• 0176-SU-3373084_0000019_1A0000001_0000007.pdf | 5/4/2021 |
| USAfx | 1 pdf | Arrest of Michael Anthony Pope<br>• 0176-SU-3373084_0000021.pdf | 5/4/2021 |
| USAfx | 1 pdf & 2 attachments | Partial Analysis of Facebook Return<br>• 0176-SU-3373084_0000026.pdf<br><br>Attachments<br><br>0176-SU-3373084_0000026_1A0000007_0000001.pdf<br><br>0176-SU-3373084_0000026_1A0000007_0000002.pdf | 5/4/2021 |
| USAfx | 1 pdf | Service of FGJ Subpoenas<br>• 0176-SU-3373084-GJ_0000002.pdf | 5/4/2021 |

| USAfx | 1 pdf & 4 attachments | Return of AA Grand Jury Subpoena requests<br>• 0176-SU-3373084-GJ_0000003.pdf<br>Attachments:<br>0176-SU-3373084-GJ_0000003_1A0000003_0000001.pdf<br><br>0176-SU-3373084-GJ_0000003_1A0000003_0000002.pdf<br>0176-SU-3373084-GJ_0000003_1A0000003_0000003.pdf<br>0176-SU-3373084-GJ_0000003_1A0000003_0000004.pdf | 5/4/2021 |
|---|---|---|---|
| USAfx | 1 pdf & 6 attachments | Receipt of Delta Airlines Grand Jury Subpoena Return<br>• 0176-SU-3373084-GJ_0000004.pdf<br>Attachments<br>0176-SU-3373084-GJ_0000004_1A0000004_0000001.PDF<br><br>0176-SU-3373084-GJ_0000004_1A0000004_0000002.pdf<br>0176-SU-3373084-GJ_0000004_1A0000004_0000003.PDF<br>0176-SU-3373084-GJ_0000004_1A0000004_0000004.pdf<br><br><br>0176-SU-3373084-GJ_0000004_1A0000004_0000006.PDF<br>0176-SU-3373084-GJ_0000004_1A0000004_0000007.PDF | 5/4/2021 |

          Respectfully,

          CHANNING D. PHILLIPS
          ACTING UNITED STATES ATTORNEY

By:   _/s/ *Jeffrey N. Poulin*_____
       Jeffrey N. Poulin
       Assistant United States Attorney