UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-cr-128 (RC) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM POPE, et al., | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Trial Attorney, Detailee, Jacob Steiner. Trial Attorney Jacob Steiner will be substituting for Assistant United States Attorney Jeffrey Poulin.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:  /s/ *Jacob R. Steiner*
Jacob R. Steiner
California Bar No. 325239
Trial Attorney, Detailee
United States Attorney's Office
District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001
(202) 924-5829
Jacob.Steiner@usdoj.gov

## CERTIFICATE OF SERVICE

On this 12th day of May, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By: /s/ *Jacob R. Steiner*
Jacob R. Steiner
Trial Attorney, Detailee