UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE, and** | : | |
| **MICHAEL POPE,** | : | |
| | : | |
| **Defendants.** | : | |

NOTICE OF FILING

The United States requests that the attached discovery letter, dated August 14, 2021, be made part of the record in this case.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY
        D.C. Bar No. 415793

By:   */s/ Jacob R. Steiner*
      Jacob R. Steiner
      California Bar No. 325239
      Trial Attorney, Detailee
      United States Attorney's Office
      555 Fourth Street, N.W.
      Washington, DC 20530
      Phone: (202) 924-5829
      Jacob.Steiner@usdoj.gov

CERTIFICATE OF SERVICE

On August 14, 2021, a copy of the foregoing notice and attached discovery letter were served on counsels for defendants through the Court's Electronic Filing System and by email with the listed attachments provided to counsel through the means described in the discovery letter.

        */s/ Jacob R. Steiner*
        Jacob R. Steiner
        Trial Attorney, Detailee