

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

August 14, 2021

**BY EMAIL**

Carlos Vanegas, Esq.
Assistant Federal Public Defender
Counsel for Michael Pope
Carlos_Vanegas@fd.org

Terry Eaton, Esq.
The Eaton Law Firm, PLLC
Counsel for William Pope
terry@eatonlawfirm.net

> *Re:* *United States v. William Pope and Michael Pope*,
> Case No. 21-cr-128 (RC)

Dear Mr. Vanegas and Mr. Eaton:

 Attached please find additional discovery in this matter, which is being provided through a shared folder on USA File Exchange (USAfx) titled "US v. William Pope and Michael Pope." These items are primarily being produced from the Washington Investigative File.  Please note that, despite my best efforts to remove duplicate material, there may be some overlap with items that were produced on May 4, 2021, from the Kansas Investigative File and Idaho Investigative File.

 These items are being provided pursuant to the agreed upon protective order, and pursuant to that order certain items are designated as "SENSITIVE" or "HIGHLY SENSITIVE" in the list below and in the USAfx folders.

 The following items were provided in discovery on August 14, 2021:

| Production Date | Quantity | Description & Documents |
|---|---|---|
| 8/14/21 | 1 pdf | **Opening Document**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000001.pdf |
| 8/14/21 | 1 pdf & 4 attachments | **Opening Communication**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000002.pdf<br><br>Attachments<br>0176-WF-3366759-Pope_Brothers_0000002_1A0000001_0000001.jpg<br>0176-WF-3366759-Pope_Brothers_0000002_1A0000001_0000002.png<br>0176-WF-3366759-Pope_Brothers_0000002_1A0000001_0000003.jpg<br>0176-WF-3366759-Pope_Brothers_0000002_1A0000001_0000004.jpg |
| 8/14/21 | 1 pdf & 1 attachment | **Lead – Michael Pope**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000003.pdf<br><br>Attachment<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000003_Import.pdf |
| 8/14/21 | 1 pdf | **Preservation Request**<br>0176-WF-3366759-Pope_Brothers_0000022.pdf |
| 8/14/21 | 1 pdf | **Tip – KSU PhD student inside Capitol building**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000023_Import.pdf |
| 8/14/21 | 1 pdf & 1 attachment | **Open source videos downloaded from YouTube on January 11, 2021**<br>0176-WF-3366759-Pope_Brothers_0000034.pdf<br><br>Attachment<br>0176-WF-3366759-Pope_Brothers_0000034_1A0000008_0000001_PHYSICAL.pdf |
| 8/14/21 | 1 pdf | **Physical Surveillance**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000039.pdf |
| 8/14/21 | 1 pdf | **Contact with Kansas Abstracter's Board of Examiners**<br>0176-WF-3366759-Pope_Brothers_0000040.pdf |
| 8/14/21 | 1 pdf & 1 attachment | **Arrest warrant for William and Michael Pope**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000041.pdf<br><br>Attachment<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000041_1 |
| 8/14/21 | 1 pdf | **Removal of arrest warrant**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000042.pdf |

| 8/14/21 | 1 pdf & 1 attachment | **Warrant Removal for WILLIAM POPE and MICHAEL POPE**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000043.pdf<br><br>Attachment<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000043_1A0000002_0000001.pdf |
|---|---|---|
| 8/14/21 | 1 pdf & 1 attachment | **Warrant Entry for William and Michael Pope**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000044.pdf<br><br>Attachment<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000044_1A0000003_0000001.pdf |
| 8/14/21 | 1 pdf & 8 attachments | **Warrants issued for Twitter and Facebook**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000045.pdf<br><br>Attachments<br>0176-WF-3366759-Pope_Brothers_0000045_1A0000004_0000001.pdf<br>0176-WF-3366759-Pope_Brothers_0000045_1A0000004_0000002.pdf<br>0176-WF-3366759-Pope_Brothers_0000045_1A0000004_0000003.pdf<br>0176-WF-3366759-Pope_Brothers_0000045_1A0000004_0000004.msg<br>0176-WF-3366759-Pope_Brothers_0000045_1A0000004_0000005.msg<br>0176-WF-3366759-Pope_Brothers_0000045_1A0000004_0000006.pdf<br>0176-WF-3366759-Pope_Brothers_0000045_1A0000004_0000007.pdf<br>0176-WF-3366759-Pope_Brothers_0000045_1A0000004_0000008.pdf |
| 8/14/21 | 1 pdf & 1 attachment | **Document the Indictment**<br>[HIGHLY SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000046.pdf<br><br>Attachment<br>0176-WF-3366759-Pope_Brothers_0000046_1A0000005_0000001.pdf |
| 8/14/21 | 1 pdf & 3 attachments | **Dataset query for a phone number associated with William Alexander Pope**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000048.pdf<br><br>Attachments<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000048_1A0000020_0000001.pdf<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000048_1A0000020_0000002.xml<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000048_1A0000020_0000003.csv |

| 8/14/21 | 1 pdf | **Dataset query for a phone number associated with Michael Anthony Pope**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000050.pdf |
|---|---|---|
| 8/14/21 | 1 pdf | **William Pope Facebook Search Warrant**<br>0176-WF-3366759-Pope_Brothers_0000054.pdf |
| 8/14/21 | 1 pdf | **William Pope Twitter Search Warrant**<br>0176-WF-3366759-Pope_Brothers_0000055.pdf |
| 8/14/21 | 1 pdf & 10 attachments | **Twitter Supplement**<br>0176-WF-3366759-Pope_Brothers_0000056.pdf<br><br>Attachments<br>0176-WF-3366759-Pope_Brothers_0000056_1A0000009_0000001.txt<br>0176-WF-3366759-Pope_Brothers_0000056_1A0000009_0000002.txt<br>0176-WF-3366759-Pope_Brothers_0000056_1A0000009_0000003.txt<br>0176-WF-3366759-Pope_Brothers_0000056_1A0000009_0000004.txt<br>0176-WF-3366759-Pope_Brothers_0000056_1A0000009_0000005.txt<br>0176-WF-3366759-Pope_Brothers_0000056_1A0000009_0000006.txt<br>0176-WF-3366759-Pope_Brothers_0000056_1A0000009_0000007.asc<br>0176-WF-3366759-Pope_Brothers_0000056_1A0000009_0000008.zip<br>0176-WF-3366759-Pope_Brothers_0000056_1A0000009_0000009.txt<br>0176-WF-3366759-Pope_Brothers_0000056_1A0000009_0000010.mp4 |
| 8/14/21 | 1 pdf & 1 attachment | **Public Tip**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000057.pdf<br><br>Attachment<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000057_1A0000010_0000001.pdf |
| 8/14/21 | 1 pdf & 1 attachment | **Public Tip**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000058.pdf<br><br>Attachment<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000058_1A0000011_0000001.pdf |
| 8/14/21 | 1 pdf & 1 attachment | **Public Tip**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000059.pdf<br><br>Attachment<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000059_1A0000012_0000001.pdf |
| 8/14/21 | 1 pdf | **Timestamps from Capitol CCTV footage**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000061.pdf |

| 8/14/21 | 1 pdf & 8 attachments | **Review of the data collected in a download of William Pope's cellular phone**<br>[SENSITIVE] 0176-WF-3366759-Pope_Brothers_0000062.pdf<br><br>Attachments<br>0176-WF-3366759-Pope_Brothers_0000062_1A0000024_0000001.jpg<br>0176-WF-3366759-Pope_Brothers_0000062_1A0000024_0000002.jpg<br>0176-WF-3366759-Pope_Brothers_0000062_1A0000024_0000003.jpg<br>0176-WF-3366759-Pope_Brothers_0000062_1A0000024_0000004.jpg<br>0176-WF-3366759-Pope_Brothers_0000062_1A0000024_0000005.jpg<br>0176-WF-3366759-Pope_Brothers_0000062_1A0000024_0000006.jpg<br>0176-WF-3366759-Pope_Brothers_0000062_1A0000024_0000007.jpg<br>0176-WF-3366759-Pope_Brothers_0000062_1A0000024_0000008.jpg |
|---|---|---|
| 8/14/21 | 1 pdf & 6 attachments | **Served search warrant to Facebook for Michael Pope's account**<br>0176-WF-3366759-Pope_Brothers_0000063.pdf<br><br>Attachments<br>0176-WF-3366759-Pope_Brothers_0000063_1A0000014_0000001.msg<br>0176-WF-3366759-Pope_Brothers_0000063_1A0000014_0000003.pdf<br>0176-WF-3366759-Pope_Brothers_0000063_1A0000014_0000004.pdf<br>0176-WF-3366759-Pope_Brothers_0000063_1A0000014_0000005.msg<br>0176-WF-3366759-Pope_Brothers_0000063_1A0000014_0000006.pdf<br>0176-WF-3366759-Pope_Brothers_0000063_1A0000014_0000007.pdf |
| 8/14/21 | 1 pdf | **Michael Pope Facebook Search Warrant Return**<br>0176-WF-3366759-Pope_Brothers_0000064.pdf |
| 8/14/21 | 2 pdfs | **Michael Pope Facebook Search Warrant Filings**<br>21-sc-2041 Search Warrant.pdf<br>21-sc-2041 Motion to Seal.pdf |
| 8/14/21 | 4 pdfs and 2 zip files | **William Pope Facebook SW Return (Complete Unscoped)**<br>421202005779625_affidavit.pdf<br>460082565404714.pdf<br>460082565404714.zip<br>972222969983177_affidavit.pdf<br>1318957858461858.pdf<br>1318957858461858.zip |

| 8/14/21 | 6 pdfs and 3 zip files | **Michael Pope Facebook SW Return (Complete Unscoped)**<br>396006681751875_affidavit.pdf<br>406251547216803.pdf<br>406251547216803.zip<br>486634972422864_affidavit.pdf<br>796542097702554.pdf<br>796542097702554.zip<br>854163058522823.pdf<br>854163058522823.zip<br>875477583068157_affidavit.pdf |
|---------|------------------------|---|
| 8/14/21 | 1 pdf | **Grand Jury Transcript**<br>[HIGHLY SENSITIVE] Pope GJ Transcript.pdf |

Respectfully,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY


By:      /s/ *Jacob R. Steiner*
         Jacob R. Steiner
         Trial Attorney, Detailee