IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | CASE NO 1:21-CR-128-1-RC |
| v. : | (Judge Contreras) |
| | |
| **WILLIAM POPE,** | |
|     Defendant | |

**DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW the defendant, William Pope, by Gregory B. English, his court-appointed counsel, and hereby requests that this court enter the appearance of the undersigned attorney as counsel for the defendant in this matter. We also request that the defendant's former attorney, Terry Eaton, Esq., be excused from further participation in this case.

A draft order implementing this request is appended for the court to consider.

        Respectfully submitted,

        /signed/

        Gregory B. English

        The English Law Firm, PLLC

        601 King Street, Suite 406

        Alexandria, Virginia 22314

        (703) 739-1368

        Fax: (703) 836-6842

        gbeuva@gmail.com

        (Appointed by this Court)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO 1:21-CR-128-1-RC** |
| v.   : | **(Judge Contreras)** |

**WILLIAM POPE,**

    **Defendant**

### ORDER

The defendant's motion for substitution of counsel is hereby granted. Terry Eaton, Esq., is hereby excused from further participation in this case. The Clerk of Court is directed to enter the appearance of Gregory B. English, Esq., as court-appointed counsel for the defendant in this matter.

    **SO ORDERED**, this _____day of January, 2022

                                                                         _____

                                                                          Judge Rudolph Contreras

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following CM/ECF user:

AUSA Mike Mitchell

mike.mitchell@usdoj.gov

/signed/

Gregory B. English

The English Law Firm, PLLC

601 King Street, Suite 406

Alexandria, Virginia 22314

(703) 739-1368

Fax: (703) 836-6842

gbeuva@gmail.com

(Appointed by this Court)