UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-128 (RC) |
| : | |
| WILLIAM POPE, and : | |
| MICHAEL POPE, : | |
| : | |
| Defendants. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE NOTICE the appearance in this case of Jason Crawford, United States Department of Justice, Assistant United States Attorney Detailee, the United States Attorney's Office, as counsel for the United States of America in place of Assistant United States Attorney Michael Mitchell.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    /s/ *Jason M. Crawford*
    Jason M. Crawford
    Assistant U.S. Attorney Detailee
    DC Bar No. 1015493
    175 N St. NE
    Washington, D.C. 20002
    (202) 598-1099
    Jason.M.Crawford@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 4th day of April, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By:  /s/ *Jason M. Crawford*
Jason M. Crawford
175 N St. NE
Washington, D.C. 20002
(202) 598-1099
Jason.M.Crawford@usdoj.gov
