**Exhibit A**



## January 6: Was SubzeroPB an Undercover Fed?

**FreeStateWill** · Published February 13, 2022 · 94 Views

3:15 - A protestor confirms to #SubzeroPB there was a shooting.

#SubzeroPB's associate unemotionally redirects their focus to Mike Pence.

15;15;19;16

9 rumbles                                                EMBED ↗

On January 6, #SubzeroPB walked with the proud boys then stayed further back on the Capitol lawn. This video shows him playing music and interacting with associates and nearby protestors. It also provides a context of significant events that were happening at the same time. At one point #SubzeroPB desperately asked if he could pay to borrow a charging cord because he need to be able to use his phone



**FreeStateWill** · Published February 13, 2022 · 1,840 Views

Was Epps working with others?

40 rumbles                                              EMBED ↗

Why was Ray Epps stationed at the intersection of 15th and Constitution Ave. for more than four hours on the morning of January 6? Who were his associates? Why was Megan Paradise spreading the same message to 'go to the Capitol after Trump is done speaking'?

This video compilation is the result of surveying hundreds of hours of footage from January 6 and lays out the facts as they happened. Please subscribe for future installments in this series!

1



He stood in one place on the east side for over two hours. During that time he coordinated with other individuals while he played President Trump's speech over his megaphone. At one point a cameraman suspects him of being a fed. He joins in pulling back barricades right when a coordinated group of provocateurs finally breech the east center line. Then he calls for others to follow him to the steps. Though he's been identified as one of more than 2300 people seen in the capitol, he has not been arrested and is not currently wanted by the FBI. He's known as #Insider2241 but let's call him #BullhornEagle



On January 6, Ken Oberkrom's device began picking up strange radio traffic on the east side of the Capitol building. Was any of it important? And did his electric wheelchair somehow intercept the radio frequencies that transferred to his device?

**Exhibit B**


@FreeStateWill

"By the time the violence started spreading, Mr. Epps had already left the Capitol, having helped to get a sick protester to safety."

Then why does video show him pushing the sign into police? This article is pure propaganda.

> **Darren J. Beattie** 🌐 @DarrenJBeattie · 21h
> There is one January 6 rioter that the New York Times has written a sympathetic piece about
>
> That rioter's name is Ray Epps...
>
> archive.ph/TXyZT

12:00 PM · Jul 13, 2022 · Twitter for Android



@FreeStateWill

Ray Epps wasn't the only provocateur. There were hundreds more.

9:44 PM · Jul 13, 2022 · Twitter Web App

3

  ...

**@FreeStateWill**

I am in an interdisciplinary social science Ph.D. program. Before I started it I worked as a government auditor. I analyze data. I don't chase speculative conspiracy theories. But I have watched hundreds of hours of January 6 footage and I am 100% convinced the FBI is responsible

6:34 PM · Dec 25, 2021 · Twitter for Android

 **@FreeStateWill** · Feb 13   ...

Months ago I said @TuckerCarlson should call me because I figured out January 6 and have plenty of material for another (much better) miniseries. And why risk getting disappeared before the truth comes out? But no call. So I make videos on my own. Still plenty of material Tucker!

 0    2    1   

 **@FreeStateWill** · Mar 22   ...

There may be a couple individual cases, but one of the few things I currently agree with Christopher Wray on is that Antifa was not responsible. Only a U.S. or foreign governmental agency has the resources and capacity to pull off a psy-op like January 6.



usnews.com
FBI Director Wray: No Apparent Antifa Involvement in Jan. 6 Attack
Those who have been arrested for their involvement in the deadly melee so far are white supremacist and members of far-right extremist group...





**Exhibit C**

 🇺🇸 @FreeStateWill · Jun 12 ⋯
They should reconsider their attorney if their attorney isn't digging into fed involvement and pursuing an entrapment defense.

 🇺🇸 @FreeStateWill · May 31
Yes political prisoners and the odds are stacked against, but it's not hopeless due to so much exculpatory evidence. The unjust system will make the ultimate victory for J6ers even more glorious.

 🇺🇸 @FreeStateWill · Mar 8 ⋯
But then you miss out on the fun of the trial! So much juicy evidence to present, and so many awkward witnesses to call! Make it so painful that the DOJ requests a change of venue to Midway Atoll to avoid media coverage.

>  **Brandon Straka** ✔ @BrandonStraka · Mar 8
> I've been asked, "why would you take a plea deal?". Many who know me well feel certain I didn't do things I was accused of.
> Today a DC jury deliberated for 3 hrs b4 finding a J6 defendant guilty of all charges. Every J6 case will have the same result.
> amgreatness.com/2022/02/07/no-...
> Show this thread