IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                              )
v.                          )        CRIMINAL NO. 21-CR-128 (RC)
                              )
                              )

WILLIAM POPE,
      Defendant.

## **NOTICE OF APPEARANCE**

COMES NOW Nicole Cubbage and enters her appearance as court appointed standby counsel for William Pope in the above captioned case.

Respectfully Submitted,

By: Nicole Cubbage

_____/s/_____
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C.  20002
703-209-4546
cubbagelaw@gmail.com
Standby Attorney for William Pope

1

<u>Certificate of Service</u>

I certify that a copy of the forgoing was filed electronically for all parties of record on this 8th day of August, 2022.

_____/s/_____

Nicole Cubbage

Standby Attorney for William Pope