# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM POPE, | |
| Defendant. | |

## MOTION TO GRANT ACCESS TO E-FILING SYSTEM

COMES NOW, William Pope, to respectfully request this Honorable Court to grant him, and his stand-by counsel, CJA access to the e-filing system known as PACER.

In support of this motion Mr. Pope asserts the following:

1. On August 2, 2022 Mr. Pope elected to represent himself pro se and the court entered an order granting that request. Previously Mr. Pope had been appointed CJA counsel.

2. Mr. Pope has need to file motions on the docket in his matter on his own behalf. He intends to file a Motion to Modify the Protective Order prior to the next scheduled status hearing on November 4, 2022, and requests access to PACER by October 28, 2022.

3. On September 27, 2022 Mr. Pope requested PACER access from the United States District Court for the District of Columbia. He received an email stating that his request for an e-filing account had been rejected as "Pro se parties are not permitted to e-file without leave of court" and that a motion requesting permission to e-file must be made.

4. Mr. Pope was appointed a CJA standby attorney on August 8, 2022 by this Court. This standby counsel also needs CJA access in this matter as she is currently not on the CJA Panel in the United States District Court for the District of Columbia and can only access

PACER through her own personal account on a payment basis. Standby counsel has been informed that obtaining a Court order will allow her to access the PACER system as CJA authorized counsel and waive associated fees in connection with this case.

5. Mr. Pope requests his standby attorney, Nicole Cubbage, DC Bar No. 999203, be granted CJA access to Pacer for the duration of her standby representation of Mr. Pope for the purpose of research and filing in his case.

6. Access will aid Mr. Pope in representing himself in this matter by enabling him to file timely motions and track important deadlines. Mr. Pope requests CJA status so that all fees associated with his PACER use are waived.

7. It is anticipated that Mr. Pope will require access to PACER throughout his case.

8. Mr. Pope requests access on a CJA basis to PACER to file motions on his own behalf, access his docket, read the Court's orders, track developments in similar cases, and save and access government filings to prepare his vigorous defense.

   WHEREFORE Mr. Pope respectfully requests that this motion be granted.

   Respectfully Submitted,


   _____/s/_____

   William Pope – Pro se

   Filed By: Nicole Cubbage

   _____/s/_____
   Nicole Cubbage
   DC Bar No. 999203
   712 H. Street N.E., Unit 570
   Washington, D.C.  20002
   703-209-4546
   cubbagelaw@gmail.com
   Standby Attorney for William Pope

<u>Certificate of Service</u>

I certify that a copy of the forgoing was filed electronically for all parties of record on this 29th day of September, 2022.

_____/s/_____
William Pope