# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br><br>                    Defendant    . | Case No.: 1:21-cr-00128-RC |

# ORDER

Pending before this Court is the defendant's Motion to Grant Access to E-Filing System. The motion, having merit, is GRANTED/DENIED.

It is further ordered that Defendant Pope and his standby counsel, Nicole Cubbage, be granted access to the PACER e-filing system with all associated fees waived as CJA counsel in this matter.

SO ORDERED this _____day of _____, 2022.

_____

Judge Rudolph Contreras
United States District Judge