# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM POPE, | |
| Defendant. | |

## MOTION FOR CM/ECF USER NAME AND PASSWORD

COMES NOW, William Pope, to respectfully request this Honorable Court to grant him, CJA access to the e-filing system known as PACER, which requires a username and password for use in accessing the system.

In support of this motion Mr. Pope asserts the following:

1. On August 2, 2022 Mr. Pope elected to represent himself pro se and the court entered an order granting that request. Previously Mr. Pope had been appointed CJA counsel.

2. Mr. Pope has need to file motions on the docket in his matter on his own behalf. He intends to file a Motion to Modify the Protective Order prior to the next scheduled status hearing on November 4, 2022, and requests access to PACER by October 28, 2022.

3. On September 27, 2022 Mr. Pope requested PACER access from the United States District Court for the District of Columbia. He received an email stating that his request for an e-filing account had been rejected as "Pro se parties are not permitted to e-file without leave of court" and that a motion requesting permission to e-file must be made.

4. A motion for access was filed by Mr. Pope on September 9, 2022 requesting both access for himself and his standby attorney.

5. On September 30, 2022, this Court granted access for Mr. Pope's standby attorney but required Mr. Pope to re-file in accordance with Local Rule 49(b) of this Court.

6. In accordance with this rule Mr. Pope attests that he has access to the internet through his Cox high-speed internet service at home and through the AT&T unlimited data plan on his phone. His home internet has a download speed of 500 megabytes per second, and an upload speed of 10 megabytes per second, which is fast, and certainly exceeds the requirements needed to utilize PACER. Mr. Pope further attests that he can also access the internet for free at the local library, on his university campus, and at numerous local coffee shops or eating establishments. Mr. Pope further attests that he has the capacity to file documents and receive filings electronically on a regular basis, and that he has viewed the Clerk's Office tutorial (NextGEN_Tutorial_Pro_Se_for_Registering_for_E-filing.pdf) and understands the process to register and file.

7. Additionally, Mr. Pope has access to standby counsel for any issues he may encounter in filing on his own.

    WHEREFORE Mr. Pope respectfully requests that this motion be granted.

    Respectfully Submitted,

_____/s/_____

William Pope – Pro se

Filed By: Nicole Cubbage

_____/s/_____
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C.  20002
703-209-4546
cubbagelaw@gmail.com

Standby Attorney for William Pope

Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 6th day of October 2022.

_____/s/_____
William Pope