# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br><br>　　　　　　　　　　Defendant. | Case No.: 1:21-cr-00128-RC |

# ORDER

Pending before this Court is the defendant's Motion for CM/ECF User Name and Password. The motion, having merit, is GRANTED/DENIED.

SO ORDERED this _____ day of _____, 2022.

_____
Judge Rudolph Contreras
United States District Judge