# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br><br>　　　　　　　　　Defendant． | Case No.: 1:21-cr-00128-RC |

# ORDER

Pending before this Court is the defendant's Motion to Modify the Protective Order and to Compel Full Access to Discovery. The motion, having merit, is GRANTED/DENIED.

SO ORDERED this _____ day of _____, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge Rudolph Contreras
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge