**Exhibit B**



🇺🇸 **@FreeStateWill** · Oct 7

"...the Government claims that they cannot find security camera recordings of the incident in this very public location. The concealment of the video recordings alone could justify dismissal of the prosecutor's case."

thepragmaticconstitutionalist.locals.com
BREAKING - FBI Form 302 Reveal from Jonathon ...
Connect with TPC4USA and other members of
Steve Baker - TPC community

💬          ⇄ 1          ♡ 5          ⬆