## Exhibit: The Media-Driven, Political Bias of Thomas DiBiase's Twitter Likes

**Thomas DiBiase Liked from January 15, 2021 – Media-driven "Insurrection" narrative.**



**Thomas DiBiase Liked from January 24 and 25, 2021 – False "Insurrection" narrative.**



**Thomas DiBiase Liked from July 1, 2021 – Media-driven "Insurrection" narrative.**



**Thomas DiBiase Liked from July 27, 2021 – Media-driven "Insurrectionists" narrative.**



**Thomas DiBiase Liked from November 5, 2021 – Support for Mathew Graves.**



**Thomas DiBiase Liked from November 8, 2021 – Self Identifying Tweet.**



**Thomas DiBiase Liked from November 23, 2021 – Supports ruining holidays and breaking up families.**



**Thomas DiBiase Liked from January 7, 2022 – Supports media-driven "insurrection" narrative.**



**Thomas DiBiase Liked from February 8, 2022 – Politically partisan "insurrection" narrative.**



**Thomas DiBiase Liked from February 28, 2022 – Media driven "insurrectionist" narrative.**



**Thomas DiBiase Liked from April 14, 2022 – Media driven "insurrection" narrative.**

