# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 2021-CR-00128** |
| v. : | |
| : | |
| **WILLIAM POPE,** : | |
| : | |
| : | |
| **Defendant** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Kelly Moran is entering her appearance in this matter on behalf of the United States.

    Respectfully submitted,

    MATTHEW GRAVES
    UNITED STATES ATTORNEY
    DC Bar No.: 481052

    */s/ Kelly E. Moran*
    KELLY E. MORAN
    NY Bar No. 57764171
    Assistant United States Attorney
    U.S. Department of Justice
    601 D Street NW
    Washington, DC 20530
    (202) 252-2407
    Kelly.Moran@usdoj.gov

## CERTIFICATE OF SERVICE

On this 4th day of January 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Kelly E. Moran*
Kelly E. Moran
Assistant United States Attorney
