# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br>  Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER TO REMOVE 'SENSITIVE' DESIGNATION FROM VIDEOS RECORDED BY UNDERCOVER MPD ON JANUARY 6, 2021, AND TO RELEASE THOSE VIDEOS TO THE PUBLIC** |

# ORDER

Pending before this Court is the defendant's Motion to Remove the Designation of 'Sensitive' from Undercover MPD Videos and Release Them to the Public. This order shall make the following sealed exhibits available to the public in the interests of justice and government transparency:

1. MPD-005-00000032_CAPD000003743.mp4
2. MPD-005-00000033_CAPD000003744.mp4
3. MPD-005-00000034_CAPD000003745.mp4
4. MPD-005-00000035_CAPD000003746.mp4
5. MPD-005-00000036_CAPD000003747.mp4
6. ECF 72 Exhibit 1 – Undercover MPD.mp4
7. Stairs Sync Officer 1.mp4

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE