## ATTACHMENT A

### Defendant (William Pope)'s Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

_June 15, 2021_
Date

_William Pope_
William Pope
Defendant

LEAVE TO FILE GRANTED
_/s/_ 3/1/2023

7