UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 21-cr-128 (RC) |
| : | |
| WILLIAM POPE, and   : | |
| MICHAEL POPE,   : | |
| : | |
| Defendants.   : | |

## NOTICE OF FILING

In response to the Court's oral and minute order on March 3, 2023, the government hereby attaches a Declaration of the General Counsel of the U.S. Capitol Police, as Exhibit A.

Respectfully submitted,
MATTHEW GRAVES
UNITED STATES ATTORNEY
DC Bar No.: 481052

*/s/ Kelly E. Moran*
KELLY E. MORAN
NY Bar No. 57764171
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 252-2407
Kelly.Moran@usdoj.gov