UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>                    Defendant. | Case No.: 1:21-cr-00128-RC |

## Motion to Postpone April 3 Status Hearing

At our March 3, 2023, status hearing, Judge Contreras set April 3, 2023, as the date for our next status hearing. On March 4, 2023, I received a summons by mail from the Shawnee County District Court to appear for jury duty on April 3, 2023. The summons establishes the term of this jury service to be "one week, one trial, or until otherwise released."

I have included a copy of the summons as Exhibit 1, which I have submitted to the clerk under seal since it includes my jury group and juror number.

Since I have not yet been released from jury duty this creates a scheduling conflict akin to being between a rock and a hard place[1]. My imaginative mind has not yet figured out a solution for appearing before two different courts simultaneously, and since I would rather not be forced to choose which honorable court to be held in contempt of for failure to appear, I am filing this motion to postpone our April 3 status hearing until April 10 or later.

---

[1] For those working for the Department of Justice in Washington D.C. unfamiliar with metaphorical language and/or adversity, "between a rock and a hard place" is a common phrase used to convey being trapped between equally bad options. See Exhibit 2: https://rumble.com/v2f24e8-exhibit-between-a-rock-and-a-hard-place.html

I have inquired with Ms. Moran and Mr. Searby on their openness and availability. Neither opposes a postponement. Mr. Searby is not available on April 11 and 12, and Ms. Moran is not available while she is in trial the week of April 17.

If selected for jury service, I believe the experience could enhance my understanding of court processes and prove to be a useful perspective as I continue to defend myself against the government's accusations.

WHEREFORE I, William Alexander Pope, respectfully request my motion to postpone the April 3 status hearing be granted by this Honorable Court.

                              Respectfully Submitted,

                              By: William Pope

                                /s/
                              William Pope
                              Pro Se Officer of the Court

Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 27th day of March, in the year of our Lord, 2023.

/s/
William Alexander Pope, Pro Se