# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO POSTPONE THE APRIL 4 STATUS HEARING** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's Motion to Postpone the April 4 Status Hearing in this case until April 10 of later.

**IT IS SO ORDERED.**

Dated:_____          _____
                                       Rudolph Contreras
                                       UNITED STATES DISTRICT JUDGE