# EXHIBIT 1: INFORMATION REGARDING THE VIDEO LEAK

At a little after 7 p.m. CST on Friday, March 24, 2023, I became aware that a portion of the undercover police provocateur video had been publicly leaked. I do not know who posted the video, but what I do know is that at 5:03 p.m. CST an anonymous Twitter account (@OVERWATCHJ6) tweeted[1] "January 6 Care Package" with a link to a Rumble video[2] that shows a little more than seven minutes of the undercover footage with captions. Rumble does not show an exact timestamp, but the video was uploaded on March 24, 2023, and at the time I first saw it, Rumble said that the video had been uploaded about 2 hours earlier, which would be around the time of the @OVERWATCHJ6 tweet.



*Figure 1: The @OVERWATCHJ6 leak tweet from 5:03 CST.*

The leaked video cut is roughly made and includes captions, some of which appear to be derived from my November 21, 2022, descriptions of the video (ECF No. 72 at 23). I had posted

---

[1] Access the @OVERWATCHJ6 leak tweet at: https://twitter.com/OVERWATCHJ6/status/1639387548018528257
[2] The leaked footage can be accessed on Rumble at: https://rumble.com/v2en5uk-january-6-care-package.html

sections of that filing to Twitter on February 18, 2021[3]. However, there are differences between my descriptions and what was leaked. For instance, in the sealed exhibit I submitted to the court, I referred to an individual in a gargoyle mask that Officer 1 greets as being 'Plain Clothes Tim.' I chose to label him "Plain Clothes" because I did not know if "Tim" was an undercover officer, only that he seemed to have had a prior relationship with Officer 1. The Leaked video labeled this 'Tim' as 'Officer Jim.'

On February 18, 2023, I tweeted a screenshot from a publicly available video of the man I recognized as 'Plain Clothes Tim.'[4] Shortly afterwards, journalist Stephen Horn saw that tweet, recognized the individual was not 'Plain Clothes Tim,' and alerted me the individual was actually January 6 defendant Fi Duong, who goes by Jim.[5]

Duong's charging documents claim that an MPD "undercover employee" met Duong at Freedom Plaza on the morning of January 6, 2021, and later that afternoon "observed Duong kneeling by a marble fence on the West Terrace of the U.S. Capitol building" (*United States of America v. Fi Duong (AKA: "Jim," "Monkey," & Monkey King")*, 21-MJ-00511 Document 1 at 2). This description of Duong aligns with the video showing Officer 1 greeting 'Jim.' Duong's charging documents note that days later, Officer 1 then introduced Duong to an undercover FBI employee, who then attempted to entrap Duong on federal explosives charges.

To summarize, I labeled Duong as 'Plain Clothes Tim,' and then later posted to Twitter that 'Tim' was Duong. However, whoever leaked their version of the video labeled this individual as 'Officer Jim,' and apparently was not aware that 'Jim' was Duong. I assume the leaker read my

---

[3] Access my tweet with sections of ECF No. 72 at: https://twitter.com/FreeStateWill/status/1626992939174973440
[4] Access the public screenshot of 'Tim' at: https://twitter.com/FreeStateWill/status/1626995723089727488
[5] I believe I mistook Officer 1's greeting of 'Jim' as being 'Tim' since his voice was slightly muffled by a mask.

filing [ECF No. 72] but was unaware of my Twitter updates on Duong. The leaker may also have better ears since they correctly interpreted Officer 1's greeting as 'Jim' rather than 'Tim.'

I first learned of the video leak from a Julie Kelly quote retweet. Mrs. Kelly's tweet was dated to around 7 p.m. EST, and I saw it after pulling into my driveway after spending the previous few hours hiking at a local state park and grocery shopping. By the time I first saw the leaked video, there were other accounts that had retweeted the video link, but Mrs. Kelly's was the only quote tweet.

Because I have been the one seeking to release this footage through the legal process, I felt it was necessary to note that I was not the one who leaked it and that I would never violate the protective order. I did this by quote tweeting @OVERWATCHJ6 at 7:15 p.m. CST[6].



*Figure 2: My tweet stating that I did not release the sealed footage and would never violate the protective order.*

Shortly after tweeting this, I discovered that Mrs. Kelly had deleted her quote tweet,[7] and instead retweeted me. Mrs. Kelly also responded to me "It's time" at 7:30 p.m. CST.

---

[6] My quote tweet and the exchange with Mrs. Kelly can be accessed at:
https://twitter.com/FreeStateWill/status/1639420739261460483
[7] Unfortunately, I do not have a screenshot of Mrs. Kelly's quote tweet that has been deleted.



*Figure 3: Mrs. Kelly responding, "It's time."*

Since deleting her tweet left me as the only remaining quote tweet at that time, I added another tweet to the thread clarifying that I had not been the first to disseminate the footage, and that I had been hiking when the leaked video was posted to Rumble.



*Figure 4: My tweet establishing the record of how I learned of the leak.*

I would add for the record that while I did check Twitter during my hike, the cell reception at the park is too poor to upload a large, high-definition video, and in many areas, there is no phone reception at all. While hiking, the trail coordinator (who I had not previously met) left a note on my car, and I later emailed him about updating the contact information for my lifetime membership with the Kansas Trails Counsel. He could verify my presence at the park if needed.

Later that evening, Mrs. Kelly responded to my quote tweet that she had deleted her original quote tweet because she had been "waiting for confirmation." I assume she believed my tweet provided better authentication of the video than her own.



*Figure 5: My exchange with Mrs. Kelly regarding her deleting her tweet.*

On Sunday, March 26, 2023, an individual informed me that the full footage of the undercover police provocateur was being circulated by another individual in a public channel on an app called Telegram. I do not know if the individual posting to Telegram is the source of the original leak, but immediately after learning the full video was circulating, I tweeted out a reminder to defendants to not violate the protective order by leaking sealed materials[8].



*Figure 6: My reminder to defendants to not violate the protective order.*

---

[8] My tweet reminding defendants to not violate the protective order can be accessed at:
https://twitter.com/FreeStateWill/status/1640035470871785472

On Thursday, March 30, 2023, I became aware of another undercover MPD video that was circulating on social media.[9]

I had previously been shown some video of the officer in the second leaked video by my standby counsel, Mrs. Cubbage, and had asked that she send me all videos taken by undercover MPD units. However, Mrs. Cubbage was unable to download those files from Relativity, and I have never possessed copies of those files, so it is impossible for me to be the leaker.

Upon further investigation, I discovered the second leaked video had also been circulated on Telegram on March 26, by the same individual who posted the videos my motion was seeking to release. At that time, the individual also posted an FBI interview (302) of Ray Epps, which I know to have been sealed since Mr. Crawford had previously requested that I read it.

I have not leaked any sealed materials with individuals who have not signed the protective order and will never do so. I have consistently taken a cautious approach to the protective order, even telling my counsel to not share sealed files with me if there is any doubt about the sensitivity designation and my ability to possess them.

---

[9] The second leaked undercover video was posted to multiple accounts. I do not know the original source of the leak, but part of it can be viewed here: https://twitter.com/wittycommittee/status/1641455597882163200