**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE, and** | : | |
| **MICHAEL POPE,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **CABLE NEWS NETWORK, INC., et al.,** | : | |
| **Intervenors.** | : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**
**TO FILE ITS RESPONSE TO INTERVENOR'S MOTION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time in which to file its response to the Press Coalition's motion, ECF No 94.  The government requests a one-week extension until April 18, 2023, to file its response, as undersigned counsel was ill for several days over the past two weeks, and because undersigned counsel has been preparing for a trial that will commence on April 17, 2023. For these reasons, the government respectfully requests one additional week leave to file its opposition. We apologize for the delay, but request a short enlargement of the applicable deadlines, extending the deadline to respond on or before April 18, 2023.

Undersigned counsel has contacted the Press Coalition regarding this motion, and the Press Coalition has not responded yet as of the time of this filing.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
DC Bar No.: 481052

*/s/ Kelly E. Moran*
KELLY E. MORAN
NY Bar No. 57764171
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 252-2407
Kelly.Moran@usdoj.gov

2