UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>                Defendant. | Case No.: 1:21-cr-00128-RC |

# MEMORANDUM IN SUPPORT OF THE GOVERNMENT'S MOTION FOR AN EXTENTION OF TIME TO RESPOND TO THE PRESS COALITION'S MOTION TO INTERVENE

While I prefer the government adhere to filing deadlines the best they can, I am sympathetic to Ms. Moran's recent illness, and I support the government filing a response to the Press Coalition by April 18, 2023. I encourage the government to support the Press Coalition's motion to remove the sensitivity designations so the public can have full access to the Capitol CCTV footage. However, if the government chooses to oppose the Press Coalition's motion to intervene, I still favor the government submitting a response. Such opposition to transparency will be added to the historical record for the American public and people of the world to critique.

As the great Kansas newspaperman William Allen White noted, ". . . only when free utterance is suppressed is it needed, and when it is needed, it is most vital to justice."[1]

---

[1] From the editorial *To an Anxious Friend,* which was published in the Emporia Gazette on July 27, 1922.
http://www2.ku.edu/~jschool/school/waw/writings/waw/newspaper/editorials/anxiousfriend.html

Respectfully Submitted this 13th day of March, in the year of our Lord, 2023

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

## Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 2nd day of March 13, 2023.

/s/
William Alexander Pope, Pro Se