**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-128 (RC)** |
| | **:** | |
| **WILLIAM POPE, and** | **:** | |
| **MICHAEL POPE,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**JOINT STATUS UPDATE**

The Government and the defendant William Pope, along with his standby counsel, Nicole Cubbage, met via phone call on April 27, 2023, to discuss the matter of William Pope's access to discovery. The Government will serve on the defendant a physical copy of those items contained in Global Discovery that are marked "Sensitive," and those items which have no security designations.

William Pope further hopes to continue to proceed with virtual, rather than in-person, status conferences in this matter. The Government does not take a position on that matter at this time, and defers to the discretion of the Court.

William Pope has reviewed this document prior to filing and confirms its representations.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
DC Bar No.: 481052

*/s/ Kelly E. Moran*
KELLY E. MORAN

NY Bar No. 57764171
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 252-2407
Kelly.Moran@usdoj.gov