# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO MODIFY CONDITIONS OF RELEASE** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's Motion to Modify Conditions of Release.

- Defendant is allowed to travel freely within the continental United States without notifying Pretrial Services in advance.
- Defendant is allowed to travel to the District of Columbia.
- Court to approve all travel outside the continental United States.

**IT IS SO ORDERED.**

Dated: _____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE