**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

# SUPPORT FOR MODIFIED RELEASE CONDITIONS

The court's minute order (ECF No. 105) implies the court is considering a temporary modification of release conditions rather than full emancipation to travel freely within the continental United States which I sought in ECF No. 104.

If the court grants only a temporary modification, I respectfully request that modification include permission to freely travel to and within the District of Columbia and surrounding area (the states of Maryland and Virginia), and back to Kansas between the dates of Saturday May 6, 2023, and Sunday May 14, 2023.

It is challenging to plan a trip in advance while balancing travel restrictions and also coordinating access times with the Legislative Branch on short notice. I will probably not stay in D.C. the entire time, but this range will allow me more flexibility to make the most of my trip if additional CCTV access times become available.

Respectfully submitted to the court in support of my motion to modify the conditions of release.

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service
I certify that a copy of this was filed electronically for all parties of record on May 3, 2023.

/s/
William Alexander Pope, Pro Se