# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21-CR-00128
)
WILLIAM ALEXANDER POPE )

## NOTICE OF APPEAL

Name and address of appellant: **WILLIAM POPE**
**1101 NW JACKSON ST.**
**TOPEKA, KANSAS 66608**

Name and address of appellant's attorney: N/A

Offense:

Concise statement of judgment or order, giving date, and any sentence:

**I am respectfully appealing Judge Contreras' order Denying Defendant's Motion to Modify the Protective Order. (ECF No. 103)**

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

May 2, 2023
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✔]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal? YES [ ] NO [ ]
Has counsel ordered transcripts? YES [ ] NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES [ ] NO [ ]