UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE, and** | : | |
| **MICHAEL POPE,** | : | |
| | : | |
| **Defendants.** | | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

    The Government does not take a position on the defendant's motion and defers to the Court. The Government would note that the defendant already has access to all of the relevant January 6, 2021, footage that he now seeks to view in Washington, D.C., as do all other January 6th defendants and their counsel pursuant to the protective order; and that, as the defendant is aware, he could access this discovery from his supervisory counsel's office in Kansas. It is the Government's understanding that the defendant will also be subject to similar restrictions as are imposed by the protective order during his viewing of the video in Washington, D.C. The Government would oppose altering the defendant's conditions of release for locations other than Washington, D.C., or for periods of time outside of the specific period of time that he will be viewing the videos at the U.S. Capitol.

                                                               Respectfully submitted,

                                                              MATTHEW GRAVES
                                                              UNITED STATES ATTORNEY
                                                              DC Bar No.: 481052

                                                             */s/ Kelly E. Moran*

                                                KELLY E. MORAN
                                                NY Bar No. 57764171
                                                Assistant United States Attorney
                                                U.S. Department of Justice
                                                601 D Street NW
                                                Washington, DC 20530
                                                (202) 252-2407
                                                Kelly.Moran@usdoj.gov