# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## MOTION TO CHANGE ALL 'HIGHLY SENSITIVE' DESIGNATIONS FOR DISCOVERY TO 'SENSITIVE'

The government has produced more than 5 million files in the Relativity index, and has designated many of those files as being 'highly sensitive.' The current protective order prevents me from possessing discovery files designated 'highly sensitive,' but the protective order allows me to challenge the sensitivity designation of any file in the discovery.

I therefore move the court to change the designation of all files in the Relativity Index that are currently designated as 'highly sensitive' to 'sensitive' so that the government can provide me a physical copy of those files as they agreed to do in ECF No. 104.[1]

If the government opposes this motion, I would ask this court to compel the government to provide individual justifications for every file for which the government opposes a change of designation from 'highly sensitive' to 'sensitive' so that I may better understand the

---

[1] This change of sensitivity designations will allow me to work with all files from the Relativity index while still maintaining a sensitivity designation that is subject to the protective order.

government's sensitivity justification for each individual file and be able to challenge the governments sensitivity justifications as needed.

Respectfully submitted to the court.

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify that a copy of this was filed electronically for all parties of record on May 11, 2023.

/s/
William Alexander Pope, Pro Se