# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>  v.<br><br>WILLIAM POPE,<br><br>  Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER TO CHANGE ALL 'HIGHLY SENSITIVE' DESIGNATIONS FOR DISCOVERY IN RELATIVITY TO 'SENSITIVE'** |

# ORDER

Pending before this Court is the defendant's motion to change all 'highly sensitive' designations in Relativity to 'sensitive' and to physically produce a copy of that discovery to the defendant.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE