**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-128 (RC)** |
| | **:** | |
| **WILLIAM POPE, and** | **:** | |
| **MICHAEL POPE,** | **:** | |
| | **:** | |
| **Defendants.** | | |

_____

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE ITS RESPONSE TO DEFENDANT'S MOTION SEVER**
_____

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court for an extension of time in which to file its response to Defendant Michael Pope's "Motion to Sever." ECF No. 122.  Defendant Michael Pope filed the motion on June 12, 2023, and the government's response is due on June 26, 2023. The government requests a one-week extension until July 3, 2023, to file its response. The Government is requesting this extension to facilitate ongoing conversations with the Defendant regarding a pre-trial disposition, which would render the instant motion moot. Undersigned counsel has conferred with counsel for Defendant Michael Pope, who does not oppose this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

_/s/ Kelly E. Moran_
KELLY E. MORAN

NY Bar No. 57764171
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 252-2407
Kelly.Moran@usdoj.gov