IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Criminal No.: 21-cr-128 (RC) |
| vs. | ) ) ) ) | |
| William Pope and Michael Pope, | ) ) ) | |
| Defendants. | ) ) | |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
BY DEFENDANT MICHAEL POPE TO CONTINUE
THE REPLY DUE DATE IN HIS MOTION FOR A SEVERANCE
FROM DEFENDANT WILLIAM POPE

The Court has reviewed Defendant Michael Pope's Unopposed Motion To Continue the Reply Due Date In His Motion To Sever, seeking to re-set the due date if necessary at the upcoming court hearing on July 13, 2023, and finding good cause therein,

IT IS SO ORDERED.

DATED: _____

Hon. Rudolph Contreras
United States District Judge