# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | |
| WILLIAM POPE, | **ORDER TO COMPEL THE GOVERNMENT TO SERVE ON THE DEFENDANT ALL GLOBAL DISCOVERY MATERIALS DESIGNATED AS SENSITIVE OR WHICH HAVE NO SENSITIVITY DESIGNATION AS THE GOVERNMENT COMMITTED TO DO IN ECF NO. 104.** |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion to compel the government to serve on the defendant by September 1, 2023, a hard drive containing copies of all discovery materials designated as sensitive, or which have no sensitivity designation, which the defendant is entitled by the protective order to possess, and which the government previously committed to do in ECF No. 104.

**IT IS SO ORDERED.**

Dated:_____      _____

Rudolph Contreras
UNITED STATES DISTRICT JUDGE