**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE, and** | : | |
| **MICHAEL POPE,** | : | |
| | : | |
| Defendants. | | |

_____

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO COMPEL**
_____

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court for an extension of time in which to file its response to Defendant William Pope's "Motion to Compel." ECF No. 127. Defendant William Pope filed the motion on July 13, 2023, and the government's response is due on July 27, 2023. The government requests a one-week extension until August 3, 2023, to file its response. The Government is requesting this extension because the government was not able to obtain transcripts necessary to file this motion until Friday, July 21, 2023, and the government needs more time to incorporate these records into the government's position. Undersigned counsel has conferred with defendant and standby counsel and the defendant does not take a position on this request, but asks that additional time be provided to the defense to respond.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ Kelly E. Moran
KELLY E. MORAN
NY Bar No. 5776471
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 252-2407
Kelly.Moran@usdoj.gov