```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

   United States of America,    ) Criminal Action
                                 ) No. 1:21-cr-00128-RC-1
                     Plaintiff,  )
                                 )
   vs.                           ) Status Conference (via Zoom)
                                 )
   William Pope,                 ) Washington, D.C.
                                 ) November 4, 2022
                     Defendant.  ) Time:  10:00 a.m.
   _____

           Transcript of Status Conference (via Zoom)
                          Held Before
          The Honorable Rudolph Contreras (via Zoom)
                    United States District Judge
   _____

                       A P P E A R A N C E S

   For the Government:      Jason M. Crawford
   (via Zoom)               UNITED STATES ATTORNEY'S OFFICE
                            FOR THE DISTRICT OF COLUMBIA
                            601 D Street, Northwest
                            Washington, D.C. 20579

   Defendant:               William Pope, pro se
   (via Zoom)

   For the Defendant as Standby Counsel:
   (via Zoom)               Nicole A. Cubbage
                            LAW OFFICE OF NICOLE CUBBAGE
                            712 H Street, Northeast, Unit 570
                            Washington, D.C. 20002
   _____

   Stenographic Official Court Reporter:
   (via Zoom)               Nancy J. Meyer
                            Registered Diplomate Reporter
                            Certified Realtime Reporter
                            333 Constitution Avenue, Northwest
                            Washington, D.C. 20001
                            202-354-3118

   Proceedings recorded by mechanical stenography.  Transcript
   produced by computer-aided transcription.
```

P R O C E E D I N G S

(REPORTER'S NOTE: This hearing was held during the COVID-19 pandemic restrictions and is subject to the limitations of technology associated with the use of technology, including but not limited to telephone and video signal interference, static, signal interruptions, and other restrictions and limitations associated with remote court reporting via telephone, speakerphone, and/or videoconferencing.)

THE COURTROOM DEPUTY: Judge, this is Criminal Case 21-128, United States of America v. William Pope.

For the United States, I have Jason Crawford. For the defendant, appearing pro se, with standby counsel Nicole Cubbage. Our court reporter today is Nancy Meyer.

All parties are present.

THE COURT: Good morning, everybody.

MS. CUBBAGE: Good morning.

MR. CRAWFORD: Good morning.

DEFENDANT WILLIAM POPE: Good morning.

THE COURT: So I gather -- since we were last together, Mr. Pope filed a motion to modify the protective order, which I gather from Mr. Pope's statement that the government opposes.

So, Mr. Crawford, do you intend to file an opposition?

MR. CRAWFORD: I do. Yes. Thank you, Your Honor.

THE COURT: When do I -- can I expect that?

MR. CRAWFORD: So it was filed on the 30th. So I guess, you know, no later than the 14th. And, certainly, if I

```
 1    can get it in earlier, I will.
 2              THE COURT:  Okay.  That's fine.
 3         And, Mr. Pope, do you plan on filing a reply after he
 4    files his opposition?
 5              DEFENDANT WILLIAM POPE:  There's a good chance I
 6    will.  I'll have to take a look at it, but I imagine I will.
 7              THE COURT:  Okay.  So does it make sense to schedule
 8    something about 30 days out to allow time for the opposition
 9    and the reply, and then we can have an argument on it?
10              DEFENDANT WILLIAM POPE:  That would be fine.
11              MR. CRAWFORD:  Very good.
12              THE COURT:  Is there anything else that impacts the
13    schedule for the next status?
14              MR. CRAWFORD:  Nothing from the government.
15              DEFENDANT WILLIAM POPE:  No, Your Honor.
16              THE COURT:  Tanya, are you on?
17              THE COURTROOM DEPUTY:  Yes.  I'm here, Judge.
18              THE COURT:  Okay.
19              THE COURTROOM DEPUTY:  Just multitasking.
20    Thirty days, you said?
21              THE COURT:  Yeah.
22              THE COURTROOM DEPUTY:  Okay.  Judge, 30 days would
23    bring us to December 4, which is a Sunday.  Friday or the
24    Monday for --
25              THE COURT:  I think we start the trial that Monday,
```

1     don't we?
2              THE COURTROOM DEPUTY:  Yes.
3              THE COURT:  Let's do the Friday then.
4              THE COURTROOM DEPUTY:  Friday, December 2nd at
5     10:00 a.m.  Is everyone available?
6              MS. CUBBAGE:  Yes, Your Honor.
7              DEFENDANT WILLIAM POPE:  Yeah, that works for me.
8              MR. CRAWFORD:  It works for the government as well.
9     Thank you.
10             THE COURT:  All right.  And I think the motion tolls
11    the Speedy Trial Act between now and then.  Does anyone have a
12    contrary view of that?
13             DEFENDANT WILLIAM POPE:  No, Your Honor.
14             THE COURT:  Okay.  Anything else we need to resolve
15    today?
16             THE COURTROOM DEPUTY:  Judge, just to confirm, this
17    will be held by Zoom?
18             THE COURT:  By Zoom, yeah.
19             THE COURTROOM DEPUTY:  Okay.
20             THE COURT:  Anything else we need to resolve today?
21             MR. CRAWFORD:  Nothing from the government.  Thank
22    you.
23             THE COURT:  All right.  Thank you.  You're excused.
24             (Proceedings were concluded at 9:33 a.m.)
25

CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

       I, Nancy J. Meyer, Registered Diplomate Reporter, Certified Realtime Reporter, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenograph notes and is a full, true, and complete transcript of the proceedings to the best of my ability.

                    Dated this 21st day of July, 2023.


                    /s/ Nancy J. Meyer
                    Nancy J. Meyer
                    Official Court Reporter
                    Registered Diplomate Reporter
                    Certified Realtime Reporter
                    333 Constitution Avenue Northwest
                    Washington, D.C. 20001