```
                 UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

United States of America,       ) Criminal Action
                                ) No. 1:21-cr-00128-RC
                Plaintiff,      )
                                )
vs.                             ) Status Conference (via Zoom)
                                )
William Pope and Michael Pope,  ) Washington, D.C.
                                ) February 3, 2023
                Defendants.     ) Time:  9:30 a.m.
_____

          Transcript of Status Conference (via Zoom)
                        Held Before
       The Honorable Rudolph Contreras (via Zoom)
                  United States District Judge
_____

                     A P P E A R A N C E S

For the Government:      Kelly E. Moran
(via Zoom)               UNITED STATES ATTORNEY'S OFFICE
                         FOR THE DISTRICT OF COLUMBIA
                         601 D Street, Northwest
                         Washington, D.C. 20579

Defendant:               William Pope, pro se
(via Zoom)

For the Defendant as Standby Counsel:
(via Zoom)               Nicole A. Cubbage
                         LAW OFFICE OF NICOLE CUBBAGE
                         712 H Street, Northeast, Unit 570
                         Washington, D.C. 20002

For the Defendant Michael Pope:
(via Zoom)               Bruce H. Searby
                         SEARBY PLLC
                         2000 P Street, Northwest, Suite 750
                         Washington, D.C. 20036
_____

Stenographic Official Court Reporter:
(via Zoom)               Nancy J. Meyer
                         Registered Diplomate Reporter
                         Certified Realtime Reporter
                         333 Constitution Avenue, Northwest
                         Washington, D.C. 20001
```

P R O C E E D I N G S

(REPORTER'S NOTE: This hearing was held during the COVID-19 pandemic restrictions and is subject to the limitations of technology associated with the use of technology, including but not limited to telephone and video signal interference, static, signal interruptions, and other restrictions and limitations associated with remote court reporting via telephone, speakerphone, and/or videoconferencing.)

THE COURTROOM DEPUTY: This is Criminal Case 21-128, United States of America v. William Pope and Michael Pope.

For the United States, I have Kelly Moran. Mr. William Pope is proceeding pro se, with standby counsel Nicole Cubbage. And counsel for Michael Pope is Bruce Searby. Our court reporter this morning is Nancy Meyer.

All parties are present.

THE COURT: Good morning, everybody.

So let's start with Mr. Searby and, I guess, William Pope about whether your client or yourself agree to participate today -- in today's video by video rather than insisting on appearing in person under the CARES Act.

MR. SEARBY: Yes, Your Honor, Mr. Michael Pope does.

THE COURT: Okay.

DEFENDANT WILLIAM POPE: Yes, Your Honor, pleasure to talk with you over Zoom.

THE COURT: Okay. All right. I read what Mr. William Pope filed yesterday.

Do you have anything to present, Ms. Moran? You're the

1   new government's counsel now?
2              MS. MORAN:  That's correct, Your Honor.
3         Mr. Pope's recitation of the brainstorming that we had
4   done is largely correct.  There -- it's the people's position
5   that some of his options are acceptable and could be worked
6   within to achieve the goal of having him have access to this
7   discovery.
8         I'm happy to write on it as well, Your Honor, and, you
9   know, discuss what else we've discussed with -- internally as
10  to what to do with the discovery.  But it seems to be
11  Mr. Pope's position that he needs access to all discovery for
12  all cases at all times.
13        And that is not a feasible reality that the government
14  can work within.
15             THE COURT:  Okay.  Now, do you want to respond in
16  writing, or do you want to respond orally today or some
17  combination thereof?
18             MS. MORAN:  Your Honor, I'd like to respond in
19  writing just because Mr. Pope filed the -- his motion
20  yesterday.
21             THE COURT:  Okay.  All right.  How much time do you
22  need for that?
23             MS. MORAN:  I can have this filed by early next week,
24  Your Honor.
25             THE COURT:  So let's say by -- I'll give you a little

```
 1    more time.  Let's say a week from today, which is
 2    February 10th.
 3              MS. MORAN:  Great.
 4              THE COURT:  I just -- my efforts as well, I've struck
 5    out.  So I wasn't able to corral anyone into assisting in the
 6    process, whether it be the federal public defender or the local
 7    schools.  So I'm going to have to decide the motion.
 8         All right.  What, if anything, do I need to know about
 9    Michael Pope's case?
10              MR. SEARBY:  Your Honor, I could -- I could at least
11    begin.
12         With the new prosecutor, Ms. Moran, we're going to
13    continue to attempt to resolve this case short of trial
14    somehow.  And, you know, I could go into why.  But suffice it
15    to say that Ms. Moran is willing to take an independent look at
16    this case and its merits and the merits of proceeding with
17    these charges and whether there's some possibility for
18    exercising the government's discretion to -- to -- to settle
19    the case in another manner than going to trial on these felony
20    charges.
21          So I am now asking unopposed for that purpose for a
22    30-day continuance and, of course, waiving Speedy Trial Act
23    time, so.
24              THE COURT:  Ms. Moran, do you have anything to add
25    with respect to Mr. Michael Pope?
```

1           MS. MORAN:  I do not, Your Honor.
2           THE COURT:  Okay.  So 30 days is -- is fine by me.
3      Mr. William Pope, how would you like to proceed with
4   your case?
5           MR. SEARBY:  I'm sorry, Your Honor.  Before we --
6   again, I -- there is one item that we could attend to after
7   Mr. William Pope responds to Your Honor's question.  But there
8   is one more question that I'd like --
9           THE COURT:  Why don't you go ahead.  Finish that up.
10          MR. SEARBY:  Okay.  Thank you, Your Honor.
11      During the last hearing, we discussed a motion for
12  severance which, absent a resolution of this case before trial,
13  Mr. Michael Pope would intend to file.  And Your Honor touched
14  on some of the grounds the last time; namely, Mr. Michael
15  Pope's interest in going to trial, you know, probably ahead of
16  his brother, Mr. William Pope, on account of the extensive
17  discovery plans that Mr. William Pope has.  That's -- that
18  plan, to sever for that purpose, is very much still in mind as
19  we prepare to file this motion.
20      There's also, I would say, the fact that we could also
21  be pairing this -- go hand in hand with a request for a bench
22  trial, which could, you know, serve even more to conserve
23  resources.  And I just wanted, in that light, to ask Your Honor
24  how -- if there's anything you can say about how you conduct
25  bench trials.

1          It's been my experience that there can be some -- some
2    surprises in how different judges conduct bench trials.  And I
3    don't want to think I know what I'm getting into and find out
4    that there's a particular way Your Honor does a bench trial
5    that I should have taken into account.
6          THE COURT:  Sure.  No.  I conduct bench trials, more
7    or less, the same as I conduct jury trials, except without a
8    jury.  Obviously, you know, the 403-type motions that folks
9    tend to file in -- when there's going to be a jury are -- a
10   more relaxed standard I apply when it's a bench trial; but
11   otherwise, it's more or less the same.
12         MR. SEARBY:  So Your Honor would still entertain
13   pretrial motions and motions *in limine* and not reserve all that
14   and not have a free-for-all in the courtroom?
15         THE COURT:  Sure.  Sure.  Again, with the
16   qualification that the, you know, 403-type motions *in limine*
17   that a lot of folks file with respect to jury trials, I'll
18   consider, but it's a more relaxed standard if I'm the only one
19   hearing the testimony.
20         MR. SEARBY:  Thank you.
21      And is there any other advice you could give in open
22   court here about how you conduct bench trials?
23         THE COURT:  Well, the only thing is -- I would say
24   is that I -- when I've done the colloquy with other January 6th
25   defendants, is that they should know a little bit about me.

1    There's some things about me that disturb some of them.
2             You know, for example, my -- I'm the presiding judge of
3    the Foreign Intelligence Court.  And I've -- I handled the
4    Michael Flynn case until I recused; and that I have a publicly
5    disclosed friendship with Peter Strzok, which is the FBI agent
6    that upset a lot of people.  And so he was -- he was a neighbor
7    and our kids grew up together.  So if those things don't bother
8    folks, then -- but I can cover all those things during the
9    colloquy if we get to that point.
10            MR. SEARBY:  Okay.  Thank you, Your Honor.  That's
11   it.  I appreciate it.
12            THE COURT:  I raise all those things up.  You know,
13   obviously, the local attorneys know a lot more about me than
14   the folks appearing from other parts in the country.  But so
15   I ask that defense counsel do a little bit of research so that
16   the defendants are fully informed of everything.
17            You know, just for purposes of completion,
18   *The Washington Post* wrote an article within the last couple
19   weeks about my sentencing proclivities in which -- not --
20   not -- about all the judges' January 6th sentencing
21   proclivities, but I was singled out in that article too.  So
22   that will inform the parties about some of my practices as
23   well.
24            MR. SEARBY:  Thank you, Your Honor.
25            THE COURT:  Uh-huh.

```
 1              All right.  Mr. Pope, William Pope.
 2              DEFENDANT WILLIAM POPE:  Good morning, Your Honor.
 3              THE COURT:  Good morning.
 4              DEFENDANT WILLIAM POPE:  Yeah.  I presented
 5   pretty much what has transpired over the last couple of
 6   months in that document that I filed yesterday.  I wanted you
 7   to have that before you in writing just so you'd know I was
 8   working diligently to find local access and was not able to
 9   find anything here in Topeka.  There was one CJA in Morris,
10   Kansas, which is a drive from my home, but I have concerns
11   about that.
12              You know, I do feel like I need full access to discovery
13   if I'm going to defend myself in court.
14              The last government attorney did not present me with any
15   government offer.  So if the current one would like to, you
16   know, have that conversation, we could have it.  But, you know,
17   if their position is fairly firm, as it has been in the past, I
18   don't know that we can go that route.
19              THE COURT:  All right.  Well, Ms. Moran, if you want
20   to take a fresh look at that case as well, by all means do so.
21   Otherwise, we'll come back in 30 days.  I'll resolve the motion
22   by then on the access, and folks will continue to prepare.
23              What's 30 days, Tanya?
24              THE COURTROOM DEPUTY:  Judge, I'm looking at Friday,
25   March 3rd, 10 a.m.  Is everyone available?
```

1         MR. SEARBY:  Yes, Your Honor.  Yes, ma'am.
2         MS. MORAN:  I'm available as well.  Thank you.
3         THE COURT:  All right.  So --
4         MS. CUBBAGE:  Your Honor, I'm going to be in trial
5    that week, but I think I can -- I can be there.  What time did
6    we say?  9:00 a.m.?
7         THE COURTROOM DEPUTY:  10:00 a.m.
8         MS. CUBBAGE:  10:00 a.m.  I think I can work that.
9    That's fine on March 3rd.
10        THE COURT:  Would 9:30 work better for working around
11   your trial?
12        MS. CUBBAGE:  Yeah, I think it would, actually.
13     Would 9:30 be okay with everyone else?
14        THE COURTROOM DEPUTY:  9:30.
15        THE COURT:  All right. So Mr. William Pope's motion
16   continues to toll the Speedy Trial Act while I consider it and
17   until I receive the -- Ms. Moran's response to his most recent
18   pleading.  And then I'll take it under advisement.
19        And Mr. Michael Pope has agreed to waive the Speedy
20   Trial Act between now and the next status hearing, which is
21   March 3rd at 9:30 a.m., in order for them to consider the
22   possibility of resolving the case before trial.
23        So I find it's in the interests of justice to toll
24   between now and then.
25        Anything else we need to cover today?

1          MR. SEARBY:  No, Your Honor, for Michael Pope.

2          THE COURT:  Mr. William Pope?

3          DEFENDANT WILLIAM POPE:  No, Your Honor.  Thank you.

4          THE COURT:  All right.  Thank you.  You're excused.

5          (Proceedings were concluded at 9:45 a.m.)

6   Proceedings recorded by mechanical stenography.  Transcript
    produced by computer-aided transcription.
7

CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

     I, Nancy J. Meyer, Registered Diplomate Reporter, Certified Realtime Reporter, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenograph notes and is a full, true, and complete transcript of the proceedings to the best of my ability.

Dated this 21st day of July, 2023.

/s/ Nancy J. Meyer
Nancy J. Meyer
Official Court Reporter
Registered Diplomate Reporter
Certified Realtime Reporter
333 Constitution Avenue Northwest
Washington, D.C. 20001