# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | |
| WILLIAM POPE, | **ORDER TO COMPEL THE GOVERNMENT TO CEASE SPYING ON THE DEFENDANT AND TO PRODUCE TO THE DEFENDANT A COPY OF ALL INTERCEPTED DATA** |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's Cross-motion to Compel the Government to Cease Spying on the Defendant and to Produce to the Defendant All Intercepted Data and Communications. The Government Shall:

- Immediately cease intercepting the Defendant, William Pope's, data and communications.
- Produce to the Court a report of all surveillance tools used against the Defendant and all queries run on the Defendant, William Pope.
- Produce a copy of all intercepted data and communications to the Defendant, William Pope.

**IT IS SO ORDERED.**

Dated:_____          _____
                                         Rudolph Contreras
                                         UNITED STATES DISTRICT JUDGE