# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE, and** | : | |
| **MICHAEL POPE,** | : | |
| | : | |
| **Defendants.** | | |

## GOVERNMENT'S EMERGENCY MOTION TO REMOVE THE DEFENDANT'S MOTION FROM THE PUBLIC DOCKET AND PLACE THE DEFENDANT'S MOTION UNDER SEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the Court remove the defendant's motion to compel production (ECF No. 139), which was filed today, as it was filed in violation of the protective order in this case (ECF No. 26). In the alternative, the government requests that this motion be removed from the public docket and placed under seal. The defendant's motion contains information that is subject to the protective order in this case, including block quotations from a report (CAPD_009734532) that has been designated as highly sensitive under the protective order (ECF No. 139 at 13). The defendant is aware that this report has been designated highly sensitive; in fact, as part of his request for relief, the defendant asks in this motion that the report be re-designated as sensitive (ECF No. 139 at 4, 40). Accordingly, the defendant's filing of this motion to the public docket constitutes a knowing violation of Section 4(d) of the protective order (ECF No. 26). For these reasons, the government asks that this motion be removed from the public docket.

Respectfully submitted,

                    MATTHEW M. GRAVES
                    UNITED STATES ATTORNEY
                    D.C. Bar Number 481052

By:    */s/ Kelly E. Moran*
        KELLY E. MORAN
        Assistant United States Attorney
        NY Bar No. 5776471
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        202-740-4690
        kelly.moran@usdoj.gov