# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

# MEMORANDUM TO THE COURT REGARDING MY UPCOMING OPPOSITIONS TO GOVERNMENT FILINGS

This morning, AUSA Moran emailed me the government's ridiculous sealed filing ECF No. 141. Since this filing is dated August 22, 2023, but I only received it today, August 28, 2023, I am informing the Court that I intend to respond but will need a few days to do so.

Additionally, I am still writing my opposition to the government's emergency motion, ECF No. 140. I expect to have that submitted this week so the Court can promptly restore ECF No. 139 to the docket and compel the government to produce the requested Brady materials.

Respectfully submitted to the court.

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service

I certify that a copy of this was filed electronically for all parties of record on August 28, 2023.

/s/
William Alexander Pope, Pro Se