# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br>                Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER TO RESTORE ECF NO. 139 TO THE DOCKET AND REMOVE THE SENSITIVITY DESIGNATION FROM CAPD009734532** |

# ORDER

Pending before this Court is the defendant's cross-motions. The report CAPD_009734532 is recognized by the Court as being excluded from the protective order by both Section 8 and Section 11(a). Therefore, the government shall:

- Remove the sensitivity designation from CAPD_009734532.

- Remove all sensitivity designations from other redacted discovery to regain compliance with Sections 1 and 8 of the protective order.

- Produce the unredacted copy of CAPD_009734532 in discovery, which shall be excluded from the protective order due to it being a Section 11(a) material. This will cure the government's Section 12 violation of the protective order.

ECF No. 139, being in full compliance with the protective order, shall be restored to the docket. The government may respond to ECF No. 139, by September 4, 2023.

**IT IS SO ORDERED.**

Dated:_____          _____
                                                                                          Rudolph Contreras
                                                                                          UNITED STATES DISTRICT JUDGE