**Exhibit 1: Federal Correspondence Recognizing William Pope as a "Representative of the News Media" and William Pope's Article on National Park Service Rangers Returning to the All-Black Town of Nicodemus, Kansas**

OFFICIAL CORRESPONDENCE SENT VIA ELECTRONIC MAIL
National Park Service
Midwest Region
601 Riverfront Drive
Omaha, Nebraska 68102

**NO HARD COPY TO FOLLOW**

February 26, 2019

9.C.(MWR-LCPP/FOIA)

Mr. William Pope
Owner and Publisher
Free State Kansas LLC
[redacted]
Topeka, Kansas 66608

Reference: Midwest Regional Office

Subject: Acknowledgment of Freedom of Information Act (FOIA) Request Number 2019-0570, Itemized Expenditures of NICO and BRVB for Several Fiscal Years

Dear Mr. Pope:

We have received your request and have assigned it tracking number 2019-0570. All future communications should reference this tracking number.

We have classified you as a representative of the news media. As such, we may charge you for some of our duplication costs, but we will not charge you for our search or review costs; you also are entitled to up to 100 pages of photocopies (or an equivalent volume) for free. See *43 C.F.R. § 2.39*. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. See *43 C.F.R. § 2.37(g)*. The responsive documents will be sent to you in electronic format.

Your request is being processed under the provisions of the Freedom of Information Act (5 U.S.C. §552); United States Department of the Interior (43 CFR Part 2), and the Privacy Act of 1974 (Public Law 93-579). Additional FOIA and Privacy Act guidance may also be found through the Department of the Interior's Web site, http://www.doi.gov/FOIA.

You should expect our response by March 22, 2019. In the meantime, please feel free to contact me with any questions you may have regarding the processing of your request.

Sincerely,

Ramona K. Turner
Midwest Region FOIA Officer

**Ramona K. Turner**
Freedom of Information Act Officer
Midwest Region
National Park Service
Midwest Region
601 Riverfront Drive
Omaha, Nebraska 68102
☎: 402-312-2521 | 📠: 402-661-1737
Ramona_Turner@nps.gov

OFFICIAL CORRESPONDENCE SENT VIA ELECTRONIC MAIL
National Park Service
Midwest Region
601 Riverfront Drive
Omaha, Nebraska 68102

**NO HARD COPY TO FOLLOW**

March 20, 2019

9.C.(MWR-LCPP/FOIA)

Mr. William Pope
Owner and Publisher
Free State Kansas LLC
███████████████████
Topeka, Kansas 66608

Reference: Midwest Regional Office

Subject: Final Response to Freedom of Information Act (FOIA) Request Number 2019-0570, Itemized Expenditures of NICO and BRVB for Several Fiscal Years

Dear Mr. Pope:

This letter is in final response to your Freedom of Information Act (FOIA) request dated January 28, 2019. You requested the following information:

> "I am seeking itemized expenditures from Nicodemus National Historic Site and from Brown v. Board of Education National Historic site for fiscal years FY15, FY16, FY17, FY18, and FY19. The level of expenditure detail should include a breakdown of positions on payroll, purchases, programming costs, training costs, travel costs, rental fees, utilities, and all other detailed expenditures."

With further clarification:

> Essentially I'm looking for the full itemized budgets (detailing expenditures) for NICO and BRVB for the requested fiscal years. Generally, that information is available in spreadsheet form from each park, and should be easily transmittable using an email attachment. For the breakdown of payroll, I would like to know what agency positions were paid for from each park's appropriations. That might include percentages of positions that were funded from multiple parks appropriations. For instance, if a position were funded 10% from BRVB, 80% from NICO, and 10% from Larned. For programming costs I'm looking for any event, exhibit, performance, or other related costs. If you send me the full budget expenditures, that information should be in there.

Upon further review, your request is granted in full. We are releasing and have attached 1 file in its entirety, containing 1,204 pages of responsive material. This material consists of BRVB and NICO document summaries and labor costs reports for the fiscal years you requested, plus a Commitment Item Report document that provides all the commitment item codes used by the National Park Service. This will identify what each expenditure was for in the Document Summary Report, in the column labeled "CI".

Please do not hesitate to contact me with any further questions or concerns. I can be reached at the address above, by phone at 402-312-2521, or via email at ramona_turner@nps.gov.

Sincerely,

Ramona K. Turner
Midwest Region FOIA Officer

Attachment

---

**Ramona K. Turner**
Freedom of Information Act Officer
Midwest Region
National Park Service
Midwest Region
601 Riverfront Drive
Omaha, Nebraska 68102
☎: 402-312-2521 | 📠: 402-661-1737
Ramona_Turner@nps.gov
---

APRIL 19, 2019

# National Park Rangers to Return to Nicodemus



The National Park Service will return staff to Nicodemus National Historic Site, and renew efforts to acquire land to build a visitor center.

On Wednesday, representatives from the National Park Service met with the Nicodemus Historical Society to listen to local concerns about the agency's current management. Acting Regional Deputy Director Clara Wooden acknowledged that mistakes had been made, but expressed that she was committed to making Nicodemus one of her priorities and a park the agency could be proud of.

Nicodemus, Kansas is the oldest all-black pioneer town west of the Mississippi River.

The park in Nicodemus was established by Congress in 1996, but the agency removed rangers from Nicodemus in the fall of 2017. The agency's General Management Plan for Nicodemus says that "onsite staff will include a superintendent, administrative staff, maintenance staff to care for NPS-managed properties, and NPS rangers-interpreters to operate the visitor contact facility."

The transition back to Nicodemus is expected to take several months, and Mrs. Wooden anticipates the first staff will begin arriving in 2020. The National Park Service is also evaluating land in and around the town site to determine a suitable location for a visitor center. Plans are still tentative pending approval by Acting Regional Director Patty Trap, who originally had agreed to attend Wednesday's meeting, but was not present.

In February, Free State Kansas filed a Freedom of Information Act Request seeking detailed expenditures for Nicodemus National Historic Site for fiscal years 2015-2019. Those documents failed to account for more than $700,000 of Nicodemus appropriations between fiscal years 2016 and 2018.

When asked where the missing Nicodemus appropriations had gone, an information officer for the National Park Service explained that the park had declared a "surplus of funds due to several vacant positions," and those funds were then taken by the agency's Midwest Regional Office in Omaha to spend on other parks.

In fiscal year 2018, more than $220,000 of Nicodemus appropriations were taken by the regional office, and another $183,000 was spent on salaries for National Park employees stationed at Brown v. Board of Education National Historic Site in Topeka, and Fort Larned National Historic Site in Larned, Kansas. That gave the appearance that congressionally designated appropriations for Nicodemus were being used as a slush fund for other parks, so further inquiry was made.

Initial observations were presented to the NPS that the condition of the site and the use of Nicodemus appropriations appear to indicate a pattern of serious mismanagement over a prolonged period of time. Additionally, a request was made for the NPS to advise whether that reaction to management of the Nicodemus budget was incorrect in any way.

On Thursday, March 28, 2019 the NPS information officer responded that the NPS employee who had been assisting her with the budget information was "retiring effective today," and the question about budgetary mismanagement would go through the comptroller of the Midwest Region.

When no response was received for a week, a follow up email was sent asking whether the NPS disputed that there had been serious mismanagement of the budget. The information officer responded that she was still attempting to obtain an answer.

At the time of this publication, three weeks after the initial request, Free State Kansas has still not received the comptroller's assessment of whether serious mismanagement of the Nicodemus National Historic Site budget has taken place.

In the past there have been questions about whether the National Park Service prioritizes Nicodemus National Historic Site as it does larger parks like the Grand Canyon or Yellowstone.

A recent [Washington Post](#) article on Nicodemus declared: "the National Park Service is failing in its responsibility to maintain this historic site."

In 2017, the [High Country News](#) wrote, "Nicodemus became a national historic site in 1996. Since then, the National Park Service has erected a half-dozen signs that are so worn and weather-beaten they are hard to read, shored up one building, and put a new roof on a small old hotel. That's it."

In a [National Parks Traveler](#) Article, [Dr. Bob Pahre](#) questioned why the National Park Service had not yet built a visitor center in Nicodemus, when other parks that were legislated at the same time had already received very nice visitor centers. Pahre concluded, "this site appears abandoned not only by residents but by the National Park Service, Congress, and the American people."

Wednesday's commitment by Acting Regional Deputy Director Clara Wooden may signal a new era for the National Park Service in Nicodemus. Free State Kansas will continue to follow this story, and will report on any successes as they happen.