UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-CR-128 |
| v. | : | |
| | : | |
| WILLIAM POPE and | : | |
| MICHAEL POPE | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE**

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Joshua Ontell is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: */s/ Joshua Ontell*
Joshua Ontell
VA Bar No. 92444
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-7706
joshua.ontell@usdoj.gov