IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) Criminal No.: 21-cr-128 (RC) |
| vs. | )<br>)<br>) |
| William Pope and Michael Pope, | )<br>)<br>) |
| Defendants. | )<br>) |

UNOPPOSED MOTION BY DEFENDANT MICHAEL POPE TO CONTINUE THE DUE DATE OF TODAY, NOVEMBER 27, 2023 FOR PRETRIAL FILINGS, AS SPECIFIED UNDER THE PRETRIAL ORDER

NOW COMES Defendant Michael Pope, by and through the undersigned court-appointed counsel, and hereby moves unopposed for a continuance of the due date of today, November 27, 2023, for the parties' pretrial filings as set forth in the Pretrial Order dated November 16, 2023 (ECF No. 150), and in support thereof states as follows:

1. Defendant Michael Pope has an upcoming first trial date of December 13, 2023 on various felony and misdemeanor charges in a First Superseding Indictment, in a trial severed from that of his brother, William Pope.

2. The parties have for months discussed, and continue to discuss as recently as today, conducting a bench trial with as many undisputed issues removed as

1

possible by stipulation of one sort or another, so as to save time and resources. The parties had begun these discussions with the Government's proposal of a "stipulated trial" on just two of the charges that would take two court days, as the parties estimated at the time of setting the current mid-December 2023 trial date.

3. Eleven days ago, with that trial date approaching, this Court issued *sua sponte* a Pretrial Order setting the case for Pretrial Conference on November 30, 2023 at 11 a.m., and setting a due date that the following filings be made on or before November 27, 2023:

> (1) The parties shall file any motions in limine on or before November 27, 2023, with responses due by December 4, 2023;
>
> (2) The parties shall submit a joint pretrial statement that complies with the directives detailed below on or before November 27, 2023.

(ECF 150.).

4. One of the items in the joint pretrial statement is the parties' stipulations (*see id.*), and that item is indeed key to how this trial will be conducted -- especially how various issues of evidence will be litigated or not litigated.

5. Last Wednesday, November 23, 2023, the Government informed the defense that it has now decided to seek a Second Superseding Indictment from the Grand Jury on this coming Wednesday, November 29, 2023, the day before the Pretrial Conference is now set.

6. The parties are still working diligently on a robust set of trial stipulations that will reduce the issues requiring witness testimony and, more generally, this Court's expenditure of time. Unfortunately, because of unforeseen circumstances, the parties have yet to arrive at a proposed set of trial stipulations including the exhibits as to which each side would agree to their admissibility. Michael Pope and his counsel will not have sufficient time today to do a meaningful review of the set of exhibits and to return comments on the proposed stipulations to the Government to reach agreement in time for today's court filing deadline. Nor is Michael Pope in a position, because of the status of these discussions, to draft and file all motions *in limine* that he may wish to file.

7. At the time of the Pretrial Conference three days from now, Michael Pope is expected to be arraigned on the new superseding indictment, and the new charges will be made available by then. However, Michael Pope and his counsel will need a meaningful opportunity to review the new charges, and to seek any appropriate relief from the Court if necessary.

8. For the foregoing reasons, the current due date of today for the pretrial filings is premature and can be reset at the Pretrial Conference three days from now, in the wake of the new indictment, and after discussion between the Court and the parties.

9. Undersigned counsel has communicated with counsel for the Government, who do not oppose this motion.

WHEREFORE, for the foregoing reasons, the Unopposed Motion for a Continuance of the Due Date of today, November 27, 2023, for the Parties' Pretrial Filings As Specified Under the Pretrial Order should be granted, and new date discussed and ordered on November 30, 2023.

Dated this 27th day of November, 2023    Respectfully submitted

/s/ Bruce H. Searby_____
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Fax:  202-849-2122
bsearby@searby.law

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of November 2023, true and genuine copies of <u>UNOPPOSED MOTION BY DEFENDANT MICHAEL POPE TO CONTINUE THE DUE DATE FOR PRETRIAL FILINGS AS SPECIFIED UNDER THE PRETRIAL ORDER</u> were served via electronic mail by this Court's CM/ECF system, which will serve a copy on all counsel of record.

    Respectfully submitted,

/s/ Bruce H. Searby_____
Bruce H. Searby, DC Bar No. 1012382
SEARBY LLP
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Fax: 202-849-2122
bsearby@searby.law