IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | Criminal No.: 21-cr-128 (RC) |
| vs. | ) ) ) ) | |
| William Pope and Michael Pope, | ) ) ) | |
| Defendants. | ) ) | |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION BY DEFENDANT MICHAEL POPE TO CONTINUE THE DUE DATE FOR PRETRIAL FILINGS AS SPECIFIED UNDER THE PRETRIAL ORDER

The Court has reviewed Defendant Michael Pope's Unopposed Motion To Continue the Reply Due Date In His Motion To Sever, seeking to re-set the due date at the upcoming court hearing on November 30, 2023, and finding good cause therein,

IT IS SO ORDERED.

DATED: _____

Hon. Rudolph Contreras
United States District Judge