# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

# SECOND SUPPLEMENTAL MOTION TO COMPEL INVENTORY AND PRODUCTION OF ALL UNITED STATES CAPITOL POLICE CCTV FOOTAGE

On May 11, 2023, I filed ECF No. 113 with the Court seeking to compel the government to inventory and produce all Capitol CCTV footage they have possessed. On October 4, 2023, I filed a supplemental motion (ECF No. 114) noting that exculpatory CCTV footage the government withheld from defense in the Oath Keepers case showed that multiple government witnessed perjured themselves on the stand. Specifically, ECF No. 149 pointed out that CCTV shows USCP officers Dunn and Lazarus were in two completely different parts of the Capitol Complex at the time they both testified they were together near the Oath Keepers. The government's refusal to produce exculpatory CCTV clearly showing Lazarus in the tunnels prevented the defense from cross-examining Lazarus' when he falsely stated to the Court that he had witnessed the Oath Keepers in the Small Rotunda with Dunn.

The government continues to withhold more than one thousand USCP CCTV cameras from the January 6 discovery, preventing defense teams from accessing exculpatory information needed to cross-examine false testimony from government witnesses, as well as preventing them

from preparing and presenting their own defense arguments. This matter is still pending before this Court, and I am here submitting a second supplemental motion with additional information.

On November 17, 2023, Speaker of the United States House of Representatives Mike Johnson released a statement[1] saying he would make the "January 6, 2021 Capitol Hill security footage available to all Americans." He added that his intention was to publicly post "nearly all of the footage, more than 40,000 hours." Speaker Johnson's statement also noted his decision, was in part, to provide access to criminal defendants.

However, the government also has an obligation to provide access to defendants. As I noted in my response (ECF No. 119 at 2) to the government's opposition to my original motion I am here supplementing (ECF No. 117 at 2), I pointed out that the government claims to not even know what CCTV they have in their possession. I stressed to the Court that this lack of an inventory was putting defendant rights and liberties at risk:

> *If the government does not even know what they have, the government is likely denying hundreds of January 6 defendants important exculpatory evidence. This would be like the government sending an innocent man to death row because they were too lazy to test for the DNA that would exonerate him. This potential for depriving citizens of their liberties without due process makes it even more crucial for this court to compel the government to inventory all Capitol Police CCTV in their possession, and to produce it in discovery.*

As seen with the unfortunate example of the Dunn and Lazarus perjury, non-violent Americans have indeed been sent to prison because the government withheld CCTV in their

---

[1] Speaker Johnson's full statement on his intent to make more than 40,000 hours of video public can be accessed here: https://www.speaker.gov/speaker-johnson-statement-on-january-6-2021-u-s-capitol-security-tapes/

possession that would have been used to perjure false witnesses. Whether this was done by the government maliciously or due to their laziness and lack of a CCTV inventory, the result is the same – American citizens have been wrongly deprived of their liberties.

Speaker Johnson's statement of intent to release 40,000+ hours publicly, and specifically to defendants, supersedes all past declarations by Thomas DeBiase that the government has used to withhold CCTV from defense teams. Furthermore, as I noted in ECF No. 95 at 15, the government has only produced 248 days of USCP CCTV in discovery – this is the equivalent of less than 6000 hours available in discovery. This means the government could be withholding at least 34,000 hours of CCTV that Speaker Johnson believes should be publicly available to defendants. From DiBiase's conflicting statements, we know that USCP turned over more than 14,000 hours to the FBI from just the hours of noon to 8 p.m.  The CCTV the government continues to withhold includes the video of Agent Lazarus that the government withheld from January 6 defense teams.

The government's malicious or lazy withholding of CCTV likely has harmed, and will harm, additional January 6 defendants, including myself. This makes it all the more urgent for the Court to compel the government to inventory and produce all January 6 CCTV in their possession. I therefore move that ECF No. 113, be granted in full.

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

<u>Certificate of Service</u>
I certify that a copy of this was filed electronically for
all parties of record on November 29, 2023.

/s/
William Alexander Pope, Pro Se