UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| WILLIAM POPE, | : | |
| | : | |
| Defendant. | | |

### GOVERNMENT'S REPLY TO
### DEFENDANT WILLIAM POPE'S RESPONSE TO THE GOVERNMENT'S
### OPPOSITION TO HIS MOTION TO COMPEL (ECF NO. 165)

The defendant's most recent filing (ECF 165) relating to his original motion (ECF 113) once again seeks to compel the inventory and production of all United States Capitol Police ("USCP") closed circuit video ("CCV") footage from January 6, 2021. The defendant speculates that there are cameras missing from the CCV footage available in discovery and claims that the government provided him with an open-source video that crops out exculpatory information. However, the defendant's assertions about the cameras are baseless and the video provided was not created or edited by the government. Defendant knows that the video is open-source and the government informed him of that when it was exchanged. The Government incorporates by reference here its response to defendant's initial motion (ECF 116) and its opposition to defendant's second supplement to his original motion (ECF 161).

Defendant's assertion that there are missing cameras is unsupported by evidence outside of his own unsworn statements. He claims that the CCV map "at the Congressional terminals" includes a total of eight cameras at two guardhouses. ECF 165 at 3. He avers that four of the eight cameras are excluded from discovery. *Id*. Notably, Mr. Pope had the opportunity to view any footage from those cameras when at the Congressional terminals in 2023. He does not state that

he viewed any relevant footage from January 6th that was not previously produced in discovery. He instead asserts all footage from those cameras was withheld from discovery. In doing so, defendant fails to account for the possibility – as is the case –that additional cameras were added to guardhouses since January 6, 2021.

In contrast to the Defendant's ungrounded claims, the government has produced a Declaration from the General Counsel of the USCP outlining the available CCV footage. ECF 71-1 at 4-5. Additionally, the government has provided indices of the items produced in discovery. ECF 116 at 2

Defendant also asserts that the government provided him with "a video that crops out contextual and exculpatory information." ECF 165 at 7.[1] As was explained to defendant when the video was exchanged, the video is open-source and was not edited by the government. In any event, Mr. Pope is already in possession of a video that he says shows the full context of what occurred. *Id*. at 8.

For these reasons, the Government respectfully requests that the Court deny the defendant's motion.

                                                                 Respectfully submitted,

                                                                 MATTHEW M. GRAVES
                                                                 United States Attorney
                                                                 D.C. Bar No. 481052

---

[1] In an attempt to illustrate why his motion should be granted, defendant provided this Court with Sealed Exhibits 1 and 2 to ECF 165. Defendant believes these Exhibits are somehow exculpatory because they show "police allowing people past barricades." ECF 165 at 5. They show no such thing. If anything, they show rioters overwhelming police and forcing their way past barricades.

Furthermore, defendant removed the sound to Exhibits 1 and 2. If he had left the sound in the Exhibits, the Court would have heard someone right next to the camera loudly saying "they [the rioters] just breached the Capitol again!" *See* https://archive.org/details/q8CA9ejbJgbghbBiN at 0:07-0:14.

By: */s/ Joshua Ontell*
Joshua Ontell
VA Bar # 92444
Assistant United States Attorney
601 D Street NW
Washington, DC 20001
joshua.ontell@usdoj.gov
(202) 252-7706

*/s/ Kelly Elizabeth Moran*
KELLY ELIZABETH MORAN
Assistant United States Attorney
NY Bar No. 5776471
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-740-4690
kelly.moran@usdoj.gov