# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br>　　　　Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER TO DISMISS ALL CHARGES WITH PREJUDICE** |

# ORDER

　　Pending before this Court is the defendant's motion to dismiss all charges with prejudice due to the government's selective prosecution of Mr. Pope as compared to their unjustified, favored treatment of Mr. Ray Epps.

**IT IS SO ORDERED.**

**THIS CASE IS DISMISSED WITH PREJUDICE.**

**MR. POPE IS NOT GUILTY.**

Dated:_____

　　　　　　　　　　　　　　　　　　　　　Rudolph Contreras
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Case 1:21-cr-00128-RC   Document 178-1   Filed 01/02/24   Page 2 of 2