**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-128 (RC)** |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO OPPOSE WILLIAM**
**POPE'S MOTION TO DISMISS DUE TO SELECTIVE PROSECUTION**

On January 2, 2024, William Pope filed a motion requesting dismissal with prejudice of all the charges he faces. ECF 178. Pursuant to Local Criminal Rule 47(b), the government's opposition is due on January 16, 2024, the same day the trial of Michael Pope is set to begin.[1] In addition to preparing for trial, the government is responding to three pending motions filed by Michael Pope's defense counsel. For these reasons, the government respectfully requests that the Court grant an extension of time for the government's response to William Pope's Motion to Dismiss. Specifically, the government is seeking to respond on or before February 2, 2024. This is two weeks after the government expects Michael Pope's trial will end. William Pope's trial is set to begin on July 22, 2024. William Pope opposes the government's motion for an extension of time in which to file the response.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     /s/ Joshua Ontell
JOSHUA ONTELL
VA Bar No. 92444
Assistant United States Attorney
601 D Street, N.W.

---

1 The Court severed William Pope's case from Michael Pope's case on September 26, 2023. ECF 148, Opinion and Order Granting Moton to Sever.

Washington, DC 20530
(202) 252-7706
joshua.ontell@usdoj.gov

*/s/ Kelly Elizabeth Moran*
KELLY ELIZABETH MORAN
Assistant United States Attorney
NY Bar No. 5776471
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-740-4690
kelly.moran@usdoj.gov

2