UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of government's motion for an extension of time to respond to William Pope's Motion to Dismiss, and for good cause shown and the entire record herein, it is hereby

ORDERED that the government's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including February 2, 2024, to respond to William Pope's Motion to Dismiss (ECF 178).

SO ORDERED:

_____                                       _____
Dated                                                                                                RUDOLPH CONTRERAS
                                                                                                            United States District Judge