**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

# OPPOSITION TO THE GOVERNMENT'S MOTION FOR MORE TIME TO RESPOND TO MY MOTION TO DISMISS

    This morning the government contacted me requesting me to consent to an extension of time to respond to ECF No. 178, even though I filed it only yesterday, after I saw that the government filed their sentencing memorandum in the case of Ray Epps (23-cr-321-JEB, ECF No. 16), which noted that the government had shown favorable treatment to Mr. Epps despite the government's assessment that Epps had engaged in felonious behavior. Even though this honorable Court has granted the government's motion for an extension within an hour after they filed it this morning, I am respectfully filing my opposition to this extension.

    When the government contacted me this morning, they listed no reasons for why they needed an extension of time, so I did not think my brother's trial date was a factor, since a valid motion to stay my brother's trial is pending before this Court, and cases are being stayed.

> Mr. Pope,
>
> We are seeking to extend the deadline for our opposition to your motion to dismiss for selective prosecution. We plan to make a motion tomorrow to ask the Court to allow us to respond on 2/2/24. Please let us know if you oppose or consent to the extension.
>
> All best,
>
> **Joshua H. Ontell** | Assistant United States Attorney
> U.S. Attorney's Office

*Figure 1: The government listed no justification for an extension of time in their request for consent.*

In my email responding to the government this morning (in which I opposed an extension of time), I noted that the government throughout this process has been very disrespectful to me and has not bestowed upon me the same favor that they have to Mr. Epps. I listed several examples, including their long-running failure to respond to emails, which will require me to file several additional motions for this Court's consideration. The government has also repeatedly lied about me in Court filings. And the government has continuously opposed me having basic discovery access needed for my defense. This includes the government backing out of their promise to the Court in April 2023 (ECF No. 104) to provide me with a hard drive containing all discovery materials I am allowed to possess. [My motion to compel the government to provide me these promised discovery materials, ECF No. 127, has been pending before this Court since July 13, 2023; the government's continued obstruction on this matter has denied me nearly a year of discovery review and trial preparation].

The rightful course of action this morning should have been for the government to immediately cease their selective prosecution and file a motion to dismiss this case, rather than filing a motion requesting a month to respond. This response extension further delays subsequent defense actions, and discovery productions, making a July trial date even more unworkable.

I therefore respectfully oppose the government's request for an extension even though it has already been granted. Happy New Year!

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service

I certify that a copy of this was filed electronically for all parties on January 3, 2024.

/s/
William Alexander Pope, Pro Se