# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATE OF AMERICA,

v.

WILLIAM POPE,

      Defendant.

Case No. 1:21-CR-00128-RC

**ORDER TO MODIFY THE PROTECTIVE ORDER TO ALLOW THE DEFEDNANT TO POSSESS ALL HIGHLY SENSITIVE MATERIALS THAT DIRECTLY PERTAIN TO HIS DEFENSE**

# ORDER

Pending before this Court is the defendant's motion to modify the Court's protective order so that the defendant may possess all highly sensitive discovery files that directly pertain to his defense.

The Protective Order (ECF No. 26) shall be modified to allow the defendant to possess all highly sensitive media in discovery that portray the defendant, all highly sensitive files that describe the defendant, and all highly sensitive media and files which are needed to confront the credibility and actions of witnesses that directly pertain to his case.

These files shall be available to the defendant for at least four months prior to his trial to allow the defendant adequate time to organize his defense and prepare exhibits.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE