# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | |
| WILLIAM POPE, | **ORDER TO IDENTIFY MATERIAL FBI AND LAW ENFORCMENT WITNESSES WHO WERE AT THE CAPITOL AND TO PRODUCE RELATED DISCOVERY** |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion to compel the government to identify FBI agents who were at the Capitol on January 6, who were material witnesses to the events of the day, and to produce all related discovery.

The government shall:

- Identify all FBI agents who were on Capitol grounds or inside the Capitol between 12:30 p.m. and 3 p.m. on January 6, 2021, and produce all related discovery (including photographs and video they recorded, related communications, related memorandum, related interview summaries and FBI 302s, testimony, and any other material evidence related to their presence).

- The government shall also produce all discovery materials related to former FBI Liaison to Capitol Police John Guandolo.

- The government shall also identify and produce related discovery for all local law enforcement that John Guandolo interacted with on January 6.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE