# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATE OF AMERICA,

    v.

WILLIAM POPE,

       Defendant.

Case No. 1:21-CR-00128-RC

**ORDER TO COMPEL THE GOVERNMENT TO COMPLY WITH SECTION 11 OF THE PROTECTIVE ORDER**

# ORDER

Pending before this Court is the defendant's motion to compel the government to comply with the protective order (ECF No. 26). The government shall comply with section 11 of the protective order, and shall remove the sensitivity designations from all items in the January 6 global discovery that are received, or have already been received, in evidence in any public trials or hearings.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE