UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-128 (RC) |
| : | |
| **WILLIAM POPE,** : | |
| : | |
| **Defendant.** : | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of government's motion for an extension of time to respond to William Pope's Motion to Compel ID and Produce Discovery (ECF 212), and for good cause shown and the entire record herein, it is hereby

ORDERED that the government's motion is GRANTED; and it is further

ORDERED that government shall have through and including March 14, 2024, to respond to William Pope's Motion to Compel ID and Produce Discovery (ECF 212).

SO ORDERED:

_____     _____
Dated                                                                               RUDOLPH CONTRERAS
                                                                                           United States District Judge

4