```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

     United States of America,     ) Criminal Action
                                   ) No. 1:21-cr-00128-RC
                    Plaintiff,     )
                                   )
     vs.                           ) Status Conference (via Zoom)
                                   )
     William Pope and Michael Pope,) Washington, D.C.
                                   ) September 15, 2023
                    Defendants.    ) Time:  11:00 a.m.
     _____

            Transcript of Status Conference (via Zoom)
                         Held Before
         The Honorable Rudolph Contreras (in courtroom)
                   United States District Judge
     _____

                      A P P E A R A N C E S

     For the Government:     Kelly E. Moran
     (via Zoom)              UNITED STATES ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             601 D Street, Northwest
                             Washington, D.C. 20579

     Defendant (via Zoom):   William Pope, pro se

     For the Defendant William Pope as Standby Counsel:
     (via Zoom)              Nicole A. Cubbage
                             LAW OFFICE OF NICOLE CUBBAGE
                             712 H Street, Northeast, Unit 570
                             Washington, D.C. 20002

     For the Defendant Michael Pope:
     (in courtroom)          Bruce H. Searby
                             SEARBY PLLC
                             2000 P Street, Northwest, Suite 750
                             Washington, D.C. 20036
     _____

     Stenographic Official Court Reporter:
     (in courtroom)          Nancy J. Meyer
                             Registered Diplomate Reporter
                             Certified Realtime Reporter
                             333 Constitution Avenue, Northwest
                             Washington, D.C. 20001
                             202-354-3118
```

|    |    |
|---|---|
| 1  | P R O C E E D I N G S |
| 2  | (REPORTER'S NOTE: This hearing is subject to the limitations of technology associated with the use of technology, including but not limited to telephone and video signal interference, static, signal interruptions, and other restrictions and limitations associated with remote court reporting via telephone, speakerphone, and/or videoconferencing.) |
| 6  | THE COURTROOM DEPUTY: This is Criminal Action 21-128, United States v. William Pope and United States v. Michael Pope. |
| 9  | Counsel, please step forward to the podium, and counsel on Zoom, please -- you can step right here. |
| 11 | MR. SEARBY: Okay. |
| 12 | THE COURTROOM DEPUTY: Yes, please. |
| 13 | Please state your appearance for the record. |
| 14 | MR. SEARBY: Good morning, Your Honor. Bruce Searby for Defendant Michael Pope. And with me at counsel table is Nicole Ledesma, law clerk, pending bar admission. |
| 17 | THE COURT: Good morning. |
| 18 | MS. MORAN: Good morning, everyone. Kelly Moran on behalf of the United States. |
| 20 | THE COURTROOM DEPUTY: Sorry, Ms. Moran. We didn't hear you. Sorry about that. |
| 22 | MS. MORAN: Can you hear me now? |
| 23 | THE COURTROOM DEPUTY: Yes. |
| 24 | MS. MORAN: Great. Good morning, everyone. Kelly Moran on behalf of the United States. |

1    to do.  I don't have access to 5.8 million files in discovery.
2    In addition, I understand there's many, many pretrial filings
3    that are going to have to be done, and I have to do research on
4    how to do those, so.
5            THE COURT:  Well, but we're talking about -- we're
6    talking about July of 2024.  So that gives you plenty of time.
7    I don't think you're going to need to read all the 5 million
8    documents.  But, you know, if you want to stop sleeping between
9    now and then, that's up to you.
10           So what -- do you have a conflict with that date?
11           DEFENDANT WILLIAM POPE:  Not currently, Your Honor.
12           THE COURT:  Okay.  How --
13           DEFENDANT WILLIAM POPE:  If you would --
14           THE COURT:  How long do you envision that trial
15   going?  Two weeks?
16           DEFENDANT WILLIAM POPE:  Potentially, sir, yeah.
17           THE COURT:  Okay.
18           MS. MORAN:  That's what I would imagine, Your Honor.
19           THE COURT:  Okay.  So we'll block off two weeks
20   starting July 22nd.
21         Is that what you said, Tanya?
22           THE COURTROOM DEPUTY:  Yes, Judge.
23           THE COURT:  Okay.  We'll block off two weeks starting
24   July 22nd, just to start focusing everybody on an endgame.
25           All right.  With respect to Ms. Moran's request about

1    the disclosure of the sensitive information, Mr. William Pope,
2    I'm -- I think a lot of what you argue in your papers is just
3    playing games and semantics.  I need you to not file -- I'm not
4    going to take any action now, but I need you to not file any
5    sensitive information on the public record.
6         You can file whatever you need to under seal.  You've
7    shown that you are able to do that.  Or you can come to me and
8    ask me to change the designation on something, but you are not
9    to file or quote anything on the record.
10        Have I made myself clear?
11        DEFENDANT WILLIAM POPE:  Yes, Your Honor.
12        THE COURT:  Okay.  And there will be consequences
13   down the road if this continues to happen.
14        Anything else we need to resolve today?
15        MS. MORAN:  Nothing from the government, Your Honor.
16        THE COURT:  Mr. Michael Pope, Mr. --
17        MR. SEARBY:  No, Your Honor.
18        THE COURT:  Mr. William Pope, Ms. Cubbage?
19        MS. CUBBAGE:  No, Your Honor.
20        THE COURT:  Mr. William Pope?
21        DEFENDANT WILLIAM POPE:  I would just reiterate my
22   request to have some clarity on the motions that I have
23   pending.
24        THE COURT:  I will -- as I indicated, I will start to
25   focus on those as we now have a more targeted date to shoot

1    CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

2

3          I, Nancy J. Meyer, Registered Diplomate Reporter,

4    Certified Realtime Reporter, do hereby certify that the above

5    and foregoing constitutes a true and accurate transcript of my

6    stenograph notes and is a full, true, and complete transcript

7    of the proceedings to the best of my ability.

8

9                    Dated this 20th day of December, 2023.

10

11                   /s/ Nancy J. Meyer
                     Nancy J. Meyer
12                   Official Court Reporter
                     Registered Diplomate Reporter
13                   Certified Realtime Reporter
                     333 Constitution Avenue Northwest
14                   Washington, D.C. 20001