UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| **Defendant.** | : | |

### [PROPOSED] ORDER

UPON CONSIDERATION of William Pope's Motion to Dismiss (ECF 214), and for good cause shown and the entire record herein, it is hereby

ORDERED that William Pope's motion is DENIED.


SO ORDERED:


_____                     _____
Dated                                                                              RUDOLPH CONTRERAS
                                                                                               United States District Judge

5