IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                                    )<br>          Plaintiff,                        )<br>                                                    )    Criminal No.: 21-cr-128 (RC)<br>                                                    )<br>vs.                                              )<br>                                                    )<br>                                                    ).   **EXPEDITED**<br>MICHAEL POPE,                    )<br>                                                    )<br>          Defendant.                   )<br>                                                    ) | |

**UNOPPOSED THIRD MOTION BY DEFENDANT MICHAEL POPE TO CONTINUE THE DUE DATE OF SUPPLEMENTAL BRIEF IN SUPPORT OF HIS MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE 29**

NOW COMES Defendant Michael Pope, by and through the undersigned court-appointed counsel, and hereby moves **unopposed** for a third time for a continuance for filing his supplemental brief in support of his Motion for Judgment of Acquittal Under Rule 29 of the Federal Rules of Criminal Procedure ("Rule 29 Motion"), **currently due today** Friday, March 1, 2024 (per Minute Order of February 16, 2024), and seeks a new due date of Friday, March 8, 2024, and in support thereof states as follows:

1. Yesterday morning, February 29, 2024, counsel for Michael Pope had the first opportunity to download the 49-page merits answering brief filed on the previous day by the Government in opposition to the appeal in the Supreme

Court in *Fischer v. United States*, Case No. 23-5572. (SCOTUS Docket Entry February 28, 2024.) A once-over of this brief revealed the crucial importance of its arguments to the Rule 29 Motion in Michael Pope's case in which counsel is attempting to finalize supplemental briefing, in part requested by the Court. In seeking the previous continuance of the due date requested from the Court to today's date, however, counsel had overlooked the timing of the Government's merits brief before the highest court, and thus how undersigned counsel would need to review and react to the Government's most evolved arguments about the application here of Title 18, United States Code, Section 1512(c)(2) to the protesting at the U.S. Capitol.

2. In particular, undersigned counsel now sees that, at a minimum, the legal position concerning the scope of Section 1512(c)(2) as stated in Government's Supreme Court merits brief in *Fischer* appears to supply numerous points *in favor of* Michael Pope as that statute applied to the facts *in his particular case*. It will be crucial for Michael Pope (and other defendants subjected to a particularly expansive prosecutorial interpretation of Section 1512(c)(2) to peaceful protest) to hold the Government accountable to the implications of its arguments in *Fischer*. On the other hand, there is also likely going to be a defense argument, or arguments, that counsel after further reflection may abandon or modify in acknowledgement of some point well-taken in the Government's Supreme Court merits brief in *Fischer*.

3. Meanwhile, other unexpected events arose at defense counsel's small firm this past week impeding completion of the supplemental Rule 29 brief. Undersigned counsel's one associate, Ms. Ledesma, who is assisting on the case, became ill with a respiratory infection last Sunday, returning to the office only yesterday. Furthermore, yesterday afternoon a pressing issue arose in an entirely different client's case which cost counsel several hours paying immediate attention to security issues vis-à-vis apparently malign actors.

4. Therefore, counsel needs an additional week on the briefing schedule here to process the Government arguments in the Supreme Court the day before yesterday, and otherwise to finalize its supplemental brief in support of the Rule 29 motion.  A careful and concise product for the Court remains the goal served by this request.

5. Counsel has heard back this morning from the U.S. Attorney's Office that it does not oppose this request, continuing with the defense in the cooperative spirit on procedural matters in the interests of judicial economy that led to completing trial in less than two days.

WHEREFORE, for the foregoing reasons, the Unopposed Motion for a Continuance of the present Due Date of March 1, 2024 should be granted, and new due date ordered for March 8, 2024, with a corresponding extension of the Government's due date.

Dated this 1st day of March, 2024　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Bruce H. Searby_____
　　　　　　　　　　　　　　　　　　　　Bruce H. Searby, DC Bar No. 1012382
　　　　　　　　　　　　　　　　　　　　SEARBY PLLC
　　　　　　　　　　　　　　　　　　　　2000 P Street, NW, Suite 705
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　Tel: (202) 750-6106
　　　　　　　　　　　　　　　　　　　　Fax:  202-849-2122
　　　　　　　　　　　　　　　　　　　　bsearby@searby.law

　　　　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　MICHAEL POPE

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2024, true and genuine copies of <u>**UNOPPOSED** THIRD MOTION BY DEFENDANT MICHAEL POPE TO CONTINUE THE DUE DATE OF SUPPLEMENTAL BRIEF IN SUPPORT OF HIS MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE 29</u> were served via electronic mail by this Court's CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted,

/s/ Bruce H. Searby_____
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Fax: 202-849-2122
bsearby@searby.law

5