IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Criminal No.: 21-cr-128 (RC) |
| vs. | ) |
| MICHAEL POPE, | ) |
| Defendants. | ) |

[PROPOSED] ORDER GRANTING UNOPPOSED THIRD MOTION BY DEFENDANT MICHAEL POPE TO CONTINUE THE DUE DATE FOR SUPPLEMENTAL BRIEF IN SUPPORT OF HIS MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE 29

The Court has reviewed Defendant Michael Pope's Unopposed Motion To Continue the Due Date For His Supplemental Brief In Support of Rule 29 Motion, seeking a new due date of March 8, 2024, and finding good cause therein,

IT IS SO ORDERED.

DATED:                                  _____

Hon. Rudolph Contreras
United States District Judge