# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 1:21-CR-28 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO FILE REDACTED VERSION OF THE GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL (ECF 212) ON THE PUBLIC DOCKET AND TO SEAL THE UNREDACTED VERSION

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby respectfully moves to file a redacted version of the government's response to Defendant's motion to compel (ECF 212) on the public docket and to seal the unredacted version. Several sentences have been redacted on pages 2-3 and pages 7-8 of the government's response. The proposed redactions contain highly sensitive material and may not be publicly filed pursuant to the Protective Order. ECF 26 at Section 4(d). The unredacted version of the government's response is attached here as Exhibit 1, and the redacted version is Exhibit 2. Should the Court grant this motion, the government will file Exhibit 2 on the public docket. Exhibit 1 will remain under seal as an attachment to the instant motion.

WHEREFORE, the government respectfully requests that the Court grant the government's motion and issue an order sealing the unredacted version of the government's response and allowing the government to file a redacted response on the public docket (ECF) in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: */s/ Joshua Ontell*
JOSHUA ONTELL
VA Bar No. 92444
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-7706
joshua.ontell@usdoj.gov

*/s/ Kelly Elizabeth Moran*
KELLY ELIZABETH MORAN
Assistant United States Attorney
NY Bar No. 5776471
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-740-4690
kelly.moran@usdoj.gov

*/s/ Matthew Beckwith*
Matthew Beckwith
Assistant United States Attorney
New York Bar No. 90014452
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Matthew.Beckwith@usdoj.gov