# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:21-cr-00128-RC |
| v. | |
| **WILLIAM ALEXANDER POPE,** | |
| Defendant. | |

## NOTICE OF FILING DISCOVERY REQUEST LETTER

I, the defendant, William Alexander Pope, am respectfully filing with the Court a copy of a discovery request letter for items that are needed to prepare pre-trial motions and that are needed for me to adequately prepare for trial. This discovery request letter is attached to this notice as Exhibit 1.

Many of these items were requested from the government months and years ago but have not yet been produced. Should the government continue to fail at meeting their discovery obligations, I will be forced to submit additional motions to compel for the Court to adjudicate.

Submitted respectfully to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

<u>Certificate of Service</u>
I certify that a copy of this was filed electronically for
all parties of record on March 22, 2024.
<u>/s/</u>
William Alexander Pope, Pro Se