Joshua Ontell  March 22, 2024
Kelly Moran
Matthew Beckwith
Assistant United States Attorneys
601 D Street, N.W.
Washington, DC 20530

RE: Discovery Request for USA V. William Pope, 21-cr-00128

Assistant U.S. Attorneys,

    I am requesting the government provide discovery in my case pursuant to the Fifth and Sixth Amendments to the Constitution, Brady v. Maryland, 373 U.S. 83 (1963), Rule 16 of the Federal Rules of Criminal Procedure, and Local Rule 5.1. This request is for all documents, media, data, and information in the possession of the government, or that has been reviewed by the government, or that is known by the government to exist. As it pertains to this letter, references to "government" encompass the Department of Justice, as well as all other federal, state, and local agencies, and all these agency's sources and contractors, who have been in any way involved in operations at the Capitol on January 6 or the subsequent investigations.

    I am requesting the government comply with all its discovery obligations pursuant all laws and procedures of due process, and I am specifically requesting the following:

- All information pertaining to the individual that has been hashtagged as #FrodoTheFash, who is seen on video pushing me into the Capitol, and then again pushing me as I was making an attempt to exit the Capitol. I first requested this information by email from AUSA Jason Crawford on August 12, 2022. I made subsequent inquiries about #FrodoTheFash to AUSA Kelly Moran on January 25, 2023; and March 16, 2023; and June 5, 2023. These requests are connected to an essential component of my defense, and this information is needed prior to making pre-trial motions, and I will need this information in order to prepare for trial.

- All bodycam recordings from my arrest on February 12, 2021, and any arrest related documents and media. My arrest was conducted by FBI JTTF officers, as well as local law enforcement officers with the Topeka Police Department who wore body cameras and transported me to the Shawnee County Jail. These arrest recordings are discoverable information and are needed for making pretrial motions. I first requested this information from AUSA Kelly Moran on October 11, 2023, but Ms. Moran has not yet responded to that email.

- The identification of all uniformed police officers who were in areas related to my defense at the Capitol on January 6, 2021. With this request letter, I am emailing a document with numbered photos of the officers I am seeking to identify as potential

witnesses who were present on the west, north, and east sides of the Capitol, as well as in the vicinity of the Senate Carriage Doors, the Senate Wing, the Rotunda, Statuary Hall, The Crypt, and the Memorial Doors. The identification of these potential witnesses is needed in order to prepare my defense for trial.

- All data pertaining to the day I self-reported my presence at the Capitol to the FBI, including all records and correspondence regarding why the government incorrectly published the self-report date as January 12, 2021, in the statement of "facts" that was filed. I first requested that my first court appointed attorney, Mr. Terry Eaton, obtain this information from the government on March 9, 2021. This information is needed for cross-examining government witnesses and pertains to the facts of my case immediately following January 6, 2021.

- A full un-scoped copy of the data taken from my phone by warrant immediately following my arrest. See. FRCP 16(a)(1)(E)(iii).

- All other Brady and Jencks materials subject to Brady v. Maryland, 373 U.S. 83 (1963), Giles v. Maryland, 386 U.S. 66 (1967), LCrR.5.1, FRCP 26.2, 18 U.S.C. 3500, and all rules of professional conduct; that are favorable to my defense or that would in any way exculpate me from the charges in my indictment; or that pertain to statements of any prospective government witnesses relating to what they will testify; and all disciplinary records and records of past false statements made by the government's prospective witnesses; and all video and audio recordings of the words and actions of the governments prospective witnesses on January 6. I request that these be produced as soon as possible so that I have time to file potential pre-trial motions and prepare my defense for trial.

I appreciate your prompt delivery of these items since my trial is scheduled for four months from now. You have my email address, send them soon!

Will Pope