# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO MODIFY CONDITIONS OF RELEASE** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion seeking to observe the conduct of other January 6 trials, and to be granted a bill of particulars. The government shall:

- Provide Mr. Pope with at least three options for weeks he might travel to D.C. to observe trials.
    - These options should include weeks where Mr. Pope might observe both a bench and a jury trial, including voir dire, and should be at least two months prior to his trial. At least one of the trials each week should included defense against the two felony charges (Counts One and Two) that Mr. Pope must defend against.
    - Mr. Pope shall file a memorandum with the court and notify pretrial of his travel plans at least 48 hours in advance per his release conditions.
    - Defendant is allowed to freely travel to and within Washington, D.C. and the surrounding area (the states of Maryland and Virginia), during the week he visits to observe trials.
- Provide Mr. Pope with the following particulars pertaining to his charges:
    - For Count One:
        - Which particular officer the government is accusing Mr. Pope of impeding, obstructing, or interfering with.
        - Which of Mr. Pope's actions the government alleges impeded, obstructed, or interfered with an officer.
        - What specific duty was impeded, obstructed, or interfered with.
        - When a civil order officially began and ended.
        - What specific action of Mr. Pope adversely affected interstate commerce or the movement of any article or commodity in commerce AND the conduct of any federally protected function.
        - What constitutes a federally protected function.

- For Count Two:
    - What specific action of Mr. Pope corruptly obstructed, influenced, and impeded an official proceeding.
    - What the government considers to be the threshold of "corrupt."
    - When the government alleges the proceeding to have officially been obstructed.
- For Counts Three, Four, and Five:
    - What specific action of Mr. Pope the government alleges to be disorderly and disruptive conduct.
    - How the government specifically alleges Mr. Pope demonstrated intent to impede or disrupt the orderly conduct of government business.
    - What would typically constitute "lawful authority" to enter and remain.
    - What the standard is of "orderly conduct" the government alleges was disrupted.
    - Where it was "posted" on the grounds that the Vice President was present.
    - Whose ingress or egress was impeded.
    - What specific action of Mr. Pope impeded a person's ingress or egress.
    - How is it unlawful for Mr. Pope to remain in a building when an officer shuts the doors and tells him to stay in the building.
- For Counts Six, Seven, and Eight:
    - What the threshold of disorderly and disruptive conduct in a Capitol Building is.
    - What the standard of orderly conduct is in a Capitol Building.
    - What specific action of Mr. Pope the government alleges to be disorderly and disruptive inside a Capitol Building.
    - What the government alleges to be Mr. Pope "knowing" a standard he did not know.
    - What qualifies as a "deliberation" of a committee or House of Congress.
    - What specific actions or words of Mr. Pope the government alleges to demonstrate intent to impede, disrupt, and disturb.
    - What specific session or committee the government alleges Mr. Pope intended to disturb.
    - What passage through the Capitol building or grounds the government alleges Mr. Pope knowingly impeded or obstructed.
    - What specific person's passage was obstructed and impeded by Mr. Pope's actions, and where the impeded person was coming from and where they were attempting to go.
    - What specific action of Mr. Pope impeded and obstructed a person from going somewhere in the Capitol or on Capitol grounds.
    - What specific action of Mr. Pope the government alleges to be "parading, demonstrating, and picketing" in a Capitol.
    - What the threshold for "parading, demonstrating, and picketing" is.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                   Rudolph Contreras
                                                                   UNITED STATES DISTRICT JUDGE