# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br><br>       Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER TO COMPEL THE GOVERNMENT TO COMPLY WITH SECTION 11 OF THE PROTECTIVE ORDER** |

# ORDER

Pending before this Court is the defendant's motion to travel to D.C. for the purpose of conducting a Rule 16(E) walkthrough of the Capitol and Capitol grounds.

The Defendant, William Pope, shall be permitted to freely travel to and within the District of Columbia and surrounding area (the states of Maryland and Virginia), and back to Kansas, to inspect the Capitol during a "crime scene walkthrough" provided by USCP.

**IT IS SO ORDERED.**

Dated:_____          _____
                                                                                                         Rudolph Contreras
                                                                                                         UNITED STATES DISTRICT JUDGE