# WANTED

## ANY VIDEO OF ME "JAMMING" MY FLAGPOLE IN THE DOOR

The government continues to publish false and defamatory claims that I "jammed" my American flag in the Senate Carriage Doors (see ECF No. 232 at 1), however the government has never provided me, the Court, or the public any evidence that this happened. When I make claims in my filings, I include video exhibits. The government doesn't provide video exhibits because they are making this up. As I noted in ECF No. 147 at 10, the flagpole would never have gotten caught in the door had an officer not bumped it in there, and I was unaware the flag was in the door until it was closed. When the Court grants ECF No. 206, allowing me to possess this CCTV, I will submit an exhibit.

## REWARD

## $16.21