# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**v.**

**WILLIAM ALEXANDER POPE,**

               Defendant.

Case No.: 1:21-cr-00128-RC

## NOTICE OF FILING WANTED POSTER

    I, the defendant, am respectfully filing with the Court a wanted poster (See Exhibit 1) since the government has failed to produce any evidence that I "jammed" my flagpole in the door yet continue to publicly make this false and defamatory claim. If the government has such evidence, they have an obligation to provide it in discovery, but they don't, because it never happened, and they are completely making it up.

    Submitted respectfully to the Court, and have a good weekend, your Honor.

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service
I certify that a copy of this was filed electronically for
all parties of record on April 5, 2024.
/s/
William Alexander Pope, Pro Se