# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO CONTINUE THE TRIAL DATE OF WILLIAM POPE** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion to continue the trial date from July 22, 2024 until October 2024 or at the earliest availability in the Court's schedule after that.

The July 22, 2024, trial date is vacated, and this trial is continued. Further, the government is directed to respond to all defendant emails and requests, and begin providing requested discovery to ensure no further undue delays in the resolution of this case.

**IT IS SO ORDERED.**

Dated: _____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE