**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR CLARIFICATION OF COURT'S ORDER**
**GRANTING DEFENDANT'S MOTION TO TRAVEL**
**TO WASHINGTON, D.C. FOR CAPITOL WALKTHROUGH**

The United States of America hereby respectfully moves the Court for clarification of its April 25, 2024 Minute Order granting defendant William Pope's motion for permission to travel to Washington, D.C. for the purpose of taking a Capitol walkthrough in preparation for trial (ECF No. 231).

The Court's Order specifies that "Defendant may travel to Washington, D.C., to take the . . . Capitol walkthrough tour led by the U.S. Capitol Police . . . beginning on July 8, 2024, and may remain in Washington, D.C. up through and including his trial." The only currently scheduled Capitol Police-led walkthrough is Sunday, May 5, 2024 between 1:00 p.m. and 3:00 p.m. These walkthroughs are scheduled after extensive coordination with various stakeholders at the Capitol; the United States Attorney's Office does not set the dates. At this point, it is not known whether there will be walkthrough in July.

Should the defendant wish to visit the Capitol in July, he can schedule a tour through his Representative or Senator or take a public tour through the Capitol Visitor Center (https://www.visitthecapitol.gov/visit/).

The government therefore respectfully requests that the Court clarify whether it grants permission for the defendant to travel to Washington, D.C. to attend the May 5, 2024 Capitol walkthrough.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Benet J Kearney*
Benet J. Kearney
NY Bar No. 4774048
Kelly Elizabeth Moran
NY Bar No. 5776471
Matthew Beckwith
DC Bar No: 90014452
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Benet.Kearney@usdoj.gov
Kelly.Moran@usdoj.gov
Matthew.Beckwith@usdoj.gov
(212) 637 2260 / (202) 740 4690 / (202) 252 7109