**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

# SUPPLEMENT TO MOTION FOR DISCOVERY OR DISMISSAL OF CHARGES DUE TO SELECTIVE PROSECUTION (No. 178)

On January 2, 2024, I filed a motion seeking discovery on selective prosecution or the dismissal of my charges (ECF No. 178), and I then expanded on those arguments by providing additional examples of selective prosecution in a reply to government opposition (ECF No. 211). In both of those filings I pointed out how the government had selectively favored both charged and uncharged persons, compared to their treatment of my case. Since the Court has now set a pretrial motions deadline of May 13, 2024, I will need discovery related to selective prosecution as soon as possible in order to prepare related motions by the filing deadline.

Alternatively, the Court is free to dismiss this case with prejudice.

Since the delivery of this discovery is a pressing matter, I am submitting this supplement to the Court to point out additional mitigating factors that have been overlooked by the government, and favorable differentiate me from Ray Epps and Megan Paradise.

On our trip out east, my brother and I intended to spend the majority of our time visiting National Park sites, including historic sites in the Capitol region. On January 5, I visited Valley Forge National Historical Park while waiting for my brother to land at the airport. After picking

Michael up at the airport, we attempted to visit Independence National Historical Park, home of the Liberty Bell, which neither of us had seen before, but traffic was gridlocked and we were both tired and hungry, so we gave up on trying to get into downtown Philadelphia. On the morning of January 6, we continued our trip plans by visiting several of the National Monuments on the National Mall. Our stops included the Korean War Memorial to honor our grandfather's service in the Marine Corps. I also took photos, including of Michael in the Lincoln Memorial, that I posted to my news page when we circled back to the Ellipse.



*Figure 1: Michael reading President Lincoln's Second Inaugural Address on the morning of January 6, 2021.*

During this time, we kept to ourselves, enjoyed the sights, and waited in a long line to use abysmal toilets near the Washington Monument. We were not circulating through the crowd telling people to go to the Capitol after the President's speech, and we did not leave the President's speech early.

In contrast, Ray Epps was not trying to visit National Park sites on the evening of January 5, he was trying to persuade people in downtown Washington to go into the Capitol on the 6th. Both Ray Epps and Megan Paradise also spent the morning of January 6 walking through the crowds attempting to persuade complete strangers to go to the Capitol. In fact, Megan Paradise is on video bullhorning, "when Trump is done speaking, we are storming the Capitol." Both Epps and Paradise also left the Ellipse early and went to the Capitol.



*Figure 2: Megan Paradise making eye contact with Ray Epps near 15th and Constitution. See Exhibit 17 for video.*

Epps was one of the first on Capitol grounds on the west side and helped push a large sign into police, which the government admits was felonious, yet declined to charge. Megan Paradise began scuffling with police at the east center barriers approximately fifteen minutes before my brother and I entered the east plaza, yet despite going into Speaker Pelosi's officer and putting her feet on a desk, and despite giving her phone to the FBI shortly after January 6, Paradise has not been arrested. Both Epps and Paradise were on the FBI's top twenty most wanted list but have clearly been treated far more favorably than hundreds of other defendants,

including my brother and I. Both Epps and Paradise also stayed on the Capitol grounds long after my brother and I had become some of the first to leave.[1]

I described the conduct of Epps and Paradise in more detail in ECF Nos. 178 and 211, but for this supplement, I am providing video exhibits created from U.S. Secret Service CCTV[2] camera recordings from 15th and Constitution Ave, which show both Epps and Paradise moving through the crowd attempting to persuade people to go to the Capitol. These Exhibits[3] include both manipulated exhibits that track the movements of Epps and Paradise, and the raw original CCTV from which these exhibits were made. I have also included a short montage of publicly available footage showing Epps and Paradise inducing people to go to the Capitol near 15th and Constitution Ave. These exhibits are listed in the following tables.

*Table 1: United States Secret Service CCTV Recordings from 15th & Constitution Ave.*

| Exhibit | Original CCTV Filenames | Start Time - 1/6/21 EST |
|---|---|---|
| Exhibit 1 | Export__2313 DOC 15th St Constitution_Friday January 15 2021235149_b533eb8_7.avi | 9:11:23 AM |
| Exhibit 2 | Export__2313 DOC 15th St Constitution_Friday January 15 2021235149_b533eb8_8.avi | 9:32:22 AM |
| Exhibit 3 | Export__2313 DOC 15th St Constitution_Friday January 15 2021235149_b533eb8_9.avi | 9:53:20 AM |
| Exhibit 4 | Export__2313 DOC 15th St Constitution_Friday January 15 2021235149_b533eb8_10.avi | 10:10:49 AM |
| Exhibit 5 | Export__2313 DOC 15th St Constitution_Friday January 15 2021235149_b533eb8_11.avi | 10:28:11 AM |
| Exhibit 6 | Export__2313 DOC 15th St Constitution_Friday January 15 2021235149_b533eb8_12.avi | 10:45:45 AM |
| Exhibit 7 | Export__2306 DOC 15th St S PTZ_Friday January 15 2021235149_c4d8768_6.avi | 9:03:07 AM |
| Exhibit 8 | Export__2306 DOC 15th St S PTZ_Friday January 15 2021235149_c4d8768_7.avi | 9:48:33 AM |
| Exhibit 9 | Export__2305 DOC 15th St Constitution PTZ_Friday January 15 2021235149_bee051a_11.avi | 10:17:32 AM |

---

[1] When my brother and I left, we did so because I wanted to write an article covering the events of the day for my news website, and because we wanted to get a start on our plans to visit other National Park sites, including Harpers Ferry, Gettysburg, and the Eisenhower home, which is the direction we headed on the night of January 6. We were also hungry and more interested in finding food, than continuing to exercise First Amendment rights at the Capitol. Lastly, we wanted to leave D.C. before night since people had been attacked after previous 1A events. Concern for personal safety is the only reason we discussed bringing protective gear like what journalists for the Washington Post and Los Angelas Times wore on Capitol grounds and in the Capitol (but I decided not to bring it).

[2] The USSS CCTV in discovery has no sensitivity designation, so it is not subject to the protective order.

[3] These video exhibits can all be accessed by the Court at my case Rumble channel: https://rumble.com/c/21cr128

*Table 2: Exhibits of Ray Epps and Megan Paradise created from USSS CCTV and publicly available video.*

| Exhibit | Filenames of Exhibits Tracking Epps and Paradise | Start Time - 1/6/21 EST |
|---|---|---:|
| Exhibit 10 | Epps15thConA | 9:31:01 AM |
| Exhibit 11 | Epps15thConB | 9:50:53 AM |
| Exhibit 12 | Epps15thConC | 10:22:30 AM |
| Exhibit 13 | Epps15thConD | 10:26:37 AM |
| Exhibit 14 | Epps15thConE | 10:40:27 AM |
| Exhibit 15 | Epps15thConF | 10:43:59 AM |
| Exhibit 16 | Paradise15thCon | 10:13:55 AM |
| Exhibit 17 | EppsParadiseMontage | Various |

These exhibits are not a comprehensive collection of attempts by Epps and Paradise to influence crowd behavior but demonstrate that they made extensive efforts to persuade and induce the crowd to go to, and storm, the Capitol on the morning of January 6. This again favorably differentiates my behavior from that of Epps and Paradise, demonstrating mitigating facts not considered by the government, and exposes selective government prosecution that justifies the Court ordering discovery or dismissal. The entire world finds it strange that the DOJ has chosen to make an example out of entirely peaceful defendants like me rather than provocateurs like Epps and Paradise who were mission focused on the morning of January 6 to induce a crowd to move to the Capitol following the President's speech.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service
I certify that a copy of this was filed electronically for all parties of record on April 26, 2024.

/s/
William Alexander Pope, Pro Se