# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION FOR CLARIFICATION (No. 243)

On April 25, 2024, the Court graciously granted my motions to attend January 6 trials and to tour the Capitol during the week of July 8, 2024, for the purpose of physically inspecting crucial evidence pertaining to my defense. In ECF No. 243, the government sought clarification from the Court, and requested the Court to instead have me join the May 5, 2024, tour, or to take a tour with a Representative or Senator, or to take a public tour of the Capitol.

I would note to the Court that public tours do not go to all the places relevant to my case. Specifically, it is most important that I be allowed time to inspect the Senate Carriage Doors since the government has repeatedly accused me of wedging a flagpole into the door. I need to be able to show in my defense that I was unaware that an officer bumped my flagpole into the gap in the door (as I was trying to stay out of the way) due to my back being turned. There are also certain other places I need to inspect that are blind spots in CCTV coverage, but the Senate Carriage area is the most crucial to my defense. A public tour will not suffice.

It is also not the responsibility of my Senators or Representative or a Capitol tour guide to provide me access to discovery; it is the prosecutor's responsibility.

I would also note to the Court that I requested that the tour coincide with my pretrial conference, because it would now be difficult for me to arrange travel to Washington for the scheduled May 5, 2024, tour. The Court has set a pretrial schedule with a pretrial motions deadline of May 13, 2024, which is a short timeframe making it very difficult for me to complete all necessary filings needed for me to be prepared for trial. This motions deadline will become even more impossible if I spend several days traveling to Washington and back.

As I understand it, the government has regularly offered these tours to January 6 defense teams. If the government cannot provide an evidentiary tour during the week of July 8, 2024, the government may motion to continue the trial date and pretrial schedule until later this year, and I would be happy to work with the government on attending a later scheduled walkthrough.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service
I certify that a copy of this was filed electronically for all parties of record on April 26, 2024.

/s/
William Alexander Pope, Pro Se