# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>Defendant. | Case No.: 1:21-cr-00128-RC |

## MOTION FOR EARLY DISCLOSURE OF MATERIALS

On April 24, 2024, the Court issued a Pretrial Order (ECF No. 240) but set no deadline for the government to complete their disclosure of Brady, Giglio, Jencks, and Rule 404 materials. In other January 6 cases, such as *United States v. McKellop*, 21-cr-00268-CJN, Document 136, Pretrial Orders have included a deadline for the government to complete their disclosure obligations by the deadline for filing the Joint Pretrial Statement. I therefore motion the Court to require the government to produce any materials that will be needed for filing pretrial motions by May 3, 2024, and for all other materials to be produced no later than June 28, 2024 (the date our Joint Pretrial Statement is due).

I am including Exhibit 1, which is a memorandum of law on these matters prepared by A.J. Kramer, the Federal Public Defender, apparently back in the mid-1990s. This memorandum reflects my position on this matter, and the Court should consider it my legal argument for this motion. [If this is not an accepted practice, I would ask that the Court advise me as soon as possible, so that I can refile this in whatever might be a more acceptable way].[1]

---

[1] My standby counsel tells me I should just copy and paste some standard motions since I am running out of time to file, but I am not comfortable doing so because I do not want to ever be accused of plagiarism. Therefore, I am attaching Mr. Kramer's motion as an exhibit and giving him full credit for the legal arguments contained within.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on April 27, 2024.

/s/

William Alexander Pope, Pro Se