# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO FOR EARLY DISCLOSURE OF JENCKS, BRADY, GIGLIO, AND RULE 404 MATERIALS** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion for early disclosure of materials the government is obligated to provide. The government shall provide all Brady/Giglio materials to Mr. Pope by May 3, 2024, to allow the defendant time to prepare pretrial motions; and the government shall provide all other materials, including Jencks materials, by June 28, 2024, which is the deadline for the Joint Pretrial Statement.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE