Case 1:21-cr-00204-BAH   Document 3-1   File

Case: 1:21−mj−00089
Assigned To : Faruqui, Zia M.
Assign. Date : 1/16/2021
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Daniel J. Senters, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to the Washington Field Office, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 1: Statement of Facts for Blake Austin Reed.*

Case 1:21-cr-00204-BAH   Document 1-1

Case: 1:21−mj−00079
Assigned To : Meriweather, Robin M.
Assign. Date : 1/15/2021
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Daniel J. Senters, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to the Washington Field Office, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 2: Statement of Facts for Jack Jesse Griffith.*

Case 1:21-cr-00135-RBW   Document 1-1

Case: 1:21-mj-00171
Assigned to: Judge Faruqui, Zia M.
Assign Date: 1/27/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Daniel J. Senters, is a Special Agent with the Federal Bureau of Investigation and assigned to the Washington Field Office. I am assigned to a Safe Streets Task Force that investigates criminal enterprises and violent gangs for the Washington Field Office's Northern Virginia Resident Agency. Currently, I am tasked with investigating criminal activity in and around the United States Capitol grounds that occurred on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 3: Statement of Facts for Eric Torrens.*

Case 1:21-mj-00171-ZMF   Document 1-:   Case: 1:21-mj-00171
Assigned to: Judge Faruqui, Zia M.
Assign Date: 1/27/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Daniel J. Senters, is a Special Agent with the Federal Bureau of Investigation and assigned to the Washington Field Office. I am assigned to a Safe Streets Task Force that investigates criminal enterprises and violent gangs for the Washington Field Office's Northern Virginia Resident Agency. Currently, I am tasked with investigating criminal activity in and around the United States Capitol grounds that occurred on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 4: Statement of Facts for Matthew Bledsoe.*

Case 1:21-mj-00115-RMM   Document 1-1   Case: 1:21-mj-00115
Assigned to: Judge Meriweather, Robin M
Assign Date: 1/18/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Riley Palmertree, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been a Special Agent since 2017 and, in additional to my regular duties, I am currently also tasked with investigating criminal activity that occurred in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 5: Statement of Facts for Emanuel Jackson.*

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Federal Bureau Investigation (FBI) Special Agent Samad D. Shahrani, was on duty and performing my official duties as a FBI Special Agent. Specifically, Hi-Tech Organized Crime squad based at the Northern Virginia Resident Agency of the FBI's Washington Field Office, tasked with investigating criminal activity in and around the Capitol grounds. As a FBI Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 6: Statement of Facts for Robert Sanford.*

Case 1:21-mj-00057-ZMF   Document 1

Case: 1:21-mj-00057
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/14/2021
Description: COMPLAINT W/ARREST WAR

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Jason T. Coe, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). Specifically, I am assigned to the Washington Field Office, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent with the Federal Bureau of Investigation, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 7: Statement of Facts for Peter Francis Stager.*

Case 1:21-mj-00174-ZMF   Document

Case: 1:21-mj-00174
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/27/2021
Description: COMPLAINT W/ ARREST WAR

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Matthew Bruno was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation. I am currently assisting with investigating criminal activity in and around the Capitol grounds. As a Special Agent I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 8: Statement of Facts for Paul Westover.*

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Federal Bureau Investigation (FBI) Special Agent Michael Attard was on duty and performing my official duties as a FBI Special Agent. Specifically, I am assigned to a counter-terrorism squad tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 9: Statement of Facts for Nicolas Anthony Moncada.*

Case 1:21-mj-00068-ZMF   Document

Case: 1:21-mj-00068
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/15/2021
Description: COMPLAINT W/ARREST WAR

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Michael Attard was on duty and performing my official duties as a Special Agent for the FBI. Specifically, I am assigned to a Counter-terrorism squad tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 10: Statement of Facts for Samuel Camargo.*

Case 1:21-mj-00093-ZMF   Document 1-1   Filed 01/16/21   Page 1 of 4

Case: 1:21-mj-00093
Assigned To : Faruqui, Zia M.
Assign. Date: 1/16/2021
Description: Complaint w/ Arrest Warran

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Michael J. McGillicuddy, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation's (FBI's) Washington Field Office (WFO). Specifically, I was assigned to the Shift 1 Operations Group, which was forward deployed to the vicinity of the United States (U.S.) Capitol upon WFO's Crisis Response Plan activation, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.
inclu... nd the Capitol
autho... l Police. Only
6, 20... ol. On January

Case: 1:21-mj-00093
Assigned To : Faruqui, Zia M.

*Figure 11: Statement of Facts for Leo Christopher Kelly.*

Case: 3:21-mj-00005-slc    Document #: 1-1    Filed

Case: 1:21-mj-00031
Assigned to: Judge Meriweather, Robin. M
Assign Date: 1/11/2021
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Federal Bureau Investigation (FBI) Special Agent Jonathan Fugitt, was on duty and performing my official duties as a FBI Special Agent. Specifically, I am assigned to the Violent Crimes Branch of the FBI, specifically FBI Washington, D.C.'s Cross Border Task Force, tasked with investigating criminal activity in and around the Capitol grounds. As a FBI Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 12: Statement of Facts for Kevin Daniel Loftus.*

Case 1:21-mj-00162-ZMF    Document 1-1

Case: 1:21-mj-00162
Assigned to: Judge Faruqui, Zia M
Assign Date: 1/25/2021
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Ryan V. Romack, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation and I am currently assigned to the Washington Field Office. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 13: Statement of Facts for Joshua Wagner and Israel Tutrow.*

Case 1:21-mj-00045-ZMF    Docun

Case: 1:21-mj-00045
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/13/2021
Description: COMPLAINT W/ARREST WARR

**STATEMENT OF FACTS**

1. On January 6, 2021, your affiant, Benjamin J. Bullington, was on duty and performing my official duties as a Special Agent of the Federal Bureau of Investigation ("FBI") in the Washington, D.C. field office. Since December of 2014, I have been assigned to work on federal narcotics investigations on the FBI Washington, D.C., Safe Streets Task Force, a violent crime and gang task force. I am also a member of the FBI's SWAT team, and, as part of those duties, I was physically present at the U.S. Capitol on January 6, 2021, from approximately 2:45 p.m. to 9:30 p.m. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 14: Statement of Facts for Joshua Lollar.*

Case 1:21-mj-00180-ZMF    Document 1-1    Filed    Case: 1:21-mj-00180
Assigned to: Judge Faruqui, Zia M
Assign Date: 1/28/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Alejandro M. Flores, was on duty and performing my official duties as a Speical Agent with the Federal Bureau of Investigation ("FBI"). As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 15: Statement of Facts for Joshua and Jerod Hughes.*

Case 1:21-mj-00252-ZMF    Document 1-1    Case: 1:21-mj-00252
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/22/2021
Description: COMPLAINT W/ARREST WAR

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Timothy J. Ervin, was on duty and performing my official duties as a Speical Agent with the Federal Bureau of Investigation ("FBI"). As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 16: Statement of Facts for Jose Padilla.*

Case 1:21-mj-00222-ZMF   Document 1-1   Filed

Case: 1:21-mj-00222
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/11/2021
Description: COMPLAINT W/ARREST WARRANT

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

### LEO BRENT BOZELL IV
### Date of Birth 08/22/1979

I, Lynda W. Thomas, being first duly sworn, depose and state as follows:

### AFFIANT'S BACKGROUND

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") assigned to the Washington Field Office. My responsibilities include investigating criminal activity in and around the grounds of the U.S. Capitol in connection with the events of January 6, 2021. I am authorized by law to engage in and supervise the prevention, detention, investigation, and prosecution of violations of United States federal criminal laws.

2. I am familiar with the facts and circumstances set forth below from my personal participation in the investigation, my review of documentation and publicly-available information, and my conversations with other law enforcement officers. Where the actions, statements, and conversations of others are recounted herein, they are recounted in substance and part, unless otherwise indicated. Where the affidavit contains items in quotation marks, those quotations are based on agent notes and may not be completely verbatim. Because this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I am setting forth only those facts and circumstances necessary to establish probable cause for the issuance of the requested complaint. Unless otherwise indicated, all written and oral statements referred to herein are set forth in substance and in part, rather than verbatim.

*Figure 17: Statement of Facts for Leo Brent Bozell.*

Case 1:21-mj-00130-ZMF   Documen

Case: 1:21-mj-00130
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/20/2021
Description: COMPLAINT W/ ARREST WAR

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Special Agent Lynda W. Thomas, was on duty and performing my official duties as a Special Agent of the Federal Bureau of Investigation. Specifically, I am assigned to the Washington Field Office, where I am currently assisting with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 18: Statement of Facts for Jordan Revlett.*

Case 1:21-mj-00204-GMH    Document 1-1    Filed

Case: 1:21-mj-00204
Assigned to: Judge Harvey, G. Michael
Assign Date: 2/5/2021
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

1.    On January 6, 2021, your affiant, Kevin M. Helson, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to the Federal Bureau of Investigation, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 19: Statement of Facts for Jason Riddle.*

Case 1:21-mj-00164-ZMF    Document

Case: 1:21-mj-00164
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/25/2021
Description: COMPLAINT W/ ARREST WAR

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Mustafa Kutlu, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). Specifically, I am currently tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 20: Statement of Facts for James Bonet.*

Case 1:21-mj-00155-ZMF   Documen Case: 1:21-mj-00155
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/22/2021
Description: COMPLAINT W/ ARREST WAR

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Stephen R. Hart, was on duty and performing my official duties as a Special Agent for the Federal Bureau of Investigation. In addition to my regular duties, I am currently tasked with investigating criminal activity that occurred in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 21: Statement of Facts for Jacob Lewis.*

Case 1:21-mj-00157-RMM   Docume Case: 1:21-mj-00157
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/22/2021
Description: COMPLAINT W/ ARREST WAR

STATEMENT OF FACTS

On January 6, 2021, your affiant, Jamie L. Dvorsky, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to the Federal Bureau of Investigation, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 22: Statement of Facts for Jeffrey Alexander Smith.*

Case 1:21-mj-00022-ZMF   Document

Case: 1:21-MJ-00022
Assigned to: Judge Zia M. Faruqui
Assigned Date: 1/9/2021
Description: COMPLAINT W/ARREST WARR

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Robert Flock was on duty and performing my official duties as a Special Agent with the United States Capitol Police. Specifically, I am assigned to the Threat Assessment Section, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 23: From John Lolos Statement of Facts.*

On January 6, 2021, your affiant, Special Agent John Ford (5519), was on duty performing my official duties as a Special Agent in the Counter Surveillance Team. Specifically, your affiant was assigned as a Special Agent with the Investigations Division tasked with investigating criminal activity in and around the U.S. Capitol grounds.

*Figure 24: Affidavit In Support of Arrest Warrant for Mark Squatrito.*

Case: 1:21-mj-00027
Assigned to: Judge Meriweather, Robin M
Assign Date: 1/11/2021
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Special Agent James Soltes, was on duty and performing my official duties as a Special Agent with the United States Capitol Police ("USCP"). Specifically, I am assigned to the Criminal Investigations Section, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 25: Statement of Facts for Hunter Ehmke.*

Case: 1:21-MJ-00018
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/8/2021
Description: COMPLAINT W/ ARREST WAR

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, James Soltes, was on duty and performing my official duties as a Special Agent with the United States Capitol Police. Specifically, I am assigned to the Criminal Investigations Section, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent with the United States Capitol Police, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 26: Statement of Facts for Jacob Chansley.*

Case: 1:21-mj-00013
Assigned to: Judge Harvey, G. Michael
Assign Date: 1/12/2021
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Special Agent James Soltes of Capitol Police Department was on duty and performing my official duties as an Officer of the United States Capitol Police. Specifically, I am assigned to the Criminal Investigations Section tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent of the Capitol Police Department I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 27: Statement of Facts for Richard Barnett.*

Case 1:21-mj-00007-GMH   Document 1-1   Filed 0   Case: 1:21-mj-00007
Assigned to: Judge G. Michael Harvey
Assign Date: 1/7/2021
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On January 6, 2021, I was on duty and performing my official duties as an Officer in the United States Capitol Police. Specifically, I was detailed and deployed in uniform at the United States Capitol building to provide protective functions for members of Congress and their staff. As an Officer in the United States Capitol Police, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 28: Statement of Facts for Mark Jefferson Leffingwell.*

Case: 1:21-MJ-00012
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/7/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On January 6, 2021, I was on duty and performing my official duties as an Officer in the United States Capitol Police. Specifically, I was detailed and deployed in uniform at the United States Capitol building to provide protective functions for members of Congress and their staff. As an Officer in the United States Capitol Police, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 29: Statement of Facts for Cindy Fitchett, Michael Curzio, Douglas Sweet, Terry Brown, Bradley Rukstales, and Thomas Gallgher.*

Case: 1:21−mj−00008
Assigned To : Harvey, G. Michael
Assign. Date : 1/7/2021
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

On January 6, 2021, I was on duty and performing my official duties as an Officer in the United States Capitol Police. Specifically, I was detailed and deployed in uniform at the United States Capitol building to provide protective functions for members of Congress and their staff. As an Officer in the United States Capitol Police, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 30: Statement of Facts for Matthew Ross.*

Case: 1:21-mj-00135
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/20/2021
Description: COMPLAINT W/ ARREST WAR

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Gary Battista, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to the FBI New York Joint Terrorism Task Force (JTTF), tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 31: Statement of Facts for Justin McAuliffe.*

Case: 1:21-mj-00048
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/13/2021
Description: COMPLAINT W/ARREST WAR

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Task Force Officer (TFO) Kenneth Hale was on duty and performing my official duties as a Law Enforcement Officer. Specifically, I am assigned to the Federal Bureau Investigation (FBI), Joint Terrorism Task Force tasked with investigating criminal activity in and around the Capitol grounds. As a TFO, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 32: Statement of Facts for Matthew Bledsoe.*

Case 1:21-mj-00088-ZMF   Document 1-1   Case: 1:21−mj−00088
Assigned To : Faruqui, Zia M.
Assign. Date : 1/16/2021
Description: Complaint w/ Arrest Warra

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Task Force Officer ("TFO") Gerald Sheridan was on duty and performing my official duties as a Law Enforcement Officer. Specifically, I am assigned to the Joint Terrorism Task Force ("the JTTF"). As a TFO I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 33: Statement of Facts for Thomas Fee.*

## INTRODUCTION AND BACKGROUND

1.    I make this affidavit in support of an application for an arrest warrant for RACHEL MYERS and MICHAEL GIANOS.

2.    On January 6, 2021, your affiant, Neil Larson Jr. was on duty and performing my official duties as a Task Force Officer. Specifically, I am assigned to the Philadelphia Field Office, Joint Terrorism Task Force, tasked with investigating criminal activity including criminal activity occurring on and around the United States Capitol grounds. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. Currently, I am a tasked with investigating criminal activity in and around the U.S. Capitol grounds on January 6, 2021.

3.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This

*Figure 34: Affidavit in Support of Arrest for Rachel Myers and Michael Gianos.*

Case 1:21-cr-00649-EGS   Document 1-1   | Case: 1:21-mj-00621
Assigned to: Judge Meriweather, Robin M.
Assign Date: 9/30/2021
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant, Neil Larson Jr., is a Task Force Officer with the Federal Bureau of Investigation Philadelphia Field Office, Joint Terrorism Task Force. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws. Currently, I am tasked with investigating criminal activity in and around the U.S. Capitol grounds on January 6, 2021.

*Figure 35: Statement of Facts for Michael James Dickinson.*

Case 1:21-cr-00516-DLF   Documen   Case: 1:21−mj−00528
Assigned To : Meriweather, Robin M.
Assign. Date : 7/14/2021
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant, Neil Larson Jr., is a Task Force Officer with the Federal Bureau of Investigation Philadelphia Field Office, Joint Terrorism Task Force. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws. Currently, I am tasked with investigating criminal activity in and around the U.S. Capitol grounds on January 6, 2021.

*Figure 36: Statement of Facts for Edward McAlanis.*

Case 1:21-mj-00158-ZMF   Docum   Case: 1:21-mj-00158
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/22/2021
Description: COMPLAINT W/ ARREST WAR

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Peter Schrammel was on duty and performing my official duties as a Task Force Officer. Specifically, I am assigned to the FBI New York Joint Terrorism Task Force (JTTF), tasked with investigating criminal activity in and around the Capitol grounds. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The following facts come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the charges below. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

*Figure 37: Statement of Facts for Christopher Ortiz.*

Case 1:21-cr-00119-CJN   Document   Case: 1:21-mj-00117
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/19/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Special Agent Kevin Palomino, was on duty and performing my official duties Special Agent with the United States Department of Homeland Security, Federal Protective Service, assigned to the Federal Bureau of Investigation ("FBI"), North Texas Joint Terrorism Task Force. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 38: Statement of Facts for Garret Miller.*

Case 1:21-cr-00150-TFH   Document 1-1   Filed 02/04/21   Page 1 of 11

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Ronald E. Miller, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to FBI's Washington Field Office's securities fraud squad, which has investigative responsibility for economic crimes. I have also been assigned to the FBI's Minneapolis Field Office and to the FBI Headquarters' Criminal Investigative Division. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The facts and information contained in this affidavit are based upon my personal knowledge as well as the observations of other agents involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation.

*Figure 39: Statement of Facts for James Douglas Rahm.*

**STATEMENT OF FACTS**

Case: 1:21−mj−00313
Assigned To : Meriweather, Robin M.
Assign. Date : 3/16/2021
Description: Complaint w/ Arrest Warrant

On January 6, 2021, your affiant, Patrick Muteteke, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to FBI's Newark Field Office's Joint Terrorism Task Force, which has investigative responsibility for Domestic Terrorism crimes. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The facts and information contained in this affidavit are based upon my personal knowledge as well as the observations of other agents involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation.

*Figure 40: Statement of Facts for James Douglas Rahm III.*

Case 1:21-cr-00092-TNM   Document 1-1   ~~Filed 01/16/21   Page 1 of 7~~

Case: 1:21−mj−00092
Assigned To : Faruqui, Zia M.
Assign. Date : 1/16/2021
Description: Complaint w/ Arrest Warrant

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Detective Scott Brown, was on duty and performing my official duties as a Metropolitan Police Department Detective. Specifically, I am assigned to the Narcotics and Special Investigation Division, and detailed to the FBI's Safe Streets Task Force. Since January 6, 2021, your affiant has been tasked with investigating criminal activity in and around the Capitol grounds.

*Figure 41: Statement of Facts for Couy Griffin.*

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Scott F. Brown, was on duty and performing my official duties as a Metropolitan Police Department Detective. Specifically, I am assigned to the Narcotics and Special Investigations Division, and detailed to the FBI's Safe Streets Task Force. Since January 6, 2021, your affiant has been tasked with investigating criminal activity in and around the Capitol grounds. The following facts come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the charges below. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

Figure 42: Statement of Facts for Vitali Gossjankowski.

Case 1:21-mj-00009-GMH   Docume

Case: 1:21-MJ-00009
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/7/2021
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

On January 6, 2021, I was on duty and performing my official duties as a Detective with the District of Columbia Metropolitan Police Department (MPD), specifically assigned to the Mass Processing center. I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

Figure 43: Statement of Facts for Joshua Pruitt.

Case 1:21-mj-00196-GMH   Document 1-1   Filed 02/03/21   Page 1 of 13

Assigned to: Judge Harvey, G. Michael
Assign Date: 2/3/2021
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Kenneth R. Shappee, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to the FBI Washington Field Office, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

Figure 44: Statement of Facts for Elias Costianes.

Case 4:21-mj-00011-HCA   Document

Case: 1:21-MJ-00025
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/8/2021
Description: COMPLAINT W/ARREST WARRANT

### STATEMENT OF FACTS

On January 6, 2021, your affiant, Julie K. Williams, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). As a Special Agent, I am authorized by law to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 45: Statement of Facts for Douglas Austin Jensen.*

Case 1:21-mj-00075-RMM   Document 1-

Case: 1:21-mj-00075
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/15/2021
Description: COMPLAINT W/ARREST WAR

### STATEMENT OF FACTS

On January 6, 2021, your affiant, Daniel J. Meyers, was on duty and performing my official duties as a Special Agent with the Naval Criminal Investigative Service ("NCIS"). As a Special Agent, I am authorized by law to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 46: Statement of Facts for Timothy Hale Cusanelli.*

Case 1:21-cr-00294-RC   Document 8   Filed 04/15/21   Page 3 of 38

### STATEMENT OF FACTS

On January 6, 2021, your affiant, Peter W. Wall, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 47: Statement of Facts for Jeremy Vorous.*

Case 1:22-mj-00028-RMM   Document 1-1   Fi

Case: 1:22-mj-00028
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/14/2022
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Federal Bureau of Investigation (FBI) Special Agent Christopher R. Potts, was on duty and performing my official duties as an FBI Special Agent. Specifically, I am assigned to the Joint Terrorism Task Force based at the Nashville Resident Agency of the FBI's Memphis Field Office. As a result of the attack on the United States Capitol on January 6, 2021, I was subsequently tasked with investigating criminal activity in and around the United States Capitol grounds. As an FBI Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 48: Statement of Facts for Jerry and Mark Waynick.*

Case 1:21-cr-00306-APM   Document 1-1   File

Case: 1:21−mj−00094
Assigned To : Faruqui, Zia M.
Assign. Date : 1/16/2021
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Elizabeth J. Ward, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation "FBI"). As a Special Agent, I am authorized by law to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 49: Statement of Facts for Jon Ryan Schaffer.*

Case 1:21-cr-00222-TFH   Document 10   Filed 03/23/21   Page 3 of 30

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Riley Palmertree, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been a Special Agent since 2017 and, in additional to my regular duties, I am currently also tasked with investigating criminal activity that occurred in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 50: Statement of Facts for Julian Khater and George Tanios.*

Case 1:21-mj-00067-ZMF   Docume  Case: 1:21-mj-00067
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/15/2021
Description: COMPLAINT W/ARREST WARR

### STATEMENT OF FACTS

On January 6, 2021, your affiant, Federal Bureau Investigation (FBI) Special Agent Jamie Stranahan, was on duty and performing my official duties as a FBI Special Agent. Specifically, I am assigned to the FBI Washington, D.C.'s Public Corruption and Civil Rights Squad, tasked with investigating criminal activity in and around the Capitol grounds. As a FBI Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution violations of Federal criminal laws.

*Figure 51: Statement of Facts for Kash Lee Kelly.*

Case 1:21-mj-00448-ZMF   Document 1-1   File  Case: 1:21-mj-00448
Assigned to: Judge Faruqui, Zia M.
Assign Date: 5/25/2021
Description: COMPLAINT W/ ARREST WARRANT

### STATEMENT OF FACTS

On January 6, 2021, your Affiant, Special Agent Brown, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to the Criminal Division at the FBI's Washington Field Office, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 52: Statement of Facts for Kenneth Joseph Owen Thomas.*

Case 1:21-mj-00139-RMM   Docume  Case: 1:21-mj-00139
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/21/2021
Description: COMPLAINT W/ ARREST WARR

### STATEMENT OF FACTS

On January 6, 2021, your affiant, Michael Attard was on duty and performing my official duties as a Special Agent for the FBI. I am currently tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 53: Statement of Facts for Dominick Madden.*

Case 1:21-mj-00034-ZMF   Document

Case: 1:21-MJ-00034
Assigned to: Judge Zia M. Faruqui
Assigned Date: 1/11/2021
Description: COMPLAINT W/ARREST WARR

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Michael Attard was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to the Counter-terrorism squad tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 54: Statement of Facts for Aaron Mostofsky*

Case 1:21-mj-00444-ZMF   Document 1-1   Filed

Case: 1:21-mj-00444
Assigned to: Judge Faruqui, Zia M.
Assign Date: 5/24/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Bryon J. Speakes was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been a Special Agent since 2015 and, in additional to my regular duties, I am currently also tasked with investigating criminal activity that occurred in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 55: Statement of Facts for Nicholas Brockhoff.*

Case: 1:21-MJ-00032
Assigned to: Judge Zia M. Faruqui
Assigned Date: 1/11/2021
Description: COMPLAINT W/ARREST WAR

### STATEMENT OF FACTS

On January 6, 2021, your affiant, Paul J. Fisher, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to the Federal Bureau of Investigation, Washington Field Office, Squad CR-18, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 56: Statement of Facts for William Pepe.*

Case 1:21-mj-00160-ZMF   Document : Case: 1:21-mj-00160
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/25/2021
Description: COMPLAINT W/ ARREST WARRANT

### STATEMENT OF FACTS

On January 6, 20201, your affiant, Special Agent Darren Jefferies, was on duty and performing my official duties as a Special Agent for the Federal Bureau of Investigation (FBI). Specifically, I am assigned to the Counter-Intelligence Division, tasked with investigating criminal activity in and around the Capitol grounds. As an FBI Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 57: Statement of Facts for Rachel Pert and Dana Winn.*

Case 1:21-mj-00116-ZMF   Docume   Case: 1:21-mj-00116
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/19/2021
Description: COMPLAINT W/ARREST WAR

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Amie C. Stemen, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been a Special Agent since 2011 and am presently assigned to the Washington Field Office's International Corruption Squad.  I am currently also tasked with investigating criminal activity that occurred in and around the Capitol grounds on January 6, 2021.  As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 58: Statement of Facts for Tam Dinh Pham.*

Case 1:21-cr-00682-TFH   Document 1-1   Filed 10/14/21   Page 1 of 21   Case: 1:21−mj−00628
Assigned To : Faruqui, Zia M.
Assign. Date : 10/13/2021
Description: Complaint w/ Arrest Warrant

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Jordan Good, was on duty and performing my official duties as a duly deputized Task Force Officer ("TFO").  Specifically, I am assigned to the Federal Bureau of Investigation ("FBI") Joint Terrorism Task Force ("JTTF") and have been tasked with investigating criminal activity that occurred at the U.S. Capitol grounds. As a TFO, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 59: Statement of Facts for Philip Weisbecker.*

Case 1:21-cr-00455-TFH   Document

Case: 1:21−mj−00374
Assigned To : Meriweather, Robin M.
Assign. Date : 4/14/2021
Description: COMPLAINT W/ ARREST WARRANT

STATEMENT OF FACTS

On January 6, 2021, your affiant, Bryon J. Speakes was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been a Special Agent since 2015 and, in additional to my regular duties, I am currently also tasked with investigating criminal activity that occurred in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 60: Statement of Facts for Reed Christensen.*

Case 1:21-cr-00239-RDM   Document 1-1   Filed 0

Case: 1:21-mj-00203
Assigned to: Judge Harvey, G. Michael
Assign Date: 2/5/2021
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Christopher Keefe, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 61: Statement of Facts for Nicholas Burton Reimler.*

Case No. 1:22-mj-00120-STV   Document 1-1   filed 07/08/22   USDC Colorado   pg 1 of 14

Case: 1:22−mj−00154
Assigned To : Harvey, G. Michael
Assign. Date : 7/7/2022
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Federal Bureau of Investigation ("FBI") Special Agent Josh Miller, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to the Washington Field Office, Criminal Branch, and tasked with investigating criminal activity in and around the United States Capitol grounds ("the Capitol"). As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 62: Statement of Facts for Tyler Ethridge.*

Case 1:21-mj-00159-ZMF   Documen

Case: 1:21-mj-00159
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/25/2021
Description: COMPLAINT W/ ARREST WAR

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Jonathan J. Begor, was on duty and performing my official duties as a Task Force Officer. Specifically, I am assigned to the FBI-New York Division Joint Terrorism Task Force and tasked with investigating criminal activity in and around the Capitol grounds. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 63: Statement of Facts for William Vogel.*

Case 1:21-cr-00217-TFH   Document 1-1   Filed 03/02/21   Page 1 of 11

Case: 1:21-mj-00272
Assigned To : Harvey, G. Michael
Assign. Date : 3/2/2021
Description: Complaint w/ Arrest Warrant

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Andrew McIntyre Mason, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). Specifically, I am assigned to the Washington Field Office. In additional to my regular duties, I am currently tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 64: Statement of Facts for Annie Howell.*

Case 1:21-cr-00350-PLF   Document 1-1   Filed 02/02/21   Page 1 of 7

Case: 1:21-mj-00186
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/2/2021
Description: COMPLAINT W/ARREST WARRANT

### STATEMENT OF FACTS

On January 6, 2021, your affiant, Kenneth R. Shappee, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to the FBI Washington Field Office, tasked with investigating criminal activity in and around the Capitol grounds, and have been an agent with the FBI since 2002. As a Special Agent, I am authorized by Title 18, Section 3052, and the FBI to investigate the violation of Federal criminal laws. I have training and experience in the preparation, presentation, and service of criminal complaints, arrest and search warrants, and in the investigation of a variety of offenses against the United States. This affidavit is based upon my conversations with other law enforcement officers and other individuals, and upon my examination of various reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the offenses cited below, it does not include all the facts that I have learned during the course of the investigation. Where the contents of conversations with others and statements by others are reported herein, they are reported in substance and in relevant part, except where otherwise indicated.

*Figure 65: Statement of Facts for Antionne Brodnax.*

Case 1:22-mj-00226-RMM   Document 1-1   Filed 10/2

Case: 1:22-mj-00226
Assigned to: Judge Meriweather, Robin M.
Assign Date: 10/21/2022
Description: COMPLAINT W/ ARREST WARRANT

### STATEMENT OF FACTS

Your Affiant, Michael P. DiCaprio, is a Special Agent with the Federal Bureau of Investigation (FBI) and assigned to the Joint Terrorism Task Force (JTTF) with the FBI Albany Division in Albany, NY. Among other duties, your Affiant is responsible for conducting national security investigations of potential violations of federal criminal law. Your Affiant is tasked with investigating criminal activity in and around the United States Capitol (Capitol) grounds in Washington, D.C. on January 6, 2021. Your Affiant has served as a Special Agent with the FBI since 2007. As a Special Agent with the FBI, your Affiant is authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 66: Statement of Facts for Katelyn Bartow.*

Case 1:21-cr-00181-CKK   Document 1-1   Filed

Case: 1:21-mj-00207
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/8/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Seth Webb, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 67: Statement of Facts for Daniel Ray Caldwell.*

Case 1:21-mj-00120-ZMF   Documer

Case: 1:21-mj-00120
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/19/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Jennifer Schick, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). Specifically, I am currently tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 68: Statement of Facts for Nicholas DeCarlo.*

Case 1:21-cr-00026-CRC   Document 1-1

Case: 1:21-mj-000010
Assigned to: Judge Harvey, G. Michael
Assign Date: 1/7/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On Wednesday, January 6, 2021, I was on duty, in full uniform, serving as part of Civil Disturbance Unit (CDU) 53 deployed to U.S. Capitol grounds in response to a mass demonstration where protesters had stormed the U.S. Capitol.

*Figure 69: Statement of Facts for Christopher Alberts.*

Case 1:21-mj-00132-RMM   Documen

Case: 1:21-mj-00132
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/20/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On January 6, 2021, your affiant, Kevin T. Larkin, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). As a Special Agent with the Federal Bureau of Investigation, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Figure 70: Statement of Facts for Robert Ballesteros.*

3.      I am one of the agents assigned to an ongoing investigation of riots and civil

disorder that occurred on January 6, 2021 in and around the United States Capitol grounds by the

FBI, United States Capitol Police ("USCP"), Metropolitan Police Department ("MPD") and

other law enforcement agencies. Since I became involved in this investigation on January 6,

2021, I have conducted interviews, reviewed public tips, reviewed publicly available photos and

video, and reviewed relevant documents, among other things.

*Figure 71: Statement of Facts for Brandon Fellows.*

Case 1:23-cr-00066-RC   Document 1-1   Filed 0{

Case: 1:22–mj–00208
Assigned To : Judge Harvey, G. Michael
Assign. Date : 9/19/2022
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

I, Charles D. Robertson, am a U.S. Army Counterintelligence Special Agent and FBI Task Force Officer assigned to the FBI's Colorado Springs Resident Agency (CSRA), National Security Squad 2, which is part of the Joint Terrorism Task Force. On January 6, 2021, I was on duty and performing my official duties. Specifically, I am tasked with investigating terrorism activity, both foreign and domestic, in the CSRA area of responsibility. On January 6, 2021, there were many individuals from the State of Colorado located at and in the U.S. Capitol building. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 72: Statement of Facts for Rebecca Lavrenz.*

Case 1:21-cr-00075-RDM   Documer Case: 1:21-mj-00145
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/21/2021
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Special Agent Jared Horan, was on duty and performing my official duties as a Special Agent. Specifically, I am assigned to a squad that investigates criminal enterprises and violent gangs for the Washington Field Office, tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

*Figure 73: Statement of Facts for Matthew Ryan Miller.*

Case 1:21-mj-00638-ZMF   Document 1-1   Filed 10/28/21   Page 1 of 19

**STATEMENT OF FACTS**

On January 6, 2021, your affiant, Federal Bureau of Investigation (FBI) Special Agent Christopher R. Potts, was on duty and performing my official duties as a FBI Special Agent. Specifically, I am assigned to the Joint Terrorism Task Force based at the Nashville Resident Agency of the FBI's Memphis Field Office. As a result of the attack on the United States Capitol on January 6, 2021, I was subsequently tasked with investigating criminal activity in and around the United States Capitol grounds. As a FBI Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

*Figure 74: Statement of Facts for Joshua John Portlock.*