# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO PRODUCE RAINDROP THEORY DISCOVERY** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion to compel the production of Raindrop Theory Discovery. The government shall produce all additional discovery related to outrageous government conduct constituting entrapment, including government intelligence failures, the undercover presence of agencies and their human assets at the Capitol, and complete records of the government's working relationships with Sam Andrews, Doug Hagmann, Jared Heath, Randy Taylor, John Moore, Matt Szyszkiewics, and any of their associates who were at or inside the Capitol on January 6, 2021.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE