# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>    v.<br><br>WILLIAM POPE,<br>          Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER CLARIFYING PREVIOUS ORDER ON CROSSMOTION** |

# ORDER

Pending before this Court is the defendant's motion seeking to rescind the Court's previous Order No. 239 pertaining to government crossmotion (ECF No. 130).

It is clarified that the defendant's standby counsel is still allowed to give Mr. Pope direct access to 'sensitive' file to use in his defense preparations. It is further ordered that Mr. Pope is granted exemptions and shall not be required to return the following sensitive files:

- Any emails, text messages, and any other communications that would deprive Mr. Pope of case records or that would breach attorney-client privilege.

- Any case notes and work product, and incorporated files, including global production letters and discovery indexes that are used to cross-reference notes.

- Any files needed to provide context for Mr. Pope's court filings, and all files needed for an appellate record, or that might be needed to prepare for retrial.

- Any case-specific discovery, including data belonging to Mr. Pope

- Any files that pertain to Mr. Pope's defense that are unrelated to national security issues or PPI.

- Any files that became public through court proceedings, or that have been publicly released by Congress, or that were obtained by means other than discovery.

**IT IS SO ORDERED.**

Dated:_____    _____
                                                             Rudolph Contreras
                                                             UNITED STATES DISTRICT JUDGE