# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>  v.<br><br>WILLIAM POPE,<br><br>    Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER GRANTING ACCESS TO CERTAIN VIDEOS** |

# ORDER

Pending before this Court is the defendant's motion seeking partial reconsideration of the Court's denial of ECF No. 206. The defendant seeks access to footage from 9 CCTV cameras, 6 of which the government has already produced at a lower resolution. The defendant shall be given all footage from CCTV cameras 0104, 0114, 0117, 0179, 0402, 0403, 0960, 0964, 0966, that pertains directly to him or the context of the sequences he appears in.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE