# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## MOTION TO RECONSIDER MOTIONS 139 AND 212

In Order No. 239, the Court denied several of my motions, including ECFs No. 139, and 212. These filings sought discovery on undercover police and FBI agents at the Capitol, as well as missing police body cameras, and standard police reports on bodycam violations. While it is my desire to be conservative in filing motions for reconsideration, I believe doing so is justified when, among other things, the Court order needs clarified on certain details, when there are secondary consequences that the Court did not foresee, when there is additional information the Court did not have available, or when the Court decides a motion through a legal lens other than the theory I was attempting to articulate. This motion is being filed because there is new information on undercover police the government only recently revealed to me, and because the 'Raindrop Theory' that I cited for both motions (in replies to the government Nos. 147 at 12, and 225 at 7) relies not solely on entrapment by estoppel but includes entrapment by outrageous government conduct. Therefore, I respectfully request that the Court reconsider these motions.

In Order No. 239, the Court expressed openness to reconsidering ECF No. 139, if new information was presented on how the government directly influenced my actions. The Court seemed to be viewing this through the lens of Entrapment by Estoppel, which C.R.M. 645,

outlines as an acceptable defense if the elements of inducement and predisposition are present. However, C.R.M 648, additionally allows Entrapment by Outrageous Government Conduct as a defense, which regardless of predisposition finds that government conduct was so shocking and outrageous that it induced an unjustifiable entrapment. I am arguing through 'Raindrop Theory' that the entirety of events at the Capitol on January 6 resulted from Outrageous Government Conduct that entrapped myself and others. The discoverable material for outrageous conduct encompasses far more than just scenes directly involving me, since I would never have been on Capitol grounds had a cascading series of events caused by outrageous government conduct not occurred. This is evidenced both by the intelligence government agencies had in advance that they failed to incorporate into a preventative posture, and in the large presence of undercover government operatives who were in the crowd at the Capitol who contributed to flooding the field.

    I am also filing an extensive Motion for Raindrop Theory Discovery that further expands on the government's outrageous conduct on and before January 6. Rather than duplicate the entirety of those facts and arguments here, I refer the Court to that filing as a supplement to this one for the purpose of reconsidering these two motions. This new 'Raindrop Theory' motion also details how the government released additional undercover MPD recordings in March 2024, but did not produce them to me directly (despite me specifically requesting them in several filings), but the prosecutors on my case waited more than a month to send my standby counsel the most recent Global Production Letter. It is unusual for the government to not send these production letters to me directly, and I had specifically reminded the government earlier that day to communicate with me directly rather than through my standby, so had my standby counsel not been alert enough to forward me the letter, I would not have known this new discovery existed.

If I had received these files a month ago, when the government added them to the database, a supplemental filing would have been available to the Court before Order No. 239 was issued. I was already working on one when the order came down, and have now incorporated those details into ECF No. 252.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on May 3, 2024.
/s/
William Alexander Pope, Pro Se