# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER GRANTING MOTIONS 139 AND 212** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion seeking reconsideration of ECF Nos. 139 and 212. Upon further consideration of these motions within the context of ECF No. 252 (Raindrop Theory Defense), these motions are granted.

**IT IS SO ORDERED.**

Dated:_____        _____
                                       Rudolph Contreras
                                       UNITED STATES DISTRICT JUDGE