UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| WILLIAM POPE, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO COURT'S ORDER
REGARDING ACCESS TO PUBLIC EXHIBITS**

The United States of America hereby responds to the Court's April 23, 2024 Order regarding defendant William Pope's discovery motions. ECF No. 239. In particular, the Court directed that the defendant be given access to a repository of exhibits that have been admitted into evidence in other January 6 cases and made available upon request to members of the media (the "Press Portal"). *Id.* at 21 n.9. This Press Portal was established to facilitate access by members of the media to public documents and is maintained pursuant to Standing Order 21-28. *See* ECF No. 218-1 at 3-4. The Press Portal was not intended to be a discovery platform and is subject to the restrictions set forth in Standing Order 21-28, not the Protective Order entered in this case. *See id.* at 5-6. Nor does it contain the entire universe of exhibits that the government has entered into evidence at every January 6-related proceeding.

In February 2024, the government imported the materials available on the Press Portal to its Relativity discovery database, and on February 27, 2024 made those materials available to defense counsel in all January 6 cases. The government has periodically added additional materials to Relativity as materials are added to the Press Portal and will continue to do so.

Because the materials in the Press Portal are available to the defendant via Relativity, to which he has access via standby counsel, providing him with access to the Press Portal would be

duplicative. Moreover, unlike the Press Portal, Relativity serves as a repository for, and record of all discovery provided to the defendant. The government respectfully submits that its obligations pursuant to the Court's April 23, 2024 order are more appropriately satisfied by its provision of exhibits to the defendant through the Relativity database, rather than by granting him unprecedented access to the Press Portal.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Benet J Kearney*
Benet J. Kearney
NY Bar No. 4774048

Kelly Elizabeth Moran
NY Bar No. 5776471

Matthew Beckwith
DC Bar No: 90014452

Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Benet.Kearney@usdoj.gov
Kelly.Moran@usdoj.gov
Matthew.Beckwith@usdoj.gov
(212) 637 2260 / (202) 740 4690 / (202) 252 7109