# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>Defendant. | Case No.: 1:21-cr-00128-RC |

## APPLICATION FOR RELIEF PURSUANT TO LOCAL CRIMINAL RULE 57.6

**Applicant**

Will Pope: owner and publisher of Free State Kansas.

**Relief Sought**

Pursuant to Standing Order 21-28, and Local Rule, LCrR 57.6, I am seeking relief from the Court to gain access to the press portal for all exhibits from all January 6 Capitol Cases.

**Applicant Interest**

I am a member of the press who was reporting live on January 6 to my Facebook page which identified me as a journalist. Later I was arrested on January 6 charges. I seek access to the press portal so that I can better understand and accurately report on Capitol Cases.

My First Amendment press rights qualify me for this press portal access; however, I also have other credentials. In 2017, I registered my media company, Free State Kansas, with the Kansas Secretary of State's Corporations Division. That business registration is still current. As I noted in ECF No. 147-1, I have also been classified as a member of the news media by the federal government when making Freedom of Information Requests.

The government also recognized me as a member of the press prior to arresting me. In an investigative report dated January 13, 2021, TFO Mark Engholm noted that I ran the news website Free State Kansas, and that I had been reporting on events leading up to January 6.

In addition to owning a news company and being a journalist, I also have a master's degree from the University of Iowa School of Journalism, and I am in a Ph.D. program at Kansas State University studying communication. Prior to January 6, I was planning to do my dissertation on local journalism in Kansas, however, I will likely shift that focus to January 6, which further justifies the Court granting me access to the press portal.

Respectfully submitted to the Court on May 7, 2024.

By: William Pope

/s/

Owner, Publisher, and Journalist
Free State Kansas, LLC.
Topeka, Kansas

