UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR PERMISSION TO FILE SURREPLY

The United States of America hereby respectfully moves the Court for permission to file a surreply to the defendant's reply to the government's opposition to his motion to continue his July 22, 2024 trial date (ECF 256).

Certain factual assertions in the defendant's reply are not accurate, for example, regarding the circumstances of the "private Capitol tour" that his standby counsel received. *See* ECF 256 at 9. The government therefore requests the opportunity to provide the Court with additional detail and to update the Court as to the status of the defendant's outstanding requests.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:    */s/ Benet J Kearney*
         Benet J. Kearney
         NY Bar No. 4774048
         Kelly Elizabeth Moran
         NY Bar No. 5776471
         Matthew Beckwith
         DC Bar No: 90014452
         Assistant United States Attorneys
         601 D Street NW
         Washington, DC 20530
         Benet.Kearney@usdoj.gov
         Kelly.Moran@usdoj.gov
         Matthew.Beckwith@usdoj.gov
         (212) 637 2260 / (202) 740 4690 / (202) 252 7109