# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## OPPOSITION TO THE GOVERNMENT'S MOTION FOR SURREPLY

Pending before the Court is my motion to continue the trial date (ECF No. 237). As I outlined there, and in my reply to the government's opposition (ECF No. 159), there are still many unresolved issues that the government has ignored for many months. The government now seeks permission to file a surreply (ECF No. 260), claiming that my facts on private tours were not accurate, and that they desire to update the Court on my outstanding discovery requests.

The Court should deny the government's motion for surreply. I accurately relayed the facts of the private tour as they were given to me by my standby counsel. My standby counsel has again verified that this private tour of the Capitol was arranged by the government and Capitol Police and took place on April 8, 2023, and she has a record of email communications with the government to prove it.

Furthermore, the government should actually produce all the requested items prior to seeking to update the Court. I am still waiting for the particulars of my charges, the bodycams from my arrest, and many other requested discovery items that are needed for preparing pretrial motions. An additional round of filings will only waste time, with pretrial deadlines looming.

Should the government continue to resist meeting their discovery obligations, the government will have several opportunities to respond to motions to compel, motions to suppress, and motions to dismiss, as well as an opportunity to respond to the Kansas Attorney General in beautiful Kansas. Because these opportunities are coming, a surreply is not needed.

We now have only five days left until the deadline for pretrial motions and expert witnesses. At this point, I am left without time to adequately incorporate these items into my filings even if they are produced today. Because of this, I again ask the Court to continue the trial date so that these due process issues have time to be resolved.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on May 8, 2024.
/s/
William Alexander Pope, Pro Se