# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>                              Defendant. | Case No.: 1:21-cr-00128-RC |

## MOTION TO COMPEL DISCLOSURE OF ALL UNIFORMED OFFICERS WHO WERE MATERIAL WITNESSES TO EVENTS OF THIS CASE

On March 22, 2024, I submitted a Notice of Filing Discovery Request Letter (ECF No. 226) to the Court, which requested that the government identify all uniformed officers who were in areas related to my defense. In addition to filing that notice with the Court, I emailed AUSA Joshua Ontell a copy of the letter along with a document that numbered uniformed officers I am seeking to identify so that I can make a plan for calling witnesses at trial. The government has not yet responded to that discovery request, so I am moving to compel.

The Sixth Amendment recognizes that I have a right to compel witnesses in my favor.

Under D.C. Local Rule LCcR 5.1(b), the government has an obligation to produce:

(1) information that is inconsistent with or tends to negate a defendant's guilt.

(2) Information that tends to mitigate the charged offence.

(3) Information that tends to establish aa defense theory.

(4) Information that casts doubt on the credibility of accuracy of any evidence including witness testimony, the government anticipates using in its case-in-chief at trial.

(5) Impeachment information.

Further, D.C. Local Rule LCcR 5.1(e) specifies that the government includes federal, state, and local law enforcement officers who participated in the investigation, and that the government has an obligation to seek all information from those sources. This requirement encompasses the United States Capitol Police since they were both on scene at the Capitol on January 6, and have participated in the subsequent investigation.

The government has identified a handful of officers[1] (but certainly not all who were witnesses) by providing a few FBI interview summaries. These summaries show that different officers had different perspectives and even conflicting recollections of key facts pertaining to my case. However, the government's carefully cultivated selection of this handful of officers limits potential testimony and prevents me from asking questions from additional officers who have different perspectives that will likely create reasonable doubt in the minds of the jury. I have a right to compel favorable testimony and should not be constrained to the witness narratives that the government prefers for their theory of the case.

Federal Rule of Criminal Procedure No. 17 outlines my right to subpoena witnesses. However, in order to subpoena testimony, I first need to know the identity of the uniformed officers who were in areas relevant to my case. Since these uniformed officers possess information and perspectives that are subject to D.C. Local Rule LCcR 5.1(b), the Court is within its right to compel the government to identify them to me so that I can begin the process of planning my defense and issuing witness subpoenas.

---

[1] The government has only identified these officers by name, not by visual identification, so in many cases, I do not know which officers that are seen on video match up to the FBI interview summaries. This is another reason why I submitted a list of numbered photos to the government and requested visual identification.

This process to line up witnesses is likely to take some time, and we have just over two months until the scheduled trial date. We also have a pretrial statement deadline of June 28, and I need to know if there will be witnesses available for introducing specific evidence before I can make and submit an exhibit list for trial. Because of this compressed schedule, I will not be able to sufficiently meet pretrial deadlines or be ready for trial on July 22, 2024, which is why I moved the Court to continue the trial. I noted the pressing need to identify these officers in that motion (ECF No. 237 at 4), and in a reply to the government's opposition (ECF No. 256 at 2).

I am submitted a numbered list of photographs as Exhibit 1, and I am moving to compel the government to provide a numbered list of officer names corresponding to each of those numbered officers depicted in the photographs. I also again move that the Court continue the trial date until at least October, because otherwise, I will not be ready for trial.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on May 10, 2024.
/s/
William Alexander Pope, Pro Se