

*Figure 1: 0600_USCG_00_NW_Drive_Exit_TIMP-2021-01-06_18h29min58s*



*Figure 2: 0601_USCG_00_NW_Drive_near_Exit-2021-01-06_18h40min01s*



*Figure 3: 0946_USCS_RF_Northwest_Roof-2021-01-06_18h43min20s*



*Figure 4: 0970USCG00InaugurationTrailer_2021-01-06_13h27min01s350ms*



*Figure 5: 0930_USCG_00_Upper_Terrace_NE_-_2021-01-06_18h45min46s*



*Figure 6: 0953_USCS_RF_Northeast_Roof_-_2021-01-06_18h40min01s*



*Figure 7: 0953_USCS_RF_Northeast_Roof_-_2021-01-06_18h56min45s*



*Figure 8: Freedom News TV*



Figure 9: 0761_KIO_00_K2_Senate_Plaza_-_2021-01-06_18h44min43s



Figure 10: Open-Source Video



*Figure 11: Freedom News TV*



*Figure 12: Open-Source Video*



Figure 13: Open-Sourced Video



Figure 14: 0217_USCG_00_Upper_Senate_Door_-_2021-01-06_18h58min35s



*Figure 15: 0951_USCS_RF_East_Roof_-_2021-01-06_19h00min00s*



*Figure 16: 0951_USCS_RF_East_Roof_-_2021-01-06_19h00min00s*



*Figure 17: 0951_USCS_RF_East_Roof_-_2021-01-06_19h00min00s*



*Figure 18: 0951_USCS_RF_East_Roof_-_2021-01-06_19h00min00s*



*Figure 19: 0951_USCS_RF_East_Roof_-_2021-01-06_19h00min00s*



*Figure 20: 0952_USCS_RF_Northeast_Roof_-_2021-01-06_19h00min01s*



*Figure 21: 0952_USCS_RF_Northeast_Roof_-_2021-01-06_19h00min01s*



*Figure 22: 0117 USCS 01 Senate Carriage Door Exterior - 2021-01-06_19h00min01s*



*Figure 23: 0114 USCS 01 Senate Carriage Door - 2021-01-06_19h00m*



*Figure 24: 0114 USCS 01 Senate Carriage Door - 2021-01-06_19h00min02s*



*Figure 25: 0114 USCS 01 Senate Carriage Door - 2021-01-06_19h00min02s*



*Figure 26: Open-Sourced Video*



*Figure 27: Open-Sourced Video*



*Figure 28: Open-Sourced Video*



*Figure 29: 0113 USCS 01 Senate Carriage Door - 2021-01-06_19h00min02s.mp4*



*Figure 30: Open-Sourced Video*



Figure 31: Open-Sourced Video



Figure 32: Open-Sourced Video



*Figure 33: Open-Sourced Video*



*Figure 34: Open-Sourced Video*



*Figure 35: Open-Sourced Video*



*Figure 36: Open-Sourced Video*



*Figure 37: Open-Sourced Video*



*Figure 38: Open-Sourced Video*



*Figure 39: Open-Sourced Video*



*Figure 40: Open-Sourced Video*



Figure 41: Open-Sourced Video



Figure 42: CCTV Statutory Hall Connector



*Figure 43: Open-Sourced Video*



*Figure 44: Open-Sourced Video*



*Figure 45: 0202USCS02OhioClocknearS230_2021-01-06_14h20min01s193ms*



*Figure 46: 0403USCH01CryptSouth_2021-01-06_14h35min34s543ms*



*Figure 47: 0171 USCH 01 Memorial Door - 2021-01-06_19h31min24s*



*Figure 48: 0179 USCH 01 Memorial Door Interior - 2021-01-06_19h23min31s*



*Figure 49: 0180 USCH 01 Memorial Door Exterior - 2021-01-06_19h20min01s*