# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO IDENTIFY UNIFORMER OFFICERS** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion to compel disclosure of uniformed officers who were witnesses to the facts of his case.

The government shall provide a list of all officers the defendant seeks to identify, and shall number them corresponding to the officers numbered in the defendants list of photographs that he submitted as an exhibit to his motion.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE