# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## SUPPLEMENT TO MOTION TO CONTINUE (No. 237)

Today, Friday, May 10, 2024, the government produced a handful of new files. Among these were an FBI 302 declaring that the government failed to retain bodycam evidence from my arrest. Since this pertains to the constitutionality of my arrest, the seizure of my phone and the destruction of evidence, I will be filing a related motion soon, however the issues this involves are incredible complex and will take time to sort out. The government has had this information since May 2, 2024, but sat on it for over eight days until after I had replied to their opposition to continue. This is stunning, since I asked for information about bodycam recordings from my arrest back in October. The government produced nothing until we are just three days out from the pre-trial motions deadline. Because the government has persistently interfered with my right to due process, I will not have enough time to prepare all filings before the deadline.

Additionally, the government just notified me today that they have possessed a full copy of my Facebook return since November 14, 2023. Previously, the government only produced a fraction of my Facebook data. I have now emailed the government requesting a copy of this data, which may be as large as 8.5 gigabytes. Once received, it will take me additional time to review. I need this information because it pertains to my journalism work on January 6, which I intend to

use as a defense, and I need this information for a related court filing. Facebook banned me after the government served a warrant for my data, so I cannot access this information any other way.

Due to these late disclosures by the government, the many outstanding requests, and the complex issues that remain, I will not be ready for trial in July even though I am working long hours every day to prepare. I again ask the Court to continue the trial date so that these issues can be resolved, and so that I have adequate time to draft pre-trial motions and prepare for trial.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on May 10, 2024.
/s/
William Alexander Pope, Pro Se