# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## MOTION FOR EXPANDED PUBLIC ACCESS TO TRIAL

The Sixth Amendment confirms my right to a public trial. Yet while the Federal Courthouse is technically open to the public, in reality it is impossible for most Americans to access the Court without sacrificing considerable time and expense to travel. I have friends and family scattered throughout the country. With inflation high, many have tight budgets. They would like to attend my trial but will be unable to do so due to the cost of travel.

I also have a strong personal commitment to promoting transparency in government. I believe that when government is open and accessible to the people, the function of government improves, and civic knowledge expands. To many, the judicial branch is mysterious. From this reason, I have conducted my defense according to the principle that more sunshine in the legal process will improve our institutions and outcomes.

I also recall that an audio-line was previously allowed in the trial of Kyle Fitzsimmons, 21-cr-00158-RC, which greatly improved public access to proceedings.

Therefore, since the Sixth Amendment intended trials be public, and since Court access is prohibitive to the poor and distant, and since sunshine is healthy for all, I move the Court to grant expanded access to my trial, either by allowing live video or a call-in line to in-Court audio.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on May 11, 2024.

/s/

William Alexander Pope, Pro Se