# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br><br>      Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER FOR EXPANDED PUBLIC ACCESS TO WILLIAM POPE'S TRIAL** |

# ORDER

Pending before this Court is the defendant's motion to expand public access to his trial either by a live video feed or a call-in line.

**IT IS SO ORDERED.**

Dated:_____          _____
                                                                                          Rudolph Contreras<br>
                                                                                          UNITED STATES DISTRICT JUDGE