# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, <br><br> v. <br><br> WILLIAM POPE, <br><br>     Defendant. | Case No. 1:21-CR-00128-RC <br><br> **ORDER TO CHANGE VENUE** |

# ORDER

Pending before this Court is the defendant's motion to change venue to the Northern District of West Virginia.

**IT IS SO ORDERED.**

Dated:_____           _____
                                Rudolph Contreras
                                UNITED STATES DISTRICT JUDGE