# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO IDENTIFY DESTROYED OR ALTERED EVIDENCE AND TO BAN CORRUPTED EVIDENCE IN TRIAL** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion to compel the government to identify all evidence that has been altered, destroyed, mutilated, concealed, degraded, or corrupted, and to prohibit the government from using such evidence in trial.

**IT IS SO ORDERED.**

Dated: _____

                                                                                   Rudolph Contreras
                                                                                    UNITED STATES DISTRICT JUDGE