# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br><br>       Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER FOR TRAVEL AND LODGING EXPENSES** |

# ORDER

Pending before this Court is the defendant's motion for all travel, lodging, and food expenses during mandatory Court appearances in Washington to be covered by the government.

**IT IS SO ORDERED.**

Dated:_____     _____
                                  Rudolph Contreras
                                  UNITED STATES DISTRICT JUDGE