# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br>         Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER TO DISMISS CASE DUE TO SELECTIVE PROSECUTION** |

# ORDER

Pending before this Court is the defendant's motion to dismiss this case due to the government's selective prosecution of his Freedom of the Press; and to suppress all information from his phone and online accounts.

**IT IS SO ORDERED.**

Dated: _____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE