# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO DISMISS COUNT TWO** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion to dismiss the totally bogus Count Two.

**IT IS SO ORDERED.**

Dated: _____   _____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE