# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO PROVIDE DISCOVERY ON THE MAN WHO PUSHED MR. POPE INTO THE CAPITOL** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion to compel the government to provide all information they possess on the man who pushed him into the Capitol. The government shall provide it promptly.

**IT IS SO ORDERED.**

Dated: _____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE