UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO DISMISS COUNTS FIVE AND SEVEN

The United States of America hereby respectfully moves the Court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss Counts Five and Seven of the First Superseding Indictment against defendant William Pope.

On November 10, 2021, the defendant and his brother Michael Pope, were charged in a superseding indictment (ECF 46) with eight counts:

- Count One: Civil Disorder, in violation of Title 18, United States Code, Section 231(a)(3);

- Count Two: Obstruction of an Official Proceeding and Aiding and Abetting, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2;

- Count Three: Entering and Remaining in a Restricted Building or Grounds, in violation of Title 18, United States Code, Section 1752(a)(1);

- Count Four: Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of Title 18, United States Code, Section 1752(a)(2);

- Count Five: Impeding Ingress and Egress in a Restricted Building or Grounds, in violating of Title 18, United States Code, Section 1752(a)(3);

- Count Six: Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(D);

- Count Seven: Impeding Passage Through the Capitol Grounds or Buildings, in violation of Title 40, United States Code, Section 5104(e)(2)(E); and

- Count Eight: Parading Demonstrating, or Picketing in a Capitol Building, in violation of Title 40 United States Code, Section 5104(e)(2)(G).

In advance of Michael Pope's January 2024 trial, a grand jury returned a second superseding indictment (ECF 156), charging Michael Pope with six counts, eliminating the violations of 18 U.S.C. § 1752(a)(3) (formerly Count Five) and 40 U.S.C. § 5104(e)(2)(E) (formerly Count Seven).

William Pope's trial is scheduled to commence on July 22, 2024. The government does not intend to proceed on Counts Five and Seven of the First Superseding Indictment with respect to William Pope. The government therefore respectfully requests that the Court dismiss those charges pursuant to Fed. R. Crim. P. 48(a).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Benet J Kearney
Benet J. Kearney
NY Bar No. 4774048
Kelly Elizabeth Moran
NY Bar No. 5776471
Matthew Beckwith
DC Bar No: 90014452
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Benet.Kearney@usdoj.gov
Kelly.Moran@usdoj.gov
Matthew.Beckwith@usdoj.gov
(212) 637 2260 / (202) 740 4690 / (202) 252 7109