# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## MOTION FOR ASSORTED REQUESTS AND DISCOVERY

Brady v. Maryland, 373 U.S. 83 (1963), Federal Rule of Criminal Procedure No. 16, and D.C. Local Rule LDCR 5.1, requires the government to produce all information that is favorable to the accused. As I recently noted in my Motion to Continue the Trial (ECF No. 237), and my reply to government opposition (ECF No. 256). There are several outstanding discovery requests that the government has not fulfilled. Rather than submit multiple motions to the Court, I am including these requests in one filing for the sake of efficiency.

**Motion to Compel Government Response to Emails**

I first move the Court to compel the government to respond to all outstanding discovery requests made by email. I was told early on that there is an expectation of conferral between the prosecution and defense, but in practice nearly all of my attempts to confer have resulted in stonewalling. Because of this conferring has become pointless and I have to bring motions directly to the Court. So, I again ask that the Court to direct the government to respond to emails.

**Motion for Discovery on my Actual Report Date**

In ECF No. 250 at 2, the government claimed they had provided me access to materials pertaining to my self-report date. While the government has provided materials with the WRONG date on them, what the government has not provided, and what I am requesting, are all materials from that contain the ACTUAL date of my self-report. I need the original information from the FBI tips system, so I can examine government witnesses on why they listed the wrong date in court filings. I cannot go to trial without this evidence. Since the government has not fulfilled production obligations, I move the Court to compel this discovery.

**Motion for Discovery on FBI Informant James Ehren Knowles**

As I noted in ECF No. 237 at 14, FBI informant James Ehren Knowles was filming when he entered the Capitol through the Senate Wing Doors at 2:25 p.m. Because Knowles was a witness to my presence in this area, I intend to call him to testify, and I cannot go to trial without the video he recorded of me and my brother. Since the government has not provided this discovery willingly, I will now move the Court to compel production of all information the government possess on James Ehren Knowles, including media he recorded on January 6.

**Motion for Discovery on Darrell Wayne Goins**

This is a new request, but this morning the government arrested the man who picked up my hat in the Senate Carriage Doors area. His name is Darrell Wayne Goins, 24-mj-00162-ZMF. Since this man is a relevant witness in my case, I have already emailed the government seeking information, but the government has not yet responded. Since this man may possess notes, communications, or other information related to how events transpired at the Senate Carriage Doors, I am asking the Court to compel production of any relevant information Goins may have.



*Figure 1: A photograph from Goins' Statement of Facts shows him holding my hat.*

**Motion For All Video Footage Recorded by Individuals in the Senate Carriage Doors Area**

All video angles are important for demonstrating the facts of what happened. Since CCTV and publicly available footage shows several people recording near me in the Senate Carriage Doors area, I move the Court to compel the government to produce all footage of me in their possession that has not already been provided in discovery.

**Summary of Requests**

In addition to various requests made in other motions, these requests are intended to improve communication with the government, and compel the production of crucial information needed for my defense. I therefore move that the Court grant these motions.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on May 13, 2024.

/s/

William Alexander Pope, Pro Se