# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO PROVIDE VARIOUS DISCOVERY AND FOR THE GOVERNMENT TO RESPOND TO EMAILS.** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion to compel the government to produce various discovery requests and to respond to emails. These requests are granted in full.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE