# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br><br>    Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER TO DISMISS CASE DUE TO MISSING DISCOVERY** |

# ORDER

Pending before this Court is the defendant's motion to dismiss this case due the government's failure to preserve evidence. This case is dismissed with prejudice!

**IT IS SO ORDERED.**

Dated:_____          _____
                                                                                                   Rudolph Contreras
                                                                                                   UNITED STATES DISTRICT JUDGE