# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO PRODUCE REQUESTED DISCOVERY AND SUPRESS ILLEGALLY SEIZED MATERIALS** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion for discovery regarding the circumstances by which the bodycam recordings from his arrest were lost. Further, the defendant moves to suppress illegally seized property and the testimony of individuals who are affected by lost impeachment materials. Further the defendant requests that the contents of his phone be removed from Global Discovery.

The government shall provide all the information requested in the defendant's motion and shall all remove the contents of his phone from discovery. The defendant's suppression motions are also granted.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE