# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## MOTION FOR PROPOSED SENTENCING GUIDELINES

I, the defendant respectfully move for the Court to direct the United States Pretrial and Probation Office to prepare a preliminary proposed sentencing guidelines application for each of the charges I face, so that I can knowingly consider the ramifications of any possible stipulations that might be proposed for the Joint Pretrial Statement. I would further request that the report provide what the guidelines would be both with and without Count Two, U.S.C. Section 1512(c)(2) included. A similar request was made in the case of Christopher Ray Grider, 21-cr-00022-CKK, Document 103, and granted by the Court (Document 104).

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on May 13, 2024.

/s/

William Alexander Pope, Pro Se