# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER FOR PROPOSED SENTENCING GUIDELINES** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion requests a preliminary proposed sentencing guidelines application report. The U.S. Pretrial and Probation Office shall prepare this report and send a copy to the defendant.

**IT IS SO ORDERED.**

Dated: _____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE