# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## MOTION FOR EXTENSION TO FILE EXPERT WITNESSES

Due to the Court's compressed pretrial motions schedule, I have not been able to finalize arrangements with potential expert witnesses. I therefore respectfully ask the Court to grant my Motion to Continue (ECF No. 237) to allow the many remaining issues to be sorted out, and to allow me more time to arrange expert testimony, or to at least grant a two week extension of time to file expert reports.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on May 13, 2024.

/s/

William Alexander Pope, Pro Se