# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br>       Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER FOR EXTENSION TO FILE** |

# ORDER

Pending before this Court is the defendant's motion for an extension to file expert witnesses.

The defendant is given an additional two weeks to file.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE