# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>v.<br><br>WILLIAM POPE,<br>　　　　Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER TO DISMISS COUNTS FIVE, SEVEN, AND EIGHT** |

# ORDER

Pending before this Court is the defendant's motion to dismiss Counts Five, Seven, and Eight. Since the government has not provided the defendant with the particulars of his charges as ordered, and since the conditions of the Sixth Amendment have not been met by the defendants last opportunity to confront these charges with pre-trial motions, these counts are dismissed from the indictment with prejudice.

**IT IS SO ORDERED.**

Dated:_____

　　　　　　　　　　　　　　　　　　　　　　Rudolph Contreras
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE