# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## NOTICE OF FILING COMPLAINT WITH THE KANSAS ATTORNEY GENERAL

Due to the U.S. Attorney's admission that the government failed to preserve bodycam recordings from my arrest, which caused crucial evidence to be lost, I have filed a complaint with the Kansas Attorney General in accordance with the Kansas Open Records Act.

I have included a copy of the complaint as Exhibit 1.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on May 14, 2024.
/s/
William Alexander Pope, Pro Se