Attorney General's Office | In Your Corner Kansas | Kansas Bureau of Investigation (KBI) | Amber Alerts

Home > File a Complaint > KOMA-KORA Violations

# KOMA-KORA Complaint Form

Your KOMA-KORA Complaint Form has been submitted!

If you provided a valid email address, a copy of your complaint has been sent to that email address. Please keep a copy of this email for your records. You may also print this page for your records.

## General Information

* Your Name: William Pope



## Background Information

* Have you complained about this matter to any other office? Yes

If yes, name and address of the office and/or official to whom you complained: U.S. Attorney to the District of Columbia - Matthew Graves and other prosecutors D.C. District Court - Judge Rudolph Contreras Topeka Police Department Kansas JTTF

What was the outcome of your complaint? Has not been resolved

Have you filed a private lawsuit related to this matter? No

## Violation Details

* Type of violation: Kansas Open Records Act (KORA)

* Name of public agency/entity/official you are requesting we investigate: U.S. Attorney for D.C. / Kansas JTTF / Topeka Police Department

* Public Agency/Entity/Official Address: United States Attorney's Office 601 D Street, NW Washington, DC 20579

Public Agency/Entity/Official Phone Number:

* Date of alleged violation: 02/12/2021

* Location of alleged violation: ▮▮▮▮▮▮▮▮▮▮▮▮

* Please describe the alleged violation in chronological order and identify any supporting documents: I am a January 6 defendant. On February 12, 2021, the federal government used the instrumentality of Kansas law enforcement, including Kansas JTTF and the Topeka Police Department, to arrest me at my home. On October 11, 2023, I requested that the U.S. Attorney for D.C. provide the TPD bodycam recordings from my arrest since they involve the legality of the warrant service and other suppression issues. The AUSA never responded to that email. More recently in my case I have filed discovery requests in Court, including requests for these bodycam recordings. Last week the U.S. Attorney produced an FBI summary claiming that the agent had contacted TPD about the bodycam recordings from my arrest, but that they had been unable to locate them and presumed they were not retained. Per their policy, the Topeka Police Department has a 3-year retention schedule for bodycam video that is not considered evidence, and a 5-year retention schedule for evidence. They also have policies in place that required TPD officers to record my arrest and warrant service. There is no reason these recordings should be missing, and under KORA, the government had an obligation to produce them to me within 20 days of my request last October (which was within the 3-year retention schedule). I am seeking a full investigation into the circumstances that caused this crucial evidence in my case to be lost, and would like information from the Kansas Attorney General on whether I can press charges against the U.S. Attorney for D.C. related to their failure to preserve this evidence.

\* What remedy would you like to see to resolve this matter: Receive requested records, Other - I am seeking the following information: 1. The names of all agencies that participated in my arrest. 2. The identities of all agents and officers who were on scene for my arrest. 3. A list of all officers who were wearing body cameras during my arrest. 4. A list of all officers who made body camera recordings during my arrest. 5. A list of all officers who failed to follow TPD bodycam policy during my arrest. 6. All chain of custody documentation related to recordings from my arrest. 7. Any audio or video recordings from my arrest that can be retrieved or salvaged. 8. The TPD bodycam policy that was in effect on the date of my arrest. 9. The TPD bodycam policy that was in effect on the date the recordings were deleted. 10. A description of how the recordings for my arrest were classified for preservation. 11. The exact date that the recordings for my arrest were deleted. 12. Information on whether the recordings were deleted on a retention schedule or by request. 13. All information and dates related to any parties who requested the recordings be deleted, including whether the DOJ or FBI requested the recordings be deleted. 14. All information related to any justification given for deleting the recordings. 15. Why the recordings were not preserved in accordance with the Rules of Evidence, TPD policy, and the Kansas Public Records Act. 16. All DOJ, FBI, and JTTF communications pertaining to recordings from my arrest. 17. All TPD communications pertaining to bodycam recordings from my arrest. 18. All information regarding whether recordings were retained by other agencies or Axon. 19. Sworn statements from all arresting officers, records retention authorities, case agents, and prosecutors pertaining to why this evidence was not retained and produced.

**Supporting Documentation**

256 - Reply to Gov Opposition to Continue Trial.pdf, 276 - Motion to Supress Phone.pdf, 275 - Motion to Dismiss Due to Missing Discovery.pdf, 263 - Supplement to Motion to Continue.pdf

**Signature & Verification**

I have read and understand this complaint form. I understand a copy of my complaint will be provided to the public agency/entity/official that is the subject of my complaint. I also understand my complaint may be open to the public under the Kansas Open Records Act.

By typing my name below, I declare under penalty of perjury that the information I have provided is true and correct. Executed on May 14, 2024.
William Pope

Date Submitted: 5/14/2024 8:15:09 AM

Accessibility Policy | Contact Web Master | Terms of Use | Sitemap | EEO

© 2023 - 2027 Kansas Attorney General's Office
120 SW 10th Ave, 2nd Floor, Topeka, KS 66612-1597  ·  (785) 296-2215