**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-128 (RC) |
| : | |
| **WILLIAM POPE,** : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S STATEMENT OF INFORMATION ORDERED IN THIS CAUSE

The United States of America respectfully files this Statement of Information as ordered by the Court in ECF No. 251.

**I.    Count Eight: 40 U.S.C. 5104(e)(2)(G)**

Counts Eight charges a violation of Section 5104(e)(2)(G) of Title 40, which applies to a defendant who "parade[s], demonstrate[s], or picket[s] in any of the Capitol Buildings." The government intends to argue and offer proof that William Pope willfully and knowingly paraded, demonstrated, or picketed in the Capitol building when he engaged in the following conduct: Carrying a flagpole, as part of a large crowd that was chanting and carrying signs, William Pope entered the Capitol building on the east side, at the Senate Carriage Door on the first floor.  He proceeded from the Senate Carriage Door and the Senate Carriage Door Hallway to the corridor adjacent to the Senate Wing Door.  He ascended to the second floor, where he entered Statuary Hall and the Statuary Hall Connector, the hallway outside Room H227, and the Rotunda.  He exited the Capitol building on the first floor via the Memorial Door on the east side of the Capitol building.  The government also intends to argue and offer proof that, when he engaged in his conduct, William Pope was aware that it would disrupt the orderly business of Congress and/or intended that it be in support or disapproval of a particular viewpoint, action, public question, or

cause, including William Pope's support for what he described as "free elections, fair elections, and President Trump."

                                                                 Respectfully submitted,

                                                                 MATTHEW M. GRAVES
                                                                 United States Attorney
                                                                 D.C. Bar No. 481052

By:    */s/ Benet J Kearney*
        Benet J. Kearney
        NY Bar No. 4774048
        Kelly Elizabeth Moran
        NY Bar No. 5776471
        Matthew Beckwith
        DC Bar No: 90014452
        Assistant United States Attorneys
        601 D Street NW
        Washington, DC 20530
        Benet.Kearney@usdoj.gov
        Kelly.Moran@usdoj.gov
        Matthew.Beckwith@usdoj.gov
        (212) 637 2260 / (202) 740 4690 / (202) 252 7109