**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| **Defendant.** | | |

**GOVERNMENT'S RESPONSE TO DEFENDANT WILLIAM POPE'S MOTION TO RECONSIDER ECF NO. 239 (ECF NO. 253)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its Response in Opposition to Defendant William Pope's Motion to Reconsider ECF No. 239, with respect to the Government's cross-motion to modify the protective order at ECF No. 130 (ECF No. 253).

The arguments that the defendant makes in his motion for reconsideration are not new and have been denied by this Court in repeated hearings and motions. See ECF Nos. 103 and 239. The defendant is entitled to possess sensitive discovery that is directly related to his case for the purposes of building his defense. He has also been provided with highly sensitive discovery that directly relates to his case. The Government will continue to meet its ongoing discovery obligations by responding to Pope's requests for access to additional discovery that is relevant to his case.

Moreover, the Government has been and remains willing to enable Pope's access to additional discovery by working with local standby counsel; Pope, however, has apparently rejected this option – an option that this Court concluded was appropriate over one year ago. *See* ECF No. 103 at 9 ("Defendant's decision to reject this available option to enhance the efficiency

of his review of Highly Sensitive material does not alter the Court's conclusion that the protective order's restrictions are based on good cause and do not violate Defendant's right to conduct his defense. Defendant retains access to review Highly Sensitive material, and any inconvenience associated with the requirement for standby counsel to supervise that review merely reflects an appropriate balance, envisioned by the Federal Rules of Criminal Procedure, between Defendant's entitlement to discovery of evidence "material" to his defense and "the protection of information vital to the national security." Fed. R. Crim. P. 16(a)(1)(E); id. Advisory Comm. Notes to 1966 Amendment").

The defendant's arguments in ECF No. 253 are merely yet another attempt to circumvent the protective order governing discovery in this case (ECF No. 26). The defendant's contended concerns regarding attorney-client privilege can be solved by this Court's order that sensitive and highly sensitive materials can be surrendered to the defendant's standby counsel, rather than to the Government, at the conclusion of his trial. The defendant can access any materials he needs throughout any appeals process through his standby counsel.

The Government has responded to these repeated discovery requests and made clear for numerous reasons why the defendant's request should be denied in its cross-motion to modify the protective order at ECF No. 130 (ECF No. 130).  For the reasons plead in ECF 130 this court should again deny the defendant's request.

Finally, the defendant's contention that he has "not shared a single file subject to the protective order with anyone who is not also subject to the protective order" is false. *See* ECF No. 140; Hearing Transcript, September 15, 2023, at 11.

For the foregoing reasons, the Government respectfully requests that the Court deny Pope's motion to reconsider.

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            DC Bar No. 481052

By:    */s/ Kelly Moran*_____
           KELLY MORAN
           Assistant United States Attorney
           DC Bar No. 90006659
           U.S. Attorney's Office for the District of Columbia
           601 D Street, N.W.
           Washington, D.C. 20530
           Benet J. Kearney
           NY Bar No. 4774048
           Matthew Beckwith
           DC Bar No: 90014452