UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| WILLIAM POPE, | : | |
| | : | |
| Defendant. | | |

**GOVERNMENT'S RESPONSE TO DEFENDANT WILLIAM POPE'S MOTION TO RECONSIDER ECF NO. 239 (ECF NO. 254)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its Response to Defendant William Pope's Motion to Reconsider ECF No. 239 (ECF No. 254).

The argument that the defendant makes in his motion for reconsideration is far narrower than the arguments he made in ECF No. 206. In ECF No. 206, a motion to "modify the protective order to allow the defendant access to discovery needed to prepare for trial," the defendant requested that the Court "either modify the protective order to allow me to possess highly sensitive files that directly pertain to me and witnesses in this case (so that I may organize files and create exhibits needed for trial); or for the Court to recognize that Section 11a of the protective order already allows me to possess these files since they will become public court record during trial." ECF No. 206 at 2. The defendant did not, in that motion, specify which materials he was requesting, and provided vague and sweeping requests for "all highly sensitive media that directly pertains to me, in order to prepare exhibits for confronting witnesses," and, "some documents and media that have been designated as highly sensitive that I will need to possess in order to confront likely witnesses in this case... Even if some of these files do not directly depict or describe me,

they directly pertain to me because they are needed to confront the actions or credibility of those who are making accusations against me." ECF No. 206 at 2.

In ECF No. 254, however, the defendant requests access to only "nine highly sensitive cameras that I am seeking direct access to for the creation of trial exhibits." ECF No. 254 at 3. The Government intends to fulfil this discovery request, as the Government has and will continue to fulfil the defendant's requests for relevant, case-specific discovery access.

For the foregoing reasons, the Government respectfully requests that the Court deny Pope's motion to reconsider as moot.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Kelly Moran*
KELLY MORAN
Assistant United States Attorney
DC Bar No. 90006659
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Benet J. Kearney
NY Bar No. 4774048
Matthew Beckwith
DC Bar No: 90014452