UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| **Defendant.** | : | |

# GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
# FOR EXTENSION TO FILE EXPERT WITNESSES

The United States of America responds to the defendant, William Pope's motion for an extension of time to provide notice of expert witnesses.   ECF 279.

In its pretrial order, the Court ordered that the parties file expert witness notices by May 13, 2024, motions challenging proposed experts by May 27, 2024, responses to those motions by June 10, 2024, and replies by June 17, 2024.   ECF 240 at 1.

The government does not object to a brief extension of this timeline as follows:

The parties shall file expert witness notices by May 27, 2024. Any motions challenging proposed experts shall be filed by June 10, 2024, with responses due by June 17, 2024, and any replies by June 24, 2024.

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By:   */s/ Benet J Kearney*
        Benet J. Kearney
        NY Bar No. 4774048
        Kelly Elizabeth Moran
        NY Bar No. 5776471
        Matthew Beckwith
        DC Bar No: 90014452
        Assistant United States Attorneys
        601 D Street NW
        Washington, DC 20530
        Benet.Kearney@usdoj.gov
        Kelly.Moran@usdoj.gov
        Matthew.Beckwith@usdoj.gov
        (212) 637 2260 / (202) 740 4690 / (202) 252 7109