# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**WILLIAM ALEXANDER POPE,**<br><br>　　　　　　　Defendant. | Case No.: 1:21-cr-00128-RC |

## REPLY TO GOVERNMENT OPPOSITION NO. 289

On May 17, 2024, the government filed ECF No. 289 in opposition to my Motion to Compel 'Raindrop Theory' Discovery (ECF No. 252). In their opposition, the government completely failed to address the facts and arguments of my motion. For instance, the government repeatedly discounted my motion as speculation, and claimed on page 8 that I had offered no evidence of the presence of any of the government agencies listed. However, my motion is extensively sourced showing that those organizations were present, and that their actions and inactions influenced the events of January 6. In their opposition, the government completely ignored the fact that Capitol Police Chief Sund pointed out the faults of these agencies in his book and in public statements. If the Capitol Police Chief can point to these causal factors, then so can I as a January 6 defendant. The government's dismissal of these clear facts is a smokescreen of amateur speculation and guesswork.

Furthermore, the government failed to point out a single agent or officer that I listed in Table 1 of my motion who wasn't at the Capitol. I provided the Court dozens of affiants who swore they were on duty on January 6, but rather than straight out denying that these individuals were present, the government attempted to cast another smokescreen to obfuscate the facts.

Contrast the government's response to my motion that gave several examples from that list who were definitely present at the Capitol on January 6.

My motion also listed several individuals who have claimed for decades to have worked for and with government agencies. These individuals provoked events on, and leading up to, January 6. We also have clear video evidence of them at the Capitol on January 6. These individuals also admitted during a live broadcast that they had 140+ people inside and around the Capitol. Yet rather than charge these intel agency folks with seditious conspiracy, the government completely ignores them. And the government completely failed to address the facts of these individuals in their opposition to my motion.

Ultimately, Raindrop Theory relies on complexity and chaos theories that I have studied academically. The entire world is an interconnected, dancing landscape. The Court and the government has relied on this theory to cast guilt on individuals for the cumulative behavior of the crowd, even when there is not a direct nexus.

In my case, the government is using 18 U.S.C. 231(a)(3), which is an overly broad and vague statute, to attempt to make me a felon, even when there is no nexus between me and interstate commerce, and even though there is no nexus between me and physical violence. Yet while the government argues that the actions of other people in other locations are enough to make me a felon, they take the opposite position when it comes to government entrapment.

My Raindrop Theory defense argues that the cumulative actions and inactions of the government both created the conditions for flooding and contributed to the field being flooded. This defense requires no direct nexus, just as the government's raindrop prosecution theory requires no direct nexus. This is the exact same theory, and the defense has equal right to use it.

The government also incorrectly argues that two government-induced causal factors cannot be simultaneous. The government's entrapment of the Wolverine Watchmen proves that to be false. In that instance, the government not only failed to prevent the kidnapping plot, but they also induced it, and multiple juries have found those men not-guilty due to government entrapment. On a much larger scale, entrapment can result from a dancing landscape induced by outrageous government conduct. That is what happened on January 6, and history will find that my motion ages much better than Mr. Beckworth's verbose smokescreen of opposition.

Since the government has completely failed to address the facts and arguments of my Raindrop Theory motion, the Court should ignore their opposition. The government wishes to bend raindrop theory to their advantage while depriving the defense of the same legal arguments to point out the government's outrageous conduct. I am only asking the Court to make this a level playing field. But even if I fight all the way uphill, the truth will win eventually.

Submitted respectfully to the Court,

By: William Pope
/s/
William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify that a copy of this was filed electronically for all parties of record on May 24, 2024.

/s/
William Alexander Pope, Pro Se