# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>                    Defendant . | Case No.: 1:21-cr-00128-RC |

## NOTICE REGARDING EXPERT WITNESSES

On Sunday, May 19, 2024, the Court granted my motion No. 279 for an extension of time to consider expert witnesses. I had contacted two possible experts prior to the original deadline but did not have time to fully explore my options due to other work on motions. Having now had additional time to discuss with these individuals, I have decided not to use them as experts.

I am grateful that the Court allowed me the opportunity to consider this.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on May 27, 2024.
/s/
William Alexander Pope, Pro Se