# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> WILLIAM ALEXANDER POPE, <br><br> Defendant. | Case No.: 1:21-cr-00128-RC |

## SUPPLEMENT TO PRETRIAL MOTIONS

On April 24, 2024, the Court issued Order No. 240, which set the pretrial schedule. That order required that responses to pretrial motions be "due on or before May 27, 2024." That date has now passed, and the government has not opposed fourteen of my motions, including various motions to dismiss all counts in this case. Local Criminal Rule 47(b) for the United States District Court of the District of Columbia states that:

> *Within 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.*

May 27, 2024, fell on a federal holiday, Memorial Day, but the Court specified that responses were due on or before May 27. In this case, Fed. R. Crim. P. 45, does not apply since that rule governs only a period stated in days, such as the normal 14 days allowed by local rules for response. In this case, the Court issued Order No. 240 that did now include a period of days

subject to rule 45, but rather a hard deadline, with the specification that responses could be turned in before that deadline if a party chose not to respond on the holiday.

Therefore, the Court should treat the following motions as conceded by the government:

- No. 265 – Motion for Expanded Public Access
- No. 266 – Motion for Change of Venue
- No. 267 – Motion to Ban Corrupt Exhibits
- No. 268 – Motion to Dismiss Count One, Civil Disorder
- No. 269 – Motion for Travel and Lodging
- No. 270 – Motion to Dismiss Due to Selective Prosecution of Journalism
- No. 271 – Motion to Dismiss Count Two, Obstruction of an Official Proceeding
- No. 272 – Motion to Identify the Man Who Pushed Me Into The Capitol
- No. 274 – Motion for Miscellaneous Discovery
- No. 275 – Motion to Dismiss Due to Missing Evidence
- No. 276 – Motion to Suppress Phone
- No. 277 – Motion for Preliminary PSA Report
- No. 278 – Motion to Dismiss Counts Three, Four, and Six
- No. 280 – Motion to Dismiss Counts Five, Seven, and Eight

These filings include motions to dismiss each count, as well as motions to dismiss the entire case. The government has conceded these motions by failing to object, so this case should be immediately dismissed with prejudice.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on May 27, 2024.

/s/

William Alexander Pope, Pro Se