UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| WILLIAM POPE, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
TO COMPEL THE GOVERNMENT TO IDENTIFY ALL EVIDENCE
THAT HAS BEEN ALTERED OR DESTROYED AND
TO BAN THE GOVERNMENT FROM USING CORRUPTED EXHIBITS IN TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, responds to the motion filed by the defendant, William Pope, regarding United States Capitol Police ("USCP") closed circuit video ("CCV") footage from January 6, 2021. ECF No. 267 (the "Motion").[1]

The USCP CCV exhibits introduced at Michael Pope's trial (and subsequently provided to the defendant) are excerpts of authentic, time-stamped USCP CCV footage from the interior and exterior of the U.S. Capitol building on January 6, 2021. In response to requests by the defendant, the government has obtained from USCP and provided to the defendant longer time-stamped excerpts and designated them as "sensitive" under the protective order in this case, rather than "highly sensitive." *See* ECF Nos. 254 at 3, 287.

To the extent the defendant wishes to create exhibits from the evidence.com versions of this footage (which do not contain a time stamp), the government (a) designates the same portions

---

[1] The Motion also makes reference to body-worn camera ("BWC") footage of the defendant's February 12, 2021 arrest, which is the topic of at least two other motions by the defendant. *See* ECF Nos. 275, 276, 283. The government will address the BWC footage in its responses to those motions.

of those videos "sensitive," and (b) will not object to the authenticity of those exhibits, so long as the government is provided with sufficient opportunity to compare the defendant's exhibits to the timestamped USCP CCV and confirm that they fairly and accurately depict the same events.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Benet J Kearney*
Benet J. Kearney
NY Bar No. 4774048
Kelly Elizabeth Moran
NY Bar No. 5776471
Matthew Beckwith
DC Bar No: 90014452
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Benet.Kearney@usdoj.gov
Kelly.Moran@usdoj.gov
Matthew.Beckwith@usdoj.gov
(212) 637 2260 / (202) 740 4690 / (202) 252 7109