UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| WILLIAM POPE, | : | |
| | : | |
| Defendants. | : | |

## EX PARTE NOTICE TO THE COURT

The government respectfully acknowledges the defendant's filing "Motion to Compel Discovery on the Man Who Pushed Me Into the Capitol." While the government has no discoverable information to provide Mr. Pope or the Court at this point, it will in a matter of weeks. At that time, the government will promptly inform both Mr. Pope and the Court.

Similarly, the government acknowledges the defendant's filing ECF No. 274, "Motion for Assorted Requests and Discovery." The government has and will continue to field voluminous discovery requests from the defendant, and will timely provide the defendant with discovery to which he is entitled.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Kelly Moran
Kelly Moran
NY Bar No. 5776471
Benet J. Kearney
NY Bar No. 4774048
Matthew Beckwith
DC Bar No: 90014452
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530

Benet.Kearney@usdoj.gov
Kelly.Moran@usdoj.gov
Matthew.Beckwith@usdoj.gov
(212) 637 2260 / (202) 740 4690 / (202) 252 7109