# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-128 (RC) |
| | : | |
| WILLIAM POPE, | : | Re Document No.: 277 |
| | : | |
| Defendant. | : | |

## ORDER

**GRANTING DEFENDANT'S MOTION FOR PRELIMINARY PROPOSED SENTENCING GUIDELINES**

Defendant William Pope moves the Court "to direct the United States Pretrial and Probation Office to prepare a preliminary proposed sentencing guidelines application for each of the charges" he faces in the event he is convicted on each count. Mot. Proposed Sentencing Guidelines, ECF No. 277. The Government has not opposed this motion.

Accordingly, the Probation Office is hereby **ORDERED** to prepare the offense level calculation and criminal history calculation of a preliminary proposed sentencing guidelines report to be provided to the Court by July 19, 2024. If possible, the Court requests that the Probation Office expedite this report and provide it at the earliest possible date. Once the sentencing guidelines calculation is completed, it is to be shared with Government counsel and the defendant, as well as with the Court.

**SO ORDERED**.

Dated: June 4, 2024                                        RUDOLPH CONTRERAS
                                                           United States District Judge