# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER FOR SANCTIONS** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion for sanctions against the government.

This motion is justified due to the extreme misconduct by the government in this case.

This case is therefore dismissed with prejudice.

Further, AUSA's Matthew Beckwith, Kelly Moran, and Benet Kearney are suspended from the practice of law.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE