UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that its assertion on May 28, 2024 that "the government has obtained from USCP and provided to the defendant longer time-stamped excerpts [of CCV footage] and designated them as 'sensitive' under the protective order in this case," was incorrect. ECF No. 300 at 1. At the time the pleading was filed, the longer versions of the time-stamped videos had not yet been provided to the defendant. Those videos (along with other materials) were provided to the defendant and his standby counsel on June 4, 2024.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                D.C. Bar No. 481052

By:    */s/ Benet J Kearney*
           Benet J. Kearney
           NY Bar No. 4774048
           Kelly Elizabeth Moran
           NY Bar No. 5776471
           Matthew Beckwith
           DC Bar No: 90014452
           Assistant United States Attorneys
           601 D Street NW
           Washington, DC 20530
           Benet.Kearney@usdoj.gov
           Kelly.Moran@usdoj.gov
           Matthew.Beckwith@usdoj.gov
           (212) 637 2260 / (202) 740 4690 / (202) 252 7109