UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-128 (RC) |
| : | |
| WILLIAM POPE, : | |
| : | |
| Defendant. : | |

## MOTION TO STRIKE

In his reply in support of his Motion to Dismiss the Indictment Based on Selective Prosecution (ECF No. 308), the defendant, William Pope, unnecessarily directs irrelevant, personal attacks at a member of the prosecution team. These remarks are entirely disconnected from any legitimate argument and are designed to harass and intimidate a public servant. They should be stricken from the docket and the defendant should be admonished to refrain from similar attacks.

Rather than address the government's legal arguments, the defendant lashes out at one of the Assistant United States Attorneys assigned to this case, and, without any logical foundation, accuses him of engaging in a politically motivated prosecution based only on material that he wrote for an elected official and political candidate (the "Materials"). None of the Materials mention the defendant or the events of January 6, 2021; nor could they, as they were written at least four years earlier. Chillingly, these Materials are not attributed to the AUSA in their published form; the defendant instead attached the AUSA's writing sample, submitted in connection with a job application, to his filing. ECF No. 308-1. Simply put, this personal attack is at odds with general principles of how litigants should conduct themselves and has no place in a court filing. *Cf.* ECF No. 240 at 4 ("[D]uring closing argument and throughout the trial, the parties shall not . . . make personal attacks on the other party in the case").

The unnecessary and irrelevant nature of these *ad hominem* accusations is further underscored by the fact that the AUSA was not involved in any of the charging decisions in this case, a fact of

which the defendant is well aware based on the timing of the filing of the AUSA's notice of appearance. Any argument that the Materials support the defendant's motion is disingenuous and his singling out of the AUSA is not only irrelevant and impertinent, *cf.* Fed. R. Civ. P. 12(f), it is irresponsible and recklessly exposes a public servant to harassment.

The government respectfully requests that the following portions of ECF No. 308 be stricken from the docket:

- The second paragraph of page 2;
- The three full paragraphs on page 3;
- ECF No. 308-1.

The government further requests that the Court admonish the defendant not to engage in personal attacks on parties in any of his future filings.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Benet J Kearney*
Benet J. Kearney
NY Bar No. 4774048
Kelly Elizabeth Moran
NY Bar No. 5776471
Matthew Beckwith
DC Bar No: 90014452
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Benet.Kearney@usdoj.gov
Kelly.Moran@usdoj.gov
Matthew.Beckwith@usdoj.gov
(212) 637 2260 / (202) 740 4690 / (202) 252 7109