# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## OPPOSITION TO THE GOVERNMENT'S MOTION TO STRIKE

In ECF No. 314, the government filed a motion to strike parts of ECF No. 308, for which they have made baseless claims that I improperly attacked a member of their prosecution team. The purpose of ECF No. 308 was to show that the government's ideological bias influenced their selective prosecution decisions. Because of this, using written statements made by members of the prosecution to show ideological bias is entirely justified. The government has chosen to hire politically motivated prosecutors like AUSA Beckwith that fit their philosophy of weaponized justice and prosecution of ideological dissent. Furthermore, AUSA Beckwith was attracted to the job of January 6 prosecutor because, as his writings show, he believes journalism should only align with Democrat Party principles, and he is ideologically motivated to "take actions" against those who align with President Trump.

Me pointing out these raw facts is not improper but rather is entirely consistent with our adversarial system of justice. If Mr. Beckwith and the government are embarrassed about his biases, they should apologize for them and drop these politically motivated charges. AUSA

Beckwith is so biased against me that he even lied that I assaulted police in ECF No. 297 at 7, and the Court should sanction him severely for that abuse of process as I moved in ECF No. 313.

The only reason the government is moving to strike the truth from my filing is because the entire world sees that they are weaponizing the justice system to prosecute their political opponents. They want to turn this Honorable Court into a star chamber devoid of public scrutiny! The government also resents that their misconduct is so egregious in this case that I have demonstrated in ECF No. 312, that they should be suspended from the practice of law. No banker should offer thieves the keys to his vault, and no Judge should allow malfeasant government attorneys to continue serving as officers of the Court. Our legal system will continue to crumble as long as this government misconduct is allowed to continue!

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on June 6, 2024.
/s/
William Alexander Pope, Pro Se