UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| **Defendant.** | : | |

**REPLY IN SUPPORT OF GOVERNMENT'S MOTION TO STRIKE ECF 308
AND MOTION TO STRIKE ECF 315**

In his opposition to the government's motion to strike, ECF No. 315, the defendant has doubled down and repeated the same unfounded, irrelevant, and personal attacks against an Assistant United States Attorney. For the same reasons outlined in its initial motion to strike, ECF No. 314, the government respectfully requests that the following portions of ECF No. 315 be stricken from the docket:

- The last two sentences of the first paragraph on page 1;

- The last two sentences of the paragraph that spans pages 1 and 2.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Benet J Kearney*
        Benet J. Kearney
        NY Bar No. 4774048
        Kelly Elizabeth Moran
        NY Bar No. 5776471
        Matthew Beckwith
        DC Bar No: 90014452
        Assistant United States Attorneys
        601 D Street NW
        Washington, DC 20530
        Benet.Kearney@usdoj.gov
        Kelly.Moran@usdoj.gov
        Matthew.Beckwith@usdoj.gov
        (212) 637 2260 / (202) 740 4690 / (202) 252 7109