UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| WILLIAM POPE, | : | |
| | : | |
| Defendant. | : | |

## SUPPLEMENT TO MOTION FOR CLARIFICATION OF COURT'S ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL TO WASHINGTON, D.C. FOR CAPITOL WALKTHROUGH

The United States of America hereby submits this supplement to its Motion for Clarification of the Court's April 25, 2024 Minute Order granting defendant William Pope's motion for permission to travel to Washington, D.C. for the purpose of participating in a walkthrough of the United States Capitol Building led by the United States Capitol Police ("USCP"). ECF No. 243.

The defendant has contacted the government and requested that he be provided with a "evidentiary tour" of the Capitol on either July 10 or July 11. The government does not wish to be out of compliance with the Court's order, but cannot accommodate this request.

As the government previously explained, the United States Attorney's Office does not set or control the dates of the walkthroughs of the Capitol for defense counsel in January 6-related cases. *See* ECF No. 243. These walkthroughs are scheduled after extensive coordination with various stakeholders at the Capitol and must be approved by both houses of Congress. Further, among other security requirements, no walkthrough can be conducted while either chamber is in

session.[1]  Currently, no defense counsel walkthrough is scheduled for June or July 2024 (or any future date).

In his Reply to the Government's Opposition to his Motion to Continue his trial, the defendant references a "private Capitol tour" that was arranged for his standby counsel in connection with another case. ECF No. 256 at 9. This description is not accurate. The "private tour" was a brief visit to one particular location in the Capitol building, conducted with Congressional approval, at a time when neither chamber was in session.

In the more than three years since the defendant's arrest, USCP-led Capitol walkthroughs have been offered to defense counsel on at least six occasions, including four dates between August 2021 and September 2022. The defendant's new-found desire to avail himself of this opportunity does not entitle him to do so on the date of his choosing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Benet J Kearney
Benet J. Kearney
NY Bar No. 4774048
Kelly Elizabeth Moran
NY Bar No. 5776471
Matthew Beckwith
DC Bar No: 90014452
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Benet.Kearney@usdoj.gov
Kelly.Moran@usdoj.gov
Matthew.Beckwith@usdoj.gov
(212) 637 2260 / (202) 740 4690 / (202) 252 7109

---

[1] In-session dates are subject to change, but currently the Senate is scheduled to be in session from July 8, 2024 until July 12, 2024 and the House is scheduled to be in session from July 8, 2024 until July 11, 2024.