# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER GRANTING DEFENDANTS MOTION IN LIMINE** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion in limine. It is granted in full.

**IT IS SO ORDERED.**

Dated:_____          _____
                                    Rudolph Contreras
                                    UNITED STATES DISTRICT JUDGE