# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

# REQUEST FOR CLARIFICATION ON TRAVEL TO D.C.

The Court's scheduled pre-trial conference is just three and a half weeks from now on July 12, however, I have been unable to make travel arrangements because I do not yet know what days I will be in Washington. This is because the government has been entirely uncooperative and resistive to arranging an evidentiary tour of the Capitol during the week of my pretrial conference as ordered by the Court on April 25, 2024.

While I am not an expert on tension between the Judicial Branch and the other two branches, it seems to me that should the Legislative Branch and Executive Branch refuse to comply with the Court's lawful order, they will be in contempt of the Court regardless of their reason for disobedience. In this case, the government has claimed that it is impossible for them to arrange a tour during the week of my pretrial conference due to Congress being in session (ECF No. 321). However, a scheduled legislative session and any non-statutory rules regarding evidentiary tours do not preempt my Constitutional due process rights as a defendant. Such tours were acknowledged by the government as material to a defense, and the Court found that "a pro se defendant is entitled to those same rights."

Two branches of the government are now seeking to defy the Court's order and deny me those due process rights. Since the government is not voluntarily complying with that order or cooperating with my attempts to arrange a tour, and since the government has not yet indicated any willingness to agree to the stipulations that I outlined in ECF No. 322, this conflict can only be resolved by action from the Court.

I am still waiting clarification from the Court on whether the Court intends to compel the other two branches of government to provide a tour during the week that was ordered, or the Court intends to dismiss this case or continue the trial date until after a later tour can be arranged.

As it stands, we are now just 20 days away from the week of July 8, which is when the Court ordered the evidentiary tour to take place, and I am unable to make travel or lodging arrangements since I do not yet know the specifics of when this tour will be or whether the Court intends to instead continue the pretrial conference and trial. Since the price of flights continues to rise, I would like to make travel arrangements within the next few days.

My pretrial officer, Andre Sidbury, has also informed me that he will be retiring prior to the scheduled pre-trial conference, and I would like to report any travel to Mr. Sidbury soon so that it can be recorded before he leaves to prevent information loss during the shuffle to a new PSO. If no additional clarification is received by Monday, June 24, 2024, I will proceed with making travel arrangements on the assumption that the full week of July 8 to July 12 remains the Court's ordered timeframe for the government to provide a Capitol tour and that the Court will hold the Executive and Legislative Branches in contempt if a tour is not provided that week.

If the Court instead wishes to dismiss this case or continue the trial date, I respectfully ask for that decision as soon as possible so that I do not accrue unnecessary travel expenses.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service
I certify that a copy of this was filed electronically for all parties of record on June 18, 2024.

/s/
William Alexander Pope, Pro Se