# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

**REPLY TO THE GOVERNMENT'S RESPONSE TO MY MOTION FOR SANCTIONS**

The United States Court System and the United States Department of Justice depends on the respect of the American people and will only be respected as long as their conduct earns and retains public trust. When the government falsely alleges that I assaulted police it is no small matter. My reputation is damaged. But throwing around false allegations that are backed by the power of the United States government comes at the cost of losing public trust. Likewise, when prosecutors refuse to respond to legitimate defense email requests causing evidence to be destroyed, the government loses the respect not only of the opposing party, but also of the public at large. The Court should understand that I am rightfully outraged regarding these matters, which is why I moved for sanctions. When such government conduct is allowed to continue unchecked, it can damage the reputation of the entire judicial system. But the government's total lack of mercy in the January 6 cases has done far more to damage the institutional reputation of America's judicial system and our country. History has shown that wielding extreme government force can lead to a dangerous cycle of escalating retribution as control of the government continues changing hands. I would hope this cycle can be prevented, but it will require the government to embrace the mindset of Presidents Washington and Adams who saw the wisdom of forgiving those who protested and even rebelled against the government over taxes.

Do not get caught in the weeds and lose sight of the bigger picture. These prosecutions are bigger than any charges that have been filed, or any facts argued in Court. The continued pursuit of punishment is tearing our nation apart.

While I remain outraged at the government's conduct in this case, the government has admitted that their allegation that I assaulted police was entirely false and unwarranted. In an attempt to demonstrate the wisdom of mercy, I am withdrawing my motion for sanctions. I ask that the government in turn begin bestowing mercy on the hundreds of January 6 defendants whose lives are being crushed. Doing so will be a first step towards restoring public trust and unifying our country and will forestall a spiraling cycle of animosity.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on June 25, 2024.
/s/
William Alexander Pope, Pro Se