UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION TO CONTINUE JULY 22, 2024 TRIAL

The United States of America and the defendant, William Pope, jointly move to continue the trial in this matter, currently scheduled for July 22, 2024.

Today, the Supreme Court issued a decision in *United States v. Fischer*, No. 23-5572, holding that Title 18, United States Code, Section 1512(c)(2) does not cover "all means of obstructing, influencing, or impeding any official proceeding" and remanded the case to the D.C. Circuit for further proceedings. Both parties are evaluating the decision, which has ramifications for the charges, presentation of evidence, and jury instructions at the trial in this matter.

The parties therefore respectfully request that the July 22, 2024 trial date be converted to a status conference and that all upcoming pretrial deadlines be stayed. The defendant also requests that the status conference be conducted via videoconference; the government does not oppose this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Benet J Kearney*
Benet J. Kearney
NY Bar No. 4774048
Kelly Elizabeth Moran
NY Bar No. 5776471
Matthew Beckwith
DC Bar No: 90014452
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Benet.Kearney@usdoj.gov
Kelly.Moran@usdoj.gov
Matthew.Beckwith@usdoj.gov
(212) 637 2260 / (202) 740 4690 / (202) 252 7109