UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| WILLIAM POPE, | : | |
| | : | **EX PARTE AND UNDER SEAL** |
| Defendant. | : | |

**EX PARTE NOTICE TO THE COURT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice to inform the Court of the following:

On May 28, 2024, the Government informed the Court that it expected to have an update regarding the individual identified on social media as "#FrodoTheFash," and referenced in the defendant's Motion to Compel Discovery on the Man Who Pushed Me Into the Capitol ("Motion" or "Mot., "ECF No. 272) in a matter of weeks. ECF No. 304. In its order denying the defendant's Motion, the Court noted that "to the extent that the Government possesses information on the identity of the individual who Pope alleges pushed him, the Government must turn over that information within a reasonable time after it comes across such material." ECF No. 326 at 36. The Government has identified an individual who may be "#FrodoTheFash" and may have committed federal crimes on January 6, 2021. However, this investigation is ongoing.

The defendant seeks the identity of "#FrodoTheFash" because he believes that this individual pushed him into the Capitol at the Senate Carriage Door at approximately 2:18 p.m. Mot. at 3-4. But the events at the Senate Carriage Door are captured in video footage from multiple angles, which the Government has provided to the defendant in discovery. *See, e.g.,* Mot. at 8 (Figure 8), 9 (Figures 9 and 10), 10 (Figures 11 and 12), 11 (Figure 13). In addition to the discovery the Government had already provided, on June 27, 2024, the Government also

provided the defendant with a report of open source videos in which "#FrodoTheFash" appears, at the Senate Carriage Door and at other locations in and around the Capitol building.[1] Nor does "#FrodoTheFash" appear to be filming or otherwise documenting his own actions. The *identity* of this individual is not material to the defendant's case, as the defendant already has ample evidence depicting the events at the Senate Carriage Door (and all the footage of which the Government is currently aware).

Because this filing describes the status of a nonpublic criminal investigation, the government respectfully requests that it be filed *ex parte* and under seal.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    */s/ Benet J Kearney*
        Benet J. Kearney
        NY Bar No. 4774048
        Kelly Elizabeth Moran
        NY Bar No. 5776471
        Matthew Beckwith
        DC Bar No: 90014452
        Assistant United States Attorneys
        601 D Street NW
        Washington, DC 20530
        Benet.Kearney@usdoj.gov
        Kelly.Moran@usdoj.gov
        Matthew.Beckwith@usdoj.gov
        (212) 637 2260 / (202) 740 4690 / (202) 252 7109

---

[1] To the extent the government identifies any additional video depicting the defendant or the Senate Carriage Door at or around the time the defendant was present there, it will produce it to the defendant promptly.