## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATE OF AMERICA,

    v.

WILLIAM POPE,

       Defendant.

Case No. 1:21-CR-00128-RC

**ORDER FOR DISCOVERY**

# ORDER

Pending before this Court is the defendant's motion to compel production of undisclosed materials, including all documents and dating obtained from or belonging to the defendant, including any electronic account data that was obtained by the government. Since the government failed to promptly produce the Defendant's PayPal records, it is reasonable for the Court to conclude that the government may be withholding other data belonging to the defendant. Thus, the government is ordered to produce any remaining data and documents belonging to the defendant, and to specify when and how those documents were obtained. Furthermore, the Defendant seeks time to review these late productions and prepare pretrial filings if needed. In the interests of justice, this motion is granted.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE