UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| WILLIAM POPE, | : | |
| | : | |
| Defendant. | | |

**GOVERNMENT'S RESPONSE TO DEFENDANT WILLIAM POPE'S
MOTION TO COMPEL PRODUCTION OF UNDISCLOSED MATERIALS**

On August 7, 2024, the government made a discovery production to the defendant, William Pope, consisting of records pertaining to certain transactions involving one of his financial accounts. As the government has previously assured this Court, the government is well aware of its discovery obligations under Rule 16; that is why the government disclosed these records to the defendant shortly after it obtained them. To the extent that the government identifies additional discoverable material, it will produce that material to the defendant promptly.

Should the defendant wish to file an additional motion *in limine*, the subject matter of which would not have been known to him prior to this production, the government will not

object to an extension of time to file such a motion, provided that there is sufficient time for the motion to be fully briefed and argued prior to the November 22, 2024 pretrial conference.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Benet J. Kearney*
Benet J. Kearney
NY Bar No. 4774048
Matthew Beckwith
DC Bar No: 90014452
Kelly Elizabeth Moran
NY Bar No. 5776471
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(212) 637 2260
Benet.Kearney@usdoj.gov