# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br>Defendant. | Case No.: 1:21-cr-00128-RC |

## REPLY TO THE GOVERNMENT'S RESPONSE TO MY MOTION TO COMPEL PRODUCTION OF UNDISCLOSED MATERIALS

The Federal Rules of Criminal Procedure are not vague. Rule 16 (a)(1)(E)(iii) states that:

*Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and: the item was obtained from or belongs to the defendant.*

In ECF No. 343, I moved the Court to compel the government to produce to me any records or data that belongs to me, including electronic account data and financial data. I have an absolute right to review any records of mine that the government possesses regardless of whether or not the government intends to use it in trial or believes it to be subject to Brady.

The government's response to my motion (ECF No. 345), failed to address the core issue I raised. The government did not deny that they possess more of my data that has not been produced. In fact, the government admitted that the data they recently produced comes from only one of my financial accounts. This implies that the government is aware of and has monitored

other accounts that I have. The government also implied that they had only recently obtained this data, meaning that the government continues to snoop through my accounts nearly four years after my arrest, despite the government admitting that I was entirely peaceful on January 6.

The Fourth Amendment was intended to prevent such unreasonable searches and seizures. Recently, the United State Supreme Court chastised the government in *Fischer v. United States* for abusing the legal process and excessively wielding government power against January 6 protestors. Clearly, the District Court needs to realize that the government's prosecution of these cases has been excessive beyond the point of harassment and do more to protect our rights. This includes protecting my Fourth Amendment right prohibiting the government from unreasonable search and seizure, and my right under the Rules of Crimincal Procedure to view any of my records the government now possesses.

Despite the government's claim that they will provide discovery "shortly after it is obtained," the Court should realize that the government did not provide me a full copy of my phone data for more than three years after my arrest, and that the government only did so earlier this year after I made numerous filings on the matter. I should not have to constantly struggle with the government to get a copy of my own records that the government has seized and which the law acknowledges I am entitled to.

Additionally, I need to know the exact manner by which my data was obtained and when the government obtained it. While the government in their response offered to allow me to file a motion in limine, the very nature by which my records were obtained might necessitate that I file motions to suppress or motions seeking other legal remedies. I have a due process right to discover whether the government acted improperly when obtaining my personal data because the data the government seized may be the fruit of the poisonous tree.

Any administration that uses powers to constantly snoop through the account data of of entirely peaceful American citizens has the mark of radical government extremism. Sadly, this administration continues to embrace such tyrannical uses of power in an attempt to bully those who dissent. It's also alarming that the government is seeking to communicate with the Court in secret ex parte filings regarding the seizure of my account data and on other matters. Unless this Court begins to push back and limit the government's encroachment on civil rights, the D.C. District Court will broadly be viewed as subservient to radical Executive Branch prosecutors and as a hostile venue for anyone who speaks out against abuses of power.

I am not asking the Court for permission to see nuclear secrets or the JFK files, I am respectfully motioning to see my own data that the government has somehow seized from me. The Court should recognize my right to do so and compel the government to immediately produce to me a copy of all of my data and records that have not yet been disclosed.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on August 27, 2024.
/s/
William Alexander Pope, Pro Se