UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| WILLIAM POPE, | : | |
| | : | |
| Defendant. | : | |

**NOTICE TO THE COURT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice to inform the Court of the following:

On May 28, 2024, the Government informed the Court that it expected to have an update regarding the individual identified on social media as "#FrodoTheFash," and referenced in the defendant's Motion to Compel Discovery on the Man Who Pushed Me Into the Capitol ("Motion" or "Mot.," ECF No. 272) in a matter of weeks. ECF No. 304. In its order denying the defendant's Motion, the Court noted that "to the extent that the Government possesses information on the identity of the individual who Pope alleges pushed him, the Government must turn over that information within a reasonable time after it comes across such material." ECF No. 326 at 36. The Government filed a second supplemental notice to the Court on July 19, 2024, and notified the Court that, while the government had not yet charged "#FrodoTheFash," the Government would continue to update the Court on any developments in its investigation. ECF No. 338.

The Government has identified the individual known as "#FrodoTheFash" as Nicholas Scott Ingram Hoefer. On August 28, 2024, Hoefer was arrested in Indiana. The investigation into Hoefer's conduct is ongoing. The Government has provided William Pope with a copy of the Department of Justice press release associated with Hoefer's arrest, as well as the unsealed Statement of Facts used to charge Hoefer.

The Government does not object to ECF Nos. 304 and 338 being unsealed and filed on the docket.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              D.C. Bar No. 481052

By:    */s/ Kelly E. Moran*
          Kelly Elizabeth Moran
          NY Bar No. 5776471
          Benet J. Kearney
          NY Bar No. 4774048
          Matthew Beckwith
          DC Bar No: 90014452
          Assistant United States Attorneys
          601 D Street NW
          Washington, DC 20530
          Benet.Kearney@usdoj.gov
          Kelly.Moran@usdoj.gov
          Matthew.Beckwith@usdoj.gov
          (212) 637 2260 / (202) 740 4690 / (202) 252 7109