# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>    v.<br><br>WILLIAM POPE,<br><br>            Defendant. | Case No. 1:21-CR-00128-RC<br><br>**ORDER FOR THE GOVERNMENT TO PRODUCE ALL INFORMATION ON NICHOLAS HOFER** |

# ORDER

Pending before this Court is the defendant's motion to compel the government to produce all information they possess about Nicholas Hofer, including information about whether he held a government security clearance on January 6, 2021, and whether he worked for a government agency, contractor, or partner, and whether he was a government CHS, and whether Hofer was tasked by the government or a related entity with being at the Capitol on January 6, and all information on whether any government agency has sought to hide Hofer's information and identity from discovery or prevent him from being arrested.

**IT IS SO ORDERED.**

Dated: _____

                                                        _____
                                                        Rudolph Contreras
                                                        UNITED STATES DISTRICT JUDGE