# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 21-00128 (RC) |
| WILLIAM POPE, | : |
| *Defendant*. | : |

## ORDER

On March 5, 2021, the Court set the Conditions of Release as to William Pope, which includes a pretrial condition restricting him from travel to Washington, D.C. "except for Court, meetings with [his attorney], or PSA business." *See* ECF No. 16 at 2. Despite this travel condition, and consistent with the discussion held between the Court and the parties during the Status Conference on September 23, 2024, it is hereby **ORDERED** that Mr. Pope is authorized to travel to Washington, D.C. for purposes of any official tour of the Capitol Building scheduled to assist him in preparing his defense.

**SO ORDERED**.

Dated: September 23, 2024

RUDOLPH CONTRERAS
United States District Judge