```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
      * * * * * * * * * * * * * * *   )
 3    UNITED STATES OF AMERICA,       )      Criminal Action
                                      )       No. 23-00066
 4                    Plaintiff,      )
                                      )
 5       vs.                          )
                                      )
 6    REBECCA LAVRENZ,                )      Washington, D.C.
                                      )      March 26, 2024
 7                    Defendant.      )      9:37 a.m.
                                      )
 8    * * * * * * * * * * * * * * *   )

 9

10                    TRANSCRIPT OF JURY TRIAL
               BEFORE THE HONORABLE ZIA M. FARUQUI
11                UNITED STATES MAGISTRATE JUDGE

12


13

      APPEARANCES:
14
      FOR THE GOVERNMENT:      BRENDAN BALLOU, ESQ.
15                             TERENCE A. PARKER, ESQ.
                               UNITED STATES ATTORNEY'S OFFICE
16                                FOR THE DISTRICT OF COLUMBIA
                               601 D Street, Northwest
17                             Washington, D.C. 20530

18
      FOR THE DEFENDANT:       JOHN M. PIERCE, ESQ.
19                             JOHN PIERCE LAW, P.C.
                               21550 Oxnard Street
20                             Third Floor
                               Woodland Hills, California 91367
21
                               ROGER ROOTS, ESQ.
22                             LAW OFFICES OF ROGER ROOTS
                               10 Dorrance Street
23                             Suite 700
                               Providence, Rhode Island 02903
24

25
```

```
 1    REPORTED BY:            LISA EDWARDS, RDR, CRR
                              Official Court Reporter
 2                            United States District Court for the
                                District of Columbia
 3                            333 Constitution Avenue, Northwest
                              Room 6706
 4                            Washington, D.C. 20001
                              (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

Opening Statement by Mr. Ballou                    Page 30

Opening Statement by Mr. Roots                     Page 37

                                    Direct     Cross        Red.


WITNESSES FOR THE GOVERNMENT:

Rani Brooks                          45         109          150

Lanelle Hawa                         156        196



EXHIBITS RECEIVED IN EVIDENCE                                PAGE

Government's Exhibit No. 206                                 47
Government's Exhibit No. 207                                 49
Government's Exhibit No. 208                                 49
Government's Exhibit No. 203                                 56
Government's Exhibit No. 204                                 57
Government's Exhibit No. 001                                 70
Government's Exhibit No. 102                                 76
Government's Exhibit No. 101                                 78
Government's Exhibit No. 305                                 80
Government's Exhibit No. 306                                 84
Government's Exhibit No. 212                                 87
Government's Exhibit No. 216                                 89
Government's Exhibit No. 108                                 90
Government's Exhibit No. 111                                 94
Government's Exhibit No. 308                                 96
Government's Exhibit No. 201                                 119
Government's Exhibit No. 811                                 160
Government's Exhibit No. 812                                 161
Government's Exhibit No. 202                                 167
Government's Exhibit No. 105                                 170
Government's Exhibit No. 2                                   175
Government's Exhibit No. 106                                 180
Government's Exhibit No. 003                                 188
Government's Exhibit No. 112                                 191


Defendant's Exhibit No. 2                                    112
Defendant's Exhibit No. 52                                   126
Defendant's Exhibit No. 53                                   131
Defendant's Exhibit No. 69                                   147

```
 1              THE COURTROOM DEPUTY:  Good morning, your Honor.
 2    This is Criminal Case 23-66, the United States of America
 3    versus Rebecca Lavrenz.  And this matter is set for jury
 4    trial.
 5              Parties, please introduce yourselves for the
 6    record, starting with the Government.
 7              MR. BALLOU:  Good morning, your Honor.  Terence
 8    Parker on behalf of the United States, accompanied by
 9    co-counsel Brendan Ballou; our paralegal, Rachel Marcelin;
10    and FBI Special Agent John Smith.
11              THE COURT:  Good morning.
12              MR. PIERCE:  Good morning, your Honor.  John
13    Pierce and Roger Roots on behalf of Defendant Rebecca
14    Lavrenz, who is also present.  And we have our paralegal,
15    Emily Lambert, as well.
16              THE COURT:  Good morning.
17              Good morning, Ms. Lavrenz.
18              THE DEFENDANT:  Good morning.
19              THE COURT:  So the only thing I have in terms of
20    this morning is the pretrial motion to compel, which was
21    received pretrial.  I'm happy to handle that now.  Does that
22    sound good by you all?
23              I'm happy to hear from the United States in terms
24    of a response.  And I think the motion is pretty thoroughly
25    briefed.
```

1          As I understand it, there is a request for

2     unredacted 302s; there is particularly one from an FBI

3     agent, David -- a former FBI agent, David Guandolo.  There

4     is -- I guess the argument from the defense is that there

5     are heavy redactions and there's more to the story behind

6     the agent's presence at the Capitol on January 6th, 2021,

7     and that Ms. Lavrenz has a right to know, that there's

8     perhaps sort of -- there's an allegation in the papers that

9     there could be some exculpatory information because they

10    believe Mr. Guandolo is a former FBI liaison to the Capitol

11    Police and that he invited people in.

12          There's also a request for 302s, the FBI reports,

13    I should say, the 302s, Ms. Lavrenz, that they want video

14    and audio and that they also want any testimony that the FBI

15    agents or other officers might have presented before the

16    January 6th committee.

17          I'm happy to hear from you, Mr. Parker.

18          MR. PARKER:  Sure.  So we oppose the motion.

19          I think it's helpful to set some context for what

20    this 302 is, why it was produced in discovery.

21          As your Honor's probably aware, in Jan 6 cases the

22    Government provides discovery to defendants in sort of two

23    different ways.  One is through what we colloquially often

24    call case-specific discovery.  Those are FBI files from the

25    defendant's own case, videos where the defendant was

1     identified in particular.  Those are produced directly from

2     trial attorneys to defense attorneys.

3          The other way that we produce discovery in January

4     6 cases, given the massive volume of evidence that's been

5     collected throughout the course of the sort of the broader

6     January 6 investigation, is what's sort of often called

7     global discovery.  And there's generally two ways do that.

8     One is a website called evidence.com that contains all the

9     CCTV footage, all the MPD body-worn camera footage.

10         There's also a litigation review platform,

11    Relativity -- your Honor may be familiar with that -- which

12    houses the sort of broader set of discovery that's provided

13    to defense counsel.

14         And there's millions of documents and files in

15    this Relativity platform.  We use Relativity because it's

16    searchable; it's a more manageable system.

17         From time to time, new files are added to

18    Relativity and the Government informs defense counsel, who

19    have access to that Relativity platform when new files are

20    added.

21         Last week, we learned that this 302 that is the

22    subject of the motion was going to be added to Relativity in

23    the next round of uploads, so to speak.  And sometimes just

24    for technical reasons, it takes time to ingest it into the

25    system and to become available.

1        Because we were starting trial yesterday, we

2    thought it would be prudent to turn over the 302 that was

3    going into that global discovery platform.

4        Global discovery contains documents that have

5    nothing to do with a particular defendant's case in many

6    instances.  It is an effort by our office to go above and

7    beyond our constitutional and rules obligations to provide

8    discovery.

9        This 302 was produced not because the Government

10    determined that it was relevant or material to Ms. Lavrenz

11    in particular, but just because it was going on to

12    Relativity and we wanted to make sure that defense counsel

13    had a basis or an opportunity to review it instead of just

14    needing to check Relativity day-to-day.

15        The Defendant's motion makes a number of factual

16    statements that are plainly inaccurate and that bear

17    correction.

18        The first is, in a number of instances in the

19    Defendant's motion, they reference this individual John

20    Guandolo as being a current FBI agent on January 6th.

21        That is plainly false.  He had not been a current

22    FBI agent for over a decade on January 6th.  He was there on

23    January 6th at the Capitol as a civilian.  He was not an FBI

24    agent.

25        The Defendant's motion also makes a statement that

1    there's a video of Mr. Guandolo standing on the House Egg in

2    the precise location where the Defendant was.  And I think

3    there's some context missing from that statement.

4          And if I could ask our paralegal to pull up

5    Government's Exhibit 202.  I think it's helpful to look at a

6    map for this portion of the argument.

7          THE COURT:  Sure.  You can proceed.

8          MR. PARKER:  This is an exhibit that will be

9    admitted, I think.  For today's purposes we're using it as a

10   normal map.

11         THE COURT:  Sure.

12         MR. PARKER:  So the House Egg, right around here

13   there's a small stage there.

14         The Defendant was present at that stage from

15   around 11:45 to a little after noon on the morning of

16   January 6th.

17         She then came over pretty much dead center in the

18   east plaza, and she remained there from about 12:18 until

19   the breach of the bike racks at about 2:00.

20         At 2:00, she goes across the east plaza and then

21   she's at the stairs, the Rotunda stairs.

22         The video that the defense counsel included in

23   their link in their motion shows Mr. Guandolo here in the

24   House Egg at the time when someone purporting to be

25   Mr. Guandolo -- I'm not sure, actually -- at the House Egg.

1    In the video, if your Honor's seen it, it's synched up with

2    CCTV and it shows CCTV footage of rioters ascending the

3    Rotunda stairs.

4         Ms. Lavrenz was in that first wave of rioters who

5    ascended the stairs at about 2:06 p.m.

6         That means that the video shows Mr. Guandolo at

7    the House Egg two hours after Ms. Lavrenz had left that

8    area.  And at that time, she was about a few hundred feet

9    away from Mr. Guandolo.

10        There is no allegation or claim from the Defendant

11   that she saw or interacted with Mr. Guandolo or anybody that

12   he was with.  There's no indication that she thought that he

13   was an FBI agent or that anybody he was with was an FBI

14   agent.

15        And so all Mr. Guandolo is is a witness who -- or

16   an individual who witnessed people going up the Rotunda

17   steps.  And that's what's captured in the unredacted portion

18   of the 302.

19        THE COURT:  Say that again.  What's in the

20   unredacted portion of the 302?

21        MR. PARKER:  That Mr. Guandolo saw people going up

22   the Rotunda steps.

23        THE COURT:  Okay.  I mean, that gets to the --

24   well, I'll let you continue.  But I want to make sure from

25   your perspective, it sounds like there's nothing that's

1   exculpatory in the redacted -- or, frankly, relevant in the

2   redacted portions.  Is that right?

3             MR. PARKER:  That's correct, your Honor.

4             I've reviewed the unredacted version.  A number of

5   other attorneys in our office have reviewed the unredacted

6   version.

7             THE COURT:  As long as you have, that's all I need

8   to know.

9             MR. PARKER:  There's nothing in there that is

10  relevant or material.  And we're aware of and are complying

11  with our constitutional and rules obligations for discovery.

12            THE COURT:  Okay.  Anything -- I mean, as I

13  understand it, there's also this sort of -- I believe

14  there's a request as to this -- just generally you've

15  indicated you complied with your constitutional and

16  statutory obligations to turn over exculpatory evidence.

17            But do you have -- I just want to make sure.  Do

18  you have any reason to believe any of the agents that will

19  be testifying also testified before the January 6th

20  committee?

21            MR. PARKER:  No, your Honor.

22            THE COURT:  I didn't seem to think there was any

23  indication.

24            MR. PARKER:  If I could, your Honor, materials

25  that are in the possession of Congress and not the

1     Government --

2             THE COURT:  We already covered that.  Yes.  This

3     is separate.  I want make sure.  Let me put it this way:

4     When you were fulfilling your *Jencks* obligations --

5     Ms. Lavrenz, that's their obligation to turn over statements

6     of any witnesses that they may have that were made prior to

7     these proceedings, generally speaking -- I presume you also

8     checked to see if they testified before Congress.  That

9     seems like something that they would remember, I presume.

10            MR. PARKER:  Yes.  We generally ask whether

11    someone has testified before Congress.

12            THE COURT:  You believe you've complied with your

13    *Jencks* obligations?

14            MR. PARKER:  Yes, your Honor.

15            THE COURT:  Okay.

16            MR. PARKER:  And if I could add one additional

17    thing.

18            THE COURT:  Sure.

19            MR. PARKER:  The defense has added Mr. Guandolo to

20    their witness list.  So to the extent they would like to

21    call him as a witness and ask him about what he saw, that's

22    their prerogative and they're welcome to do so.

23            THE COURT:  Great.  I'm happy to hear from

24    Mr. Pierce.

25            MR. PIERCE:  Yes, your Honor.  This is pretty

1    straightforward.  This is absolutely directly relevant to

2    Ms. Lavrenz's defense.  Mr. Guandolo was in the same place.

3    They were at the same rally looking at the same viewpoint of

4    the Capitol.  And he filmed the protesters, including

5    Ms. Lavrenz, you know, going up the steps, the exact area

6    that she went up.

7         The 302, the portion that we have, it says,

8    Guandolo -- it says, Guandolo felt the media's

9    interpretation of the events of January 6th, 2021, did not

10   match what he observed while he was in Washington, D.C.

11        Specifically, Guandolo described the events as a

12   patriotic tailgate and not an insurrection.

13        Guandolo described watching large groups of

14   individuals walking up the steps of the U.S. Capitol

15   Building with flags and signs and being allowed inside by

16   the Capitol Police officers.

17        Guandolo stated that he never entered the U.S.

18   Capitol at any point during the January 6th, 2021, events,

19   et cetera, et cetera.

20        And he also -- there's also testimony, public

21   testimony, that he's given and interviews that he's given

22   stating that he was there with other FBI agents, all of whom

23   observed the crowd going in the same direction that

24   Ms. Lavrenz went in, and that Capitol Police were pointing

25   people up the steps and letting them in and he's talking to

1    these other FBI agents and noting that what seemed to them

2    to be a somewhat strange thing, which was that they were --

3    it looked like everybody was being let in.

4         And they were commenting on this amongst each

5    other.  They saw it.  They videotaped it.

6         And again, this is an individual who actually was

7    the liaison between the FBI and the Capitol Police.

8         So there's no -- so there's also an audio

9    recording.  The 302 states that there's an audio recording

10   of the interview, which we think that we should be entitled

11   to, because obviously at least part of that interview has

12   directly relevant and exculpatory information.

13        And with respect to these unredacted portions and

14   the audio, even if the Court is not inclined to grant the

15   motion to compel just based on the arguments in the papers

16   right now, we believe that you should review these in camera

17   to satisfy the Court that it is not exculpatory and does not

18   include *Brady* information.

19        THE COURT:  Again, I want to get one factual thing

20   nailed down here.

21        I mean, you've described him as an FBI liaison.

22   Is that based on his public statements?  Is that -- what's

23   the basis to say that?  Public statements?  That he's a

24   former --

25        MR. PIERCE:  This is based on his public -- his

1    own public statements, your Honor.  Yes.

2              THE COURT:  Thanks, Mr. Pierce.

3              MR. PIERCE:  Yeah.

4              THE COURT:  I think that there's two different

5    sort of issues here.  One is how the defense may want to

6    present its defense and the second is what evidence they

7    have to support it, including obligations of production by

8    the Government.

9              As we discussed at the pretrial conference, I

10   mean, part of the core of these charges is an allegation by

11   the Government Ms. Lavrenz was at a place she was not

12   permitted to be.  And if government officials were

13   indicating otherwise, certainly that goes to her sort of

14   state of mind, things like that.  And I think that there

15   is -- it's fair for her to present testimony or evidence on

16   that.

17             The United States will not be conceding that, and

18   they've indicated that Mr. Guandolo is on the witness list,

19   and you can call and perhaps you will call.  There's no

20   obligation for you to do so, but it sounds like you may want

21   to get testimony related to the subject by him.

22             So that's separate and apart from the question of

23   the 302s.

24             I mean, Mr. Guandolo saying is he an FBI liaison

25   is perhaps something that he can and should testify to.  But

1    him simply saying that out in the media or in social media

2    does not make it so.

3              The United States, I do not believe, would perjure

4    itself to state that he was.  And they certainly are a more

5    reliable source of information to this than Mr. Guandolo,

6    who appears to have been retired, according to the

7    Government, for a long time from his public service.

8              So I mean, I believe that -- you've confirmed

9    this, Mr. Parker, with the FBI or what is the -- or law

10   enforcement?  You have an FBI agent at your table, so I

11   presume you know how to get them.

12             MR. PARKER:  We have confirmed that Mr. Guandolo

13   was not an FBI agent on January 6th and had not been one for

14   over a decade.

15             THE COURT:  So while I appreciate Mr. Guandolo's

16   statements, I mean, if some person was out on the Capitol

17   lawn and told Ms. Lavrenz that they were, you know, an FBI

18   agent, the president, whoever, and they were just a

19   look-alike or they were just someone who was posturing, that

20   still could go -- be related to her defense.  But that

21   doesn't mean that person wrote that, much like many things

22   that people say online or, you know, just in general.  We

23   often have some puffery and tell people we are more than we

24   may be.  But that doesn't make it accurate such that it

25   requires unredacted portions of these 302s.

1    It's still, again, testimony that might be able to

2    come in.  And while I hear the United States saying that

3    they believe that they were in different places, I think

4    that there's some argument there as to relevancy.  But that,

5    you know, that doesn't -- I certainly think I would at this

6    point still be inclined to hear more about that evidence

7    because I think it could be helpful.

8         MR. PIERCE:  In addition, your Honor, we are

9    also -- so there were two active -- our understanding is two

10   active FBI agents that were standing right next to him.

11        And we want the 302s from the interviews with

12   them.  That's very important.

13        And also, at the very least, with respect to

14   Mr. Guandolo, we've been trying to find him.  We can't find

15   him.

16        And so it seems, you know, if the Government knows

17   where he's at, or has some contact information for him, we'd

18   like that so that we can find him.

19        THE COURT:  Sure.  Okay.  So, well, let's take

20   that --

21        Mr. Parker, two things.  First is, are there 302s?

22   I presume in the global discovery that might exist, the 302s

23   of the other FBI agents who were present at the scene?  Do

24   you know?  And if you don't know, I'd ask you to inquire

25   when you have a break.

 1                 MR. PARKER:  I have never heard or -- this is an

 2       issue that's been raised in at least one other case.

 3                 I'm not aware of -- I don't believe my office is

 4       aware of any other 302s of any FBI agents that were

 5       purportedly there.  And "purportedly" is an important caveat

 6       there, because these are -- the allegation that there were

 7       FBI agents there is something that Mr. Guandolo has made in

 8       public statements that are mixed in with public statements

 9       that, you know, have questionable credibility.

10                 THE COURT:  That's fine.

11                 So the point is you don't believe you have any

12       such 302s and you have no reason to believe at this point

13       that they may even exist?

14                 MR. PARKER:  Correct.

15                 THE COURT:  That's fair.  Thanks, Mr. Parker.

16                 So one more thing, Mr. Parker.  Does the

17       Government have some sense -- you've got a friendly FBI

18       agent here.  Were you able to find Mr. Guandolo?  If you

19       have any information about him, that certainly would be

20       helpful.  I know you were not -- I'm not going to ask you to

21       make an active investigation; but to the extent you have

22       some knowledge from some law enforcement database or things,

23       that could be helpful.

24                 MR. PARKER:  Your Honor, we got an email from

25       defense counsel at 2:45 in the morning last night asking for

1    the contact information.  I think under the circumstances

2    it's going to take a little bit of time to review that.

3                THE COURT:  Sure.  You can look into things.

4                MR. PARKER:  But we are aware of the request and

5    are looking into it.

6                THE COURT:  That would be great.  Thank you.

7                Mr. Pierce, I need you to get your eight hours in.

8    I don't like that 2:45 a.m.  But okay.

9                So here's what I think:  At this point, I'm going

10   to deny the motion to compel.  I don't think that -- I don't

11   believe an in-camera review is necessary.  The prosecutor is

12   an officer of the Court, just like defense counsel is.

13   They've stated they reviewed the redactions.  They even

14   proffered generally what was the substance of the

15   redactions.  And so I don't believe I need to double-check

16   their work.

17               That is what -- it is what they said it is, much

18   like I would say the same thing if defense said that.

19               So I don't think there's anything that it sounds

20   like it's exculpatory, let alone potentially relevant in

21   those.  But certainly not exculpatory.

22               Just to step back for a moment, I want to make

23   sure we review the standard here.  The prosecution has a

24   duty, constitutional duty, to disclose evidence favorable to

25   the Defendant when it is, quote, "material to their guilt or

1   to punishment."  That's from *Brady versus Maryland*.

2   Evidence is favorable to defendant if it tends to exculpate

3   the defendant -- that's again from *Brady* -- or "if it

4   impeaches a Government witness," *Giglio*.  It doesn't sound

5   like there's going to be a Government witness, so certainly

6   we can just examine this under a *Brady* standard.

7          Evidence is material if there's a reasonable

8   probability that, had the evidence been disclosed to the

9   defense, the results of the proceedings would have been

10   different.  A reasonable probability is a probability

11   sufficient to undermine confidence in the outcome.

12          Certainly we haven't gotten to the outcome yet.

13   I'm just trying to forecast if it could potentially bear on

14   that.

15          And that in the *United States versus Flynn* case,

16   the Court did there say that evidence that's irrelevant and

17   unrelated to either the charges or to punishment does not

18   fall under *Brady* and that courts have declined to compel the

19   production 302s where the defendant has, quote, "failed to

20   demonstrate the relevance, favorability and materiality."

21   That's *Flynn* at 411 F.Supp.3d 15 at 49.

22          I think we've already sort of covered this, but I

23   want to make sure it's clear.  The Government is not

24   required to turn over all formats in which an interview

25   occurred.  They've got it in a -- what they've described as

1    a fairly reasonable format.  I think they've gone above and

2    beyond their obligations.

3          Ultimately, at bottom, where the Government makes

4    good-faith representations to comply with *Brady* and *Giglio*

5    obligations, courts generally decline to compel production

6    absent a reason to doubt the Government's representation.

7    That's from *United States versus Stergo*, 2023 Westlaw

8    3451381.  Stergo is S-T-E-R-G-O.  That's at Page 4.  That's

9    from May 2023.

10          Ultimately, I think the Government's

11    representations make me feel comfortable that they've upheld

12    their *Brady* obligations, as well as their *Jencks*

13    obligations.  There's no factual predicate to support this

14    other than this person's public statements, which I think

15    are less reliable than what the Government stated, that he

16    is an FBI liaison or that there were FBI agents present.

17          And so without any further factual support, I

18    don't think it's exculpatory, let alone -- certainly I'm

19    questioning its relevance.

20          I do appreciate the United States' attempting to

21    review this.  I would encourage them to share whatever

22    information they find, even if it's dated, with Mr. Pierce

23    and Mr. Roots and Ms. Lambert so they can try to track down

24    this person.

25          I agree with Mr. Pierce:  This sounds like

1   somebody the defense may want to consult with before they

2   decide if he is a logical witness to call or has other

3   information.

4          MR. PIERCE:  I'd just like to make one more point

5   for the record, your Honor.

6          THE COURT:  Please.

7          MR. PIERCE:  So I understand the statements from

8   the Government that they've reviewed the unredacted portion

9   and that they don't -- and I take them at their word in

10  terms of how much they interpret that.

11          I want to note for the record that, you know, the

12  302 does state that:  Below is an interview summary.  It is

13  not intended to be a verbatim account and does not

14  memorialize all statements made during the interview,

15  communications by the parties to the interview or

16  electronically recorded, which captures the actual words

17  spoken.

18          And so I think, you know, it appears, based on

19  this, that there is an audio recording that exists.  And I

20  do think that --

21          THE COURT:  Well, let's just ask them about that.

22          Mr. Parker, you can stay where you are.

23  Mr. Parker, is there an audio recording of that interview

24  that you know of?

25          MR. PARKER:  I am not aware if there actually is

1    an audio recording, your Honor.  We are inquiring.  But

2    regardless --

3              THE COURT:  I understand your position stays the

4    same.

5              So, Mr. Pierce, do you want to table it to find

6    out if there's an audio recording before we continue on

7    that?

8              MR. PIERCE:  Yes.  I think if there is an audio

9    recording, which it indicates that there is, then I think

10   that the Government at the very least should be listening to

11   that to make sure that there is nothing in there that's

12   exculpatory.

13             THE COURT:  I agree, Mr. Pierce.  I think they

14   should follow up on that.  I don't believe this is "No good

15   deed goes unpunished" for the Government.  I appreciate that

16   you have gone above and beyond your discovery obligations,

17   and I know that you do that because you believe it's the

18   right thing, not because of anything the Court has said.

19   But as part of that, once you start going down that, we

20   just -- if you do 110 percent, I appreciate that, and I'm

21   going to ask you to do 120.  So thank you for doing that.

22             Let's just round out that and finish out this last

23   part of that audio recording, run it down if you can do

24   that.  If we can find out by the end of today, that would be

25   helpful.  And then we can circle back if you want to listen

```
 1    to it tomorrow morning and talk more about it then.

 2            But as it is, I've denied the motion to compel,

 3    but I'll revisit the question as to audio recording.

 4            I appreciate that that is a fair question,

 5    Mr. Pierce.

 6            MR. PIERCE:  Thank you, your Honor.

 7            THE COURT:  Okay.  Ready to start?

 8            MR. PARKER:  Yes, your Honor.

 9            THE COURT:  Okay.  Mr. Roots, go ahead.  I thought

10    I dodged a bullet.  But okay.

11            MR. ROOTS:  One point about witnesses.

12            I don't believe we've had a discussion or a motion

13    or an order about witnesses being sequestered.

14            Ms. Lavrenz has two daughters in the audience.

15    They would both be character witnesses in this case.  And in

16    our prior trials, generally we've had the availability of

17    character witnesses being in the audience, being able to

18    watch the trial.

19            Now, one of her daughters also is a potentially

20    fact witness because she was on the phone or she had some

21    communications on January 6th with her mother, the

22    Defendant.

23            So I don't know -- I'm just saying, is there an

24    order of sequestration of witnesses, for fact witnesses?

25    And, if so, we should maybe direct her to leave
```

1    the courtroom.

2              THE COURT:  So thank you for flagging that,

3    Mr. Roots.  I appreciate it.

4              I want to hear from the United States, your

5    position as to this.

6              MR. PARKER:  Your Honor, we would move under Rule

7    615 to sequester witnesses, and particularly if there's a

8    fact witness, that that individual should not watch the

9    trial.

10             THE COURT:  I think -- well, Mr. Roots, what do

11   you think?  I think there's a distinction.  Let's start with

12   the fact witness.  I think there's a reason you've flagged

13   that.  It's difficult for me to sort of see how a fact

14   witness wouldn't need to be sequestered.  Can we start with

15   that witness?  And maybe you wouldn't be opposing

16   sequestration.

17             MR. ROOTS:  We're fine with her sitting and

18   watching the trial.

19             THE COURT:  I'm sure you are.

20             But the Government's asked that she not.  And

21   so --

22             MR. ROOTS:  Oh, yeah.

23             THE COURT:  I mean, is there a reason that you

24   would say that as to the witness who has fact testimony, any

25   reason why you think that person shouldn't be excluded?

1      MR. ROOTS:  The chances of her testimony being

2  altered by anything that she sees would be very low.  But I

3  understand she is a fact witness.

4      THE COURT:  Yeah.  I think the fact witness I'm

5  going to order sequestered.  I want to hear from the United

6  States.

7      I appreciate as a character witness it feels a

8  little different, that Ms. Lavrenz wants to have her family

9  support here.  So what do you think about, you know, a

10  character witness?  Although I think the rule is clear that

11  they shouldn't, I don't know if you all want to take a

12  moment to think about it or you feel that it's the same.

13      MR. PARKER:  Your Honor, I think it's the same.

14      THE COURT:  That's fair.

15      So we'll look to Rule 615, which says that "At a

16  party's request, the Court must" -- it does not give

17  discretion -- "order witnesses excluded from the courtroom

18  so that they cannot hear other witnesses' testimony.  Or the

19  Court may do so on its own.  But this rule does not

20  authorize excluding a party" -- so that's not Ms. Lavrenz

21  included -- "an officer or employee of a party that is not a

22  natural person, any person whose presence a party shows to

23  be essential to presenting a party's claim or defense," for

24  instance, somebody who might be the case agent or a central

25  investigator working with defense throughout the case, "a

1   person authorized by statute," and neither would that be

2   included.

3          And so I mean, I don't see any room for me here.

4          Ms. Lavrenz, I'd love to have your daughters here

5   because I think it's important that they're here to support

6   you.  But as I'm sure you know, I always say that my mom's

7   always watching over me.  Mostly it's when I'm doing bad

8   things.  So that's what tries to keep me on the straight and

9   narrow.  And so I know that they are with you in spirit,

10  even if they're not in the room.

11         But if they are potentially going to be character

12  witnesses, I appreciate, Mr. Roots, again, this isn't stuff

13  that makes it into TV.  Right?  So that when someone from

14  your own side gets up to make sure to do the right thing --

15  and I so appreciate Mr. Roots for doing that -- I think

16  unfortunately they're going to have to be excluded from the

17  courtroom.

18         So at this time they can't be here, Mr. Roots.

19         MR. ROOTS:  Okay.  I've just been told that the

20  one will not be even a character witness.  So she should be

21  able to watch.  The other, though, should.

22         THE COURT:  You can communicate with them and let

23  them know.

24         MR. ROOTS:  Yeah.

25         THE COURT:  Do you know where to go?  We have some

```
1    rooms you can wait, witness rooms.

2                 UNIDENTIFIED FEMALE:  I'll be good.  Thank you.

3                 THE COURT:  Thank you so much.

4                 (Thereupon, an unidentified defense witness

5    retired from the courtroom and the following proceedings

6    were had:)

7                 THE COURT:  Mr. Roots, anything else?

8                 MR. ROOTS:  That's all, your Honor.

9                 THE COURT:  Of course, the United States --

10   obviously, the rule for exclusion applies to your witnesses

11   as well.

12                MR. PARKER:  Understood.  We would designate our

13   case agent, of course.

14                THE COURT:  Yes.

15                MR. PARKER:  One question just logistically.  I

16   can't recall.  What time does your Honor prefer to break for

17   lunch?  We're just figuring out witness logistics.

18                THE COURT:  It's all vibes.  It's just when we get

19   there.

20                MR. PARKER:  Thank you.

21                THE COURT:  Again, I'm fasting, so it's not my

22   problem.  I'll be sure to make sure you all get your lunch

23   break.  Hopefully around noon.  Does that sound good?  Try

24   to get one break in between then?

25                MR. PARKER:  Thank you, your Honor.  Nothing else.
```

```
1              THE COURT:  Okay.  We're ready, then, Mr. Parker,
2    for your opening.  I believe you said ten-ish minutes.  Is
3    that right?
4              MR. PARKER:  It's Mr. Ballou, but yes.
5              MR. BALLOU:  Yes.
6              THE COURT:  You're especially ready, Mr. Parker.
7              How about you, Mr. Pierce?  Are you all ready to
8    the extent you intend to do an opening?
9              MR. ROOTS:  Yeah.  I'll be doing an opening.
10             THE COURT:  About 15 minutes, you said?
11             MR. ROOTS:  Something like that.
12             THE COURT:  Ms. Lavigne-Rhodes, it looks like
13   you've got a question?
14             THE COURTROOM DEPUTY:  Yes.  Would anybody like a
15   lapel mic?
16             MR. BALLOU:  Sure.
17             THE COURTROOM DEPUTY:  (Tenders item to counsel.)
18             Do you want one?
19             MR. PIERCE:  Sure.
20             THE COURTROOM DEPUTY:  (Tenders item to counsel.)
21             MR. BALLOU:  Your Honor, if it's all right, I'll
22   set up my presentation.  Thank you.
23             THE COURT:  I'll remind everyone in the audience,
24   if you have your cell phones, that hopefully they are set to
25   silent.
```

```
1            (Whereupon, the jury entered the courtroom at

2      10:09 a.m. and the following proceedings were had:)

3            THE COURT:  Jurors, you may be seated.

4            You may be seated.

5            THE COURTROOM DEPUTY:  Members of the jury, please

6      rise and raise your right hands.

7            (Whereupon, the jury was duly sworn and

8      impaneled.)

9            THE COURTROOM DEPUTY:  Thank you.  You may be

10     seated.

11           THE COURT:  Okay.  Good morning, everybody.

12     Thanks for your patience.  We had a couple legal issues we

13     wanted to review before we got you started.  Thank you for

14     all being here.  Not on time, but early.  I appreciate that,

15     as does Mr. Lavigne-Rhodes.  And we're excited to see you

16     here this morning.

17           We're going to get started, as I said.  We're

18     going to start with an opening statement by the Government.

19     We may have an opening statement by the defense.  As I told

20     you yesterday, they, of course, have the right to defer.

21     They may choose to have an opening statement.  And then

22     we'll go straight into the presentation of evidence.

23           As I told you yesterday, if you need to stand at

24     any point, please do so to stretch your legs.  Of course, if

25     you ever need a break, just raise one of your hands and I'll
```

1      let you know.  We'll try to keep doing them about every hour

2      to hour and 20 minutes.  If that's not working well for you,

3      just let Ms. Lavigne-Rhodes or I know and we'll do a better

4      job with that.

5              So with that, we'll start with the opening

6      statement from the United States.

7              MR. BALLOU:  Thank you, your Honor.

8              And good morning.

9              THE JURY:  Good morning.

10             MR. BALLOU:  This is the United States Capitol on

11     January 6, 2021.  Can you see it on the screens?  Oh, okay.

12     Then it isn't the Capitol on January 6th, 2021.

13             THE COURTROOM DEPUTY:  You don't see it?

14             THE COURT:  Maybe you just need to turn the power

15     on.

16             THE COURTROOM DEPUTY:  (Assists the jury with the

17     audiovisual equipment.)

18             THE COURT:  It's just like on an airplane.  There

19     you go.

20             MR. BALLOU:  Can everybody see it?

21             THE JURY:  Yes.

22             MR. BALLOU:  Now I promise you, this is the United

23     States Capitol on January 6th, 2021.

24             And this is the Defendant, Rebecca Lavrenz, who

25     trespassed over grounds and joined a riot that stopped the

 1     certification of the presidential election that day.

 2              Now, January 6th was over three years ago.  So

 3     it's easy to forget about what was supposed to happen at the

 4     Capitol.

 5              In November 2020, Joe Biden had been elected

 6     President.  And on January 20th, 2021, he was set to be

 7     inaugurated.  On January 6th, Congress was going to meet to

 8     certify the results of the presidential election.  And Vice

 9     President Mike Pence was going to oversee that entire

10     process.

11              That was the process that the riot was trying to

12     stop.  And it was a riot that Ms. Lavrenz was a part of.

13              Now, partly in preparation for the election

14     certification, partly in preparation for the inauguration,

15     the Capitol Police had established what's called a

16     restricted perimeter around the U.S. Capitol grounds.  That

17     restricted perimeter meant that unauthorized people, so

18     observers, protesters, were not allowed within it.

19              And keep in mind, this is also during the height

20     of the COVID-19 pandemic.  So in addition to the restricted

21     perimeter, the building itself was actually closed to the

22     public.  People weren't allowed inside.

23              Now, this is a map of the restricted perimeter,

24     that red map there, the red line.

25              On the map, this is a red line.  But on the

1    ground, it was made clear in a whole bunch of different

2    ways.  It was made clear by metal bike racks.  It was made

3    clear by what's called snow fencing, which you might be

4    familiar with, like a kind of plastic mesh that you'll see

5    on a lawn sometimes.  We had the bike racks.  We had the

6    snow fencing.  We had signs, like this one, that says "Area

7    Closed by Order of the United States Capitol Police board."

8           And we also had police officers stationed all

9    along the restricted perimeter, making clear that

10   unauthorized people were not allowed within it.

11          Now, we know that the Defendant knew about all

12   these and saw them because she was at the Capitol as early

13   as 11:48 a.m. when all the signs, all the snow fencing, all

14   the bike racks were still up.

15          At that time, she confined herself to a part of

16   the Capitol grounds that was actually open to the public

17   called the West Egg.  It's called that because if you look

18   from the sky, it sort of forms an egg shape.  So she was

19   over there.  She was allowed to be there.

20          But as morning turned into afternoon, the

21   situation started to change.  The crowd started to push up

22   against the restricted perimeter.  And if you look at this,

23   you can see that line there.  We'll zoom in and you'll see

24   those are the bike racks.  And on the far side, that's the

25   crowd; and then on the near side, you see a smaller number

Opening Statement by Mr. Ballou

1    of people.  Those are the police officers standing guard.

2              We know that Ms. Lavrenz saw that line because we

3    have video of her just feet away from it, just yards away

4    from the officers, too.

5              And about 2:00 p.m., the situation changed.

6    Rioters successfully breached the restricted perimeter on

7    the east side of the Capitol.  This is an aerial shot feet

8    away from where Ms. Lavrenz was.

9              And Ms. Lavrenz was one of the very first rioters

10   to breach the restricted perimeter on the east side.

11             Let's watch about a 30-second video of that.

12             (Whereupon, a certain video was published in open

13   court.)

14             MR. BALLOU:  You can hear the sounds on that day.

15             So you're going to get a chance to see that video

16   in testimony.  But for now, I'd ask you to just notice two

17   things.

18             One is in this top circle here, those are the

19   police officers at the base of the steps on the east side of

20   the Capitol.  And they try and ultimately fail to stop the

21   rioters from advancing up the steps and into the building.

22   That's the first thing to notice.

23             The second thing to notice is Ms. Lavrenz herself

24   walking purposefully towards the Capitol, towards the

25   police, towards the scene of the conflict.

Opening Statement by Mr. Ballou

1          She makes her way nearly to the very front of the

2    line, just feet away from the officers who were trying to

3    hold the rioters back.  And she's there when the police line

4    breaks and the rioters are able to get up the steps and

5    ultimately break into the east side doors.

6          I want to give you a sense of what that scene is

7    like.  I want you to pay attention to the video.  There's

8    going to be a loud noise.  I want you to pay attention to

9    the video; but when you hear that noise, pay attention to

10   the sound.  Get a sense of what this place was like at that

11   moment.

12         (Whereupon, a certain video was published in open

13   court.)

14         MR. BALLOU:  Ms. Lavrenz was feet away from that

15   scene.  And she ultimately is able to get into the Capitol

16   at 2:43 p.m.  She's one of the very first people to do so

17   from that side at that time.

18         Now, once she goes into the Capitol, she makes her

19   way to what's called the Rotunda.  That's the area directly

20   underneath the Capitol dome.  While she's there, she

21   continues to photograph and film what she sees.

22         She then makes her way to what's called the north

23   hall.  And notice, there's a side off the Rotunda.  Notice

24   where it's going.  It's a hall straight to the Senate

25   chamber.  That's where the election was set to be certified

1    in part, and that's what the rioters are trying to break

2    into and that's what they're trying to stop.

3              So here's another video.  Watch this video and see

4    the police fighting with rioters, trying to push them back,

5    trying to prevent them from getting into the Senate chamber.

6    Again, Ms. Lavrenz is a part of this.

7              (Whereupon, a certain video was published in open

8    court.)

9              MR. BALLOU:  And there is Ms. Lavrenz in the

10   crowd.

11             Ms. Lavrenz was unsuccessful, as were the other

12   rioters, in breaking into the Senate chamber.  And she

13   ultimately left the building shortly after 2:50 p.m., almost

14   an hour after the east front line had first been broken.

15             Now, why did she do all this?  She did it to stop

16   the election certification, the certification that Vice

17   President Pence was overseeing.

18             And we know that's why she did it because she said

19   as much.  She said as much in subsequent podcasts and other

20   interviews.

21             Here's just one example.  She says in one

22   interview:  People were getting a little riled up because we

23   actually realized that Vice President Pence wasn't doing

24   what we thought he was, could have done, and hoped he would

25   have done to contest the Electoral College vote, and so I

1    think that kind of stirred up enough people that we just

2    thought this isn't right.  But we were standing there,

3    standing behind the bars and then all of -- not the bars,

4    but the barricade -- and then all of them came down.

5           Now, for her actions, Ms. Lavrenz has been charged

6    with four crimes.  And my colleague, Terence Parker, is

7    going to discuss those charges with you in more detail at

8    the end of this trial.

9           For now, let me just say that these charges fall

10   into two groups.  Counts 1 and 4 are what we call the

11   trespass charges.  These prohibit Ms. Lavrenz and the other

12   rioters from going into the Capitol grounds and the Capitol

13   itself that day.

14          Charges 2 and 3 are the disorderly and disruptive

15   conduct charges.  They prohibit the disruptive conduct that

16   stopped the election, helped to stop the election

17   certification.

18          In closing, this is a straightforward case.  But

19   it's also a very important one.

20          Ms. Lavrenz was part of a riot that didn't just

21   temporarily stop the election certification.  It was an end

22   to our history of a peaceful transfer of power and it

23   threatened our democratic institutions.  Ms. Lavrenz was a

24   part of that.

25          Now, over the course of this trial, I ask you to

Opening Statement by Mr. Ballou

 1   just do three things.  I promise, just three.

 2             So I ask you to please follow the instructions of

 3   the Court, which I know you're already doing.  I ask you to

 4   listen to the testimony of the witnesses.  And I ask you to

 5   use your common sense.  The same common sense that you use

 6   outside of this courtroom is the same common sense that you

 7   use inside it.

 8             If you do that, I am confident that you will find

 9   the Defendant guilty on all counts.

10             Thank you.

11             THE COURT:  Mr. Roots, are you seeking to do an

12   opening at this time or defer?

13             MR. ROOTS:  We are.

14             Okay.  Can everybody hear me, folks?  There we

15   are.  Can everybody hear me?

16             THE COURT:  The audio sounds good.

17             MR. ROOTS:  Okay.  All right.  Well, members of

18   the jury, my name is Roger Roots.  And I, along with my

19   fellow attorney John Pierce here, we are representing a

20   wonderful woman.  Her name is Rebecca Lavrenz.

21             Would you stand up.

22             THE DEFENDANT:  (Complies.)

23             MR. ROOTS:  And believe it or not, Rebecca is a

24   great-grandmother.  She might be the only -- we don't know.

25   She might be the only great-grandmother who is charged for

Opening Statement by Mr. Roots

1    the events of January 6th.  It's possible she's the only

2    great-grandmother.

3           Ms. Lavrenz is from Colorado.  She's a retired

4    registered nurse.  She operates a bed and breakfast out

5    there.  She actually cooks breakfast.  She actually has

6    chickens and fresh eggs and everything.  She cooks every

7    single day, operates a bed and breakfast.  She's a widow.

8    She was previously married for over 40 years.

9           She has four children, seven grandchildren and one

10   brand-new great-grandson that just arrived.

11          The evidence will show that on January 6th, she

12   was present at the Capitol.  She's not going to deny that.

13   She certainly participated with so many hundreds of others

14   in that historic demonstration and protest.

15          Ms. Lavrenz in very good faith -- that's one thing

16   I want to really stress -- in good faith, she understood and

17   believed that there were serious problems in the 2020

18   national election.  And polls show that millions of

19   Americans agreed with her.

20          And I want to stress, please, I beg you, to put

21   aside any political leanings that any of you have.  Please.

22   And give her the -- the -- give her what she deserves, which

23   is a fair trial.

24          She believed that President Trump had been robbed

25   of the 2020 election.  In good faith.  All the evidence will

1    show she had good faith, understanding and reasons for this.

2    Please, I beg you, if you're a Democrat, if you're a

3    Republican, set that aside.

4            She came to Washington, D.C., to be a good

5    participant, to be a good civil citizen of the United

6    States.  In fact, the evidence will show that she actually

7    had been attending classes about how to be a good citizen

8    and how to participate and how to advocate for her position.

9            She came in good faith.  She arrived a day or two

10    before.

11            On January 6th, she drove all the way across from

12    Colorado.  It took two days to get here.  She was not part

13    of any organization or group.  She didn't bring any body

14    armor or any helmet.  She was not part of any militia or

15    anything like that.  This is a great-grandmother who came.

16    She quietly prayed.  In fact, the video will show she

17    quietly prayed on January 6th.  She arrived at the Capitol

18    at an early time on the east side, which many people regard

19    as the front side.

20            Remember, there was activity going on on the other

21    side as well, but she was on what most people regard as the

22    front, the east side.

23            She listened to the speech of President Trump, who

24    she supported, on the loudspeakers of the -- there were

25    people around her who had loudspeakers.

1          She attended a prayer rally there that was

2    permitted.  The evidence will show that it was permitted.

3    This was a permitted prayer rally put on by a Christian

4    group.  She attended that.  She spoke to people there.

5          Now, I want you to pay close attention to the

6    evidence, please.  Pay close attention to the evidence that

7    the Government puts on.  They put on just now -- they put on

8    this picture of a sign.

9          Ms. Lavrenz never saw that sign.  Okay?  Notice

10   that the picture that they put on -- and I believe they're

11   going to introduce it to you later.  They'll show that

12   picture.  Here's a sign.  It wasn't even anywhere close to

13   what the -- to where Ms. Lavrenz was.  She never saw that

14   sign.

15         And in fact, if you look closely, it's grainy.

16   It's blurry.  So the Government is playing tricks.  They're

17   going to show pieces of evidence that might have been

18   somewhere else, that someone else might have seen, signs

19   that someone else could have seen.  She didn't see any of

20   those signs.

21         She was at a barricade with many others.  It was a

22   chaotic scene.  There was jubilation.  There was -- it was a

23   joyous scene in many ways.

24         Mostly, it was cheering.  It was not -- I guess

25   you could call it the riot behavior -- they use the word

1       "riot" -- that typified some of the action around and maybe

2       on the other side of the Capitol especially.

3              The Government put on this -- they put on this

4       illustration with this big thick red line, aerial photo with

5       this huge thick red line around the Capitol.

6              That photo is fake.  There was no red line.  It

7       was not that clear where the boundaries were or where any --

8       where someone was trespassing or not trespassing.  In fact,

9       the law regarding this here is -- you will be instructed on

10      it -- there is no law that makes the Capitol a restricted

11      area.  There is a law -- you'll be instructed on it -- that

12      says that the Secret Service can restrict areas where a

13      Secret Service protectee is temporarily visiting.

14             Okay.  So most of the people -- most of you, I'm

15      sure, are aware that generally speaking the Capitol is not a

16      restricted area.  The Capitol grounds, we go there all the

17      time.  We walk up pretty close.  On some days you can walk

18      up the steps.

19             Many historic demonstrations and protests and

20      rallies have involved going up the steps.  And this is the

21      tradition that Americans have.  And many people, especially

22      if you have an older generation, thought that it was sort of

23      normal during protests to go up to the steps of the Capitol

24      and get very close.

25             I want you, I beg you, pay very close attention to

1      the evidence.  Look at the police.  Look at the police in

2      those videos.  It's true that at times you'll see the police

3      are in solid lines and it looks like a very solid barrier

4      and a barricaded kind of line and things.

5              But if you look close, and you really look at what

6      the police are doing, there are also times where the police

7      are moving to different places and reforming a line.

8              At no time did Ms. Lavrenz have a confrontation

9      with an officer anywhere in any way.  Officers were not

10     saying, "This is a restricted area; stay away."  There were

11     no announcements.

12             And by the way, most importantly in this case is

13     the fact that she's very hard of hearing.  And this is

14     diagnosed.  Ms. Lavrenz actually has -- had her hearing

15     tested.  She has been prescribed hearing aids.  She has very

16     little hearing in one of her ears, a little bit in her other

17     ear.  She has a hard time hearing anything.

18             The evidence will show that she never heard

19     announcements saying, "Stay away; this is restricted; you're

20     trespassing."  The police were not giving her clear signals

21     one way or another saying, "Stop; stay away."  There was no

22     indication that they were breaking the law, at least where

23     she was, to be where she was.

24             She entered the Capitol for just ten minutes

25     through an open door.  And you can see that scene -- I'm

1    sure you'll see it again; it was just shown -- where she

2    goes -- the crowd is practically pushing its way in and

3    pushing her in with it through an open door.

4              I heard this -- the gentleman just said something

5    like, Well, she saw.  This is what she saw.  Look.  She was

6    just feet away.

7              Well, "feet away" can mean different things,

8    especially if there are many people in front of you that are

9    blocking your view.

10             She's charged with crimes that she plainly did not

11   commit.  Disorderly conduct is one of those.  Disorderly

12   conduct.  I want you to look carefully at the evidence in

13   this trial.  Did she jump up and down?  Did she push anyone?

14   Did she yell, scream, shout?  The evidence will show you she

15   did none of those things.  She in many ways was being a good

16   citizen that day.  She didn't do anything that was

17   disorderly or disruptive.

18             The gentleman just talked about a disruption of

19   Congress.

20             Congress went into recess for six hours on

21   January 6th.  You know, we can all argue about whether that

22   was horrible or short or long or whatever.  But it's not

23   that unusual.  This is not some huge moment in time.  They

24   talked about stopping.  I think they used the word "stop the

25   certification."

1          Congress went into recess for six hours.  And by

2   the way, nothing that Ms. Lavrenz did made that happen.

3          By the time she got into the Capitol, Congress had

4   gone into recess.  So nothing that she did, she never saw a

5   single member of Congress.

6          Her only weapon was a purse and a cell phone.  She

7   had -- she didn't pack a lunch.  She had no -- no

8   long-term -- had no real prediction about what would happen

9   that day.

10          Again, she never shouted.  She never jumped.  She

11   never pushed.  She did not behave in any disorderly manner

12   that would be a crime where -- you know, we all know

13   disorderly conduct when we see it.

14          Ms. Lavrenz did not commit these crimes.  And I

15   beg you, please, look closely at the evidence.  Slow it

16   down.  Carefully examine it.  Give her your full attention.

17          And after you deliberate, I hope that you will

18   conclude that Ms. Lavrenz is not guilty of any of these

19   charges.

20          Thank you.

21          THE COURT:  Thank you, Mr. Roots.

22          Is the United States prepared to call its first

23   witness?

24          MR. BALLOU:  We are, your Honor.  We'll get her.

25          THE COURT:  Thank you.

```
 1                  (Thereupon, Rani Brooks entered the courtroom and
 2          the following proceedings were had:)
 3                  THE COURTROOM DEPUTY:  Good morning.  Please raise
 4          your right hand.
 5                  RANI BROOKS, GOVERNMENT WITNESS, SWORN.
 6                  THE COURTROOM DEPUTY:  Thank you.  You may be
 7          seated.
 8                              DIRECT EXAMINATION
 9          BY MR. BALLOU:
10          Q.  Good morning, Captain.
11          A.  Good morning.
12          Q.  Can you please state and spell your name.
13          A.  Rani Brooks, R-A-N-I, last name Brooks, B-R-O-O-K-S.
14          Q.  And where do you work?
15          A.  I work for the United States Capitol Police.
16          Q.  What is the mission of the U.S. Capitol Police?
17          A.  The mission is to protect Congress and its legislative
18          process and in addition to that to provide security
19          screening and protection for members and surrounding
20          streets, areas and parks.
21          Q.  And how long have you worked at the Capitol Police?
22          A.  Oh, 28 and a half years.
23          Q.  What's your current title?
24          A.  I am a captain.
25          Q.  And as a captain, what are your responsibilities?
```

1    A.  Right now I'm currently assigned to the Uniformed

2    Services Bureau.  That's the patrol bureau.  And our primary

3    function is security screening in the Senate office

4    buildings and the surrounding areas.

5    Q.  And on January 6th, 2021, which -- by the way, going

6    forward, if I refer to just January 6th, that's what I'm

7    referring to.

8    A.  Okay.

9    Q.  On January 6th, what was your job then?

10   A.  January 6th, I was a lieutenant assigned to still

11   Uniformed Services Bureau, but at the Capitol division.

12   Q.  And what -- just so we have -- just so we are clear on

13   terms, what is the Uniformed Services Bureau?  What does

14   that do?

15   A.  Uniformed Services Bureau, it's the patrol division or

16   the officers you would normally see wearing uniforms,

17   screening you when you come in the buildings, riding around

18   on the street in marked cruisers.

19   Q.  Got it.

20         You said that you worked at the -- for the Capitol

21   Police for over 28 years.  Right?

22   A.  Yes.

23   Q.  So you've become pretty familiar with the Capitol and

24   the Capitol grounds?

25   A.  Yes.

1   Q.  We don't need to get into exact details.  But can you

2   just generally describe when we talk about the Capitol

3   grounds, what does that refer to?

4   A.  Generally when you speak of Capitol grounds, it's the

5   Capitol building and the CVC and the Senate and House

6   offices.

7   Q.  Referring to Government Exhibit 206, at the risk of

8   asking the obvious, do you recognize this building?

9   A.  Yes, I do.

10  Q.  What is it?

11  A.  That's a 3D version of the Capitol Common.

12  Q.  And on your monitor, you can point to --

13          MR. BALLOU:  Your Honor, we have a jury question.

14          THE JURY:  We don't have monitors.

15          THE COURTROOM DEPUTY:  It's not admitted yet.

16          MR. BALLOU:  Oh, of course.  Yes.  Good point.

17  BY MR. BALLOU:

18  Q.  Can you say -- this is a 3D map of the Capitol, you

19  said?

20  A.  Yes.

21          MR. BALLOU:  The Government moves to admit 206.

22          THE COURT:  Any objection?

23          MR. ROOTS:  No objection.

24          THE COURT:  It can be admitted and published.

25          (Whereupon, Government's Exhibit No. 206 was

Brooks - DIRECT - By Mr. Ballou

```
 1    entered into evidence.)

 2              MR. BALLOU:  Now the jury can see it.

 3              THE COURT:  Thanks.  Thanks for flagging that for

 4    us.

 5    BY MR. BALLOU:

 6    Q.  So you can draw with your monitor.  Can you point out

 7    which side is the east side of the Capitol?

 8    A.  (Witness indicates.)

 9    Q.  And you can just circle it.  Which side is the west

10    side?

11    A.  Oh, okay.

12    Q.  Perfect.

13              MR. BALLOU:  I'm pulling up Government's

14    Exhibit --

15    BY MR. BALLOU:

16    Q.  We're going to go through a couple of maps really

17    quickly to orient everybody.  I'm pulling up Government's

18    Exhibit 207.

19              Do you know where this is?

20    A.  Yes, I do.

21    Q.  Where is this?

22    A.  That's the east front of the Capitol.

23              MR. BALLOU:  The Government moves to admit Exhibit

24    207.

25              THE COURT:  Any objection?
```

```
1              MR. ROOTS:  No objection.

2              THE COURT:  It'll be admitted and published.

3              (Whereupon, Government's Exhibit No. 207 was

4      entered into evidence.)

5      BY MR. BALLOU:

6      Q.  Okay.  And so now that hopefully the jury can see it,

7      can you just describe where this is again?

8      A.  That is the east front of the U.S. Capitol.  And that's

9      the Rotunda steps right there in the middle.

10     Q.  So in the previous exhibit, it was the far side of the

11     building.  Is that right?

12     A.  Yes, it was.

13             MR. BALLOU:  Can we pull up Government's Exhibit

14     208, please.

15     BY MR. BALLOU:

16     Q.  And do you recognize this?

17     A.  Yes, I do.

18     Q.  What is this?

19     A.  That is the Rotunda stairs.

20             MR. BALLOU:  The Government moves to admit Exhibit

21     208.

22             MR. ROOTS:  No objection.

23             THE COURT:  It will be admitted and you can

24     publish it.

25             (Whereupon, Government's Exhibit No. 208 was
```

1    entered into evidence.)

2    BY MR. BALLOU:

3    Q.  This is essentially a zoomed-in picture of what we just

4    saw?

5    A.  Yes.

6    Q.  Okay.  Do the doors here have a name?  What do you call

7    them?

8    A.  We call them the Rotunda door.  I'm sure the curator has

9    a much fancier term.

10   Q.  So that's the Rotunda door.  Okay.

11          You generally described the Capitol grounds.  What

12   is the Capitol square?

13   A.  What is the Capitol square?

14   Q.  Uh-huh.

15   A.  It's usually just that perimeter right around the

16   Capitol Building, to include the east front and the west

17   front.

18   Q.  Is the Capitol square generally open to the public?

19   A.  Generally, yes.

20   Q.  Is the Capitol itself?

21   A.  It's open if you have an appointment or if you're on a

22   guided tour.

23   Q.  On January 6th, 2021, was the Capitol open to the

24   public?

25   A.  No.  It had been closed because of the pandemic.

1    Q.  Okay.  And was the Capitol -- was generally the Capitol

2    square open to the public?

3    A.  You mean before January 6th?

4    Q.  Sorry.  On January 6th.

5    A.  No.  The square was closed to the public.

6    Q.  And why was that?

7    A.  On the west side, they were preparing for the

8    presidential inauguration.  And so that side was closed for

9    construction of the inaugural platform.  Most of the east

10    side was blocked off because of the impending demonstrations

11    for that day.

12    Q.  And just to give a sense of the inaugural platform --

13          MR. BALLOU:  Can we go back to Exhibit 206,

14    please.

15    BY MR. BALLOU:

16    Q.  Can you just circle what the inaugural platform is?

17    A.  (Witness indicates.)

18    Q.  So is that there normally or is that there only for

19    special occasions?

20    A.  No.  That's not there normally.  Just whenever there's a

21    presidential inauguration every four years.

22    Q.  Okay.  So much -- so just to recap, so the Capitol

23    itself and much of the Capitol square, if I'm understanding

24    you correctly, was closed to the public on January 6th.  Is

25    that right?

1    A.  Yes, it was.

2    Q.  Okay.  Were you at the Capitol on January 6th?

3    A.  Yes, I was.

4    Q.  How was this closure made clear to the public?

5    A.  There were bike racks, internal snow fencing, little

6    garden-type roll-up collapsible fence, and there was signs

7    posted all along the bike racks.

8    Q.  These bike racks, what were they made out of?

9    A.  Steel.

10   Q.  Oh, okay.  How much do they weigh?

11   A.  Hmm.  Maybe about 30 pounds.

12   Q.  Okay.  So you can get a workout if you --

13   A.  Yes, you can.

14   Q.  Did you see bike racks that day?

15   A.  Yes, I did.

16   Q.  Did you see snow fencing?

17   A.  Yes, I did.

18   Q.  Did you see -- you just mentioned signs.  Did you see

19   those signs?

20   A.  Yes.

21   Q.  Were there police stationed in or around the restricted

22   perimeter?

23   A.  Yes, there was.

24   Q.  Did you see those police?

25   A.  Yes, I did.

```
1     Q.  Okay.  You said signs.  What did the signs say?

2     A.  Area Closed by Order of the Capitol Police Board.

3             MR. BALLOU:  Ms. Marcelin, can we pull up Exhibit

4     203.

5     BY MR. BALLOU:

6     Q.  Do you recognize this image?

7     A.  Yes, I do.

8     Q.  What is it?

9     A.  That is our Area Closed sign.

10    Q.  Okay.

11            MR. BALLOU:  The Government moves to admit Exhibit

12    203.

13            MR. ROOTS:  We object.  Irrelevant and --

14            THE COURT:  Let's have a bench conference.

15            (Whereupon, the following proceedings were had at

16    sidebar outside the presence of the jury:)

17            THE COURT:  Just to remind you all, I'll ask if

18    you have objections to just state "Objection."  And then --

19    we will have no speaking objections.  We'll wait for the

20    Court to set the white noise on, everyone to get their

21    phones.  We'll get situated with the court reporter and then

22    go to the speaking portion of the objection.

23            So go ahead, Mr. Roots.

24            MR. ROOTS:  Yeah.  So this witness is saying that,

25    you know, she saw these signs.
```

1          But it's very misleading.  So it's -- it's

2     misleading and it's also irrelevant because our client did

3     not see this particular sign.  In fact, we believe this sign

4     may have been on the west side or maybe at the Ellipse.  So

5     it's very misleading.  It's also irrelevant.

6          And there's an authentication problem here.  We

7     haven't even heard exactly where the sign was seen or if

8     this witness saw even this sign.

9          MR. BALLOU:  Your Honor, in the pretrial

10     conference, I believe you already denied this motion *in*

11     *limine* to say that evidence that Ms. Lavrenz did not

12     personally see would be excluded.

13          It's not our allegation that Ms. Lavrenz saw this

14     particular sign.  But it's indicative of the kinds of signs

15     that were around the Capitol that day.  And if Ms. Lavrenz

16     wants to testify or any other defense witness wants to

17     testify that Ms. Lavrenz did not see these, they're of

18     course welcome to do so.

19          THE COURT:  I agree.  This was resolved in the

20     pretrial motion.

21          I think just to be clear, I'd appreciate it if you

22     can help with maybe just let's reveal a little bit more of

23     the foundation of whether the captain knows where those

24     signs were located or something like that.

25          But certainly on cross-examination, Mr. Roots,

1     you're welcome to ask her, you know, "You have no

2     indication," and things like that, "that these signs were

3     seen."  I'm sure she would say she has no idea.

4          So I think your arguments are certainly important

5     to be made, but I think they can come out in cross-

6     examination.  But I will, based on my pretrial motion

7     ruling, deny this request.

8          If you can just, Mr. Ballou, just maybe ask a

9     couple more foundation questions and then I'll go ahead and

10    admit it over the objection of the defense.  Okay?

11         MR. BALLOU:  Understood, your Honor.

12         (Whereupon, the following proceedings were had in

13    open court:)

14    BY MR. BALLOU:

15    Q.  Captain, you said that you recognize this sign?

16    A.  Yes.

17    Q.  Where did you see a sign like this?

18    A.  All across the west front of the Capitol.

19    Q.  And are these signs used by the Capitol Police

20    generally?

21    A.  Yes.  They've been used before.  Yes.

22    Q.  So you've seen signs like this, not just on January 6th.

23    Correct?

24    A.  Yes.

25    Q.  Okay.  You said that signs like this were on the west

1     front.  Is that the only place that they were?

2     A.  I know for a fact they were on the west front.  I don't

3     know for sure how many were on the east.

4     Q.  And just to be sure, what other indicators were there on

5     the east front that there was a restricted perimeter?

6     A.  Well, again, there were bike racks around the east

7     front.  There were officers stationed there.  But again, I

8     don't know if there were any signs on the east.  But there

9     were bike racks attached and there were officers there.

10    Q.  And on the west front, were the bike racks -- were the

11    signs affixed to the bike racks?

12    A.  Yes.  The signs were on the bike racks.

13    Q.  Were they placed anywhere else?

14    A.  There were some signs inside the bike rack area on some

15    of the snow fencing.  And I believe on the construction

16    fence.

17               MR. BALLOU:  The Government moves to admit.

18               THE COURT:  Based on my ruling, I'll go ahead and

19    admit this and order it to be published to the jury.

20               (Whereupon, Government's Exhibit No. 203 was

21    entered into evidence.)

22    BY MR. BALLOU:

23    Q.  And now that the jury can see it, can you just read what

24    the sign says?

25    A.  Yes.  Area Closed by Order of the United States Capitol

1    Police Board.

2    Q.  Thank you.

3         MR. BALLOU:  I'm asking Ms. Marcelin to pull up

4    Government's Exhibit 204.

5    BY MR. BALLOUT:

6    Q.  Do you recognize this picture?

7    A.  Yes, I do.

8    Q.  What is this building?

9    A.  That's the U.S. Capitol.

10   Q.  And what direction is it taken from?

11   A.  That's from the west side.

12   Q.  Do you know approximately -- not the exact date, but the

13   month or year when this picture would have been taken?

14   A.  It could have been anywhere from December up to

15   January 6th, 2020 -- 2021.

16        MR. BALLOU:  The Government moves to admit Exhibit

17   204.

18        MR. ROOTS:  Same objection.

19        THE COURT:  Based on my ruling, I'll go ahead and

20   admit this, including my prior ruling, and deem that it be

21   published to the jury.

22        (Whereupon, Government's Exhibit No. 204 was

23   entered into evidence.)

24   BY MR. BALLOU:

25   Q.  Now that the jury can see this, I'm circling this

1    structure here with some scaffolding.  What is that?

2    A.  That's the inauguration platform.

3    Q.  Okay.  And what about this green stuff here?  What's

4    that?

5    A.  That is the snow fencing.

6    Q.  Okay.

7         MR. BALLOU:  Ms. Marcelin, can you zoom in on the

8    line?

9    BY MR. BALLOU:

10   Q.  What are these white squares here?

11   A.  That looks like more of the Area Closed sign.

12   Q.  What was scheduled to happen at the Capitol on

13   January 6th?

14   A.  In addition to routine business, Congress was scheduled

15   to certify the results of the election.

16   Q.  Who was expected to come to the Capitol to help with

17   that certification?

18   A.  Other than members of Congress, Vice President Pence and

19   at the time Vice President-Elect Harris.

20   Q.  Did then-Vice President Pence actually come to the

21   Capitol that day?

22   A.  Yes, he did.

23   Q.  Were any additional security measures in place for the

24   vice president's visit?

25   A.  Yes, there were.

1    Q.  At a very high level, can you describe those?

2    A.  There's -- at the time, there's usually an additional

3    cadre of officers and supervisors assigned to his protection

4    detail.  And they work alongside the U.S. Secret Service.

5    Q.  Was a restricted perimeter established around the

6    Capitol that day?

7    A.  Well, it was already restricted because of the impending

8    demonstrations and the certification of the election.

9    Q.  And just so we're on the same page, when we talk about a

10   restricted perimeter, who's allowed in the restricted

11   perimeter?

12   A.  Generally, members, staff and, when designated, the

13   public on official business.

14   Q.  Are protesters or were protesters allowed on the

15   restricted perimeter?

16   A.  No.  Absolutely not.

17   Q.  Were you working on January 6th?

18   A.  Yes, I was.

19   Q.  How did your day begin?

20   A.  Oh, the day started out I think about 7:00 or 8:00.  I

21   had a routine roll call and then I had two roll calls with

22   the civil disturbance unit teams that were assigned to work

23   that day.

24   Q.  And what's a civil disturbance unit?

25   A.  The civil disturbance unit is the platoon or platoons of

 1   officers that manage large crowds and demonstrations.

 2                THE COURT:  Captain, can you please move the

 3   microphone closer.

 4   BY MR. BALLOU:

 5   Q.  So you said that you had a couple of roll calls.

 6   A.  Yes.

 7   Q.  What happens then?

 8   A.  After our team had our roll calls and we went through

 9   some question-and-answer periods, officers were very

10   concerned about what they were hearing in the news and the

11   intelligence reports about demonstrators coming to the Hill.

12   We did our best to try to address those issues in the roll

13   call.

14                After the roll call, my platoon responded down to

15   the Capitol Visitor Center, where we were staging and

16   waiting to be deployed.  And we put on our CDU gear.  That's

17   short for civil disturbance unit.

18   Q.  What does CDU gear look like?

19   A.  It's the helmet, the chest plate, the arm shields, the

20   knee pads, kind of like a Michelin man but with hardened

21   gear.

22                MR. BALLOU:  We can go back to Exhibit 206,

23   please.

24   BY MR. BALLOU:

25   Q.  So you said that you were stationed by the Visitor

```
 1    Center; is that right?
 2    A.  Yes.  The Visitor Center was closed due to the pandemic.
 3    So my platoon staged in the screening area of the Visitor
 4    Center.
 5    Q.  Can you just circle where that is?
 6    A.  It was right underneath there.
 7    Q.  Okay.  So not on the ground itself, but --
 8    A.  No, no, no.
 9    Q.  -- underneath?
10    A.  Yes.
11    Q.  So you stage.  You gear up.  What happens next?
12    A.  We were just waiting on the call to respond and
13    listening to the radio.  Then we heard a call for assistance
14    from one of the officers assigned to the west front.  He was
15    shouting on the radio, "They've breached the perimeter.
16    They've breached the perimeter.  Send help.  Send all you
17    have."
18              And that was coming from the west side.
19    Q.  What was your reaction when you heard that?
20    A.  I was thinking, I can't believe that happened.  I was
21    just shocked.  We were all shocked.  I was thinking:  Okay.
22    They're going to get this under control.  You know, the
23    officers that are out there, they're going to manage that.
24    We're not going to have to go and help.
25              But that didn't happen.
```

```
1    Q.  So what did happen?

2    A.  My platoon made the decision to respond to the west

3    front to assist.  So we left the Capitol Visitor Center and

4    we went up to the shield truck, which was parked outside the

5    Rotunda door, got our shields, went back through the

6    building, downstairs and out the lower west terrace door,

7    which people referred to as the tunnel.

8    Q.  Can you circle where that is, approximately?

9    A.  (Witness indicates.)

10   Q.  So you exit what you called the tunnel.  What do you see

11   then?

12   A.  A hellscape.  Just people everywhere, just angry people

13   yelling, screaming, hollering, cursing, pushing, spraying

14   chemical irritants, yelling, throwing things.  It was

15   terrible.

16   Q.  What was your reaction?  What did you think when you saw

17   that?

18   A.  I don't know if I could say what I actually think or was

19   thinking at the time.  But I was just shocked.  We all were

20   shocked.  I just -- I couldn't believe everybody was so

21   angry and just so enraged.

22   Q.  We don't have to spend too much time of the rest of your

23   day.  But can you just walk through the next, you know, hour

24   or couple hours?  So you exit through the tunnel.  What

25   happens?
```

1    A.  Well, the Capitol Police platoon we were assisted by,

2    the Metropolitan Police Department and we were doing our

3    best to form a police line, such that it was.

4    Q.  Can you just point out where you were trying to form a

5    police line?

6    A.  We were -- let's see.  It might have been down there,

7    too.

8    Q.  Okay.  So you said you're forming a police line.

9    A.  Yes.  We were trying to push the crowd back as much as

10   we could.  I mean, they were already way beyond, way beyond

11   the area that they were allowed to be in.  So we were doing

12   our best to push the crowd back.

13          At some point we were able to get some bike racks

14   up on the terrace level, and we put some bike racks together

15   to try to put a barrier between the rioters and the police.

16   That lasted for a little while.  And then eventually we were

17   overrun.

18   Q.  And then what happened?

19   A.  At some point, a decision was made, Hey, officers

20   retreat inside.  So just about all the officers, including

21   Metropolitan Police, responded inside the building,

22   inside -- actually, inside the lower terrace door.  And we

23   locked the door.  We thought:  Okay.  Let's regroup, try to

24   figure out what we're going to do now.

25          That might have lasted for about ten minutes or

1   so.  The next thing you knew, the rioters were at the lower

2   terrace door banging, hitting, yanking on the handles,

3   trying to get in.

4   Q.  What happened next?

5   A.  Well, the platoon that was left from the Capitol Police,

6   my platoon, there was only about ten of us left.  Somehow we

7   got separated.  Some of my platoon probably went in another

8   entrance and assisted somewhere else.  So it was about the

9   ten of us on my platoon, and the rest were members of the

10  Metropolitan Police Department.  So we spent the next couple

11  of hours trying to keep the rioters from charging beyond us

12  into the lower west terrace door.

13  Q.  What was that like?

14  A.  Another hellscape.  Just, ooh, again, it was people.  It

15  was people from the crowd, the rioters, spraying us with

16  chemical irritants, throwing bricks -- not bricks -- wooden

17  pieces that broke off on the stage, pieces of metal, all

18  things from the stage and from the scaffolding.  They were

19  throwing flagpoles, flags.  I don't even know what.  Shoes.

20  It was just the most bizarre thing.  They were poking,

21  jabbing, yelling, screaming, cursing.  It was horrible.

22  Q.  At the risk of asking the obvious, were you assaulted

23  over the course of the day?

24  A.  Yes, I was.

25           MR. ROOTS:  Objection.

1          THE COURT:  Bench conference.

2          (Whereupon, the following proceedings were had at

3     sidebar outside the presence of the jury:)

4          MR. ROOTS:  Yeah.  All of this is irrelevant.  It

5     involves the west side.  Also, this is 403.  This is very

6     unfairly prejudicial.  This idea of -- well, I guess they're

7     going to say she was assaulted.  That's a legal conclusion.

8     And in any case, it's far removed from the facts of

9     Ms. Lavrenz.

10         MR. BALLOU:  Your Honor, this goes -- we need to

11    set the general stage for what happened that day so that --

12    to show how the actions of Ms. Lavrenz actually contributed

13    to stopping or at least delaying the certification of the

14    election.  To do that, we need to talk about the entirety of

15    what happened that day.

16         I will say, we're not going to belabor this.  This

17    was I think my last or second-to-the-last question about the

18    west side; and then we're going to transition to the east

19    side stuff.

20         THE COURT:  Okay.  Again, based on my pretrial

21    motions, I think we talked about the raindrop theory and

22    about sort of the montage requests in the past have been

23    covered.

24         Sort of setting the scene is important.  I think

25    again on cross-examination, it would be very poignant to

```
 1    ask, to the extent that defense wants to, whether or not
 2    this -- she was assaulted by Ms. Lavrenz or if she even
 3    knows if Ms. Lavrenz did anything.
 4              I think there's no allegation of -- no prejudicial
 5    value to outweigh the probative.  There had to be some
 6    confusion.  I think that any allegation that she was
 7    assaulted by Ms. Lavrenz, that's not what's been stated.
 8    And so I think it is important to set the scene.  It goes to
 9    the elements.
10              And so I will, over the defense objection, allow
11    that.
12              I would direct the Government, as they've
13    indicated, to move on quickly from this line of questioning.
14              (Whereupon, the following proceedings were had in
15    open court:)
16    BY MR. BALLOU:
17    Q.  Ms. Lavrenz [sic], were you assaulted that day?
18    A.  Yeah.
19              THE COURT:  "Captain."  We're getting our names
20    confused.  You said Ms. Lavrenz.
21    BY MR. BALLOU:
22    Q.  You're not the one on trial.  My apologies, Captain.
23              Captain, were you assaulted that day?
24    A.  Yes, I was.
25    Q.  What happened to you?  Just briefly.
```

1    A.  In addition to the multiple face wounds of chemical

2    irritant, I was pushed down.  I was hit with a frozen water

3    bottle and a wooden something-or-other, something that was

4    probably from the scaffolding.

5    Q.  You said that you were part of a civil disturbance unit

6    or CDU platoon.  Correct?

7    A.  Yes.

8    Q.  Okay.  You were wearing the gear that day?

9    A.  Yes, I was.

10   Q.  Okay.  And you had initially been stationed on the

11   Visitors Center, on the east side.  Is that correct?

12   A.  Yes.

13   Q.  But then you went --

14             MR. ROOTS:  Objection.  Lots of leading questions.

15             MR. BALLOU:  I'm happy to rephrase the question.

16   BY MR. BALLOU:

17   Q.  You said that you were part of the civil disturbance

18   unit.  Where were you stationed initially?

19   A.  Initially, my platoon was stationed on the east front.

20   Well, we were designated for the east front.

21   Q.  Okay.  And then where did you go?

22   A.  We ended up deploying out to the west front to assist.

23   Q.  Did that mean that your civil disturbance unit platoon

24   was on the west front rather than on the east front?

25   A.  Yes.

1    Q.  Are you familiar with the U.S. Capitol Police Capitol

2    video system?

3    A.  Yes, I am.

4    Q.  Is it a closed-circuit video recording system?

5    A.  Yes.

6    Q.  Does it capture video systems -- does it capture audio

7    or just video?

8    A.  Just video.

9    Q.  Why is that?

10   A.  Well, it probably could do audio.  But I don't believe

11   that that is the intention of the Congress to allow that.

12   Q.  Understood.

13           Have you previously reviewed footage from that

14   system?

15   A.  Yes.

16   Q.  And in your experience, has it been reliable?

17   A.  Yes.

18   Q.  Is it fair to say --

19           MR. ROOTS:  Objection to the leading.

20           THE COURT:  Let's just try to ask the questions in

21   a nonleading format.

22           MR. BALLOU:  Understood.

23   BY MR. BALLOU:

24   Q.  Are you familiar with the U.S. Capitol Police radio

25   runs?

1     A.  Yes, I am.

2     Q.  What are those?

3     A.  The radio runs are calls on the radio either from the

4     dispatcher, generally from the dispatcher.  The dispatcher

5     will call for a unit and that's considered a radio run; or

6     someone else may call or someone else may key up the mic and

7     ask for something.

8     Q.  So who can speak on a radio run?

9     A.  Anybody that has the radio, including the dispatchers.

10    Q.  And who can hear -- well, I guess maybe a prior question

11    is:  How do you hear a radio run?  What equipment would be

12    necessary?

13    A.  Well, you would need your radio.  You'd have to have it

14    on and up loud enough.

15    Q.  Did you have a radio on January 6th?

16    A.  Yes, I did.

17    Q.  Did you hear radio runs that day?

18    A.  Yes.

19              MR. BALLOU:  I'm asking Ms. Marcelin to pull up

20    Government's Exhibit 001.  It's a 15-minute video.  I'll ask

21    her to play just five seconds.

22              (Whereupon, segments of Government's Exhibit No.

23    001 were published to the jury.)

24    BY MR. BALLOU:

25    Q.  Captain Brooks, are you familiar with that video?

Brooks - DIRECT - By Mr. Ballou

1    A.  Yes, I am.

2    Q.  Is it a compilation video of Capitol Police video system

3    videos?

4    A.  Yes.

5    Q.  And are there also radio runs on it?

6    A.  Yes, it is.

7              MR. BALLOU:  The Government moves to admit Exhibit

8    001.

9              MR. ROOTS:  Just our previous objections, which

10   were ruled on by the Court previously.

11             THE COURT:  Okay.  I'll note the standing

12   objection.

13             And I'll go ahead and admit this and publish it to

14   the jury.

15             (Whereupon, Government's Exhibit No. 001 was

16   entered into evidence.)

17             MR. BALLOU:  So we're going to watch this

18   15-minute video.  We'll stop a couple times.

19             Ms. Marcelin, can we play until 12 seconds.

20             (Whereupon, segments of Government's Exhibit No.

21   001 were published in open court.)

22   BY MR. BALLOU:

23   Q.  What is that we just heard?

24   A.  That was a radio call from one of the supervisors.

25   Q.  And this image here, do you know where this is taken?

1    A.  Yes.  That's on the west front of the Capitol.  It looks

2    like the Pennsylvania Avenue walkway.

3    Q.  And what is this here?

4    A.  That is bike racks.

5    Q.  And what are these white squares here?

6    A.  That looks like the Area Closed signs.

7              MR. BALLOU:  Can we play until 30 seconds.

8              (Whereupon, segments of Government's Exhibit No.

9    001 were published in open court.)

10   BY MR. BALLOU:

11   Q.  What just happened in the video?

12   A.  The rioters are pushing past the bike rack and

13   overrunning the officers that were there.

14             MR. BALLOU:  Can we play until 46 seconds.

15             (Whereupon, segments of Government's Exhibit No.

16   001 were published in open court.)

17   BY MR. BALLOU:

18   Q.  What's happening here?

19   A.  They just keep coming.  The rioters, they just continue

20   pushing past the perimeter, on to the west front.

21   Q.  Are the rioters on the grass and on the walkway here,

22   are they allowed in this area?

23   A.  No.

24   Q.  Do you know what this building is?

25   A.  Yes.

```
1    Q.  What is it?

2    A.  That's this building we're in.

3              MR. BALLOU:  We can play until 1:17.

4              (Whereupon, segments of Government's Exhibit No.

5    001 were published in open court.)

6    BY MR. BALLOU:

7    Q.  Where is this?

8    A.  I'm sorry?

9    Q.  Where is this satellite?

10   A.  That's on the east side.

11             MR. BALLOU:  Can we play until 1:25.

12             (Whereupon, segments of Government's Exhibit No.

13   001 were published in open court.)

14   BY MR. BALLOU:

15   Q.  And where is this?

16   A.  That looks like the Rotunda steps on the east front.

17   Q.  Who are these people?

18   A.  Well, this one looks like a Capitol Police, Capitol

19   Police.

20   Q.  Can you identify the other officers in this picture?

21   You don't need to identify all of them.  Just a few.

22   A.  On the right -- I can't tell on the right side other

23   than right there.

24   Q.  And these people here, what are they?

25   A.  More Capitol Police.
```

1    Q.   Okay.  And at the risk of asking the obvious, these

2    other people, who are they?

3    A.   Those are rioters.

4              MR. BALLOU:  Can we continue to play.

5              (Whereupon, segments of Government's Exhibit No.

6    001 were published in open court.)

7    BY MR. BALLOU:

8    Q.   I won't ask to stop the video, but can you just describe

9    what just happened here?

10   A.   Well, it's -- the video is showing the rioters

11   continuing to breach the perimeter and overrun the officers.

12             MR. BALLOU:  We'll actually keep playing until six

13   minutes and 20 seconds.  We've got a little while here.

14             (Whereupon, segments of Government's Exhibit No.

15   001 were published in open court.)

16   BY MR. BALLOU:

17   Q.   Captain Brooks, do you know where this is?

18   A.   Yes.

19   Q.   Where is that?

20   A.   That's right inside the Rotunda door.

21             MR. BALLOU:  Play for maybe ten seconds, please.

22             (Whereupon, segments of Government's Exhibit No.

23   001 were published in open court.)

24   BY MR. BALLOU:

25   Q.   What just happened here?

```
1    A.  That is video of the rioters again breaching another

2    door.

3    Q.  Do you know which door or which side?

4    A.  That's the Rotunda door.  It faces the east side.

5              THE COURT:  All right, Mr. Ballou.  Maybe this is

6    a good point to take -- it's 11:15 -- about a ten-minute

7    break.

8              MR. BALLOU:  Yes.  Please.

9              THE COURT:  Great.  Thank you.

10             So, members of the jury, jurors, you can exit out

11   the door.  Ms. Lavigne-Rhodes will assist you.

12             We'll be back at 11:25, everybody.

13             (Whereupon, the jury exited the courtroom at

14   11:17 a.m. and the following proceedings were had:)

15             THE COURT:  We're in recess.

16             MR. BALLOU:  Thank you.

17             (Thereupon a recess was taken, after which the

18   following proceedings were had:)

19             (Whereupon, the jury entered the courtroom at

20   11:44 a.m. and the following proceedings were had:)

21             THE COURT:  You may be seated.

22             You may proceed, Mr. Ballou.

23   BY MR. BALLOU:

24   Q.  Captain Brooks, thank you.

25             We'll finish out this video and then we'll just
```

```
1     move on to the remaining exhibits.

2              (Whereupon, segments of Government's Exhibit No.

3     001 were published in open court.)

4     BY MR. BALLOU:

5     Q.  Just to reorient the jury while we're watching this

6     scene, where is this?  Or where was that?

7     A.  That was inside the Rotunda door.

8     Q.  Great.  Thank you.

9              (Whereupon, segments of Government's Exhibit No.

10    001 were published in open court.)

11    BY MR. BALLOU:

12    Q.  Do you recognize where this is?

13    A.  Yes.

14    Q.  Where is that?

15    A.  That's on the inaugural platform on the west front.

16    Q.  You were there -- were you there for a period of time?

17    A.  Yes, I was.

18             (Whereupon, segments of Government's Exhibit No.

19    001 were published in open court.)

20    BY MR. BALLOU:

21    Q.  Where is this?

22    A.  That's the lower west terrace door.

23    Q.  Were you here?

24    A.  Yes.

25             (Whereupon, segments of Government's Exhibit No.
```

1     001 were published in open court.)

2     BY MR. BALLOU:

3     Q.  Were you in this area?

4     A.  Yes.

5              (Whereupon, segments of Government's Exhibit No.

6     001 were published in open court.)

7     BY MR. BALLOU:

8     Q.  Thank you for reviewing all that.

9              MR. BALLOU:  Your Honor, this may be ambitious,

10    but I'm hopeful that we can finish Captain Brooks's direct

11    by 12:15.

12             THE COURT:  Great.  Let's keep going.

13             MR. BALLOUT:  I'm asking Ms. Marcelin to pull up

14    Government's Exhibit 102.

15    BY MR. BALLOU:

16    Q.  Captain Brooks, do you recognize where this is taken?

17    A.  Yes.  That's on the grassy area on the east front.

18    Q.  And based on the timestamp, when was this taken?

19    A.  January 6th, 2021, at 1148 hours.

20             MR. BALLOU:  The Government moves to admit

21    Exhibit 102.

22             MR. ROOTS:  No objection.

23             THE COURT:  It may be admitted, and you can

24    publish it.

25             (Whereupon, Government's Exhibit No. 102 was

1    entered into evidence.)

2    BY MR. BALLOU:

3    Q.  Now that this is visible to the jury, can you just

4    restate where this is?

5    A.  On the east front grassy area, east side of the Capitol.

6              MR. BALLOU:  Ms. Marcelin, can you go back to

7    Exhibit 206?  Exhibit -- actually, we'll use the exhibit

8    that has been admitted, then.

9    BY MR. BALLOU:

10   Q.  Can you circle very roughly where that video would have

11   been taken.

12   A.  It looked like it was about here.

13   Q.  Thank you.

14             MR. BALLOU:  We can go back to the video.  And can

15   we play until about ten seconds.

16             (Whereupon, segments of Government's Exhibit No.

17   102 were published in open court.)

18   BY MR. BALLOU:

19   Q.  Just as a preliminary matter, Captain Brooks, to your

20   knowledge, have you -- did you see the Defendant on

21   January 6th, 2021?

22   A.  No.

23   Q.  Okay.  I just want to make that clear.

24             Circling this person, can you just describe what

25   this person is wearing?

```
 1    A.  A dark-colored jacket, dark pants, a white, off-white

 2    hat with a red scarf, some kind of wiggly thing on her head.

 3    Q.  On January 6th, were protesters or other people allowed

 4    in this area at this time?

 5    A.  Not to my recollection.

 6    Q.  Okay.  But they -- okay.

 7            MR. BALLOU:  Pulling up Government's Exhibit 101

 8    now, please.

 9    BY MR. BALLOU:

10    Q.  Do you recognize where this is taken?

11    A.  Yes.  That's the east front of the Capitol.

12    Q.  And looking at the timestamp, when was it taken?

13    A.  January 6th, 2021, at 1:56 p.m.

14            MR. BALLOU:  The Government moves to admit.

15            MR. ROOTS:  No objection.

16            THE COURT:  It will be admitted and published to

17    the jury, please.

18            (Whereupon, Government's Exhibit No. 101 was

19    entered into evidence.)

20    BY MR. BALLOU:

21    Q.  Now that the jury can see, can you just restate where

22    this is?

23    A.  Yes.  That's the west -- I'm sorry -- that is the east

24    front of the Capitol.

25            MR. BALLOU:  Can we play --
```

```
1    BY MR. BALLOU:

2    Q.  Before we play it, the people here appear to be in

3    something of a line.  Why is that?

4    A.  There's bike rack all along the perimeter where they're

5    standing.

6              MR. BALLOU:  Can we play until 12 seconds.

7              (Whereupon, segments of Government's Exhibit No.

8    101 were published in open court.)

9              MR. ROOTS:  What exhibit is this?

10             MR. BALLOU:  101.

11   BY MR. BALLOU:

12   Q.  What's happening here?

13   A.  The crowd -- well, the rioters have pushed beyond the

14   bike rack into the -- what was the secure perimeter.

15             MR. BALLOU:  Can we play until 18 seconds.

16             (Whereupon, segments of Government's Exhibit No.

17   101 were published in open court.)

18   BY MR. BALLOU:

19   Q.  What's happening here?

20   A.  The rioters are again advancing more into the perimeter

21   and they're running up the Rotunda steps.

22             MR. BALLOU:  Can we play until 38 seconds.

23             (Whereupon, segments of Government's Exhibit No.

24   101 were published in open court.)

25
```

1    BY MR. BALLOU:

2    Q.  Are the people that I'm circling here, other than police

3    officers, are they allowed to be in that area?

4    A.  No.

5              MR. BALLOU:  Can we play to the end of the video.

6              (Whereupon, segments of Government's Exhibit No.

7    101 were published in open court.)

8              MR. BALLOU:  Let's pull up Government's Exhibit

9    305.

10   BY MR. BALLOU:

11   Q.  Do you recognize where this is taken?

12   A.  Yes.  That's still the east front of the Capitol.

13             MR. BALLOU:  The Government moves to admit.

14             THE COURT:  Over the standing objection of

15   defense; -- is that right, Mr. Roots? --

16             MR. ROOTS:  Yes.

17             THE COURT:  -- I'll go ahead and admit it.  And it

18   may be published.

19             (Whereupon, Government's Exhibit No. 305 was

20   entered into evidence.)

21             MR. BALLOU:  Can we just play it for another

22   second or two.

23             (Whereupon, segments of Government's Exhibit No.

24   305 were published in open court.)

25

1      BY MR. BALLOU:

2      Q.  Circling this person here, can you describe what they're

3      wearing?

4      A.  Dark coat, a handbag, a brown pair of boots, dark hair,

5      a tan hat and some kind of scarf/blanket thing and things on

6      her head.

7      Q.  And when is this taken relative to the video that we

8      just saw?

9      A.  When?  What do you mean, "when"?

10     Q.  Was it taken before or after the video that we just saw

11     or during it?

12     A.  After.

13     Q.  Were the people in this area, in this video -- we'll

14     play the whole thing -- were the people in this video, other

15     than the police, allowed in this area?

16     A.  No.

17             MR. ROOTS:  Objection.  Legal conclusion.

18             THE COURT:  Hold on.

19             (Whereupon, the following proceedings were had at

20     sidebar outside the presence of the jury:)

21             THE COURT:  I'll remind the parties, I want the

22     speaking portion of the objection on the bench conference.

23             Go ahead, Mr. Roots.

24             MR. ROOTS:  Yeah.  That's a legal conclusion, and

25     it goes to the ultimate issue.

1          THE COURT:  Can you remind me of the question,

2     please?

3          MR. BALLOU:  Are the people in this video, other

4     than the police officers, allowed in this area at this time?

5          THE COURT:  You can respond to the objection now.

6          MR. BALLOU:  Your Honor, that's not -- we're not

7     asking her to make a legal conclusion.  I'm just asking if,

8     consistent with the restricted perimeter that was

9     established by Capitol Police, people were -- unauthorized

10    people were allowed in the area.  There's an additional

11    several steps that would need to be proven in order to draw

12    a legal conclusion here.

13         THE COURT:  I agree.  I think that in terms of the

14    ultimate element of the entering into a restricted building

15    or grounds, it's more than just a simple question here.  I

16    mean, he's asked this previously.

17         So I'm -- while I'm concerned about being

18    cumulative with any of this, I don't think we're there.  I

19    don't think this is calling for a legal conclusion itself.

20    It's just a fact conclusion as to whether or not she was

21    permitted or these folks were permitted to be there.  So

22    I'll allow it.

23         (Whereupon, the following proceedings were had in

24    open court:)

25

```
 1    BY MR. BALLOU:

 2    Q.  Captain Brooks, were the people in this video, other

 3    than the police officers that you see, allowed in this area

 4    at this time?

 5    A.  No.

 6              MR. BALLOU:  Can we play until 23 seconds.

 7              (Whereupon, segments of Government's Exhibit No.

 8    305 were published in open court.)

 9    BY MR. BALLOU:

10    Q.  What are the police officers on the steps trying to do?

11    A.  They're trying to keep the crowd back, although they're

12    not having much luck.

13              MR. BALLOU:  Can we advance to 53 seconds,

14    frame-forward -- sorry.  Can we play until 53 seconds.

15              (Whereupon, segments of Government's Exhibit No.

16    305 were published in open court.)

17    BY MR. BALLOU:

18    Q.  I just circled a person in the lower right.  Can you

19    describe what they're wearing?

20    A.  A tan hat, a reddish scarf or something around the neck,

21    a dark jacket and maybe one glove, maybe.

22              MR. BALLOU:  Frame-forward to the end, please.

23              (Whereupon, segments of Government's Exhibit No.

24    305 were published in open court.)

25
```

 1    BY MR. BALLOU:

 2    Q.  Pulling up Government's Exhibit 306, where is this video

 3    taken?

 4    A.  That's still on the east front of the Capitol.

 5              MR. BALLOU:  The Government moves to admit 306.

 6              THE COURT:  Mr. Roots?

 7              MR. ROOTS:  No objection.

 8              THE COURT:  I'll go ahead and admit it.  It may be

 9    published.

10              (Whereupon, Government's Exhibit No. 306 was

11    entered into evidence.)

12              (Whereupon, segments of Government's Exhibit No.

13    306 were published in open court.)

14    BY MR. BALLOU:

15    Q.  Now that the jury can see, can you say once again where

16    this is?

17    A.  That's the east front of the Capitol.

18    Q.  Is that the same area we've been looking at?

19    A.  Yes.

20              MR. BALLOU:  Can we frame-forward just a minute or

21    two.

22              (Whereupon, segments of Government's Exhibit No.

23    306 were published in open court.)

24              MR. BALLOU:  Zoom in, please.

25

1    BY MR. BALLOU:

2    Q.  This is a little bit of an exercise in Where's Waldo,

3    but I'm circling a person here.  Can you describe what

4    they're wearing?

5    A.  A dark coat, some type of blue scarf/blanket, tan hat

6    and some red wiggly things on the head.

7              MR. BALLOU:  Can we play until 30 seconds.

8              (Whereupon, segments of Government's Exhibit No.

9    306 were published in open court.)

10   BY MR. BALLOU:

11   Q.  Captain, was pepper spray deployed at the Capitol on

12   January 6th?

13   A.  Yes.  A lot.

14   Q.  By whom?

15   A.  By the police and by rioters.

16   Q.  What's the effect of getting sprayed with pepper spray?

17   A.  Well, it makes you cry, sneeze, snot, cough.  Your eyes

18   slam shut.  Your eyes are burning.  Your skin's burning.

19   Q.  Have you ever been pepper sprayed?

20   A.  Yes.

21   Q.  Why?

22   A.  In training, when you are learning how to be part of the

23   civil disturbance unit team, there's an exercise where they

24   spray you so that you know what it's like.  And also, it

25   happened to me on January 6th.

1    Q.  Given your training and your experience on January 6th,
2    what's happened to this man?
3    A.  It looks like in the video you just showed it looks like
4    he was sprayed with something.  Something's irritating his
5    face or eyes.  And that would explain why he's probably
6    pouring water on himself.
7              MR. BALLOU:  Why don't we play until one minute.
8              (Whereupon, segments of Government's Exhibit No.
9    306 were published in open court.)
10             MR. BALLOU:  Thank you.
11   BY MR. BALLOU:
12   Q.  Were the people we just saw, other than the police,
13   allowed in this area?
14   A.  No.
15             MR. BALLOU:  Pulling up Government's Exhibit 212,
16   please.
17   BY MR. BALLOU:
18   Q.  Do you recognize where this is taken?
19   A.  Yes.
20   Q.  Where is it taken?
21   A.  That's still the east front of the Capitol and that's
22   the Rotunda steps.
23             MR. BALLOU:  The Government moves to admit 212.
24             MR. ROOTS:  No objection.
25             THE COURT:  It'll be admitted and published to the

```
1     jury.  Thank you.
2               (Whereupon, Government's Exhibit No. 212 was
3     entered into evidence.)
4     BY MR. BALLOU:
5     Q.  Again, at the risk of repetition -- I'm not going to ask
6     this many more times -- are the people in this picture,
7     other than the police, allowed in this area?
8     A.  No.
9               MR. ROOTS:  Objection.
10              THE COURT:  Hold on.
11              (Whereupon, the following proceedings were had at
12    sidebar outside the presence of the jury:)
13              THE COURT:  Go ahead, Mr. Roots.  Thank you.
14              MR. ROOTS:  Yeah.  Same continuing objection.
15    This has been -- this has been asked several times.  And,
16    you know, it's a legal conclusion.
17              And by the way, I would say as a matter of law
18    that in this image they are allowed to be there because the
19    officers are not doing things that would -- that would
20    indicate they're not.  In other words, the officers are not
21    arresting anyone for being there.  The officers are not
22    doing things that would be consistent with a truly
23    restricted area.
24              THE COURT:  I hear you.
25              Mr. Roots, a couple things.  I've already answered
```

1   the legal conclusion, so my prior ruling will stand on that.

2          I think there are other questions, ones that are

3   better phrased as questions to the officer on

4   cross-examination.  It goes to the merits of the factual

5   statements she's making, not legal conclusions.  You can ask

6   her "Is anyone arrested" or things like that or "Couldn't

7   people think" -- whatever you want to.  I'm not going to

8   tell you what to say, of course.

9          But I think the statements you're making are

10  perfect for cross-examination.

11         I will say that I think we're getting to the

12  cumulative point here.  Not in the specific testimony, but

13  just on the question of were people allowed or not.  I think

14  you've asked that several times.

15         So I just ask that, while it's not a legal

16  conclusion, that we kind of shy away from asking as to each

17  one of the slides or videos unless you think it's adding

18  something new.

19         So we'll proceed.  Thank you.

20         (Whereupon, the following proceedings were had in

21  open court:)

22  BY MR. BALLOU:

23  Q.  Can you describe what this woman is wearing?

24  A.  A dark coat, brown boots, dark pants, red and white

25  scarf thing, a tan or off-white hat and some wiggly things

1    on her head.

2    Q.  Pulling up Government's Exhibit 216, do you recognize

3    this?

4    A.  Yes.

5    Q.  What is it?

6    A.  It's a map of inside the Capitol, second floor.

7              MR. BALLOU:  The Government moves to admit 216.

8              MR. ROOTS:  No objection.

9              THE COURT:  It'll be admitted and published,

10   please.

11             (Whereupon, Government's Exhibit No. 216 was

12   entered into evidence.)

13   BY MR. BALLOU:

14   Q.  So just so we're oriented in comparison to the models

15   we've just seen, can you just circle and sort of identify

16   which side is the east side here?

17   A.  Sure.  This is the east side.

18   Q.  And the steps that we've been looking at, can you just

19   circle where those would be?

20   A.  (Witness indicates.)

21   Q.  What is this?

22   A.  That's the Rotunda.

23   Q.  Okay.  What is the Rotunda?

24   A.  It's the dome part of the Capitol, the part that

25   everybody sees on the outside and all the TV movies and news

1    clips.

2    Q.  And what is this right in front of the Rotunda?

3    A.  You've circled the east foyer.

4    Q.  Pulling up Government's Exhibit 108, do you recognize

5    where this is?

6    A.  Yes.

7    Q.  Where is this?

8    A.  That's the area just circled, the east foyer.

9            MR. BALLOU:  The Government moves to admit 108.

10           MR. ROOTS:  No objection.

11           THE COURT:  I'll go ahead and admit it and publish

12   it, please.

13           (Whereupon, Government's Exhibit No. 108 was

14   entered into evidence.)

15   BY MR. BALLOU:

16   Q.  If this is the east foyer, is this door open or closed?

17   A.  In the photo, it's normally locked.  And it should have

18   been locked that day.

19           MR. BALLOU:  Can we just play for five or ten

20   seconds.

21           (Whereupon, segments of Government's Exhibit No.

22   108 were published in open court.)

23           MR. BALLOU:  And can we advance to a minute 19,

24   please.

25           (Whereupon, segments of Government's Exhibit No.

1     108 were published in open court.)

2     BY MR. BALLOU:

3     Q.  What's just happened here?

4     A.  Looks like the glass in the door frame was busted out

5     and there are rioters in the foyer.

6           MR. BALLOU:  Can we play in the interest of time

7     at double speed until 22:10.

8           (Whereupon, segments of Government's Exhibit No.

9     108 were published in open court.)

10    BY MR. BALLOU:

11    Q.  We'll continue playing, but we're at about 20 minutes

12    and 45 seconds.  What just happened here?

13    A.  The doors have been breached.  Rioters are in the area

14    and more are trying to come in.

15          (Whereupon, segments of Government's Exhibit No.

16    108 were published in open court.)

17    BY MR. BALLOU:

18    Q.  You just said that rioters are trying to come in.  Are

19    they successful?

20    A.  Yes.

21          MR. BALLOU:  Let's advance to 24:48, and play at

22    normal speed until 25:13.  So this is about two and a half

23    minutes past what we just looked at.

24          (Whereupon, segments of Government's Exhibit No.

25    108 were published in open court.)

```
 1                 MR. BALLOU:  Can we zoom in, please.

 2     BY MR. BALLOU:

 3     Q.  Do you see the person that I just circled?

 4     A.  Yes, I do.

 5     Q.  Can you describe what they're wearing?

 6     A.  A red something-type scarf, a tan, off-white hat and

 7     something on the head.  A dark coat.

 8                 MR. BALLOU:  You can zoom out now.  And then just

 9     play for about five more seconds.

10                 (Whereupon, segments of Government's Exhibit No.

11     108 were published in open court.)

12                 MR. BALLOU:  Now let's go to 33:32 -- actually,

13     before we do --

14     BY MR. BALLOU:

15     Q.  Can you note in the upper left corner what time it is?

16     A.  2:43 p.m.

17                 MR. BALLOU:  Now can we advance to 33:32.

18                 (Whereupon, segments of Government's Exhibit No.

19     108 were published in open court.)

20     BY MR. BALLOU:

21     Q.  Now what time is it in the upper left corner?

22     A.  2:51 p.m.

23     Q.  So a little less than ten minutes?

24     A.  Yeah.  Yes.

25     Q.  Do you see this person that I just circled at the bottom
```

1    there?

2    A.  Yes.

3    Q.  I know you can only see sort of from a bird's-eye view,

4    but what are they wearing?

5    A.  A tan or off-white hat and some type of red

6    headband-type thing on the head.

7              MR. BALLOU:  Let's play at normal speed until

8    35:08.

9              (Whereupon, segments of Government's Exhibit No.

10   108 were published in open court.)

11             MR. BALLOU:  Your Honor, we have three more

12   exhibits to get through.

13             THE COURT:  Keep going.

14             MR. BALLOU:  Just a few wrap-up questions.  I'm

15   acutely aware that I don't want to keep the jury from lunch.

16   I promise you all that we're going to work through this very

17   quickly.

18             Pulling up Government's Exhibit 111, please.

19   BY MR. BALLOU:

20   Q.  Do you recognize where this is?

21   A.  Yes.

22   Q.  Where is this?

23   A.  That's the Rotunda.

24             MR. BALLOU:  The Government moves to admit 111.

25             THE COURT:  Mr. Roots?

```
 1              MR. ROOTS:  No objection.

 2              THE COURT:  I'll go ahead and admit it and publish

 3      it to the jury.

 4              (Whereupon, Government's Exhibit No. 111 was

 5      entered into evidence.)

 6              MR. BALLOU:  Can we advance to 3:25.

 7              (Whereupon, segments of Government's Exhibit No.

 8      111 were published in open court.)

 9   BY MR. BALLOU:

10   Q.  Looking at the timestamp in the upper left, when is this

11   taken?

12   A.  2:45 p.m.

13              MR. BALLOUT:  Can we press play for just about

14      five seconds.

15              (Whereupon, segments of Government's Exhibit No.

16      111 were published in open court.)

17              MR. BALLOU:  Would you mind zooming in?  We're

18      stopping at 3:33.

19   BY MR. BALLOU:

20   Q.  This will become clearer.  Do you see -- it's going to

21   be a little hard to tell just by this one still image, but

22   then we're going to advance it a few frames.

23              Do you see what I've just circled here?

24   A.  Yes.

25              MR. BALLOU:  Why don't we just press play on this.
```

Brooks - DIRECT - By Mr. Ballou

1          (Whereupon, segments of Government's Exhibit No.

2    111 were published in open court.)

3          MR. BALLOU:  Stop there.

4    BY MR. BALLOU:

5    Q.  The person that I circled, what are they wearing?

6    A.  A dark coat, tan, off-white hat, dark boots, dark pants,

7    something red around the neck area, red or white or

8    off-white.

9          MR. BALLOU:  Why don't we play for about 45

10   seconds.

11   BY MR. BALLOUT:

12   Q.  Do you mind just carefully pressing with your cursor

13   just so that the jury can see where this person is moving?

14   A.  You mean once you start to play?

15   Q.  Yeah.

16          MR. BALLOU:  Press play.

17          (Whereupon, segments of Government's Exhibit No.

18   111 were published in open court.)

19          MR. BALLOU:  Stop there.  In the interest of time,

20   skip ahead a few seconds, please.  Press play here.  We can

21   even do this at double speed.

22          (Whereupon, segments of Government's Exhibit No.

23   111 were published in open court.)

24          MR. BALLOU:  Stop there.

25          For the final two exhibits, I'm pulling up

```
 1     Government's Exhibit 308.  Play for maybe ten seconds.

 2               (Whereupon, segments of Government's Exhibit No.

 3     308 were published to the witness.)

 4     BY MR. BALLOU:

 5     Q.  Do you recognize where this is taken?

 6     A.  Yes.

 7     Q.  Where is this taken?

 8     A.  That's the upper west terrace stairs leading up to the

 9     Rotunda.

10               MR. BALLOU:  The Government moves to admit 308.

11               MR. ROOTS:  No objection.

12               THE COURT:  I'll admit it and publish it.

13               (Whereupon, Government's Exhibit No. 308 was

14     entered into evidence.)

15               MR. BALLOU:  Why don't we play from the beginning

16     with the sound on a little lower.  Thank you.

17               (Whereupon, segments of Government's Exhibit No.

18     308 were published in open court.)

19     BY MR. BALLOU:

20     Q.  Where is this again?

21     A.  Still inside the Rotunda.

22     Q.  We're framing forward.  Can you see the person behind

23     this flag right here?

24     A.  Yes.

25     Q.  What are they wearing?
```

1   A.  Dark boots, dark pants, dark jacket, some tan or

2   something around the neck, maybe a scarf, tan or off-white

3   hat.

4           MR. BALLOU:  Why don't we just play to the end.

5           (Whereupon, segments of Government's Exhibit No.

6   308 were published in open court.)

7   BY MR. BALLOU:

8   Q.  The final exhibit:  Pulling up Government's Exhibit 310,

9   just from this image -- we can play it if you'd like -- do

10  you recognize where this is?

11  A.  Yes.

12  Q.  Where is this?

13  A.  On the second floor of the Capitol near the old Senate

14  chamber.

15          MR. BALLOU:  The Government moves to admit 310.

16          THE COURT:  Mr. Roots?

17          MR. ROOTS:  No objection.

18          THE COURT:  I'll go ahead and admit it and publish

19  it.

20          (Whereupon, Government's Exhibit No. 310 was

21  entered into evidence.)

22  BY MR. BALLOU:

23  Q.  We'll watch this video in its entirety, but let's go

24  back to 216, the second floor map.  Can you just circle

25  where this video was taken?

```
 1    A.   (Witness indicates.)

 2              MR. BALLOU:  We can go back to the video.

 3              (Whereupon, segments of Government's Exhibit No.

 4    310 were published in open court.)

 5    BY MR. BALLOU:

 6    Q.   We'll watch part of that video again very briefly.

 7              MR. BALLOU:  Can you go back to 216, please.

 8    BY MR. BALLOU:

 9    Q.   Is this the area that the video was taken,

10    approximately?

11    A.   Yes.

12    Q.   What is this area?

13    A.   The Rotunda.

14    Q.   And what is this area?

15    A.   The Senate chamber.

16    Q.   What was scheduled to take place in the Senate chamber

17    that day?

18    A.   The certification of the election.

19              MR. BALLOU:  Can we go back to the video.

20    BY MR. BALLOU:

21    Q.   Where are the people in this video headed?

22    A.   It looks like they're headed towards the Senate chamber.

23              MR. BALLOU:  Can we advance to 24 seconds.  And

24    just play forward.  Frame-forward.

25              (Whereupon, segments of Government's Exhibit No.
```

1    310 were published in open court.)

2    BY MR. BALLOU:

3    Q.  Do you see this person circled?

4    A.  Just barely, yes.

5            MR. BALLOU:  Can you keep framing forward.

6            (Whereupon, segments of Government's Exhibit No.

7    310 were published in open court.)

8    BY MR. BALLOU:

9    Q.  Can you see them now?

10   A.  Yes.

11   Q.  What are they wearing?

12   A.  Something dark around the neck, red, an off-white hat

13   and something on top of the hat, something wiggly, red or

14   something.

15   Q.  Captain Brooks, were you ever on the House Egg side of

16   the Capitol on January 6th?

17   A.  No, I was not.

18   Q.  Would an officer who was there be able to see what part

19   of the Capitol was restricted and not restricted?

20   A.  Well, with the presence of bike racks --

21           MR. ROOTS:  Objection.  Speculation.

22           THE COURT:  Let's go to the phones.

23           (Whereupon, the following proceedings were had at

24   sidebar outside the presence of the jury:)

25           THE COURT:  Go ahead, Mr. Roots.

```
 1          MR. ROOTS:  Yeah.  A very, very speculative
 2    question.  "Would an officer who was over in a place where
 3    you never were be able to see something?"
 4          MR. BALLOU:  The only purpose of this is to
 5    establish -- is to set up then-Captain -- Lieutenant Van
 6    Benschouten's testimony about the exact perimeter of the
 7    restricted perimeter.  So we just need to show that she
 8    actually knows where officers were stationed and in fact
 9    that they would have been aware of the bike racks.
10          THE COURT:  Well, I'll just instruct her that she
11    can't speculate.  She just has to speak from what her
12    knowledge is as to the question.
13          Does that make sense, Mr. Roots?
14          MR. ROOTS:  Yeah.  I mean, I would ask her -- you
15    know, I don't know how she can even testify about this.
16          THE COURT:  Well, I'll ask her again.  I mean, she
17    may know it from -- well, we can ask.  I'll direct her to
18    only speak from her knowledge and explain how, if she does
19    know something, how she knows it.
20          MR. BALLOU:  Thank you, your Honor.
21          (Whereupon, the following proceedings were had in
22    open court:)
23          THE COURT:  Captain Brooks, in answer to this
24    question or any other question, I don't want you to
25    speculate.  I just want you to talk about the things that
```

1     you actually know.  As for this question, as you answer it,

2     if you can explain, you know, how it is you know that, that

3     would be helpful.

4               Why don't you re-ask the question.

5               MR. BALLOUT:  I'll rephrase it slightly, your

6     Honor.

7               THE COURT:  That would be great.

8     BY MR. BALLOU:

9     Q.  Captain Brooks, you said that you weren't on the House

10    Egg side of the Capitol grounds at any point.  Right?  On

11    January 6th.

12    A.  No.  Not during the earlier part.

13    Q.  Were you there earlier in the day?

14    A.  No, no, no.  I was on the east front way after it was

15    over.  So it was 1:00, 2:00 in the morning.

16    Q.  Were there officers that were stationed along the

17    restricted perimeter near the House Egg?

18    A.  Yes.

19    Q.  Would they have seen the bike racks in that area?

20    A.  You mean the officers?

21    Q.  Yes.

22    A.  Of course.

23    Q.  Just one or two last questions.

24               When did you start working on January 6th?

25    A.  I think my day started at about 7:00.

```
1    Q.  When did you ultimately finish your work?

2    A.  January 7th, maybe about 3:00-something in the morning.

3    Q.  Over the course of that day, did you fear for your

4    safety at any point?

5              MR. ROOTS:  Objection.

6              (Whereupon, the following proceedings were had at

7    sidebar outside the presence of the jury:)

8              MR. ROOTS:  Yeah.  So I mean, I don't even know

9    the point.  It's irrelevant.  And it's prejudicial, unfairly

10   prejudicial.  It's 403.

11             THE COURT:  I think the videos speak for

12   themselves.  She already described she's being assaulted.

13   So I mean, I'm inclined to limit this.

14             But Mr. Ballou?

15             MR. BALLOU:  Your Honor, this goes to the heart of

16   the raindrop issue we were talking about earlier.  I just

17   have two questions about this.  It helps to show in fact

18   there was a civil disorder that disrupted the election

19   certification and that Ms. Lavrenz, even though nonviolent,

20   contributed to that process.

21             THE COURT:  Well, I think we'll just stick to the

22   two questions and keep it there.  I want to keep it pretty

23   tight.

24             I mean, as to disorderly, of course, if you just

25   ask that question, that would be then asking for a legal
```

1    conclusion.

2              So he's just trying to get the facts to establish

3    that there's disorder.  So let's let him do that.  But I

4    want to keep it pretty tight here.

5              Thank you.

6              (Whereupon, the following proceedings were had in

7    open court:)

8    BY MR. BALLOU:

9    Q.  Just two questions.  Over the course of January 6th, did

10   you fear for your safety that day?

11   A.  Yes, I did.

12   Q.  Did you fear for your life?

13   A.  Yes.

14             MR. BALLOU:  No further questions, your Honor.

15             THE COURT:  I think this is a good point to take

16   our lunch break.  Does that make sense, Mr. Pierce,

17   Mr. Roots?

18             MR. ROOTS:  Yes, your Honor.

19             THE COURT:  All right.  Members of the jury,

20   thanks for your patience.  So I'm going to excuse you.

21   Ms. Lavigne-Rhodes is going to coordinate with you in terms

22   of how to go downstairs and get your lunch and everything.

23             THE COURTROOM DEPUTY:  What time?

24             THE COURT:  Let's come back for the jurors at

25   1:40.  So it's a little over an hour.  I'll bring the other

```
 1      folks in a little earlier so we'll be ready to go when you
 2      come back.
 3                   (Whereupon, the jury exited the courtroom at 12:35
 4      p.m. and the following proceedings were had:)
 5                   THE COURT:  We're in recess.
 6                   (Thereupon, a luncheon recess was taken, after
 7      which the following proceedings were had:)
 8                   THE COURT:  One moment, Ms. Lavigne-Rhodes.
 9                   MR. PIERCE:  A couple of housekeeping matters.
10                   THE COURT:  Sure.
11                   MR. PIERCE:  So -- I actually did not yet have a
12      chance to front -- put this past the Government.  I'm sorry
13      about that.
14                   THE COURT:  That's okay.
15                   MR. PIERCE:  So we have two witnesses that are
16      very important witnesses for us that we intend to call.  And
17      both of them have medical conditions.  And Judge Boasberg --
18      one of them testified in a case that we had in front of
19      Chief Judge Boasberg, and his name is David Sumrall.  He's
20      had a pretty serious shoulder surgery recently.  So Judge
21      Boasberg let him testify by Zoom so that he didn't have to
22      travel up.
23                   THE COURT:  Where is he now?
24                   MR. PIERCE:  He's in Texas.
25                   We also have a witness, Jim Cusick, who's a
```

Brooks - DIRECT - By Mr. Ballou

1    January 6th Defendant client of ours.  But he's testified in

2    another trial also.  He's 75 years old.  He's got some sort

3    of fluid respiratory issue.  He's in Florida.

4           So we don't necessarily need to resolve this this

5    moment, but I wanted to flag this so maybe the Government

6    can be thinking about whether they, you know, have any

7    objection to that.  We can --

8           THE COURT:  So for them both to be remote?

9           MR. PIERCE:  We would like to have them both by

10   Zoom.  We would love to have them in person.  They're

11   willing to testify, but they're just saying they cannot

12   travel.

13          But we do have one witness coming in from Florida,

14   Bobby Powell.  I think there is somebody coming from

15   Colorado.  So we're trying our best to get people here.  But

16   these two, who are very important, are telling us they're

17   willing to testify, but they can't travel this week.

18          THE COURT:  So right now -- obviously, I

19   appreciate you flagging it for the Government.

20          I'd ask that you share with them the sort of cases

21   and any transcripts related to those requests so they can

22   look that up --

23          MR. PIERCE:  Sure.

24          THE COURT:  -- and try to make that determination

25   here.

1          MR. PIERCE:  Yes.

2          THE COURT:  Go ahead, Mr. Roots.

3          MR. ROOTS:  Actually, we can make it easy with

4    regard to these witnesses because I move for a mistrial

5    based on the last question that was asked.  Remember, we had

6    a little bit of a -- I objected to the question, "Were you

7    afraid that day?"  We had a bench conference.  I believe

8    your Honor gave them some leeway.  They said, "Yeah, I was

9    afraid."

10          The next question was an entirely leading

11   question.  "Did you think you were going to die that day?"

12          "Yes."

13          That was the last question.

14          We -- that's so preposterous the way they -- that

15   entirely leading question that only has one answer.  The

16   witness says, yes.

17          It poisoned the entire trial.  This trial cannot

18   go any further.  This witness -- our client, Ms. Lavrenz,

19   had nothing to do with any -- anything approaching violence

20   or anything -- this is a misdemeanor trial.  She's not

21   accused of violence.  She didn't scare any police.  And to

22   poison the trial with that level of overly prejudicial

23   leading questions, it just -- it's -- I'm -- I'm actually --

24   I'm just -- I don't know what to say, other than we move for

25   mistrial.

1                THE COURT:  Well, Mr. --

2                MR. ROOTS:  If not mistrial, to strike the answer

3       and question.

4                THE COURT:  I am sure -- I hear your frustration.

5       I just want to be clear with the Government.

6                I tried to direct you, and I know it's difficult

7       to not have leading questions.  But we're getting way too

8       leading.

9                I appreciate Mr. Roots, I think, was not objecting

10      every time.  But questions like that have to be phrased in a

11      nonleading fashion.  "How did you feel?"  You know that -- I

12      know it's difficult when you're up there to recall all these

13      things.  But it's your obligation to follow the rules.

14               Now, as to the substance of what she said, I think

15      she herself said she was terrified and she talked about, you

16      know, her fear that she experienced.  So I don't think that

17      anything that was said in there was -- poisoned the well in

18      terms of the jurors.

19               I think, again, the opportunity for

20      cross-examination will be very valuable for you to bring up

21      these points.  But that nothing that she testified to was so

22      prejudicial -- you know, I have to sort of see -- looking at

23      the reaction of the jurors, reading the courtroom, being

24      here, it's not just what's on paper.  It's that whole sort

25      of scene.

1            And I don't think that there was anything that

2      caused, like, shocks or, you know, responses that leads me

3      to think that it really moved the needle such that it was

4      something where I'm very concerned, setting aside that I

5      think that it was a fair general scope of area to ask

6      questions about, which is whether or not the scene -- what

7      was it like?  The disorder and things like that.

8            I think that striking the testimony now doesn't

9      really -- it's an unnecessary cure for a problem that

10     doesn't rise to that level.

11           But I do agree with you, Mr. Roots, very strongly

12     that -- and I'll encourage you to -- I appreciate, you know,

13     in terms of presentation of evidence, you haven't been

14     objecting to every single thing.  And I know the strategy in

15     that and I appreciate your strategy.  I think many take that

16     strategy.

17           But I'm reminding the Government that it's to

18     their own expense because if you start objecting, I'm going

19     to uphold those objection.  We can't have those types of

20     leading questions.

21           I'll overrule at this time your request.

22           All right.  Anything else from the United States?

23           MR. PIERCE:  Thank you, your Honor.

24           THE COURT:  Sure.

25           Anything else from the defense?

1          MR. ROOTS:  Nothing further.

2          THE COURT:  Let's bring out the jury, please.

3          MR. PARKER:  I'll bring in the witness, Judge.

4          (Whereupon, the jury entered the courtroom at

5     1:55 p.m. and the following proceedings were had:)

6          THE COURT:  Jurors, you can sit down.  They're all

7     standing for you.

8          Everybody else can be seated.

9          THE WITNESS:  (Retakes the witness stand.)

10          THE COURT:  All right, everybody.  We're going to

11     start now with the cross-examination of the witness by the

12     defense.  I hope you all had a good lunch.  Thank you again

13     for being back in a timely manner.

14          I'll remind you when we're out here, we're still

15     talking about legal issues.  Sometimes before I come out,

16     they're working on trying to resolve things without me.  So

17     please know we're all working.  I know it can be frustrating

18     with those gaps or breaks.  But we are working hard.

19          Mr. Roots?

20          MR. ROOTS:  Thank you.

21                    CROSS-EXAMINATION

22     BY MR. ROOTS:

23     Q.  Good afternoon, Captain Brooks.

24     A.  Good afternoon.

25     Q.  My name is Roger Roots.  I, along with Mr. John Pierce,

1    represent the Defendant here, Rebecca Lavrenz.

2              So you are a captain in the Capitol Police; is

3    that correct?

4    A.  Yes.

5    Q.  Was that your rank on January 6?

6    A.  No.  I was a lieutenant at the time.

7    Q.  So you've moved up in rank?

8    A.  Yes.

9    Q.  Was it because or partially because of your work on

10   January 6th?

11   A.  No.  I don't think that that had anything to do with it.

12   There's a promotional process of testing and so forth.

13   Q.  And I understand your testimony to be that you were at

14   that time a member of the CDU unit?

15   A.  Yes.

16   Q.  And what does that stand for again?

17   A.  Civil disturbance unit.

18   Q.  Okay.  Are you still a member of that unit?

19   A.  No, I am not.

20   Q.  And I believe you said the CDU unit was a special unit

21   designed for dealing with protests and demonstrations?

22   A.  Yes.  That's one of their jobs.  Yes.

23             MR. ROOTS:  I'd like to bring up Defense

24   Exhibit -- I believe it's 1.  I'm sorry.  2.  Defense

25   Exhibit 2.

```
 1                THE COURTROOM DEPUTY:  2 is not in.
 2                MR. ROOTS:  It's not in.
 3                THE COURTROOM DEPUTY:  1 is in.
 4                MR. ROOTS:  I think it's Defense 1.  Defense
 5     Exhibit 2.
 6                THE COURTROOM DEPUTY:  Oh, yours.  Okay.
 7     BY MR. ROOTS:
 8     Q.  Let me ask a couple questions.  Are you familiar with
 9     the plan that was put in place by the CDU unit for
10     January 6th?
11     A.  Yes, somewhat.
12                MR. ROOTS:  I'd like to bring up for the witness
13     that exhibit.
14                I don't see it on my screen.
15                THE COURTROOM DEPUTY:  My apologies.
16                MR. ROOTS:  There we go.
17     BY MR. ROOTS:
18     Q.  Do you see the document in front of you?
19     A.  Yes.
20     Q.  Is that the document that was put out in preparation for
21     January 6th by the CDU unit?
22     A.  I would assume so.  It appears to be.
23     Q.  And you indicated you had -- you were familiar with it?
24     A.  If you mean this specific document, I don't know because
25     I can't see the whole thing.  But there was an overall
```

1    review of the plan for that day.

2    Q.  Okay.

3           MR. ROOTS:  We move to admit Defense Exhibit 2.

4           THE COURT:  Any objection from the United States?

5           MR. BALLOU:  No objection.

6           THE COURT:  It may be admitted and published.

7           (Whereupon, Defendant's Exhibit No. 2 was entered

8    into evidence.)

9    BY MR. ROOTS:

10   Q.  And if you could indicate, to your understanding, how

11   was this plan -- how did it develop?

12   A.  What do you mean --

13   Q.  Did you help write the plan?  How did this plan come

14   into being?

15   A.  No.  I did not have anything to do with the plan

16   development.  Not at my level.

17   Q.  Okay.  But this was a plan that was put out by the CDU

18   unit of the Capitol Police in preparation for January 6th?

19   A.  Well, there were plans put out.  All of them were not

20   shared down to my level.  But I know that there were a lot

21   of plans put out.

22           But if you're asking about this specific document,

23   it looks like one of our documents, but I don't know

24   specifically if this document was shared with my CDU team.

25   Q.  Okay.  And you can see that it's dated January 5?

```
 1    A.  Yes, I can.

 2    Q.  Did you attend meetings in preparation for January 6th?

 3    A.  Not that I recall, no.

 4    Q.  But you're aware there were meetings of the Capitol

 5    Police and other agencies preparing for that event?

 6             MR. BALLOU:  Objection, your Honor.

 7             THE COURT:  One moment.

 8             (Whereupon, the following proceedings were had at

 9    sidebar outside the presence of the jury:)

10             THE COURT:  From the United States?

11             MR. BALLOU:  Your Honor, a specific objection on

12    this, but then maybe a suggestion for how we can rephrase

13    some of these questions so that they raise fewer objections.

14             So here we've got an issue, a lack of personal

15    knowledge.  It seems that Captain Brooks doesn't have

16    familiarity with this document, doesn't have familiarity

17    with the high-level plans that were implemented.  And the

18    question that was just asked was leading and speculative.

19             THE COURT:  Mr. Roots -- he can ask leading

20    questions in cross-examination.

21             But I hear you.  We want to make sure we're not

22    leading in a way that causes the witness to speculate.

23             Go ahead, Mr. Roots.  Anything you want to add

24    here?

25             MR. ROOTS:  I think the witness has said she's
```

1    vague with this.  So I do want to briefly run through the

2    document.  Vaguely familiar with it, rather.

3           THE COURT:  Well, I hear what you're saying.  We

4    want to be careful about speculation.

5           I will direct her to only answer questions based

6    on things that she knows and not to speculate.  I think that

7    hopefully will help frame this.  And then we'll see where

8    the questions go.

9           We may, as you indicate, need to come back a

10   couple times on this to help sort of sharpen that.  Okay?

11          MR. BALLOU:  Thank you, your Honor.

12          (Whereupon, the following proceedings were had in

13   open court:)

14          THE COURT:  I just wanted to -- two things I

15   wanted to remind you.  One, I want you to get that

16   microphone real close.

17          THE WITNESS:  Yes.

18          THE COURT:  And the second thing is, I want to

19   remind you, as I did in the direct examination, I want you

20   to only answer questions that you know the answer to.  I

21   don't want you to speculate or guess.

22          THE WITNESS:  Okay.

23          THE COURT:  So to the extent you need to sort of

24   feel that out with an answer, you can say, "Here's what I do

25   know or not."  I'm not going to tell you what to say, but I

1    just want you to make sure you're not speculating.  Okay?

2              THE WITNESS:  Understood.

3              THE COURT:  Do you want to reask the question,

4    Mr. Roots?

5    BY MR. ROOTS:

6    Q.  Were you prepped with any kind of plans about the events

7    of January 6th?

8    A.  There was a -- we had a couple of roll calls where we

9    discussed how we would manage that day.

10   Q.  And there were other agencies of law enforcement that

11   were also planning with the Capitol Police.  Correct?

12   A.  I wouldn't know.

13   Q.  I want to ask you about some permits for different

14   events on January 6th.

15              You're aware there were permitted rallies and

16   events that were permitted by the Capitol Police to take

17   place at the Capitol on January 6th?

18   A.  No.  I don't have that specific knowledge.  No.

19   Q.  You don't know or you're -- you don't have any knowledge

20   of the permits or that there were events scheduled?

21   A.  I don't have any specific knowledge of which groups,

22   when, what time, other than the fact that we were expecting

23   a large demonstration presence coming to the Capitol.

24   Q.  Okay.  Yeah.  On this CDU plan, there are descriptions

25   of permitted events.  Correct?

1   A.  Yes.  They are on here.  Yes.

2   Q.  So I'd like to direct your attention to this -- this is

3   Page, I believe, 2.  At the top it says:  Current permitted

4   events for this operational period.

5            Do you see that?

6   A.  Yes.

7   Q.  And one event is the Donald, You're Fired March on D.C.

8   Do you see that?

9   A.  Yes, I do.

10  Q.  And that would be an event that would basically be sort

11  of against the Trump supporters, opposing the Trump -- Trump

12  and his supporters, would you say?

13  A.  I don't know.

14  Q.  Okay.  And then below that there's a Patriots United

15  March.  And that was a permitted event also.  Correct?

16            MR. BALLOU:  Objection, your Honor.

17            (Whereupon, the following proceedings were had at

18  sidebar outside the presence of the jury:)

19            MR. BALLOU:  Your Honor, we're getting to an area

20  here where the witness has demonstrated that she does not

21  have specific knowledge of this document or the underlying

22  facts that he's talking about.

23            If this is being used to prove that these events

24  occurred and were permitted, then this is hearsay.

25            If it's being used to refresh her recollection,

1    then this shouldn't be an exhibit that's published to the

2    jury and should just be handed to her, if I understand your

3    directions correctly.

4                THE COURT:  Go ahead, Mr. Roots.

5                MR. ROOTS:  I believe the witness has said she's

6    familiar with this document.  I'm just trying to go through

7    it and have her point out a few things.

8                THE COURT:  I think she said she's generally

9    familiar.  I understand.  But we don't want her to be the

10   source of information in and of itself if she didn't know

11   it.

12               But I think she did know.  It sounds like it's

13   part of her role.  I've already instructed her to only talk

14   about the things that she was aware of.  So I think we've

15   already done what we need to.

16               So I'll allow you to continue.  I don't want to

17   get too far afield here.

18               (Whereupon, the following proceedings were had in

19   open court:)

20   BY MR. ROOTS:

21   Q.  You are aware that there were permitted events that were

22   allowed and permitted by the Capitol Police for that day,

23   January 6th?

24   A.  No.  What I'm saying is, I didn't have that specific

25   knowledge on that day.  I'm not saying that there was not.

1    I'm just saying I did not have that specific knowledge about

2    other permitted demonstration activity on Capitol grounds

3    other than the trouble we were expecting.

4    Q.  The trouble we were expecting.

5             And it's true that you were expecting thousands of

6    people.  Correct?

7    A.  That was one of our concerns.

8    Q.  Are you familiar with the Women for a Great America

9    Rally?

10   A.  No, not specifically.

11   Q.  You did briefly in your direct testimony talk about an

12   area known -- I think you said the Egg?  You talked about

13   the Egg area?

14   A.  The east front?  Is that what you're --

15   Q.  The east front.

16            MR. ROOTS:  Let's bring up that -- if we could

17   bring up that diagram of the Capitol.

18   BY MR. ROOTS:

19   Q.  Let's look at this.  This is -- I believe it's already

20   in evidence.  This is Exhibit 51.  52?  This is Government

21   201.

22            If you could circle where the --

23            THE COURT:  I don't think it's in evidence yet.

24            THE COURTROOM DEPUTY:  That's not 201.

25            THE COURT:  Hold on one second.  Let's make sure

```
 1        we get it right.
 2                    MR. ROOTS:  We could call it Defense -- Defense
 3        Exhibit 54.
 4                    THE COURTROOM DEPUTY:  I don't have a 54.
 5                    THE COURT:  I think they're trying to mark it.
 6                    MR. ROOTS:  201.  Government's Exhibit 201 is not
 7        in?
 8                    THE COURTROOM DEPUTY:  No.
 9                    THE COURT:  You can --
10        BY MR. ROOTS:
11        Q.  Do you see that --
12                    THE COURT:  If the Government doesn't object, can
13        we have them move it in?
14                    MR. BALLOU:  Sure.  No objection.
15                    MR. ROOTS:  We move to admit Government's Exhibit
16        201.
17                    THE COURT:  I'll allow it to be admitted and
18        published.
19                    (Whereupon, Government's Exhibit No. 201 was
20        entered into evidence.)
21        BY MR. ROOTS:
22        Q.  I want to circle a couple areas here, this area and this
23        area.
24                    To your knowledge, those are places where events
25        are permitted at the Capitol.  Correct?
```

Brooks - CROSS - By Mr. Roots

1    A.  Yes.

2    Q.  And there're speaking events, sometimes music events,

3    prayer events and whatnot?

4    A.  Yes.

5    Q.  And to your knowledge -- I'm trying to understand.  On

6    January 6th specifically, are you aware that there were

7    permitted events in those areas?

8    A.  I don't have that information.  I don't remember if

9    there were permitted events in those areas on that day.  I'm

10   not saying that there were not.  I'm just saying I don't

11   recall.

12   Q.  Okay.  If there were, the public would be able to go

13   there.  Correct?

14   A.  That typically is a permitted demonstration area.  So if

15   someone received a permit that was approved, I'm sure they

16   could go there if they had an approved permit.

17   Q.  And in fact, on most days, the public can freely walk in

18   this area anywhere around here.  Correct?

19   A.  Yes.

20   Q.  Let me ask you, have you had -- how many years have you

21   been on the Capitol Police?

22   A.  28 and a half years.

23   Q.  Okay.  In that number of years, have you seen

24   demonstrations and protests in the front, this east front

25   area of the Capitol?

1    A.  Sometimes there.  Let me -- how can I answer this?

2    There's no demonstration permit for that plaza area, that

3    concreted area.  There's no permit ever allowed there.

4         Do people gather there --

5    Q.  Let me stop -- keep going.  People still gather there,

6    though?

7    A.  I mean, if it's open to the public, anybody can walk

8    through as long as they don't violate any of the rules, laws

9    and regulations.

10   Q.  And in fact, today, we could all walk over there today.

11   Correct?

12   A.  Right now?  Right now, you probably could.  An hour ago,

13   you could not.

14   Q.  Okay.  They say you should never ask "why" of a hostile

15   witness.  Why is that?

16   A.  Today they had a large demonstration at the Supreme

17   Court and they had streets and roads blocked, lots of

18   arrests.  And typically when there's activity at the court

19   and they're expecting large crowds, that east front plaza

20   area of the Capitol would be restricted.

21   Q.  Okay.  So today there was a big protest over there?

22   A.  Yes.

23   Q.  Okay.

24   A.  Not at the Capitol; at the Supreme Court.

25   Q.  Okay.  Isn't it true there is no law that makes any of

1   these areas a restricted area?  There's no law that says

2   that the Capitol grounds is restricted.  Correct?

3              MR. BALLOU:  Objection, your Honor.

4              (Whereupon, the following proceedings were had at

5   sidebar outside the presence of the jury:)

6              MR. BALLOU:  As phrased, this calls for a legal

7   conclusion, your Honor.

8              THE COURT:  I think you sort of have gone through

9   this, Mr. Roots.  You know, I appreciate the other side got

10  to ask questions about, you know, whether or not this was

11  restricted in terms of were people there.  But we never went

12  into the sort of legal question.

13             So I mean, you've asked this now.  I'm hesitant

14  because it feels like we're starting to get into the more

15  law part instead of the factual part.  Right?  That was:

16  Could this person be there?

17             I think what you can ask is -- which you have

18  already -- is:  Could people be here?  You said that.  So if

19  you want to rephrase this question one more time, although I

20  think it's been asked, I'll let you do that.  Okay?

21             MR. ROOTS:  Okay.

22             (Whereupon, the following proceedings were had in

23  open court:)

24  BY MR. ROOTS:

25  Q.  So generally speaking, this idea of whether or not it's

Brooks - CROSS - By Mr. Roots

1    restricted at one moment or another or restricted at one day

2    or another, suffice it to say that's fluctuating.  Correct?

3    A.  Yes.  It can fluctuate.

4    Q.  And isn't it true that in demonstrations when a crowd

5    rushes an area or does a mass walk-on into an area, that the

6    police often will just relinquish the floor?  Isn't that

7    correct?

8    A.  No.  That's not correct.

9    Q.  No, it's not correct?  Never?

10   A.  Not to my knowledge.  No.

11   Q.  You're not familiar with sports events where a crowd

12   rushes a field or something like that?

13   A.  Sure.

14   Q.  And at some point, the referees, the umpires, relinquish

15   and it becomes not a restricted area.  Would you agree with

16   me?

17   A.  I don't know if that's a fair comparison to a sports

18   field and what Capitol Police do.

19   Q.  Okay.  So whether or not a place is restricted really

20   depends on the signage, the police presence, the barricades

21   and those kinds of things.  Correct?

22   A.  Those can be some of the indicators, yes.

23   Q.  If police are visibly -- I'll use the word "retreating"

24   or moving back from a barricaded area, isn't that an

25   indication that it is no longer restricted?

1    A.  I don't know that I would agree with that

2    characterization.

3    Q.  I mean, if it's not restricted, you agree the police

4    could arrest someone conceivably.  Correct?

5    A.  Yes.

6    Q.  But on January 6th, down here on this plaza area, were

7    there any arrests being made of people walking into that

8    area?

9    A.  I don't have that specific knowledge.  Not that I'm

10   aware of.

11   Q.  And in fact, I believe your own testimony was that

12   barricades that had been up had been moved and had been

13   moved away so that it was open?

14   A.  Well, I don't know if it -- I would not use the words

15   "moved away."  The rioters pushed past and trampled,

16   toppled, the bike rack.  I mean, if it's enough people, you

17   can move a bike rack.

18   Q.  Okay.  So obviously, the people who pushed the bike rack

19   or moved it away would be -- they would be invading a

20   restricted area.  Do you agree with that?

21   A.  Yes.

22   Q.  But what about people who come afterward, if there is no

23   visible restriction?  You would agree that it would not be

24   clear that it's a restricted area to those people?

25   A.  I mean, I don't -- I can't speak to what the average

1    person might have thought or the average rioter,

2    demonstrator, might have thought as they were crossing that

3    toppled bike rack.  I can't speak to their state of mind.

4    Q.  And you would agree that another indicator, in addition

5    to not making arrests of people that are on a field -- first

6    of all, you would agree that when officers are visible but

7    they're not arresting or stopping people, that that is an

8    indicator that it may not be restricted?  Would you agree

9    with me?

10   A.  I would say it's all context-based.  It would depend on

11   the circumstances of that particular moment in time.

12   Q.  Let me ask you, on the east front on January 6th, at

13   about -- in the morning hours, were there any loudspeaker

14   announcements of any kind saying this is a restricted area?

15   A.  Not that I'm aware of.

16   Q.  And in fact, those barricades that you mentioned being

17   put in particular places, those are easily moveable by even

18   one person.  Correct?

19   A.  Yes.

20   Q.  When officers are moving backward, can that be viewed as

21   the officers moving the restricted area backward?

22   A.  No, not in my opinion.

23           MR. ROOTS:  I'd like to bring up another exhibit.

24   And that is Defense Exhibit 52.

25           THE COURTROOM DEPUTY:  I'm going to need an

1    updated list.

2         MR. ROOTS:  Just for the witness.

3    BY MR. ROOTS:

4    Q.  Captain Brooks, do you see this video in front of you?

5    A.  Yes, I do.

6    Q.  Does that look like the east side of the Capitol?

7    A.  Yes, it does.

8    Q.  Does it look like January 6th?

9    A.  Yes.

10        MR. ROOTS:  We move to admit Defense Exhibit 52.

11        THE COURT:  Any objection?

12        MR. BALLOU:  Your Honor, we haven't seen the

13   entirety of this video.  Based on what we've seen,

14   conditionally, no objection.

15        THE COURT:  I'll go ahead and admit it.

16        (Whereupon, Defendant's Exhibit No. 52 was entered

17   into evidence.)

18        MR. ROOTS:  First, before we play, I want to point

19   out something.  Let's publish it to the jury.

20        (Whereupon, segments of Defendant's Exhibit No. 52

21   were published in open court.)

22   BY MR. ROOTS:

23   Q.  First of all, in the foreground you see this -- those

24   are the bike racks that you were -- you've talked about?

25   A.  Yes.

1    Q.  And does it look like there are any of those signs that

2    say Area Closed or anything like that on those bike racks?

3    A.  No.  I don't see any in this photo.

4    Q.  And in fact, there were no such signs on the bike racks

5    on the east side.  Would you agree?

6    A.  I don't have that specific information.

7    Q.  You did show that there were those signs that seemed to

8    be spaced rather routinely on the west side.  Do you recall

9    that?

10   A.  Yes, I do.

11   Q.  But here, the east side, you don't recall seeing a

12   single sign on these barricades, do you?

13   A.  I don't have that knowledge.  I know specifically on the

14   west.  But I can't really speak to the signage on the east.

15   Q.  Okay.

16              MR. ROOTS:  Let's play Exhibit 52.

17              (Whereupon, segments of Defendant's Exhibit No. 52

18   were published in open court.)

19   BY MR. ROOTS:

20   Q.  Did you see that officer appear to be waving people in?

21   A.  I saw the officer.  I'm not sure if he was waving to

22   rioters to enter or was there someone else outside of the

23   frame.

24              MR. ROOTS:  Lets play that one more time.

25              (Whereupon, segments of Defendant's Exhibit No. 52

1     were published in open court.)

2     BY MR. ROOTS:

3     Q.  Do you see that officer who appeared to be making hand

4     motions?

5     A.  Yes.  I saw it.

6     Q.  Do you recognize that officer?

7     A.  No, not from this video.

8              MR. ROOTS:  Let's play that again.

9     BY MR. ROOTS:

10    Q.  Would you normally recognize all Capitol Police

11    officers?

12             (Whereupon, segments of Defendant's Exhibit No. 52

13    were published in open court.)

14    BY MR. ROOTS:

15    Q.  Do you generally recognize every Capitol Police officer?

16    A.  I used to once upon a time when -- before there were so

17    many people.

18    Q.  Okay.  Safe to say from that video the officer appears

19    to be waving people in towards the Capitol.  Correct?

20    A.  I can't say.  I mean, it -- I don't know who or what he

21    was waving at.

22             MR. ROOTS:  Let's play that again.  Let's slow it

23    down.

24             (Whereupon, segments of Defendant's Exhibit No. 52

25    were published in open court.)

```
 1              MR. ROOTS:  Let's stop right here.  We've stopped

 2    at four seconds in.

 3              THE COURT:  Hold on.  Why don't we hear from the

 4    United States.

 5              (Whereupon, the following proceedings were had at

 6    sidebar outside the presence of the jury:)

 7              MR. BALLOU:  Your Honor, this is getting

 8    cumulative.  And on top of this, as I understand from our

 9    pretrial conference, in part you granted our motion in

10    limine to preclude arguments that officials authorized the

11    Defendant's conduct.

12              Now, as I understand it, this seemed to go to

13    state of mind.  But it seems like they're going past that

14    and trying to say in fact this wasn't a restricted perimeter

15    because the officers were letting these people in, which is

16    going well beyond the state-of-mind idea.

17              THE COURT:  Well, I'm more concerned right now, I

18    think, about the cumulative nature.

19              I think you've asked her a couple times.  She said

20    she didn't know the person, didn't know what they were

21    doing.  So I think it's been asked and answered, Mr. Roots.

22    So, you know, I think we need to move on.  There's more than

23    the question the Defendant -- it looks like you may already

24    have been moving on.  So I think we're good.

25              MR. ROOTS:  Yeah.
```

```
 1                (Whereupon, the following proceedings were had in

 2      open court:)

 3      BY MR. ROOTS:

 4      Q.  Okay.  Just safe to say that it didn't appear that this

 5      officer was making arrests or holding out hands to stop the

 6      people coming towards the Capitol.  Correct?

 7      A.  I would say he definitely was not gesturing that he was

 8      making any arrests.

 9      Q.  And if he had made even a single arrest or taken someone

10      to the ground or stopped someone, wouldn't that have

11      signaled to people, Whoa, this is a restricted area?

12      A.  I don't know.

13                MR. ROOTS:  I'd like to bring up Defense

14      Exhibit 53.

15      BY MR. ROOTS:

16      Q.  First of all, do you recognize this as the Capitol?

17                MR. ROOTS:  This is just for the witness.

18                THE WITNESS:  Yes.

19      BY MR. ROOTS:

20      Q.  Is this an area of the Capitol you're familiar with?

21      A.  Yes.

22                MR. ROOTS:  We'd move to admit Defense 53.

23                MR. BALLOU:  No objection, your Honor.

24                THE COURT:  I'm going to admit it and publish it

25      to the jury.
```

1          (Whereupon, Defendant's Exhibit No. 53 was entered

2     into evidence.)

3          MR. ROOTS:  This is Defense 53.  We'd like to play

4     this.

5          (Whereupon, segments of Defendant's Exhibit No. 53

6     were published in open court.)

7          MR. ROOTS:  If we could back up a little bit.

8          (Whereupon, segments of Defendant's Exhibit No. 53

9     were published in open court.)

10    BY MR. ROOTS:

11    Q.  Right here, right there, we paused at eight seconds in.

12    Do you see that officer?  It looks like he's moving a

13    barricade.  Do you see that?

14    A.  Yes.  I see it.

15    Q.  And he's moving the barricade away, sort of pulling it

16    in.  Would you agree?

17    A.  That's not what it looks like to me.

18    Q.  It doesn't -- does it appear the officer is pulling the

19    barricade in so that the public can have access?

20    A.  To me, it appears that he is trying to align the bike

21    rack with the edge of the building to try to make a chute

22    for the rioters to move beyond that area.  That's what it

23    looks like to me.

24          MR. ROOTS:  Lets play that to the end.

25          (Whereupon, segments of Defendant's Exhibit No. 52

1    were published in open court.)

2    BY MR. ROOTS:

3    Q.  Do you recognize that part of the Capitol, what part --

4            MR. ROOTS:  Let's play it.

5            (Whereupon, segments of Defendant's Exhibit No. 53

6    were published in open court.)

7    BY MR. ROOTS:

8    Q.  Let me just ask:  So if the public sees officers moving

9    barricades, wouldn't that indicate to the public that this

10   idea of this fixed perimeter is not quite as fixed as you

11   suggested?

12   A.  Again, I don't know what it would -- I don't know what

13   impression the public might have had just based on the few

14   number of officers that were there maneuvering a barricade.

15   Q.  Would you say from the perspective of the public who

16   hadn't been there before that they might be confused about

17   where there's a boundary or where there isn't?

18   A.  Again, I can't speak to the public's state of mind on

19   that day, other than the fact that it was still a pandemic

20   at the time and most things were not open.  Definitely no

21   tourist attractions, and the Capitol was not open.  I don't

22   think anywhere in town was open where a large crowd could

23   gather like that.

24   Q.  After January 6th, isn't it true that you wrote some

25   reports in which you were highly critical of the staffing

1    levels on January 6th?

2    A.  I may have.

3    Q.  You complained that there should have been a lot more

4    officers?

5    A.  I don't know if those were my specific words.  There

6    were a lot of reports and meetings and surveys about what

7    could have been done better, what we should have had or had

8    or didn't have.  There were quite a few emails and such.

9              MR. ROOTS:  We'd like to bring up Defense 51, just

10    for the witness.

11    BY MR. ROOTS:

12    Q.  Captain Brooks, do you recognize this document?

13    A.  Yes.

14    Q.  This is your report about January 6th?

15    A.  I do not believe that is mine.  No.

16              MR. ROOTS:  Let's go down.

17    BY MR. ROOTS:

18    Q.  What do you recognize this as?

19    A.  It's an after-action form that employees, both sworn and

20    civilian, can use to critique or compliment any kind of

21    special event.

22    Q.  And you're familiar with this document?

23    A.  This document, no.  I mean, I'm familiar with the form;

24    but this specific document, no.

25    Q.  These words in the middle are not your words?  Well, all

1    right.  So you're not familiar with this document at all?

2    A.  Not this specific one by this author.  No.

3    Q.  Okay.  It is true that you were critical of staffing

4    levels that day.  Correct?

5    A.  I would not characterize my feelings as critical.  We

6    could have used a lot more police officers.

7    Q.  You did mention the Rotunda doors.

8         That's the front door of the Capitol?

9    A.  That's a door that people probably consider a front

10   door, although in true fashion the Capitol has no front,

11   according to the curators.

12   Q.  Is that also known as the Columbus door?

13   A.  Not -- I don't remember.

14        MR. ROOTS:  Let's bring up 203 again.  That was

15   Government's Exhibit 203.

16   BY MR. ROOTS:

17   Q.  You said that this was a sign that was found at

18   different places in the Capitol.  Correct?

19   A.  They were -- those were the signs that were posted along

20   the west front in and around the area of the inaugural

21   platform.

22   Q.  And you did say, you admitted, that you didn't know if

23   there were any signs on the east.  Correct?

24   A.  No.  I didn't have that specific knowledge of the

25   signage posted on the east.

1   Q.  Okay.  And you're familiar -- first of all, let me

2   just -- you don't know the Defendant here, Ms. Lavrenz.

3   Correct?

4   A.  No, I do not.

5   Q.  You've never met her?

6   A.  No.

7   Q.  But you did at times circle a person wearing a white hat

8   on January 6th that was in different places?

9   A.  Yes.

10  Q.  Okay.  So you're familiar with where that person was in

11  the videos and images that you saw?

12  A.  Yes, based on the videos.

13  Q.  And they were on the east side of the Capitol.  Correct?

14  A.  Yes.  And inside the building.  Yes.

15  Q.  Never on the west side?

16  A.  I don't know if she was on the west side or not.

17  Q.  The images that you saw and that were placed with you on

18  the stand right here were all -- to the extent that you were

19  circling that person with the white hat, those were all from

20  the east side?

21  A.  Yes.

22  Q.  Or a couple were from inside in the Rotunda area.

23  Correct?

24  A.  Yes.

25  Q.  They were not on the west side.

1          Now, this image here looks like --

2          THE COURT REPORTER:  I'm sorry, counsel.  I didn't

3     get an answer.

4     BY MR. ROOTS:

5     Q.  Those images of the person in the white hat were not on

6     the west side.  Correct?

7     A.  No.  None of the images that I was shown was of her on

8     the west side.

9          MR. ROOTS:  I actually would like to play through

10    some of that montage that the Government put out.  And that

11    was Exhibit 001.  That was a video.  We can speed through

12    some of this.

13          (Whereupon, segments of Government's Exhibit No.

14    001 were published in open court.)

15    BY MR. ROOTS:

16    Q.  Let's start from right here.  To your knowledge, Captain

17    Brooks, where is this?

18    A.  That's the west side of the Capitol.  It looks like

19    Pennsylvania Avenue walkway.

20    Q.  And you agree that that person in the white hat, as far

21    as you know, or at least you never circled her over here on

22    the west side at all?

23    A.  No.  I did not circle her on the west.

24    Q.  You would agree there were some violent images --

25          MR. ROOTS:  Go ahead and play through some of that

1     until you get to some --

2              (Whereupon, segments of Government's Exhibit No.

3     001 were published in open court.)

4     BY MR. ROOTS:

5     Q.  There were some riot-type behavior images that were

6     shown.

7     A.  Is that a question?

8     Q.  A question, yeah.

9     A.  Yes.  There was riotous behavior, definitely.

10    Q.  And this is a Government's video that the Government

11    prepared for this trial.

12              They showed all the violence that they could.  And

13    into one video.  Correct?

14    A.  I'm sorry?

15    Q.  They put these clips of different breaches and things --

16              MR. BALLOU:  Objection.

17    Q.  -- into this video?

18              (Whereupon, the following proceedings were had at

19    sidebar outside the presence of the jury:)

20              MR. ROOTS:  I'll withdraw that.  It was a poorly

21    worded question.

22              (Whereupon, the following proceedings were had in

23    open court:)

24    BY MR. ROOTS:

25    Q.  Okay.  I'll just withdraw that.  It was a poorly worded

1    question.

2              Let me just say, this video was prepared by the

3    Government for this case.  Correct?  Or for this case and/or

4    others.

5    A.  As far as I know, yes.

6    Q.  And this video --

7              MR. ROOTS:  Go ahead.

8              (Whereupon, segments of Government's Exhibit No.

9    001 were published in open court.)

10             MR. ROOTS:  Okay.  Let's stop right here.

11   BY MR. ROOTS:

12   Q.  Here's an image -- we're at one minute and 22 seconds.

13   Now, here is an image of the east steps of the Capitol.

14   Correct?

15   A.  Yes.

16   Q.  So here's an image where -- well, I don't know.  But

17   it's possible that that person in the white hat could have

18   been in this crowd somewhere, in this image?

19   A.  Are you asking?

20   Q.  Yeah.

21   A.  I'm sure she was.  Yeah.

22   Q.  Yeah.  And you circled -- as I recall, you circled

23   somewhere in here -- I actually don't know where -- but

24   somewhere in here might be that individual with the white

25   hat?

```
 1     A.  Yes.

 2     Q.  Okay.

 3              MR. ROOTS:  Let's play it through this video,

 4     maybe at double speed or triple speed.

 5              (Whereupon, segments of Government's Exhibit No.

 6     001 were published in open court.)

 7     BY MR. ROOTS:

 8     Q.  Here, we're at one minute, 56 seconds.  That there,

 9     would you call that a breach?

10     A.  Yes.

11     Q.  And that would be on the west side?

12     A.  Yes.

13     Q.  And the white-hatted person is not in this image, as far

14     as you know?

15     A.  Not as far as I can tell.

16              MR. ROOTS:  Keep playing.  Let's just speed

17     through this.

18              (Whereupon, segments of Government's Exhibit No.

19     001 were published in open court.)

20     BY MR. ROOTS:

21     Q.  Okay.  Here we are.  Two minutes and 18 seconds.  This

22     is the west side.  Correct?

23     A.  Yes.

24     Q.  And this is where windows were broken and there were

25     breaches over here.  Correct?
```

```
1    A.  Yes.

2    Q.  And as far as you know, the white-hatted person was not

3    anywhere near this on the west side?

4    A.  I don't know if they were or not.  I do not see them in

5    this video, if that's what you mean.

6    Q.  Okay.

7              MR. ROOTS:  Go ahead and play through.  Triple

8    speed, if you want.

9              (Whereupon, segments of Government's Exhibit No.

10   001 were published in open court.)

11   BY MR. ROOTS:

12   Q.  Okay.  So here we are at about three minutes and 20

13   seconds.  A window has been broken.  This is on the west

14   side.  Correct?

15   A.  Yes.

16             MR. ROOTS:  Keep playing.

17             (Whereupon, segments of Government's Exhibit No.

18   001 were published in open court.)

19   BY MR. ROOTS:

20   Q.  Here's where the initial breach of the building happened

21   on the west side between three and about four minutes 20.

22   This is where the initial breach of the building occurred.

23   Correct?

24   A.  That was one of the initial breaches.  Yes.

25   Q.  And the person in the white hat was not in this scene
```

1    anywhere?

2    A.  Not that I can tell.

3            MR. ROOTS:  Keep playing.  Triple speed.

4            (Whereupon, segments of Government's Exhibit No.

5    001 were published in open court.)

6    BY MR. ROOTS:

7    Q.  And these are images of various people having

8    interactions with law enforcement inside the building?

9    We're at five minutes, 30 seconds.  Do you see this?

10   A.  Yes.

11   Q.  You agree that the person wearing the white hat is

12   nowhere in this scene?

13           MR. BALLOU:  Objection, your Honor.

14           (Whereupon, the following proceedings were had at

15   sidebar outside the presence of the jury:)

16           MR. BALLOU:  Your Honor, it's uncontested that the

17   Defendant was not on the west side of the building.  I think

18   this line of questioning is getting pretty cumulative here.

19   We're happy to concede that she wasn't on the west side of

20   the building.  Perhaps the defense counsel can ask a broader

21   question and we can just resolve this issue.

22           THE COURT:  Mr. Roots, I think you've gotten this.

23   So I don't know --

24           MR. ROOTS:  I guess what I want to do is clear the

25   Defendant of violence.  This video has lots of violence in

 1    it.

 2           Maybe I'll ask a question such as:  "The violent

 3    segment in this video doesn't show that person in white."

 4    Correct?  Something like that.

 5           THE COURT:  That sounds fine.  Thank you.

 6           (Whereupon, the following proceedings were had in

 7    open court:)

 8    BY MR. ROOTS:

 9    Q.  Okay.  We'll just quickly sum it up.

10           So there are a few segments of what you'd call

11    violent images in this montage?

12    A.  Are you asking me?

13    Q.  Yeah.

14    A.  Yes.

15    Q.  You would agree that that person in white, the

16    white-hatted person that you circled, was not in those

17    violent images?

18    A.  I can't say for certain.  Not that I'm aware of.  But I

19    cannot say with 100 percent certainty.

20    Q.  Okay.  You mentioned being assaulted.  You were not

21    assaulted by the person in the white hat, were you?

22    A.  I don't know the identities of the individuals that

23    assaulted me.

24    Q.  You don't know the identities.  They haven't been

25    charged?

```
1     A.  If you're asking me -- I believe the person that they

2     suspect of injuring me was charged.  But not in my specific

3     case.  But I did receive some random injuries, and I do not

4     know who from.

5     Q.  Okay.  Let me quickly follow up.

6          Your assault was on west side or the east side?

7     A.  It was on the west side.

8     Q.  Okay.  Now, let me ask you, the Capitol Police had

9     undercover officers in the crowd on January 6th.  Correct?

10    A.  I don't have that specific knowledge.

11    Q.  You're aware the Capitol Police sometimes has undercover

12    agents in the public?

13    A.  Yes.  I'm aware that they use them.  Yes.

14          MR. BALLOU:  Objection, your Honor.

15          (Whereupon, the following proceedings were had at

16    sidebar outside the presence of the jury:)

17          MR. BALLOU:  Your Honor, this is very quickly

18    headed in the direction of conspiratorial lines of --

19          THE COURT:  Repeat that again.

20          MR. BALLOU:  Your Honor, this is very quickly

21    headed in the direction of questioning whether there were

22    FBI or government provocateurs in the crowd that day, which

23    there has been no evidence of.  Captain Brooks has

24    established she has no knowledge of that.

25          And I think it's been precluded by the motion in
```

1    *limine* from the pretrial conference.

2          MR. ROOTS:  That's not really where I'm going.

3    I'm going with basically a line of questioning about how --

4    well, they had more control over the crowd than they are

5    suggesting that day.

6          THE COURT:  Okay.  Let's keep it narrowly

7    tailored.  Let's do that again.  We want to be careful.  I'm

8    giving you quite a berth to get the amount of information

9    out about what happened that day.  So I think Mr. Roots has

10   some right here to go and try to get some responses as he's

11   cross-examining the witness.

12         MR. BALLOU:  Understood.

13         (Whereupon, the following proceedings were had in

14   open court:)

15   BY MR. ROOTS:

16   Q.  Okay.  Now, your testimony was that the Capitol Police

17   had lost control of the crowd?

18   A.  They were overrun by the demonstrators -- I'm sorry --

19   they were overrun by the rioters.  Yes.

20   Q.  But you were aware that among those what you called

21   rioters were at least some undercover law enforcement.

22   Correct?

23   A.  No.  I do not have that specific information.

24   Q.  You have no knowledge of that?

25   A.  Not on that specific day.  No, I do not.

1    Q.  We're back on Government's Exhibit 001.  Let's play

2    through that a little bit.

3              We're starting at one minute and 22 seconds.

4              (Whereupon, segments of Government's Exhibit No.

5    001 were published in open court.)

6    BY MR. ROOTS:

7    Q.  I'm going to circle an individual.  Do you see the

8    individual I've circled?

9    A.  Yes.

10   Q.  And that looks like some kind of a reporter or

11   photographer or something?

12   A.  Yes.  Or something.  Yes.

13   Q.  And on January 6th, there were lots of photographers

14   that were behind the police lines.  Correct?

15   A.  Anybody that is an employee of Capitol Hill, including

16   the accredited press, would have a staff ID.  So if you have

17   a staff ID, then you're not considered a member of the

18   public, which means you could have potentially been in that

19   area.

20   Q.  And there were a large number -- there were a number of

21   such credentialed or press photographers that were behind

22   police lines all day long.  Correct?

23   A.  I don't know about large number.  But there were some

24   accredited credentialed press there.

25   Q.  Okay.  I believe you've already talked about this.  But

Brooks - CROSS - By Mr. Roots

1    safe to say that some of those bike racks and barricades

2    that you mentioned were removed and/or torn down later in

3    the day.  Correct?

4    A.  I'm not sure how to answer that.

5    Q.  Were the barricades up at the same locations all day

6    long?

7    A.  Well, the barricades were trampled and toppled from the

8    rioters throughout the event.

9    Q.  Okay.  So they were moved in different places?

10   A.  I would not use the word "moved."  I would say they were

11   trampled, pushed, dragged and toppled.

12   Q.  And in some cases, they were moved by officers.  Isn't

13   that true?

14   A.  There were some videos that you showed where officers

15   were moving bike racks.  Yes.

16            MR. ROOTS:  I'd like to bring up Defense Exhibit

17   69.

18            (Whereupon, segments of Defendant's Exhibit No. 69

19   were published to the witness.)

20            BY MR. ROOTS:  If you could play a little bit

21   more.

22            (Whereupon, segments of Defendant's Exhibit No. 69

23   were published to the witness.)

24   BY MR. ROOTS:

25   Q.  Does this look like video on January 6th on the east

Brooks - CROSS - By Mr. Roots

1    side of the Capitol?  Does this look like January 6th on the

2    east side of the Capitol, Officer Brooks?

3    A.  "Captain."

4    Q.  Captain.

5    A.  I think so.

6              MR. ROOTS:  Defense moves to admit Exhibit 69,

7    Defense Exhibit 69.

8              MR. BALLOU:  No objection.

9              THE COURT:  I'll go ahead and admit it and publish

10   it to the jury, please.  Thank you.

11             (Whereupon, Defendant's Exhibit No. 69 was entered

12   into evidence.)

13             MR. ROOTS:  I want to back it up.  Let's publish

14   it to the jury.  I want to back it up to where that

15   porta-john is in the video.

16             (Whereupon, segments of Defendant's Exhibit No. 69

17   were published in open court.)

18   BY MR. ROOTS:

19   Q.  We're stopped at 17 seconds.

20             Do you see this here, Captain Brooks?

21   A.  Yes.

22   Q.  And that looks like a porta-john or a porta-potty,

23   temporary restroom, for the public?

24   A.  Yes, it does.

25   Q.  And that was actually set up on the green grass of the

```
1    Capitol grounds.  Correct?

2    A.  It would appear so in the video.

3    Q.  So it would appear that this was an area that was

4    publicly available that people could go to?

5    A.  I can't really tell.  I can't really get a full picture

6    of this setting just from this clip.  But if somebody had a

7    permit that allowed it, perhaps.

8    Q.  I want to go to a place where it has a clear shot of the

9    bike racks.  Right here.  This is at 11 seconds.  It's a

10   little bit blurry, but let me just ask you.  Do you see

11   anything that looks like a No Trespassing sign on these bike

12   racks here?

13   A.  I only see one little --

14   Q.  Let's see if we can move that either backward or forward

15   and see what that is.

16              (Whereupon, segments of Defendant's Exhibit No. 69

17   were published in open court.)

18   BY MR. ROOTS:

19   Q.  You haven't seen anything that clearly says Closed Area

20   on those bike racks?

21   A.  Would you play that again?

22              MR. ROOTS:  Let's do that again.  Go to 12

23   seconds.

24              (Whereupon, segments of Defendant's Exhibit No. 69

25   were published in open court.)
```

```
1              THE WITNESS:  I'm not sure where that is.  That's
2      a weird video.  I recognize that.  But that's -- it's a
3      weird video.
4      BY MR. ROOTS:
5      Q.  Do you see any signs anywhere that indicate that it's a
6      closed area?
7      A.  I don't see any in this particular video.
8      Q.  And this is the east side.  Correct?
9      A.  Yes.  That's still the east side.
10     Q.  You mentioned being pepper sprayed on January 6th.
11     Correct?
12     A.  Yes.
13     Q.  And I believe you even said you had been pepper sprayed
14     at training, in your police training?
15     A.  Yes.
16     Q.  Let me ask you, is pepper spray available over the
17     counter at gas stations and stores around?
18     A.  I don't know.
19     Q.  As far as you know, were there any arrests on the east
20     side?
21     A.  I don't know.  I don't have specific knowledge about
22     arrest activities from the east side.
23     Q.  About -- if you know, about how many total demonstrators
24     went inside the Capitol on January 6th?
25     A.  To my knowledge, zero demonstrators.  All rioters.
```

1    Q.  Okay.  Well, let's call them what you -- let's --

2    whatever you call them.  Members of the public.  About how

3    many total went inside?

4    A.  I don't have any number total.  I don't know.

5    Q.  Would it be in the hundreds?

6    A.  I don't know.

7           MR. ROOTS:  The Court's indulgence.

8           Thank you so much, Captain Brooks.  No further

9    questions.

10          THE COURT:  Any redirect?

11          MR. BALLOUT:  Just a few questions, your Honor.

12          THE COURT:  Sure.

13          MR. BALLOU:  Ms. Marcelin, can we pull up Exhibit

14   201.

15                     REDIRECT EXAMINATION

16   BY MR. BALLOU:

17   Q.  Captain Brooks, I'm circling a concrete area on the east

18   side.  Do you see that?

19   A.  Yes.

20   Q.  Just in general, so not just January 6th, but just in

21   general, are people -- are people allowed in that area just

22   in general?

23   A.  Yes.

24   Q.  Are protests ever authorized in that area?

25   A.  No.

1     Q.  Were protests allowed there on January 6th?

2     A.  In that area, no.

3     Q.  To the extent you know -- if you don't know, just say

4     so -- to the extent you know, where was the restricted

5     perimeter along this area on the east side?  If you don't

6     know, that's fine.

7     A.  Do you want me to --

8     Q.  Draw it if you can, yeah.

9     A.  (Witness indicates.)

10    Q.  How was that perimeter made clear to the public?

11    A.  There were bike racks and there were officers right by

12    the bike rack.

13    Q.  Were the bike racks -- the defense has said that the

14    bike racks were at some point knocked down.  Is that

15    correct?

16    A.  Yes.

17    Q.  At that point, were protesters allowed in this area?

18    A.  No.

19              MR. ROOTS:  Objection.

20              (Whereupon, the following proceedings were had at

21    sidebar outside the presence of the jury:)

22              THE COURT:  All right, Mr. Roots.

23              MR. ROOTS:  Yeah.  By definition, they were

24    allowed.  This whole concept really is amorphous, really.

25    If the officers are not making arrests, they are allowed

1    then.

2              MR. BALLOU:  Your Honor, I think that's a

3    perfectly legitimate argument to make in closing, but it's

4    not a basis for an objection.

5              THE COURT:  I think that's -- the fact question

6    being asked here is, you know:  Based on her training and

7    experience, was this restricted grounds?  What did she see?

8    And then from that, you cross-examined her as to what

9    actually occurred that day.

10             Now he's again reestablishing just what the sort

11   of purported restricted grounds were.

12             But I think your point, as she conceded, was

13   perhaps people might react differently if they had seen --

14   had people been arrested or not arrested.  So I think that's

15   an argument for closing.

16             I don't think it's a basis for an objection here.

17   She's not speculating.  So I'll allow it.

18             (Whereupon, the following proceedings were had in

19   open court:)

20             MR. BALLOU:  Can we pull up Government's Exhibit

21   101.

22             (Whereupon, segments of Government's Exhibit No.

23   101 were published in open court.)

24   BY MR. BALLOU:

25   Q.  Captain Brooks, I'm circling an area.  What is that?

```
1    A.  Where you circled?  That is a bike rack with people in
2    front of it.
3    Q.  Out of curiosity, how much does a bike rack weigh?
4    A.  I think around 30ish pounds.
5    Q.  It's going to be a little hard to see with a single
6    frame, but then we'll play forward.  I'd like you to focus
7    on the person that I've just circled.
8              MR. BALLOU:  Can we play about five seconds.
9              (Whereupon, segments of Government's Exhibit No.
10   101 were published in open court.)
11             MR. BALLOU:  Pause there.
12   BY MR. BALLOU:
13   Q.  Did you see that person?
14   A.  Can you play it again?
15             (Whereupon, segments of Government's Exhibit No.
16   101 were published in open court.)
17   BY MR. BALLOUT:
18   Q.  This person right here, do you see them?
19   A.  Yes.
20   Q.  Can you describe what they're wearing?
21   A.  An off-white tannish hat and dark coat or something.
22   Q.  About how far is that person from the bike racks that
23   you identified?
24   A.  Maybe two to three people back.
25             MR. BALLOU:  Continuing to play the video, please.
```

Brooks - REDIRECT - By Mr. Ballou

```
1              (Whereupon, segments of Government's Exhibit No.
2    101 were published in open court.)
3    BY MR. BALLOU:
4    Q.  Stopping at 17 seconds, what happened there?
5    A.  The rioters caused a breach and pushed past the police
6    officers and pushed through the barricades.
7    Q.  You were on the west side of the Capitol for a period of
8    time.  Right?
9    A.  Yes.
10   Q.  During that time, did you make any arrests?
11   A.  No, I did not.
12   Q.  With so many people in that area at that time, why not?
13   Why didn't you make any arrests?
14   A.  Well, it was not enough officers to make an arrest.  And
15   then what do you do with them after you put handcuffs on
16   them?  There was no way to get a transport wagon there.  You
17   can't walk the prisoner to the processing center.  And it
18   just -- it would have took more resources than we had on
19   hand to make an arrest, and most officers there were more
20   vested in trying to save their own life and the lives of
21   others.
22              MR. BALLOU:  Can we pull up Exhibit 204.
23   BY MR. BALLOU:
24   Q.  Which side of the Capitol is this?
25   A.  That's the west side.
```

1    Q.  And I've circled sort of a structure here.  What is

2    that?

3    A.  That's the inauguration platform.

4    Q.  Is the inauguration platform a permanent part of the

5    Capitol or not?

6    A.  No.  It's definitely not a permanent part.

7    Q.  When is the -- if it is, when is the inaugural platform

8    built?

9    A.  They start maybe in about September, before the January

10   inauguration.

11   Q.  Do you ever see construction crews around there doing

12   that?

13   A.  Yes, I do.

14            MR. BALLOU:  Nothing further, your Honor.

15            THE COURT:  Okay.  Thanks so much.

16            I think this is a good point for a break.  Do you

17   want to say ten minutes?  At 3:10 we'll start back up.

18            (Whereupon, the jury exited the courtroom at

19   3:01 p.m.)

20            (Thereupon a recess was taken, after which the

21   following proceedings were had:)

22            THE COURT:  Ready to keep going?

23            MR. PARKER:  Yes.

24            THE COURT:  Let's bring in the jury.

25            (Whereupon, the jury entered the courtroom at

Brooks - REDIRECT - By Mr. Ballou

1    3:15 p.m. and the following proceedings were had:)

2              THE COURTROOM DEPUTY:  Please be seated.

3              THE COURT:  If the United States could call your

4    next witness, please.

5              MR. PARKER:  The United States calls Inspector

6    Lanelle Hawa.

7              LANELLE HAWA, GOVERNMENT WITNESS, SWORN.

8              THE COURTROOM DEPUTY:  Thank you.  You may be

9    seated.  Just pull the mic closely to you.

10                        DIRECT EXAMINATION

11   BY MR. PARKER:

12   Q.  Good afternoon.

13   A.  Good afternoon.

14   Q.  Could you please state and spell your name for the

15   record.

16   A.  Yes.  Lanelle Hawa, L-A-N-E-L-L-E; last name is H-A-W-A.

17   Q.  Where do you work?

18   A.  The United States Secret Service.

19   Q.  And how long have you worked there?

20   A.  About 26 years.

21   Q.  Generally speaking, what's the mission of the United

22   States Secret Service?

23   A.  Well, we protect the nation's highest leaders:  the

24   president, vice president, former presidents, any visiting

25   heads of state, family members of sitting presidents and

1    vice-presidents.  We also protect the nation's financial

2    infrastructure.

3    Q.  On January 6th, 2021, what was your role at the Secret

4    Service?

5    A.  I was in the liaison division.

6    Q.  Can you walk the jury through what the responsibilities

7    are in that job.

8    A.  Sure.  So as a member of the liaison division in the

9    Secret Service, I was an agent assigned to the U.S. Capitol

10   Police.  In that role, we would help facilitate any visits

11   of our protectees:  president, vice president, visiting

12   heads of state, anyone who would visit the U.S. Capitol, we

13   would help facilitate access onto the Capitol grounds, help

14   them move around the Capitol complex, attend any meetings

15   they had to attend and just basically help them refer to the

16   site agents to lead them to and from where they need to be.

17   Q.  So before you were the Capitol liaison for the Secret

18   Service, did you ever serve on the detail for a particular

19   protected person?

20   A.  I did.  I was on President Bush's detail.

21   Q.  I want to turn your attention to the days leading up to

22   January 6th.

23            Were any Secret Service protectees planning to

24   visit the Capitol on January 6th?

25   A.  Yes.

1    Q.  Who was that?

2    A.  Vice President Michael Pence; the second lady,

3    Mrs. Pence; the daughter, Charlotte; as well as Vice

4    President-Elect Kamala Harris.

5    Q.  You mentioned the daughter, Charlotte.  That's Vice

6    President Pence's daughter?

7    A.  Yes.

8    Q.  Is she a -- was she a Secret Service protectee on

9    January 6th?

10   A.  Yes, she was.

11   Q.  Did you prepare for their security in the days leading

12   up to January 6th?

13   A.  We did.

14   Q.  Generally speaking, walk me through those preparations.

15   A.  Sure.  So we will do or we did walk-throughs just to

16   understand how the event would take place that day:

17   meetings with Capitol Police, meetings with members from the

18   Senate and House Sergeants at Arms offices staff, anyone who

19   was involved from the Secret Service, meeting, just going

20   over again the movement of the day and what we could expect.

21   Q.  Did you personally familiarize yourself with the

22   security plan for the vice president's visit on January 6th?

23   A.  Yes.

24   Q.  And did you plan to be with or close to the vice

25   president while he was at the Capitol on January 6th?

1   A.  Yes.  That was my assignment, to stay with the vice

2   president on January 6th.

3           MR. PARKER:  Can we pull up Government's Exhibit

4   811.

5   BY MR. PARKER:

6   Q.  Do you see this on your screen?

7   A.  I do.

8   Q.  Do you recognize this exhibit?

9   A.  I do.

10  Q.  Generally speaking, in broad terms, what is this?

11  A.  This is an email that I drafted the day prior on January

12  5th, 2021.  There was an attachment that was with this email

13  that I sent to counterparts at the U.S. Capitol Police,

14  Senate and House Sergeant at Arms offices.  And I think a

15  few Secret Service agents also were recipients of this

16  email.

17          MR. PARKER:  Your Honor, we'd move to admit

18  Government's Exhibit 811.

19          MR. ROOTS:  Objection to relevance.

20          (Whereupon, the following proceedings were had at

21  sidebar outside the presence of the jury:)

22          THE COURT:  You can go ahead, Mr. Roots.

23          MR. ROOTS:  Yeah.  I would add foundation.  It

24  just doesn't relate to this Defendant in any way.

25          MR. PARKER:  Your Honor, we have to prove that the

1    vice president was visiting in order for this to be a

2    restricted area.

3            What we're going to walk through is the attachment

4    to this email is a worksheet that sets out sort of in broad

5    terms the itinerary that the vice president would have at

6    the Capitol.  It establishes his temporary visit.  It's

7    plainly relevant to an element of the offense.

8            THE COURT:  It appears to be relevant, relating to

9    one of the elements of the offense.  I'll allow it.  She's

10   laid a foundation for it.

11           (Whereupon, the following proceedings were had in

12   open court:)

13           MR. PARKER:  Can this be published to the jury?

14           THE COURT:  I'm going to go ahead and admit it.

15   It may be published to the jury.

16           (Whereupon, Government's Exhibit No. 811 was

17   entered into evidence.)

18   BY MR. PARKER:

19   Q.  So the jury should be seeing this on their screen.  This

20   is Government's Exhibit 811.  I think you mentioned this is

21   an email you sent to some other individuals in law

22   enforcement at the Capitol.

23           Can you just read the message in this exhibit, in

24   this email?

25   A.  Sure.  It says, "All:  Please see the attached HOS

1    notification for Vice President Michael Pence, Mrs. Pence

2    and Charlotte Pence to the U.S. Capitol on Wednesday,

3    January 6th, 2021.  Regards, Lani."

4              MR. PARKER:  We can take this down.  Can we pull

5    up Government's Exhibit 812.

6    BY MR. PARKER:

7    Q.  Do you recognize this exhibit?

8    A.  I do.

9    Q.  Is this the attachment that was on that previous email?

10   A.  It is.

11             MR. PARKER:  Your Honor, we'd move to admit

12   Government's Exhibit 812.

13             THE COURT:  Mr. Roots?

14             MR. ROOTS:  Same objection.

15             THE COURT:  I'll overrule based on the same

16   grounds and admit it and publish it to the jury.

17             (Whereupon, Government's Exhibit No. 812 was

18   entered into evidence.)

19             MR. PARKER:  So this should be published to the

20   jury.

21   MR. PARKER:

22   Q.  Can you just read what the header is at the very top of

23   this exhibit?

24   A.  Yes.  It says "Head of state worksheet, U.S. Secret

25   Service, liaison division, U.S. Capitol."

1    Q.  Are you listed on this exhibit?

2    A.  I am.

3    Q.  Can you circle your name?

4    A.  (Witness complies.)

5    Q.  Just generally speaking, why did you send this?

6    A.  We send this notification form typically reserved for

7    use when the president, the vice president or a head of

8    state is visiting the U.S. Capitol.

9              In this instance, we used it because Vice

10   President Pence was visiting the Capitol on the following

11   day.  And this worksheet is used to provide our counterparts

12   at the Capitol Police and the Senate and/or Sergeant at --

13   Senate or House Sergeant at Arms offices.  It provides them

14   with more detailed information about the visit:  location of

15   arrivals, departures, movements throughout the Capitol; it

16   gives them some information on the vehicles involved and

17   some points of contact from our agency.

18   Q.  And do you see about two-thirds of the way down there's

19   a header that says Itinerary?

20   A.  Yes.

21   Q.  Can you kind of walk me through what's going on in the

22   Itinerary section here?

23   A.  Sure.  So again, this was the itinerary provided to us

24   for the day's events from the either the House or Senate

25   Sergeants at Arms, a culmination of people, staffers, who

1    let us know what time the vice president was arriving.  It's

2    our understanding that he was to arrive at 12:30 p.m. that

3    day.  Where you see via MC to Senate carriage, that's via

4    motorcade, the arrival area, with a Senate carriage.  We

5    would then move to S214, which is the designated number for

6    the vice president's ceremonial office on the Senate side of

7    the Capitol.

8            And then it proceeds to kind of give us -- provide

9    information to our counterparts that we'll be moving by foot

10   to the House chamber, that he'd be participating in the

11   certification of the Electoral College votes, and then again

12   some back-and-forth between the House, the Senate and his

13   office.

14   Q.  And a few follow-ups on what you listed there.

15          So I have it right, I've circled the first column,

16   the second row down.  It says Arrival Time and then 12:30

17   p.m.  Is that correct?

18   A.  That's correct.

19   Q.  And did I hear you right that that was when the Vice

20   President was anticipated to arrive at the United States

21   Capitol?

22   A.  It was.

23   Q.  And you mentioned travel between the House and Senate

24   chambers.

25          In sort of general terms, why would that be

1    necessary on January 6th?

2    A.  So we knew that the vice president, again just by being

3    given to us by the House Sergeant at Arms offices, that it

4    would start at 1:00 p.m.  The certification would start at

5    1:00 p.m.

6            And then, depending on whether or not there were

7    objections to any of the states' votes, if there were

8    objections, the House and the Senate would separate and then

9    carry out their business as needed.  And so if and when that

10   happened, the vice president would lead the senators back to

11   the Senate to convene and then there would be some

12   back-and-forth to reconvene in the House.  And then again,

13   if there was objections, they would separate again and then

14   carry on the business back and forth.

15           But we didn't have -- again, that's why there's a

16   lot of TBDs on there, because we didn't have --

17   to-be-determined times because we didn't have exact times on

18   when those objections may or may not happen.

19   Q.  It may be a silly question.  When the vice president's

20   going from the House chamber to the Senate chamber, is he

21   walking?

22   A.  Yes.  So he would walk just straight across the Capitol

23   on the second floor.

24   Q.  On the second floor?

25   A.  Second floor, yes.

1    Q.  Through the Rotunda?

2    A.  Yes.

3    Q.  Last question on this document.  The last row, if we

4    look at the function column, it says Motorcade Departure.

5         Is that pretty much what it sounds like?  The vice

6    president was planning to leave via motorcade?

7    A.  Yes.  We had anticipated a departure via motorcade from

8    the House carriage simply because that's where it would have

9    concluded, the certification would have concluded.  But

10   again, we're flexible.  It could have ended up being the

11   Senate carriage and we just would adjust as needed.

12         MR. PARKER:  We can take this exhibit down.

13   BY MR. PARKER:

14   Q.  Let's talk a little bit about the security that was in

15   place on January 6th.

16         MR. PARKER:  Can we pull up Government's Exhibit

17   202.

18   BY MR. PARKER:

19   Q.  Have you seen this exhibit before?

20   A.  Yes.

21   Q.  What does this in general terms depict?

22   A.  This depicts the security perimeter that was agreed upon

23   between Secret Service and U.S. Capitol Police to be used on

24   January 6th, 2021.

25   Q.  And is this exhibit a fair and accurate depiction of

1   what the security perimeter was around the Capitol on

2   January 6th?

3   A.  Yes.  So where you see the red line, there would be --

4   or there was hard barriers, bike racks, fencing, permanent

5   barricades, where vehicles would enter and exit the complex.

6   So that line is just showing the boundary of where the

7   general public was not allowed in.

8           MR. PARKER:  Your Honor, we'd move to admit

9   Government's Exhibit 202.

10          MR. ROOTS:  Objection.

11          (Whereupon, the following proceedings were had at

12   sidebar outside the presence of the jury:)

13          THE COURT:  Go ahead, Mr. Roots.

14          MR. ROOTS:  Yeah.  The red line is -- is an

15   imaginary line.  We object on the ground that this is not

16   really an accurate depiction of true-to-life boundaries.

17          MR. PARKER:  Your Honor, I think the witness's

18   answer made clear this a fair and accurate representation

19   of what the perimeter was on January 6th.  And she made

20   clear that the perimeter on the ground was established by

21   what we've heard other witnesses talk about:  bike racks,

22   signs, fencing, police officers.

23          THE COURT:  I think so.  I'll admit it.

24          I'd just ask if you can please ask a question to

25   clarify that the red line was obviously -- there was no

1    paint or something on the ground that day, just so there's

2    no confusion for the jury.  Okay?

3              MR. PARKER:  Of course.  Thank you.

4              (Whereupon, the following proceedings were had in

5    open court:)

6              MR. PARKER:  Your Honor, are we admitting this?

7              THE COURT:  Yes.  We'll go ahead and admit it.

8    You can publish it to the jury.

9              (Whereupon, Government's Exhibit No. 202 was

10   entered into evidence.)

11   BY MR. PARKER:

12   Q.  So looking at Government's Exhibit 202, do you see

13   there's a red line there?

14   A.  Yes.

15   Q.  Maybe a silly question.  There wasn't literally red

16   paint around the United States Capitol on January 6th.

17   Right?

18   A.  There was not.

19   Q.  I think you mentioned some of the ways of how the

20   restricted perimeter was set up.  Can you mention those

21   again.

22   A.  Yes.  So the red line basically is an illustration of

23   where we would have hard barriers, if you will, bike racks,

24   fencing.  Some of this was permanent barricades that existed

25   at the Capitol on any given day, vehicle barricades.  And

1    that's just kind of an outline of what was restricted that

2    day.  All of those -- the fencing, the bike racks, signage

3    was placed upon them advising that it was a restricted area.

4    Q.  When you're providing protection to someone like the

5    vice president, is it important to know who's within the

6    perimeter around the vice president?

7    A.  Yes.

8    Q.  And why is that?

9    A.  We always want to know who would be around him if they

10   are swept, meaning have they been through a security

11   screening.  If they have or have not been, that obviously

12   affects our security plan and measures we would take.

13   Q.  What does a security screening entail?

14   A.  Usually going through a magnetometer or a hand wand to

15   ensure there's nothing that could cause harm, you know, a

16   weapon, knife, gun, anything that could cause harm to any of

17   our protectees or others.

18   Q.  Looking at Government's Exhibit 202, from the time when

19   Vice President Pence arrived at the Capitol on January 6th

20   through midnight of that night, did he ever leave what's

21   inside this red line?

22   A.  He did not.

23         MR. PARKER:  We can take this exhibit down.

24   BY MR. PARKER:

25   Q.  So let's turn to the day of January 6th itself.

1          When did you begin your workday?

2  A.  I got there sometime in the morning, I would say 9:00,

3  9:00 or so that morning.

4  Q.  And "there" being the U.S. Capitol?

5  A.  Yes.  The U.S. Capitol.  My apologies.

6  Q.  Did you have any meetings or briefings in the morning?

7  A.  I did.  I met with one of the agents assigned to the

8  vice president's detail.  I would have met with some of the

9  Capitol Police involved in the visit that day, probably

10  touched base with members from the House and Senate Sergeant

11  at Arms offices.  Yes.  There would have been several

12  discussions that morning, just followup on if anything had

13  changed regarding the event.

14  Q.  In any of those meetings with your law enforcement

15  partners and other members of the Secret Service, did you

16  discuss a plan that the Secret Service would use in case of

17  an emergency?

18  A.  I did.

19  Q.  And what's that plan called?

20  A.  We refer to it as an emergency action plan.  So just

21  walking through -- I worked closely with the agent assigned

22  to the vice president's detail, just showing her, you know,

23  in the event that there was an incident, walking her through

24  the steps we would take and where we would go and how we

25  would handle that.

1    Q.  And what time approximately did Vice President Pence

2    arrive at the Capitol?

3    A.  It was right about 12:30 p.m.

4         MR. PARKER:  Can we pull up Government's Exhibit

5    105.  And can we jump to 36 minutes, 58 seconds.

6    BY MR. PARKER:

7    Q.  Inspector Hawa, do you recognize this exhibit?

8    A.  I do.

9    Q.  What does it show?

10   A.  This shows the east plaza of the U.S. Capitol complex.

11   It shows some of the protesters, if you will, up against the

12   bike rack, which I pointed out was part of that red line

13   that you showed on one of the previous exhibits.

14        And this area here, you don't see it in this clip

15   that's on the screen, but this is where we have staged on

16   the plaza, is where we staged the vice president's motorcade

17   that day.

18        MR. PARKER:  Your Honor, we'd move to admit

19   Government's Exhibit 105 and publish to the jury.

20        MR. ROOTS:  No objection.

21        THE COURT:  I'll go ahead and admit it and publish

22   it to the jury.

23        (Whereupon, Government's Exhibit No. 105 was

24   entered into evidence.)

25

Hawa - DIRECT - By Mr. Parker

1    BY MR. PARKER:

2    Q. Inspector Hawa, looking at the top left-hand corner, can

3    you read the time that's listed there?

4    A. Yes. Wednesday, January 6th, 2021, 12:36 and 58 seconds

5    p.m.

6    Q. I'm circling a part of the Capitol on the plaza on the

7    top right-hand side of the screen.

8         What is this area?

9    A. That's the Senate side of the main Capitol Building.

10    Q. Is the Senate carriage within that circle that I drew?

11    A. It is.

12    Q. If you're able to more precisely point to where the

13    Senate carriage is.

14    A. Sure. It sits under the stairs here. So this would be

15    the Senate carriage.

16    Q. And if I have it right, when we looked at that worksheet

17    before, the Senate carriage area was where the vice

18    president was set to arrive. Is that correct?

19    A. That is correct.

20    Q. I'm going to ask you to keep an eye on that area that we

21    just talked about.

22         MR. PARKER: And let's go ahead and play until

23    12:37:09 from the top.

24         (Whereupon, segments of Government's Exhibit No.

25    105 were published in open court.)

```
 1    BY MR. PARKER:

 2    Q.  Did you see a car start pulling into the carriage?

 3    A.  Yes.

 4    Q.  Is that part of the vice president's motorcade?

 5    A.  It is.

 6              MR. PARKER:  Let's jump ahead to the bottom 39:02.

 7              (Whereupon, segments of Government's Exhibit No.

 8    105 were published in open court.)

 9    BY MR. PARKER:

10    Q.  We're still looking at Government's Exhibit 105.  In the

11    top left corner, do you see the time is 12:39 and two

12    seconds?

13    A.  Yes.

14              MR. PARKER:  Can we please play this exhibit.

15              (Whereupon, segments of Government's Exhibit No.

16    105 were published in open court.)

17    BY MR. PARKER:

18    Q.  While this is playing, what do you see coming out of the

19    Senate carriage area?

20    A.  That is the vice president's motorcade.

21    Q.  And what's the motorcade doing at this point?

22    A.  So there has already been a dropoff.  The vice president

23    has gotten out of the cars and they are relocating the cars

24    and staging them on the plaza.

25    Q.  I don't know that we need to do this with every car
```

1    parked.  But do they all generally park in the area where

2    these cars are pulling up sort of in the center of the

3    plaza?

4    A.  Yes.  That's correct.

5              MR. PARKER:  We can pause this exhibit.  We paused

6    at 12:39:47.  We can take this down.

7    BY MR. PARKER:

8    Q.  Inspector Hawa, when the vice president exited his

9    motorcade, did you personally greet him?

10   A.  I did.

11   Q.  Did you enter the Capitol with the vice president?

12   A.  I did.

13   Q.  After you got inside the Capitol, where did you go?

14   A.  We went upstairs.  So we arrived on the first floor.  We

15   walked up the stairs to the second floor and went to his

16   ceremonial office, which is the S214 you saw in the head of

17   state worksheet.

18   Q.  And just out of curiosity, why did the vice president

19   have an office at the Capitol?

20   A.  My understanding is because he also served as the

21   president of the Senate.

22   Q.  After going to his ceremonial office, where did the vice

23   president go next?

24   A.  To the Senate chamber.

25   Q.  Were you with the vice president at that point?

```
 1    A.  I was.  I was on the exterior of the chamber on the

 2    other side -- on the main doors waiting to receive them as

 3    they walked out and proceeded to the House chamber.

 4    Q.  Did you accompany the vice president to the House

 5    chamber?

 6    A.  I did.

 7    Q.  Did you walk through the Rotunda on your way there?

 8    A.  I did.

 9              MR. PARKER:  Can we pull up Government's Exhibit

10    002.

11              Your Honor, it might be helpful to get on the

12    phones briefly.

13              (Whereupon, the following proceedings were had at

14    sidebar outside the presence of the jury:)

15              THE COURT:  Go ahead.

16              MR. PARKER:  So, your Honor, this is the

17    congressional proceeding montage that was the subject of one

18    of our supplemental motions in limine that you granted.

19              My understanding from the granting of the motion

20    was that this video is effectively -- can be played without

21    a witness and is self-authenticating.  We are going to

22    nonetheless play it with a witness on the stand for

23    presentation reasons.

24              I intend to ask Inspector Hawa whether she's seen

25    the video before and whether it depicts events on the House
```

 1   and Senate chamber floors and ask to publish it to the jury.

 2          THE COURT:  Mr. Roots, if I understand, you have

 3   your prior objection from the pretrial conference.  Anything

 4   else?

 5          MR. ROOTS:  Just the continuing objection.

 6          THE COURT:  I'll go ahead, based on my prior

 7   order, and allow this to be admitted.

 8          Note also, as I stated at the pretrial conference,

 9   that this montage has been admitted in multiple other

10   proceedings in this courthouse.  So I follow the guidance

11   from the Court in those matters.  So we'll go ahead and play

12   it here and admit it once we're off the bench conference.

13          (Whereupon, the following proceedings were had in

14   open court:)

15   BY MR. PARKER:

16   Q.  Have you seen this before?

17   A.  Yes.

18   Q.  Does it depict events that happened on the House and

19   Senate floors?

20   A.  Yes.

21          MR. PARKER:  Your Honor, we'd move to admit

22   Government's Exhibit 2 and publish to the jury.

23          THE COURT:  I'll admit it over the standing

24   objection.

25          (Whereupon, Government's Exhibit No. 2 was entered

1    into evidence.)

2                 THE COURT:  And publish, please.

3                 MR. PARKER:  Can we play this until two minutes

4    and 18 seconds.

5                 (Whereupon, segments of Government's Exhibit No. 2

6    were published in open court.)

7                 MR. PARKER:  We're paused at 2:18 in Government's

8    Exhibit 2.

9    BY MR. PARKER:

10   Q.  I'm circling an individual in the middle of the screen.

11   Who is that?

12   A.  That's Vice President Michael Pence.

13   Q.  And I'm not asking you to be an expert on congressional

14   proceedings or the joint session.  Generally, what was Vice

15   President Pence's role during the joint session on

16   January 6th?

17   A.  My understanding is that he oversees the certification

18   of the Electoral College votes.

19                MR. PARKER:  Let's go ahead and play until 7:57.

20                (Whereupon, segments of Government's Exhibit No. 2

21   were published in open court.)

22                MR. PARKER:  We're paused at seven minutes and 57

23   seconds in Government's Exhibit 002.

24                We can take this exhibit down.

25                THE COURT:  Why don't we take our break here.

1    Does that make sense?

2              MR. PARKER:  Yes.

3              THE COURT:  Great.  So I think we'll take -- it's

4    3:47.  So why don't we plan to be back and ready to go and

5    hit the ground running at 4:00.  If the jurors can be back

6    at five to 4:00, and that way we'll have everything going on

7    here.

8              (Whereupon, the jury exited the courtroom at 3:49

9    p.m. and the following proceedings were had:)

10             THE COURT:  We'll be in recess.

11             (Thereupon a recess was taken, after which the

12   following proceedings were had:)

13             (Whereupon, the jury entered the courtroom at

14   4:00 p.m. and the following proceedings were had:)

15             THE COURT:  Please be seated.

16             Mr. Parker, you may proceed.

17   BY MR. PARKER:

18   Q.  So, Inspector Hawa, before we took our break, I believe

19   we were watching a montage video; and it looked like the

20   proceeding went into a recess.

21             Do I have that right?

22   A.  That's correct.

23   Q.  At some point did the vice president go back to his

24   ceremonial office in the Senate?

25   A.  Yes.

1    Q.  And did you accompany him at that point?

2    A.  I didn't specifically accompany him to the office, but I

3    was with him when we moved from the House chamber to the

4    Senate chamber.

5    Q.  While the proceedings were going on throughout the early

6    afternoon, were you aware of what was happening outside of

7    the Capitol?

8    A.  I became aware of what was happening outside the Capitol

9    right about the time we were moving from the House chamber

10   to the Senate chamber, which is about 1:15 p.m., when there

11   was the first objection I believe from the State of Arizona

12   votes.

13   Q.  And what did you become aware of happening outside?

14   A.  So I was informed -- one, I could hear a ruckus on

15   the -- my Capitol Police counterparts' radio, which they

16   wear on their uniform, on their shoulder.  I could hear a

17   ruckus.  I could hear calls for help, backup.

18          And I gathered some more information from my

19   counterparts with Capitol Police and learned that there had

20   been a security breach on the west side of the Capitol.

21   Specifically, protesters had made their way onto the west

22   lawn and all the way to the west side of the U.S. Capitol

23   main building where they were building an inaugural platform

24   or stage for the upcoming inauguration.

25          And these unauthorized individuals had made their

1    way as far as the platform and were in a tussle, if you

2    will, with some of the Capitol Police officers who were

3    outside and they were trying to gain access to the main

4    Capitol Building.

5    Q.  Did you say that you personally saw this crowd at all?

6    A.  I saw -- there were times throughout the day thereafter

7    that I saw the crowd by just looking out the window

8    depending on where we were in the Capitol.  But yes, I

9    definitely saw the crowd more so on the north side just from

10   where we were on the Senate side that was gathering.  They

11   were in an area where I knew they weren't to be because they

12   were inside of that secured perimeter that we had showed

13   earlier, the red line.

14   Q.  At some point was there a decision made amongst the

15   Secret Service team to relocate the vice president's

16   motorcade?

17   A.  Yes.  So soon after, again, we made our way from the

18   House side to the Senate side.  The Secret Service agents

19   who were in the motorcade that was staged on the east plaza

20   had called in to us who were on the inside and expressed

21   concern that there was a crowd gathering on the bike racks

22   on the east side.  These protesters were gathering in

23   numbers.  And knowing what had happened on the west side,

24   there was concern that there would be a security breach of

25   the bike racks that were set up on the plaza.

1      We made a decision to move the motorcade so that,

2   one, these unauthorized individuals, if they did break the

3   barrier, they couldn't get to the motorcade, and then

4   placing the motorcade -- relocating it in an area where it

5   would be readily available to us if we needed to depart the

6   Capitol.

7          MR. PARKER:  Can we pull up Government's Exhibit

8   106.  Let's go to one minute 30 seconds in.

9          (Whereupon, segments of Government's Exhibit No.

10   106 were published in open court.)

11   BY MR. PARKER:

12   Q.  Now, this exhibit's not yet in evidence.  Is this the

13   same CCTV camera that we saw in one of the previous

14   exhibits?

15   A.  Yes.

16   Q.  Does this also depict footage from January 6th, 2021?

17   A.  It does.

18          MR. PARKER:  Your Honor, we'd move to admit

19   Government's Exhibit 106.

20          THE COURT:  Mr. Roots?

21          MR. ROOTS:  No objection.

22          THE COURT:  It'll be admitted and published.

23          (Whereupon, Government's Exhibit No. 106 was

24   entered into evidence.)

25

```
 1    BY MR. PARKER:
 2    Q.  Can you read the timestamp that's in the top left-hand
 3    corner?
 4    A.  Yes.  It's 1:58 minutes and 30 seconds p.m.
 5    Q.  I'm circling a group of cars that are in the middle of
 6    the plaza.
 7              What's that?
 8    A.  That is the vice president's motorcade.
 9    Q.  At this point, is there some space between the vice
10    president's motorcade and the crowd?
11    A.  Yes, there is.
12    Q.  And why would -- was that purposeful?
13    A.  Yes, it is.
14    Q.  Why would there be some space purposely put between the
15    crowd and the motorcade?
16    A.  Once again, we don't want any individuals to be able to
17    reach out within arm's reach of the motorcade and be able to
18    touch it or even just throwing objects at it or doing
19    anything that might render the motorcade inoperable.
20    Q.  And the original plan going into January 6th, was that
21    plan for the motorcade to remain there until the vice
22    president departed?
23    A.  It was.
24              MR. PARKER:  Can we play this exhibit until two
25    minutes and 15 seconds and then pause.
```

```
1              (Whereupon, segments of Government's Exhibit No.
2     106 were published in open court.)
3     BY MR. PARKER:
4     Q.  I'll ask you to keep an eye on the motorcade.
5     A.  Okay.
6     Q.  We're paused at two minutes 15 seconds.  What did you
7     see the motorcade do in that clip?
8     A.  It's departing the plaza and relocating to a secure
9     location.
10             MR. PARKER:  Can we play to 2:30 and then pause.
11             (Whereupon, segments of Government's Exhibit No.
12    106 were published in open court.)
13    BY MR. PARKER:
14    Q.  I'm circling a group of people in the middle of the
15    screen.  What does it appear that they just did?
16    A.  They have breached the -- it appears they have breached
17    the security perimeter.
18    Q.  Are they generally in the same area where the motorcade
19    was just a few seconds ago?
20    A.  Yes.
21    Q.  Would it have been safe for the vice president to depart
22    from the east plaza with people here?
23             MR. ROOTS:  Objection.  Speculation.
24             (Whereupon, the following proceedings were had at
25    sidebar outside the presence of the jury:)
```

Hawa - DIRECT - By Mr. Parker

 1          THE COURT:  Go ahead, Mr. Roots.

 2          MR. ROOTS:  Yeah.  Speculation.  And this video

 3    can be interpreted as the crowd waiting for the motorcade to

 4    leave and then the crowd walks forward, meaning that the

 5    crowd understood not to approach the vehicles.

 6          THE COURT:  I think, Mr. Parker, I understand

 7    you're asking to have it -- I think it's -- I don't want to

 8    get too far into the elements as to whether or not they're

 9    in restricted grounds, but I'm happy to hear from you.

10          MR. PARKER:  Sure.

11          First of all, your Honor, Mr. Roots's point sounds

12    like a wonderful area of cross.

13          We do have to show that there was a disruption and

14    that this is disrupting the Secret Service's ability to

15    protect the vice president.  And so when we're talking about

16    the disruption of orderly government conduct, this is part

17    of that.  This is the riot interfering with the government's

18    plan.  We saw the head of state notification worksheet that

19    had the itinerary.

20          Inspector Hawa testified that the original plan

21    was for the motorcade to remain there.  It obviously can't,

22    because the rioters are there.  I'm asking:  Is that partly

23    because of a safety concern?

24          THE COURT:  I guess if you can just rephrase the

25    question and maybe instead of -- I guess what would be safer

```
 1    is kind of focus on, you know, Why did you have to make a

 2    change in plans?  Does that sort of still get to the same

 3    issue from your end, Mr. Parker?

 4              MR. PARKER:  I'll be happy to ask it that way.

 5              THE COURT:  Okay.  Thank you.

 6              (Whereupon, the following proceedings were had in

 7    open court:)

 8              THE COURT:  If you want to rephrase the question.

 9              MR. PARKER:  Yes, your Honor.

10    BY MR. PARKER:

11    Q.  We see the crowd -- I circled before and we saw the

12    motorcade leave.

13              Did the crowd play a role in the motorcade needing

14    to leave?

15    A.  Yes.  Again, there was a concern expressed that if this

16    crowd were to breach, which they were having a feeling this

17    was going to happen based on the events that were taking

18    place, if this crowd were to breach the security perimeter

19    and get close to the motorcade, it's a security concern for

20    us in the way that we operate.  But it's also an obvious

21    concern that we wouldn't want public around the vehicles as

22    they were moving.

23              MR. PARKER:  We can go ahead and take this exhibit

24    down.

25
```

1  BY MR. PARKER:

2  Q.  As a member of the Secret Service on January 6th, did

3  you have any form of communications equipment with you?

4  A.  We did.  We operate with radios.

5  Q.  And did your radio -- did you have a radio with you on

6  January 6th?

7  A.  I did.

8  Q.  Was it working?

9  A.  It was.

10  Q.  Were you able to hear radio transmissions from other

11  members of the Secret Service?

12  A.  Yes.  Specifically, I monitored the communications of

13  the vice president's detail.

14          MR. PARKER:  Can we pull up Government's Exhibit

15  3?

16          Your Honor, it might be helpful to get on the

17  phones.

18          (Whereupon, the following proceedings were had at

19  sidebar outside the presence of the jury:)

20          THE COURT:  Go ahead, Mr. Parker.

21          MR. PARKER:  Your Honor, Government's Exhibit 3 is

22  another montage video.  This was admitted in the *United*

23  *States v. Barron* trial that your Honor presided over.  I

24  know there was an objection from Mr. Pierce or Mr. Roots --

25  I don't recall which one -- during that trial.  There are

 1    radio transmissions in this.  In that trial, the Government

 2    argued and your Honor accepted that those radio

 3    transmissions were present sense impressions or excited

 4    utterances.

 5            We'd make the same argument here, that they're

 6    admissible.

 7            And then the video itself is a fair and accurate

 8    depiction of events that happened on January 6th.  I'll lay

 9    that foundation with the witness, of course.

10            And at one point in the video the witness is

11    actually visible.  So I just wanted to front this for your

12    Honor so we could talk about this now.

13            THE COURT:  Mr. Roots, any issues?  Same

14    objection, of course.

15            MR. ROOTS:  Yeah.  We would object on the same

16    grounds.  It is hearsay.  It is partially offered for the

17    truth of the matter.  And Ms. Lavrenz is not really relevant

18    to this.  She's not in this video.

19            THE COURT:  It sounds like the Government's going

20    to allege she is in this video.  Is that right?

21            MR. PARKER:  No, your Honor.  The witness, not the

22    Defendant.

23            THE COURT:  Sorry.  The witness.

24            So I think, you know, as I stated in the *Barron*

25    case, I'll overrule the objection and allow it.  I think the

1    exceptions noted by the Government are a basis.  I think

2    these are present sense impressions.  I don't know that it's

3    being entered for the truth.

4            In addition, I would note regardless, though, I

5    think the present sense impression, I think it's helpful for

6    that.  And I think that, you know, we're all, again -- at

7    bottom, we're just looking for prejudice in addition to the

8    rules of hearsay.  I don't think that it does.  You'll have

9    the opportunity to cross-examine the witness here who was

10   part of this montage video.

11           So I'll allow it.

12           (Whereupon, the following proceedings were had in

13   open court:)

14           THE COURT:  Proceed with laying a foundation.

15           MR. PARKER:  Yes, your Honor.

16   BY MR. PARKER:

17   Q.  Inspector Hawa, have you reviewed this video before?

18   A.  Yes.

19   Q.  Are the images in the video portion of the exhibit a

20   fair and accurate depiction of events that happened on

21   January 6th?

22   A.  Yes.

23   Q.  And is there some radio transmissions included in this

24   exhibit?

25   A.  Yes.

1    Q.  Are those radio transmissions a fair and accurate

2    depiction of Secret Service radio traffic on January 6th?

3    A.  Yes.

4            MR. PARKER:  Your Honor, we'd move to admit and

5    publish Government's Exhibit 003.

6            THE COURT:  I'll admit it over the objection as

7    noted.

8            You can publish it.

9            (Whereupon, Government's Exhibit No. 003 was

10   entered into evidence.)

11           MR. PARKER:  Can we please play this exhibit in

12   its entirety.

13           (Whereupon, Government's Exhibit No. 003 was

14   published in open court.)

15           MR. PARKER:  If we could just jump back to 1:17 in

16   this video at the very end.

17   BY MR. PARKER:

18   Q.  We're paused at 1:17 in Government's Exhibit 003.  Do

19   you see yourself in this exhibit?

20   A.  I do.

21   Q.  Can you circle yourself?

22   A.  (Witness complies.)

23   Q.  And just for the record, you've circled an individual

24   standing on the stairway in the center of the screen.  Let

25   me go ahead and clear this.

1    In Government's Exhibit 3, do you recognize any of

2    the voices that we heard?

3    A.  I do.

4    Q.  Who are they?

5    A.  So the female voice you heard was Agent Liz Glavey.  She

6    was my counterpart.  She was assigned to the vice

7    president's detail.  She and I were working hand in hand

8    that day.

9    And the other voice that you heard was Agent Joe

10   Bassetti, who's the individual on the staircase with me

11   here.  You also heard one of the supervisors from the

12   detail, I believe he was a DSAC at the time, deputy special

13   agent in charge, Max Milian.

14   Q.  And still looking at Government's Exhibit 3, I'm

15   circling a door on the right side of the screen.  Where does

16   that door lead to?

17   A.  So if you were to walk into the door that you see on the

18   right of the screen, to the right would be -- or is the vice

19   president's ceremonial office, S214.  There's a long hallway

20   that runs behind the Senate chamber, which would be to your

21   left.

22   Q.  And at this time, in this exhibit, was the vice

23   president in his office?

24   A.  He was.

25   MR. PARKER:  If we can go ahead and take this

1    exhibit down.

2    BY MR. PARKER:

3    Q.  At some point on January 6th, did you become aware that

4    rioters had entered the Capitol Building?

5    A.  I did.

6    Q.  And at that point or after that point, did your team

7    make any decision about relocating the vice president?

8    A.  Yes.  So we were first made aware that there had been

9    breaches in the building on the House side and more towards

10    the center of the Capitol Building.  Then at some point

11    myself and Agent Glavey came face to face with some of these

12    unauthorized individuals on the Senate side.

13         And then again, just as we gathered information

14    and given the totality of the circumstances, we made a

15    decision after talking with supervisors, some of the other

16    folks from the Secret Service, that it was best to relocate

17    the vice president for fear of us getting trapped in his

18    office, if you will, since we had breaches on all sides of

19    the Capitol at that point.

20         MR. PARKER:  Can we pull up Government's Exhibit

21    112.

22    BY MR. PARKER:

23    Q.  Do you recognize this exhibit?

24    A.  I do.

25    Q.  Have you seen this before?

1    A.  I have.

2    Q.  Is this a fair and accurate depiction of the Capitol's

3    CCTV from January 6th?

4    A.  It is.

5         MR. PARKER:  Your Honor, we'd move to admit

6    Government's Exhibit 112.

7         MR. ROOTS:  Same objection.

8         THE COURT:  I'll permit it.  It's admitted and

9    it'll be entered in evidence and published over the prior

10   objection, which is a standing objection, for the reasons I

11   stated.

12        (Whereupon, Government's Exhibit No. 112 was

13   entered into evidence.)

14   BY MR. PARKER:

15   Q.  Can you read the timestamp that's in the top left-hand

16   corner?

17   A.  Yes.  It's 2:25 and 47 seconds p.m.

18   Q.  Again, are you on this screen again?

19   A.  I am.

20   Q.  Same spot as before?

21   A.  Same spot by the portrait.

22   Q.  I think you mentioned this before.  Who's the individual

23   with his back to the camera?  You don't need to go by name.

24   But just what's his role?

25   A.  He's one of the agents assigned to the vice president's

1    detail.

2    Q.  Okay.  And at this point in time, was it your

3    understanding that there were rioters on the Senate side of

4    the building?

5    A.  Yes.

6              MR. PARKER:  Let's play until 14 seconds and then

7    pause.

8              (Whereupon, segments of Government's Exhibit No.

9    112 were published in open court.)

10   BY MR. PARKER:

11   Q.  We're paused at 14 seconds in Government's Exhibit 112.

12             Do you see the vice president in this picture?

13   A.  I do.

14   Q.  Can you circle him?

15   A.  (Witness complies.)

16   Q.  And for the record, you've circled an individual in the

17   center of the screen who's facing towards the camera.

18             What is the Secret Service doing with the vice

19   president right at this point?

20   A.  So we've moved to enact our emergency action plan.  And

21   in this instance, we are relocating the vice president and

22   his family to a more secure location on the Capitol grounds

23   within our secure perimeter and away from the unauthorized

24   individuals.

25   Q.  And I think you said it there.  Without saying

1  specifically where, somewhere within that red line area that

2  we looked at in Government's Exhibit 202?

3  A.  That's correct.

4  Q.  Did you generally remain with the vice president when he

5  was in that secure location?

6  A.  I did.

7  Q.  Just roughly speaking, how long was he there?

8  A.  For about five or six hours.

9          MR. PARKER:  Can we pull up -- we can take this

10 down and pull up Government's Exhibit 216, which I believe

11 is in evidence.

12 BY MR. PARKER:

13 Q.  Inspector, do you recognize this as a map of the U.S.

14 Capitol?

15 A.  I do.

16 Q.  And does this appear to be the second floor?

17 A.  Yes.

18 Q.  Now, I believe you mentioned earlier that when the vice

19 president would go from the House chamber to the Senate

20 chamber and vice versa, he would have to walk through the

21 Rotunda.  Is that right?

22 A.  That's correct.

23 Q.  I circled an area in the middle of the screen.  Is that

24 the Rotunda?

25 A.  Yes, it is.

1    Q.  If there were a group of rioters inside of the Rotunda,

2    would the vice president be able to go from the House

3    chamber to the Senate chamber?

4    A.  We would not recommend that as a route.

5    Q.  Why is that?

6    A.  It would be a security concern if we had unauthorized

7    individuals again who weren't swept, had not gone through a

8    security check.  Again, we had -- in this instance, with

9    these unauthorized individuals, we didn't know what their

10   intentions were.  So yeah, we would not -- it would not be

11   the way we would suggest taking him.

12   Q.  If there was even one unauthorized individual in the

13   Rotunda, would that still have given you similar concerns?

14   A.  Yes, it would.

15   Q.  Can you explain why?

16   A.  One individual could cause harm just as much as

17   multiple.  You know, we often think of -- one may not seem

18   like a lot; but if one was wearing a suicide vest or had a

19   weapon on him, that one individual would be a security risk.

20   Q.  And is that one of the reasons the Secret Service has

21   security screenings for people who are going to be around

22   protectees?

23   A.  Absolutely.

24   Q.  And I'm not going to go over the exact same questions

25   again.  But would you have had similar concerns if there was

 1    a group of rioters in this north hallway?

 2    A.  Yes.  We would have concerns if there were rioters on

 3    any point of our route.

 4    Q.  And that hallway is within your route?

 5    A.  Yes.

 6              MR. PARKER:  We can go ahead and take this exhibit

 7    down.

 8              We're going to put back up Government's Exhibit

 9    002, which is that congressional montage.  And if we could

10    go to 7:57 and just play till the end of this exhibit.

11              (Whereupon, segments of Government's Exhibit No.

12    002 were published in open court.)

13    BY MR. PARKER:

14    Q.  In that video we just watched, did it look like at some

15    point the proceedings started back up?

16    A.  Yes.

17    Q.  Was that later in the evening on January 6th?

18    A.  It was.  I want to say they reconvened somewhere between

19    8:00 and 9:00 p.m.

20    Q.  Before the proceedings could restart, did the Secret

21    Service -- was there certain conditions within the Capitol

22    that the Secret Service wanted in place?

23    A.  Yes.  So obviously we needed the area clear of any

24    unauthorized individuals.  So a decision was made with the

25    Capitol Police, Secret Service, Senate and House Sergeant At

1    Arms personnel.  There was a call to other law enforcement

2    entities, federal, state and local in the national capital

3    region, to respond to the Capitol to help clear out the

4    unauthorized individuals and render it what we would

5    consider safe, meaning there was no individuals who weren't

6    to be there inside the Capitol.

7         Security sweeps had been conducted with canines

8    making sure there were no explosives, and visual sweeps as

9    well to make sure there were no weapons or anything that

10   could cause harm to any of the members or protectees

11   returning to the proceedings.

12   Q.  Throughout your career with the Secret Service, had you

13   ever experienced anything like January 6th?

14   A.  I have not.

15   Q.  And how is that different from any other day?

16   A.  There was a lot of differences in that day.  I've never

17   experienced a security breach like that at any of the sites

18   that I've been involved in the planning of.

19   Q.  Again, how long have you been with the Secret Service?

20   A.  26 years.

21        MR. PARKER:  No further questions, your Honor.

22        THE COURT:  Mr. Roots, cross-examination.

23                    CROSS-EXAMINATION

24   BY MR. ROOTS:

25   Q.  Thank you, Agent Hawa.

```
1              You're a special agent with the Secret Service?

2    A.  Yes.  Inspector is my title.  But I am a special agent.

3    Q.  Inspector.

4    A.  Yes.

5    Q.  What was your rank on January 6th, 2021?

6    A.  I was special agent, but official title was staff

7    assistant.

8    Q.  I didn't hear the last part.

9    A.  Official title was staff assistant.

10   Q.  So you've gotten a promotion since then?

11   A.  Since when?

12   Q.  Since January 6th, 2021.

13   A.  Yes.

14   Q.  And you said you'd been with the Secret Service for 26

15   years?

16   A.  Yes.

17   Q.  Now, there's this idea that the Secret Service gets to

18   declare areas to be restricted.  Is that your testimony?

19   A.  That we declare areas to be restricted?

20   Q.  Yeah.

21   A.  If we have a site that we're establishing, yes, we get

22   to identify restricted areas.

23   Q.  So is it the case that the Secret Service can just

24   arbitrarily declare an area, let's say, right here, if the

25   vice president wanted to come over here, is it the case that
```

1     the Secret Service can just get on its walkie-talkies and

2     say it's restricted?

3     A.  Well, it wouldn't be arbitrarily.  We would have a need.

4     Again, if we had a protectee in the vicinity, we are

5     authorized to create restricted areas.

6                MR. ROOTS:  Let's bring up Government's Exhibit

7     811.  Government 811.

8     BY MR. ROOTS:

9     Q.  And this is an email that you said that you authored?

10    A.  That is correct.

11    Q.  And it looks like there are a number of addressees on

12    this email?

13    A.  That is correct.

14    Q.  Was one of those addressees named Rebecca Lavrenz?

15    A.  I don't believe so, but some of these addresses were

16    group addresses, meaning one address could go to multiple

17    people.

18    Q.  And the purpose of this email was to notify the

19    recipients of this event the next day with Mr. and Mrs.

20    Pence at the Capitol on January 6th?

21    A.  And their daughter Charlotte.  Yes.

22    Q.  So let's bring up that attachment.

23                MR. ROOTS:  That's Government 812.

24    BY MR. ROOTS:

25    Q.  And this is Government 812.  You said this was the head

```
1    of state worksheet?

2    A.  That is correct.

3    Q.  And it has sort of the schedule of the expected

4    movements of the protectee, in this case, Mr. Pence, on

5    January 6th?

6    A.  That is correct.

7    Q.  And this was actually written the day before?

8    A.  That is correct.

9            MR. ROOTS:  If we could blow it up a little bit

10   larger.

11   BY MR. ROOTS:

12   Q.  Let's look at the bottom, where it says that the

13   itinerary -- it says that Pence was expected to arrive --

14   the arrival time, 12:30 at, I guess, the Senate carriage.

15   Then at 12:55 at the House chamber.

16           Do you see that?

17   A.  I do.

18   Q.  And then below that, it says "TBD."  What is TBD?

19   A.  To be determined.

20   Q.  To be determined.

21           So it was not known where Pence would be going or

22   when.  I guess the destination was known, but it wasn't

23   known when?

24   A.  Correct.

25   Q.  After that.  That would have been after 12:55 p.m.
```

1    Correct?  So after 12:55 p.m., you didn't actually know

2    where Pence would be?

3    A.  We knew that his movements that day would be between the

4    House side of the Capitol and the Senate side of the

5    Capitol.

6    Q.  And of course on the other side there's these departures

7    which are the same, TBD all through here, to be determined?

8    A.  That is correct.

9    Q.  So it was expected that there would be disruptions?

10    A.  It was expected that there would be objections, possible

11    objections, to the certification of the Electoral College

12    votes.

13    Q.  And this was literally written into the schedule.  In

14    other words, it was expected there would be delays of the

15    proceedings?

16    A.  We were told to anticipate possible objections to the

17    certification and that when that happened, if that happened,

18    that the vice president would move between the House and the

19    Senate and then back from the Senate to the House.

20    Q.  Let me ask another general question.  Often these

21    protectees go to events, like let's say a Washington Wizards

22    game or something.  You would accompany them to those kinds

23    of events?

24    A.  I personally would not.  But Secret Service -- there

25    would be a Secret Service detail with them, with the

1    protectee.

2    Q.  Now, would that be a restricted area at the Capitol One

3    Arena?

4    A.  That could depend on the security plan that was

5    established.

6    Q.  So it could be something that is not known in advance?

7    A.  That what could be something?  The site?

8    Q.  This idea --

9    A.  That what would be --

10   Q.  Well, let me ask a question.

11        The idea that the Secret Service gets to declare

12   what is and is not a restricted area is not always set in

13   stone.  Would you agree?

14   A.  Well, by law, we are allowed to create restricted areas

15   based on our locations of the protectees.

16   Q.  And anyone who is going to be charged with violating

17   that really should be informed in some way about that area.

18   Correct?

19   A.  That area what?  Being restricted?

20   Q.  Yeah.

21   A.  Typically, when we set up restricted areas, we have

22   signage or personnel, whether it's local law enforcement

23   agents, uniform division officers that would be able to

24   inform any individual trying to enter a restricted area that

25   that area is, in fact, restricted.

Hawa - CROSS - By Mr. Roots

1    Q.  This agenda that is on this display here, this exhibit,

2    was this published to the public?

3    A.  This particular form was not published to the public.

4    Q.  So how would the public know about this?

5    A.  I can't speak to any of the information that was shared

6    with the public about the day's events.

7    Q.  The public is expected to stay away, but they're not

8    necessarily privy to any of this information?

9    A.  Well, the public would be privy to -- if they approached

10   the Capitol, they would have seen the signage notifying them

11   that the area was restricted.  There were also Capitol

12   Police officers set up around the perimeter who would have

13   informed individuals that they weren't allowed access unless

14   they had a reason to be there.

15   Q.  Now, obviously, we hear -- the protectees that you

16   mentioned, president, vice president, obviously I'm sure

17   there are others, and we hear a lot about the White House,

18   which has a large fence around it.  Where does the vice

19   president live?

20   A.  The vice president lives at the Naval Observatory.

21   Q.  We don't hear much about that.  Is it a mansion of some

22   kind?

23   A.  There is a residence on the property.  Yes.

24   Q.  Is there that kind of large ten-foot fencing around

25   there like there is around the White House?

1    A.  There is fencing around the Naval Observatory.

2    Q.  But you'd agree that's not true of the Capitol?

3    A.  That what's not true?

4    Q.  That there is not ten-foot tall fencing around the

5    Capitol.

6    A.  There is not ten-foot tall fencing around the Capitol.

7    Q.  Now, isn't it important for the vice president or the

8    president to be responsive to public advocacy?

9    A.  I didn't hear the question.

10   Q.  Isn't it important for the vice president or the

11   president to be responsive to the public?

12   A.  I don't think I'm qualified to speak to what's important

13   for the vice president or the president to be responsive to.

14   Q.  Now, you did say that the vice president has an office

15   at the Capitol.  Is that correct?

16   A.  That is correct.

17   Q.  And that's because I believe you said that the vice

18   president is the president of the Senate?

19   A.  That is my understanding.

20   Q.  And the vice president actually presides at times over

21   the U.S. Senate?

22   A.  That is my understanding.

23   Q.  And in fact, senators will address him as president,

24   Mr. President, but he's actually the vice president?

25   A.  I have heard that to be true.  Yes.

1    Q.  He breaks a tie in the Senate?

2    A.  That is correct.

3    Q.  So he has this office.  How many times, let's say, per

4    year does he visit this office?

5    A.  Specifically Vice President Pence or the vice

6    president --

7    Q.  Any vice president.

8    A.  It could be several times.  It would depend on the votes

9    that were being had, if there were ties to be broken.

10   There's various events, different numbers of events that

11   bring -- that would bring the vice president to the Capitol.

12   Q.  Now, the total time that Congress was in recess on

13   January 6th was about six hours.  Isn't that correct?

14   A.  That sounds about correct.  Yes.

15   Q.  And in fact, that's not really that much different from

16   the schedule as planned.  Correct?

17   A.  I don't know that I would agree to that because there's

18   no time noted on there.

19   Q.  Are you aware of the Trump speech that was going on that

20   same day by Trump?

21   A.  I was aware.

22   Q.  Are you aware that Trump said he was going to meet

23   people over at the Capitol on January 6th?

24   A.  I was aware at some point thereafter.

25   Q.  Trump said in his speech, "I'll be joining you," or

Hawa - CROSS - By Mr. Roots

```
 1   words to that effect.

 2   A.  Yes.  I had gotten word that that had occurred.

 3   Q.  Okay.  Let me ask you, where, if people heard that

 4   speech --

 5             MR. PARKER:  Objection.

 6             (Whereupon, the following proceedings were had at

 7   sidebar outside the presence of the jury:)

 8             THE COURT:  Okay, Mr. Parker.

 9             MR. PARKER:  Your Honor, I think we're venturing

10   into territory which was a subject of one of our motions in

11   limine to preclude arguments that the rioters were

12   authorized by President Trump.  Perhaps I'm wrong in that

13   assumption.  But I don't want that to be the avenue we're

14   going down, given our motion in limine.

15             THE COURT:  Mr. Roots, where are we going here?

16             MR. ROOTS:  I'm not trying to suggest she was

17   authorized.  But confused would be the defense.

18             THE COURT:  What is the testimony you're hoping to

19   adduce?  I guess, what are you hoping to get the witness to

20   say?

21             MR. ROOTS:  Well, when Trump said, "I'll meet you

22   over there," people would be confused about exactly where

23   they were expected to go at the Capitol.

24             THE COURT:  It calls for speculation.  How can

25   she -- I'm not sure, I guess, as to -- do you think
```

Hawa - CROSS - By Mr. Roots

1    there's -- can you restate what it is you're saying, what

2    you're trying to get her to say?  Because that sounds very

3    speculative.  How could this inspector state where she

4    thought that the president was telling people to meet?

5         MR. ROOTS:  Maybe I could ask a question like:

6    Wouldn't you -- you would agree that people hearing Trump

7    say, "I'll meet you over there" would be confused about

8    precisely where in the Capitol they should go.

9         MR. PARKER:  Your Honor, sorry.  I was going to

10   say, I think that's -- it's maybe slightly less speculative,

11   but I think it's still quite speculative.

12        THE COURT:  Yes.  I think this inspector can't

13   speak to that sort of question of where people thought they

14   may or may not -- were supposed to go.

15        You know, if he said, Meet me at X Street and 11th

16   or something, that's another thing.  She could state, I

17   guess, potentially, although, you know, with hearsay

18   concerns or things like that -- but here, we're just asking

19   her to guess what was meant by something vague.

20        I think you have already adduced that -- you know,

21   you can say:  Didn't President Trump say to go there?  And

22   save for argument what "there" means.  Or if you want to

23   have a witness, including the Defendant, explain that they

24   were confused, you can do that.  All right, Mr. Roots?

25        MR. ROOTS:  Okay.  This is not a huge point.  So

 1    maybe I'll just move on.

 2              THE COURT:  Okay.

 3              (Whereupon, the following proceedings were had in

 4    open court:)

 5              MR. ROOTS:  Okay.  I'm going to actually take this

 6    down.  Lets put up another exhibit.  And that is that video,

 7    106.  Government's 106.

 8              (Whereupon, segments of Government's Exhibit No.

 9    106 were published in open court.)

10              MR. ROOTS:  So let's stop right there.

11    BY MR. ROOTS:

12    Q.  So this is the east side of the Capitol on January 6th

13    at around 1:57 p.m.?

14    A.  That's correct.

15    Q.  And you pointed out this motorcade of cars.  It seems

16    like there are a lot of those black, I guess, SUVs.

17              Is it your testimony that Pence was in one of

18    these?

19    A.  It is not my testimony.

20    Q.  Were you in one of these?

21    A.  I was not.

22    Q.  But this was the motorcade that was moving -- that would

23    move Pence around?

24    A.  That's correct.  That's the motorcade that the vice

25    president utilized to the Capitol, and then he would be

1    using the same one when he departed the Capitol.

2    Q.  At this time, these motorcades -- these cars were empty

3    or did they have people in them?

4    A.  There were people in them.

5    Q.  Now, you mentioned these security concerns.

6            You'd agree that -- well, what's the distance

7    between the rear bumper of this vehicle and the first person

8    that's on this fence line?

9    A.  I would say 30 or 40 feet.

10   Q.  So you mentioned all these security concerns.  It

11   doesn't -- if there were serious security concerns, the

12   Secret Service could put additional barricades.  Correct?

13   A.  We don't really delineate between serious security

14   concerns and security concerns.

15   Q.  You could certainly put higher fencing or bigger

16   fencing, heavier fencing.  Correct?

17   A.  Sure we could have.

18   Q.  Can you do double barricading?

19   A.  If it was available and there was a need to do it, we

20   could.

21   Q.  Now, I don't see a lot of Secret Service people standing

22   out around these cars.

23   A.  They're inside the cars.  They're the drivers.

24   Q.  If there was all these security concerns, wouldn't they

25   come -- wouldn't they be outside the vehicles maybe making a

1    presence know?

2    A.  No.  It's best for them to be inside the cars.

3    Q.  Now, at some point the motorcade you said left.

4         MR. ROOTS:  Let's go ahead and play that.  Maybe

5    around the two-minute mark.

6         (Whereupon, segments of Government's Exhibit No.

7    105 were published in open court.)

8         MR. ROOTS:  Stopping at 1:55.

9    BY MR. ROOTS:

10   Q.  So here is about the time that this motorcade begins to

11   sort of leave?

12   A.  That's correct.

13   Q.  You'd agree that the crowd appears fairly -- well,

14   within -- within -- within a range, fairly orderly?

15   A.  Except for the crowd on the north side that has breached

16   the security perimeter.

17   Q.  Okay.  And that's in this video?

18   A.  It is.

19   Q.  That's these guys over here?

20   A.  Yes.  If you push play, you'll see the crowd start to

21   come through on the north side.

22   Q.  Okay.  But isn't it true that this video can be

23   construed as the crowd waiting until the motorcade pulls

24   away and then the crowd, believing that the protectee is

25   gone, bursts onto the scene?

1    A.  Construed by who?

2    Q.  Maybe by someone in this crowd.

3    A.  I can't speak to what others thought was happening out

4    there that day.

5    Q.  Does it look like this crowd is chasing the motorcade?

6    A.  I had to go off the information that was being passed to

7    me by the individuals who were outside, by any of the

8    information -- or the verbal shouting or chanting they heard

9    out there.  There was a concern expressed to me from the

10    agents in the motorcade that there was a concern that that

11    crowd was going to breach the security perimeter, and they

12    did in fact breach the security perimeter.

13    Q.  Okay.  But suppose someone in this crowd is aware that

14    Mike Pence or a protectee is in there and knows this.

15           And then -- go ahead -- and before I play, suppose

16    someone interpreted this to mean that Mike Pence has pulled

17    away.  Wouldn't that mean that he's aware that it is no

18    longer restricted and he can walk forward?

19           MR. PARKER:  Objection.

20           THE COURT:  Let's have a bench conference.

21           (Whereupon, the following proceedings were had at

22    sidebar outside the presence of the jury:)

23           THE COURT:  Go ahead.

24           MR. PARKER:  Yes, your Honor.  This is the same

25    speculation concerns that we dealt with before.  I don't

```
 1   know how the inspector would be able to infer what someone
 2   in the crowd would have thought when she wasn't there.  It's
 3   speculation.
 4          THE COURT:  I think she's already said she
 5   couldn't really speak to what people would be thinking
 6   there.  So I think she said pretty clearly she's not
 7   equipped to speculate.  And certainly I don't want her
 8   speculating.
 9          Mr. Roots, let's move on and not ask her to guess
10   what's in the minds of people in the audience.  Okay?
11          MR. ROOTS:  Your Honor, I would like to play the
12   video.
13          THE COURT:  No problem.
14          (Whereupon, the following proceedings were had in
15   open court:)
16          THE COURT:  So we're going to play the video.
17          MR. ROOTS:  Okay.  Let's play this.
18          (Whereupon, segments of Government's Exhibit No.
19   105 were published in open court.)
20          MR. ROOTS:  We're at 2:12.  And let's stop right
21   there.
22   BY MR. ROOTS:
23   Q.  Didn't it look like the crowd waited for the motorcade
24   to begin leaving before they moved forward?
25   A.  To answer your question, it doesn't matter whether the
```

Hawa - CROSS - By Mr. Roots

1    motorcade was there or not.  There was a secure perimeter.

2    The expectation of placing a barrier such as a bike rack,

3    which is fairly difficult to take apart, to open, one

4    would -- I don't know that the general public would think

5    it's acceptable to move a hard barricade that is, again,

6    labeled with -- that it's closed or restricted simply

7    because our motorcade left.

8            There was also again Capitol Police officers out

9    there that would have been directing them not to break the

10   barricade.

11           No assumptions can be made.

12           MR. ROOTS:  Let's keep playing that, if possible.

13           (Whereupon, segments of Government's Exhibit No.

14   105 were published in open court.)

15   BY MR. ROOTS:

16   Q.  We're paused at 2:39 or 2:40.

17           The motorcade is out of the scene in this -- at

18   this moment.  And you would agree that at no time did any

19   member of the public touch any of these vehicles in the

20   motorcade?

21   A.  That is my understanding.

22   Q.  Were you -- let me ask you, so you were with the -- Mike

23   Pence's detail.  And Trump must have had a Secret Service

24   detail also that day.  Correct?

25   A.  Yes, he did.

1   Q.  Was his detail communicating with your detail?

2   A.  If they were communicating, I was not part of the

3   conversations.

4   Q.  Did they have these security concerns?

5           MR. PARKER:  Objection.

6           MR. ROOTS:  I'll withdraw that.

7           THE COURT:  Okay.

8   BY MR. ROOTS:

9   Q.  Let me ask about other protectees.  What about the vice

10  president-elect, Ms. Harris?  Did she also have a Secret

11  Service detail?

12  A.  She did.

13  Q.  And where was she at this moment in her detail?

14  A.  They were not on complex, is my understanding.  And they

15  did not return to the complex because of the situation that

16  was taking place at that moment.

17  Q.  And in fact, she was not even taking part in the

18  proceedings at this time.  Correct?

19          MR. PARKER:  Objection.

20          (Whereupon, the following proceedings were had at

21  sidebar outside the presence of the jury:)

22          THE COURT:  Go ahead, Mr. Parker.

23          MR. PARKER:  Your Honor, we're going to make a

24  relevance objection at this point.  I don't see -- I simply

25  don't see the relevance.

```
1          And may I just add, I don't want to get into an
2    area where we start talking about specifics of Secret
3    Service protectee protection and Secret Service protocols
4    and procedures.  That was also the subject of a motion in
5    limine.
6          I don't -- I don't think Mr. Roots is going there,
7    but I don't want us to inadvertently end up there.
8          THE COURT:  Yes.  I don't think Mr. Roots is going
9    there, so I think we're okay in terms of the motion in
10   limine.
11         But I'm happy to hear about relevance, Mr. Roots.
12         MR. ROOTS:  Well, I do want to ask about where
13   Vice President-Elect Harris was and a couple questions about
14   text messages and things like that.
15         THE COURT:  What do you mean by "text messages"?
16         MR. ROOTS:  Well, it's known that the Secret
17   Service deleted text messages.
18         THE COURT:  Relating to what?
19         MR. ROOTS:  I believe -- my understanding is they
20   deleted all text messages from January 6th.  It goes to the
21   credibility of this whole case against our client.
22         THE COURT:  Why don't we just before --
23         Are you going to have any objections to that,
24   Mr. Parker?
25         MR. PARKER:  Your Honor, we would object to that
```

1    line of cross.

2         One, I think this was something that should have

3    been covered in a motion *in limine*.  I simply don't know why

4    this wasn't raised before.  I don't know why this is getting

5    raised now.

6         I don't understand --

7         THE COURT:  Well --

8         MR. PARKER:  Sorry.  I apologize, Your Honor.

9         THE COURT:  Go ahead.

10        MR. PARKER:  I don't understand the relevance to

11   this witness or how this would be impeachment of this

12   witness.  Again, I think if we're trying to litigate

13   January 6th writ large, this is not the venue for that.

14        THE COURT:  So I think, Mr. Roots, what you can

15   ask is:  Did she have any text messages and did she delete

16   any of her text messages related to what happened that day?

17   I mean, I think that's important.  That's her prior

18   statements and things like that.  It goes to her

19   credibility.

20        But what another agent did I don't think really

21   speaks to what she's talking about.

22        Now, let's rewind.  I do think part of what the

23   Government's talking about is protectees there; and that's

24   going to be in the instruction.

25        So I think it's fine for you to inquire where the

1    vice president-elect was.  And then again, I think you can

2    ask if she had, you know, statements that she might have

3    made through text messages or emails or anything.  You can

4    ask her:  Did she -- how did she communicate with her

5    colleagues or whomever?  And did she preserve those or, you

6    know, were they deleted?  I think that's fair to ask her

7    that.  All right?

8              MR. PARKER:  Your Honor, may I?

9              One point to raise that I think weighs on that

10   last point that your Honor made:

11             So you said that the Government has raised that

12   Secret Service protectees were there.

13             I do want to note that I believe the information

14   specifies which Secret Service protectee.  Purposefully, it

15   leaves off Vice President -- excuse me -- Vice

16   President-Elect Harris.  So I do want to avoid any confusion

17   or confusing the issues or misleading the jury because Vice

18   President Harris isn't actually part of this charging

19   instrument, whereas the president -- Vice President Pence

20   is.

21             THE COURT:  Yeah, I hear you.  I think that it's

22   clear in the instruction.  So I don't think there's

23   confusion to -- when you're going over the instructions, I

24   think you can be clear about that.  But I think it's

25   reasonable for him just to ask, you know, where she was

```
 1      generally during this time.  But I want to keep it limited.

 2                Okay, Mr. Roots?

 3                MR. ROOTS:  Okay.

 4                (Whereupon, the following proceedings were had in

 5      open court:)

 6      BY MR. ROOTS:

 7      Q.  Okay.  To your knowledge, where was Vice President-Elect

 8      Harris at this time?

 9      A.  To be honest, I don't know her exact location at that

10      time.

11      Q.  You did say, I believe, she was not at the Capitol?

12      A.  I knew she was not at the Capitol.  But I can't speak to

13      where she was.

14      Q.  Okay.  Did you send any texts or receive any texts on

15      January 6th?

16      A.  Yes.

17      Q.  Did you delete any texts on January 6th or from

18      January 6th?

19      A.  Not that I recall.

20      Q.  You're aware that Secret Service texts are missing?

21                MR. PARKER:  Objection.

22                THE COURT:  Let's have a bench conference.

23                (Whereupon, the following proceedings were had at

24      sidebar outside the presence of the jury:)

25                THE COURT:  Mr. Roots, I'm not going to allow --
```

Hawa - CROSS - By Mr. Roots

```
 1        I'm going to strike that question.

 2              Again, I'm happy to have you ask about her texts,

 3        which you did.  Did you send any texts or receive any texts

 4        on January 6th?

 5              And she said yes.

 6              And you said:  Did you delete any texts?

 7              And she said no.

 8              I'm not -- I don't think it's appropriate for her

 9        to speculate on what might have happened with other agents.

10        I think it's hearsay and it's not relevant.

11              So I'm not going to allow those questions,

12        Mr. Roots.

13              MR. ROOTS:  All right.

14              (Whereupon, the following proceedings were had in

15        open court:)

16              THE COURT:  I'm going to strike that last

17        question.

18              You may ask a new question, Mr. Roots.

19              MR. ROOTS:  Actually, thank you so much, Inspector

20        Hawa.  No further questions.

21              MR. PARKER:  No redirect from the Government.

22              THE COURT:  All right.  There you go.

23              You can step down.

24              THE WITNESS:  Thank you, your Honor.

25              (Witness excused.)
```

1          THE COURT:  All right.  Well, I promised you 5:00

2     today.  As much as I want to squeeze out every minute, I'm

3     going to let the Government off the hook for five minutes of

4     witness testimony today.

5          So we will end now.  We'll convene again tomorrow.

6     Again, if you can be here around 9:15, that's ideal.  The

7     parties will be here beforehand, hoping between 9:00 to

8     9:30, closing out all of our housekeeping issues that we

9     might have in terms of any legal issues or just sort of

10    figuring out anything that we agreed to keep things moving.

11         But you'll have a very similar schedule tomorrow,

12    so from 9:30, having lunch hopefully around the same time.

13    I can't promise when lunch will be, but I'll try to keep it

14    around then.  I can't promise you a good lunch either,

15    unfortunately.  But we'll get you that.  Then we'll plan to

16    finish tomorrow around this time.  Okay?

17         If anybody has any issues or anything, just let

18    Ms. Lavigne-Rhodes know when you're in the back.  Otherwise,

19    we'll plan to see you tomorrow morning.  Thank you so much.

20         (Whereupon, the jury exited the courtroom at 4:57

21    p.m. and the following proceedings were had:)

22         THE COURT:  You may be seated.

23         All right.  So in terms of -- we didn't discuss it

24    earlier, but I wanted to hear from the United States maybe

25    if you have some kind of idea where scheduling -- how do you

1     think it looks in terms of the close of your evidence?

2            MR. PARKER:  Yes, your Honor.  So we have two

3     additional witnesses.  One is Lieutenant David Van

4     Benschoten.  He is a U.S. Capitol Police officer who was

5     present on the east front on January 6th.

6            Let me confer with counsel for one moment.

7            THE COURT:  Sure.  Of course.

8            MR. PARKER:  (Confers with co-counsel privately.)

9            So we have Lieutenant David Van Benschoten.  We

10    have Special Agent Smith, the case agent.  Based on a video

11    that the defense played today, a defense exhibit, and some

12    questions from defense counsel about a -- this Captain

13    Brooks -- I don't have the exact number written down at the

14    moment, but it was an exhibit that defense counsel asked,

15    Doesn't it look like this Capitol Police officer is waving

16    the crowd in?

17            THE COURT:  Sure.

18            MR. PARKER:  My understanding is that that Capitol

19    Police officer has testified in other January 6th trials

20    about that moment.  I don't know about that particular exact

21    video, but that moment.  I'm told by reliable sources --

22    this is Exhibit 53, Government's Exhibit -- I'm sorry --

23    Defense Exhibit 53.

24            THE COURT:  Yes.  We know which one you're talking

25    about.  So you can continue.

```
 1          MR. PARKER:  That Capitol Police officer has
 2   testified about that moment in a trial, I believe, with
 3   Chief Judge Boasberg and I believe with these defense
 4   counsel about that moment.  And he indicated in that
 5   testimony quite clearly that he was not waving the crowd in.
 6          So based on those questions today, we may call
 7   that officer.  Obviously, this came up today.  We need to
 8   figure this out.  I anticipate his line of questioning would
 9   be quite brief.
10          So we have those two definite witnesses, Van
11   Benschoten and Special Agent Smith, and then the possibility
12   of the one additional short witness.
13          THE COURT:  Okay.  Perhaps -- for the two
14   witnesses, do you anticipate they'll take -- it's hard to
15   predict cross-examination, but do you think it'll take, it's
16   fair to say, the whole day tomorrow?
17          MR. PARKER:  Hopefully less, your Honor.  We'll
18   endeavor to move this along.
19          THE COURT:  Sure.  No, no.  You're doing great.
20   Both sides.  And so that's fair.
21          We can table the issue.  You all can first decide
22   if you want to, in fact, call that witness in response to
23   the arguments that were raised.  Of course, I'm sure you'll
24   be preparing whatever *Jencks* packet you need to and things
25   like that.  We'll give Mr. Pierce and Mr. Roots the time
```

```
1    they need to review that.  It is certainly helpful that they

2    perhaps were present during prior testimony.  But this is a

3    new trial.  And so we'll give them whatever time they need

4    here.

5          I was asking primarily because I want to think

6    about when we'll have our jury instruction conference.  And

7    so it seems like perhaps near the end of the day tomorrow.

8          But let's -- Mr. Pierce or Mr. Roots, let's start

9    with the first issue.  I'm not needing you to take a

10   position right now, but you've heard the Government may

11   intend to call another Capitol Police officer in response to

12   a question you've raised in this hearing.

13         Is that somebody that you've all seen before, this

14   witness?

15         MR. PIERCE:  Yes, your Honor.  That's correct.

16   What Mr. Parker recounted is correct.

17         THE COURT:  Are you going to have at this time, or

18   do you need some time to think about it, if you have any

19   objections to him being called?

20         MR. PIERCE:  Well, I mean, certainly they would be

21   able to call him.  They did it in a rebuttal case last time.

22   So I don't -- I mean, I don't see that there's any real

23   reason to --

24         THE COURT:  It seems reasonable to me.  But I

25   appreciate you being --
```

1          MR. PIERCE:  It's just that it's a rebuttal versus

2     calling him in their case in chief.

3          THE COURT:  I appreciate you being reasonable, as

4     always, Mr. Pierce.

5          Well, I'll still -- if you have issues, you can

6     bring it up tomorrow morning.  But I'll of course look at

7     the *Jencks* and things if they so choose to call him.

8          As always, you're not required to put on any

9     evidence.  I'm just trying to think about our jury

10     instructions.  It does sound like you intend to at least

11     have one witness, as you made a request to have people

12     remote.

13          Do you think you'll be ready tomorrow early in the

14     afternoon or late in the afternoon to have that jury

15     instruction conference?

16          MR. PIERCE:  Oh, sure.  We can have a jury

17     instruction conference tomorrow afternoon.

18          THE COURT:  Okay.  Great.

19          Will the United States will be prepared?  I know

20     everything is sort of teed up, I think.

21          MR. PIERCE:  Is that just -- so we would do that

22     before -- prior to us putting on our case?

23          THE COURT:  I think it would depend tomorrow when

24     you decide how many witnesses you want to put on.  If you

25     tell me you've got ten, then we don't have to do it then and

1    we can find if there's a more convenient time.  But if you

2    have only one and that person's going to end tomorrow, then

3    I want to have -- figure out when that's going to be.  I'm

4    not saying it's definitively tomorrow.  I just want you to

5    be ready in case you end up -- you may choose to put on no

6    witnesses.  Right?

7            MR. PIERCE:  We're certainly going to put on, you

8    know, at least a handful of witnesses.

9            THE COURT:  Okay.  Well, let's see how things are

10   going tomorrow at lunch.  If it seems as you indicate, then

11   we can always kick that to Thursday morning.  I think that

12   would be fine potentially.  But it sounds like even Thursday

13   afternoon might be sufficient.

14           So I don't think we need to be prepared tomorrow

15   unless Mr. Pierce or Mr. Roots -- you all are driving the

16   ship, so you'll know.  It's too soon to make ship references

17   now.  But you all will be in charge of deciding the

18   schedule.

19           So why don't you continue to think about that as

20   we're going through tomorrow.  But as long as you're

21   intending to call witnesses, I don't see any way we'll

22   finish tomorrow.  So we can wait until Thursday for the jury

23   conference.

24           The United States, it seems like you're already --

25   you've already teed up a lot of issues.  So just be

```
1    prepared.  I don't expect it to be tomorrow.  But Mr. Pierce

2    and Mr. Roots can always speak to you offline if things

3    change there.

4          Have you had a chance to think at all about this

5    request for remote -- either of the two remote witnesses?

6    And you don't need to say that you have.  That's fine.  We

7    can talk about it tomorrow.

8          MR. PARKER:  No, your Honor.  To be completely

9    candid, we haven't had a chance to really discuss it yet.

10   We will tonight.

11         MR. PIERCE:  One thing:  Just for everyone's

12   information, the case in which Chief Judge Boasberg allowed

13   that for Mr. Sumrall was the case of Derrick Gunby,

14   G-U-N-B-Y.  Oh.  Hold on.

15         THE COURT:  I trust Ms. Lambert over all of you.

16         MR. PIERCE:  I guess it was Ryan Zink, your Honor.

17         THE COURT:  Zink?

18         MR. PIERCE:  They all blend together at this

19   point.  Yes.  Ryan Zink, Z-I-N-K.

20         THE COURT:  Thanks so much.

21         I think that's really the only outstanding issues,

22   that request for remote witnesses, as well as when we

23   schedule a jury selection -- I'm sorry -- the jury

24   instructions.

25         Is there anything else, Mr. Roots or Mr. Pierce,
```

1    that you think in the interim we're going to need to cover?

2              MR. PIERCE:  So the one thing, just to circle back

3    and make sure we're on the same sheet of music, is so both

4    of these witnesses, who we're asking to be remote witnesses,

5    are witnesses who would have potential Fifth Amendment

6    issues, et cetera.

7              THE COURT:  Do you represent both?

8              MR. PIERCE:  No.  I represent -- we represent

9    Mr. Cusick.  He has gone through this process before of, you

10   know, testifying in another case after his trial.

11             He consulted with one of the very nice federal

12   defenders.  He was fine with it.

13             So I expect that could be pretty short and sweet

14   if he needs to do that again.  He might not even want to do

15   that again, but...

16             Then Mr. Sumrall.  He's represented by Norm

17   Pattis.  So I'm sure we can make sure that he's at least had

18   an opportunity, if he wants to, to speak with him again.

19             But I'm pretty confident he's not going to feel

20   the need to necessarily.  You know, they're certainly --

21   we'll be ready and willing to be colloquied by you on the

22   issues.

23             THE COURT:  I'd like to speak to Mr. Pattis, if

24   you can just track him down.  So tomorrow, just to let you

25   know, we'll probably want him to appear just by telephone or

1   something.

2           Where is Mr. Pattis?  Is he local?  Do you know?

3           MR. PIERCE:  Connecticut, I guess.

4           THE COURT:  Connecticut.  Okay.  Great.  Well, if

5   he can just dial in, we can find a time to get him to dial

6   in as we're taking one of the breaks or something like that.

7   And just let us know that he's spoken to his client and, you

8   know, if his client feels comfortable, that's up to his

9   client.  But as long as he's advised his client, that's

10  good.

11          And then I will reach out to the Assistant Federal

12  Public Defender's office tonight.

13          If, Ms. Lambert, you could share the contact

14  information for that person, that would be great.  Thank

15  you.  Perhaps we could get even the same person to contact

16  him.  We'll kind of let --

17          MR. PIERCE:  I think that might have been

18  Mr. Kramer --

19          THE COURT:  That sounds right.

20          MR. PIERCE:  -- or Shelly Peterson.

21          Finally, your Honor, just to remind about asking

22  the Government to very kindly check on any contact info they

23  might have for Mr. Guandolo and, you know, whether they can

24  check on that audiotape.

25          THE COURT:  I have those two bits of homework.  I

1    was expecting an answer tomorrow.  But if you have an answer

2    today, that's fine.  It was just to check to see if there

3    was an audio interview.  And the second thing was on any

4    contact information.

5             MR. PARKER:  Your Honor, if I could just briefly

6    on the contact information:  It might be helpful if defense

7    counsel were able to explain the means in which they have

8    tried to contact the witness themselves.  My understanding

9    is he -- not the witness; Mr. Guandolo.  My understanding is

10   he has a publicly available social media profile.  I believe

11   he has a website.

12            To the extent that defense counsel can reach out

13   to Mr. Guandolo and try to make contact themselves or tell

14   us what they have done already and walk us through what

15   they've done, that would be helpful.  Obviously, there

16   naturally are just some privacy concerns about providing

17   contact information in this circumstance.

18            MR. PIERCE:  I do know we've tried at least one

19   phone number.  And we can -- we'll confer with the

20   Government.

21            THE COURT:  Sure.  Why don't you all just look and

22   see if you can get him through social media --

23            MR. PIERCE:  Yeah.

24            THE COURT:  -- or his website.  I appreciate you

25   continuing to do that.

1          I appreciate also the privacy concerns.  If

2     needed, I can always enter a protective order.  So if it's

3     limited, how they use that.  But I am hoping that they'll be

4     able to reach them on their own.  If not, if you continue to

5     do your search so that if you are so ordered, you will be

6     able to share any information.  But I don't need you to

7     reach out to him or your agents, obviously, through social

8     media or anything else.  It's more so to the extent that you

9     have any access to any sort of databases.

10         In terms of audio, you'll take a look at that

11    later this evening if you have an audio, or do you already

12    know the answer to that, the interview?

13         MR. PARKER:  Yes, your Honor.  I know that there's

14    been some progress made on that.  I don't know the exact

15    details just yet.

16         THE COURT:  We'll address that at 9:00 tomorrow

17    then.

18         Mr. Pierce, that's the only outstanding issues I

19    have for the Government, were those two things.

20         Anything else that you can recall, Mr. Roots,

21    Ms. Lambert?

22         Okay.  From the United States, anything on your

23    end that we need to cover?

24         MR. PARKER:  No, your Honor.

25         THE COURT:  Thanks so much for keeping everything

1    moving very orderly and respectfully.  I appreciate how

2    everyone is handling themselves.

3              So I'll see you all tomorrow at 9:00 a.m. sharp.

4    We're in recess.

5              MR. BALLOU:  Thank you, your Honor.

6              (Proceedings concluded.)

1                          **CERTIFICATE**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4       certify that the foregoing constitutes a true and accurate

5       transcript of my stenographic notes, and is a full, true,

6       and complete transcript of the proceedings produced to the

7       best of my ability.

8

9

10                   Dated this 9th day of May, 2024.

11

12               /s/ Lisa Edwards, RDR, CRR
                 Official Court Reporter
13               United States District Court for the
                   District of Columbia
14               333 Constitution Avenue, Northwest
                 Washington, D.C. 20001
15               (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## /

**/s** [1] - 231:12

## 0

**001** [29] - 3:13, 69:20, 69:23, 70:8, 70:15, 70:21, 71:9, 71:16, 72:5, 72:13, 73:6, 73:15, 73:23, 75:3, 75:10, 75:19, 76:1, 76:6, 136:11, 136:14, 137:3, 138:9, 139:6, 139:19, 140:10, 140:18, 141:5, 145:1, 145:5
**002** [4] - 174:10, 176:23, 195:9, 195:12
**003** [5] - 3:22, 188:5, 188:9, 188:13, 188:18
**02903** [1] - 1:23

## 1

**1** [4] - 36:10, 110:24, 111:3, 111:4
**10** [1] - 1:22
**100** [1] - 142:19
**101** [13] - 3:14, 78:7, 78:18, 79:8, 79:10, 79:17, 79:24, 80:7, 152:21, 152:23, 153:10, 153:16, 154:2
**102** [5] - 3:14, 76:14, 76:21, 76:25, 77:17
**105** [11] - 3:20, 170:5, 170:19, 170:23, 171:25, 172:8, 172:10, 172:16, 209:7, 211:19, 212:14
**106** [10] - 3:21, 180:8, 180:10, 180:19, 180:23, 182:2, 182:12, 207:7, 207:9
**108** [12] - 3:17, 90:4, 90:9, 90:13, 90:22, 91:1, 91:9, 91:16, 91:25, 92:11, 92:19, 93:10
**109** [1] - 3:7
**10:09** [1] - 29:2
**11** [1] - 148:9
**110** [1] - 22:20
**111** [9] - 3:17, 93:18, 93:24, 94:4, 94:8,

94:16, 95:2, 95:18, 95:23
**112** [7] - 3:22, 3:24, 190:21, 191:6, 191:12, 192:9, 192:11
**1148** [1] - 76:19
**119** [1] - 3:18
**11:15** [1] - 74:6
**11:17** [1] - 74:14
**11:25** [1] - 74:12
**11:44** [1] - 74:20
**11:45** [1] - 8:15
**11:48** [1] - 32:13
**11th** [1] - 206:15
**12** [3] - 70:19, 79:6, 148:22
**120** [1] - 22:21
**126** [1] - 3:24
**12:15** [1] - 76:11
**12:18** [1] - 8:18
**12:30** [4] - 163:2, 163:16, 170:3, 199:14
**12:35** [1] - 104:3
**12:36** [1] - 171:4
**12:37:09** [1] - 171:23
**12:39** [1] - 172:11
**12:39:47** [1] - 173:6
**12:55** [3] - 199:15, 199:25, 200:1
**131** [1] - 3:25
**14** [2] - 192:6, 192:11
**147** [1] - 3:25
**15** [4] - 19:21, 28:10, 181:25, 182:6
**15-minute** [2] - 69:20, 70:18
**150** [1] - 3:7
**156** [1] - 3:8
**160** [1] - 3:19
**161** [1] - 3:19
**167** [1] - 3:20
**17** [2] - 147:19, 154:4
**170** [1] - 3:20
**175** [1] - 3:21
**18** [3] - 79:15, 139:21, 176:4
**180** [1] - 3:21
**188** [1] - 3:22
**19** [1] - 90:23
**191** [1] - 3:22
**196** [1] - 3:8
**1:00** [1] - 101:15, 164:4, 164:5
**1:15** [1] - 178:10
**1:17** [2] - 72:3, 188:15, 188:18
**1:25** [1] - 72:11
**1:40** [1] - 103:25
**1:55** [1] - 109:5,

209:8
**1:56** [1] - 78:13
**1:57** [1] - 207:13
**1:58** [1] - 181:4

## 2

**2** [15] - 3:21, 3:24, 36:14, 110:24, 110:25, 111:1, 111:5, 112:3, 112:7, 116:3, 175:22, 175:25, 176:5, 176:8, 176:20
**20** [5] - 30:2, 73:13, 91:11, 140:12, 140:21
**20001** [2] - 2:4, 231:14
**201** [8] - 3:18, 118:21, 118:24, 119:6, 119:16, 119:19, 150:14
**202** [10] - 2:4, 3:20, 8:5, 165:17, 166:9, 167:9, 167:12, 168:18, 193:2, 231:15
**2020** [4] - 31:5, 38:17, 38:25, 57:15
**2021** [21] - 5:6, 12:9, 12:18, 30:11, 30:12, 30:23, 31:6, 46:5, 50:23, 57:15, 76:19, 77:21, 78:13, 157:3, 159:12, 161:3, 165:24, 171:4, 180:16, 197:5, 197:12
**2023** [2] - 20:7, 20:9
**2024** [2] - 1:6, 231:10
**203** [6] - 3:12, 53:4, 53:12, 56:20, 134:14, 134:15
**204** [5] - 3:13, 57:4, 57:17, 57:22, 154:22
**20530** [1] - 1:17
**206** [7] - 3:11, 47:7, 47:21, 47:25, 51:13, 60:22, 77:7
**207** [4] - 3:11, 48:18, 48:24, 49:3
**208** [4] - 3:12, 49:14, 49:21, 49:25
**20th** [1] - 31:6
**212** [4] - 3:16, 86:15, 86:23, 87:2
**21550** [1] - 1:19
**216** [7] - 3:16, 89:2, 89:7, 89:11, 97:24, 98:7, 193:10
**22** [2] - 138:12, 145:3
**22:10** [1] - 91:7

**23** [1] - 83:6
**23-00066** [1] - 1:3
**23-66** [1] - 4:2
**24** [1] - 98:23
**24:48** [1] - 91:21
**25:13** [1] - 91:22
**26** [4] - 1:6, 156:20, 196:20, 197:14
**28** [3] - 45:22, 46:21, 120:22
**2:00** [4] - 8:19, 8:20, 33:5, 101:15
**2:06** [1] - 9:5
**2:12** [1] - 211:20
**2:18** [1] - 176:7
**2:25** [1] - 191:17
**2:30** [1] - 182:10
**2:39** [1] - 212:16
**2:40** [1] - 212:16
**2:43** [2] - 34:16, 92:16
**2:45** [3] - 17:25, 18:8, 94:12
**2:50** [1] - 35:13
**2:51** [1] - 92:22

## 3

**3** [5] - 36:14, 185:15, 185:21, 189:1, 189:14
**30** [8] - 3:2, 52:11, 71:7, 85:7, 141:9, 180:8, 181:4, 208:9
**30-second** [1] - 33:11
**302** [9] - 5:20, 6:21, 7:2, 7:9, 9:18, 9:20, 12:7, 13:9, 21:12
**302s** [11] - 5:2, 5:12, 5:13, 14:23, 15:25, 16:11, 16:21, 16:22, 17:4, 17:12, 19:19
**305** [7] - 3:15, 80:9, 80:19, 80:24, 83:8, 83:16, 83:24
**306** [8] - 3:15, 84:2, 84:5, 84:10, 84:13, 84:23, 85:9, 86:9
**308** [7] - 3:18, 96:1, 96:3, 96:10, 96:13, 96:18, 97:6
**30ish** [1] - 153:4
**310** [6] - 97:8, 97:15, 97:20, 98:4, 99:1, 99:7
**333** [2] - 2:3, 231:14
**33:32** [2] - 92:12, 92:17
**3451381** [1] - 20:8

**354-3269** [2] - 2:4, 231:15
**35:08** [1] - 93:8
**36** [1] - 170:5
**37** [1] - 3:3
**38** [1] - 79:22
**39:02** [1] - 172:6
**3:00-something** [1] - 102:2
**3:01** [1] - 155:19
**3:10** [1] - 155:17
**3:15** [1] - 156:1
**3:25** [1] - 94:6
**3:33** [1] - 94:18
**3:47** [1] - 177:4
**3:49** [1] - 177:8
**3D** [2] - 47:11, 47:18

## 4

**4** [2] - 20:8, 36:10
**40** [2] - 38:8, 208:9
**403** [2] - 65:5, 102:10
**411** [1] - 19:21
**45** [3] - 3:7, 91:12, 95:9
**46** [1] - 71:14
**47** [2] - 3:11, 191:17
**49** [3] - 3:11, 3:12, 19:21
**4:00** [3] - 177:5, 177:6, 177:14
**4:57** [1] - 219:20

## 5

**5** [1] - 112:25
**51** [2] - 118:20, 133:9
**52** [12] - 3:24, 118:20, 125:24, 126:10, 126:16, 126:20, 127:16, 127:17, 127:25, 128:12, 128:24, 131:25
**53** [12] - 3:25, 83:13, 83:14, 130:14, 130:22, 131:1, 131:3, 131:5, 131:8, 132:5, 220:22, 220:23
**54** [2] - 119:3, 119:4
**56** [2] - 3:12, 139:8
**57** [2] - 3:13, 176:22
**58** [2] - 170:5, 171:4
**5:00** [1] - 219:1
**5th** [1] - 159:12

**6**

**6** [5] - 5:21, 6:4, 6:6, 30:11, 110:5
**601** [1] - 1:16
**615** [2] - 24:7, 25:15
**6706** [1] - 2:3
**69** [10] - 3:25, 146:17, 146:18, 146:22, 147:6, 147:7, 147:11, 147:16, 148:16, 148:24
**6th** [116] - 5:6, 5:16, 7:20, 7:22, 7:23, 8:16, 10:19, 12:9, 12:18, 15:13, 23:21, 30:12, 30:23, 31:2, 31:7, 38:1, 38:11, 39:11, 39:17, 43:21, 46:5, 46:6, 46:9, 46:10, 50:23, 51:3, 51:4, 51:24, 52:2, 55:22, 57:15, 58:13, 59:17, 69:15, 76:19, 77:21, 78:3, 78:13, 85:12, 85:25, 86:1, 99:16, 101:11, 101:24, 103:9, 105:1, 110:10, 111:10, 111:21, 112:18, 113:2, 115:7, 115:14, 115:17, 117:23, 120:6, 124:6, 125:12, 126:8, 132:24, 133:1, 133:14, 135:8, 143:9, 145:13, 146:25, 147:1, 149:10, 149:24, 150:20, 151:1, 157:3, 157:22, 157:24, 158:9, 158:12, 158:22, 158:25, 159:2, 161:3, 164:1, 165:15, 165:24, 166:2, 166:19, 167:16, 168:19, 168:25, 171:4, 176:16, 180:16, 181:20, 185:2, 185:6, 186:8, 187:21, 188:2, 190:3, 191:3, 195:17, 196:13, 197:5, 197:12, 198:20, 199:5, 204:13, 204:23, 207:12, 214:20, 215:13, 217:15, 217:17, 217:18, 218:4, 220:5, 220:19

**7**

**70** [1] - 3:13
**700** [1] - 1:23
**75** [1] - 105:2
**76** [1] - 3:14
**78** [1] - 3:14
**7:00** [2] - 59:20, 101:25
**7:57** [2] - 176:19, 195:10
**7th** [1] - 102:2

**8**

**80** [1] - 3:15
**811** [7] - 3:19, 159:4, 159:18, 160:16, 160:20, 198:7
**812** [6] - 3:19, 161:5, 161:12, 161:17, 198:23, 198:25
**84** [1] - 3:15
**87** [1] - 3:16
**89** [1] - 3:16
**8:00** [2] - 59:20, 195:19

**9**

**90** [1] - 3:17
**91367** [1] - 1:20
**94** [1] - 3:17
**96** [1] - 3:18
**9:00** [6] - 169:2, 169:3, 195:19, 219:7, 229:16, 230:3
**9:15** [1] - 219:6
**9:30** [2] - 219:8, 219:12
**9:37** [1] - 1:7
**9th** [1] - 231:10

**A**

**a.m** [1] - 1:7, 18:8, 29:2, 32:13, 74:14, 74:20, 230:3
**ability** [2] - 183:14, 231:7
**able** [21] - 16:1, 17:18, 23:17, 26:21, 34:4, 34:15, 63:13, 99:18, 100:3, 120:12, 171:12, 181:16, 181:17, 185:10, 194:2, 201:23, 211:1,

222:21, 228:7, 229:4, 229:6
**absent** [1] - 20:6
**absolutely** [3] - 12:1, 59:16, 194:23
**acceptable** [1] - 212:5
**accepted** [1] - 186:2
**access** [6] - 6:19, 131:19, 157:13, 179:3, 202:13, 229:9
**accompanied** [1] - 4:8
**accompany** [4] - 174:4, 178:1, 178:2, 200:22
**according** [2] - 15:6, 134:11
**account** [1] - 21:13
**accredited** [2] - 145:16, 145:24
**accurate** [9] - 15:24, 165:25, 166:16, 166:18, 186:7, 187:20, 188:1, 191:2, 231:4
**accused** [1] - 106:21
**action** [4] - 41:1, 133:19, 169:20, 192:20
**Action** [1] - 1:3
**actions** [2] - 36:5, 65:12
**active** [3] - 16:9, 16:10, 17:21
**activities** [1] - 149:22
**activity** [3] - 39:20, 118:2, 121:18
**actual** [1] - 21:16
**acutely** [1] - 93:15
**add** [4] - 11:16, 113:23, 159:23, 214:1
**added** [4] - 6:17, 6:20, 6:22, 11:19
**adding** [1] - 88:17
**addition** [8] - 16:8, 31:20, 45:18, 58:14, 67:1, 125:4, 187:4, 187:7
**additional** [7] - 11:16, 58:23, 59:2, 82:10, 208:12, 220:3, 221:12
**address** [4] - 60:12, 198:16, 203:23, 229:16
**addressees** [2] - 198:11, 198:14
**addresses** [2] -

198:15, 198:16
**adduce** [1] - 205:19
**adduced** [1] - 206:20
**adjust** [1] - 165:11
**admissible** [1] - 186:6
**admit** [51] - 47:21, 48:23, 49:20, 53:11, 55:10, 56:17, 56:19, 57:16, 57:20, 70:7, 70:13, 76:20, 78:14, 80:13, 80:17, 84:5, 84:8, 86:23, 89:7, 90:9, 90:11, 93:24, 94:2, 96:10, 96:12, 97:15, 97:18, 112:3, 119:15, 126:10, 126:15, 130:22, 130:24, 147:6, 147:9, 159:17, 160:14, 161:11, 161:16, 166:8, 166:23, 167:7, 170:18, 170:21, 175:12, 175:21, 175:23, 180:18, 188:4, 188:6, 191:5
**admitted** [18] - 8:9, 47:15, 47:24, 49:2, 49:23, 76:23, 77:8, 78:16, 86:25, 89:9, 112:6, 119:17, 134:22, 175:7, 175:9, 180:22, 185:22, 191:8
**admitting** [1] - 167:6
**advance** [8] - 83:13, 90:23, 91:21, 92:17, 94:6, 94:22, 98:23, 201:6
**advancing** [2] - 33:21, 79:20
**advised** [1] - 227:9
**advising** [1] - 168:3
**advocacy** [1] - 203:8
**advocate** [1] - 39:8
**aerial** [2] - 33:7, 41:4
**affects** [1] - 168:12
**affixed** [1] - 56:11
**afield** [1] - 117:17
**afraid** [2] - 106:7, 106:9
**after-action** [1] - 133:19
**afternoon** [10] - 32:20, 109:23, 109:24, 156:12, 156:13, 178:6, 223:14, 223:17, 224:13
**agencies** [2] - 113:5, 115:10

**agency** [1] - 162:17
**agenda** [1] - 202:1
**Agent** [7] - 4:10, 189:5, 189:9, 190:11, 196:25, 220:10, 221:11
**agent** [5] - 5:3, 7:20, 7:22, 7:24, 9:13, 9:14, 15:10, 15:13, 15:18, 17:18, 25:24, 27:13, 157:9, 169:21, 189:13, 197:1, 197:2, 197:6, 215:20, 220:10
**agent's** [1] - 5:6
**agents** [19] - 5:15, 10:18, 12:22, 13:1, 16:10, 16:23, 17:4, 17:7, 20:16, 143:12, 157:16, 159:15, 169:7, 179:18, 191:25, 201:23, 210:10, 218:9, 229:7
**ago** [3] - 31:2, 121:12, 182:19
**agree** [26] - 20:25, 22:13, 54:19, 82:13, 108:11, 123:15, 124:1, 124:3, 124:20, 124:23, 125:4, 125:6, 125:8, 127:5, 131:16, 136:20, 136:24, 141:11, 142:15, 201:13, 203:2, 204:17, 206:6, 208:6, 209:13, 212:18
**agreed** [3] - 38:19, 165:22, 219:10
**ahead** [45] - 23:9, 53:23, 55:9, 56:18, 57:19, 70:13, 80:17, 81:23, 84:8, 87:13, 90:11, 94:2, 95:20, 97:18, 99:25, 106:2, 113:23, 117:4, 126:15, 136:25, 138:7, 140:7, 147:9, 159:22, 160:14, 166:13, 167:7, 170:21, 171:22, 172:6, 174:15, 175:6, 175:11, 176:19, 183:1, 184:23, 185:20, 188:25, 189:25, 195:6, 209:4, 210:15, 210:23, 213:22, 215:9
**aids** [1] - 42:15
**airplane** [1] - 30:18
**align** [1] - 131:20
**alike** [1] - 15:19

**allegation** [7] - 5:8, 9:10, 14:10, 17:6, 54:13, 66:4, 66:6
**allege** [1] - 186:20
**allow** [12] - 66:10, 68:11, 82:22, 117:16, 119:17, 152:17, 160:9, 175:7, 186:25, 187:11, 217:25, 218:11
**allowed** [31] - 12:15, 31:18, 31:22, 32:10, 32:19, 59:10, 59:14, 63:11, 71:22, 78:3, 80:3, 81:15, 82:4, 82:10, 83:3, 86:13, 87:7, 87:18, 88:13, 117:22, 121:3, 148:7, 150:21, 151:1, 151:17, 151:24, 151:25, 166:7, 201:14, 202:13, 225:12
**almost** [1] - 35:13
**alone** [2] - 18:20, 20:18
**alongside** [1] - 59:4
**altered** [1] - 25:2
**ambitious** [1] - 76:9
**Amendment** [1] - 226:5
**AMERICA** [1] - 1:3
**America** [2] - 4:2, 118:8
**Americans** [2] - 38:19, 41:21
**amorphous** [1] - 151:24
**amount** [1] - 144:8
**angry** [2] - 62:12, 62:21
**announcements** [3] - 42:11, 42:19, 125:14
**answer** [17] - 60:9, 100:23, 101:1, 106:15, 107:2, 114:5, 114:20, 114:24, 121:1, 136:3, 146:4, 166:18, 211:25, 228:1, 229:12
**answered** [2] - 87:25, 129:21
**anticipate** [3] - 200:16, 221:8, 221:14
**anticipated** [2] - 163:20, 165:7
**apart** [2] - 14:22, 212:3
**apologies** [3] - 66:22, 111:15, 169:5

**apologize** [1] - 215:8
**appear** [9] - 79:2, 127:20, 130:4, 131:18, 148:2, 148:3, 182:15, 193:16, 226:25
**aPPEARANCES** [1] - 1:13
**appeared** [1] - 128:3
**applies** [1] - 27:10
**appointment** [1] - 50:21
**appreciate** [21] - 15:15, 20:20, 22:15, 22:20, 23:4, 24:3, 25:7, 26:12, 26:15, 29:14, 54:21, 105:19, 107:9, 108:12, 108:15, 122:9, 222:25, 223:3, 228:24, 229:1, 230:1
**approach** [1] - 183:5
**approached** [1] - 202:9
**approaching** [1] - 106:19
**appropriate** [1] - 218:8
**approved** [2] - 120:15, 120:16
**arbitrarily** [2] - 197:24, 198:3
**Area** [6] - 32:6, 53:9, 58:11, 71:6, 127:2, 148:19
**area** [97] - 9:8, 12:5, 34:19, 41:11, 41:16, 42:10, 53:2, 56:14, 56:25, 61:3, 63:11, 71:22, 76:3, 76:17, 77:5, 78:4, 80:3, 81:13, 81:15, 82:4, 82:10, 83:3, 84:18, 86:13, 87:7, 87:23, 90:8, 91:13, 95:7, 98:9, 98:12, 98:14, 101:19, 108:5, 116:19, 118:12, 118:13, 119:22, 119:23, 120:14, 120:18, 120:25, 121:2, 121:3, 121:20, 122:1, 123:5, 123:15, 123:24, 124:6, 124:8, 124:20, 124:24, 125:14, 125:21, 130:11, 130:20, 131:22, 134:20, 135:22, 145:19, 148:3, 149:6, 150:17,

150:21, 150:24, 151:2, 151:5, 151:17, 152:25, 154:12, 160:2, 163:4, 168:3, 170:14, 171:8, 171:17, 171:20, 172:19, 173:1, 179:11, 180:4, 182:18, 183:12, 193:1, 193:23, 195:23, 197:24, 201:2, 201:12, 201:17, 201:19, 201:24, 201:25, 202:11, 214:2
**areas** [13] - 41:12, 45:20, 46:4, 119:22, 120:7, 120:9, 122:1, 197:18, 197:19, 197:22, 198:5, 201:14, 201:21
**Arena** [1] - 201:3
**argue** [1] - 43:21
**argued** [1] - 186:2
**argument** [7] - 5:4, 8:6, 16:4, 152:3, 152:15, 186:5, 206:22
**arguments** [5] - 13:15, 55:4, 129:10, 205:11, 221:23
**Arizona** [1] - 178:11
**arm** [1] - 60:19
**arm's** [1] - 181:17
**armor** [1] - 39:14
**Arms** [7] - 158:18, 159:14, 162:13, 162:25, 164:3, 169:11, 196:1
**arrest** [5] - 124:4, 130:9, 149:22, 154:14, 154:19
**arrested** [3] - 88:6, 152:14
**arresting** [2] - 87:21, 125:7
**arrests** [9] - 121:18, 124:7, 125:5, 130:5, 130:8, 149:19, 151:25, 154:10, 154:19
**arrival** [2] - 163:4, 199:14
**Arrival** [1] - 163:16
**arrivals** [1] - 162:15
**arrive** [5] - 163:2, 163:20, 170:2, 171:18, 199:13
**arrived** [5] - 38:10, 39:9, 39:17, 168:19, 173:14

**arriving** [1] - 163:1
**ascended** [1] - 9:5
**ascending** [1] - 9:2
**aside** [3] - 38:21, 39:3, 108:4
**assault** [1] - 143:6
**assaulted** [10] - 64:22, 65:7, 66:2, 66:7, 66:17, 66:23, 102:12, 142:20, 142:21, 142:23
**assigned** [10] - 46:1, 46:10, 59:3, 59:22, 61:14, 157:9, 169:7, 169:21, 189:6, 191:25
**assignment** [1] - 159:1
**assist** [3] - 62:3, 67:22, 74:11
**assistance** [1] - 61:13
**Assistant** [1] - 227:11
**assistant** [2] - 197:7, 197:9
**assisted** [2] - 63:1, 64:8
**assists** [1] - 30:16
**assume** [1] - 111:22
**assumption** [1] - 205:13
**assumptions** [1] - 212:11
**attached** [2] - 56:9, 160:25
**attachment** [4] - 159:12, 160:3, 161:9, 198:22
**attempting** [1] - 20:20
**attend** [3] - 113:2, 157:14, 157:15
**attended** [2] - 40:1, 40:4
**attending** [1] - 39:7
**attention** [9] - 34:7, 34:8, 34:9, 40:5, 40:6, 41:25, 44:16, 116:2, 157:21
**attorney** [1] - 37:19
**ATTORNEY'S** [1] - 1:15
**attorneys** [3] - 6:2, 10:5
**attractions** [1] - 132:21
**audience** [4] - 23:14, 23:17, 28:23, 211:10
**audio** [17] - 5:14, 13:8, 13:9, 13:14,

21:19, 21:23, 22:1, 22:6, 22:8, 22:23, 23:3, 37:16, 68:6, 68:10, 228:3, 229:10, 229:11
**audiotape** [1] - 227:24
**audiovisual** [1] - 30:17
**authenticating** [1] - 174:21
**authentication** [1] - 54:6
**author** [1] - 134:2
**authored** [1] - 198:9
**authorize** [1] - 25:20
**authorized** [6] - 26:1, 129:10, 150:24, 198:5, 205:12, 205:17
**availability** [1] - 23:16
**available** [6] - 6:25, 148:4, 149:16, 180:5, 208:19, 228:10
**Avenue** [4] - 2:3, 71:2, 136:19, 231:14
**avenue** [1] - 205:13
**average** [2] - 124:25, 125:1
**avoid** [1] - 216:16
**aware** [32] - 5:21, 10:10, 17:3, 17:4, 18:4, 21:25, 41:15, 93:15, 100:9, 113:4, 115:15, 117:14, 117:21, 120:6, 124:10, 125:15, 142:18, 143:11, 143:13, 144:20, 178:6, 178:8, 178:13, 190:3, 190:8, 204:19, 204:21, 204:22, 204:24, 210:13, 210:17, 217:20

**B**

**B-R-O-O-K-S** [1] - 45:13
**back-and-forth** [2] - 163:12, 164:12
**backup** [1] - 178:17
**backward** [3] - 125:20, 125:21, 148:14
**bad** [1] - 26:7
**BALLOU** [223] - 1:14, 4:7, 28:5, 28:16, 28:21, 30:7, 30:10,

30:20, 30:22, 33:14, 34:14, 35:9, 44:24, 45:9, 47:13, 47:16, 47:17, 47:21, 48:2, 48:5, 48:13, 48:15, 48:23, 49:5, 49:13, 49:15, 49:20, 50:2, 51:13, 51:15, 53:3, 53:5, 53:11, 54:9, 55:11, 55:14, 56:17, 56:22, 57:3, 57:16, 57:24, 58:7, 58:9, 60:4, 60:22, 60:24, 65:10, 66:16, 66:21, 67:15, 67:16, 68:22, 68:23, 69:19, 69:24, 70:7, 70:17, 70:22, 71:7, 71:10, 71:14, 71:17, 72:3, 72:6, 72:11, 72:14, 73:4, 73:7, 73:12, 73:16, 73:21, 73:24, 74:8, 74:16, 74:23, 75:4, 75:11, 75:20, 76:2, 76:7, 76:9, 76:15, 76:20, 77:2, 77:6, 77:9, 77:14, 77:18, 78:7, 78:9, 78:14, 78:20, 78:25, 79:1, 79:6, 79:10, 79:11, 79:15, 79:18, 79:22, 80:1, 80:5, 80:8, 80:10, 80:13, 80:21, 81:1, 82:3, 82:6, 83:1, 83:6, 83:9, 83:13, 83:17, 83:22, 84:1, 84:5, 84:14, 84:20, 84:24, 85:1, 85:7, 85:10, 86:7, 86:10, 86:11, 86:15, 86:17, 86:23, 87:4, 88:22, 89:7, 89:13, 90:9, 90:15, 90:19, 90:23, 91:2, 91:6, 91:10, 91:17, 91:21, 92:1, 92:2, 92:8, 92:12, 92:14, 92:17, 92:20, 93:7, 93:11, 93:14, 93:19, 93:24, 94:6, 94:9, 94:17, 94:19, 94:25, 95:3, 95:4, 95:9, 95:16, 95:19, 95:24, 96:4, 96:10, 96:15, 96:19, 97:4, 97:7, 97:15, 97:22, 98:2, 98:5, 98:7, 98:8, 98:19, 98:20, 98:23, 99:2, 99:5, 99:8, 100:4, 100:20, 101:8, 102:15, 103:8, 103:14, 112:5, 113:6,

113:11, 114:11, 116:16, 116:19, 119:14, 122:3, 122:6, 126:12, 129:7, 130:23, 137:16, 141:13, 141:16, 143:14, 143:17, 143:20, 144:12, 147:8, 150:13, 150:16, 152:2, 152:20, 152:24, 153:8, 153:11, 153:12, 153:25, 154:3, 154:22, 154:23, 155:14, 230:5
**Ballou** [7] - 3:2, 4:9, 28:4, 55:8, 74:5, 74:22, 102:14
**BALLOUT** [7] - 57:5, 76:13, 94:13, 95:11, 101:5, 150:11, 153:17
**banging** [1] - 64:2
**barely** [1] - 99:4
**barricade** [8] - 36:4, 40:21, 131:13, 131:15, 131:19, 132:14, 212:5, 212:10
**barricaded** [2] - 42:4, 123:24
**barricades** [13] - 123:20, 124:12, 125:16, 127:12, 132:9, 146:1, 146:5, 146:7, 154:6, 166:5, 167:24, 167:25, 208:12
**barricading** [1] - 208:18
**barrier** [4] - 42:3, 63:15, 180:3, 212:2
**barriers** [2] - 166:4, 167:23
**Barron** [2] - 185:23, 186:24
**bars** [2] - 36:3
**base** [2] - 33:19, 169:10
**based** [22] - 13:15, 13:22, 13:25, 21:18, 55:6, 56:18, 57:19, 65:20, 76:18, 106:5, 114:5, 125:10, 126:13, 132:13, 135:12, 152:6, 161:15, 175:6, 184:17, 201:15, 220:10, 221:6
**basis** [5] - 7:13, 13:23, 152:4, 152:16, 187:1

**Bassetti** [1] - 189:10
**bear** [2] - 7:16, 19:13
**became** [1] - 178:8
**become** [5] - 6:25, 46:23, 94:20, 178:13, 190:3
**becomes** [1] - 123:15
**bed** [2] - 38:4, 38:7
**BEFORE** [1] - 1:10
**beforehand** [1] - 219:7
**beg** [4] - 38:20, 39:2, 41:25, 44:15
**begin** [3] - 59:19, 169:1, 211:24
**beginning** [1] - 96:15
**begins** [1] - 209:10
**behalf** [2] - 4:8, 4:13
**behave** [1] - 44:11
**behavior** [3] - 40:25, 137:5, 137:9
**behind** [6] - 5:5, 36:3, 96:22, 145:14, 145:21, 189:20
**belabor** [1] - 65:16
**below** [3] - 21:12, 116:14, 199:18
**bench** [7] - 53:14, 65:1, 81:22, 106:7, 175:12, 210:20, 217:22
**Benschoten** [3] - 220:4, 220:9, 221:11
**Benschouten's** [1] - 100:6
**berth** [1] - 144:8
**best** [7] - 60:12, 63:3, 63:12, 105:15, 190:16, 209:2, 231:7
**better** [3] - 30:3, 88:3, 133:7
**between** [15] - 13:7, 27:24, 63:15, 140:21, 163:12, 163:23, 165:23, 181:9, 181:14, 195:18, 200:3, 200:18, 208:7, 208:13, 219:7
**beyond** [9] - 7:7, 20:2, 22:16, 63:10, 64:11, 79:13, 129:16, 131:22
**Biden** [1] - 31:5
**big** [2] - 41:4, 121:21
**bigger** [1] - 208:15
**bike** [52] - 8:19, 32:2, 32:5, 32:14, 32:24, 52:5, 52:7, 52:8, 52:14, 56:6, 56:9,

56:10, 56:11, 56:12, 56:14, 63:13, 63:14, 71:4, 71:12, 79:4, 79:14, 99:20, 100:9, 101:19, 124:16, 124:17, 124:18, 125:3, 126:24, 127:2, 127:4, 131:20, 146:1, 146:15, 148:9, 148:11, 148:20, 151:11, 151:12, 151:13, 151:14, 153:1, 153:3, 153:22, 166:4, 166:21, 167:23, 168:2, 170:12, 179:21, 179:25, 212:2
**bird's** [1] - 93:3
**bird's-eye** [1] - 93:3
**bit** [11] - 18:2, 42:16, 54:22, 85:2, 106:6, 131:7, 145:2, 146:20, 148:10, 165:14, 199:9
**bits** [1] - 227:25
**bizarre** [1] - 64:20
**black** [1] - 207:16
**blend** [1] - 225:18
**blocked** [2] - 51:10, 121:17
**blocking** [1] - 43:9
**blow** [1] - 199:9
**blue** [1] - 85:5
**blurry** [2] - 40:16, 148:10
**board** [1] - 32:7
**Board** [2] - 53:2, 57:1
**Boasberg** [5] - 104:17, 104:19, 104:21, 221:3, 225:12
**Bobby** [1] - 105:14
**body** [2] - 6:9, 39:13
**body-worn** [1] - 6:9
**boots** [4] - 81:4, 88:24, 95:6, 97:1
**bottle** [1] - 67:3
**bottom** [5] - 20:3, 92:25, 172:6, 187:7, 199:12
**boundaries** [2] - 41:7, 166:16
**boundary** [2] - 132:17, 166:6
**Brady** [7] - 13:18, 19:1, 19:3, 19:6, 19:18, 20:4, 20:12
**brand** [1] - 38:10
**brand-new** [1] - 38:10
**breach** [14] - 8:19,

33:10, 73:11, 139:9, 140:20, 140:22, 154:5, 178:20, 179:24, 184:16, 184:18, 196:17, 210:11, 210:12
**breached** [7] - 33:6, 61:15, 61:16, 91:13, 182:16, 209:15
**breaches** [5] - 137:15, 139:25, 140:24, 190:9, 190:18
**breaching** [1] - 74:1
**break** [14] - 16:25, 27:16, 27:23, 27:24, 29:25, 34:5, 35:1, 74:7, 103:16, 155:16, 176:25, 177:18, 180:2, 212:9
**breakfast** [3] - 38:4, 38:5, 38:7
**breaking** [2] - 35:12, 42:22
**breaks** [4] - 34:4, 109:18, 204:1, 227:6
**BRENDAN** [1] - 1:14
**Brendan** [1] - 4:9
**bricks** [2] - 64:16
**brief** [1] - 221:9
**briefed** [1] - 4:25
**briefings** [1] - 169:6
**briefly** [6] - 66:25, 98:6, 114:1, 118:11, 174:12, 228:5
**bring** [20] - 39:13, 103:25, 107:20, 109:2, 109:3, 110:23, 111:12, 118:16, 118:17, 125:23, 130:13, 133:9, 134:14, 146:16, 155:24, 198:6, 198:22, 204:11, 223:6
**broad** [2] - 159:10, 160:4
**broader** [3] - 6:5, 6:12, 141:20
**broke** [1] - 64:17
**broken** [4] - 35:14, 139:24, 140:13, 204:9
**BROOKS** [1] - 45:5
**Brooks** [25] - 3:7, 45:1, 45:13, 69:25, 73:17, 74:24, 76:16, 77:19, 83:2, 99:15, 100:23, 101:9, 109:23, 113:15, 126:4, 133:12, 136:17, 143:23, 147:2, 147:20, 150:8,

150:17, 152:25, 220:13

**Brooks's** [1] - 76:10
**brown** [2] - 81:4, 88:24
**building** [23] - 31:21, 33:21, 35:13, 47:5, 47:8, 49:11, 57:8, 62:6, 63:21, 71:24, 72:2, 82:14, 131:21, 135:14, 140:20, 140:22, 141:8, 141:17, 141:20, 178:23, 190:9, 192:4
**Building** [6] - 12:15, 50:16, 171:9, 179:4, 190:4, 190:10
**buildings** [2] - 46:4, 46:17
**built** [1] - 155:8
**bullet** [1] - 23:10
**bumper** [1] - 208:7
**bunch** [1] - 32:1
**Bureau** [4] - 46:2, 46:11, 46:13, 46:15
**bureau** [1] - 46:2
**burning** [2] - 85:18
**bursts** [1] - 209:25
**Bush's** [1] - 157:20
**business** [4] - 58:14, 59:13, 164:9, 164:14
**busted** [1] - 91:4
**but..** [1] - 226:15
**BY** [173] - 2:1, 45:9, 47:17, 48:5, 48:15, 49:5, 49:15, 50:2, 51:15, 53:5, 55:14, 56:22, 57:5, 57:24, 58:9, 60:4, 60:24, 66:16, 66:21, 67:16, 68:23, 69:24, 70:22, 71:10, 71:17, 72:6, 72:14, 73:7, 73:16, 73:24, 74:23, 75:4, 75:11, 75:20, 76:2, 76:7, 76:15, 77:2, 77:9, 77:18, 78:9, 78:20, 79:1, 79:11, 79:18, 80:1, 80:10, 81:1, 83:1, 83:9, 83:17, 84:1, 84:14, 85:1, 85:10, 86:11, 86:17, 87:4, 88:22, 89:13, 90:15, 91:2, 91:10, 91:17, 92:2, 92:14, 92:20, 93:19, 94:9, 94:19, 95:4, 95:11, 96:4, 96:19, 97:7, 97:22, 98:5, 98:8, 98:20, 99:2,

99:8, 101:8, 103:8, 109:22, 111:7, 111:17, 112:9, 115:5, 117:20, 118:18, 119:10, 119:21, 122:24, 126:3, 126:22, 127:19, 128:2, 128:9, 128:14, 130:3, 130:15, 130:19, 131:10, 132:2, 132:7, 133:11, 133:17, 134:16, 136:4, 136:15, 137:4, 137:24, 138:11, 139:7, 139:20, 140:11, 140:19, 141:6, 142:8, 144:15, 145:6, 146:20, 146:24, 147:18, 148:18, 149:4, 150:16, 152:24, 153:12, 153:17, 154:3, 154:23, 156:11, 159:5, 160:18, 161:6, 165:13, 165:18, 167:11, 168:24, 170:6, 171:1, 172:1, 172:9, 172:17, 173:7, 175:15, 176:9, 177:17, 180:11, 181:1, 182:3, 182:13, 184:10, 185:1, 187:16, 188:17, 190:2, 190:22, 191:14, 192:10, 193:12, 195:13, 196:24, 198:8, 198:24, 199:11, 207:11, 209:9, 211:22, 212:15, 213:8, 217:6

---

# C

**cadre** [1] - 59:3
**California** [1] - 1:20
**camera** [6] - 6:9, 13:16, 18:11, 180:13, 191:23, 192:17
**candid** [1] - 225:9
**canines** [1] - 196:7
**cannot** [4] - 25:18, 105:11, 106:17, 142:19
**capital** [1] - 196:2
**Capitol** [223] - 5:6, 5:10, 7:23, 12:4, 12:14, 12:16, 12:18, 12:24, 13:7, 15:16,

30:10, 30:12, 30:23, 31:4, 31:15, 31:16, 32:7, 32:12, 32:16, 33:7, 33:20, 33:24, 34:15, 34:18, 34:20, 36:12, 38:12, 39:17, 41:2, 41:5, 41:10, 41:15, 41:16, 41:23, 42:24, 44:3, 45:15, 45:16, 45:21, 46:11, 46:20, 46:23, 46:24, 47:2, 47:4, 47:5, 47:11, 47:18, 48:7, 48:22, 49:8, 50:11, 50:12, 50:13, 50:16, 50:18, 50:20, 50:23, 51:1, 51:22, 51:23, 52:2, 53:2, 54:15, 55:18, 55:19, 56:25, 57:9, 58:12, 58:16, 58:21, 59:6, 60:15, 62:3, 63:1, 64:5, 68:1, 68:24, 70:2, 71:1, 72:18, 72:25, 77:5, 78:11, 78:24, 80:12, 82:9, 84:4, 84:17, 85:11, 86:21, 89:6, 89:24, 97:13, 99:16, 99:19, 101:10, 110:2, 112:18, 113:4, 115:11, 115:16, 115:17, 115:23, 117:22, 118:2, 118:17, 119:25, 120:21, 120:25, 121:20, 121:24, 122:2, 123:18, 126:6, 128:10, 128:15, 128:19, 130:6, 130:16, 130:20, 132:3, 132:21, 134:8, 134:10, 134:18, 135:13, 136:18, 138:13, 143:8, 143:11, 144:16, 145:15, 147:1, 147:2, 148:1, 149:24, 154:7, 154:24, 155:5, 157:9, 157:12, 157:13, 157:14, 157:17, 157:24, 158:17, 158:25, 159:13, 160:6, 160:22, 161:2, 161:25, 162:8, 162:10, 162:12, 162:15, 163:7, 163:21, 164:22, 165:23, 166:1, 167:16, 167:25, 168:19, 169:4, 169:5, 169:9, 170:2, 170:10,

171:6, 171:9, 173:11, 173:13, 173:19, 178:7, 178:8, 178:15, 178:19, 178:20, 178:22, 179:2, 179:4, 179:8, 180:6, 190:4, 190:10, 190:19, 192:22, 193:14, 195:21, 195:25, 196:3, 196:6, 198:20, 200:4, 200:5, 201:2, 202:10, 202:11, 203:2, 203:5, 203:6, 203:15, 204:11, 204:23, 205:23, 206:8, 207:12, 207:25, 208:1, 212:8, 217:11, 217:12, 220:4, 220:15, 220:18, 221:1, 222:11
**Capitol's** [1] - 191:2
**Captain** [18] - 45:10, 66:19, 66:22, 76:10, 77:19, 100:5, 101:9, 109:23, 113:15, 126:4, 133:12, 136:16, 143:23, 147:20, 150:8, 150:17, 152:25, 220:12
**captain** [17] - 45:24, 45:25, 54:23, 55:15, 60:2, 66:23, 69:25, 73:17, 74:24, 76:16, 83:2, 85:11, 99:15, 100:23, 110:2, 147:3, 147:4
**capture** [2] - 68:6
**captured** [1] - 9:17
**captures** [1] - 21:16
**car** [2] - 172:2, 172:25
**career** [1] - 196:12
**careful** [2] - 114:4, 144:7
**carefully** [3] - 43:12, 44:16, 95:12
**carriage** [11] - 163:3, 163:4, 165:8, 165:11, 171:10, 171:13, 171:15, 171:17, 172:2, 172:19, 199:14
**carry** [2] - 164:9, 164:14
**cars** [9] - 172:23, 173:2, 181:5, 207:15, 208:2, 208:22, 208:23, 209:2
**case** [30] - 5:24, 5:25, 7:5, 17:2, 19:15,

23:15, 25:24, 25:25, 27:13, 36:18, 42:12, 65:8, 104:18, 138:3, 143:3, 169:16, 186:25, 197:23, 197:25, 199:4, 214:21, 220:10, 222:21, 223:2, 223:22, 224:5, 225:12, 225:13, 226:10
**Case** [1] - 4:2
**case-specific** [1] - 5:24
**cases** [4] - 5:21, 6:4, 105:20, 146:12
**caused** [2] - 108:2, 154:5
**causes** [1] - 113:22
**caveat** [1] - 17:5
**CCTV** [5] - 6:9, 9:2, 180:13, 191:3
**CDU** [10] - 60:16, 60:18, 67:6, 110:14, 110:20, 111:9, 111:21, 112:17, 112:24, 115:24
**cell** [2] - 28:24, 44:6
**center** [6] - 8:17, 154:17, 173:2, 188:24, 190:10, 192:17
**Center** [6] - 60:15, 61:1, 61:2, 61:4, 62:3, 67:11
**central** [1] - 25:24
**ceremonial** [5] - 163:6, 173:16, 173:22, 177:24, 189:19
**certain** [5] - 33:12, 34:12, 35:7, 142:18, 195:21
**certainly** [17] - 14:13, 15:4, 16:5, 17:19, 18:21, 19:5, 19:12, 20:18, 38:13, 54:25, 55:4, 208:15, 211:7, 222:1, 220:20, 224:7, 226:20
**certainty** [1] - 142:19
**CERTIFICATE** [1] - 231:1
**certification** [18] - 31:1, 31:14, 35:16, 36:17, 36:21, 43:25, 58:17, 59:8, 65:13, 98:18, 102:19, 163:11, 164:4, 165:9, 176:17, 200:11,

200:17
**certified** [1] - 34:25
**certify** [3] - 31:8, 58:15, 231:4
**cetera** [3] - 12:19, 226:6
**chamber** [25] - 34:25, 35:5, 35:12, 97:14, 98:15, 98:16, 98:22, 163:10, 164:20, 173:24, 174:1, 174:3, 174:5, 175:1, 178:3, 178:4, 178:9, 178:10, 189:20, 193:19, 193:20, 194:3, 199:15
**chambers** [1] - 163:24
**chance** [4] - 33:15, 104:12, 225:4, 225:9
**chances** [1] - 25:1
**change** [3] - 32:21, 184:2, 225:3
**changed** [2] - 33:5, 169:13
**chanting** [1] - 210:8
**chaotic** [1] - 40:22
**character** [6] - 23:15, 23:17, 25:7, 25:10, 26:11, 26:20
**characterization** [1] - 124:2
**characterize** [1] - 134:5
**charge** [2] - 189:13, 224:17
**charged** [6] - 36:5, 37:25, 43:10, 142:25, 143:2, 201:16
**charges** [8] - 14:10, 19:17, 36:7, 36:9, 36:11, 36:14, 36:15, 44:19
**charging** [2] - 64:11, 216:18
**Charlotte** [4] - 158:3, 158:5, 161:2, 198:21
**chasing** [1] - 210:5
**check** [6] - 7:14, 18:15, 194:8, 227:22, 227:24, 228:2
**checked** [1] - 11:8
**cheering** [1] - 40:24
**chemical** [3] - 62:14, 64:16, 67:1
**chest** [1] - 60:19
**chickens** [1] - 38:6
**Chief** [3] - 104:19, 221:3, 225:12
**chief** [1] - 223:2

**children** [1] - 38:9
**choose** [3] - 29:21, 223:7, 224:5
**Christian** [1] - 40:3
**chute** [1] - 131:21
**circle** [20] - 22:25, 33:18, 48:9, 51:16, 61:5, 62:8, 77:10, 89:15, 89:19, 97:24, 118:22, 119:22, 135:7, 136:23, 145:7, 162:3, 171:10, 188:21, 192:14, 226:2
**circled** [21] - 83:18, 90:3, 90:8, 92:3, 92:25, 94:23, 95:5, 99:3, 136:21, 138:22, 142:16, 145:8, 153:1, 153:7, 155:1, 163:15, 184:11, 188:23, 192:16, 193:23
**circling** [13] - 57:25, 77:24, 80:2, 81:2, 85:3, 135:19, 150:17, 152:25, 171:6, 176:10, 181:5, 182:14, 189:15
**circuit** [1] - 68:4
**circumstance** [1] - 228:17
**circumstances** [3] - 18:1, 125:11, 190:14
**citizen** [3] - 39:5, 39:7, 43:16
**civil** [11] - 39:5, 59:22, 59:24, 59:25, 60:17, 67:5, 67:17, 67:23, 85:23, 102:18, 110:17
**civilian** [2] - 7:23, 133:20
**claim** [2] - 9:10, 25:23
**clarify** [1] - 166:25
**classes** [1] - 39:7
**clear** [24] - 19:23, 25:10, 32:1, 32:2, 32:3, 32:9, 41:7, 42:20, 46:12, 52:4, 54:21, 77:23, 107:5, 124:24, 141:24, 148:8, 151:10, 166:18, 166:20, 188:25, 195:23, 196:3, 216:22, 216:24
**clearer** [1] - 94:20
**clearly** [3] - 148:19, 211:6, 221:5
**client** [8] - 54:2, 105:1, 106:18,

214:21, 227:7, 227:8, 227:9
**clip** [3] - 148:6, 170:14, 182:7
**clips** [2] - 90:1, 137:15
**close** [11] - 40:5, 40:6, 40:12, 41:17, 41:24, 41:25, 42:5, 114:16, 158:24, 184:19, 220:1
**closed** [10] - 31:21, 50:25, 51:5, 51:8, 51:24, 61:2, 68:4, 90:16, 149:6, 212:6
**Closed** [8] - 32:7, 53:2, 53:9, 56:25, 58:11, 71:6, 127:2, 148:19
**closed-circuit** [1] - 68:4
**closely** [4] - 40:15, 44:15, 156:9, 169:21
**closer** [1] - 60:3
**closing** [4] - 36:18, 152:3, 152:15, 219:8
**closure** [1] - 52:4
**co** [2] - 4:9, 220:8
**co-counsel** [2] - 4:9, 220:8
**coat** [6] - 81:4, 85:5, 88:24, 92:7, 95:6, 153:21
**collapsible** [1] - 52:6
**colleague** [1] - 36:6
**colleagues** [1] - 216:5
**collected** [1] - 6:5
**College** [4] - 35:25, 163:11, 176:18, 200:11
**colloquially** [1] - 5:23
**colloquied** [1] - 226:21
**Colorado** [3] - 38:3, 39:12, 105:15
**colored** [1] - 78:1
**COLUMBIA** [2] - 1:1, 1:16
**Columbia** [2] - 2:2, 231:13
**Columbus** [1] - 134:12
**column** [2] - 163:15, 165:4
**comfortable** [2] - 20:11, 227:8
**coming** [8] - 60:11, 61:18, 71:19, 105:13,

105:14, 115:23, 130:6, 172:18
**commenting** [1] - 13:4
**commit** [2] - 43:11, 44:14
**committee** [2] - 5:16, 10:20
**common** [3] - 37:5, 37:6
**Common** [1] - 47:11
**communicate** [2] - 26:22, 216:4
**communicating** [2] - 213:1, 213:2
**communications** [4] - 21:15, 23:21, 185:3, 185:12
**comparison** [2] - 89:14, 123:17
**compel** [4] - 4:20, 13:15, 18:10, 19:18, 20:5, 23:2
**compilation** [1] - 70:2
**complained** [1] - 133:3
**complete** [1] - 231:6
**completely** [1] - 225:8
**complex** [5] - 157:14, 166:5, 170:10, 213:14, 213:15
**complied** [2] - 10:15, 11:12
**complies** [4] - 37:22, 162:4, 188:22, 192:15
**compliment** [1] - 133:20
**comply** [1] - 20:4
**complying** [1] - 10:10
**concede** [1] - 141:19
**conceded** [1] - 152:12
**conceding** [1] - 14:17
**conceivably** [1] - 124:4
**concept** [1] - 151:24
**concern** [9] - 179:21, 179:24, 183:23, 184:15, 184:19, 184:21, 194:6, 210:9, 210:10
**concerned** [4] - 60:10, 82:17, 108:4, 129:17
**concerns** [15] -

118:7, 194:13, 194:25, 195:2, 206:18, 208:5, 208:10, 208:11, 208:14, 208:24, 210:25, 213:4, 228:16, 229:1
**conclude** [1] - 44:18
**concluded** [3] - 165:9, 230:6
**conclusion** [12] - 65:7, 81:17, 81:24, 82:7, 82:12, 82:19, 82:20, 87:16, 88:1, 88:16, 103:1, 122:7
**conclusions** [1] - 88:5
**concrete** [1] - 150:17
**concreted** [1] - 121:3
**conditionally** [1] - 126:14
**conditions** [2] - 104:17, 195:21
**conduct** [7] - 36:15, 43:11, 43:12, 44:13, 129:11, 183:16
**conducted** [1] - 196:7
**confer** [2] - 220:6, 228:19
**conference** [17] - 14:9, 53:14, 54:10, 65:1, 81:22, 106:7, 129:9, 144:1, 175:3, 175:8, 175:12, 210:20, 217:22, 222:6, 223:15, 223:17, 224:23
**confers** [1] - 220:8
**confidence** [1] - 19:11
**confident** [2] - 37:8, 216:19
**confined** [1] - 32:15
**confirmed** [2] - 15:8, 15:12
**conflict** [1] - 33:25
**confrontation** [1] - 42:8
**confused** [6] - 66:20, 132:16, 205:17, 205:22, 206:7, 206:24
**confusing** [1] - 216:17
**confusion** [4] - 66:6, 167:2, 216:16, 216:23
**Congress** [14] - 10:25, 11:8, 11:11, 31:7, 43:19, 43:20, 44:1, 44:3, 44:5,

45:17, 58:14, 58:18, 68:11, 204:12
**congressional** [3] - 174:17, 176:13, 195:9
**Connecticut** [2] - 227:3, 227:4
**consider** [2] - 134:9, 196:5
**considered** [2] - 69:5, 145:17
**consistent** [2] - 82:8, 87:22
**conspiratorial** [1] - 143:18
**constitutes** [1] - 231:4
**Constitution** [2] - 2:3, 231:14
**constitutional** [4] - 7:7, 10:11, 10:15, 18:24
**construction** [3] - 51:9, 56:15, 155:11
**construed** [2] - 209:23, 210:1
**consult** [1] - 21:1
**consulted** [1] - 226:11
**contact** [11] - 16:17, 18:1, 162:17, 227:13, 227:15, 227:22, 228:4, 228:6, 228:8, 228:13, 228:17
**contains** [2] - 6:8, 7:4
**contest** [1] - 35:25
**context** [3] - 5:19, 8:3, 125:10
**context-based** [1] - 125:10
**continue** [9] - 9:24, 22:6, 71:19, 73:4, 91:11, 117:16, 220:25, 224:19, 229:4
**continues** [1] - 34:21
**continuing** [5] - 73:11, 87:14, 153:25, 175:5, 228:25
**contributed** [2] - 65:12, 102:20
**control** [3] - 61:22, 144:4, 144:17
**convene** [2] - 164:11, 219:5
**convenient** [1] - 224:1
**conversations** [1] - 213:3
**cooks** [2] - 38:5, 38:6

**coordinate** [1] - 103:21
**core** [1] - 14:10
**corner** [6] - 92:15, 92:21, 171:2, 172:11, 181:3, 191:16
**correct** [80] - 10:3, 17:14, 55:23, 67:6, 67:11, 110:3, 115:11, 115:25, 116:15, 118:6, 119:25, 120:13, 120:18, 121:11, 122:2, 123:2, 123:7, 123:8, 123:9, 123:21, 124:4, 125:18, 128:19, 130:6, 134:4, 134:18, 134:23, 135:3, 135:13, 135:23, 136:6, 137:13, 138:3, 138:14, 139:22, 139:25, 140:14, 140:23, 142:4, 143:9, 144:22, 145:14, 145:22, 146:3, 148:1, 149:8, 149:11, 151:15, 163:17, 163:18, 171:18, 171:19, 173:4, 177:22, 193:3, 193:22, 198:10, 198:13, 199:2, 199:6, 199:8, 199:24, 200:1, 200:8, 201:18, 203:15, 203:16, 204:2, 204:13, 204:14, 204:16, 207:14, 207:24, 208:12, 208:16, 209:12, 212:24, 213:18, 222:15, 222:16
**correction** [1] - 7:17
**correctly** [2] - 51:24, 117:3
**cough** [1] - 85:17
**counsel** [18] - 4:9, 6:13, 6:18, 7:12, 8:22, 17:25, 18:12, 28:17, 28:20, 136:2, 141:20, 220:6, 220:8, 220:12, 220:14, 221:4, 228:7, 228:12
**counter** [1] - 149:17
**counterpart** [1] - 189:6
**counterparts** [4] - 159:13, 162:11, 163:9, 178:19
**counterparts'** [1] -

178:15
**Counts** [1] - 36:10
**counts** [1] - 37:9
**couple** [16] - 29:12, 48:16, 55:9, 60:5, 62:24, 64:10, 70:18, 87:25, 104:9, 111:8, 114:10, 115:8, 119:22, 129:19, 135:22, 214:13
**course** [21] - 6:5, 27:9, 27:13, 29:20, 29:24, 36:25, 47:16, 54:18, 64:23, 88:8, 101:22, 102:3, 102:24, 103:9, 167:3, 186:9, 186:14, 200:6, 220:7, 221:23, 223:6
**COURT** [250] - 1:1, 4:11, 4:16, 4:19, 8:7, 8:11, 9:19, 9:23, 10:7, 10:12, 10:22, 11:2, 11:12, 11:15, 11:18, 11:23, 13:19, 14:2, 14:4, 15:15, 16:19, 17:10, 17:15, 18:3, 18:6, 21:6, 21:21, 22:3, 22:13, 23:7, 23:9, 24:2, 24:10, 24:19, 24:23, 25:4, 25:14, 26:22, 26:25, 27:3, 27:7, 27:9, 27:14, 27:18, 27:21, 28:1, 28:6, 28:10, 28:12, 28:23, 29:3, 29:11, 30:14, 30:18, 37:11, 37:16, 44:21, 44:25, 47:22, 47:24, 48:3, 48:25, 49:2, 49:23, 53:14, 53:17, 54:19, 56:18, 57:19, 60:2, 65:1, 65:20, 66:19, 68:20, 70:11, 74:5, 74:9, 74:15, 74:21, 76:12, 76:23, 78:16, 80:14, 80:17, 81:18, 81:21, 82:1, 82:5, 82:13, 84:6, 84:8, 86:25, 87:10, 87:13, 87:24, 89:9, 90:11, 93:13, 93:25, 94:2, 96:12, 97:16, 97:18, 99:22, 99:25, 100:10, 100:16, 100:23, 101:7, 102:11, 102:21, 103:15, 103:19, 103:24, 104:5, 104:8, 104:10, 104:14, 104:23, 105:8,

105:18, 105:24, 106:2, 107:1, 107:4, 108:24, 109:2, 109:6, 109:10, 112:4, 112:6, 113:7, 113:10, 113:19, 114:3, 114:14, 114:18, 114:23, 115:3, 117:4, 117:8, 118:23, 118:25, 119:5, 119:9, 119:12, 119:17, 122:8, 126:11, 126:15, 129:3, 129:17, 130:24, 136:2, 141:22, 142:5, 143:19, 144:6, 147:9, 150:10, 150:12, 151:22, 152:5, 155:15, 155:22, 155:24, 156:3, 159:22, 160:8, 160:14, 161:13, 161:15, 166:13, 166:23, 167:7, 170:21, 174:15, 175:2, 175:6, 175:23, 176:2, 176:25, 177:3, 177:10, 177:15, 180:20, 180:22, 183:1, 183:6, 183:24, 184:5, 184:8, 185:20, 186:13, 186:19, 186:23, 187:14, 188:6, 191:8, 196:22, 205:8, 205:15, 205:18, 205:24, 206:12, 207:2, 210:20, 210:23, 211:4, 211:13, 211:16, 213:7, 213:22, 214:8, 214:15, 214:18, 214:22, 215:7, 215:9, 215:14, 216:21, 217:22, 217:25, 218:16, 218:22, 219:1, 219:22, 220:7, 220:17, 220:24, 221:13, 221:19, 222:17, 222:24, 223:3, 223:18, 223:23, 224:9, 225:15, 225:17, 225:20, 226:7, 226:23, 227:4, 227:19, 227:25, 228:21, 228:24, 229:16, 229:25
**court** [112] - 33:13, 34:13, 35:8, 53:21, 55:13, 66:15, 70:21,

71:9, 71:16, 72:5, 72:13, 73:6, 73:15, 73:23, 75:3, 75:10, 75:19, 76:1, 76:6, 77:17, 79:8, 79:17, 79:24, 80:7, 80:24, 82:24, 83:8, 83:16, 83:24, 84:13, 84:23, 85:9, 86:9, 88:21, 90:22, 91:1, 91:9, 91:16, 91:25, 92:11, 92:19, 93:10, 94:8, 94:16, 95:2, 95:18, 95:23, 96:18, 97:6, 98:4, 99:1, 99:7, 100:22, 103:7, 114:13, 117:19, 121:18, 122:23, 126:21, 127:18, 128:1, 128:13, 128:25, 130:2, 131:6, 131:9, 132:1, 132:6, 136:14, 137:3, 137:23, 138:9, 139:6, 139:19, 140:10, 140:18, 141:5, 142:7, 144:14, 145:5, 147:17, 148:17, 148:25, 152:19, 152:23, 153:10, 153:16, 154:2, 160:12, 167:5, 171:25, 172:8, 172:16, 175:14, 176:6, 176:21, 180:10, 182:2, 182:12, 184:7, 187:13, 188:14, 192:9, 195:12, 207:4, 207:9, 209:7, 211:15, 211:19, 212:14, 217:5, 218:15
**Court** [17] - 2:1, 2:2, 13:14, 13:17, 18:12, 19:16, 22:18, 25:16, 25:19, 37:3, 53:20, 70:10, 121:17, 121:24, 175:11, 231:12, 231:13
**Court's** [1] - 150:7
**courthouse** [1] - 175:10
**courtroom** [17] - 24:1, 25:17, 26:17, 27:5, 29:1, 37:6, 45:1, 74:13, 74:19, 104:3, 107:23, 109:4, 155:18, 155:25, 177:8, 177:13, 219:20
**COURTROOM** [22] -

4:1, 28:14, 28:17, 28:20, 29:5, 29:9, 30:13, 30:16, 45:3, 45:6, 47:15, 103:23, 111:1, 111:3, 111:6, 111:15, 118:24, 119:4, 119:8, 125:25, 156:2, 156:8
**courts** [2] - 19:18, 20:5
**cover** [2] - 226:1, 229:23
**covered** [4] - 11:2, 19:22, 65:23, 215:3
**COVID-19** [1] - 31:20
**create** [2] - 198:5, 201:14
**credentialed** [2] - 145:21, 145:24
**credibility** [3] - 17:9, 214:21, 215:19
**crews** [1] - 155:11
**crime** [1] - 44:12
**crimes** [3] - 36:6, 43:10, 44:14
**Criminal** [2] - 1:3, 4:2
**critical** [3] - 132:25, 134:3, 134:5
**critique** [1] - 133:20
**cross** [15] - 54:25, 55:5, 65:25, 88:4, 88:10, 107:20, 109:11, 113:20, 144:11, 152:8, 183:12, 187:9, 196:22, 215:1, 221:15
**CROSS** [2] - 109:21, 196:23
**Cross** [1] - 3:4
**cross-examination** [9] - 54:25, 65:25, 88:4, 88:10, 107:20, 109:11, 113:20, 196:22, 221:15
**CROSS-EXAMINATION** [2] - 109:21, 196:23
**cross-examine** [1] - 187:9
**cross-examined** [1] - 152:8
**cross-examining** [1] - 144:11
**crossing** [1] - 125:2
**crowd** [44] - 12:23, 32:21, 32:25, 35:10, 43:2, 63:9, 63:12, 64:15, 79:13, 83:11, 123:4, 123:11,

132:22, 138:18, 143:9, 143:22, 144:4, 144:17, 179:5, 179:7, 179:9, 179:21, 181:10, 181:15, 183:3, 183:4, 183:5, 184:11, 184:13, 184:16, 184:18, 209:13, 209:15, 209:20, 209:23, 209:24, 210:2, 210:5, 210:11, 210:13, 211:2, 211:23, 220:16, 221:5
**crowds** [2] - 60:1, 121:19
**CRR** [3] - 2:1, 231:3, 231:12
**cruisers** [1] - 46:18
**cry** [1] - 85:17
**culmination** [1] - 162:25
**cumulative** [5] - 82:18, 88:12, 129:8, 129:18, 141:18
**curator** [1] - 50:8
**curators** [1] - 134:11
**cure** [1] - 108:9
**curiosity** [2] - 153:3, 173:18
**current** [4] - 7:20, 7:21, 45:23, 116:3
**cursing** [2] - 62:13, 64:21
**cursor** [1] - 95:12
**Cusick** [2] - 104:25, 226:9
**CVC** [1] - 47:5

## D

**D.C** [7] - 1:6, 1:17, 2:4, 12:10, 39:4, 116:7, 231:14
**dark** [17] - 78:1, 81:4, 83:21, 85:5, 88:24, 92:7, 95:6, 97:1, 99:12, 153:21
**dark-colored** [1] - 78:1
**database** [1] - 17:22
**databases** [1] - 229:9
**date** [1] - 57:12
**dated** [2] - 20:22, 112:25
**Dated** [1] - 231:10
**daughter** [4] - 158:3, 158:5, 158:6, 198:21

**daughters** [3] - 23:14, 23:19, 26:4
**David** [5] - 5:3, 104:19, 220:3, 220:9
**day's** [2] - 162:24, 202:6
**day-to-day** [1] - 7:14
**days** [5] - 39:12, 41:17, 120:17, 157:21, 158:11
**dead** [1] - 8:17
**dealing** [1] - 110:21
**dealt** [1] - 210:25
**decade** [2] - 7:22, 15:14
**December** [1] - 57:14
**decide** [3] - 21:2, 221:21, 223:24
**deciding** [1] - 224:17
**decision** [7] - 62:2, 63:19, 179:14, 180:1, 190:7, 190:15, 195:24
**declare** [4] - 197:18, 197:19, 197:24, 201:11
**decline** [1] - 20:5
**declined** [1] - 19:18
**deed** [1] - 22:15
**deem** [1] - 57:20
**defendant** [4] - 5:25, 19:2, 19:3, 19:19
**Defendant** [20] - 1:7, 4:13, 8:2, 8:14, 9:10, 18:25, 23:22, 30:24, 32:11, 37:9, 77:20, 105:1, 110:1, 129:23, 135:2, 141:17, 141:25, 159:24, 186:22, 206:23
**DEFENDANT** [3] - 1:18, 4:18, 37:22
**Defendant's** [26] - 3:24, 3:24, 3:25, 3:25, 7:15, 7:19, 7:25, 112:7, 126:16, 126:20, 127:17, 127:25, 128:12, 128:24, 129:11, 131:1, 131:5, 131:8, 131:25, 132:5, 146:18, 146:22, 147:11, 147:16, 148:16, 148:24
**defendant's** [2] - 5:25, 7:5
**defendants** [1] - 5:22
**Defender's** [1] - 227:12
**defenders** [1] -

226:12
**defense** [38] - 5:4, 6:2, 6:13, 6:18, 7:12, 8:22, 11:19, 12:2, 14:5, 14:6, 15:20, 17:25, 18:12, 18:18, 19:9, 21:1, 25:23, 25:25, 27:4, 29:19, 54:16, 55:10, 66:1, 66:10, 80:15, 108:25, 109:12, 141:20, 147:6, 151:13, 205:17, 220:11, 220:12, 220:14, 221:3, 228:6, 228:12
**Defense** [16] - 110:23, 110:24, 111:4, 112:3, 119:2, 125:24, 126:10, 130:13, 130:22, 131:3, 133:9, 146:16, 147:7, 220:23
**defer** [2] - 29:20, 37:12
**definite** [1] - 221:10
**definitely** [5] - 130:7, 132:20, 137:9, 155:6, 179:9
**definition** [1] - 151:23
**definitively** [1] - 224:4
**delaying** [1] - 65:13
**delays** [1] - 200:14
**delete** [3] - 215:15, 217:17, 218:6
**deleted** [3] - 214:17, 214:20, 216:6
**deliberate** [1] - 44:17
**delineate** [1] - 208:13
**Democrat** [1] - 39:2
**democratic** [1] - 36:23
**demonstrate** [1] - 19:20
**demonstrated** [1] - 116:20
**demonstration** [6] - 38:14, 115:23, 118:2, 120:14, 121:2, 121:16
**demonstrations** [7] - 41:19, 51:10, 59:8, 60:1, 110:21, 120:24, 123:4
**demonstrator** [1] - 125:2
**demonstrators** [4] - 60:11, 144:18, 149:23, 149:25

**denied** [2] - 23:2, 54:10
**deny** [3] - 18:10, 38:12, 55:7
**depart** [2] - 180:5, 182:21
**departed** [2] - 181:22, 208:1
**departing** [1] - 182:8
**Department** [2] - 63:2, 64:10
**Departure** [1] - 165:4
**departure** [1] - 165:7
**departures** [2] - 162:15, 200:6
**depict** [3] - 165:21, 175:18, 180:16
**depiction** [6] - 165:25, 166:16, 186:8, 187:20, 188:2, 191:2
**depicts** [2] - 165:22, 174:25
**deployed** [2] - 60:16, 85:11
**deploying** [1] - 67:22
**deputy** [1] - 189:12
**DEPUTY** [22] - 4:1, 28:14, 28:17, 28:20, 29:5, 29:9, 30:13, 30:16, 45:3, 45:6, 47:15, 103:23, 111:1, 111:3, 111:6, 111:15, 118:24, 119:4, 119:8, 125:25, 156:2, 156:8
**Derrick** [1] - 225:13
**describe** [11] - 47:2, 49:7, 59:1, 73:8, 77:24, 81:2, 83:19, 85:3, 88:23, 92:5, 153:20
**described** [6] - 12:11, 12:13, 13:21, 19:25, 50:11, 102:12
**descriptions** [1] - 115:24
**deserves** [1] - 38:22
**designate** [1] - 27:12
**designated** [3] - 59:12, 67:20, 163:5
**designed** [1] - 110:21
**destination** [1] - 199:22
**detail** [17] - 36:7, 59:4, 157:18, 157:20, 169:8, 169:22, 185:13, 189:7, 189:12, 192:1, 200:25, 212:23,

212:24, 213:1, 213:11, 213:13
**detailed** [1] - 162:14
**details** [2] - 47:1, 229:15
**determination** [1] - 105:24
**determined** [5] - 7:10, 164:17, 199:19, 199:20, 200:7
**develop** [1] - 112:11
**development** [1] - 112:16
**diagnosed** [1] - 42:14
**diagram** [1] - 118:17
**dial** [2] - 227:5
**die** [1] - 106:11
**differences** [1] - 196:16
**different** [16] - 5:23, 14:4, 16:3, 19:10, 25:8, 32:1, 42:7, 43:7, 115:13, 134:18, 135:8, 137:15, 146:9, 196:15, 204:10, 204:15
**differently** [1] - 152:13
**difficult** [4] - 24:13, 107:6, 107:12, 212:3
**DIRECT** [2] - 45:8, 156:10
**Direct** [1] - 3:4
**direct** [9] - 23:25, 66:12, 76:10, 100:17, 107:6, 114:5, 114:19, 116:2, 118:11
**directing** [1] - 212:9
**direction** [4] - 12:23, 57:10, 143:18, 143:21
**directions** [1] - 117:3
**directly** [4] - 6:1, 12:1, 13:12, 34:19
**disclose** [1] - 18:24
**disclosed** [1] - 19:8
**discovery** [12] - 5:20, 5:22, 5:24, 6:3, 6:7, 6:12, 7:3, 7:4, 7:8, 10:11, 16:22, 22:16
**discretion** [1] - 25:17
**discuss** [4] - 36:7, 169:16, 219:23, 225:9
**discussed** [2] - 14:9, 115:9
**discussion** [1] - 23:12
**discussions** [1] - 169:12
**disorder** [3] -

102:18, 103:3, 108:7
**disorderly** [7] - 36:14, 43:11, 43:17, 44:11, 44:13, 102:24
**dispatcher** [3] - 69:4
**dispatchers** [1] - 69:9
**display** [1] - 202:1
**disrupted** [1] - 102:18
**disrupting** [1] - 183:14
**disruption** [3] - 43:18, 183:13, 183:16
**disruptions** [1] - 200:9
**disruptive** [3] - 36:14, 36:15, 43:17
**distance** [1] - 208:6
**distinction** [1] - 24:11
**DISTRICT** [3] - 1:1, 1:1, 1:16
**District** [3] - 2:2, 2:2, 231:13
**district** [1] - 231:13
**disturbance** [9] - 59:22, 59:24, 59:25, 60:17, 67:5, 67:17, 67:23, 85:23, 110:17
**division** [6] - 46:11, 46:15, 157:5, 157:8, 161:25, 201:23
**document** [15] - 111:18, 111:20, 111:24, 112:22, 112:24, 113:16, 114:2, 116:21, 117:6, 133:12, 133:22, 133:23, 133:24, 134:1, 165:3
**documents** [3] - 6:14, 7:4, 112:23
**dodged** [1] - 23:10
**dome** [2] - 34:20, 89:24
**Donald** [1] - 116:7
**done** [6] - 35:24, 35:25, 117:15, 133:7, 228:14, 228:15
**door** [26] - 42:25, 43:3, 50:8, 50:10, 62:5, 62:6, 63:22, 63:23, 64:2, 64:12, 73:20, 74:2, 74:3, 74:4, 74:11, 75:7, 75:22, 90:16, 91:4, 134:8, 134:9, 134:10, 134:12, 189:15, 189:16, 189:17

**doors** [5] - 34:5, 50:6, 91:13, 134:7, 174:2
**Dorrance** [1] - 1:22
**double** [5] - 18:15, 91:7, 95:21, 139:4, 208:18
**double-check** [1] - 18:15
**doubt** [1] - 20:6
**down** [33] - 13:20, 20:23, 22:19, 22:23, 36:4, 43:13, 44:16, 60:14, 63:6, 67:2, 109:6, 112:20, 124:6, 128:23, 133:16, 146:2, 151:14, 161:4, 162:18, 163:16, 165:12, 168:23, 173:6, 176:24, 184:24, 190:1, 193:10, 195:7, 205:14, 207:6, 218:23, 220:13, 226:24
**downstairs** [2] - 62:6, 103:22
**drafted** [1] - 159:11
**dragged** [1] - 146:11
**draw** [3] - 48:6, 82:11, 151:8
**drew** [1] - 171:10
**drivers** [1] - 208:23
**driving** [1] - 224:15
**dropoff** [1] - 172:22
**drove** [1] - 39:11
**DSAC** [1] - 189:12
**due** [1] - 61:2
**duly** [1] - 29:7
**during** [11] - 12:18, 21:14, 31:19, 41:23, 81:11, 101:12, 154:10, 176:15, 185:25, 217:1, 222:2
**duty** [2] - 18:24

## E

**ear** [1] - 42:17
**early** [5] - 29:14, 32:12, 39:18, 178:5, 223:13
**ears** [1] - 42:16
**easily** [1] - 125:17
**east** [70] - 8:18, 8:20, 33:7, 33:10, 33:19, 34:5, 35:14, 39:18, 39:22, 48:7, 48:22, 49:8, 50:16, 51:9,

56:3, 56:5, 56:6, 56:8, 65:18, 67:11, 67:19, 67:20, 67:24, 72:10, 72:16, 74:4, 76:17, 77:5, 78:11, 78:23, 80:12, 84:4, 84:17, 86:21, 89:16, 89:17, 90:3, 90:8, 90:16, 101:14, 118:14, 118:15, 120:24, 121:19, 125:12, 126:6, 127:5, 127:11, 127:14, 134:23, 134:25, 135:13, 135:20, 138:13, 143:6, 146:25, 147:2, 149:8, 149:9, 149:19, 149:22, 150:17, 151:5, 170:10, 179:19, 179:22, 182:22, 207:12, 220:5
**easy** [2] - 31:3, 106:3
**edge** [1] - 131:21
**Edwards** [1] - 231:12
**EDWARDS** [2] - 2:1, 231:3
**effect** [2] - 85:16, 205:1
**effectively** [1] - 174:20
**effort** [1] - 7:6
**Egg** [11] - 8:1, 8:12, 8:24, 8:25, 9:7, 32:17, 99:15, 101:10, 101:17, 118:12, 118:13
**egg** [1] - 32:18
**eggs** [1] - 38:6
**eight** [2] - 18:7, 131:11
**either** [6] - 19:17, 69:3, 148:14, 162:24, 219:14, 225:5
**elect** [2] - 213:10, 216:1
**Elect** [5] - 58:19, 158:4, 214:13, 216:16, 217:7
**elected** [1] - 31:5
**election** [15] - 31:1, 31:8, 31:13, 34:25, 35:16, 36:16, 36:21, 38:18, 38:25, 58:15, 59:8, 65:14, 98:18, 102:18
**Electoral** [4] - 35:25, 163:11, 176:18, 200:11
**electronically** [1] - 21:16

**element** [2] - 82:14, 160:7
**elements** [3] - 66:9, 160:9, 183:8
**Ellipse** [1] - 54:4
**email** [11] - 17:24, 159:11, 159:12, 159:16, 160:4, 160:21, 160:24, 161:9, 198:9, 198:12, 198:18
**emails** [2] - 133:8, 216:3
**emergency** [3] - 169:17, 169:20, 192:20
**Emily** [1] - 4:15
**employee** [2] - 25:21, 145:15
**employees** [1] - 133:19
**empty** [1] - 208:2
**enact** [1] - 192:20
**encourage** [2] - 20:21, 108:12
**end** [16] - 22:24, 36:8, 36:21, 80:5, 83:22, 97:4, 131:24, 184:3, 188:16, 195:10, 214:7, 219:5, 222:7, 224:2, 224:5, 229:23
**endeavor** [1] - 221:18
**ended** [2] - 67:22, 165:10
**enforcement** [9] - 15:10, 17:22, 115:10, 141:8, 144:21, 160:22, 169:14, 196:1, 201:22
**enraged** [1] - 62:21
**ensure** [1] - 168:15
**entail** [1] - 168:13
**enter** [5] - 127:22, 166:5, 173:11, 201:24, 229:2
**entered** [40] - 12:17, 29:1, 42:24, 45:1, 48:1, 49:4, 50:1, 56:21, 57:23, 70:16, 74:19, 77:1, 78:19, 80:20, 84:11, 87:3, 89:12, 90:14, 94:5, 96:14, 97:21, 109:4, 112:7, 119:20, 126:16, 131:1, 147:11, 155:25, 160:17, 161:18, 167:10, 170:24,

175:25, 177:13, 180:24, 187:3, 188:10, 190:4, 191:9, 191:13

**entering** [1] - 82:14

**entire** [2] - 31:9, 106:17

**entirely** [2] - 106:10, 106:15

**entirety** [4] - 65:14, 97:23, 126:13, 188:12

**entities** [1] - 196:2

**entitled** [1] - 13:10

**entrance** [1] - 64:8

**equipment** [3] - 30:17, 69:11, 185:3

**equipped** [1] - 211:7

**especially** [4] - 28:6, 41:2, 41:21, 43:8

**ESQ** [4] - 1:14, 1:15, 1:18, 1:21

**essential** [1] - 25:23

**essentially** [1] - 50:3

**establish** [2] - 100:5, 103:2

**established** [6] - 31:15, 59:5, 82:9, 143:24, 166:20, 201:5

**establishes** [1] - 160:6

**establishing** [1] - 197:21

**et** [3] - 12:19, 226:6

**evening** [2] - 195:17, 229:11

**event** [10] - 113:5, 116:7, 116:10, 116:15, 133:21, 146:8, 158:16, 169:13, 169:23, 198:19

**events** [30] - 12:9, 12:11, 12:18, 38:1, 115:6, 115:14, 115:16, 115:20, 115:25, 116:4, 116:23, 117:21, 119:24, 120:2, 120:3, 120:7, 120:9, 123:11, 162:24, 174:25, 175:18, 184:17, 186:8, 187:20, 200:21, 200:23, 202:6, 204:10

**eventually** [1] - 63:16

**everywhere** [1] - 62:12

**EVIDENCE** [1] - 3:10

**evidence** [62] - 6:4,

10:16, 14:6, 14:15, 16:6, 18:24, 19:2, 19:7, 19:8, 19:16, 29:22, 38:11, 38:25, 39:6, 40:2, 40:6, 40:17, 42:1, 42:18, 43:12, 43:14, 44:15, 48:1, 49:4, 50:1, 54:11, 56:21, 57:23, 70:16, 77:1, 78:19, 80:20, 84:11, 87:3, 89:12, 90:14, 94:5, 96:14, 97:21, 108:13, 112:8, 118:20, 118:23, 119:20, 126:17, 131:2, 143:23, 147:12, 160:17, 161:18, 167:10, 170:24, 176:1, 180:12, 180:24, 188:10, 191:9, 191:13, 193:11, 220:1, 223:9

**evidence.com** [1] - 6:8

**exact** [10] - 12:5, 47:1, 57:12, 100:6, 164:17, 194:24, 217:9, 220:13, 220:20, 229:14

**exactly** [2] - 54:7, 205:22

**examination** [11] - 54:25, 55:6, 65:25, 88:4, 88:10, 107:20, 109:11, 113:20, 114:19, 196:22, 221:15

**EXAMINATION** [5] - 45:8, 109:21, 150:15, 156:10, 196:23

**examine** [3] - 19:6, 44:16, 187:9

**examined** [1] - 152:8

**examining** [1] - 144:11

**example** [1] - 35:21

**except** [1] - 209:15

**exceptions** [1] - 187:1

**excited** [2] - 29:15, 186:3

**excluded** [4] - 24:25, 25:17, 26:16, 54:12

**excluding** [1] - 25:20

**exclusion** [1] - 27:10

**exculpate** [1] - 19:2

**exculpatory** [9] - 5:9, 10:1, 10:16, 13:12, 13:17, 18:20, 18:21,

20:18, 22:12

**excuse** [2] - 103:20, 216:15

**excused** [1] - 218:25

**exercise** [2] - 85:2, 85:23

**Exhibit** [227] - 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 3:24, 3:24, 3:25, 3:25, 8:5, 47:7, 47:25, 48:14, 48:18, 48:23, 49:3, 49:13, 49:20, 49:25, 51:13, 53:3, 53:11, 56:20, 57:4, 57:16, 57:22, 60:22, 69:20, 69:22, 70:7, 70:15, 70:20, 71:8, 71:15, 72:4, 72:12, 73:5, 73:14, 73:22, 75:2, 75:9, 75:18, 75:25, 76:5, 76:14, 76:21, 76:25, 77:7, 77:16, 78:7, 78:18, 79:7, 79:16, 79:23, 80:6, 80:8, 80:19, 80:23, 83:7, 83:15, 83:23, 84:2, 84:10, 84:12, 84:22, 85:8, 86:8, 86:15, 87:2, 89:2, 89:11, 90:4, 90:13, 90:21, 90:25, 91:8, 91:15, 91:24, 92:10, 92:18, 93:9, 93:18, 94:4, 94:7, 94:15, 95:1, 95:17, 95:22, 96:1, 96:2, 96:13, 96:17, 97:5, 97:8, 97:20, 98:3, 98:25, 99:6, 110:24, 110:25, 111:5, 112:3, 112:7, 118:20, 119:3, 119:6, 119:15, 119:19, 125:24, 126:10, 126:16, 126:20, 127:16, 127:17, 127:25, 128:12, 128:24, 130:14, 131:1, 131:5, 131:8, 131:25, 132:5, 134:15, 136:11, 136:13, 137:2, 138:8, 139:5, 139:18, 140:9, 140:17, 141:4, 145:1, 145:4, 146:16, 146:18, 146:22, 147:6, 147:7, 147:11,

147:16, 148:16, 148:24, 150:13, 152:20, 152:22, 153:9, 153:15, 154:1, 154:22, 159:3, 159:18, 160:16, 160:20, 161:5, 161:12, 161:17, 165:16, 166:9, 167:9, 167:12, 168:18, 170:4, 170:19, 170:23, 171:24, 172:7, 172:10, 172:15, 174:9, 175:22, 175:25, 176:5, 176:8, 176:20, 176:23, 180:7, 180:9, 180:19, 180:23, 182:1, 182:11, 185:14, 185:21, 188:5, 188:9, 188:13, 188:18, 189:1, 189:14, 190:20, 191:6, 191:12, 192:8, 192:11, 193:2, 193:10, 195:8, 195:11, 198:6, 207:8, 209:6, 211:18, 212:13, 220:22, 220:23

**exhibit** [37] - 8:8, 49:10, 77:7, 79:9, 97:8, 111:13, 117:1, 125:23, 159:8, 160:23, 161:7, 161:23, 162:1, 165:12, 165:19, 165:25, 168:23, 170:7, 172:14, 173:5, 176:24, 181:24, 184:23, 187:19, 187:24, 188:11, 188:19, 189:22, 190:1, 190:23, 195:6, 195:10, 202:1, 207:6, 220:11, 220:14

**exhibit's** [1] - 180:12

**exhibits** [5] - 75:1, 93:12, 95:25, 170:13, 180:14

**EXHIBITS** [1] - 3:10

**exist** [2] - 16:22, 17:13

**existed** [1] - 167:24

**exists** [1] - 21:19

**exit** [4] - 62:10, 62:24, 74:10, 166:5

**exited** [6] - 74:13, 104:3, 155:18, 173:8, 177:8, 219:20

**expect** [3] - 158:20, 225:1, 226:13

**expectation** [1] - 212:2

**expected** [8] - 58:16, 199:3, 199:13, 200:9, 200:10, 200:14, 202:7, 205:23

**expecting** [6] - 115:22, 118:3, 118:4, 118:5, 121:19, 228:1

**expense** [1] - 108:18

**experience** [3] - 68:16, 86:1, 152:7

**experienced** [3] - 107:16, 196:13, 196:17

**expert** [1] - 176:13

**explain** [6] - 86:5, 100:18, 101:2, 194:15, 206:23, 228:7

**explosives** [1] - 196:8

**expressed** [3] - 179:20, 184:15, 210:9

**extent** [10] - 11:20, 17:21, 28:8, 66:1, 114:23, 135:18, 151:3, 151:4, 228:12, 229:8

**exterior** [1] - 174:1

**eye** [3] - 93:3, 171:20, 182:4

**eyes** [3] - 85:17, 85:18, 86:5

### F

**F.Supp.3d** [1] - 19:21

**face** [4] - 67:1, 86:5, 190:11

**faces** [1] - 74:4

**facilitate** [2] - 157:10, 157:13

**facing** [1] - 192:17

**fact** [33] - 23:20, 23:24, 24:8, 24:12, 24:13, 24:24, 25:3, 25:4, 39:6, 39:16, 40:15, 41:8, 42:13, 54:3, 56:2, 82:20, 100:8, 102:17, 115:22, 120:17, 121:10, 124:11, 125:16, 127:4, 129:14, 132:19, 152:5, 201:25, 203:23, 204:15,

210:12, 213:17, 221:22
**facts** [3] - 65:8, 103:2, 116:22
**factual** [6] - 7:15, 13:19, 20:13, 20:17, 88:4, 122:15
**fail** [1] - 33:20
**failed** [1] - 19:19
**fair** [17] - 14:15, 17:15, 23:4, 25:14, 38:23, 68:18, 108:5, 123:17, 165:25, 166:18, 186:7, 187:20, 188:1, 191:2, 216:6, 221:16, 221:20
**fairly** [4] - 20:1, 209:13, 209:14, 212:3
**faith** [6] - 20:4, 38:15, 38:16, 38:25, 39:1, 39:9
**fake** [1] - 41:6
**fall** [2] - 19:18, 36:9
**false** [1] - 7:21
**familiar** [19] - 6:11, 32:4, 46:23, 68:1, 68:24, 69:25, 111:8, 111:23, 114:2, 117:6, 117:9, 118:8, 123:11, 130:20, 133:22, 133:23, 134:1, 135:1, 135:10
**familiarity** [2] - 113:16
**familiarize** [1] - 158:21
**family** [3] - 25:8, 156:25, 192:22
**fancier** [1] - 50:9
**far** [13] - 32:24, 49:10, 65:8, 117:17, 136:20, 138:5, 139:13, 139:15, 140:2, 149:19, 153:22, 179:1, 183:8
**FARUQUI** [1] - 1:10
**fashion** [2] - 107:11, 134:10
**fasting** [1] - 27:21
**favorability** [1] - 19:20
**favorable** [2] - 18:24, 19:2
**FBI** [29] - 4:10, 5:2, 5:3, 5:10, 5:12, 5:14, 5:24, 7:20, 7:22, 7:23, 9:13, 12:22, 13:1, 13:7, 13:21, 14:24, 15:9, 15:10, 15:13, 15:17, 16:10, 16:23,

17:4, 17:7, 17:17, 20:16, 143:22
**fear** [5] - 102:3, 103:10, 103:12, 107:16, 190:17
**federal** [2] - 196:2, 226:11
**Federal** [1] - 227:11
**feelings** [1] - 134:5
**feet** [8] - 9:8, 33:3, 33:7, 34:2, 34:14, 43:6, 43:7, 208:9
**fellow** [1] - 37:19
**felt** [1] - 12:8
**female** [1] - 189:5
**FEMALE** [1] - 27:2
**fence** [4] - 52:6, 56:16, 202:18, 208:8
**fencing** [18] - 32:3, 32:6, 32:13, 52:5, 52:16, 56:15, 58:5, 166:4, 166:22, 167:24, 168:2, 202:24, 203:1, 203:4, 203:6, 208:15, 208:16
**few** [13] - 9:8, 72:21, 93:14, 94:22, 95:20, 117:7, 132:13, 133:8, 142:10, 150:11, 159:15, 163:14, 182:19
**fewer** [1] - 113:13
**field** [3] - 123:12, 123:18, 125:5
**Fifth** [1] - 226:5
**fighting** [1] - 35:4
**figure** [3] - 63:24, 221:8, 224:3
**figuring** [2] - 27:17, 219:10
**files** [4] - 5:24, 6:14, 6:17, 6:19
**film** [1] - 34:21
**filmed** [1] - 12:4
**final** [2] - 95:25, 97:8
**finally** [1] - 227:21
**financial** [1] - 157:1
**fine** [9] - 17:10, 24:17, 142:5, 151:6, 215:25, 224:12, 225:6, 226:12, 228:2
**finish** [6] - 22:22, 74:25, 76:10, 102:1, 219:16, 224:22
**Fired** [1] - 116:7
**first** [21] - 7:18, 9:4, 16:21, 33:9, 33:22, 34:16, 35:14, 44:22, 125:5, 126:18, 126:23, 130:16,

135:1, 163:15, 173:14, 178:11, 183:11, 190:8, 208:7, 221:21, 222:9
**five** [9] - 69:21, 90:19, 92:9, 94:14, 141:9, 153:8, 177:6, 193:8, 219:3
**fixed** [2] - 132:10
**flag** [2] - 96:23, 105:5
**flagged** [1] - 24:12
**flagging** [3] - 24:2, 48:3, 105:19
**flagpoles** [1] - 64:19
**flags** [2] - 12:15, 64:19
**flexible** [1] - 165:10
**Floor** [1] - 1:20
**floor** [10] - 89:6, 97:13, 97:24, 123:6, 164:23, 164:24, 164:25, 173:14, 173:15, 193:16
**floors** [2] - 175:1, 175:19
**Florida** [2] - 105:3, 105:13
**fluctuate** [1] - 123:3
**fluctuating** [1] - 123:2
**fluid** [1] - 105:3
**Flynn** [2] - 19:15, 19:21
**focus** [2] - 153:6, 184:1
**folks** [4] - 37:14, 82:21, 104:1, 190:16
**follow** [6] - 22:14, 37:2, 107:13, 143:5, 163:14, 175:10
**follow-ups** [1] - 163:14
**following** [62] - 27:5, 29:2, 45:2, 53:15, 55:12, 65:2, 66:14, 74:14, 74:18, 74:20, 81:19, 82:23, 87:11, 88:20, 99:23, 100:21, 102:6, 103:6, 104:4, 104:7, 109:5, 113:8, 114:12, 116:17, 117:18, 122:4, 122:22, 129:5, 130:1, 137:18, 137:22, 141:14, 142:6, 143:15, 144:13, 151:20, 152:18, 155:21, 156:1, 159:20, 160:11,

162:10, 166:11, 167:4, 174:13, 175:13, 177:9, 177:12, 177:14, 182:24, 184:6, 185:18, 187:12, 205:6, 207:3, 210:21, 211:14, 213:20, 217:4, 217:23, 218:14, 219:21
**followup** [1] - 169:12
**foot** [1] - 163:9, 202:24, 203:4, 203:6
**footage** [5] - 6:9, 9:2, 68:13, 180:16
**FOR** [5] - 1:1, 1:14, 1:16, 1:18, 3:6
**forecast** [1] - 19:13
**foregoing** [1] - 231:4
**foreground** [1] - 126:23
**forget** [1] - 31:3
**form** [7] - 63:3, 63:4, 133:19, 133:23, 162:6, 185:3, 202:3
**format** [2] - 20:1, 68:21
**formats** [1] - 19:24
**former** [4] - 5:3, 5:10, 13:24, 156:24
**forming** [1] - 63:8
**forms** [1] - 32:18
**forth** [4] - 110:12, 163:12, 164:12, 164:14
**forward** [13] - 46:6, 83:14, 83:22, 84:20, 96:22, 98:24, 99:5, 148:14, 153:6, 183:4, 210:18, 211:24
**foundation** [6] - 54:23, 55:9, 159:23, 160:10, 186:9, 187:14
**four** [5] - 36:6, 38:9, 51:21, 129:2, 140:21
**foyer** [4] - 90:3, 90:8, 90:16, 91:5
**frame** [6] - 83:14, 83:22, 84:20, 91:4, 98:24, 114:7, 127:23, 153:6
**frame-forward** [4] - 83:14, 83:22, 84:20, 98:24
**frames** [1] - 94:22
**framing** [4] - 96:22, 99:5
**frankly** [1] - 10:1
**freely** [1] - 120:17
**fresh** [1] - 38:6

**friendly** [1] - 17:17
**front** [53] - 34:1, 35:14, 39:19, 39:22, 43:8, 48:22, 49:8, 50:16, 50:17, 55:18, 56:1, 56:2, 56:5, 56:7, 56:10, 61:14, 62:3, 67:19, 67:20, 67:22, 67:24, 71:1, 71:20, 72:16, 75:15, 76:17, 77:5, 78:11, 78:24, 80:12, 84:4, 84:17, 86:21, 90:2, 101:14, 104:12, 104:18, 111:18, 118:14, 118:15, 120:24, 121:19, 125:12, 126:4, 134:8, 134:9, 134:10, 134:20, 153:2, 186:11, 220:5
**frozen** [1] - 67:2
**frustrating** [1] - 109:17
**frustration** [1] - 107:4
**fulfilling** [1] - 11:4
**full** [3] - 44:16, 148:5, 231:5
**function** [2] - 46:3, 165:4

---

## G

**G-U-N-B-Y** [1] - 225:14
**gain** [1] - 179:3
**game** [1] - 200:22
**gaps** [1] - 109:18
**garden** [1] - 52:6
**garden-type** [1] - 52:6
**gas** [1] - 149:17
**gather** [3] - 121:4, 121:5, 132:23
**gathered** [2] - 178:18, 190:13
**gathering** [3] - 179:10, 179:21, 179:22
**gear** [5] - 60:16, 60:18, 60:21, 61:11, 67:8
**general** [11] - 15:22, 65:11, 108:5, 150:20, 150:21, 150:22, 163:25, 165:21, 166:7, 200:20, 212:4
**generally** [29] - 6:7, 10:14, 11:7, 11:10,

18:14, 20:5, 23:16, 41:15, 47:2, 47:4, 50:11, 50:18, 50:19, 51:1, 55:20, 59:12, 69:4, 117:8, 122:25, 128:15, 156:21, 158:14, 159:10, 162:5, 173:1, 176:14, 182:18, 193:4, 217:1

**generation** [1] - 41:22

**gentleman** [2] - 43:4, 43:18

**gesturing** [1] - 130:7

**Giglio** [2] - 19:4, 20:4

**given** [9] - 6:4, 12:21, 86:1, 164:3, 167:25, 190:14, 194:13, 205:14

**glass** [1] - 91:4

**Glavey** [2] - 189:5, 190:11

**global** [4] - 6:7, 7:3, 7:4, 16:22

**glove** [1] - 83:21

**good-faith** [1] - 20:4

**GOVERNMENT** [4] - 1:14, 3:6, 45:5, 156:7

**government** [4] - 14:12, 143:22, 183:16, 198:7

**Government** [62] - 4:6, 5:22, 6:18, 7:9, 11:1, 14:8, 14:11, 15:7, 16:16, 17:17, 19:4, 19:5, 19:23, 20:3, 20:15, 21:8, 22:10, 22:15, 29:18, 40:7, 40:16, 41:3, 47:7, 47:21, 48:23, 49:20, 53:11, 56:17, 57:16, 66:12, 70:7, 76:20, 78:14, 80:13, 84:5, 86:23, 89:7, 90:9, 93:24, 96:10, 97:15, 104:12, 105:5, 105:19, 107:5, 108:17, 118:20, 119:12, 136:10, 137:10, 138:3, 186:1, 187:1, 198:23, 198:25, 216:11, 218:21, 219:3, 222:10, 227:22, 228:20, 229:19

**Government's** [159] - 8:5, 20:6, 20:10, 24:20, 47:25, 48:13, 48:17, 49:3, 49:13,

49:25, 56:20, 57:4, 57:22, 69:20, 69:22, 70:15, 70:20, 71:8, 71:15, 72:4, 72:12, 73:5, 73:14, 73:22, 75:2, 75:9, 75:18, 75:25, 76:5, 76:14, 76:25, 77:16, 78:7, 78:18, 79:7, 79:16, 79:23, 80:6, 80:8, 80:19, 80:23, 83:7, 83:15, 83:23, 84:2, 84:10, 84:12, 84:22, 85:8, 86:8, 86:15, 87:2, 89:2, 89:11, 90:4, 90:13, 90:21, 90:25, 91:8, 91:15, 91:24, 92:10, 92:18, 93:9, 93:18, 94:4, 94:7, 94:15, 95:1, 95:17, 95:22, 96:1, 96:2, 96:13, 96:17, 96:25, 97:8, 97:20, 98:3, 98:25, 99:6, 116:9, 119:15, 119:19, 134:15, 136:13, 137:2, 137:10, 138:8, 139:5, 139:18, 140:9, 140:17, 141:4, 145:1, 145:4, 152:20, 152:22, 153:9, 153:15, 154:1, 159:3, 159:18, 160:16, 160:20, 161:5, 161:12, 161:17, 165:16, 166:9, 167:9, 167:12, 168:18, 170:4, 170:19, 170:23, 171:24, 172:7, 172:10, 172:15, 174:9, 175:22, 175:25, 176:5, 176:7, 176:20, 176:23, 180:7, 180:9, 180:19, 180:23, 182:1, 182:11, 185:14, 185:21, 186:19, 188:5, 188:9, 188:13, 188:18, 189:1, 189:14, 190:20, 191:6, 191:12, 192:8, 192:11, 193:2, 193:10, 195:8, 195:11, 198:6, 207:7, 207:8, 209:6, 211:18, 212:13, 215:23, 220:22

**government's** [25] - 3:11, 3:11, 3:12, 3:12,

3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 183:17

**grainy** [1] - 40:15

**grandchildren** [1] - 38:9

**grandmother** [4] - 37:24, 37:25, 38:2, 39:15

**grandson** [1] - 38:10

**grant** [1] - 13:14

**granted** [2] - 129:9, 174:18

**granting** [1] - 174:19

**grass** [2] - 71:21, 147:25

**grassy** [2] - 76:17, 77:5

**great** [16] - 11:23, 18:6, 37:24, 37:25, 38:2, 38:10, 39:15, 74:9, 75:8, 76:12, 101:7, 177:3, 221:19, 223:18, 227:4, 227:14

**Great** [1] - 118:8

**great-grandmother** [4] - 37:24, 37:25, 38:2, 39:15

**great-grandson** [1] - 38:10

**green** [2] - 58:3, 147:25

**greet** [1] - 173:9

**ground** [7] - 32:1, 61:7, 130:10, 166:15, 166:20, 167:1, 177:5

**grounds** [21] - 30:25, 31:16, 32:16, 36:12, 41:16, 46:24, 47:3, 47:4, 50:11, 82:15, 101:10, 118:2, 122:2, 148:1, 152:7, 152:11, 157:13, 161:16, 183:9, 186:16, 192:22

**group** [7] - 39:13, 40:4, 181:5, 182:14, 194:1, 195:1, 198:16

**groups** [3] - 12:13, 36:10, 115:21

**Guandolo** [28] - 5:3, 5:10, 7:20, 8:1, 8:23, 8:25, 9:6, 9:9, 9:11, 9:15, 9:21, 11:19, 12:2, 12:8, 12:11, 12:13, 12:17, 14:18, 14:24, 15:5, 15:12, 16:14, 17:7, 17:18,

227:23, 228:9, 228:13

**Guandolo's** [1] - 15:15

**guard** [1] - 33:1

**guess** [18] - 5:4, 40:24, 65:6, 69:10, 114:21, 141:24, 183:24, 183:25, 199:14, 199:22, 205:19, 205:25, 206:17, 206:19, 207:16, 211:9, 225:16, 227:3

**guidance** [1] - 175:10

**guided** [1] - 50:22

**guilt** [1] - 18:25

**guilty** [2] - 37:9, 44:18

**gun** [1] - 168:16

**Gunby** [1] - 225:13

**guys** [1] - 209:19

## H

**H-A-W-A** [1] - 156:16

**hair** [1] - 81:4

**half** [3] - 45:22, 91:22, 120:22

**hall** [2] - 34:23, 34:24

**hallway** [3] - 189:19, 195:1, 195:4

**hand** [10] - 45:4, 128:3, 154:19, 168:14, 171:2, 171:7, 181:2, 189:7, 191:15

**handbag** [1] - 81:4

**handcuffs** [1] - 154:15

**handed** [1] - 117:2

**handful** [1] - 224:8

**handle** [2] - 4:21, 169:25

**handles** [1] - 64:2

**handling** [1] - 230:2

**hands** [3] - 29:6, 29:25, 130:5

**happy** [10] - 4:21, 4:23, 5:17, 11:23, 67:15, 141:19, 183:9, 184:4, 214:11, 218:2

**hard** [9] - 42:13, 42:17, 94:21, 109:18, 153:5, 166:4, 167:23, 212:5, 221:14

**hardened** [1] - 60:20

**harm** [4] - 168:15, 168:16, 194:16, 196:10

**Harris** [7] - 58:19, 158:4, 213:10, 214:13, 216:16, 216:18, 217:8

**hat** [21] - 78:2, 81:5, 83:20, 85:5, 88:25, 92:6, 93:5, 95:6, 97:3, 99:12, 99:13, 135:7, 135:19, 136:5, 136:20, 138:17, 138:25, 140:25, 141:11, 142:21, 153:21

**hatted** [3] - 139:13, 140:2, 142:16

**Hawa** [12] - 3:8, 156:6, 156:16, 170:7, 171:2, 173:8, 174:24, 177:18, 183:20, 187:17, 196:25, 218:20

**HAWA** [1] - 156:7

**head** [11] - 78:2, 81:6, 85:6, 89:1, 92:7, 93:6, 161:24, 162:7, 173:16, 183:18, 198:25

**headband** [1] - 93:6

**headband-type** [1] - 93:6

**headed** [4] - 98:21, 98:22, 143:18, 143:21

**header** [2] - 161:22, 162:19

**heads** [2] - 156:25, 157:12

**hear** [34] - 4:23, 5:17, 11:23, 16:2, 16:6, 24:4, 25:5, 25:18, 33:14, 34:9, 37:14, 37:15, 69:10, 69:11, 69:17, 87:24, 107:4, 113:21, 114:3, 129:3, 163:19, 178:14, 178:16, 178:17, 183:9, 185:10, 197:8, 202:15, 202:17, 202:21, 203:9, 214:11, 216:21, 219:24

**heard** [16] - 17:1, 42:18, 43:4, 54:7, 61:13, 61:19, 70:23, 166:21, 189:2, 189:5, 189:9, 189:11, 203:25, 205:3, 210:8, 222:10

**hearing** [8] - 42:13, 42:14, 42:15, 42:16, 42:17, 60:10, 206:6,

**hearsay** [5] - 116:24, 186:16, 187:8, 206:17, 218:10
**heart** [1] - 102:15
**heavier** [1] - 208:16
**heavy** [1] - 5:5
**height** [1] - 31:19
**hellscape** [2] - 62:12, 64:14
**helmet** [2] - 39:14, 60:19
**help** [13] - 54:22, 58:16, 61:16, 61:24, 112:13, 114:7, 114:10, 157:10, 157:13, 157:15, 178:17, 196:3
**helped** [1] - 36:16
**helpful** [13] - 5:19, 8:5, 16:7, 17:20, 17:23, 22:25, 101:3, 174:11, 185:16, 187:5, 222:1, 228:6, 228:15
**helps** [1] - 102:17
**hereby** [1] - 231:3
**herself** [3] - 32:15, 33:23, 107:15
**hesitant** [1] - 122:13
**high** [2] - 59:1, 113:17
**high-level** [1] - 113:17
**higher** [1] - 208:15
**highest** [1] - 156:23
**highly** [1] - 132:25
**Hill** [2] - 60:11, 145:15
**Hills** [1] - 1:20
**himself** [1] - 86:6
**historic** [2] - 38:14, 41:19
**history** [1] - 36:22
**hit** [2] - 67:2, 177:5
**hitting** [1] - 64:2
**hmm** [1] - 52:11
**hold** [6] - 34:3, 81:18, 87:10, 118:25, 129:3, 225:14
**holding** [1] - 130:5
**hollering** [1] - 62:13
**homework** [1] - 227:25
**honest** [1] - 217:9
**Honor** [99] - 4:1, 4:7, 4:12, 6:11, 10:3, 10:21, 10:24, 11:14, 11:25, 14:1, 16:8, 17:24, 21:5, 22:1, 222:12

---

23:6, 23:8, 24:6, 25:13, 27:8, 27:16, 27:25, 28:21, 30:7, 44:24, 47:13, 54:9, 55:11, 65:10, 76:9, 82:6, 93:11, 100:20, 101:6, 102:15, 103:14, 103:18, 106:8, 108:23, 113:6, 113:11, 114:11, 116:16, 116:19, 122:3, 122:7, 126:12, 129:7, 130:23, 141:13, 141:16, 143:14, 143:17, 143:20, 150:11, 152:2, 155:14, 157:19, 159:25, 161:11, 166:8, 166:17, 167:6, 170:18, 174:11, 174:16, 175:21, 180:18, 183:11, 184:9, 185:16, 185:21, 185:23, 186:2, 186:12, 186:21, 187:15, 188:4, 191:5, 196:21, 205:9, 206:9, 210:24, 211:11, 213:23, 214:25, 215:8, 216:8, 216:10, 218:24, 220:2, 221:17, 222:15, 225:8, 225:16, 227:21, 228:5, 229:13, 229:24, 230:5
**Honor's** [2] - 5:21, 9:1
**HONORABLE** [1] - 1:10
**hook** [1] - 219:3
**hope** [2] - 44:17, 109:12
**hoped** [1] - 35:24
**hopeful** [1] - 76:10
**hopefully** [6] - 27:23, 28:24, 49:6, 114:7, 219:12, 221:17
**hoping** [4] - 205:18, 205:19, 219:7, 229:3
**horrible** [2] - 43:22, 64:21
**HOS** [1] - 160:25
**hostile** [1] - 121:14
**hour** [6] - 30:1, 30:2, 35:14, 62:23, 103:25, 121:12
**hours** [10] - 9:7, 18:7, 43:20, 44:1,

---

62:24, 64:11, 76:19, 125:13, 193:8, 204:13
**House** [39] - 8:1, 8:12, 8:24, 8:25, 9:7, 47:5, 99:15, 101:9, 101:17, 158:18, 159:14, 162:13, 162:24, 163:10, 163:12, 163:23, 164:3, 164:8, 164:12, 164:20, 165:8, 169:10, 174:3, 174:4, 174:25, 175:18, 178:3, 178:9, 179:18, 190:9, 193:19, 194:2, 195:25, 199:15, 200:4, 200:18, 200:19, 202:17, 202:25
**housekeeping** [2] - 104:9, 219:8
**houses** [1] - 6:12
**huge** [3] - 41:5, 43:23, 206:25
**hundred** [1] - 9:8
**hundreds** [2] - 38:13, 150:5

---

**I**

**ID** [2] - 145:16, 145:17
**idea** [9] - 55:3, 65:6, 122:25, 129:16, 132:10, 197:17, 201:8, 201:11, 219:25
**ideal** [1] - 219:6
**identified** [2] - 6:1, 153:23
**identify** [4] - 72:20, 72:21, 89:15, 197:22
**identities** [2] - 142:22, 142:24
**illustration** [2] - 41:4, 167:22
**image** [11] - 53:6, 70:25, 87:18, 94:21, 97:9, 136:1, 138:12, 138:13, 138:16, 138:18, 139:13
**images** [10] - 135:11, 135:17, 136:5, 136:7, 136:24, 137:5, 141:7, 142:11, 142:17, 187:19
**imaginary** [1] - 166:15
**impaneled** [1] - 29:8
**impeaches** [1] - 19:4

---

**impeachment** [1] - 215:11
**impending** [2] - 51:10, 59:7
**implemented** [1] - 113:17
**important** [14] - 16:12, 17:5, 26:5, 36:19, 55:4, 65:24, 66:8, 104:16, 105:16, 168:5, 203:7, 203:10, 203:12, 215:17
**importantly** [1] - 42:12
**impression** [2] - 132:13, 187:5
**impressions** [2] - 186:3, 187:2
**IN** [1] - 3:10
**in-camera** [1] - 18:11
**inaccurate** [1] - 7:16
**inadvertently** [1] - 214:7
**inaugural** [7] - 51:9, 51:12, 51:16, 75:15, 134:20, 155:7, 178:23
**inaugurated** [1] - 31:7
**inauguration** [8] - 31:14, 51:8, 51:21, 58:2, 155:3, 155:4, 155:10, 178:24
**incident** [1] - 169:23
**inclined** [3] - 13:14, 16:6, 102:13
**include** [4] - 8:22, 25:21, 26:2, 187:23
**including** [7] - 12:4, 14:7, 57:20, 63:20, 69:9, 145:15, 206:23
**indicate** [6] - 87:20, 112:10, 114:9, 132:9, 149:5, 224:10
**indicated** [5] - 10:15, 14:18, 66:13, 111:23, 221:4
**indicates** [7] - 22:9, 48:8, 51:17, 62:9, 89:20, 98:1, 151:9
**indicating** [1] - 14:13
**indication** [5] - 9:12, 10:23, 42:22, 55:2, 123:25
**indicative** [1] - 54:14
**indicator** [2] - 125:4, 125:8
**indicators** [2] - 56:4, 123:22

---

**individual** [16] - 7:19, 9:16, 13:6, 24:8, 138:24, 145:7, 145:8, 176:10, 188:23, 189:10, 191:22, 192:16, 194:12, 194:16, 194:19, 201:24
**individuals** [15] - 12:14, 142:22, 160:21, 178:25, 180:2, 181:16, 190:12, 192:24, 194:7, 194:9, 195:24, 196:4, 196:5, 202:13, 210:7
**indulgence** [1] - 150:7
**infer** [1] - 211:1
**info** [1] - 227:22
**inform** [1] - 201:24
**information** [30] - 5:9, 13:12, 13:18, 15:5, 16:17, 17:19, 18:1, 20:22, 21:3, 117:10, 120:8, 127:6, 144:8, 144:23, 162:14, 162:16, 163:9, 178:18, 190:13, 202:5, 202:8, 210:6, 210:8, 216:13, 225:12, 227:14, 228:4, 228:6, 228:17, 229:6
**informed** [3] - 178:14, 201:17, 202:13
**informs** [1] - 6:18
**infrastructure** [1] - 157:2
**ingest** [1] - 6:24
**initial** [3] - 140:20, 140:22, 140:24
**injuries** [1] - 143:3
**injuring** [1] - 143:2
**inoperable** [1] - 181:19
**inquire** [2] - 16:24, 215:25
**inquiring** [1] - 22:1
**inside** [25] - 12:15, 31:22, 37:7, 56:14, 63:20, 63:21, 63:22, 73:20, 75:7, 89:6, 96:21, 135:14, 135:22, 141:8, 149:24, 150:3, 168:21, 173:13, 179:12, 179:20, 194:1, 196:6, 208:23,

209:2

**Inspector** [9] - 156:5, 171:2, 173:8, 174:24, 177:18, 183:20, 187:17, 193:13, 218:19

**inspector** [6] - 170:7, 197:2, 197:3, 206:3, 206:12, 211:1

**instance** [4] - 25:24, 162:9, 192:16, 194:8

**instances** [2] - 7:6, 7:18

**instead** [3] - 7:13, 122:15, 183:25

**institutions** [1] - 36:23

**instruct** [1] - 100:10

**instructed** [3] - 41:9, 41:11, 117:13

**instruction** [5] - 215:24, 216:22, 222:6, 223:15, 223:17

**instructions** [4] - 37:2, 216:23, 223:10, 225:24

**instrument** [1] - 216:19

**insurrection** [1] - 12:12

**intelligence** [1] - 60:11

**intend** [5] - 28:8, 104:16, 174:24, 222:11, 223:10

**intended** [1] - 21:13

**intending** [1] - 224:21

**intention** [1] - 68:11

**intentions** [1] - 194:10

**interacted** [1] - 9:11

**interactions** [1] - 141:8

**interest** [2] - 91:6, 95:19

**interfering** [1] - 183:17

**interim** [1] - 226:1

**internal** [1] - 52:5

**interpret** [1] - 21:10

**interpretation** [1] - 12:9

**interpreted** [2] - 183:3, 210:16

**interview** [10] - 13:10, 13:11, 19:24, 21:12, 21:14, 21:15, 21:23, 35:22, 228:3, 229:12

**interviews** [3] - 12:21, 16:11, 35:20

**introduce** [2] - 4:5, 40:11

**invading** [1] - 124:19

**investigation** [2] - 6:6, 17:21

**investigator** [1] - 25:25

**invited** [1] - 5:11

**involved** [6] - 41:20, 158:19, 162:16, 169:9, 196:18

**involves** [1] - 65:5

**irrelevant** [6] - 19:16, 53:13, 54:2, 54:5, 65:4, 102:9

**irritant** [1] - 67:2

**irritants** [2] - 62:14, 64:16

**irritating** [1] - 86:4

**ish** [1] - 28:2

**Island** [1] - 1:23

**issue** [9] - 17:2, 81:25, 102:16, 105:3, 113:14, 141:21, 184:3, 221:21, 222:9

**issues** [15] - 14:5, 29:12, 60:12, 109:15, 186:13, 216:17, 219:8, 219:9, 219:17, 223:5, 224:25, 225:21, 226:6, 226:22, 229:18

**it'll** [6] - 49:2, 86:25, 89:9, 180:22, 191:9, 221:15

**item** [2] - 28:17, 28:20

**itinerary** [4] - 160:5, 162:23, 183:19, 199:13

**Itinerary** [2] - 162:19, 162:22

**itself** [10] - 15:4, 31:21, 36:13, 50:20, 51:23, 61:7, 82:19, 117:10, 168:25, 186:7

---

**J**

**jabbing** [1] - 64:21

**jacket** [3] - 78:1, 83:21, 97:1

**Jan** [1] - 5:21

**January** [125] - 5:6, 5:16, 6:3, 6:6, 7:20, 7:22, 7:23, 8:16, 10:19, 12:9, 12:18,

15:13, 23:21, 30:11, 30:12, 30:23, 31:2, 31:6, 31:7, 38:1, 38:11, 39:11, 39:17, 43:21, 46:5, 46:6, 46:9, 46:10, 50:23, 51:3, 51:4, 51:24, 52:2, 55:22, 57:15, 58:13, 59:17, 69:15, 76:19, 77:21, 78:3, 78:13, 85:12, 85:25, 86:1, 99:16, 101:11, 101:24, 102:2, 103:9, 105:1, 110:5, 110:10, 111:10, 111:21, 112:18, 112:25, 113:2, 115:7, 115:14, 115:17, 117:23, 120:6, 124:6, 125:12, 126:8, 132:24, 133:1, 133:14, 135:8, 143:9, 145:13, 146:25, 147:1, 149:10, 149:24, 150:20, 151:1, 155:9, 157:3, 157:22, 157:24, 158:9, 158:12, 158:22, 158:25, 159:2, 159:11, 161:3, 164:1, 165:15, 165:24, 166:2, 166:19, 167:16, 168:19, 168:25, 171:4, 176:16, 180:16, 181:20, 185:2, 185:6, 186:8, 187:21, 188:2, 190:3, 191:3, 195:17, 196:13, 197:5, 197:12, 198:20, 199:5, 204:13, 204:23, 207:12, 214:20, 215:13, 217:15, 217:17, 217:18, 218:4, 220:5, 220:19

**Jencks** [5] - 11:4, 11:13, 20:12, 221:24, 223:7

**Jim** [1] - 104:25

**job** [3] - 30:4, 46:9, 157:7

**jobs** [1] - 110:22

**Joe** [1] - 31:5, 189:9

**John** [5] - 4:10, 4:12, 7:19, 37:19, 109:25

**JOHN** [2] - 1:18, 1:19

**john** [2] - 147:15, 147:22

**joined** [1] - 30:25

**joining** [1] - 204:25

**joint** [2] - 176:14, 176:15

**joyous** [1] - 40:23

**jubilation** [1] - 40:22

**Judge** [6] - 104:17, 104:19, 104:20, 109:3, 221:3, 225:12

**JUDGE** [1] - 1:11

**jump** [4] - 43:13, 170:5, 172:6, 188:15

**jumped** [1] - 44:10

**jurors** [7] - 29:3, 74:10, 103:24, 107:18, 107:23, 109:6, 177:5

**jury** [85] - 4:3, 29:1, 29:5, 29:7, 30:16, 37:18, 47:13, 48:2, 49:6, 53:16, 56:19, 56:23, 57:21, 57:25, 65:3, 69:23, 70:14, 74:10, 74:13, 74:19, 75:5, 77:3, 78:17, 78:21, 81:20, 84:15, 87:1, 87:12, 93:15, 94:3, 95:13, 99:24, 102:7, 103:19, 104:3, 109:2, 109:4, 113:9, 116:18, 117:2, 122:5, 126:19, 129:6, 130:25, 137:19, 141:15, 143:16, 147:10, 147:14, 151:21, 155:18, 155:24, 155:25, 157:6, 159:21, 160:13, 160:15, 160:19, 161:16, 161:20, 166:12, 167:2, 167:8, 170:19, 170:22, 174:14, 175:1, 175:22, 177:8, 177:13, 182:25, 185:19, 205:7, 210:22, 213:21, 216:17, 217:24, 219:20, 222:6, 223:9, 223:14, 223:16, 224:22, 225:23

**JURY** [4] - 1:10, 30:9, 30:21, 47:14

---

**K**

**Kamala** [1] - 158:4

**keep** [26] - 26:8, 30:1, 31:19, 64:11, 71:19, 73:12, 76:12, 83:11, 93:13, 93:15,

99:5, 102:22, 103:4, 121:5, 139:16, 140:16, 141:3, 144:6, 155:22, 171:20, 182:4, 212:12, 217:1, 219:10, 219:13

**keeping** [1] - 229:25

**key** [1] - 69:6

**kick** [1] - 224:11

**kind** [19] - 32:4, 36:1, 42:4, 60:20, 78:2, 81:5, 88:16, 115:6, 125:14, 133:20, 145:10, 162:21, 163:8, 168:1, 184:1, 202:22, 202:24, 219:25, 227:16

**kindly** [1] - 227:22

**kinds** [1] - 54:14, 123:21, 200:22

**knee** [1] - 60:20

**knife** [1] - 168:16

**knocked** [1] - 151:14

**knowing** [1] - 179:23

**knowledge** [24] - 17:22, 77:20, 100:12, 100:18, 113:15, 115:18, 115:19, 115:21, 116:21, 117:25, 118:1, 119:24, 120:5, 123:10, 124:9, 127:13, 134:24, 136:16, 143:10, 143:24, 144:24, 149:21, 149:25, 217:7

**known** [7] - 118:12, 134:12, 199:21, 199:22, 199:23, 201:6, 214:16

**knows** [7] - 16:16, 54:23, 66:3, 100:8, 100:19, 114:6, 210:14

**Kramer** [1] - 227:18

---

**L**

**labeled** [1] - 212:6

**lack** [1] - 113:14

**lady** [1] - 158:2

**laid** [1] - 160:10

**Lambert** [5] - 4:15, 20:23, 225:15, 227:13, 229:21

**Lanelle** [3] - 3:8, 156:6, 156:16

**LANELLE** [2] - 156:7, 156:16

**Lani** [1] - 161:3

**lapel** [1] - 28:15
**large** [11] - 12:13, 60:1, 115:23, 121:16, 121:19, 132:22, 145:20, 145:23, 202:18, 202:24, 215:13
**larger** [1] - 199:10
**last** [16] - 6:21, 17:25, 22:22, 45:13, 65:17, 101:23, 106:5, 106:13, 156:16, 165:3, 197:8, 216:10, 218:16, 222:21
**lasted** [2] - 63:16, 63:25
**late** [1] - 223:14
**Lavigne** [7] - 28:12, 29:15, 30:3, 74:11, 103:21, 104:8, 219:18
**Lavigne-Rhodes** [7] - 28:12, 29:15, 30:3, 74:11, 103:21, 104:8, 219:18
**Lavrenz** [58] - 4:3, 4:14, 4:17, 5:7, 5:13, 7:10, 9:4, 9:7, 11:5, 12:5, 12:24, 14:11, 15:17, 23:14, 25:8, 25:20, 26:4, 30:24, 31:12, 33:2, 33:8, 33:9, 33:23, 34:14, 35:6, 35:9, 35:11, 36:5, 36:11, 36:20, 36:23, 37:20, 38:3, 38:15, 40:9, 40:13, 42:8, 42:14, 44:2, 44:14, 44:18, 54:11, 54:13, 54:15, 54:17, 65:9, 65:12, 66:2, 66:3, 66:7, 66:17, 66:20, 102:19, 106:18, 110:1, 135:2, 186:17, 198:14
**LAVRENZ** [1] - 1:6
**Lavrenz's** [1] - 12:2
**law** [18] - 15:9, 17:22, 41:9, 41:10, 41:11, 42:22, 87:17, 115:10, 121:25, 122:1, 122:15, 141:8, 144:21, 160:21, 169:14, 196:1, 201:14, 201:22
**LAW** [2] - 1:19, 1:22
**lawn** [2] - 15:17, 32:5, 178:22
**laws** [1] - 121:8
**lay** [1] - 186:8
**laying** [1] - 187:14

**lead** [3] - 157:16, 164:10, 189:16
**leaders** [1] - 156:23
**leading** [14] - 67:14, 68:19, 96:8, 106:10, 106:15, 106:23, 107:7, 107:8, 108:20, 113:18, 113:19, 113:22, 157:21, 158:11
**leads** [1] - 108:2
**leanings** [1] - 38:21
**learned** [2] - 6:21, 178:19
**learning** [1] - 85:22
**least** [12] - 13:11, 16:13, 17:2, 22:10, 42:22, 65:13, 136:21, 144:21, 223:10, 224:8, 226:17, 228:18
**leave** [7] - 23:25, 165:6, 168:20, 183:4, 184:12, 184:14, 209:11
**leaves** [1] - 216:15
**leaving** [1] - 211:24
**leeway** [1] - 106:8
**left** [15] - 9:7, 35:13, 62:3, 64:5, 64:6, 92:15, 92:21, 94:10, 171:2, 172:11, 181:2, 189:21, 191:15, 209:3, 212:7
**left-hand** [3] - 171:2, 181:2, 191:15
**legal** [16] - 29:12, 65:7, 81:17, 81:24, 82:7, 82:12, 82:19, 87:16, 88:1, 88:5, 88:15, 102:25, 109:15, 122:6, 122:12, 219:9
**legislative** [1] - 45:17
**legitimate** [1] - 152:3
**legs** [1] - 29:24
**less** [4] - 20:15, 92:23, 206:10, 221:17
**letting** [2] - 12:25, 129:15
**level** [7] - 59:1, 63:14, 106:22, 108:10, 112:16, 112:20, 113:17
**levels** [2] - 133:1, 134:4
**liaison** [9] - 5:10, 13:7, 13:21, 14:24, 20:16, 157:5, 157:8, 157:17, 161:25

**lieutenant** [2] - 46:10, 110:6
**Lieutenant** [3] - 100:5, 220:3, 220:9
**life** [3] - 103:12, 154:20, 166:16
**limine** [9] - 54:11, 129:10, 144:1, 174:18, 205:11, 205:14, 214:5, 214:10, 215:3
**limit** [1] - 102:13
**limited** [2] - 217:1, 229:3
**line** [34] - 31:24, 31:25, 32:23, 33:2, 34:2, 34:3, 35:14, 41:4, 41:5, 41:6, 42:4, 42:7, 58:8, 63:3, 63:5, 63:8, 66:13, 79:3, 141:18, 144:3, 166:3, 166:6, 166:14, 166:15, 166:25, 167:13, 167:22, 168:21, 170:12, 179:13, 193:1, 208:8, 215:1, 221:8
**lines** [4] - 42:3, 143:18, 145:14, 145:22
**link** [1] - 8:23
**Lisa** [1] - 231:12
**LISA** [2] - 2:1, 231:3
**list** [3] - 11:20, 14:18, 126:1
**listed** [3] - 162:1, 163:14, 171:3
**listen** [2] - 22:25, 37:4
**listened** [1] - 39:23
**listening** [2] - 22:10, 61:13
**literally** [2] - 167:15, 200:13
**litigate** [1] - 215:12
**litigation** [1] - 6:10
**live** [1] - 202:19
**lives** [2] - 154:20, 202:20
**Liz** [1] - 189:5
**local** [3] - 196:2, 201:22, 227:2
**located** [1] - 54:24
**location** [6] - 8:2, 162:14, 182:9, 192:22, 193:5, 217:9
**locations** [2] - 146:5, 201:15
**locked** [3] - 63:23, 90:17, 90:18

**logical** [1] - 21:2
**logistically** [1] - 27:15
**logistics** [1] - 27:17
**long-term** [1] - 44:8
**look** [31] - 8:5, 15:19, 18:3, 25:15, 32:17, 32:22, 40:15, 42:1, 42:5, 43:5, 43:12, 44:15, 60:18, 105:22, 118:19, 126:6, 126:8, 127:1, 146:25, 147:1, 165:4, 195:14, 199:12, 210:5, 211:23, 220:15, 223:6, 228:21, 229:10
**look-alike** [1] - 15:19
**looked** [6] - 13:3, 77:12, 91:23, 171:16, 177:19, 193:2
**looking** [14] - 12:3, 18:5, 78:12, 84:18, 89:18, 94:10, 107:22, 167:12, 168:18, 171:2, 172:10, 179:7, 187:7, 189:14
**looks** [23] - 28:12, 42:3, 58:11, 71:1, 71:6, 72:16, 72:18, 86:3, 91:4, 98:22, 112:23, 129:23, 131:12, 131:17, 131:23, 136:1, 136:18, 145:10, 147:22, 148:11, 198:11, 220:1
**lost** [1] - 144:17
**loud** [2] - 34:8, 69:14
**loudspeaker** [1] - 125:13
**loudspeakers** [2] - 39:24, 39:25
**love** [2] - 26:4, 105:10
**low** [1] - 25:2
**lower** [7] - 62:6, 63:22, 64:1, 64:12, 75:22, 83:18, 96:16
**luck** [1] - 83:12
**lunch** [11] - 27:17, 27:22, 44:7, 93:15, 103:16, 103:22, 109:12, 219:12, 219:13, 219:14, 224:10
**luncheon** [1] - 104:6

**M**

**MAGISTRATE** [1] - 1:11
**magnetometer** [1] - 168:14
**main** [4] - 171:9, 174:2, 178:23, 179:3
**man** [2] - 60:20, 86:2
**manage** [3] - 60:1, 61:23, 115:9
**manageable** [1] - 6:16
**maneuvering** [1] - 132:14
**manner** [2] - 44:11, 109:13
**mansion** [1] - 202:21
**map** [9] - 8:6, 8:10, 31:23, 31:24, 31:25, 47:18, 89:6, 97:24, 193:13
**maps** [1] - 48:16
**Marcelin** [9] - 4:9, 53:3, 57:3, 58:7, 69:19, 70:19, 76:13, 77:6, 150:13
**March** [3] - 1:6, 116:7, 116:15
**mark** [2] - 119:5, 209:5
**marked** [1] - 46:18
**married** [1] - 38:8
**Maryland** [1] - 19:1
**mass** [1] - 123:5
**massive** [1] - 6:4
**match** [1] - 12:10
**material** [4] - 7:10, 10:10, 18:25, 19:7
**materiality** [1] - 19:20
**materials** [1] - 10:24
**matter** [5] - 4:3, 77:19, 87:17, 186:17, 211:25
**matters** [2] - 104:9, 175:11
**Max** [1] - 189:13
**MC** [1] - 163:3
**mean** [39] - 9:23, 10:12, 13:21, 14:10, 14:24, 15:8, 15:16, 15:21, 24:23, 26:3, 43:7, 51:3, 63:10, 67:23, 81:9, 82:16, 95:14, 100:14, 100:16, 101:20, 102:8, 102:13, 102:24, 111:24,

112:12, 121:7, 122:13, 124:3, 124:16, 124:25, 128:20, 133:23, 140:5, 210:16, 210:17, 214:15, 215:17, 222:20, 222:22
**meaning** [4] - 168:10, 183:4, 196:5, 198:16
**means** [4] - 9:6, 145:18, 206:22, 228:7
**meant** [2] - 31:17, 206:19
**measures** [2] - 58:23, 168:12
**media** [5] - 15:1, 228:10, 228:22, 229:8
**media's** [1] - 12:8
**medical** [1] - 104:17
**Meet** [1] - 206:15
**meet** [5] - 31:7, 204:22, 205:21, 206:4, 206:7
**meeting** [1] - 158:19
**meetings** [8] - 113:2, 113:4, 133:6, 157:14, 158:17, 169:6, 169:14
**member** [7] - 44:5, 110:14, 110:18, 145:17, 157:8, 185:2, 212:19
**members** [15] - 29:5, 37:17, 45:19, 58:18, 59:12, 64:9, 74:10, 103:19, 150:2, 156:25, 158:17, 169:10, 169:15, 185:11, 196:10
**memorialize** [1] - 21:14
**mention** [2] - 134:7, 167:20
**mentioned** [14] - 52:18, 125:16, 142:20, 146:2, 149:10, 158:5, 160:20, 163:23, 167:19, 191:22, 193:18, 202:16, 208:5, 208:10
**merits** [1] - 88:4
**mesh** [1] - 32:4
**message** [1] - 160:23
**messages** [7] - 214:14, 214:15, 214:17, 214:20, 215:15, 215:16, 216:3

**met** [3] - 135:5, 169:7, 169:8
**metal** [2] - 32:2, 64:17
**Metropolitan** [3] - 63:2, 63:21, 64:10
**mic** [3] - 28:15, 69:6, 156:9
**Michael** [3] - 158:2, 161:1, 176:12
**Michelin** [1] - 60:20
**microphone** [2] - 60:3, 114:16
**middle** [6] - 49:9, 133:25, 176:10, 181:5, 182:14, 193:23
**midnight** [1] - 168:20
**might** [28] - 5:15, 16:1, 16:22, 25:24, 32:3, 37:24, 37:25, 40:17, 40:18, 63:6, 63:25, 125:1, 125:2, 132:13, 132:16, 138:24, 152:13, 174:11, 181:19, 185:16, 216:2, 218:9, 219:9, 224:13, 226:14, 227:17, 227:23, 228:6
**Mike** [4] - 31:9, 210:14, 210:16, 212:22
**Milian** [1] - 189:13
**militia** [1] - 39:14
**millions** [2] - 6:14, 38:18
**mind** [8] - 14:14, 31:19, 94:17, 95:12, 125:3, 129:13, 129:16, 132:18
**minds** [1] - 211:10
**mine** [1] - 133:15
**minute** [10] - 74:6, 84:20, 86:7, 90:23, 138:12, 139:8, 145:3, 180:8, 209:5, 219:2
**minutes** [21] - 28:2, 28:10, 30:2, 42:24, 63:25, 73:13, 91:11, 91:23, 92:23, 139:21, 140:12, 140:21, 141:9, 155:17, 170:5, 176:3, 176:22, 181:4, 181:25, 182:6, 219:3
**misdemeanor** [1] - 106:20
**misleading** [4] - 54:1, 54:2, 54:5, 216:17
**missing** [2] - 8:3,

217:20
**mission** [3] - 45:16, 45:17, 156:21
**mistrial** [3] - 106:4, 106:25, 107:2
**mixed** [1] - 17:8
**models** [1] - 89:14
**mom's** [1] - 26:6
**moment** [18] - 18:22, 25:12, 34:11, 43:23, 104:8, 105:5, 113:7, 123:1, 125:11, 212:18, 213:13, 213:16, 220:6, 220:14, 220:20, 220:21, 221:2, 221:4
**monitor** [2] - 47:12, 48:6
**monitored** [1] - 185:12
**monitors** [1] - 47:14
**montage** [9] - 65:22, 136:10, 142:11, 174:17, 175:9, 177:19, 185:22, 187:10, 195:9
**month** [1] - 57:13
**morning** [29] - 4:1, 4:7, 4:11, 4:12, 4:16, 4:17, 4:18, 4:20, 8:15, 17:25, 23:1, 29:11, 29:16, 30:8, 30:9, 32:20, 45:3, 45:10, 45:11, 101:15, 102:2, 125:13, 169:2, 169:3, 169:6, 169:12, 219:19, 223:6, 224:11
**most** [9] - 39:21, 41:14, 42:12, 51:9, 64:20, 120:17, 132:20, 154:19
**mostly** [2] - 26:7, 40:24
**mother** [1] - 23:21
**motion** [22] - 4:20, 4:24, 5:18, 6:22, 7:15, 7:19, 7:25, 8:23, 13:15, 18:10, 23:2, 23:12, 54:10, 54:20, 55:6, 129:9, 143:25, 174:19, 205:14, 214:4, 214:9, 215:3
**motions** [4] - 65:21, 128:4, 174:18, 205:10
**Motorcade** [1] - 165:4
**motorcade** [40] - 163:4, 165:6, 165:7, 170:16, 172:4, 172:20, 172:21,

173:9, 179:16, 179:19, 180:1, 180:3, 180:4, 181:8, 181:10, 181:15, 181:17, 181:19, 181:21, 182:4, 182:7, 182:18, 183:3, 183:21, 184:12, 184:13, 184:19, 207:15, 207:22, 207:24, 209:3, 209:10, 209:23, 210:5, 210:10, 211:23, 212:1, 212:7, 212:17, 212:20
**motorcades** [1] - 208:2
**move** [32] - 24:6, 60:2, 66:13, 75:1, 106:4, 106:24, 112:3, 119:13, 119:15, 124:17, 126:10, 129:22, 130:22, 131:22, 148:14, 157:14, 159:17, 161:11, 163:5, 166:8, 170:18, 175:21, 180:1, 180:18, 188:4, 191:5, 200:18, 207:1, 207:23, 211:9, 212:5, 221:18
**moveable** [1] - 125:17
**moved** [12] - 108:3, 110:7, 124:12, 124:13, 124:15, 124:19, 146:9, 146:10, 146:12, 178:3, 192:20, 211:24
**movement** [1] - 158:20
**movements** [3] - 162:15, 199:4, 200:3
**moves** [18] - 47:21, 48:23, 49:20, 53:11, 56:17, 57:16, 70:7, 76:20, 78:14, 80:13, 84:5, 86:23, 89:7, 90:9, 93:24, 96:10, 97:15, 147:6
**movies** [1] - 89:25
**moving** [16] - 42:7, 95:13, 123:24, 125:20, 125:21, 129:24, 131:12, 131:15, 132:8, 146:15, 163:9, 178:9, 184:22, 207:22, 219:10, 230:1
**MPD** [1] - 6:9

**MR** [584] - 4:7, 4:12, 5:18, 8:8, 8:12, 9:21, 10:3, 10:9, 10:21, 10:24, 11:10, 11:14, 11:16, 11:19, 11:25, 13:25, 14:3, 15:12, 16:8, 17:1, 17:14, 17:24, 18:4, 21:4, 21:7, 21:25, 22:8, 23:6, 23:8, 23:11, 24:6, 24:17, 24:22, 25:1, 25:13, 26:19, 26:24, 27:8, 27:12, 27:15, 27:20, 27:25, 28:4, 28:5, 28:9, 28:11, 28:16, 28:19, 28:21, 30:7, 30:10, 30:20, 30:22, 33:14, 34:14, 35:9, 37:13, 37:17, 37:23, 44:24, 45:9, 47:13, 47:16, 47:17, 47:21, 47:23, 48:2, 48:5, 48:13, 48:15, 48:23, 49:1, 49:5, 49:13, 49:15, 49:20, 49:22, 50:2, 51:13, 51:15, 53:3, 53:5, 53:11, 53:13, 53:24, 54:9, 55:11, 55:14, 56:17, 56:22, 57:3, 57:5, 57:16, 57:18, 57:24, 58:7, 58:9, 60:4, 60:22, 60:24, 64:25, 65:4, 65:10, 66:16, 66:21, 67:14, 67:15, 67:16, 68:19, 68:22, 68:23, 69:19, 69:24, 70:7, 70:9, 70:17, 70:22, 71:7, 71:10, 71:14, 71:17, 72:3, 72:6, 72:11, 72:14, 73:4, 73:7, 73:12, 73:16, 73:21, 73:24, 74:8, 74:16, 74:23, 75:4, 75:11, 75:20, 76:2, 76:7, 76:9, 76:13, 76:15, 76:20, 76:22, 77:2, 77:6, 77:9, 77:14, 77:18, 78:7, 78:9, 78:14, 78:15, 78:20, 78:25, 79:1, 79:6, 79:9, 79:10, 79:11, 79:15, 79:18, 79:22, 80:1, 80:5, 80:8, 80:10, 80:13, 80:16, 80:21, 81:1, 81:17, 81:24, 82:3, 82:6, 83:1, 83:6, 83:9, 83:13, 83:17, 83:22, 84:1, 84:5, 84:7,

84:14, 84:20, 84:24,
85:1, 85:7, 85:10,
86:7, 86:10, 86:11,
86:15, 86:17, 86:23,
86:24, 87:4, 87:9,
87:14, 88:22, 89:7,
89:8, 89:13, 90:9,
90:10, 90:15, 90:19,
90:23, 91:2, 91:6,
91:10, 91:17, 91:21,
92:1, 92:2, 92:8,
92:12, 92:14, 92:17,
92:20, 93:7, 93:11,
93:14, 93:19, 93:24,
94:1, 94:6, 94:9,
94:13, 94:17, 94:19,
94:25, 95:3, 95:4,
95:9, 95:11, 95:16,
95:19, 95:24, 96:4,
96:10, 96:11, 96:15,
96:19, 97:4, 97:7,
97:15, 97:17, 97:22,
98:2, 98:5, 98:7, 98:8,
98:19, 98:20, 98:23,
99:2, 99:5, 99:8,
99:21, 100:1, 100:4,
100:14, 100:20,
101:5, 101:8, 102:5,
102:8, 102:15, 103:8,
103:14, 103:18,
104:9, 104:11,
104:15, 104:24,
105:9, 105:23, 106:1,
106:3, 107:2, 108:23,
109:1, 109:3, 109:20,
109:22, 110:23,
111:2, 111:4, 111:7,
111:12, 111:16,
111:17, 112:3, 112:5,
112:9, 113:6, 113:11,
113:25, 114:11,
115:5, 116:16,
116:19, 117:5,
117:20, 118:16,
118:18, 119:2, 119:6,
119:10, 119:14,
119:15, 119:21,
122:3, 122:6, 122:21,
122:24, 125:23,
126:2, 126:3, 126:10,
126:12, 126:18,
126:22, 127:16,
127:19, 127:24,
128:2, 128:8, 128:9,
128:14, 128:22,
129:1, 129:7, 129:25,
130:3, 130:13,
130:15, 130:17,
130:19, 130:22,
130:23, 131:3, 131:7,
131:10, 131:24,

132:2, 132:4, 132:7,
133:9, 133:11,
133:16, 133:17,
134:14, 134:16,
136:4, 136:9, 136:15,
136:25, 137:4,
137:16, 137:20,
137:24, 138:7,
138:10, 138:11,
139:3, 139:7, 139:16,
139:20, 140:7,
140:11, 140:16,
140:19, 141:3, 141:6,
141:13, 141:16,
141:24, 142:8,
143:14, 143:17,
143:20, 144:2,
144:12, 144:15,
145:6, 146:16,
146:20, 146:24,
147:6, 147:8, 147:13,
147:18, 148:18,
148:22, 149:4, 150:7,
150:11, 150:13,
150:16, 151:19,
151:23, 152:2,
152:20, 152:24,
153:8, 153:11,
153:12, 153:17,
153:25, 154:3,
154:22, 154:23,
155:14, 155:23,
156:5, 156:11, 159:3,
159:5, 159:17,
159:19, 159:23,
159:25, 160:13,
160:18, 161:4, 161:6,
161:11, 161:14,
161:19, 161:21,
165:12, 165:13,
165:16, 165:18,
166:8, 166:10,
166:14, 166:17,
167:3, 167:6, 167:11,
168:23, 168:24,
170:4, 170:6, 170:18,
170:20, 171:1,
171:22, 172:1, 172:6,
172:9, 172:14,
172:17, 173:5, 173:7,
174:9, 174:16, 175:5,
175:15, 175:21,
176:3, 176:7, 176:9,
176:19, 176:22,
177:2, 177:17, 180:7,
180:11, 180:18,
180:21, 181:1,
181:24, 182:3,
182:10, 182:13,
182:23, 183:2,
183:10, 184:4, 184:9,

184:10, 184:23,
185:1, 185:14,
185:21, 186:15,
186:21, 187:15,
187:16, 188:4,
188:11, 188:15,
188:17, 189:25,
190:2, 190:20,
190:22, 191:5, 191:7,
191:14, 192:6,
192:10, 193:9,
193:12, 195:6,
195:13, 196:21,
196:24, 198:6, 198:8,
198:23, 198:24,
199:9, 199:11, 205:5,
205:9, 205:16,
205:21, 206:5, 206:9,
206:25, 207:5,
207:10, 207:11,
209:4, 209:8, 209:9,
210:19, 210:24,
211:11, 211:17,
211:20, 211:22,
212:12, 212:15,
213:5, 213:6, 213:8,
213:19, 213:23,
214:12, 214:16,
214:19, 214:25,
215:8, 215:10, 216:8,
217:3, 217:6, 217:21,
218:13, 218:19,
218:21, 220:2, 220:8,
220:18, 221:1,
221:17, 222:15,
222:20, 223:1,
223:16, 223:21,
224:7, 225:8, 225:11,
225:16, 225:18,
226:2, 226:8, 227:3,
227:17, 227:20,
228:5, 228:18,
228:23, 229:13,
229:24, 230:5
   **multiple** [4] - 67:1,
175:9, 194:17, 198:16
   **music** [2] - 120:2,
226:3
   **must** [2] - 25:16,
212:23

## N

   **nailed** [1] - 13:20
   **name** [11] - 37:18,
37:20, 45:12, 45:13,
50:6, 104:19, 109:25,
156:14, 156:16,
162:3, 191:23
   **named** [1] - 198:14

   **names** [1] - 66:19
   **narrow** [1] - 26:9
   **narrowly** [1] - 144:6
   **nation's** [2] - 156:23,
157:1
   **national** [2] - 38:18,
196:2
   **natural** [1] - 25:22
   **naturally** [1] - 228:16
   **nature** [1] - 129:18
   **Naval** [2] - 202:20,
203:1
   **near** [5] - 32:25,
97:13, 101:17, 140:3,
222:7
   **nearly** [1] - 34:1
   **necessarily** [3] -
105:4, 202:8, 226:20
   **necessary** [3] -
18:11, 69:12, 164:1
   **neck** [4] - 83:20,
95:7, 97:2, 99:12
   **need** [36] - 10:7,
18:7, 18:15, 24:14,
29:23, 29:25, 30:14,
47:1, 65:10, 65:14,
69:13, 72:21, 82:11,
100:7, 105:4, 114:9,
114:23, 117:15,
125:25, 129:22,
157:16, 172:25,
191:23, 198:3,
208:19, 221:7,
221:24, 222:1, 222:3,
222:18, 224:14,
225:6, 226:1, 226:20,
229:6, 229:23
   **needed** [5] - 164:9,
165:11, 180:5,
195:23, 229:2
   **needing** [3] - 7:14,
184:13, 222:9
   **needle** [1] - 108:3
   **needs** [1] - 226:14
   **never** [17] - 12:17,
17:1, 40:9, 40:13,
42:18, 44:4, 44:10,
44:11, 100:3, 121:14,
122:11, 123:9, 135:5,
135:15, 136:21,
196:16
   **new** [6] - 6:17, 6:19,
38:10, 88:18, 218:18,
222:3
   **news** [2] - 60:10,
89:25
   **next** [11] - 6:23,
16:10, 61:11, 62:23,
64:1, 64:4, 64:10,
106:10, 156:4,

173:23, 198:19
   **nice** [1] - 226:11
   **night** [2] - 17:25,
168:20
   **noise** [3] - 34:8,
34:9, 53:20
   **none** [2] - 43:15,
136:7
   **nonetheless** [1] -
174:22
   **nonleading** [2] -
68:21, 107:11
   **nonviolent** [1] -
102:19
   **noon** [2] - 8:15,
27:23
   **Norm** [1] - 226:16
   **normal** [4] - 8:10,
41:23, 91:22, 93:7
   **normally** [5] - 46:16,
51:18, 51:20, 90:17,
128:10
   **north** [5] - 34:22,
179:9, 195:1, 209:15,
209:21
   **Northwest** [3] - 1:16,
2:3, 231:14
   **note** [6] - 21:11,
70:11, 92:15, 175:8,
187:4, 216:13
   **noted** [3] - 187:1,
188:7, 204:18
   **notes** [1] - 231:5
   **nothing** [7] - 7:5,
9:25, 10:9, 22:11,
27:25, 44:2, 44:4,
106:19, 107:21,
109:1, 155:14, 168:15
   **notice** [6] - 33:16,
33:22, 33:23, 34:23,
40:9
   **notification** [3] -
161:1, 162:6, 183:18
   **notify** [1] - 198:18
   **notifying** [1] - 202:10
   **noting** [1] - 13:1
   **November** [1] - 31:5
   **nowhere** [1] - 141:12
   **number** [14] - 7:15,
7:18, 10:4, 32:25,
120:23, 132:14,
145:20, 145:23,
150:4, 163:5, 198:11,
220:13, 228:19
   **numbers** [2] -
179:23, 204:10
   **nurse** [1] - 38:4

# O

**object** [5] - 53:13, 119:12, 166:15, 186:15, 214:25
**objected** [1] - 106:6
**objecting** [3] - 107:9, 108:14, 108:18
**objection** [72] - 47:22, 47:23, 48:25, 49:1, 49:22, 53:18, 53:22, 55:10, 57:18, 64:25, 66:10, 67:14, 68:19, 70:12, 76:22, 78:15, 80:14, 81:17, 81:22, 82:5, 84:7, 86:24, 87:9, 87:14, 89:8, 90:10, 94:1, 96:11, 97:17, 99:21, 102:5, 105:7, 108:19, 112:4, 112:5, 113:6, 113:11, 116:16, 119:14, 122:3, 126:11, 126:14, 130:23, 141:13, 143:14, 147:8, 151:19, 152:4, 152:16, 159:19, 161:14, 166:10, 170:20, 175:3, 175:5, 175:24, 178:11, 180:21, 182:23, 185:24, 186:14, 186:25, 188:6, 191:7, 191:10, 205:5, 210:19, 213:5, 213:19, 213:24, 217:21
**Objection** [1] - 137:16
**objections** [13] - 53:18, 53:19, 70:9, 113:13, 164:7, 164:8, 164:13, 164:18, 200:10, 200:11, 200:16, 214:23, 222:19
**objects** [1] - 181:18
**obligation** [3] - 11:5, 14:20, 107:13
**obligations** [11] - 7:7, 10:11, 10:16, 11:4, 11:13, 14:7, 20:2, 20:5, 20:12, 20:13, 22:16
**Observatory** [2] - 202:20, 203:1
**observed** [2] - 12:10, 12:23

**observers** [1] - 31:18
**obvious** [4] - 47:8, 64:22, 73:1, 184:20
**obviously** [13] - 13:11, 27:10, 105:18, 124:18, 166:25, 168:11, 183:21, 195:23, 202:15, 202:16, 221:7, 228:15, 229:7
**occasions** [1] - 51:19
**occurred** [5] - 19:25, 116:24, 140:22, 152:9, 205:2
**OF** [5] - 1:1, 1:3, 1:10, 1:16, 1:22
**off-white** [9] - 78:1, 88:25, 92:6, 93:5, 95:6, 95:8, 97:2, 99:12, 153:21
**offense** [2] - 160:7, 160:9
**offered** [1] - 186:16
**office** [18] - 7:6, 10:5, 17:3, 46:3, 163:6, 163:13, 173:16, 173:19, 173:22, 177:24, 178:2, 189:19, 189:23, 190:18, 203:14, 204:3, 204:4, 227:12
**OFFICE** [1] - 1:15
**Officer** [1] - 147:2
**officer** [21] - 18:12, 25:21, 42:9, 88:3, 99:18, 100:2, 127:20, 127:21, 128:3, 128:6, 128:15, 128:18, 130:5, 131:12, 131:18, 220:4, 220:15, 220:19, 221:1, 221:7, 222:11
**officers** [53] - 5:15, 12:16, 32:8, 33:1, 33:4, 33:19, 34:2, 42:9, 46:16, 56:7, 56:9, 59:3, 60:1, 60:9, 61:14, 61:23, 63:19, 63:20, 71:13, 72:20, 73:11, 80:3, 82:4, 83:3, 83:10, 87:19, 87:20, 87:21, 100:8, 101:16, 101:20, 125:6, 125:20, 125:21, 128:11, 129:15, 132:8, 132:14, 133:4, 134:6, 143:9, 146:12, 146:14, 151:11,

151:25, 154:6, 154:14, 154:19, 166:22, 179:2, 201:23, 202:12, 212:8
**offices** [6] - 47:6, 158:18, 159:14, 162:13, 164:3, 169:11
**OFFICES** [1] - 1:22
**Official** [1] - 2:1
**official** [4] - 59:13, 197:6, 197:9, 231:12
**officials** [2] - 14:12, 129:10
**offline** [1] - 225:2
**often** [6] - 5:23, 6:6, 15:23, 123:6, 194:17, 200:20
**old** [2] - 97:13, 105:2
**older** [1] - 41:22
**once** [7] - 22:19, 34:18, 84:15, 95:14, 128:16, 175:12, 181:16
**one** [99] - 5:2, 5:23, 6:8, 11:16, 13:19, 14:5, 15:13, 17:2, 17:16, 21:4, 23:11, 23:19, 26:20, 27:15, 27:24, 28:18, 29:25, 32:6, 33:9, 33:18, 34:16, 35:21, 36:19, 38:9, 38:15, 42:16, 42:21, 43:11, 61:14, 66:22, 70:24, 72:18, 83:21, 86:7, 88:17, 94:21, 101:23, 104:8, 104:18, 105:13, 106:15, 110:22, 112:23, 113:7, 114:15, 116:7, 118:7, 118:25, 122:19, 123:1, 125:18, 127:24, 134:2, 137:13, 138:12, 139:8, 140:24, 145:3, 148:13, 160:9, 169:7, 170:13, 174:17, 178:14, 180:2, 180:8, 180:13, 185:25, 186:10, 189:11, 191:25, 194:12, 194:16, 194:17, 194:18, 194:19, 194:20, 198:14, 198:16, 205:10, 207:17, 207:20, 208:1, 212:3, 215:2, 216:9, 220:3, 220:6, 220:24, 221:12, 223:11, 224:2,

225:11, 226:2, 226:11, 227:6, 228:18
**One** [1] - 201:2
**ones** [1] - 88:2
**online** [1] - 15:22
**ooh** [1] - 64:14
**open** [124] - 32:16, 33:12, 34:12, 35:7, 42:25, 43:3, 50:18, 50:21, 50:23, 51:2, 55:13, 66:15, 70:21, 71:9, 71:16, 72:5, 72:13, 73:6, 73:15, 73:23, 75:3, 75:10, 75:19, 76:1, 76:6, 77:17, 79:8, 79:17, 79:24, 80:7, 80:24, 82:24, 83:8, 83:16, 83:24, 84:13, 84:23, 85:9, 86:9, 88:21, 90:16, 90:22, 91:1, 91:9, 91:16, 91:25, 92:11, 92:19, 93:10, 94:8, 94:16, 95:2, 95:18, 95:23, 96:18, 97:6, 98:4, 99:1, 99:7, 100:22, 103:7, 114:13, 117:19, 121:7, 122:23, 124:13, 126:21, 127:18, 128:1, 128:13, 128:25, 130:2, 131:6, 131:9, 132:1, 132:6, 132:20, 132:21, 132:22, 136:14, 137:3, 137:23, 138:9, 139:6, 139:19, 140:10, 140:18, 141:5, 142:7, 144:14, 145:5, 147:17, 148:17, 148:25, 152:19, 152:23, 153:10, 153:16, 154:2, 160:12, 167:5, 171:25, 172:8, 172:16, 175:14, 176:6, 176:21, 180:10, 182:2, 182:12, 184:7, 187:13, 188:14, 192:9, 195:12, 207:4, 207:9, 209:7, 211:15, 211:19, 212:3, 212:14, 217:5, 218:15
**Opening** [2] - 3:2, 3:3
**opening** [8] - 28:2, 28:8, 28:9, 29:18, 29:19, 29:21, 30:5,

37:12
**operate** [2] - 184:20, 185:4
**operates** [2] - 38:4, 38:7
**operational** [1] - 116:4
**opinion** [1] - 125:22
**opportunity** [4] - 7:13, 107:19, 187:9, 226:18
**oppose** [1] - 5:18
**opposing** [2] - 24:15, 116:11
**Order** [3] - 32:7, 53:2, 56:25
**order** [9] - 23:13, 23:24, 25:5, 25:17, 56:19, 82:11, 160:1, 175:7, 229:2
**ordered** [1] - 229:5
**orderly** [3] - 183:16, 209:14, 230:1
**organization** [1] - 39:13
**orient** [1] - 48:17
**oriented** [1] - 89:14
**original** [2] - 181:20, 183:20
**otherwise** [2] - 14:13, 219:18
**outcome** [2] - 19:11, 19:12
**outline** [1] - 168:1
**outside** [33] - 37:6, 53:16, 62:4, 65:3, 81:20, 87:12, 89:25, 99:24, 102:7, 113:9, 116:18, 122:5, 127:22, 129:6, 137:19, 141:15, 143:16, 151:21, 159:21, 166:12, 174:14, 178:6, 178:8, 178:13, 179:3, 182:25, 185:19, 205:7, 208:25, 210:7, 210:22, 213:21, 217:24
**outstanding** [2] - 225:21, 229:18
**outweigh** [1] - 66:5
**overall** [1] - 111:25
**overly** [1] - 106:22
**overrule** [3] - 108:21, 161:15, 186:25
**overrun** [4] - 63:17, 73:11, 144:18, 144:19
**overrunning** [1] - 71:13

**oversee** [1] - 31:9
**overseeing** [1] - 35:17
**oversees** [1] - 176:17
**own** [8] - 5:25, 14:1, 25:19, 26:14, 108:18, 124:11, 154:20, 229:4
**Oxnard** [1] - 1:19

**P**

**P.C** [1] - 1:19
**p.m** [28] - 9:5, 33:5, 34:16, 35:13, 78:13, 92:16, 92:22, 94:12, 104:4, 109:5, 155:19, 156:1, 163:2, 163:17, 164:4, 164:5, 170:3, 171:5, 177:9, 177:14, 178:10, 181:4, 191:17, 195:19, 199:25, 200:1, 207:13, 219:21
**pack** [1] - 44:7
**packet** [1] - 221:24
**pads** [1] - 60:20
**page** [1] - 59:9
**Page** [4] - 3:2, 3:3, 20:8, 116:3
**PAGE** [1] - 3:10
**paint** [2] - 167:1, 167:16
**pair** [1] - 81:4
**pandemic** [4] - 31:20, 50:25, 61:2, 132:19
**pants** [4] - 78:1, 88:24, 95:6, 97:1
**paper** [1] - 107:24
**papers** [2] - 5:8, 13:15
**paralegal** [3] - 4:9, 4:14, 8:4
**park** [1] - 173:1
**parked** [2] - 62:4, 173:1
**PARKER** [135] - 1:15, 5:18, 8:8, 8:12, 9:21, 10:3, 10:9, 10:21, 10:24, 11:10, 11:14, 11:16, 11:19, 15:12, 17:1, 17:14, 17:24, 18:4, 21:25, 23:8, 24:6, 25:13, 27:12, 27:15, 27:20, 27:25, 28:4, 109:3, 155:23, 156:5, 156:11, 159:3, 159:5, 159:17,

159:25, 160:13, 160:18, 161:4, 161:6, 161:11, 161:19, 161:21, 165:12, 165:13, 165:16, 165:18, 166:8, 166:17, 167:3, 167:6, 167:11, 168:23, 168:24, 170:4, 170:6, 170:18, 171:1, 171:22, 172:1, 172:6, 172:9, 172:14, 172:17, 173:5, 173:7, 174:9, 174:16, 175:15, 175:21, 176:3, 176:7, 176:9, 176:19, 176:22, 177:2, 177:17, 180:7, 180:11, 180:18, 181:1, 181:24, 182:3, 182:10, 182:13, 183:10, 184:4, 184:9, 184:10, 184:23, 185:1, 185:14, 185:21, 186:21, 187:15, 187:16, 188:4, 188:11, 188:15, 188:17, 189:25, 190:2, 190:20, 190:22, 191:5, 191:14, 192:6, 192:10, 193:9, 193:12, 195:6, 195:13, 196:21, 205:5, 205:9, 206:9, 210:19, 210:24, 213:5, 213:19, 213:23, 214:25, 215:8, 215:10, 216:8, 217:21, 218:21, 220:2, 220:8, 220:18, 221:1, 221:17, 225:8, 228:5, 229:13, 229:24
**Parker** [17] - 4:8, 5:17, 15:9, 16:21, 17:15, 17:16, 21:23, 28:6, 36:6, 177:16, 183:6, 184:3, 185:20, 205:8, 213:22, 214:24, 222:16
**parker** [2] - 21:22, 28:1
**parks** [1] - 45:20
**part** [38] - 13:11, 14:10, 22:19, 22:23, 31:12, 32:15, 35:1, 35:6, 36:20, 36:24, 39:12, 39:14, 67:5, 67:17, 85:22, 89:24, 98:6, 99:18, 101:12, 117:13, 122:15,

129:9, 132:3, 155:4, 155:6, 170:12, 171:6, 172:4, 183:16, 187:10, 197:8, 213:2, 213:17, 215:22, 216:18
**partially** [2] - 110:9, 186:16
**participant** [1] - 39:5
**participate** [1] - 39:8
**participated** [1] - 38:13
**participating** [1] - 163:10
**particular** [11] - 6:1, 7:5, 7:11, 54:3, 54:14, 125:11, 125:17, 149:7, 157:18, 202:3, 220:20
**particularly** [2] - 5:2, 24:7
**parties** [4] - 4:5, 21:15, 81:21, 219:7
**partly** [3] - 31:13, 31:14, 183:22
**partners** [1] - 169:15
**party** [3] - 25:20, 25:21, 25:22
**party's** [2] - 25:16, 25:23
**passed** [1] - 210:6
**past** [8] - 65:22, 71:12, 71:20, 91:23, 104:12, 124:15, 129:13, 154:5
**patience** [2] - 29:12, 103:20
**patriotic** [1] - 12:12
**Patriots** [1] - 116:14
**patrol** [2] - 46:2, 46:15
**Pattis** [3] - 226:17, 226:23, 227:2
**pause** [5] - 153:11, 173:5, 181:25, 182:10, 192:7
**paused** [8] - 131:11, 173:5, 176:7, 176:22, 182:6, 188:18, 192:11, 212:16
**pay** [6] - 34:7, 34:8, 34:9, 40:5, 40:6, 41:25
**peaceful** [1] - 36:22
**Pence** [21] - 31:9, 35:17, 35:23, 58:18, 58:20, 158:2, 161:1, 161:2, 162:10, 168:19, 170:1, 176:12, 199:13,

199:21, 200:2, 204:5, 207:17, 207:23, 210:14, 210:16, 216:19
**pence** [4] - 158:3, 161:1, 198:20, 199:4
**Pence's** [3] - 158:6, 176:15, 212:23
**Pennsylvania** [2] - 71:2, 136:19
**people** [87] - 5:11, 9:16, 9:21, 12:25, 15:22, 15:23, 31:17, 31:22, 32:10, 33:1, 34:16, 36:1, 39:18, 39:21, 39:25, 40:4, 41:14, 41:21, 43:8, 62:7, 62:12, 64:14, 64:15, 72:17, 72:24, 73:2, 78:3, 79:2, 80:2, 81:13, 81:14, 82:3, 82:9, 82:10, 83:2, 86:12, 87:6, 88:7, 88:13, 98:21, 105:15, 118:6, 121:4, 121:5, 122:11, 122:18, 124:7, 124:16, 124:18, 124:22, 124:24, 125:5, 125:7, 127:20, 128:17, 128:19, 129:15, 130:6, 130:11, 134:9, 141:7, 148:4, 150:21, 152:13, 152:14, 153:1, 153:24, 154:12, 162:25, 182:14, 182:22, 194:21, 198:17, 204:23, 205:3, 205:22, 206:4, 206:6, 206:13, 208:3, 208:4, 208:21, 211:5, 211:10, 223:11
**People** [1] - 35:22
**pepper** [6] - 85:11, 85:16, 85:19, 149:10, 149:13, 149:16
**per** [1] - 204:3
**percent** [2] - 22:20, 142:19
**perfect** [2] - 48:12, 88:10
**perfectly** [1] - 152:3
**perhaps** [11] - 5:8, 14:19, 14:25, 141:20, 148:7, 152:13, 205:12, 221:13, 222:2, 222:7, 227:15
**perimeter** [45] - 31:16, 31:17, 31:21,

31:23, 32:9, 32:22, 33:6, 33:10, 50:15, 52:22, 56:5, 59:5, 59:10, 59:11, 59:15, 61:15, 61:16, 71:20, 73:11, 79:4, 79:14, 79:20, 82:8, 100:6, 100:7, 101:17, 129:14, 132:10, 151:5, 151:10, 165:22, 166:1, 166:19, 166:20, 167:20, 168:6, 179:12, 182:17, 184:18, 192:23, 202:12, 209:16, 210:11, 210:12, 212:1
**period** [3] - 75:16, 116:4, 154:7
**periods** [1] - 60:9
**perjure** [1] - 15:3
**permanent** [4] - 155:4, 155:6, 166:4, 167:24
**permit** [6] - 120:15, 120:16, 121:2, 121:3, 148:7, 191:8
**permits** [2] - 115:13, 115:20
**permitted** [19] - 14:12, 40:2, 40:3, 82:21, 115:15, 115:16, 115:25, 116:3, 116:15, 116:24, 117:21, 117:22, 118:2, 119:25, 120:7, 120:9, 120:14
**person** [46] - 15:16, 15:21, 20:24, 24:25, 25:22, 26:1, 77:24, 77:25, 81:2, 83:18, 85:3, 92:3, 92:25, 95:5, 95:13, 96:22, 99:3, 105:10, 122:16, 125:1, 125:18, 129:20, 135:7, 135:10, 135:19, 136:5, 136:20, 138:17, 139:13, 140:2, 140:25, 141:11, 142:3, 142:15, 142:16, 142:21, 143:1, 153:7, 153:13, 153:18, 153:22, 157:19, 208:7, 227:14, 227:15
**person's** [2] - 20:14, 224:2
**personal** [1] - 113:14

personally [5] - 54:12, 158:21, 173:9, 179:5, 200:24
personnel [2] - 196:1, 201:22
perspective [2] - 9:25, 132:15
Peterson [1] - 227:20
phone [3] - 23:20, 44:6, 228:19
phones [5] - 28:24, 53:21, 99:22, 174:12, 185:17
photo [4] - 41:4, 41:6, 90:17, 127:3
photograph [1] - 34:21
photographer [1] - 145:11
photographers [2] - 145:13, 145:21
phrased [3] - 88:3, 107:10, 122:6
picture [10] - 40:8, 40:10, 40:12, 50:3, 57:6, 57:13, 72:20, 87:6, 148:5, 192:12
pieces [3] - 40:17, 64:17
Pierce [21] - 4:13, 11:24, 14:2, 18:7, 20:22, 20:25, 22:5, 22:13, 23:5, 28:7, 37:19, 103:16, 109:25, 185:24, 221:25, 222:8, 223:4, 224:15, 225:1, 225:25, 229:18
PIERCE [36] - 1:18, 1:19, 4:12, 11:25, 13:25, 14:3, 16:8, 21:4, 21:7, 22:8, 23:6, 28:19, 104:9, 104:11, 104:15, 104:24, 105:9, 105:23, 106:1, 108:23, 222:15, 222:20, 223:1, 223:16, 223:21, 224:7, 225:11, 225:16, 225:18, 226:2, 226:8, 227:3, 227:17, 227:20, 228:18, 228:23
place [16] - 12:2, 14:11, 34:10, 56:1, 58:23, 98:16, 100:2, 111:9, 115:17, 123:19, 148:8, 158:16, 165:15,

184:18, 195:22, 213:16
placed [3] - 56:13, 135:17, 168:3
places [7] - 16:3, 42:7, 119:24, 125:17, 134:18, 135:8, 146:9
placing [2] - 180:4, 212:2
plainly [4] - 7:16, 7:21, 43:10, 160:7
Plaintiff [1] - 1:4
plan [23] - 111:9, 112:1, 112:11, 112:13, 112:15, 112:17, 115:24, 158:22, 158:24, 168:12, 169:16, 169:19, 169:20, 177:4, 181:20, 181:21, 183:18, 183:20, 192:20, 201:4, 219:15, 219:19
planned [1] - 204:16
planning [4] - 115:11, 157:23, 165:6, 196:18
plans [5] - 112:19, 112:21, 113:17, 115:6, 184:2
plastic [1] - 32:4
plate [1] - 60:19
platform [15] - 6:10, 6:15, 6:19, 7:3, 51:9, 51:12, 51:16, 58:2, 75:15, 134:21, 155:3, 155:4, 155:7, 178:23, 179:1
platoon [12] - 59:25, 60:14, 61:3, 62:2, 63:1, 64:5, 64:6, 64:7, 64:9, 67:6, 67:19, 67:23
platoons [1] - 59:25
play [74] - 69:21, 70:19, 71:7, 71:14, 72:3, 72:11, 73:4, 73:21, 77:15, 78:25, 79:2, 79:6, 79:15, 79:22, 80:5, 80:21, 81:14, 83:6, 83:14, 85:7, 86:7, 90:19, 91:6, 91:21, 92:9, 93:7, 94:13, 94:25, 95:9, 95:14, 95:16, 95:20, 96:1, 96:15, 97:4, 97:9, 98:24, 126:18, 127:16, 127:24, 128:8, 128:22, 131:3,

131:24, 132:4, 136:9, 136:25, 139:3, 140:7, 145:1, 146:20, 148:21, 153:6, 153:8, 153:14, 153:25, 171:22, 172:14, 174:22, 175:11, 176:3, 176:19, 181:24, 182:10, 184:13, 188:11, 192:6, 195:10, 209:4, 209:20, 210:15, 211:11, 211:16, 211:17
played [2] - 174:20, 220:11
playing [8] - 40:16, 73:12, 91:11, 139:16, 140:16, 141:3, 172:18, 212:12
plaza [15] - 8:18, 8:20, 121:2, 121:19, 124:6, 170:10, 170:16, 171:6, 172:24, 173:3, 179:19, 179:25, 181:6, 182:8, 182:22
podcasts [1] - 35:19
poignant [1] - 65:25
point [52] - 12:18, 16:6, 17:11, 17:12, 18:9, 21:4, 23:11, 29:24, 47:12, 47:16, 48:6, 63:4, 63:13, 63:19, 74:6, 88:12, 101:10, 102:4, 102:9, 103:15, 117:7, 123:14, 126:18, 151:14, 151:17, 152:12, 155:16, 171:12, 172:21, 173:25, 177:23, 178:1, 179:14, 181:9, 183:11, 186:10, 190:3, 190:6, 190:10, 190:19, 192:2, 192:19, 195:3, 195:15, 204:24, 206:25, 209:3, 213:24, 216:9, 216:10, 225:19
pointed [2] - 170:12, 207:15
pointing [1] - 12:24
points [2] - 107:21, 162:17
poison [1] - 106:22
poisoned [2] - 106:17, 107:17
poking [1] - 64:20

police [37] - 32:8, 33:1, 33:19, 33:25, 34:3, 35:4, 42:1, 42:2, 42:6, 42:20, 52:21, 52:24, 63:3, 63:5, 63:8, 63:15, 80:2, 81:15, 82:4, 83:3, 83:10, 85:15, 86:12, 87:7, 106:21, 123:6, 123:20, 123:23, 124:3, 134:6, 145:14, 145:22, 149:14, 154:5, 166:22
Police [55] - 5:11, 12:16, 12:24, 13:7, 31:15, 32:7, 45:15, 45:16, 45:21, 46:21, 53:2, 55:19, 57:1, 63:1, 63:2, 63:21, 64:5, 64:10, 68:1, 68:24, 70:2, 72:18, 72:19, 72:25, 82:9, 110:2, 112:18, 113:5, 115:11, 115:16, 117:22, 120:21, 123:18, 128:10, 128:15, 143:8, 143:11, 144:16, 157:10, 158:17, 159:13, 162:12, 165:23, 169:9, 178:15, 178:19, 179:2, 195:25, 202:12, 212:8, 220:4, 220:15, 220:19, 221:1, 222:11
political [1] - 38:21
polls [1] - 38:18
poorly [2] - 137:20, 137:25
porta [3] - 147:15, 147:22
porta-john [2] - 147:15, 147:22
porta-potty [1] - 147:22
portion [8] - 8:6, 9:17, 9:20, 12:7, 21:8, 53:22, 81:22, 187:19
portions [3] - 10:2, 13:13, 15:25
portrait [1] - 191:21
position [4] - 22:3, 24:5, 39:8, 222:10
possession [1] - 10:25
possibility [1] - 221:11
possible [5] - 38:1, 138:17, 200:10,

200:16, 212:12
posted [3] - 52:7, 134:19, 134:25
posturing [1] - 15:19
potential [1] - 226:5
potentially [7] - 18:20, 19:13, 23:19, 26:11, 145:18, 206:17, 224:12
potty [1] - 147:22
pounds [2] - 52:11, 153:4
pouring [1] - 86:6
Powell [1] - 105:14
power [2] - 30:14, 36:22
practically [1] - 43:2
prayed [2] - 39:16, 39:17
prayer [3] - 40:1, 40:3, 120:3
precise [1] - 8:2
precisely [2] - 171:12, 206:8
preclude [2] - 129:10, 205:11
precluded [1] - 143:25
predicate [1] - 20:13
predict [1] - 221:15
prediction [1] - 44:8
prefer [1] - 27:16
prejudice [1] - 187:7
prejudicial [6] - 65:6, 66:4, 102:9, 102:10, 106:22, 107:22
preliminary [1] - 77:19
preparation [5] - 31:13, 31:14, 111:20, 112:18, 113:2
preparations [1] - 158:14
prepare [1] - 158:11
prepared [6] - 44:22, 137:11, 138:2, 223:19, 224:14, 225:1
preparing [3] - 51:7, 113:5, 221:24
preposterous [1] - 106:14
prepped [1] - 115:6
prerogative [1] - 11:22
prescribed [1] - 42:15
presence [29] - 5:6, 25:22, 53:16, 65:3, 81:20, 87:12, 99:20, 99:24, 102:7, 113:9,

115:23, 116:18, 122:5, 123:20, 129:6, 137:19, 141:15, 143:16, 151:21, 159:21, 166:12, 174:14, 182:25, 185:19, 205:7, 209:1, 210:22, 213:21, 217:24

**present** [12] - 4:14, 8:14, 14:6, 14:15, 16:23, 20:16, 38:12, 186:3, 187:2, 187:5, 220:5, 222:2

**presentation** [4] - 28:22, 29:22, 108:13, 174:23

**presented** [1] - 5:15

**presenting** [1] - 25:23

**preserve** [1] - 216:5

**presided** [1] - 185:23

**president** [65] - 15:18, 156:24, 157:11, 158:25, 159:2, 160:1, 160:5, 162:7, 163:1, 164:2, 164:10, 165:6, 168:5, 168:6, 171:18, 172:22, 173:8, 173:11, 173:18, 173:21, 173:23, 173:25, 174:4, 177:23, 181:22, 182:21, 183:15, 189:23, 190:7, 190:17, 192:12, 192:19, 192:21, 193:4, 193:19, 194:2, 197:25, 200:18, 202:16, 202:19, 202:20, 203:7, 203:8, 203:10, 203:11, 203:13, 203:14, 203:18, 203:20, 203:23, 203:24, 204:6, 204:7, 204:11, 206:4, 207:25, 213:10, 216:1, 216:19

**President** [30] - 31:6, 31:9, 35:17, 35:23, 38:24, 39:23, 58:18, 58:19, 58:20, 157:20, 158:2, 158:4, 158:6, 161:1, 162:10, 163:20, 168:19, 170:1, 176:12, 176:15, 203:24, 204:5, 205:12, 206:21, 214:13,

216:15, 216:16, 216:18, 216:19, 217:7

**president's** [16] - 58:24, 158:22, 163:6, 164:19, 169:8, 169:22, 170:16, 172:4, 172:20, 179:15, 181:8, 181:10, 185:13, 189:7, 189:19, 191:25

**president-elect** [2] - 213:10, 216:1

**President-Elect** [5] - 58:19, 158:4, 214:13, 216:16, 217:7

**presidential** [4] - 31:1, 31:8, 51:8, 51:21

**presidents** [3] - 156:24, 156:25, 157:1

**presides** [1] - 203:20

**press** [7] - 94:13, 94:25, 95:16, 95:20, 145:16, 145:21, 145:24

**pressing** [1] - 95:12

**presume** [4] - 11:7, 11:9, 15:11, 16:22

**pretrial** [11] - 4:20, 4:21, 14:9, 54:9, 54:20, 55:6, 65:20, 129:9, 144:1, 175:3, 175:8

**pretty** [13] - 4:24, 8:17, 11:25, 41:17, 46:23, 102:22, 103:4, 104:20, 141:18, 165:5, 211:6, 226:13, 226:19

**prevent** [1] - 35:5

**previous** [5] - 49:10, 70:9, 161:9, 170:13, 180:13

**previously** [4] - 38:8, 68:13, 70:10, 82:16

**primarily** [1] - 222:5

**primary** [1] - 46:2

**prisoner** [1] - 154:17

**privacy** [2] - 228:16, 229:1

**privately** [1] - 220:8

**privy** [2] - 202:8, 202:9

**probability** [3] - 19:8, 19:10

**probative** [1] - 66:5

**problem** [4] - 27:22, 54:6, 108:9, 211:13

**problems** [1] - 38:17

**procedures** [1] -

214:4

**proceed** [5] - 8:7, 74:22, 88:19, 177:16, 187:14

**proceeded** [1] - 174:3

**proceeding** [2] - 174:17, 177:20

**proceedings** [72] - 11:7, 19:9, 27:5, 29:2, 45:2, 53:15, 55:12, 65:2, 66:14, 74:14, 74:18, 74:20, 81:19, 82:23, 87:11, 88:20, 99:23, 100:21, 102:6, 103:6, 104:4, 104:7, 109:5, 113:8, 114:12, 116:17, 117:18, 122:4, 122:22, 129:5, 130:1, 137:18, 137:22, 141:14, 142:6, 143:15, 144:13, 151:20, 152:18, 155:21, 156:1, 159:20, 160:11, 166:11, 167:4, 174:13, 175:10, 175:13, 176:14, 177:9, 177:12, 177:14, 178:5, 182:24, 184:6, 185:18, 187:12, 195:15, 195:20, 196:11, 200:15, 205:6, 207:3, 210:21, 211:14, 213:18, 213:20, 217:4, 217:23, 218:14, 219:21, 231:6

**Proceedings** [1] - 230:6

**proceeds** [1] - 163:8

**process** [6] - 31:10, 31:11, 45:18, 102:20, 110:12, 226:9

**processing** [1] - 154:17

**produce** [1] - 6:3

**produced** [4] - 5:20, 6:1, 7:9, 231:6

**production** [3] - 14:7, 19:19, 20:5

**proffered** [1] - 18:14

**profile** [1] - 228:10

**progress** [1] - 229:14

**prohibit** [2] - 36:11, 36:15

**promise** [5] - 30:22, 37:1, 93:16, 219:13,

219:14

**promised** [1] - 219:1

**promotion** [1] - 197:10

**promotional** [1] - 110:12

**property** [1] - 202:23

**prosecution** [1] - 18:23

**prosecutor** [1] - 18:11

**protect** [4] - 45:17, 156:23, 157:1, 183:15

**protected** [1] - 157:19

**protectee** [9] - 41:13, 158:8, 198:4, 199:4, 201:1, 209:24, 210:14, 214:3, 216:14

**protectees** [11] - 157:11, 157:23, 168:17, 194:22, 196:10, 200:21, 201:15, 202:15, 213:9, 215:23, 216:12

**protection** [4] - 45:19, 59:3, 168:4, 214:3

**protective** [1] - 229:2

**protest** [2] - 38:14, 121:21

**protesters** [9] - 12:4, 31:18, 59:14, 78:3, 151:17, 170:11, 178:21, 179:22

**protests** [6] - 41:19, 41:23, 110:21, 120:24, 150:24, 151:1

**protocols** [1] - 214:3

**prove** [2] - 116:23, 159:25

**proven** [1] - 82:11

**provide** [4] - 7:7, 45:18, 162:11, 163:8

**provided** [2] - 6:12, 162:23

**Providence** [1] - 1:23

**provides** [2] - 5:22, 162:13

**providing** [2] - 168:4, 228:16

**provocateurs** [1] - 143:22

**prudent** [1] - 7:2

**Public** [1] - 227:12

**public** [43] - 12:20, 13:22, 13:23, 13:25, 14:1, 15:7, 17:8, 20:14, 31:22, 32:16,

50:18, 50:24, 51:2, 51:5, 51:24, 52:4, 59:13, 120:12, 120:17, 121:7, 131:19, 132:8, 132:9, 132:13, 132:15, 143:12, 145:18, 147:23, 150:2, 151:10, 166:7, 184:21, 202:2, 202:3, 202:4, 202:6, 202:7, 202:9, 203:8, 203:11, 212:4, 212:19

**public's** [1] - 132:18

**publicly** [2] - 148:4, 228:10

**publish** [20] - 49:24, 70:13, 76:24, 90:11, 94:2, 96:12, 97:18, 126:19, 130:24, 147:9, 147:13, 161:16, 167:8, 170:19, 170:21, 175:1, 175:22, 176:2, 188:5, 188:8

**published** [110] - 33:12, 34:12, 35:7, 47:24, 49:2, 56:19, 57:21, 69:23, 70:21, 71:9, 71:16, 72:5, 72:13, 73:6, 73:15, 73:23, 75:3, 75:10, 75:19, 76:1, 76:6, 77:17, 78:16, 79:8, 79:17, 79:24, 80:7, 80:18, 80:24, 83:8, 83:16, 83:24, 84:9, 84:13, 84:23, 85:9, 86:9, 86:25, 89:9, 90:22, 91:1, 91:9, 91:16, 91:25, 92:11, 92:19, 93:10, 94:8, 94:16, 95:2, 95:18, 95:23, 96:3, 96:18, 97:6, 98:4, 99:1, 99:7, 112:6, 117:1, 119:18, 126:21, 127:18, 128:1, 128:13, 128:25, 131:6, 131:9, 132:1, 132:6, 136:14, 137:3, 138:9, 139:6, 139:19, 140:10, 140:18, 141:5, 145:5, 146:19, 146:23, 147:17, 148:17, 148:25, 152:23, 153:10, 153:16, 154:2, 160:13, 160:15, 161:19, 171:25, 172:8, 172:16, 176:6,

176:21, 180:10,
180:22, 182:2,
182:12, 188:14,
191:9, 192:9, 195:12,
202:2, 202:3, 207:9,
209:7, 211:19, 212:14
**puffery** [1] - 15:23
**pull** [21] - 8:4, 49:13,
53:3, 57:3, 69:19,
76:13, 80:8, 150:13,
152:20, 154:22,
156:9, 159:3, 161:4,
165:16, 170:4, 174:9,
180:7, 185:14,
190:20, 193:9, 193:10
**pulled** [1] - 210:16
**pulling** [14] - 48:13,
48:17, 78:7, 84:2,
86:15, 89:2, 90:4,
93:18, 95:25, 97:8,
131:15, 131:18,
172:2, 173:2
**pulls** [1] - 209:23
**punishment** [2] -
19:1, 19:17
**purported** [1] -
152:11
**purportedly** [2] -
17:5
**purporting** [1] - 8:24
**purpose** [2] - 100:4,
198:18
**purposeful** [1] -
181:12
**purposefully** [2] -
33:24, 216:14
**purposely** [1] -
181:14
**purposes** [1] - 8:9
**purse** [1] - 44:6
**push** [6] - 32:21,
35:4, 43:13, 63:9,
63:12, 209:20
**pushed** [8] - 44:11,
67:2, 79:13, 124:15,
124:18, 146:11,
154:5, 154:6
**pushing** [5] - 43:2,
43:3, 62:13, 71:12,
71:20
**put** [30] - 11:3, 38:20,
40:3, 40:7, 40:10,
41:3, 60:16, 63:14,
63:15, 104:12, 111:9,
111:20, 112:17,
112:19, 112:21,
125:17, 136:10,
137:15, 154:15,
181:14, 195:8, 207:6,
208:12, 208:15,

223:8, 223:24, 224:5,
224:7
**puts** [1] - 40:7
**putting** [1] - 223:22

### Q

**qualified** [1] - 203:12
**question-and-
answer** [1] - 60:9
**questionable** [1] -
17:9
**questioning** [6] -
20:19, 66:13, 141:18,
143:21, 144:3, 221:8
**questions** [32] -
55:9, 67:14, 68:20,
88:2, 88:3, 93:14,
101:23, 102:17,
102:22, 103:9,
103:14, 106:23,
107:7, 107:10, 108:6,
108:20, 111:8,
113:13, 113:20,
114:5, 114:8, 114:20,
122:10, 150:9,
150:11, 194:24,
196:21, 214:13,
218:11, 218:20,
220:12, 221:6
**quickly** [7] - 48:17,
66:13, 93:17, 142:9,
143:5, 143:17, 143:20
**quietly** [2] - 39:16,
39:17
**quite** [6] - 132:10,
133:8, 144:8, 206:11,
221:5, 221:9
**quote** [2] - 18:25,
19:19

### R

**Rachel** [1] - 4:9
**rack** [14] - 56:14,
71:12, 79:4, 79:14,
124:16, 124:17,
124:18, 125:3,
131:21, 151:12,
151:13, 153:3, 170:12,
212:2
**racks** [38] - 8:19,
32:2, 32:5, 32:14,
32:24, 52:5, 52:7,
52:8, 52:14, 56:6,
56:9, 56:10, 56:11,
56:12, 63:13, 63:14,
71:4, 99:20, 100:9,
101:19, 126:24,

127:2, 127:4, 146:1,
146:15, 148:9,
148:12, 148:20,
151:11, 151:13,
151:14, 153:22,
166:4, 166:21,
167:23, 168:2,
179:21, 179:25
**radio** [23] - 61:13,
61:15, 68:24, 69:3,
69:5, 69:8, 69:9,
69:11, 69:13, 69:15,
69:17, 70:5, 70:24,
178:15, 185:5,
185:10, 186:1, 186:2,
187:23, 188:1, 188:2
**radios** [1] - 185:4
**raindrop** [2] - 65:21,
102:16
**raise** [5] - 29:6,
29:25, 45:3, 113:13,
216:9
**raised** [6] - 17:2,
215:4, 215:5, 216:11,
221:23, 222:12
**rallies** [2] - 41:20,
115:15
**rally** [3] - 12:3, 40:1,
40:3
**Rally** [1] - 118:9
**random** [1] - 143:3
**range** [1] - 209:14
**RANI** [2] - 45:5,
45:13
**Rani** [3] - 3:7, 45:1,
45:13
**rank** [3] - 110:5,
110:7, 197:5
**rather** [3] - 67:24,
114:2, 127:8
**RDR** [3] - 2:1, 231:3,
231:12
**re** [1] - 101:4
**re-ask** [1] - 101:4
**reach** [5] - 181:17,
227:11, 228:12,
229:4, 229:7
**react** [1] - 152:13
**reaction** [3] - 61:19,
62:16, 107:23
**read** [6] - 56:23,
160:23, 161:22,
171:3, 181:2, 191:15
**readily** [1] - 180:5
**reading** [1] - 107:23
**ready** [10] - 23:7,
28:1, 28:6, 28:7,
104:1, 155:22, 177:4,
223:13, 224:5, 226:21
**real** [3] - 44:8,

114:16, 222:22
**realized** [1] - 35:23
**really** [21] - 38:16,
42:5, 48:16, 108:3,
108:9, 123:19,
127:14, 144:2, 148:5,
151:24, 166:16,
186:17, 201:17,
204:15, 208:13,
211:5, 215:20, 225:9,
225:21
**rear** [1] - 208:7
**reask** [1] - 115:3
**reason** [8] - 10:18,
17:12, 20:6, 24:12,
24:23, 24:25, 202:14,
222:23
**reasonable** [6] -
19:7, 19:10, 20:1,
216:25, 222:24, 223:3
**reasons** [5] - 6:24,
39:1, 174:23, 191:10,
194:20
**REBECCA** [1] - 1:6
**Rebecca** [7] - 4:3,
4:13, 30:24, 37:20,
37:23, 110:1, 198:14
**rebuttal** [2] - 222:21,
223:1
**recap** [1] - 51:22
**receive** [4] - 143:3,
174:2, 217:14, 218:3
**RECEIVED** [1] - 3:10
**received** [2] - 4:21,
120:15
**recently** [1] - 104:20
**recess** [13] - 43:20,
44:1, 44:4, 74:15,
74:17, 104:5, 104:6,
155:20, 177:10,
177:11, 177:20,
204:12, 230:4
**recipients** [2] -
159:15, 198:19
**recognize** [29] -
47:8, 49:16, 53:6,
55:15, 57:6, 75:12,
76:16, 78:10, 80:11,
86:18, 89:2, 90:4,
93:20, 96:5, 97:10,
128:6, 128:10,
128:15, 130:16,
132:3, 133:12,
133:18, 149:2, 159:8,
161:7, 170:7, 189:1,
190:23, 193:13
**recollection** [2] -
78:5, 116:25
**recommend** [1] -
194:4

**reconvene** [1] -
164:12
**reconvened** [1] -
195:18
**record** [6] - 4:6, 21:5,
21:11, 156:15,
188:23, 192:16
**recorded** [1] - 21:16
**recording** [10] - 13:9,
21:19, 21:23, 22:1,
22:6, 22:9, 22:23,
23:3, 68:4
**recounted** [1] -
222:16
**red** [25] - 31:24,
31:25, 41:4, 41:5,
41:6, 78:2, 85:6,
88:24, 92:6, 93:5,
95:7, 99:12, 99:13,
166:3, 166:14,
166:25, 167:13,
167:15, 167:22,
168:21, 170:12,
179:13, 193:1
**Red** [1] - 3:4
**redacted** [2] - 10:1,
10:2
**redactions** [3] - 5:5,
18:13, 18:15
**reddish** [1] - 83:20
**redirect** [2] - 150:10,
218:21
**REDIRECT** [1] -
150:15
**reestablishing** [1] -
152:10
**refer** [4] - 46:6, 47:3,
157:15, 169:20
**referees** [1] - 123:14
**reference** [1] - 7:19
**references** [1] -
224:16
**referred** [1] - 62:7
**referring** [2] - 46:7,
47:7
**reforming** [1] - 42:7
**refresh** [1] - 116:25
**regard** [3] - 39:18,
39:21, 106:4
**regarding** [2] - 41:9,
169:13
**regardless** [2] - 22:2,
187:4
**regards** [1] - 161:3
**region** [1] - 196:3
**registered** [1] - 38:4
**regroup** [1] - 63:23
**regulations** [1] -
121:9
**relate** [1] - 159:24

**related** [4] - 14:21, 15:20, 105:21, 215:16

**relating** [2] - 160:8, 214:18

**relative** [1] - 81:7

**Relativity** [8] - 6:11, 6:15, 6:18, 6:19, 6:22, 7:12, 7:14

**relevance** [7] - 19:20, 20:19, 159:19, 213:24, 213:25, 214:11, 215:10

**relevancy** [1] - 16:4

**relevant** [10] - 7:10, 10:1, 10:10, 12:1, 13:12, 18:20, 160:7, 160:8, 186:17, 218:10

**reliable** [4] - 15:5, 20:15, 68:16, 220:21

**relinquish** [2] - 123:6, 123:14

**relocate** [2] - 179:15, 190:16

**relocating** [5] - 172:23, 180:4, 182:8, 190:7, 192:21

**remain** [3] - 181:21, 183:21, 193:4

**remained** [1] - 8:18

**remaining** [1] - 75:1

**remember** [5] - 11:9, 39:20, 106:5, 120:8, 134:13

**remind** [8] - 28:23, 53:17, 81:21, 82:1, 109:14, 114:15, 114:19, 227:21

**reminding** [1] - 108:17

**remote** [6] - 105:8, 223:12, 225:5, 225:22, 226:4

**removed** [2] - 65:8, 146:2

**render** [2] - 181:19, 196:4

**reorient** [1] - 75:5

**repeat** [1] - 143:19

**repetition** [1] - 87:5

**rephrase** [6] - 67:15, 101:5, 113:12, 122:19, 183:24, 184:8

**report** [1] - 133:14

**REPORTED** [1] - 2:1

**REPORTER** [1] - 136:2

**Reporter** [2] - 2:1, 231:12

**reporter** [2] - 53:21, 145:10

**reports** [4] - 5:12, 60:11, 132:25, 133:6

**represent** [4] - 110:1, 226:7, 226:8

**representation** [2] - 20:6, 166:18

**representations** [2] - 20:4, 20:11

**represented** [1] - 226:16

**representing** [1] - 37:19

**Republican** [1] - 39:3

**request** [10] - 5:1, 5:12, 10:14, 18:4, 25:16, 55:7, 108:21, 223:11, 225:5, 225:22

**requests** [2] - 65:22, 105:21

**required** [2] - 19:24, 223:8

**requires** [1] - 15:25

**reserved** [1] - 162:6

**residence** [1] - 202:23

**resolve** [3] - 105:4, 109:16, 141:21

**resolved** [1] - 54:19

**resources** [1] - 154:18

**respect** [2] - 13:13, 16:13

**respectfully** [1] - 230:1

**respiratory** [1] - 105:3

**respond** [4] - 61:12, 62:2, 82:5, 196:3

**responded** [2] - 60:14, 63:21

**response** [3] - 4:24, 221:22, 222:11

**responses** [2] - 108:2, 144:10

**responsibilities** [2] - 45:25, 157:6

**responsive** [3] - 203:8, 203:11, 203:13

**rest** [2] - 62:22, 64:9

**restart** [1] - 195:20

**restate** [3] - 77:4, 78:21, 206:1

**restrict** [1] - 41:12

**restricted** [66] - 31:16, 31:17, 31:20, 31:23, 32:9, 32:22, 33:6, 33:10, 41:10, 41:16, 42:10, 42:19, 52:21, 56:5, 59:5,

59:7, 59:10, 59:15, 82:8, 82:14, 87:23, 99:19, 100:7, 101:17, 121:20, 122:1, 122:2, 122:11, 123:1, 123:15, 123:19, 123:25, 124:3, 124:20, 124:24, 125:8, 125:14, 125:21, 129:14, 130:11, 151:4, 152:7, 152:11, 160:2, 167:20, 168:1, 168:3, 183:9, 197:18, 197:19, 197:22, 198:2, 198:5, 201:2, 201:12, 201:14, 201:19, 201:21, 201:24, 201:25, 202:11, 210:18, 212:6

**restriction** [1] - 124:23

**restroom** [1] - 147:23

**results** [3] - 19:9, 31:8, 58:15

**retakes** [1] - 109:9

**retired** [3] - 15:6, 27:5, 38:3

**retreat** [1] - 63:20

**retreating** [1] - 123:23

**return** [1] - 213:15

**returning** [1] - 196:11

**reveal** [1] - 54:22

**review** [10] - 6:10, 7:13, 13:16, 18:2, 18:11, 18:23, 20:21, 29:13, 112:1, 122:17

**reviewed** [6] - 10:4, 10:5, 18:13, 21:8, 68:13, 187:17

**reviewing** [1] - 76:8

**revisit** [1] - 23:3

**rewind** [1] - 215:22

**Rhode** [1] - 1:23

**Rhodes** [7] - 28:12, 29:15, 30:3, 74:11, 103:21, 104:8, 219:18

**riding** [1] - 46:17

**right-hand** [1] - 171:7

**riled** [1] - 35:22

**riot** [8] - 30:25, 31:11, 31:12, 36:20, 40:25, 41:1, 137:5, 183:17

**riot-type** [1] - 137:5

**rioter** [1] - 125:1

**rioters** [42] - 9:2, 9:4, 33:6, 33:9, 33:21, 34:3, 34:4, 35:1, 35:4, 35:12, 36:12, 63:15, 64:1, 64:11, 64:15, 71:12, 71:19, 71:21, 73:3, 73:10, 74:1, 79:13, 79:20, 85:15, 91:5, 91:13, 91:18, 124:15, 127:22, 131:22, 144:19, 144:21, 146:8, 149:25, 154:5, 183:22, 190:4, 192:3, 194:1, 195:1, 195:2, 205:11

**riotous** [1] - 137:9

**rise** [2] - 29:6, 108:10

**risk** [5] - 47:7, 64:22, 73:1, 87:5, 194:19

**roads** [1] - 121:17

**robbed** [1] - 38:24

**Roger** [3] - 4:13, 37:18, 109:25

**ROGER** [2] - 1:21, 1:22

**role** [7] - 117:13, 157:3, 157:10, 176:15, 184:13, 191:24

**roll** [8] - 52:6, 59:21, 60:5, 60:8, 60:12, 60:14, 115:8

**roll-up** [1] - 52:6

**Room** [1] - 2:3

**room** [2] - 26:3, 26:10

**rooms** [2] - 27:1

**ROOTS** [189] - 1:21, 1:22, 23:11, 24:17, 24:22, 25:1, 26:19, 26:24, 27:8, 28:9, 28:11, 37:13, 37:17, 37:23, 47:23, 49:1, 49:22, 53:13, 53:24, 57:18, 64:25, 65:4, 67:14, 68:19, 70:9, 76:22, 78:15, 79:9, 80:16, 81:17, 81:24, 84:7, 86:24, 87:9, 87:14, 89:8, 90:10, 94:1, 96:11, 97:17, 99:21, 100:1, 100:14, 102:5, 102:8, 103:18, 106:3, 107:2, 109:1, 109:20, 109:22, 110:23, 111:2, 111:4, 111:7, 111:12, 111:16, 111:17,

112:3, 112:9, 113:25, 115:1, 117:5, 117:20, 118:16, 118:18, 119:2, 119:6, 119:10, 119:15, 119:21, 122:21, 122:24, 125:23, 126:2, 126:3, 126:10, 126:18, 126:22, 127:16, 127:19, 127:24, 128:2, 128:8, 128:9, 128:14, 128:22, 129:1, 129:25, 130:3, 130:13, 130:15, 130:17, 130:19, 130:22, 131:3, 131:7, 131:10, 131:24, 132:2, 132:4, 132:7, 133:9, 133:11, 133:16, 133:17, 134:14, 134:16, 136:4, 136:9, 136:15, 136:25, 137:4, 137:20, 137:24, 138:7, 138:10, 138:11, 139:3, 139:7, 139:16, 139:20, 140:7, 140:11, 140:16, 140:19, 141:3, 141:6, 141:24, 142:8, 144:2, 144:15, 145:6, 146:16, 146:20, 146:24, 147:6, 147:13, 147:18, 148:18, 148:22, 149:4, 150:7, 151:19, 151:23, 159:19, 159:23, 161:14, 166:10, 166:14, 170:20, 175:5, 180:21, 182:23, 183:2, 186:15, 191:7, 196:24, 198:6, 198:8, 198:23, 198:24, 199:9, 199:11, 205:16, 205:21, 206:5, 206:25, 207:5, 207:10, 207:11, 209:4, 209:8, 209:9, 211:11, 211:17, 211:20, 211:22, 212:12, 212:15, 213:6, 213:8, 214:12, 214:16, 214:19, 217:3, 217:6, 218:13, 218:19

**Roots** [65] - 3:3, 4:13, 20:23, 23:9, 24:3, 24:10, 26:12, 26:15, 26:18, 27:7,

37:11, 37:18, 44:21,
53:23, 54:25, 80:15,
81:23, 84:6, 87:13,
87:25, 93:25, 97:16,
99:25, 100:13,
103:17, 106:2, 107:9,
108:11, 109:19,
109:25, 113:19,
113:23, 115:4, 117:4,
122:9, 129:21,
141:22, 144:9,
151:22, 159:22,
161:13, 166:13,
175:2, 180:20, 183:1,
185:24, 186:13,
196:22, 205:15,
206:24, 211:9, 214:6,
214:8, 214:11,
215:14, 217:2,
217:25, 218:12,
218:18, 221:25,
222:8, 224:15, 225:2,
225:25, 229:20

**Roots's** [1] - 183:11
**Rotunda** [32] - 8:21,
9:3, 9:16, 9:22, 34:19,
34:23, 49:9, 49:19,
50:8, 50:10, 62:5,
72:16, 73:20, 74:4,
75:7, 79:21, 86:22,
89:22, 89:23, 90:2,
93:23, 96:9, 96:21,
98:13, 134:7, 135:22,
165:1, 174:7, 193:21,
193:24, 194:1, 194:13
**roughly** [2] - 77:10,
193:7
**round** [2] - 6:23,
22:22
**route** [3] - 194:4,
195:3, 195:4
**routine** [2] - 58:14,
59:21
**routinely** [1] - 127:8
**row** [2] - 163:16,
165:3
**ruckus** [2] - 178:14,
178:17
**Rule** [2] - 24:6, 25:15
**rule** [3] - 25:10,
25:19, 27:10
**ruled** [1] - 70:10
**rules** [5] - 7:7, 10:11,
107:13, 121:8, 187:8
**ruling** [1] - 55:7,
56:18, 57:19, 57:20,
88:1
**run** [5] - 22:23, 69:5,
69:8, 69:11, 114:1
**running** [2] - 79:21,

177:5
**runs** [5] - 68:25,
69:3, 69:17, 70:5,
189:20
**rushes** [2] - 123:5,
123:12
**Ryan** [2] - 225:16,
225:19

---

**S**

---

**S-T-E-R-G-O** [1] -
20:8
**S214** [3] - 163:5,
173:16, 189:19
**safe** [5] - 128:18,
130:4, 146:1, 182:21,
196:5
**safer** [1] - 183:25
**safety** [3] - 102:4,
103:10, 183:23
**satellite** [1] - 72:9
**satisfy** [1] - 13:17
**save** [2] - 154:20,
206:22
**saw** [31] - 9:11, 9:21,
11:21, 13:5, 32:12,
33:2, 40:9, 40:13,
43:5, 44:4, 50:4,
53:25, 54:8, 54:13,
62:16, 81:8, 81:10,
86:12, 127:21, 128:5,
135:11, 135:17,
173:16, 179:5, 179:6,
179:7, 179:9, 180:13,
183:18, 184:11
**scaffolding** [3] -
58:1, 64:18, 67:4
**scare** [1] - 106:21
**scarf** [5] - 78:2,
83:20, 88:25, 92:6,
97:2
**scarf/blanket** [2] -
81:5, 85:5
**scene** [16] - 16:23,
33:25, 34:6, 34:15,
40:22, 40:23, 42:25,
65:24, 66:8, 75:6,
107:25, 108:6,
140:25, 141:12,
209:25, 212:17
**schedule** [6] - 199:3,
200:13, 204:16,
219:11, 224:18,
225:23
**scheduled** [4] -
58:12, 58:14, 98:16,
115:20
**scheduling** [1] -

219:25
**scope** [1] - 108:5
**scream** [1] - 43:14
**screaming** [2] -
62:13, 64:21
**screen** [13] - 111:14,
159:6, 160:19,
170:15, 171:7,
176:10, 182:15,
188:24, 189:15,
189:18, 191:18,
192:17, 193:23
**screening** [6] -
45:19, 46:3, 46:17,
61:3, 168:11, 168:13
**screenings** [1] -
194:21
**screens** [1] - 30:11
**search** [1] - 229:5
**searchable** [1] - 6:16
**seated** [10] - 29:3,
29:4, 29:10, 45:7,
74:21, 109:8, 156:2,
156:9, 177:15, 219:22
**second** [17] - 14:6,
33:23, 65:17, 80:22,
89:6, 97:13, 97:24,
114:18, 118:25,
158:2, 163:16,
164:23, 164:24,
164:25, 173:15,
193:16, 228:3
**second-to-the-last**
[1] - 65:17
**seconds** [48] - 69:21,
70:19, 71:7, 71:14,
73:13, 73:21, 77:15,
79:6, 79:15, 79:22,
83:6, 83:13, 83:14,
85:7, 90:20, 91:12,
92:9, 94:14, 95:10,
95:20, 96:1, 98:23,
129:2, 131:11,
138:12, 139:8,
139:21, 140:13,
141:9, 145:3, 147:19,
148:9, 148:23, 153:8,
154:4, 170:5, 171:4,
172:12, 176:4,
176:23, 180:8, 181:4,
181:25, 182:6,
182:19, 191:17,
192:6, 192:11
**Secret** [48] - 41:12,
41:13, 59:4, 156:18,
156:22, 157:3, 157:9,
157:17, 157:23,
158:8, 158:19,
159:15, 161:24,
165:23, 169:15,

169:16, 179:15,
179:18, 183:14,
185:2, 185:11, 188:2,
190:16, 192:18,
194:20, 195:20,
195:22, 195:25,
196:12, 196:19,
197:1, 197:14,
197:17, 197:23,
198:1, 200:24,
200:25, 201:11,
208:12, 208:21,
212:23, 213:10,
214:2, 214:3, 214:16,
216:12, 216:14,
217:20
**section** [1] - 162:22
**secure** [6] - 79:14,
182:8, 192:22,
192:23, 193:5, 212:1
**secured** [1] - 179:12
**security** [33] - 45:18,
46:3, 58:23, 158:11,
158:22, 165:14,
165:22, 166:1,
168:10, 168:12,
168:13, 178:20,
179:24, 182:17,
184:18, 184:19,
194:6, 194:8, 194:19,
194:21, 196:7,
196:17, 201:4, 208:5,
208:10, 208:11,
208:13, 208:14,
208:24, 209:16,
210:11, 210:12, 213:4
**see** [109] - 11:8,
24:13, 26:3, 29:15,
30:11, 30:13, 30:20,
32:4, 32:23, 32:25,
33:15, 35:3, 40:19,
42:2, 42:25, 43:1,
44:13, 46:16, 48:2,
49:6, 52:14, 52:16,
52:18, 52:24, 54:3,
54:12, 54:17, 55:17,
56:23, 57:25, 62:10,
63:6, 77:20, 78:21,
83:3, 84:15, 92:3,
92:25, 93:3, 94:20,
94:23, 95:13, 96:22,
99:3, 99:9, 99:18,
100:3, 107:22,
111:14, 111:18,
111:25, 112:25,
114:7, 116:5, 116:8,
119:11, 126:4,
126:23, 127:3,
127:20, 128:3,
131:12, 131:13,

131:14, 140:4, 141:9,
145:7, 147:20,
148:10, 148:13,
148:14, 148:15,
149:5, 149:7, 150:18,
152:7, 153:5, 153:13,
153:18, 155:11,
159:6, 160:25,
162:18, 163:3, 166:3,
167:12, 170:14,
172:2, 172:11,
172:18, 182:7,
184:11, 188:19,
189:17, 192:12,
199:16, 208:21,
209:20, 213:24,
213:25, 219:19,
222:22, 224:9,
224:21, 228:2,
225:20, 230:3
**seeing** [2] - 127:11,
160:19
**seeking** [1] - 37:11
**seem** [2] - 10:22,
194:17
**sees** [4] - 25:2,
34:21, 89:25, 132:8
**segment** [1] - 142:3
**segments** [88] -
69:22, 70:20, 71:8,
71:15, 72:4, 72:12,
73:5, 73:14, 73:22,
75:2, 75:9, 75:18,
75:25, 76:5, 77:16,
79:7, 79:16, 79:23,
80:6, 80:23, 83:7,
83:15, 83:23, 84:12,
84:22, 85:8, 86:8,
90:21, 90:25, 91:8,
91:15, 91:24, 92:10,
92:18, 93:9, 94:7,
94:15, 95:1, 95:17,
95:22, 96:2, 96:17,
97:5, 98:3, 98:25,
99:6, 126:20, 127:17,
127:25, 128:12,
128:24, 131:5, 131:8,
131:25, 132:5,
136:13, 137:2, 138:8,
139:5, 139:18, 140:9,
140:17, 141:4,
142:10, 145:4,
146:18, 146:22,
147:16, 148:16,
148:24, 152:22,
153:9, 153:15, 154:1,
171:24, 172:7,
172:15, 176:5,
176:20, 180:9, 182:1,
182:11, 192:8,

195:11, 207:8, 209:6, 211:18, 212:13
**selection** [1] - 225:23
**self** [1] - 174:21
**self-authenticating** [1] - 174:21
**Senate** [52] - 34:24, 35:5, 35:12, 46:3, 47:5, 97:13, 98:15, 98:16, 98:22, 158:18, 159:14, 162:12, 162:13, 162:24, 163:3, 163:4, 163:6, 163:12, 163:23, 164:8, 164:11, 164:20, 165:11, 169:10, 171:9, 171:10, 171:13, 171:15, 171:17, 172:19, 173:21, 173:24, 175:1, 175:19, 177:24, 178:4, 178:10, 179:10, 179:18, 189:20, 190:12, 192:3, 193:19, 194:3, 195:25, 199:14, 200:4, 200:19, 203:18, 203:21, 204:1
**senators** [2] - 164:10, 203:23
**send** [6] - 61:16, 162:5, 162:6, 217:14, 218:3
**sense** [13] - 17:17, 34:6, 34:10, 37:5, 37:6, 51:12, 100:13, 103:16, 177:1, 186:3, 187:2, 187:5
**sent** [2] - 159:13, 160:21
**separate** [4] - 11:3, 14:22, 164:8, 164:13
**separated** [1] - 64:7
**September** [1] - 155:9
**sequester** [1] - 24:7
**sequestered** [3] - 23:13, 24:14, 25:5
**sequestration** [2] - 23:24, 24:16
**Sergeant** [6] - 159:14, 162:12, 162:13, 164:3, 169:10, 195:25
**Sergeants** [2] - 158:18, 162:25
**serious** [4] - 38:17, 104:20, 208:11,

208:13
**serve** [1] - 157:18
**served** [1] - 173:20
**service** [1] - 15:7
**Service** [47] - 41:12, 41:13, 59:4, 156:18, 156:22, 157:4, 157:9, 157:18, 157:23, 158:8, 158:19, 159:15, 161:25, 165:23, 169:15, 169:16, 179:15, 179:18, 185:2, 185:11, 188:2, 190:16, 192:18, 194:20, 195:21, 195:22, 195:25, 196:12, 196:19, 197:1, 197:14, 197:17, 197:23, 198:1, 200:24, 200:25, 201:11, 208:12, 208:21, 212:23, 213:11, 214:3, 214:17, 216:12, 216:14, 217:20
**Service's** [1] - 183:14
**Services** [4] - 46:2, 46:11, 46:13, 46:15
**session** [2] - 176:14, 176:15
**set** [19] - 4:3, 5:19, 6:12, 28:22, 28:24, 31:6, 34:25, 39:3, 53:20, 65:11, 66:8, 100:5, 147:25, 167:20, 171:18, 179:25, 201:12, 201:21, 202:12
**sets** [1] - 160:4
**setting** [3] - 65:24, 108:4, 148:6
**seven** [2] - 38:9, 176:22
**several** [5] - 82:11, 87:15, 88:14, 169:11, 204:8
**shape** [1] - 32:18
**share** [4] - 20:21, 105:20, 227:13, 229:6
**shared** [1] - 112:20, 112:24, 202:5
**sharp** [1] - 230:3
**sharpen** [1] - 114:10
**sheet** [1] - 226:3
**Shelly** [1] - 227:20
**shield** [1] - 62:4
**shields** [2] - 60:19,

62:5
**ship** [2] - 224:16
**shocked** [4] - 61:21, 62:19, 62:20
**shocks** [1] - 108:2
**shoes** [1] - 64:19
**short** [4] - 43:22, 60:17, 221:12, 226:13
**shortly** [1] - 35:13
**shot** [2] - 33:7, 148:8
**shoulder** [2] - 104:20, 178:16
**shout** [1] - 43:14
**shouted** [1] - 44:10
**shouting** [2] - 61:15, 210:8
**show** [17] - 38:11, 38:18, 39:1, 39:6, 39:16, 40:2, 40:11, 40:17, 42:18, 43:14, 65:12, 100:7, 102:17, 127:7, 142:3, 170:9, 183:13
**showed** [5] - 86:3, 137:12, 146:14, 170:13, 179:12
**showing** [3] - 73:10, 166:6, 169:22
**shown** [3] - 43:1, 136:7, 137:6
**shows** [6] - 8:23, 9:2, 9:6, 25:22, 170:10, 170:11
**shut** [1] - 85:18
**shy** [1] - 88:16
**sic** [1] - 66:17
**side** [96] - 26:14, 32:24, 32:25, 33:7, 33:10, 33:19, 34:5, 34:17, 34:23, 39:18, 39:19, 39:21, 39:22, 41:2, 48:7, 48:9, 48:10, 49:10, 51:7, 51:8, 51:10, 54:4, 57:11, 61:18, 65:5, 65:18, 65:19, 67:11, 72:10, 72:22, 74:3, 74:4, 77:5, 89:16, 89:17, 99:15, 101:10, 122:9, 126:6, 127:5, 127:8, 127:11, 135:13, 135:15, 135:16, 135:20, 135:25, 136:6, 136:8, 136:18, 136:22, 139:11, 139:22, 140:3, 140:14, 140:21, 141:17, 141:19, 143:6, 143:7, 147:1, 147:2, 149:8,

149:9, 149:20, 149:22, 150:18, 151:5, 154:7, 154:24, 154:25, 163:6, 171:7, 171:9, 174:2, 178:20, 178:22, 179:9, 179:10, 179:18, 179:22, 179:23, 189:15, 190:9, 190:12, 192:3, 200:4, 200:6, 207:12, 209:15, 209:21
**sidebar** [23] - 53:16, 65:3, 81:20, 87:12, 99:24, 102:7, 113:9, 116:18, 122:5, 129:6, 137:19, 141:15, 143:16, 151:21, 159:21, 166:12, 174:14, 182:25, 185:19, 205:7, 210:22, 213:21, 217:24
**sides** [2] - 190:18, 221:20
**sign** [17] - 40:8, 40:9, 40:12, 40:14, 53:9, 54:3, 54:7, 54:8, 54:14, 55:15, 55:17, 56:24, 58:11, 127:12, 134:17, 148:11
**signage** [6] - 123:20, 127:14, 134:25, 168:2, 201:22, 202:10
**signaled** [1] - 130:11
**signals** [1] - 42:20
**signs** [29] - 12:15, 32:6, 32:13, 40:18, 40:20, 52:6, 52:18, 52:19, 53:1, 53:25, 54:14, 54:24, 55:2, 55:19, 55:22, 55:25, 56:8, 56:11, 56:12, 56:14, 71:6, 127:1, 127:4, 127:7, 134:19, 134:23, 149:5, 166:22
**silent** [1] - 28:25
**silly** [2] - 164:19, 167:15
**similar** [3] - 194:13, 194:25, 219:11
**simple** [1] - 82:15
**simply** [5] - 15:1, 165:8, 212:6, 213:24, 215:3
**single** [6] - 38:7, 44:5, 108:14, 127:12, 130:9, 153:5
**sit** [1] - 109:6
**site** [3] - 157:16,

197:21, 201:7
**sites** [1] - 196:17
**sits** [1] - 171:14
**sitting** [2] - 24:17, 156:25
**situated** [1] - 53:21
**situation** [3] - 32:21, 33:5, 213:15
**six** [5] - 43:20, 44:1, 73:12, 193:8, 204:13
**skin's** [1] - 85:18
**skip** [1] - 95:20
**sky** [1] - 32:18
**slam** [1] - 85:18
**slides** [1] - 88:17
**slightly** [2] - 101:5, 206:10
**slow** [2] - 44:15, 128:22
**small** [1] - 8:13
**smaller** [1] - 32:25
**Smith** [3] - 4:10, 220:10, 221:11
**sneeze** [1] - 85:17
**snot** [1] - 85:17
**snow** [7] - 32:3, 32:6, 32:13, 52:5, 52:16, 56:15, 58:5
**social** [4] - 15:1, 228:10, 228:22, 229:7
**solid** [2] - 42:3
**someone** [19] - 8:24, 11:11, 15:19, 26:13, 40:18, 40:19, 41:8, 69:6, 120:15, 124:4, 127:22, 130:9, 130:10, 168:4, 210:2, 210:13, 210:16, 211:1
**something's** [1] - 86:4
**something-or-other** [1] - 67:3
**something-type** [1] - 92:6
**sometime** [1] - 169:2
**sometimes** [6] - 6:23, 32:5, 109:15, 120:2, 121:1, 143:11
**somewhat** [2] - 13:2, 111:11
**somewhere** [7] - 40:18, 64:8, 138:18, 138:23, 138:24, 193:1, 195:18
**soon** [2] - 179:17, 224:16
**sorry** [14] - 51:4, 72:8, 78:23, 83:14, 104:12, 110:24, 136:2, 137:14,

144:18, 186:23,
206:9, 215:8, 220:22,
225:23
**sort** [38] - 5:8, 5:22,
6:5, 6:6, 6:12, 10:13,
14:5, 14:13, 19:22,
24:13, 32:18, 41:22,
65:22, 65:24, 89:15,
93:3, 105:2, 105:20,
107:22, 107:24,
114:10, 114:23,
116:10, 122:8,
122:12, 131:15,
152:10, 155:1, 160:4,
163:25, 173:2, 184:2,
199:3, 206:13,
209:11, 219:9,
223:20, 229:9
**sound** [6] - 4:22,
19:4, 27:23, 34:10,
96:16, 223:10
**sounds** [15] - 9:25,
14:20, 18:19, 20:25,
33:14, 37:16, 117:12,
142:5, 165:5, 183:11,
186:19, 204:14,
206:2, 224:12, 227:19
**source** [2] - 15:5,
117:10
**sources** [1] - 220:21
**space** [2] - 181:9,
181:14
**spaced** [1] - 127:8
**speaking** [12] - 11:7,
41:15, 53:19, 53:22,
81:22, 120:2, 122:25,
156:21, 158:14,
159:10, 162:5, 193:7
**speaks** [1] - 215:21
**special** [7] - 51:19,
110:20, 133:21,
189:12, 197:1, 197:2,
197:6
**Special** [3] - 4:10,
220:10, 221:11
**specific** [21] - 5:24,
88:12, 111:24,
112:22, 113:11,
115:18, 115:21,
116:21, 117:24,
118:1, 124:9, 127:6,
133:5, 133:24, 134:2,
134:24, 143:2,
143:10, 144:23,
144:25, 149:21
**specifically** [10] -
12:11, 112:24,
118:10, 120:6,
127:13, 178:2,
178:21, 185:12,

193:1, 204:5
**specifics** [1] - 214:2
**specifies** [1] -
216:14
**speculate** [7] -
100:11, 100:25,
113:22, 114:6,
114:21, 211:7, 218:9
**speculating** [3] -
115:1, 152:17, 211:8
**speculation** [7] -
99:21, 114:4, 182:23,
183:2, 205:24,
210:25, 211:3
**speculative** [5] -
100:1, 113:18, 206:3,
206:10, 206:11
**speech** [4] - 39:23,
204:19, 204:25, 205:4
**speed** [10] - 91:7,
91:22, 93:7, 95:21,
136:11, 139:4,
139:16, 140:8, 141:3
**spell** [2] - 45:12,
156:14
**spend** [1] - 62:22
**spent** [1] - 64:10
**spirit** [1] - 26:9
**spoken** [2] - 21:17,
227:7
**sports** [2] - 123:11,
123:17
**spot** [2] - 191:20,
191:21
**spray** [4] - 85:11,
85:16, 85:24, 149:16
**sprayed** [5] - 85:16,
85:19, 86:4, 149:10,
149:13
**spraying** [2] - 62:13,
64:15
**square** [6] - 50:12,
50:13, 50:18, 51:2,
51:5, 51:23
**squares** [2] - 58:10,
71:5
**squeeze** [1] - 219:2
**staff** [6] - 59:12,
145:16, 145:17,
158:18, 197:6, 197:9
**staffers** [1] - 162:25
**staffing** [2] - 132:25,
134:3
**stage** [7] - 8:13,
8:14, 61:11, 64:17,
64:18, 65:11, 178:24
**staged** [4] - 61:3,
170:15, 170:16,
179:19
**staging** [2] - 60:15,

172:24
**staircase** [1] -
189:10
**stairs** [8] - 8:21, 9:3,
9:5, 49:19, 96:8,
171:14, 173:15
**stairway** [1] - 188:24
**stand** [7] - 29:23,
37:21, 88:1, 109:9,
110:16, 135:18,
174:22
**standard** [2] - 18:23,
19:6
**standing** [13] - 8:1,
16:10, 33:1, 36:2,
36:3, 70:11, 79:5,
80:14, 109:7, 175:23,
188:24, 191:10,
208:21
**start** [19] - 22:19,
23:7, 24:11, 24:14,
29:18, 30:5, 95:14,
101:24, 108:18,
109:11, 136:16,
155:9, 155:17, 164:4,
172:2, 209:20, 214:2,
222:8
**started** [7] - 29:13,
29:17, 32:21, 59:20,
101:25, 195:15
**starting** [4] - 4:6, 7:1,
122:14, 145:3
**State** [1] - 178:11
**state** [20] - 14:14,
15:4, 21:12, 45:12,
53:18, 125:3, 129:13,
129:16, 132:18,
156:14, 156:25,
157:12, 161:24,
162:8, 173:17,
183:18, 196:2, 199:1,
206:3, 206:16
**state-of-mind** [1] -
129:16
**Statement** [2] - 3:2,
3:3
**statement** [6] - 7:25,
8:3, 29:18, 29:19,
29:21, 30:6
**statements** [15] -
7:16, 11:5, 13:22,
13:23, 14:1, 15:16,
17:8, 20:14, 21:7,
21:14, 88:5, 88:9,
215:18, 216:2
**states** [1] - 13:9
**STATES** [4] - 1:1,
1:3, 1:11, 1:15
**States** [36] - 2:2, 4:2,
4:8, 4:23, 14:17, 15:3,

16:2, 19:15, 20:7,
24:4, 25:6, 27:9, 30:6,
30:10, 30:23, 32:7,
39:6, 44:22, 45:15,
56:25, 108:22, 112:4,
113:10, 129:4, 156:3,
156:5, 156:18,
156:22, 163:20,
167:16, 185:23,
219:24, 223:19,
224:24, 229:22,
231:13
**states'** [1] - 164:7
**States'** [1] - 20:20
**stating** [1] - 12:22
**stationed** [9] - 32:8,
52:21, 56:7, 60:25,
67:10, 67:18, 67:19,
100:8, 101:16
**stations** [1] - 149:17
**statute** [1] - 26:1
**statutory** [1] - 10:16
**stay** [6] - 21:22,
42:10, 42:19, 42:21,
159:1, 202:7
**stays** [1] - 22:3
**steel** [1] - 52:9
**stenographic** [1] -
231:5
**step** [2] - 18:22,
218:23
**steps** [20] - 9:17,
9:22, 12:5, 12:14,
12:25, 33:19, 33:21,
34:4, 41:18, 41:20,
41:23, 49:9, 72:16,
79:21, 82:11, 83:10,
86:22, 89:18, 138:13,
169:24
**Stergo** [2] - 20:7,
20:8
**stick** [1] - 102:21
**still** [21] - 15:20,
16:1, 16:6, 32:14,
46:10, 80:12, 84:4,
86:21, 94:21, 96:21,
109:14, 110:18,
121:5, 132:19, 149:9,
172:10, 184:2,
189:14, 194:13,
206:11, 223:5
**stirred** [1] - 36:1
**stone** [1] - 201:13
**stop** [19] - 31:12,
33:20, 35:2, 35:15,
36:16, 36:21, 42:21,
43:24, 70:18, 73:8,
95:3, 95:19, 95:24,
121:5, 129:1, 130:5,
138:10, 207:10,

211:20
**stopped** [5] - 30:25,
36:16, 129:1, 130:10,
147:19
**stopping** [6] - 43:24,
65:13, 94:18, 125:7,
154:4, 209:8
**stores** [1] - 149:17
**story** [1] - 5:5
**straight** [4] - 26:8,
29:22, 34:24, 164:22
**straightforward** [2] -
12:1, 36:18
**strange** [1] - 13:2
**strategy** [3] - 108:14,
108:15, 108:16
**street** [1] - 46:18
**Street** [4] - 1:16,
1:19, 1:22, 206:15
**streets** [2] - 45:20,
121:17
**stress** [2] - 38:16,
38:20
**stretch** [1] - 29:24
**strike** [3] - 107:2,
218:1, 218:16
**striking** [1] - 108:8
**strongly** [1] - 108:11
**structure** [2] - 58:1,
155:1
**stuff** [3] - 26:12,
58:3, 65:19
**subject** [5] - 6:22,
14:21, 174:17,
205:10, 214:4
**subsequent** [1] -
35:19
**substance** [2] -
18:14, 107:14
**successful** [1] -
91:19
**successfully** [1] -
33:6
**suffice** [1] - 123:2
**sufficient** [2] - 19:11,
224:13
**suggest** [2] - 194:11,
205:16
**suggested** [1] -
132:11
**suggesting** [1] -
144:5
**suggestion** [1] -
113:12
**suicide** [1] - 194:18
**Suite** [1] - 1:23
**sum** [1] - 142:9
**summary** [1] - 21:12
**Sumrall** [3] - 104:19,
225:13, 226:16

**supervisors** [4] - 59:3, 70:24, 189:11, 190:15

**supplemental** [1] - 174:18

**support** [5] - 14:7, 20:13, 20:17, 25:9, 26:5

**supported** [1] - 39:24

**supporters** [2] - 116:11, 116:12

**suppose** [2] - 210:13, 210:15

**supposed** [2] - 31:3, 206:14

**Supreme** [2] - 121:16, 121:24

**surgery** [1] - 104:20

**surrounding** [2] - 45:19, 46:4

**surveys** [1] - 133:6

**suspect** [1] - 143:2

**SUVs** [1] - 207:16

**sweeps** [2] - 196:7, 196:8

**sweet** [1] - 226:13

**swept** [2] - 168:10, 194:7

**sworn** [2] - 29:7, 133:19

**SWORN** [2] - 45:5, 156:7

**synched** [1] - 9:1

**system** [6] - 6:16, 6:25, 68:2, 68:4, 68:14, 70:2

**systems** [1] - 68:6

## T

**table** [3] - 15:10, 22:5, 221:21

**tailgate** [1] - 12:12

**tailored** [1] - 144:7

**talkies** [1] - 198:1

**tall** [2] - 203:4, 203:6

**tan** [9] - 81:5, 83:20, 85:5, 88:25, 92:6, 93:5, 95:6, 97:1, 97:2

**tannish** [1] - 153:21

**TBD** [3] - 199:18, 200:7

**TBDs** [1] - 164:16

**team** [5] - 60:8, 85:23, 112:24, 179:15, 190:6

**teams** [1] - 59:22

**technical** [1] - 6:24

**teed** [2] - 223:20, 224:25

**telephone** [1] - 226:25

**temporarily** [2] - 36:21, 41:13

**temporary** [2] - 147:23, 160:6

**ten** [16] - 28:2, 42:24, 63:25, 64:6, 64:9, 73:21, 74:6, 77:15, 90:19, 92:23, 96:1, 155:17, 202:24, 203:4, 203:6, 223:25

**ten-foot** [3] - 202:24, 203:4, 203:6

**ten-ish** [1] - 28:2

**ten-minute** [1] - 74:6

**tenders** [2] - 28:17, 28:20

**tends** [1] - 19:2

**Terence** [2] - 4:7, 36:6

**TERENCE** [1] - 1:15

**term** [2] - 44:8, 50:9

**terms** [18] - 4:19, 4:23, 21:10, 46:13, 82:13, 103:21, 107:18, 108:13, 122:11, 159:10, 160:5, 163:25, 165:21, 214:9, 219:9, 219:23, 220:1, 229:10

**terrace** [7] - 62:6, 63:14, 63:22, 64:2, 64:12, 75:22, 96:8

**terrible** [1] - 62:15

**terrified** [1] - 107:15

**territory** [1] - 205:10

**tested** [1] - 42:15

**testified** [9] - 10:19, 11:8, 11:11, 104:18, 105:1, 107:21, 183:20, 220:19, 221:2

**testify** [7] - 14:25, 54:16, 54:17, 100:15, 104:21, 105:11, 105:17

**testifying** [2] - 10:19, 226:10

**testimony** [25] - 5:14, 12:20, 12:21, 14:15, 14:21, 16:1, 24:24, 25:1, 25:18, 33:16, 37:4, 88:12, 100:6, 108:8, 110:13, 118:11, 124:11, 144:16, 197:18, 205:18, 207:17, 207:19, 219:4, 221:5,

222:2

**testing** [1] - 110:12

**Texas** [1] - 104:24

**text** [7] - 214:14, 214:15, 214:17, 214:20, 215:15, 215:16, 216:3

**texts** [8] - 217:14, 217:17, 217:20, 218:2, 218:3, 218:6

**THE** [289] - 1:1, 1:10, 1:14, 1:16, 1:18, 3:6, 4:1, 4:11, 4:16, 4:18, 4:19, 8:7, 8:11, 9:19, 9:23, 10:7, 10:12, 10:22, 11:2, 11:12, 11:15, 11:18, 11:23, 13:19, 14:2, 14:4, 15:15, 16:19, 17:10, 17:15, 18:3, 18:6, 21:6, 21:21, 22:3, 22:13, 23:7, 23:9, 24:2, 24:10, 24:19, 24:23, 25:4, 25:14, 26:22, 26:25, 27:3, 27:7, 27:9, 27:14, 27:18, 27:21, 28:1, 28:6, 28:10, 28:12, 28:14, 28:17, 28:20, 28:23, 29:3, 29:5, 29:9, 29:11, 30:9, 30:13, 30:14, 30:16, 30:18, 30:21, 37:11, 37:16, 37:22, 44:21, 44:25, 45:3, 45:6, 47:14, 47:15, 47:22, 47:24, 48:3, 48:25, 49:2, 49:23, 53:14, 53:17, 54:19, 56:18, 57:19, 60:2, 65:1, 65:20, 66:19, 68:20, 70:11, 74:5, 74:9, 74:15, 74:21, 76:12, 76:23, 78:16, 80:14, 80:17, 81:18, 81:21, 82:1, 82:5, 82:13, 84:6, 84:8, 86:25, 87:10, 87:13, 87:24, 89:9, 90:11, 93:13, 93:25, 94:2, 96:12, 97:16, 97:18, 99:22, 99:25, 100:10, 100:16, 100:23, 101:7, 102:11, 102:21, 103:15, 103:19, 103:23, 103:24, 104:5, 104:8, 104:10, 104:14, 104:23, 105:8, 105:18, 105:24,

106:2, 107:1, 107:4, 108:24, 109:2, 109:6, 109:9, 109:10, 111:1, 111:3, 111:6, 111:15, 112:4, 112:6, 113:7, 113:10, 113:19, 114:3, 114:14, 114:17, 114:18, 114:22, 114:23, 115:2, 115:3, 117:4, 117:8, 118:23, 118:24, 118:25, 119:4, 119:5, 119:8, 119:9, 119:12, 119:17, 122:8, 125:25, 126:11, 126:15, 129:3, 129:17, 130:18, 130:24, 136:2, 141:22, 142:5, 143:19, 144:6, 147:9, 149:1, 150:10, 150:12, 151:22, 152:5, 155:15, 155:22, 155:24, 156:2, 156:3, 156:8, 159:22, 160:8, 160:14, 161:13, 161:15, 166:13, 166:23, 167:7, 170:21, 174:15, 175:2, 175:6, 175:23, 176:2, 176:25, 177:3, 177:10, 177:15, 180:20, 180:22, 183:1, 183:6, 183:24, 184:5, 184:8, 185:20, 186:13, 186:19, 186:23, 187:14, 188:6, 191:8, 196:22, 205:8, 205:15, 205:18, 205:24, 206:12, 207:2, 210:20, 210:23, 211:4, 211:13, 211:16, 213:7, 213:22, 214:8, 214:15, 214:18, 214:22, 215:7, 215:9, 215:14, 216:21, 217:22, 217:25, 218:16, 218:22, 218:24, 219:1, 219:22, 220:7, 220:17, 220:24, 221:13, 221:19, 222:17, 222:24, 223:3, 223:18, 223:23, 224:9, 225:15, 225:17, 225:20, 226:7,

226:23, 227:4, 227:19, 227:25, 228:21, 228:24, 229:16, 229:25

**themselves** [4] - 102:12, 228:8, 228:13, 230:2

**then-Captain** [1] - 100:5

**then-Vice** [1] - 58:20

**theory** [1] - 65:21

**there're** [1] - 120:2

**thereafter** [2] - 179:6, 204:24

**Thereupon** [6] - 27:4, 45:1, 74:17, 104:6, 150:20, 177:11

**they've** [12] - 14:18, 18:13, 19:25, 20:1, 20:11, 21:8, 55:21, 61:15, 61:16, 66:12, 228:15

**thick** [2] - 41:4, 41:5

**thinking** [5] - 61:20, 61:21, 62:19, 105:6, 211:5

**Third** [1] - 1:20

**thirds** [1] - 162:18

**thoroughly** [1] - 4:24

**thousands** [1] - 118:5

**threatened** [1] - 36:23

**three** [7] - 31:2, 37:1, 93:11, 140:12, 140:21, 153:24

**throughout** [7] - 6:5, 25:25, 146:8, 162:15, 178:5, 179:6, 196:12

**throughs** [1] - 158:15

**throwing** [4] - 62:14, 64:16, 64:19, 181:18

**Thursday** [3] - 224:11, 224:12, 224:22

**tie** [1] - 204:1

**ties** [1] - 204:9

**tight** [2] - 102:23, 103:4

**timely** [1] - 109:13

**timestamp** [5] - 76:18, 78:12, 94:10, 181:2, 191:15

**title** [4] - 45:23, 197:2, 197:6, 197:9

**to-be-determined** [1] - 164:17

**today** [11] - 22:24, 121:10, 121:16,

121:21, 219:2, 219:4, 220:11, 221:6, 221:7, 228:2
**today's** [1] - 8:9
**together** [2] - 63:14, 225:18
**tomorrow** [23] - 23:1, 219:5, 219:11, 219:16, 219:19, 221:16, 222:7, 223:6, 223:13, 223:17, 223:23, 224:2, 224:4, 224:10, 224:14, 224:20, 224:22, 225:1, 225:7, 226:24, 228:1, 229:16, 230:3
**tonight** [2] - 225:10, 227:12
**took** [3] - 39:12, 154:18, 177:18
**top** [11] - 33:18, 99:13, 116:3, 129:8, 161:22, 171:2, 171:7, 171:23, 172:11, 181:2, 191:15
**toppled** [4] - 124:16, 125:3, 146:7, 146:11
**torn** [1] - 146:2
**total** [4] - 149:23, 150:3, 150:4, 204:12
**totality** [1] - 190:14
**touch** [2] - 181:18, 212:19
**touched** [1] - 169:10
**tour** [1] - 50:22
**tourist** [1] - 132:21
**towards** [8] - 33:24, 33:25, 98:22, 128:19, 130:6, 190:9, 192:17
**town** [1] - 132:22
**track** [2] - 20:23, 226:24
**tradition** [1] - 41:21
**traffic** [1] - 188:2
**training** [5] - 85:22, 86:1, 149:14, 152:6
**trampled** [3] - 124:15, 146:7, 146:11
**transcript** [2] - 231:5, 231:6
**TRANSCRIPT** [1] - 1:10
**transcripts** [1] - 105:21
**transfer** [1] - 36:22
**transition** [1] - 65:18
**transmissions** [5] - 185:10, 186:1, 186:3, 187:23, 188:1
**transport** [1] -

154:16
**trapped** [1] - 190:17
**travel** [4] - 104:22, 105:12, 105:17, 163:23
**trespass** [1] - 36:11
**trespassed** [1] - 30:25
**Trespassing** [1] - 148:11
**trespassing** [3] - 41:8, 42:20
**trial** [23] - 4:4, 6:2, 7:1, 23:18, 24:9, 24:18, 36:8, 36:25, 38:23, 43:13, 66:22, 105:2, 106:17, 106:20, 106:22, 137:11, 185:23, 185:25, 186:1, 221:2, 222:3, 226:10
**TRIAL** [1] - 1:10
**trials** [2] - 23:16, 220:19
**tricks** [1] - 40:16
**tried** [1] - 107:6, 228:8, 228:18
**tries** [1] - 26:8
**triple** [3] - 139:4, 140:7, 141:3
**trouble** [2] - 118:3, 118:4
**truck** [1] - 62:4
**true** [15] - 42:2, 118:5, 121:25, 123:4, 132:24, 134:3, 134:10, 146:13, 166:16, 203:2, 203:3, 203:25, 209:22, 231:4, 231:5
**true-to-life** [1] - 166:16
**truly** [1] - 87:22
**Trump** [14] - 38:24, 39:23, 116:11, 204:19, 204:20, 204:22, 204:25, 205:12, 205:21, 206:6, 206:21, 212:23
**trust** [1] - 225:15
**truth** [2] - 186:17, 187:3
**try** [13] - 20:23, 27:23, 30:1, 33:20, 60:12, 63:15, 63:23, 68:20, 105:24, 131:21, 144:10, 219:13, 228:13
**trying** [31] - 16:14, 19:13, 31:11, 34:2,

35:1, 35:2, 35:4, 35:5, 63:4, 63:9, 64:3, 64:11, 83:10, 83:11, 91:14, 91:18, 103:2, 105:15, 109:16, 117:6, 119:5, 120:5, 129:14, 131:20, 154:20, 179:3, 201:24, 205:16, 206:2, 215:12, 223:9
**tunnel** [3] - 62:7, 62:10, 62:24
**turn** [7] - 7:2, 10:16, 11:5, 19:24, 30:14, 157:21, 168:25
**turned** [1] - 32:20
**tussle** [1] - 179:1
**TV** [2] - 26:13, 89:25
**two** [38] - 5:22, 6:7, 9:7, 14:4, 16:9, 16:21, 23:14, 33:16, 36:10, 39:9, 39:12, 59:21, 80:22, 84:21, 91:22, 95:25, 101:23, 102:17, 102:22, 103:9, 104:15, 105:16, 114:14, 139:21, 153:24, 162:18, 172:11, 176:3, 181:24, 182:6, 209:5, 220:2, 221:10, 221:13, 225:5, 227:25, 229:19
**two-minute** [1] - 209:5
**two-thirds** [1] - 162:18
**type** [6] - 52:6, 85:5, 92:6, 93:5, 93:6, 137:5
**types** [1] - 108:19
**typically** [4] - 120:14, 121:18, 162:6, 201:21
**typified** [1] - 41:1

## U

**U.S** [24] - 12:14, 12:17, 31:16, 45:16, 49:8, 57:9, 59:4, 68:1, 68:24, 157:9, 157:12, 159:13, 161:2, 161:24, 161:25, 162:8, 165:23, 169:4, 169:5, 170:10, 178:22, 193:13, 203:21, 220:4
**ultimate** [2] - 81:25, 82:14
**ultimately** [7] - 20:3,

20:10, 33:20, 34:5, 34:15, 35:13, 102:1
**umpires** [1] - 123:14
**unauthorized** [12] - 31:17, 32:10, 82:9, 178:25, 180:2, 190:12, 192:23, 194:6, 194:9, 194:12, 195:24, 196:4
**uncontested** [1] - 141:16
**under** [6] - 18:1, 19:6, 19:18, 24:6, 61:22, 171:14
**undercover** [3] - 143:9, 143:11, 144:21
**underlying** [1] - 116:21
**undermine** [1] - 19:11
**underneath** [3] - 34:20, 61:6, 61:9
**understood** [8] - 27:12, 38:16, 55:11, 68:12, 68:22, 115:2, 144:12, 183:5
**unfairly** [2] - 65:6, 102:9
**unfortunately** [2] - 26:16, 219:15
**UNIDENTIFIED** [1] - 27:2
**unidentified** [1] - 27:4
**uniform** [2] - 178:16, 201:23
**Uniformed** [4] - 46:1, 46:11, 46:13, 46:15
**uniforms** [1] - 46:16
**unit** [17] - 59:22, 59:24, 59:25, 60:17, 67:5, 67:18, 67:23, 69:5, 85:23, 110:14, 110:17, 110:18, 110:20, 111:9, 111:21, 112:18
**united** [1] - 2:2
**United** [37] - 4:2, 4:8, 4:23, 14:17, 15:3, 16:2, 19:15, 20:7, 20:20, 24:4, 25:5, 27:9, 30:6, 30:10, 30:22, 32:7, 39:5, 44:22, 45:15, 56:25, 108:22, 112:4, 113:10, 116:14, 129:4, 156:3, 156:5, 156:18, 156:21, 163:20, 167:16, 185:22, 219:24,

223:19, 224:24, 229:22, 231:13
**UNITED** [4] - 1:1, 1:3, 1:11, 1:15
**unless** [3] - 88:17, 202:13, 224:15
**unnecessary** [1] - 108:9
**unpunished** [1] - 22:15
**unredacted** [8] - 5:2, 9:17, 9:20, 10:4, 10:5, 13:13, 15:25, 21:8
**unrelated** [1] - 19:17
**unsuccessful** [1] - 35:11
**unusual** [1] - 43:23
**up** [110] - 8:4, 9:11, 9:16, 9:21, 12:5, 12:6, 12:14, 12:25, 22:14, 26:14, 28:22, 32:14, 32:21, 33:21, 34:4, 35:22, 36:1, 37:21, 41:17, 41:18, 41:20, 41:23, 43:13, 48:13, 48:17, 49:13, 52:6, 53:3, 57:3, 57:14, 61:11, 62:4, 63:14, 67:22, 69:6, 69:14, 69:19, 76:13, 78:7, 79:21, 80:8, 84:2, 86:15, 89:2, 90:4, 93:14, 93:18, 95:25, 96:8, 97:8, 100:5, 104:22, 105:22, 107:12, 107:20, 110:7, 110:23, 111:12, 118:16, 118:17, 124:12, 125:23, 130:13, 131:7, 133:9, 134:14, 142:9, 143:5, 146:5, 146:16, 147:13, 147:14, 147:25, 150:13, 152:20, 154:22, 155:17, 157:21, 158:12, 159:3, 161:5, 165:10, 165:16, 167:20, 170:4, 170:11, 173:2, 173:15, 174:9, 179:25, 180:7, 185:14, 190:20, 193:9, 193:10, 195:8, 195:15, 198:6, 198:22, 199:9, 201:21, 202:12, 207:6, 214:7, 221:7, 223:6, 223:20, 224:5, 224:25, 227:8

**upcoming** [1] - 178:24
**updated** [1] - 126:1
**upheld** [1] - 20:11
**uphold** [1] - 108:19
**uploads** [1] - 6:23
**upper** [4] - 92:15, 92:21, 94:10, 96:8
**ups** [1] - 163:14
**upstairs** [1] - 173:14
**utilized** [1] - 207:25
**utterances** [1] - 186:4

## V

**vague** [2] - 114:1, 206:19
**vaguely** [1] - 114:2
**valuable** [1] - 107:20
**value** [1] - 66:5
**Van** [4] - 100:5, 220:3, 220:9, 221:10
**various** [2] - 141:7, 204:10
**vehicle** [2] - 167:25, 208:7
**vehicles** [6] - 162:16, 166:5, 183:5, 184:21, 208:25, 212:19
**venturing** [1] - 205:9
**venue** [1] - 215:13
**verbal** [1] - 210:8
**verbatim** [1] - 21:13
**versa** [1] - 193:20
**version** [3] - 10:4, 10:6, 47:11
**versus** [5] - 4:3, 19:1, 19:15, 20:7, 223:1
**vest** [1] - 194:18
**vested** [1] - 154:20
**via** [4] - 163:3, 165:6, 165:7
**vibes** [1] - 27:18
**vice** [70] - 58:24, 156:24, 157:1, 157:11, 158:22, 158:24, 159:1, 160:1, 160:5, 162:7, 163:1, 163:6, 164:2, 164:10, 164:19, 165:5, 168:5, 168:6, 169:8, 169:22, 170:16, 171:17, 172:4, 172:20, 172:22, 173:8, 173:11, 173:18, 173:22, 173:25, 174:4, 177:23,

179:15, 181:8, 181:9, 181:21, 182:21, 183:15, 185:13, 189:6, 189:18, 189:22, 190:7, 190:17, 191:25, 192:12, 192:18, 192:21, 193:4, 193:18, 193:20, 194:2, 197:25, 200:18, 202:16, 202:18, 202:20, 203:7, 203:10, 203:13, 203:14, 203:17, 203:20, 203:24, 204:5, 204:7, 204:11, 207:24, 213:9, 216:1
**Vice** [23] - 31:8, 35:16, 35:23, 58:18, 58:19, 58:20, 158:2, 158:3, 158:5, 161:1, 162:9, 163:19, 168:19, 170:1, 176:12, 176:14, 204:5, 214:13, 216:15, 216:17, 216:19, 217:7
**vice-presidents** [1] - 157:1
**vicinity** [1] - 198:4
**video** [91] - 5:13, 8:1, 8:22, 9:1, 9:6, 33:3, 33:11, 33:12, 33:15, 34:7, 34:9, 34:12, 35:3, 35:7, 39:16, 68:2, 68:4, 68:6, 68:7, 68:8, 69:20, 69:25, 70:2, 70:18, 71:11, 73:8, 73:10, 74:1, 74:25, 77:10, 77:14, 80:5, 81:7, 81:10, 81:13, 81:14, 82:3, 83:2, 84:2, 86:3, 97:23, 97:25, 98:2, 98:6, 98:9, 98:19, 98:21, 126:4, 126:13, 128:7, 128:18, 136:11, 137:10, 137:13, 137:17, 138:2, 138:6, 139:3, 140:5, 141:25, 142:3, 146:25, 147:15, 148:2, 149:2, 149:3, 149:7, 153:25, 174:20, 174:25, 177:19, 183:2, 185:22, 186:7, 186:10, 186:18, 186:20, 187:10, 187:17, 187:19,

188:16, 195:14, 207:6, 209:17, 209:22, 211:12, 211:16, 220:10, 220:21
**videos** [8] - 5:25, 42:2, 70:3, 88:17, 102:11, 135:11, 135:12, 146:14
**videotaped** [1] - 13:5
**view** [2] - 43:9, 93:3
**viewed** [1] - 125:20
**viewpoint** [1] - 12:3
**violate** [1] - 121:8
**violating** [1] - 201:16
**violence** [5] - 106:19, 106:21, 137:12, 141:25
**violent** [4] - 136:24, 142:2, 142:11, 142:17
**visible** [4] - 77:3, 124:23, 125:6, 186:11
**visibly** [1] - 123:23
**visit** [8] - 58:24, 157:12, 157:24, 158:22, 160:6, 162:14, 169:9, 204:4
**visiting** [6] - 41:13, 156:24, 157:11, 160:1, 162:8, 162:10
**Visitor** [5] - 60:15, 60:25, 61:2, 61:3, 62:3
**Visitors** [1] - 67:11
**visits** [1] - 157:10
**visual** [1] - 196:17
**voice** [2] - 189:5, 189:9
**voices** [1] - 189:2
**volume** [1] - 6:4
**vote** [1] - 35:25
**votes** [6] - 163:11, 164:7, 176:18, 178:12, 200:12, 204:8
**vs** [1] - 1:5

## W

**wagon** [1] - 154:16
**wait** [3] - 27:1, 53:19, 224:22
**waited** [1] - 211:23
**waiting** [5] - 60:16, 61:12, 174:2, 183:3, 209:23
**Waldo** [1] - 85:2
**walk** [19] - 41:17, 62:23, 120:17, 121:7, 121:10, 123:5,

154:17, 157:6, 158:14, 158:15, 160:3, 162:21, 164:22, 174:7, 189:17, 193:20, 210:18, 228:14
**walk-on** [1] - 123:5
**walk-throughs** [1] - 158:15
**walked** [2] - 173:15, 174:3
**walkie** [1] - 198:1
**walkie-talkies** [1] - 198:1
**walking** [6] - 12:14, 33:24, 124:7, 164:21, 169:21, 169:23
**walks** [1] - 183:4
**walkway** [3] - 71:2, 71:21, 136:19
**wand** [1] - 168:14
**wants** [5] - 25:8, 54:16, 66:1, 226:18
**Washington** [7] - 1:6, 1:17, 2:4, 12:10, 39:4, 200:21, 231:14
**watch** [8] - 23:18, 24:8, 26:21, 33:11, 35:3, 70:17, 97:23, 98:6
**watched** [1] - 195:14
**watching** [5] - 12:13, 24:18, 26:7, 75:5, 177:19
**water** [2] - 67:2, 86:6
**wave** [1] - 9:4
**waving** [6] - 127:20, 127:21, 128:19, 128:21, 220:15, 221:5
**ways** [6] - 5:23, 6:7, 32:2, 40:23, 43:15, 167:19
**weapon** [3] - 44:6, 168:16, 194:19
**weapons** [1] - 196:9
**wear** [1] - 178:16
**wearing** [16] - 46:16, 67:8, 77:25, 81:3, 83:19, 85:4, 88:23, 92:5, 93:4, 95:5, 96:25, 99:11, 135:7, 141:11, 153:20, 194:18
**website** [3] - 6:8, 228:11, 228:24
**Wednesday** [2] - 161:2, 171:4
**week** [2] - 6:21, 105:17
**weigh** [2] - 52:10,

153:3
**weighs** [1] - 216:9
**weird** [2] - 149:2, 149:3
**welcome** [3] - 11:22, 54:18, 55:1
**West** [1] - 32:17
**west** [50] - 48:9, 50:16, 51:7, 54:4, 55:18, 55:25, 56:2, 56:10, 57:11, 61:14, 61:18, 62:2, 62:6, 64:12, 65:5, 65:18, 67:22, 67:24, 71:1, 71:20, 75:15, 75:22, 78:23, 96:8, 127:8, 127:14, 134:20, 135:15, 135:16, 135:25, 136:6, 136:8, 136:18, 136:22, 136:23, 139:11, 139:22, 140:3, 140:13, 140:21, 141:17, 141:19, 143:6, 143:7, 154:7, 154:25, 178:20, 178:21, 178:22, 179:23
**Westlaw** [1] - 20:7
**whatnot** [1] - 120:3
**whereas** [1] - 216:19
**White** [2] - 202:17, 202:25
**white** [29] - 53:20, 58:10, 71:5, 78:1, 88:24, 88:25, 92:6, 93:5, 95:6, 95:7, 95:8, 97:2, 99:12, 135:7, 135:19, 136:5, 136:20, 138:17, 138:24, 139:13, 140:2, 140:25, 141:11, 142:3, 142:15, 142:16, 142:21, 153:21
**white-hatted** [3] - 139:13, 140:2, 142:16
**Whoa** [1] - 130:11
**whole** [7] - 32:1, 81:14, 107:24, 111:25, 151:24, 214:21, 221:16
**widow** [1] - 38:7
**wiggly** [4] - 78:2, 85:6, 88:25, 99:13
**willing** [3] - 105:11, 105:17, 226:21
**window** [2] - 140:13, 179:7
**windows** [1] -

139:24
**withdraw** [3] -
137:20, 137:25, 213:6
**WITNESS** [9] - 45:5,
109:9, 114:17,
114:22, 115:2,
130:18, 149:1, 156:7,
218:24
**witness** [71] - 9:15,
11:20, 11:21, 14:18,
19:4, 19:5, 21:2,
23:20, 24:8, 24:12,
24:14, 24:15, 24:24,
25:3, 25:4, 25:7,
25:10, 26:20, 27:1,
27:4, 27:17, 44:23,
48:8, 51:17, 53:24,
54:8, 54:16, 62:9,
89:20, 96:3, 98:1,
104:25, 105:13,
106:16, 106:18,
109:3, 109:9, 109:11,
111:12, 113:22,
113:25, 116:20,
117:5, 121:15, 126:2,
130:17, 133:10,
144:11, 146:19,
146:23, 151:9, 156:4,
174:21, 174:22,
186:9, 186:10,
186:21, 186:23,
187:9, 205:19,
206:23, 215:11,
215:12, 218:25,
219:4, 221:12,
221:22, 222:14,
223:11, 228:8, 228:9
**Witness** [3] - 162:4,
188:22, 192:15
**witness's** [1] -
166:17
**witnessed** [1] - 9:16
**witnesses** [28] -
11:6, 23:11, 23:13,
23:15, 23:17, 23:24,
24:7, 25:17, 26:12,
27:10, 37:4, 104:15,
104:16, 106:4,
166:21, 220:3,
221:10, 221:14,
223:24, 224:6, 224:8,
224:21, 225:5,
225:22, 226:4, 226:5
**WITNESSES** [1] - 3:6
**witnesses'** [1] -
25:18
**Wizards** [1] - 200:21
**woman** [2] - 37:20,
88:23
**Women** [1] - 118:8

**wonderful** [2] -
37:20, 183:12
**wooden** [2] - 64:16,
67:3
**Woodland** [1] - 1:20
**word** [6] - 21:9,
40:25, 43:24, 123:23,
146:10, 205:2
**worded** [2] - 137:21,
137:25
**words** [8] - 21:16,
87:20, 124:14, 133:5,
133:25, 200:14, 205:1
**workday** [1] - 169:1
**workout** [1] - 52:12
**worksheet** [7] -
160:4, 161:24,
162:11, 171:16,
173:17, 183:18, 199:1
**worn** [1] - 6:9
**wounds** [1] - 67:1
**wrap** [1] - 93:14
**wrap-up** [1] - 93:14
**writ** [1] - 215:13
**write** [1] - 112:13
**written** [3] - 199:7,
200:13, 220:13
**wrote** [2] - 15:21,
132:24

## Y

**yanking** [1] - 64:2
**yards** [1] - 33:3
**year** [2] - 57:13,
204:4
**years** [12] - 31:2,
38:8, 45:22, 46:21,
51:21, 105:2, 120:20,
120:22, 120:23,
156:20, 196:20,
197:15
**yell** [1] - 43:14
**yelling** [3] - 62:13,
62:14, 64:21
**yesterday** [3] - 7:1,
29:20, 29:23
**yourself** [3] - 158:21,
188:19, 188:21
**yourselves** [1] - 4:5

## Z

**Z-I-N-K** [1] - 225:19
**zero** [1] - 149:25
**ZIA** [1] - 1:10
**Zink** [3] - 225:16,
225:17, 225:19

**Zoom** [2] - 104:21,
105:10
**zoom** [5] - 32:23,
58:7, 84:24, 92:1,
92:8
**zoomed** [1] - 50:3
**zoomed-in** [1] - 50:3
**zooming** [1] - 94:17