1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2

UNITED STATES OF AMERICA,
3                                    Criminal Case
                   Plaintiff(s),     No. 23-00066 ZMF
4        v.
                                     Washington, D.C.
5    REBECCA LAVRENZ,
                                     March 27, 2024
6              Defendant(s).

7    ----------------------------------------------------------

8                   JURY TRIAL – DAY 3
            BEFORE THE HONORABLE ZIA M. FARUQUI
9              UNITED STATES MAGISTRATE JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):   Terence A. Parker, Esquire
                             United States Attorney's Office
12                           District of Columbia
                             601 D Street Northwest
13                           Washington, DC 20004

14                           Brendan Ballou, Esquire
                             United States Department of Justice
15                           950 Pennsylvania Avenue Northwest
                             Washington, D.C. 20530
16

FOR THE DEFENDANT(S):   John M. Pierce, Esquire
17                           John Pierce Law, PC
                             21550 Oxnard Street
18                           Third Floor, OMB #172
                             Woodland Hills, California 91367
19

Roger Roots, Esquire
20                           10 Dorrance Street
                             Suite 700, No. 649
21                           Providence, Rhode Island 02903

22

REPORTED BY:            Tammy Nestor, RMR, CRR
23                           Official Court Reporter
                             333 Constitution Avenue Northwest
24                           Washington, D.C. 20001
                             tammy_nestor@dcd.uscourts.gov
25

```
 1                          I-N-D-E-X

 2
      WITNESS               DIRECT  CROSS  REDIRECT  RECROSS
 3
 4    DAVID VAN BENSCHOTEN

 5     BY MR. BALLOU          8                57

 6     BY MR. ROOTS                  38

 7

 8    JOHN SMITH

 9     BY MR. PARKER         61               195

10     BY MR. ROOTS                  168

11

12    GOVERNMENT'S EXHIBITS                       PAGE

13     103                                         16

14     104                                         18

15     104A                                        97

16     104B                                        98

17     106A                                        93

18     107                                         21

19     107A                                       111

20     301                                         24

21     302                                         26

22     304                                         31

23     305A                                        95

24

25
```

| GOVERNMENT'S EXHIBITS | PAGE |
|---|---|
| 311 | 32 |
| 312 | 133 |
| 501 | 68 |
| 503 | 165 |
| 504 | 166 |
| 505 | 167 |
| 601A | 72 |
| 601B | 76 |
| 601C | 81 |
| 602A | 84 |
| 603A | 79 |

| DEFENDANT'S EXHIBITS | PAGE |
|---|---|
| 54 | 40 |

1     The following proceedings began at 9:24 a.m.:

2          THE COURTROOM DEPUTY:  Good morning.  This is

3     Criminal Case 23-66, the United States of America versus

4     Rebecca Lavrenz.  And this matter is set for a jury trial.

5          Parties please introduce yourselves for the record

6     starting with the government.

7          MR. PARKER:  Good morning, Your Honor.  Terence

8     Parker on behalf of the United States, accompanied by

9     co-counsel Brendan Ballou, our paralegal Rachel Marcelin,

10    and FBI Special Agent John Smith.

11         THE COURT:  Good morning.

12         MR. PIERCE:  Good morning, Your Honor.  John Pierce

13    and Roger Roots on behalf of Ms. Lavrenz, who also is

14    present here today, and we have our paralegal, Emily

15    Lambert, as well.

16         THE COURT:  Is everything going all right?  You

17    understand what's going on?  No problems with technology?

18         THE DEFENDANT:  I think we're good.

19         THE COURT:  Okay.  Great.  Remember, anytime you got

20    any questions or concerns, let me know.  Okay?

21         THE DEFENDANT:  I will.  Thank you.

22         THE COURT:  Thank you.

23         Anything to begin with, Mr. Roots or Mr. Pierce?

24    Remember, no is always an option.

25         MR. PIERCE:  Not right now, Your Honor.

1    THE COURT:  One thing is I spoke to Mr. Kramer, and

2    he does not have Mr. Cusick's -- and I think it's

3    C-U-S-S-I-C-K -- his contact information.

4         Ms. Lambert, can I trouble you for that?  If you

5    want to just send that to my law clerk Ms. Fuscoe, I think

6    you have her contact.

7         MR. PIERCE:  Actually, when I mentioned yesterday

8    the two that -- him and Mr. Sumrall were two individuals

9    that in that category.

10        THE COURT:  Can you talk into the microphone.

11        MR. PIERCE:  I mentioned yesterday that Mr. Cusick

12   and Mr. Sumrall were two individuals in that category.  I

13   actually neglected to mention that Mr. Powell is as well,

14   Bobby Powell.

15        THE COURT:  Is he one of your clients?

16        MR. PIERCE:  No, but he has testified in a few of

17   our trials.

18        THE COURT:  He has his own counsel?

19        MR. PIERCE:  He has, when necessary, consulted with

20   the federal defender folks, Mr. Kramer.

21        THE COURT:  If I can get Mr. Cusick's and

22   Mr. Powell's contact information as soon as possible to

23   Ms. Fuscoe, then she will send that to Mr. Kramer.  I spoke

24   to him.  We contacted him yesterday and then spoke to him

25   this morning.  He said he will be sure to get them the

1    advice that they need.

2        MR. PIERCE:  Great.  Thank you, your Honor.  We will

3    do that.

4        THE COURT:  For the United States, we had a couple

5    things yesterday just to circle back on.

6        MR. PARKER:  Yes, Your Honor.  Briefly, closing the

7    loop on what you were just talking with defense counsel

8    about, I believe Bobby Powell was the individual who

9    testified in Ms. Baron's trial before Your Honor and that

10   Your Honor appointed an FPD to resolve or to deal with

11   conflicts.

12       THE COURT:  Yeah.  Okay.

13       MR. PARKER:  Yes, so --

14       THE COURT:  Your memory is better than mine of that

15   trial, and I was there.

16       MR. PARKER:  Thankfully there was a court reporter

17   there taking it down diligently.

18       We, yesterday evening, received the audio recording

19   of Mr. Guandolo's FBI interview.  This morning we made two

20   minor additional disclosures to defense based on our review

21   of that recording in the spirit of Your Honor's request

22   that we go beyond our discovery obligations.

23       THE COURT:  Thank you.

24       MR. PARKER:  We also provided defense counsel with a

25   phone number that is possibly associated with Mr. Guandolo

1    to the best of our knowledge.  I believe we have closed the

2    loop there.

3         We don't have any additional disclosures that we

4    believe are necessary, so I think at this point we've done

5    all that we can do there.

6         THE COURT:  Great.  I think that's all I had on my

7    checklist for you all, so that's great.  Thank you.  Really

8    appreciate your diligence, the whole team.

9         Mr. Pierce, Mr. Roots, anything else?

10        MR. PIERCE:  Not that I can think of, Your Honor.

11        THE COURT:  All right.  So ready to get started?

12        MR. PARKER:  Yes, Your Honor.

13        THE COURT:  Okay.  Great.

14        (The jury entered the courtroom at 9:30 a.m.)

15        THE COURTROOM DEPUTY:  Please be seated.

16        Good morning, sir.

17                    DAVID VAN BENSCHOTEN

18   Having been first duly sworn on oath, was examined and

19   testified as follows:

20        THE COURTROOM DEPUTY:  Thank you.  You may be

21   seated.

22        THE COURT:  Good morning, everybody.  Thanks again

23   for being timely.  We handled our issues efficiently this

24   morning, so we are ready to get going.

25        United States want to go ahead with your witness.

```
1              MR. BALLOU:  Thank you, Your Honor.
2                      DIRECT EXAMINATION
3    BY MR. BALLOU:
4    Q    Good morning.
5    A    Good morning.
6    Q    Can you please state and spell your name.
7    A    David Van Benschoten, D-A-V-I-D, V-A-N
8    B-E-N-S-C-H-O-T-E-N.
9    Q    Where do you work?
10   A    U.S. Capitol Police.
11   Q    How long have you worked there?
12   A    15 years.
13   Q    What is your current title?
14   A    I'm a lieutenant.
15   Q    As a lieutenant, what are your responsibilities?
16   A    I'm currently assigned to a section within the Capitol
17   division.  I'm in charge of about 50 officers.
18   Q    And what does being in the Capitol division entail?
19   What kind of work is that?
20   A    It's security, physical, screening visitors coming in,
21   ensuring the safety and security of the Capitol building,
22   staff, and all the visitors.
23   Q    Did you say, how long have you worked at the Capitol
24   Police?
25   A    15 years.
```

```
1    Q    So you were working at the Capitol on January 6, 2021?

2    A    I was.

3    Q    What was your position then?

4    A    I was a sergeant then.

5    Q    What were your responsibilities as a sergeant?

6    A    Similar.  I was assigned to the House division, so I

7    had normal administrative duties with my officers.  I also

8    was responsible for the protection and security for the

9    House office buildings at the time.

10   Q    By the way, for sake of brevity, when I refer to

11   January 6, I am referring to January 6, 2021.

12   A    Okay.

13   Q    On January 6, how did your day begin?

14   A    I started at 7:00 a.m.  I was originally assigned to

15   the House division, normal routine.  And then I was told I

16   was going to be in charge of a number of officers, 20 to 30

17   officers I would be responsible for, the perimeter on the

18   Capitol building, the east side.

19   Q    And very roughly, where was that perimeter?

20   A    It was what we call the east front plaza.  So there's

21   skylights.  There's -- it's hard to describe, but it's --

22   Q    Pulling up Government's Exhibit 202, can you just

23   roughly draw out where the perimeter was that day?

24   A    Yeah.  Where I was was basically this line here

25   (indicating).
```

1  Q  Thank you.

2  A  Follow that red line.

3  Q  How was that perimeter made clear to the public?

4  A  It was what we call bike racks.  They are metal,

5  temporary fencing that was marked -- that was linked

6  together all the way around the whole -- that whole

7  perimeter.

8  Q  And when you say it's linked together, what do you

9  mean?

10  A  So there's a system like a hole and a pin that the pin

11  will drop down into it that links them together so they are

12  not easily separated.

13  Q  There were bike racks.  Were their police along the

14  perimeter or inside of it?

15  A  Yes.  We were creating a police line standing just off

16  the bike racks between the building and the bike racks

17  ensuring that nobody was coming over -- breaching that

18  perimeter.

19  Q  So you said that you began your day on the east side

20  commanding -- did you say it was about 30 or 40 officers?

21  A  It was about, yeah, 20 to 40.  I don't remember the

22  exact numbers.  It was me and a couple other sergeants.  So

23  I had at least 10 who were assigned to me at that time.

24  Q  Okay.  And so walk us through the beginning of your

25  day.  What happens then?

1    A    So I came in 7:00.  I was told I was to have a roll

2    call with these officers going to be assigned this

3    perimeter at 8:00.  We had a roll call at 8:00.  And then

4    we basically immediately deployed out to the east front to

5    stand that perimeter as soon as possible.  I think we were

6    out there by 9:00 a.m.

7    Q    What was the scene like at 9:00 a.m.?

8    A    There were a fair amount of people there.  I was

9    actually surprised at the number of people who were there

10   that early, so the crowd was a pretty a good-sized crowd.

11   Q    So you are on the east side at 9:00 a.m.  What happens

12   next?

13   A    We were there all day.  And at some point, the crowd

14   starts getting more hostile.  They start pushing on the

15   bike racks, trying to break that perimeter.  And that's

16   where we end up pushing back against them to hold that

17   perimeter.  And eventually we lose that perimeter.

18   Q    And let me break that down.  So you said that the crowd

19   started to become more hostile.  What do you mean by that?

20   A    So there were probably -- I mean, it's hard to

21   describe.  So there's a couple times where I heard a lot of

22   frustration, anger, kind of like -- one thing that really

23   kind of piqued my attention, I heard people kind of crackle

24   tasers in the crowd, I heard people yell Mike Pence F'ed

25   us, and things like that, that kind of very hostile

1    environment that kind of raised my awareness about the

2    crowd at that point.

3    Q    I apologize.  I might not have heard correctly.  Did

4    you say there was a crack of tasers?

5    A    Yeah, so the arcing sound.  When you hit the button to

6    deploy the taser or the stun gun, whatever you want to call

7    it, it's a loud kind of electrical crackle sound that you

8    can hear.  It's pretty loud.  I heard that in the crowd,

9    and that raised my awareness.

10   Q    When you heard that, what did you think?

11   A    It was new.  I mean, I hadn't dealt with protests where

12   I had heard that before.  So that raised my threat level a

13   little.  I started making sure my officers on the line knew

14   that I heard it, they had heard it, a couple other people

15   had heard it, just kind of preparing for having to deal

16   with something like that, an additional weapon in the

17   crowd.

18   Q    And you said people were also yelling.  I think you

19   gave an example.

20   A    Yeah, so the one that I remember stood out was --

21        MR. ROOTS:  Objection, hearsay.

22        THE COURT:  Bench conference.

23        (The following was heard sidebar.)

24        THE COURT:  Go ahead.

25        MR. ROOTS:  It seems like they are calling for

1    statements of people that we can't cross-examine.

2         MR. BALLOU:  Your Honor, this isn't meant to prove

3    the truth of the underlying matter asserted by these

4    rioters.

5         THE COURT:  I think what the statement is for, I

6    don't think it actually matters too much.  In fact, they

7    are just trying to show the disorder.  So I think it makes

8    sense for what it's being offered, so I will allow it.

9         MR. BALLOU:  Thank you.

10        (The following was heard in open court.)

11   BY MR. BALLOU:

12   Q   So you were saying you heard the crowd saying things?

13   A   Yes.  One of the things that stood out to me was the

14   Mike Pence F'ed us.  They used the full expletive.  That's

15   one of the things that kind of raised my awareness.  It was

16   very loud, very vocal, and it was kind of the reason that

17   we were there, because it was the certification of the

18   election.  So that was kind of a -- stood out to me.

19   Q   You said that the crowd started pushing against the

20   bike racks, is that right?

21   A   Yes.

22   Q   It might be hard to know because you were on the line.

23   Do you know roughly when that started to happen?

24   A   I don't -- I'm not sure.  My timeline that day is a

25   little -- what time things happened, I don't remember.  I

1    want to say maybe 1:00, but I don't know.

2    Q    Okay.  And so describe what happened.

3    A    So the demonstrators were pushing the bike racks trying

4    to come through.  And so our officers were pushing back.

5    We took as many people to where the most of the pushing was

6    happening, stationed them there.  We were basically

7    fighting the bike racks back, pushing them back while they

8    were trying to push through, and basically trying to keep

9    that police line intact.

10   Q    Were you successful in trying to keep that police line

11   intact?

12   A    Ultimately, no.

13   Q    What happened?

14   A    We lost that police line.  They broke through at a

15   similar time, if not right before, there was a breach on

16   the north side as well.  And that's when we fell back to

17   the rotunda stairs, which are the stairs in the center, to

18   create another police line on the stairs there.

19   Q    Okay.  And just -- you were on the stairs at that time,

20   or you went to the stairs?

21   A    Went to the stairs, yes.

22   Q    Okay.  And then what happened?

23   A    We created a police line on the stairs.  Similar,

24   people kept trying to come up the stairs.  We were

25   physically pushing them back yelling at them, giving them

```
 1    commands to get back, pushed them back.

 2         We lost that line.  Then we fell back again back up to

 3    the top of the rotunda stairs where I ended up kind of -- I

 4    started off looking at the rotunda door to the left of the

 5    door, eventually made my way back to the alcove where the

 6    doors kind of sits, sits in an alcove area, where I was

 7    eventually pepper-sprayed, and then I got pushed off to the

 8    side.

 9         And then eventually, we left that -- we were able to

10    leave that area.  And then later that day, I ended up back

11    into the building later that evening.

12    Q   What was the atmosphere of the crowd at that point when

13    you were up on the steps?

14    A   On the rotunda stairs, it was, I mean, very aggressive.

15    And we were yelling, pushing, fighting.  They were, same

16    thing, yelling, pushing back.

17         It was the most violent day I have had since being

18    Capitol Police, but it was a lot of, like, we're coming

19    through you, get out of our way, kind of comments like

20    that.

21         MR. BALLOU:  Asking Ms. Marcelin to pull up

22    Government's Exhibit 103.

23    BY MR. BALLOU:

24    Q   Do you recognize where this video is taken?

25    A   Yes.
```

1    Q    Where is this?

2    A    It's the east front of the Capitol building.

3    Q    And do you know what day it was taken?

4    A    Per the time stamp, it's January 6, 2021.

5         MR. BALLOU:  Government moves to admit Government's

6    Exhibit 103.

7         MR. ROOTS:  No objection.

8         THE COURT:  It's admitted.  You may publish it to

9    the jury.

10        (Government's 103 received in evidence.)

11   BY MR. BALLOU:

12   Q    What is this gray thing here (indicating)?

13   A    That was the bike rack, the temporary metal fencing

14   that we had set up.

15   Q    And to orient everybody, who are the people here?

16   A    Those were the demonstrators that were there.

17   Q    And who are the people here?

18   A    That's U.S. Capitol Police.  That's the police line.

19   Q    Probably can't identify yourself from this far away,

20   but were you on that side?

21   A    Yes.

22        MR. BALLOU:  Can we advance to 2:35.

23   BY MR. BALLOU:

24   Q    And I will ask you to focus on this area here

25   (indicating).

```
 1              MR. BALLOU:  Can we play about 30 seconds.

 2              (The videotape was played.)

 3              MR. BALLOU:  Let's actually stop right there.  We

 4    will keep playing.

 5    BY MR. BALLOU:

 6    Q    What did the officers just do there?

 7    A    They moved up to the fence line.

 8    Q    Why was that?

 9    A    I would assume because -- to stop protesters.  They had

10    started pushing on the fence line and starting to try and

11    break through, and so they went up there to address that.

12              MR. BALLOU:  Can we play another 20 seconds.

13              (The videotape was played.)

14              MR. BALLOU:  Thank you.  That's good.

15    BY MR. BALLOU:

16    Q    What's the time stamp at this point?

17    A    1:44:29 p.m.

18              MR. BALLOU:  I'm asking Ms. Marcelin to pull up

19    Government's Exhibit 104.  Press pause.

20    BY MR. BALLOU:

21    Q    Do you recognize where this is taken?

22    A    Yes, the east front of the Capitol building.

23    Q    Based on the time stamp, when was that?

24    A    1:57:01 p.m.

25    Q    How much later from the previous video?
```

```
 1    A    About 10 minutes.

 2              MR. BALLOU:  Government moves to admit Exhibit 104.

 3              MR. ROOTS:  No objection.

 4              THE COURT:  All right.  Go ahead and admit and

 5    publish it.

 6              (Government's 104 received in evidence.)

 7              MR. BALLOU:  Can we advance to 1:35 and play until

 8    about 2 minutes.

 9              (The videotape was played.)

10              MR. BALLOU:  Thank you.

11    BY MR. BALLOU:

12    Q    At this point what are the people in the crowd trying

13    to do?

14    A    They're basically dismantling the bike racks.  They are

15    taking them and creating a giant hole in the fence line.

16    Q    What are the police trying to do?

17    A    Stop them from doing that.

18    Q    It might be hard to remember based on that day you

19    didn't have an aerial view of yourself, but were you

20    involved in conflicts like this?

21    A    Yes.

22    Q    What were you thinking as that was happening?

23    A    Basically just focused immediately on stopping people

24    from what they were doing, holding that police line,

25    stopping everybody from breaching our lines.
```

1              MR. BALLOU:  Can we play until 2:15.

2              (The videotape was played.)

3              MR. BALLOU:  We can stop there.

4    BY MR. BALLOU:

5    Q   What's happened to the bike rack, the restricted

6    perimeter, in that area I have just circled?

7    A   The same thing, a breach of the line.  The bike racks

8    were moved, and a giant hole opened up.

9              MR. BALLOU:  Can we play until 2 minutes, 30

10    seconds.

11             (The videotape was played.)

12    BY MR. BALLOU:

13    Q   At this moment, what are the rioters doing?

14    A   Moving towards the Capitol building.

15    Q   What are the police doing?

16    A   Trying to keep them back and monitor them.  At that

17    point there's not much we can do, just falling back to a

18    better position between the protesters and the building

19    itself.

20    Q   Do you remember being -- do you remember this moment, I

21    should say?

22    A   Yes.

23    Q   What was your thinking at this moment?

24    A   Again, it was kind of in the moment, so the thought was

25    what's the next step to secure the building, and that was

1     to fall back to the stairs.  Wasn't much beyond stopping

2     the people from reaching the building, stopping the people

3     from entering the building.

4     Q    One thing I notice is the officers do not appear to be

5     trying to arrest people at this moment.  Why was that?

6     A    To arrest someone at this point was almost impossible

7     and basically pointless because there was events going on

8     at the west front at the same time.  So our job as Capitol

9     Police is to secure Congress, secure the building, protect

10    the people, protect all that stuff.

11         So arresting somebody and taking manpower away takes

12    away from the mission of actually protecting the building

13    and protecting the people.

14         At that point, to arrest someone, you're taking some

15    manpower away.  We are so far outnumbered, it would be

16    impossible to arrest everybody, so it defeats the purpose

17    of our main mission.  So to arrest someone at this point

18    was pointless.

19    Q    Understood.

20         MR. BALLOU:  Can we go back to 2:15.  Can we zoom in

21    on this area here (indicating)?

22    BY MR. BALLOU:

23    Q    A little grainy, so we will play a little bit so you

24    get a better sense of the picture.  But do you see the

25    person that I am circling here (indicating)?

```
 1    A    Yes.

 2    Q    Very roughly, can you describe what they are wearing?

 3    A    That's a white winter hat with dark clothing.

 4    Q    Okay.

 5         MR. BALLOU:  And let's continue to play with the

 6    zoom, if you can follow this, can we just play this another

 7    15 seconds.

 8         (The videotape was played.)

 9         MR. BALLOU:  We can keep going for another few

10    seconds.

11         (The videotape was played.)

12         MR. BALLOU:  Pulling up Government's Exhibit 107.

13    BY MR. BALLOU:

14    Q    Do you recognize where this was taken?

15    A    Yes.

16    Q    Where was this taken?

17    A    The east front of the Capitol building.

18    Q    What is the time stamp here?

19    A    2:00 p.m.

20         MR. BALLOU:  Government moves to admit Exhibit 107.

21         MR. ROOTS:  No objection.

22         THE COURT:  It will be admitted and published.

23         (Government's 107 received in evidence.)

24         MR. BALLOU:  Can we play for 30 seconds here.

25         (The videotape was played.)
```

1          MR. BALLOU:  Thank you.

2     BY MR. BALLOU:

3     Q    What are the rioters trying to do at this point?

4     A    Go up the rotunda stairs presumably to the door at the

5     top of the stairs.

6     Q    And I think you alluded to this earlier when you were

7     describing your day.  What were the police trying to do

8     here?

9     A    Stop them from going up those stairs.

10    Q    Were you a part of that line?

11    A    Yes.

12    Q    Again, what is your perception of the crowd at that

13    point when you are standing on the steps?

14    A    Definitely hostile.  I mean, we were yelling at them,

15    pushing them, telling them to get back, and nobody was

16    listening.  It was -- the most hostile crowd I have

17    experienced was that day.

18    Q    You said that you were yelling at them?

19    A    Uh-huh.

20    Q    Probably don't remember the exact words or maybe you

21    do.  Can you tell us generally what you were saying to them

22    or what you were yelling to them?

23    A    Usually get back, back up, generally along those lines,

24    something along those.

25         MR. BALLOU:  Can we advance to 5 minutes and 30

1    seconds.  Can we play for one minute until 6:30.

2            (The videotape was played.)

3            MR. BALLOU:  Thank you.

4    BY MR. BALLOU:

5    Q    What just happened here?

6    A    We lost the police line again.

7    Q    And where did you and your fellow officers go?

8    A    Back towards the door.  I ended up looking at the door

9    basically directly off to the left-hand side.

10   Q    And at the risk of stating the obvious, where did the

11   rioters go?

12   A    Towards those center doors.

13   Q    Okay.  Do you see this person here (indicating)?

14   A    Yes.

15   Q    What are they wearing?

16   A    It's like a white winter hat and dark clothing.

17   Q    At the risk of asking the obvious, were any of these

18   people other than the officers allowed in this area at this

19   time?

20   A    No.

21   Q    Did you give permission to any of these rioters to be

22   there at that time?

23   A    No.

24           MR. BALLOU:  Pulling up Government's Exhibit 301,

25   can we just play for about 5 seconds for the witness.

1              (The videotape was played.)

2    BY MR. BALLOU:

3    Q   Do you recognize where this is?

4    A   Yes.

5    Q   Where is it?

6    A   It's the east front of the Capitol building.

7    Q   Do you know what day it was?

8    A   January 6.

9    Q   Okay.

10             MR. BALLOU:  Government moves to admit 301.

11             MR. ROOTS:  No objection.

12             THE COURT:  All right.  Let's admit it and publish

13   it.

14             (Government's 301 received in evidence.)

15             MR. BALLOU:  Let's start from the beginning.  Play

16   with some sound.  And can we play until 27 seconds.

17             (The videotape was played.)

18   BY MR. BALLOU:

19   Q   And as you are watching this, if you could just pay

20   attention to the sound.  And there's going to be somebody

21   with a bullhorn speaking.  If you can just listen to what

22   the people are saying and what he is saying, that would be

23   helpful.

24             (The videotape was played.)

25             MR. BALLOU:  Thank you.

1   BY MR. BALLOU:

2   Q   Did you hear what the man with the bullhorn said?

3   A   At the end there he said, there's a whole lot of people

4   here.  At the beginning, it was stop the steal, chants of

5   that.

6          MR. BALLOU:  Can we advance to 13 minutes.  Can we

7   just play for about 20 seconds.

8          (The videotape was played.)

9   BY MR. BALLOU:

10  Q   Okay.  What are the protesters doing at that point?

11  A   They are pushing on the metal bike racks.

12  Q   What are the police doing?

13  A   We are pushing back.

14         MR. BALLOU:  Can we advance to 19:10.

15         And can we play until about 19:31, and then we will

16  start tapping over.  Thank you.

17         (The videotape was played.)

18         MR. BALLOU:  Thank you.

19  BY MR. BALLOU:

20  Q   Do you see this person circled (indicating)?

21  A   Yes.

22  Q   I know we only see sort of their head.  Can you

23  describe what they are wearing?

24  A   It's a white winter hat.

25  Q   Okay.  How far is this person from the bike racks we

1    just saw?

2    A    It looks like a couple feet, a yard or two maybe at the

3    most.

4         MR. BALLOU:  Bringing up Government's Exhibit 302,

5    can we play for about ten seconds just to orient the

6    witness.

7         (The videotape was played.)

8         MR. BALLOU:  Okay.

9    BY MR. BALLOU:

10   Q    Do you recognize where this is?

11   A    Yes.

12   Q    Where is this taken?

13   A    It's the east front of the Capitol building.

14   Q    And what day is it taken?

15   A    January 6.

16        MR. BALLOU:  Government moves to admit Exhibit 302.

17        MR. ROOTS:  No objection.

18        THE COURT:  Go ahead and admit and publish it to the

19   jury, please.

20        (Government's 302 received in evidence.)

21        MR. BALLOU:  Let's just play for about ten seconds

22   again so the jury can see the area.

23        (The videotape was played.)

24        MR. BALLOU:  Can we advance to about five minutes.

25   Actually, can we advance to four minutes.  Okay.  And can

1    we play from there until about 5:56.

2            (The videotape was played.)

3            MR. BALLOU:  We can stop there.

4    BY MR. BALLOU:

5    Q    Did you see yourself there?

6    A    Yes.

7    Q    Can you circle yourself?

8    A    (Indicating), there.

9    Q    So what did we see in that video?

10   A    We created another police line, and we were again

11   trying to hold the people from going up the stairs.

12           MR. BALLOU:  Can we go back about ten seconds to

13   about 5:40.  Can we just play for about five seconds.

14           (The videotape was played.)

15           MR. BALLOU:  You can stop there.

16   BY MR. BALLOU:

17   Q    What is this (indicating)?

18   A    So those are stanchions that are put up on that landing

19   there, and there's a metal chain that goes across creating

20   a fence that should stop anybody from going up the stairs

21   there.

22   Q    Is that there every day?

23   A    Yes.

24   Q    Okay.  Are people actually allowed to go up these steps

25   normally?

```
 1    A    Not beyond that first landing.  Where those stanchions
 2    and the chain would create a fence, past that chains, no.
 3              MR. BALLOU:  Okay.  Can we play until 6:05.
 4              (The videotape was played.)
 5              MR. BALLOU:  Can we play forward very slightly.
 6    That's perfect.
 7    BY MR. BALLOU:
 8    Q    Do you see this person here?
 9    A    Yes.
10    Q    Can you describe what they are wearing?
11    A    A white winter hat.
12              MR. BALLOU:  Okay.  Can we play until -- can we jump
13    until 7 and then play until 7:18.
14              (The videotape was played.)
15              MR. BALLOU:  Okay.  Can we frame forward just
16    slightly.
17    BY MR. BALLOU:
18    Q    Okay.  Did you see the nametag there?
19    A    Yes.
20    Q    Whose nametag was that?
21    A    Mine.
22              MR. BALLOU:  Can we play from 9:10 to 9:18.
23              (The videotape was played.)
24    BY MR. BALLOU:
25    Q    Can you see this person circled (indicating)?
```

1    A    Yes.

2    Q    What are they wearing?

3    A    White winter hat.

4    Q    About how far away are they from the police line?

5    A    Not far, a yard or two, a couple people between us and

6    them.

7    Q    Were you a part of that line at that point?

8    A    Yes.

9    Q    What was your sense of the crowd at that point?

10   A    Very hostile.  I mean, they had already broken through

11   our police line before, and they weren't listening.  We

12   were pushing back.  They were pushing back against us.

13   There was a lot of, you know, we're going to come through

14   you, you can't stop us, along those lines.

15   Q    At any point did you give permission for the rioters or

16   any rioter to be there?

17   A    No.

18        MR. BALLOU:  Can we advance -- actually, let's just

19   play until 9:56.

20        (The videotape was played.)

21        MR. BALLOU:  Can we advance to 15 minutes and play

22   until 15:13.

23        (The videotape was played.)

24   BY MR. BALLOU:

25   Q    What is the crowd yelling at that point?

```
1    A    Stop the steal.

2         MR. BALLOU:  Can we go back to 9:30 and play until

3    9:56.  We will see if we can hear one other thing they said

4    and just see if we can see one other thing.

5         (The videotape was played.)

6         MR. BALLOU:  Can we stop there.

7    BY MR. BALLOU:

8    Q    Did you see a man being sort of pulled backwards?

9         We can go back.

10        (The videotape was played.)

11   BY MR. BALLOU:

12   Q    Did you see that?

13   A    Yes.

14   Q    What happened there?

15   A    I believe the person probably broke through the line at

16   that point.  Once they are back there, to get them back to

17   the other side is too difficult, so they broke through.

18   Q    In general, was it your practice to try to arrest

19   people at this moment?

20   A    No.

21   Q    Okay.  Again, why was that?

22   A    Incredibly outnumbered.  There was no way to actually

23   arrest anybody that would make a difference.  And our job

24   at that time was to protect the building and people in the

25   building.  So to arrest somebody takes away from that --
```

1     our mission to protect the building and the people inside.

2              MR. BALLOU:  Pulling up Government's Exhibit 304.

3     Can you just play for about five seconds.

4              (The videotape was played.)

5     BY MR. BALLOU:

6     Q    Do you recognize where this was taken?

7     A    Yes.

8     Q    Where is this taken?

9     A    East front of the Capitol building.

10    Q    What day?

11    A    January 6.

12             MR. BALLOU:  Government moves to admit Exhibit 304.

13             MR. ROOTS:  No objection.

14             THE COURT:  It will be admitted and published,

15    please.

16             (Government's 304 received in evidence.)

17             MR. BALLOU:  Let's replay those five seconds just to

18    orient the jury.

19             (The videotape was played.)

20             MR. BALLOU:  Can we advance to 2 minutes.  And can

21    we play about ten seconds.

22             (The videotape was played.)

23    BY MR. BALLOU:

24    Q    Where are the rioters at this point?

25    A    The rotunda stairs on the east front of the Capitol.

         1              MR. BALLOU:  Can we play until 2:20 and then frame
         2     forward.
         3              (The videotape was played.)
         4              MR. BALLOU:  Thank you.  That's perfect.
         5     BY MR. BALLOU:
         6     Q    Can you see the person circled here?
         7     A    Yes.
         8     Q    What is she wearing?
         9     A    White winter hat and like a red scarf and dark clothes.
        10              MR. BALLOU:  Pulling up Government's Exhibit 311.
        11     Can we play about five seconds, maybe ten.
        12              (The videotape was played.)
        13              MR. BALLOU:  That's actually good.  Thank you.
        14     BY MR. BALLOU:
        15     Q    Do you recognize where this is?
        16     A    Yes.
        17     Q    Where is this?
        18     A    It's the top of the rotunda stairs, the rotunda door on
        19     the east front of the Capitol.
        20              MR. BALLOU:  Government moves to admit Exhibit 311.
        21              MR. ROOTS:  No objection.
        22              THE COURT:  All right.  It will be admitted and
        23     published.
        24              (Government's 311 received in evidence.)
        25              MR. BALLOU:  Can we play from the beginning.  Okay.

1    Can we play for about 20 seconds here.

2            (The videotape was played.)

3    BY MR. BALLOU:

4    Q    What's the crowd chanting at this point?

5    A    Stop the steal.

6    Q    Do you remember where you were at this point?

7    A    I was off to this left side, I believe, somewhere, but

8    exact location, I'm not sure at this time.

9    Q    At this point what are you trying to do?

10   A    Stop people from getting to the door and to breach the

11   building.

12   Q    Were you successful?

13   A    No.

14            MR. BALLOU:  Can we advance to 59 seconds and just

15   frame forward to 1 minute and 1 second.

16            (The videotape was played.)

17            MR. BALLOU:  You can stop there.

18   BY MR. BALLOU:

19   Q    It's a little hard to see, but what color is the hat of

20   the person there?

21   A    It's white.

22            MR. BALLOU:  Okay.  And now let's advance to

23   actually about 4:45.  And can we play until 5:30.

24            (The videotape was played.)

25

BY MR. BALLOU:

Q   What was that sound we just heard?

A   It was flash-bang.

Q   What is a flash-bang?

A   Our SWAT team, they have -- it's a diversion tactic,
loud sound, bright light.  They use it as a diversion
tactic if they are going to be entering a room.

Q   And when you say diversion tactic, what is the purpose
of deploying a flash-bang?

A   I'm not a SWAT officer, but they use it to deter
suspects from entering a room or whatever they are using it
for.  We don't carry it normally, but that's -- one of our
SWAT officers would be carrying it.

Q   It's your understanding that it was a Capitol Police
officer that deployed this?

A   Yes.

Q   What are the rioters trying to do at this point?

A   Break into the building.

     MR. BALLOU:  Got a few minutes left.  Why don't we
just play through the rest of the video here.

     (The videotape was played.)

     MR. BALLOU:  Thank you.

BY MR. BALLOU:

Q   Were the rioters ultimately able to get in through the
door?

1    A    Yes.

2    Q    Just from that scene, I think we get a sense of it, but

3    what was the sound like in that place?

4    A    It was very loud.

5    Q    You mentioned flash-bangs.  Was any pepper spray or

6    tear gas deployed?

7    A    Yes.  I deployed my pepper spray, and I believe most of

8    the others officers did as well, but I don't know how many

9    or who did.

10   Q    What's the purpose of deploying the pepper spray?

11   A    It's to stop any illegal action when we can't -- when

12   voice commands aren't working.

13   Q    When did you deploy pepper spray?

14   A    I believe it was previous to that.  There was a large

15   group in the doorway.  I had deployed it to stop the people

16   at the front, to slow them down to give us a chance to get

17   back into the doorway.

18        MR. BALLOU:  Let's go to one more video.  I think

19   it's been previously admitted.  Exhibit 104.  And can we go

20   back to 2:15 here.

21        Let's just do this frame by frame in this area

22   (indicating).  We don't need to zoom in.

23   BY MR. BALLOU:

24   Q    Can you describe what this person here is wearing

25   (indicting)?

1    A    It's a white winter hat with dark clothing.

2    Q    And maybe you can just point this out with a circle or

3    dots or something.  Can you point out which ones are the

4    protesters or rioters here?

5    A    So they are and everyone beyond that line (indicating).

6    Q    And who are these people (indicating)?

7    A    Capitol Police officers.

8         MR. BALLOU:  Let's go frame by frame for a second or

9    two here.

10        (The videotape was played.)

11        MR. BALLOU:  Okay.  Let's stop there.

12   BY MR. BALLOU:

13   Q    For instance, what is this Capitol Police officer

14   trying to do (indicting)?

15   A    Attempting to put the bike rack fencing back in place.

16   Q    What are the rioters over here trying to do

17   (indicating)?

18   A    Come through that gap.

19        MR. BALLOU:  Can we frame forward just a little bit

20   more.

21        (The videotape was played.)

22   BY MR. BALLOU:

23   Q    Okay.  And do you continue to see the person with the

24   white hat here?

25   A    Yes.

```
 1            MR. BALLOU:  Okay.  Let's just play at normal speed
 2       just for a second or two just to give a sense of -- okay.
 3            (The videotape was played.)
 4            MR. BALLOU:  Can we stop here.
 5       BY MR. BALLOU:
 6       Q   It's very small, but can you continue to see the white
 7       dot there?
 8       A   Yes.
 9            MR. BALLOU:  Can we continue to play forward.
10            (The videotape was played.)
11            MR. BALLOU:  You can continue to play.
12            (The videotape was played.)
13            MR. BALLOU:  Okay.  Thank you.
14       BY MR. BALLOU:
15       Q   Captain, when did you begin your day on January 6?
16       A   7:00 a.m.
17       Q   Excuse me.  I said captain.  Lieutenant.  I didn't mean
18       to give you a promotion.  Accidental.
19       A   No problem.
20       Q   When did you finish your day?
21       A   Not exactly sure, 11:30, midnight that night.
22       Q   What did you do at the end of the day?
23       A   I went home at the end of the day.
24       Q   At the end of that day, what was your reaction, what
25       were you thinking?
```

1    A    Honestly, in disbelief.  I just went home and slept on

2    my couch.  I was just in disbelief.

3           MR. BALLOU:  No further questions, Your Honor.

4           MR. ROOTS:  Your Honor, I drank a lot of coffee this

5    morning.  I wouldn't mind a break.

6           THE COURT:  Okay.  Great.  We can take, say -- it's

7    10:22.  Let's plan to be back at 10:30.  So attorneys to be

8    in a minute or two before that.  Thanks.

9           (The jury exited the courtroom at 10:22 a.m.)

10          THE COURT:  You can be seated.  We are in recess.

11          (A recess was taken at 10:22 a.m.)

12          (The jury entered the courtroom at 10:36 a.m.)

13          THE COURTROOM DEPUTY:  Please be seated.

14          THE COURT:  Okay.  Mr. Roots, do you want to proceed

15   with the cross-examination of the witness, please.

16          MR. ROOTS:  Thank you, Your Honor.

17                        CROSS EXAMINATION

18   BY MR. ROOTS:

19   Q    Good morning, Lieutenant Van Benschoten.  Is that how

20   you pronounce it?

21   A    It's Van Benschoten but yes.

22   Q    Is that a Dutch name?

23   A    The name is Dutch, yes, sir.

24   Q    Interesting.

25          So you have had 15 years on the Capitol Police, is that

1    what you said?

2    A    Correct.

3    Q    And you are a lieutenant now, but you were a sergeant

4    on January 6, 2021?

5    A    Correct.

6    Q    Let me ask, you have gotten a promotion since then?

7    A    Yes.

8    Q    Is the promotion because of anything on January 6?

9    A    No.

10   Q    Okay.  You said you got there on January 6 around

11   7:00 a.m. and had a one-hour roll call meeting?

12   A    So my 7:00 start was my routine duty, which is on the

13   House division, which is the House office buildings.  It

14   was at that time that I was told I was going to be in

15   charge of a number of officers on the perimeter.  And that

16   roll call was at 8:00 a.m., had a roll call at 8:00 a.m.,

17   and moved to the outside after that.

18   Q    And we noticed that on some videos, there were units

19   that had big plastic riot shields and helmets, but you were

20   not wearing that?

21   A    I was not.

22   Q    And so does that mean you were not in that unit, or

23   what does that mean?

24   A    No.  So that is our civil disturbance unit.  They have

25   full hard gear, like shields, helmets.  I was routine duty

```
1    which is basic duty uniform, pants, shirt, vest, basic duty
2    gear.
3    Q    Let me ask a couple questions.  Isn't it true that
4    there's a loudspeaker system at the Capitol that is loud
5    enough that could be heard for blocks around?
6    A    Yes.  There's a sound system, yes.
7         MR. ROOTS:  We would like to play Defense Exhibit
8    54, which might be just be an audio.  And this is not in
9    evidence.
10        THE COURT:  Do you want to just lay a foundation?
11   BY MR. ROOTS:
12   Q    Okay.  We will play a little bit and see if you
13   recognize what this is.
14        THE COURT:  Can you just tell him what --
15        MR. ROOTS:  This would be an audio of that.
16        (The audiotape was played.)
17   BY MR. ROOTS:
18   Q    Does this sound like the audio, the loudspeaker system
19   at the Capitol?
20   A    Yes, it does sound like that.
21        MR. ROOTS:  We would move to admit Defense 54.
22        MR. PARKER:  No.
23        MR. BALLOU:  No objection.
24        THE COURT:  It will be admitted and published.
25        (Defendant's 54 received in evidence.)
```

1          MR. ROOTS:  So let's play that.

2          (The audiotape was played.)

3     BY MR. ROOTS:

4     Q   And that audio is something that is played commonly as

5     far as you know around the Capitol?

6     A   There are continual tests so it does happen on a

7     regular basis, but it's not -- I don't know how often it

8     would be, but there are continual tests, yes.

9     Q   And that was not played on January 6, was it?

10    A   I don't believe so.

11    Q   And that could have been heard for like a mile around,

12    a long distance around?

13    A   I don't know the distance you can hear it.  I would say

14    it is difficult, even when you are outside, sometimes it's

15    difficult to hear on a normal day.

16    Q   But you don't recall hearing any of that speaker system

17    played on that day?

18    A   I do not.

19    Q   And wouldn't that have been a smart thing to do to warn

20    people that it was a restricted area and those things?

21         MR. BALLOU:  Objection.

22         THE COURT:  Let's have a bench conference.

23         (The following was heard sidebar.)

24         MR. BALLOU:  Your Honor, this is speculative.  What

25    it means for something to be a smart thing to do, he hasn't

1    specified who it would be smart for, who would be making

2    that decision.  It's pure conjecture.

3         THE COURT:  Mr. Roots, I think what you can do is --

4    you have sort of demonstrated there are things that could

5    have been done that weren't done and what those things

6    were, but then sort of asking for this witness to conclude,

7    you know, whether or not it was a good or bad decision,

8    that seems like that would be, say, for the purview of

9    closing argument.  And I think you have already gotten what

10   you wanted out of this.  Is there anything else along these

11   lines you are hoping to get out?

12        MR. ROOTS:  Well, I think it is a major issue in

13   this case about -- I mean, I could probably just change the

14   wording of that question.  Maybe I will move on.  I think I

15   have sort of made the point.  Maybe I have.

16        THE COURT:  I think you have made it, that they

17   could have done more and they didn't.  And that's really

18   for closing argument.  Here we just want to get the facts

19   out, what did they play, what did they not play.  I think

20   you have established that.  So I think if you can move on,

21   that would be great.  Thank you.

22             (The following was heard in open court.)

23   BY MR. ROOTS:

24   Q    Protests and demonstrations are common around the

25   Capitol, aren't they?

```
1    A    They are.

2    Q    Would you say virtually every week there is some kind

3    of protest or rally going on there?

4    A    Yes.

5    Q    And that speaker system is used a lot in those

6    instances, isn't it?

7    A    No.  I have never heard it used for demonstration.

8    Q    Okay.  Now, you did mention a couple times that you

9    were outnumbered.  You said it would have been pointless to

10   make any arrests.  But an arrest, even of one individual,

11   would have communicated very clearly that it was an offense

12   to go on to that area, wouldn't it?

13        MR. BALLOU:  Objection.

14        THE COURT:  Can we have a bench conference.

15        (The following was heard sidebar.)

16        MR. BALLOU:  Once again, this is speculation.  My

17   co-counsel, Terence Parker, has noted this is essentially

18   the attorney testifying at this point.  I think if he wants

19   to specify about whether any arrests were made and what

20   good they would have done, that's totally fine, but to

21   generally say what the effect of the crowd would be of

22   making a hypothetical arrest, he hasn't established a basis

23   for asking that question yet.

24        THE COURT:  I think we kind of take a step back here

25   and just ask -- you know, go back to were any arrests made,
```

1    and you've already sort of asked along those lines.  You

2    can go back to that, and then, you know, the effects here,

3    you know, no arrest being made and things like that you can

4    try to.  But some of this, again, we don't want to get into

5    argument.  We just want to get the facts out.  And once the

6    facts are done, it can lead to the argument at closing.

7         But I think, you know, it's fine, you get into here

8    what were the arrests made, you know, why were none made,

9    you know, in your training and experience, have arrests

10   been able to disperse people, how have arrests affected

11   people in the past, things like that.  I think you are able

12   to ask him based on his personal knowledge, not to kind of

13   speculate as to what may have happened in an alternative

14   world where had arrests been made here.  Does that make

15   sense?

16        (The following was heard in open court.)

17   BY MR. ROOTS:

18   Q    Slightly different question.

19        In your prior training and experience, have you seen

20   arrests being made in circumstances that clearly

21   communicated to others in a crowd that it was an

22   unauthorized restricted area?

23   A    The arrests I had dealt with in large crowds typically

24   were nonviolent.  We create a perimeter, gave them

25   warnings, and the people were very compliant.  That day

1    wasn't that same circumstance.  We don't use arrests to

2    make examples of people.  We arrest people because they

3    violated the law.

4    Q    But no -- but you made no arrests in that area on

5    January 6, 2021?

6    A    That area, no.  We were unable to.

7    Q    Now, I was just reminded, you just said that in your

8    prior experience with demonstrations and rallies, that you

9    hadn't seen the loudspeaker system ever used.

10        What then is the purpose of that loudspeaker system?

11   A    My understanding, it's generally used for if there's

12   threat, whether it's weather, active threat, active

13   shooter, some other maybe bomb scare, something along those

14   lines, but I haven't heard it used for demonstration.

15   Usually it's for some sort of external threat.

16   Q    Okay.  You said that you had -- you used the term fell

17   back to better positions.  Now, when you fall back to a

18   better position, you would agree that that has a way of

19   communicating to those in a crowd that they are free to

20   come forward?

21        MR. BALLOU:  Objection.

22        THE COURT:  Can I have a bench conference.

23        (The following was heard sidebar.)

24        THE COURT:  I have to hear from the United States.

25        MR. BALLOU:  Your Honor, the witness isn't in a

1    position to talk about the state of mind of the rioters at

2    that point and what arrests or anything like that would

3    communicate to them.  Yet again this is speculation, and

4    essentially the lawyer is testifying at this point.

5           THE COURT:  Mr. Roots, what I think he can do -- I

6    don't totally agree with the government.  I see what they

7    are saying.  I don't want to speculate on what the crowd

8    was thinking.  What I think you can ask this officer is,

9    you know, why did you fall back and what was the effect of

10   you falling back, what were you trying to reflect when you

11   fell back, things like that.  So just keep it on him, not

12   on the crowd, you know, what was he doing or his

13   intentions.  I think that's fine.  Does that make sense,

14   Mr. Roots?

15          MR. ROOTS:  Yes.  Thank you.

16          (The following was heard in open court.)

17   BY MR. ROOTS:

18   Q    Okay.  Slightly different question.

19       When you and your fellow officers fell back to better

20   positions, what was the effect on the crowd?

21          MR. BALLOU:  Objection, Your Honor.

22          THE COURT:  Why don't you -- we can go back to the

23   bench conference.

24          (The following was heard sidebar.)

25          THE COURT:  I think, you know, we don't want to ask

1      what the crowd was thinking, but I think what he's trying

2      to ask is what happened to the crowd afterwards.  So the

3      crowd did retreat or things like that or came forward, I

4      think that's fair to ask, again, if you just direct him.  I

5      think your question needs to be more specific because it's

6      a little vague.  You are just trying to ask what did he see

7      the crowd's reaction to be.  All right, Mr. Roots?

8              (The following was heard in open court.)

9      BY MR. ROOTS:

10     Q    Okay.  Slightly different question.

11          When you and other officers fell back to those better

12     positions, what did you see of the crowd?

13     A    They were advancing towards us back to where we

14     established our line.

15             MR. ROOTS:  Okay.  I want to play Exhibit 301.

16             Okay.  We are going to start at minute mark 14.

17     This has already been admitted.

18             (The videotape was played.)

19     BY MR. ROOTS:

20     Q    Okay.  Do you recall that moment?  Was that a protester

21     that had gotten into that inner area?

22     A    I'm not sure who that is.  I don't know.

23     Q    Okay.  So let's play then from 15:24 to about 16

24     minutes.

25             (The videotape was played.)

BY MR. PIERCE:

Q   And do you recall an older woman inside this plaza
area?

A   I don't.  I do not remember that, no.

Q   You have no recollection of that person?

A   I don't.

Q   And that would have been -- the person appears to have
been filming that actual video?

A   Yeah.  I do not remember.

MR. ROOTS:  Okay.  I would like to play -- let's
play 103, which was just played by the prosecution.  And
that's the CCTV footage.

(The videotape was played.)

BY MR. ROOTS:

Q   Okay.  So you recall this?  This was played on your
direct testimony.

A   Yes.

Q   Okay.  We are at about 9 or 10 seconds in.  Do you see
down here this group of vehicles?

A   Yes.

Q   And what to your knowledge is that group of vehicles?

A   That's the vice president motorcade.

Q   Vice president's motorcade.  Okay.  So let's
fast-forward.  And let me just ask you, do you recall at
some point that this motorcade of vehicles moved?

1  A    Yes.

2  Q    Okay.  Let's sort of fast-forward to that spot.

3        (The videotape was played.)

4        MR. ROOTS:  I guess it's on the next clip.  Hold on.

5  We will bring up another exhibit.

6        Okay.  I would like to bring up Government's 104.

7  Let's back up a little bit to about the 2 minute mark.

8        Okay.  Let's go ahead and play that forward.

9        (The videotape was played.)

10       MR. ROOTS:  Actually, stop here to make a little

11  point.

12  BY MR. ROOTS:

13  Q    So you talked about this breach, this area here where

14  there was some pushing and shoving and ultimately the

15  barrier was breached?

16  A    Yes.

17  Q    Now, from the perspective of someone who was maybe over

18  here somewhere (indicating), would they necessarily have a

19  straight line to see all this completely?

20       MR. BALLOU:  Objection, Your Honor.

21       (The following was heard sidebar.)

22       MR. BALLOU:  Your Honor, again, the lawyer is asking

23  the witness to testify about the state of mind of a rioter

24  which he's not qualified to do.

25       THE COURT:  I don't think that we can have him

```
 1    speculate as to what someone over there could or could not
 2    see.  I think maybe you could just ask him some factual
 3    questions about, you know, maybe his knowledge of the
 4    layout or things like, you know, is there -- to describe
 5    there are a lot of people in between there and things like
 6    that, but for him to conclude and say could a person see
 7    that, I mean, how would he know?
 8           I am going to remind him that he can't speculate.
 9    And you can ask some additional questions along those lines
10    if you think that would be helpful, Mr. Roots.  Okay?
11           (The following was heard in open court.)
12           THE COURT:  I'm going to remind you just in terms of
13    any of your answers, I don't want you speculating on what
14    you think something is.  Either you know it firsthand
15    because you were there or you have seen it or you are
16    familiar with it or else you don't know and you can just
17    say -- you know, I don't want you guessing.
18           THE WITNESS:  Yes, sir.
19           THE COURT:  Thank you.
20           Go ahead, Mr. Roots.
21    BY MR. ROOTS:
22    Q   Is it your testimony that everyone in the crowd has a
23    good view of precisely what's going on here at this breach
24    area?
25           THE COURT:  Mr. Roots, maybe let's rephrase the
```

```
 1    question because we want to make sure --
 2    BY MR. ROOTS:
 3    Q   Does everyone in the crowd have a clear, unobstructed
 4    view of exactly what's going on in this breach area?
 5              THE COURT:  Why don't we have a bench conference.
 6              (The following was heard sidebar.)
 7              THE COURT:  So I think what you can do is you can
 8    ask, you know, how many people are there, you know, where
 9    are the different sort of breach points, which you have
10    already, I think, sort of established.  But I don't know
11    how he can testify as to what people can and can't see
12    because he's not them, he doesn't know.  I think he can
13    testify what he could see, so you could say could you see
14    everybody from where you were standing or something like,
15    and presumably then again in argument you could say, look,
16    he couldn't see people from where he was, so perhaps
17    someone couldn't or something like that.  But I need it to
18    be about his view, his knowledge, not about the crowd or
19    the rioters because he can't speak to that.  Okay?
20              MR. ROOTS:  Understood.
21              (The following was heard in open court.)
22    BY MR. ROOTS:
23    Q   Okay.  Let me ask, do you see yourself in this video?
24    A   I'm not sure.  I don't know.
25    Q   Do you have recollection of where you were in this
```

1    particular moment?

2    A   I do not remember exactly where I was at the moment,

3    no.

4         MR. ROOTS:  Okay.  Let's just play until, as I

5    recall, this might broaden out.

6         (The videotape was played.)

7         MR. ROOTS:  Okay.  Let's pause right here.  We are

8    at 2 minutes, 25.

9    BY MR. ROOTS:

10   Q   Do you see this vehicle here (indicating)?

11   A   Yes.

12   Q   And this police cruiser here (indicating)?

13   A   Yes.

14   Q   And does it look like those vehicles are the last

15   vehicles of that motorcade that was moving out?

16   A   That's what it looks like.

17   Q   And doesn't it appear that the crowd did not approach

18   that motorcade at all in this video until it's obvious that

19   they are moving out?

20   A   It does not appear so.

21   Q   Did anyone in the crowd get close enough to touch any

22   of those vehicles?

23   A   I don't believe so.

24   Q   So isn't it true that the crowd, their breach of that

25   particular line occurred after the motorcade was already

```
 1    pulling out?

 2    A    I don't know the exact timeline of what happened when.

 3    Q    Well, let me ask you this.  Did the crowd appear to

 4    chase these cars at all?

 5    A    To my knowledge, no.

 6    Q    The crowd, as you testified, went straight up to those

 7    steps that you mentioned?

 8    A    Yes.  As far as I can remember, yes.

 9    Q    And you did say, as I recall, that you understood that

10    motorcade to be the vice president's motorcade?

11    A    Correct.

12    Q    And would you say that -- why do you say that?

13    A    That it was the vice president's motorcade?

14    Q    Yeah.

15    A    Because it was.

16    Q    Is this widely known, that that motorcade was a vice

17    president motorcade?

18    A    It was known to us, to me, at the time that it was the

19    vice president's motorcade, yes.

20    Q    So obviously you would agree that this video does not

21    show the crowd trying to attack that motorcade?

22         MR. BALLOU:  Objection, Your Honor.

23         THE COURT:  Can we have a bench conference.

24         MR. ROOTS:  It speaks for itself.

25         THE COURT:  We can go to bench conference.
```

```
 1              (The following was heard sidebar.)

 2          THE COURT:  Go ahead, Mr. Ballou.

 3          MR. BALLOU:  Your Honor, counsel, I think, was

 4   asking a series of appropriate questions at the beginning

 5   there talking about the crowd's actions, but once again, we

 6   are getting into a situation where he's asking the witness

 7   to define the crowd's intent, and he doesn't have a basis

 8   to do that.

 9          THE COURT:  So as I see it, this question was, So

10   obviously you would agree this video does not show the

11   crowd trying to attack the motorcade?

12          I think if we are limiting ourselves, Mr. Roots, to

13   just -- that question is fine, so I will allow it.  For

14   limiting ourselves to asking what did he observe the crowd

15   doing, we are fine, so I think we are okay.  But I don't

16   want to start getting into state of mind as to did they

17   know, was it widely known.  How could he know what was

18   widely known or not by the crowd?

19          This last question was whether or not the crowd was

20   attacking the car.  You can ask that.  So I will let you

21   ask it again.  Okay?  But just remember this guidance.

22          (The following was heard in open court.)

23          THE COURT:  So you can reask the question.

24   BY MR. ROOTS:

25   Q   Slightly different question.
```

```
 1          Did you see the crowd appear to attack that motorcade
 2     in any way?
 3     A    I did not.
 4          MR. ROOTS:  Okay.  Let's go to 107, Government's
 5     107, which was played earlier.  And let's, if we could,
 6     just sort of fast-forward up until the steps area.
 7          Okay.  So we are about at 26 seconds here.  Let's
 8     play a little bit of this.
 9          (The videotape was played.)
10          MR. ROOTS:  We are playing about 25 seconds.  Keep
11     playing.
12          (The videotape was played.)
13          MR. ROOTS:  We can pause right there.
14     BY MR. ROOTS:
15     Q    First of all, a couple points.  You see these people
16     here and maybe here (indicating).  Do you see those
17     individuals I have circled?
18     A    Yes.
19     Q    Now, those appear to be not law enforcement, and they
20     are behind the police lines, correct?
21     A    Correct.
22     Q    And so what are they?  Those are what, photographers,
23     journalists?
24     A    I don't know who they are, but that's what it looks
25     like.
```

```
1    Q    And they were in the crowd and they ran up behind the
2    police line, correct?
3    A    I do not know.
4    Q    Okay.  Another question.  All these flags, flags,
5    banners, do you see all those?
6    A    I do.
7    Q    Now, that's consistent with protesting and political
8    demonstration?
9    A    Yes.
10   Q    Political advocacy?
11   A    Yes.
12   Q    I don't know if you used the word riot, but the word
13   riot was used by the prosecution here.
14        Do rioters in your experience use flags and banners?
15   A    On this day, yes.
16   Q    Okay.  Have you seen that before?
17   A    I have not witnessed anything like January 6 before,
18   no.
19   Q    Okay.  Just the distinction.  So people often, as you
20   said, protest or demonstrate around the Capitol?
21   A    Correct.
22   Q    And frequently they are displaying banners and flags?
23   A    Correct.
24   Q    And the purpose of the banners and flags is what?
25   A    I believe to convey their message.
```

1  Q   To convey their message.  Thank you.

2      Okay.  Now, back to that discussion about the

3  loudspeaker system.  You stated that this PA system is used

4  for serious threats.  I think you said bomb scares or

5  shooter.

6  A   Yes, generally weather concerns, external threats,

7  weather, active shooter, along those lines, yes, sir.

8  Q   So you would agree that that level of threat did not

9  present itself on January 6, 2021?

10 A   I would say at the beginning.

11     MR. BALLOU:  Objection, Your Honor.

12 BY MR. ROOTS:

13 Q   I will just withdraw the question.  Let me think of a

14 better way to word that, or maybe I have made the point.

15     MR. ROOTS:  Court's indulgence.

16 BY MR. ROOTS:

17 Q   Okay.  Thank you so much, lieutenant.  No further

18 questions.

19     MR. BALLOU:  Just a few questions, Your Honor.

20     Can we pull up Government's Exhibit 202.

21                    REDIRECT EXAMINATION

22 BY MR. BALLOU:

23 Q   Can you draw, once again, roughly where the perimeter

24 was on the east side on January 6?

25 A   It basically follows the red line.

1    Q    We were talking about the loudspeaker earlier.  How was

2    this restricted perimeter made clear to the public?

3    A    Well, all the metal bike racks were connected or

4    touching each other, and then we as police officers were

5    standing behind it letting people know that they can't

6    cross.

7    Q    When you say the bike racks were connected with each

8    other, what is the purpose of connecting them?

9    A    It's more secure that way.  It makes it harder to --

10   when they are connected, they become almost like one, so

11   it's harder to move large groups of them together as

12   opposed to just one officer in there.

13   Q    So there were the bike racks, and then you also said

14   that there were the officers, is that right?

15   A    Yes.

16        MR. BALLOU:  Can we pull up Government's Exhibit

17   301.  And let's advance to 13:48.  And let's -- actually,

18   let's go back a little bit.  Let's go to 13:40.  Thank you.

19   And let's play until 13:52.

20        (The videotape was played.)

21        MR. BALLOU:  Okay.  We can stop there.

22   BY MR. BALLOU:

23   Q    What are the rioters trying to do with the bike racks

24   there?

25   A    Remove them or move them out of the way.

1    Q    And what are the police trying to do?

2    A    Put them back to where they were.

3    Q    Do you see this person here (indicating)?

4    A    Yes.

5    Q    What is she wearing?

6    A    A white hat, red scarf, and dark clothing.

7    Q    How far is she from this scrum area here?

8    A    Pretty close, A couple years at most.

9    Q    Are the police letting people in here?

10   A    No.

11        MR. BALLOU:  Can we pull up Government's Exhibit

12   104, actually.  And can we advance to 2:35, I believe.

13        Excuse me.  My mistake.  Pulling up Government's

14   Exhibit 103, can we advance to 2:35.  Can we play for about

15   30 seconds.

16   BY MR. BALLOU:

17   Q    And I'll ask you to pay attention to this area here

18   (indicating).

19        (The videotape was played.)

20   BY MR. BALLOU:

21   Q    And we talked about --

22        MR. BALLOU:  You can stop there.  Thank you.

23   BY MR. BALLOU:

24   Q    We talked about this earlier, but what are the police

25   doing at this moment?

1    A    Trying to stop the people from moving or breaking the

2    bike racks to breach that line.

3    Q    What is the time stamp at this moment?

4    A    1:43:57.

5    Q    1:43 p.m.  Okay.

6         MR. BALLOU:  Now let's go to Exhibit 104.  And let's

7    advance one minute.  Actually, in the interest of time,

8    let's advance to 2:35.  Okay.  Can we play from here.

9         (The videotape was played.)

10        MR. BALLOU:  You can stop.

11   BY MR. BALLOU:

12   Q    Did you see the cars leaving at that point?

13   A    Yes.

14   Q    Okay.  What is the time stamp here?

15   A    1:59:38.

16   Q    Okay.  So in the previous exhibit, we saw people

17   pushing against the bike racks at 1:43.  In this exhibit,

18   we see them advancing at 1:59.  Did protesters or rioters

19   try to get into the restricted perimeter before the

20   motorcade left?

21   A    Yes.

22        MR. BALLOU:  Pulling up Government's Exhibit 311,

23   and can we advance to 5:25.  Can we play until 5:31.

24        (The videotape was played.)

25        MR. BALLOU:  Let's play that again.

```
 1    BY MR. BALLOU:

 2    Q    And I just ask you to focus on this flag here

 3    (indicating).

 4          (The videotape was played.)

 5          MR. BALLOU:  Thank you.

 6    BY MR. BALLOU:

 7    Q    What is the person doing with that flag?

 8    A    Hitting officers.

 9          MR. BALLOU:  Nothing further, Your Honor.

10          THE COURT:  Thanks so much.  You can step down.

11    Thanks.

12          Ready to call your next witness, please?

13          MR. PARKER:  The United States calls Special Agent

14    John Smith.

15                        JOHN SMITH

16    Having been first duly sworn on oath, was examined and

17    testified as follows:

18          THE COURTROOM DEPUTY:  Thank you.  You may be

19    seated.

20                    DIRECT EXAMINATION

21    BY MR. PARKER:

22    Q    Good morning.

23    A    Good morning.

24    Q    Can you please introduce yourself to the jury.

25    A    Yes.  I'm John W. Smith.  I'm a special agent with the
```

1    Federal Bureau of Investigation or the FBI.

2    Q    How long have you been a special agent for?

3    A    I have been a special agent for a little over 20 years

4    now.

5    Q    And in those 20 years, generally speaking, what kind of

6    stuff have you worked on?

7    A    I have worked various violations of criminal law that

8    the United States is a party of, specifically assigned most

9    recently to the joint terrorism task force, national

10   security squad.

11   Q    If you could pull that microphone in a little bit.

12   A    Is that better?

13   Q    That's better.

14        What field office are you assigned to?

15   A    I am assigned to the FBI Denver division and the

16   Colorado Springs resident agency.

17   Q    And did I hear you right before that you said you were

18   a member of the -- you are assigned to the joint terrorism

19   task force currently?

20   A    Yes, that's correct.

21   Q    Let's talk about how you became involved in this case.

22   Are you currently the lead case agent for this?

23   A    Yes, I am.

24   Q    Were you the lead case agent from the start?

25   A    No, I was not.

1    Q   Prior to becoming the lead case agent, did you

2    nonetheless assist in this investigation in some part?

3    A   Yes, I did.

4    Q   How did you assist?

5    A   So I assisted other squad mates with various tasking

6    related to this investigation, providing research and stuff

7    like that.

8    Q   Did you participate or assist other agents in the

9    arrest of the defendant?

10   A   Yes, I did.

11   Q   And during the arrest, were you able to personally see

12   the defendant?

13   A   Yes, I was.

14   Q   And is the defendant named Rebecca Lavrenz?

15   A   That's correct.

16   Q   Do you see Ms. Lavrenz in the courtroom today?

17   A   Yes, I do.

18   Q   Could you point her out by an item of clothing she's

19   wearing?

20   A   Yes.  Ms. Lavrenz is sitting at the front of the table

21   on the far side wearing dark clothing today.

22        MR. PARKER:  Your Honor, can the record reflect that

23   Special Agent Smith has identified the defendant?

24        THE COURT:  Any objection?

25        MR. ROOTS:  No.

1    THE COURT:  Okay.  The record will so reflect that

2    the special agent has identified the defendant as

3    Ms. Rebecca Lavrenz, as the person seated at counsel's

4    table has identified her.

5    MR. PARKER:  Thank you, Your Honor.

6    BY MR. PARKER:

7    Q   Let's talk about some parts of the FBI's investigation

8    in this case.  Just in general terms, how did the FBI first

9    identify the defendant as someone who might have been at

10   the Capitol on January 6?

11   A   So the FBI, we received a couple tips that Ms. Lavrenz

12   had entered, allegedly entered, the restricted areas of the

13   U.S. Capitol Police on January 6, 2021.

14      One of the first tips we received was from another

15   gentleman named Tyler Etheridge.  Mr. Etheridge in his

16   interview stated that he was aware that she had entered

17   those restricted areas to include inside the U.S. Capitol

18   Police.

19   Q   After your investigation, did the FBI contact the

20   defendant?

21   A   Yes, we did.

22   Q   And did the FBI conduct an interview of the defendant?

23   A   Yes, we did.

24   Q   Following that interview, did the defendant send an

25   email to one of the FBI agents working on the case?

```
 1    A    Yes, she did.

 2         MR. PARKER:  Can we pull up Government's Exhibit

 3    501.

 4    BY MR. PARKER:

 5    Q    Special Agent Smith, do you recognize this exhibit?

 6    A    Yes, I do.

 7    Q    Do you have it up on your screen?

 8    A    Yes.

 9    Q    Thank you.  Generally, what is this?

10    A    So this is an email from Ms. Lavrenz to another FBI

11    agent Jennifer Hendricksen.

12    Q    Is this a fair and accurate copy of the email that

13    Ms. Lavrenz to Special Agent Hendricksen?

14    A    Yes, it is.

15         MR. PARKER:  Your Honor, we would move to admit

16    Government's Exhibit 501.

17         MR. ROOTS:  Objection.

18         THE COURT:  Okay.  Can we have a bench conference.

19         (The following was heard sidebar.)

20         MR. ROOTS:  Judge, this was an email that this

21    witness did not receive.  This is not -- so there's

22    foundation and authenticity objection here.

23         THE COURT:  Mr. Parker?

24         MR. PARKER:  Your Honor, this is an email that was

25    in the FBI's case file.  The special agent has become the
```

1    lead case agent.  He's familiar with the investigation that

2    led up to this.  Nonetheless, this is an email that had

3    been sent from the defendant's email address herself and is

4    a statement by the defendant.

5         All we are intending to introduce this for is that

6    there is an attachment to this email which is a picture

7    that the defendant sent the FBI in which she identifies

8    herself.

9         THE COURT:  I think it appears it is a statement of

10   the defendant.  As you indicated, he has some knowledge

11   because he's reviewed this so he has personal knowledge.

12   If he could just set out, I guess, a foundation for how he

13   knows that this email came from Ms. Lavrenz, that would be

14   sufficient.  Okay?

15        MR. PARKER:  Thank you.

16        (The following was heard in open court.)

17   BY MR. PARKER:

18   Q   Special Agent Smith, in the course of an FBI's

19   investigation of an individual, do you keep what's called a

20   case file?

21   A   Yes, we do.

22   Q   And in that case file, do FBI agents document what's

23   done in the investigation?

24   A   Yes, that's correct.

25   Q   And when you became the lead case agent for this

1    investigation, did you review the case file for

2    Ms. Lavrenz?

3    A   Yes.

4    Q   After reviewing that case file, did that inform you of

5    what Government's Exhibit 501 is?

6    A   Yes, it did.

7        MR. PARKER:  Your Honor, we would move to admit

8    Government's Exhibit 501.

9        THE COURT:  Any objections?

10       MR. ROOTS:  Same objection.

11       THE COURT:  A quick bench conference.

12       (The following was heard sidebar.)

13       MR. PARKER:  Your Honor, I probably skipped one

14   final question.

15       THE COURT:  Yes.  How do we know this is her email.

16       MR. PARKER:  Yes.

17       THE COURT:  Thank you.

18       (The following was heard in open court.)

19   BY MR. PARKER:

20   Q   And based on that review of the case file, how do you

21   know that this is an email from the defendant?

22   A   A couple -- her name is on there, Rebecca Lavrenz, her

23   email address, and I also recognize the FBI email addresses

24   that are on this at @fbi.gov, for example.

25   Q   Are there other entries in the case file that indicate

1    this is the defendant's email?

2    A    Yes.

3         MR. PARKER:  We move to admit.

4         THE COURT:  Defense will maintain its objection to

5    this email.  However, I will overrule it and it may be

6    admitted and published.

7         (Government's 501 received in evidence.)

8         MR. PARKER:  The jury should be seeing Exhibit 501

9    now.  If I can ask to blow up the second email down or zoom

10   in.  Perfect.

11   BY MR. PARKER:

12   Q    Now, you don't need to read the email address, but

13   looking at the from line, who is this email from?

14        MR. ROOTS:  Your Honor, can I make a point on the

15   sidebar?

16        THE COURT:  Yes.  No problem.

17        (The following was heard sidebar.)

18        MR. ROOTS:  Here we are just wanting to keep

19   Ms. Lavrenz's email address out of the public record.  Is

20   there any way to make sure this is redacted when it goes

21   into evidence?

22        MR. PARKER:  Yes, absolutely.  My intention was to

23   not have the agent not read the actual email address onto

24   the transcript.

25        THE COURT:  Okay.  That sounds good.

```
 1              Thanks for flagging that, Mr. Roots.

 2              Thanks for your cooperation, Mr. Parker.

 3              (The following was heard in open court.)

 4    BY MR. PARKER:

 5    Q   So looking at the from line, only reading the name not

 6    the email address, who is this from?

 7    A   This email is from Rebecca Lavrenz.

 8    Q   And what date was this sent?

 9    A   It was sent on Tuesday, May 11, 2021.

10    Q   And who is this to?

11    A   This is to Jennifer Hendricksen.

12    Q   Can you read the body of this email?

13    A   The body of this email reads, Jennifer, I'm the only

14    one facing the camera.  You can see all of my face.  I have

15    a white hat on and a red scarf.  Rebecca.

16    Q   Did the defendant include a picture along with this

17    email?

18    A   Yes.

19              MR. PARKER:  Can we go to page 2 of Government's

20    Exhibit 501.

21    BY MR. PARKER:

22    Q   Is this the photo that the defendant attached?

23    A   It is.

24    Q   Do you recognize the defendant in this photograph?

25    A   Yes, I do.
```

1    Q    Can you circle her, please.

2    A    (Indicating.)

3    Q    So you have circled a woman wearing a white hat in a

4    red scarf towards the center of the screen.  Does it appear

5    that the defendant has something on top of her hat?

6    A    Yes, it does.

7    Q    As best you can, how would you describe what's on top

8    of her hat?

9    A    I would describe the item on top of her hat as a red

10   headband with two antenna-type things on top.

11   Q    And are those antenna-type things sort of noticeable?

12   A    Yes, they are very noticeable.

13   Q    We can take this exhibit down.

14        As part of the FBI's investigation, did the FBI

15   identify any social media accounts belonging to the

16   defendant?

17   A    Yes, we did.

18   Q    Did the FBI find a Facebook account that appeared to

19   belong to the defendant?

20   A    Yes.

21   Q    Was that Facebook account publicly available?

22   A    Yes, it was.

23        MR. PARKER:  Can we pull up Government's Exhibit

24   601A.

25

```
1    BY MR. PARKER:

2    Q    Do you recognize this exhibit?

3    A    Yes, I do.

4    Q    What is this?

5    A    This is a screenshot of the Rebecca Lavrenz's Facebook

6    page.

7    Q    And is this something, a screenshot, from a document

8    that the FBI -- let me rephrase.

9         Did the FBI save a copy of the publicly available

10   information on the defendant's Facebook account?

11   A    Yes, we did.

12   Q    And have you reviewed that document?

13   A    Yes.

14   Q    And in the FBI's entries in the case file, does it

15   identify this account as belonging to the defendant?

16   A    Yes.

17   Q    Do you see a profile picture here?

18   A    I do.

19   Q    Who is in the profile picture?

20   A    The picture is of Rebecca Lavrenz.

21   Q    Do you see a name next to the profile picture?

22   A    Yes.

23   Q    Whose name is that?

24   A    Rebecca Lavrenz.

25   Q    And is this a fair and accurate screenshot of the
```

1  Facebook page that Ms. Lavrenz had?

2  A   Yes.

3       MR. PARKER:  Your Honor, we would move to admit

4  Government's Exhibit 601A.

5       THE COURT:  Any objection?

6       MR. ROOTS:  No objection.

7       THE COURT:  All right.  It will be admitted and

8  published.  Thank you.

9       (Government's 601A received in evidence.)

10 BY MR. PARKER:

11 Q   Okay.  So this is published to the jury now.  We went

12 over some of this before.  I circled that (indicating).  Is

13 that the name you were just referring to?

14 A   Yes.

15 Q   In the profile picture there, is that a picture of the

16 defendant?

17 A   Yes, it is.

18 Q   Because the defendant's Facebook profile was public,

19 did that mean you could see at least some of the posts that

20 the defendant had made?

21 A   Yes, that's correct.

22 Q   And were there any posts that appeared relevant to the

23 FBI's investigation of the defendant?

24 A   Yes, there were.

25       MR. PARKER:  Can we pull up Government's Exhibit

```
1    601B.

2    BY MR. PARKER:

3    Q    We have 601B up.  Do you recognize this exhibit?

4    A    Yes, I do.

5    Q    Is this one of the posts that the FBI identified?

6    A    It is.

7    Q    And is this a fair and accurate screenshot of the post

8    that the defendant made?

9    A    Yes.

10   Q    And is this from the same Facebook profile that the

11   screenshot of 601A came from?

12   A    Yes, it's the same profile.

13        MR. PARKER:  Your Honor, we would move to admit

14   Government's Exhibit 601B.

15        THE COURT:  Any objection?

16        MR. ROOTS:  Objection.

17        THE COURT:  Bench conference.

18        (The following was heard sidebar.)

19        THE COURT:  Go ahead, Mr. Roots.

20        MR. ROOTS:  Relevance and foundation, relevance,

21   foundation.

22        THE COURT:  I think relevance, we have a foundation

23   about this being the Facebook account, right?  So I think

24   that's pretty clear.  The relevance I am a little curious

25   about.
```

1          MR. PARKER:  Oh, yes, of course, Your Honor.  The

2     video that the defendant posts here, we are not going to

3     play the entire video, the purpose of this is the defendant

4     made this post.  There is a video included in this post.

5     She actually makes a comment about the video.  We are not

6     going to harp on this post.  We are going to go to the

7     video she shared that she commented on.  That video

8     includes -- and also let me back up.

9          We are not going to play the entire video.  It's

10    like an hour long.  We are going to play like a minute and

11    a half, two minutes that includes a discussion during an

12    interview of Sidney Powell which you can see the defendant

13    commenting on in 601B.

14         The interview of Sidney Powell references the vice

15    president having a role during the joint session on

16    January 6 and actually gets into quite granular detail

17    about the proceedings that would take place at the Capitol

18    on January 6 and of the vice president and members of

19    Congress starting in one house, going to another house.

20         All of this is going to be defendant's knowledge of

21    the proceeding that was going on and the government

22    business.  And although Your Honor hasn't ruled on this

23    yet --

24         THE COURT:  I think a couple things.  I'll let

25    Mr. Roots or Mr. Pierce, anything they want to add.  To the

1    extent I am going to admit it, I need you, of course, to be

2    clear that this is an hour-long episode or things like

3    that.  And it says, you know, that you selected a snippet.

4          So before we get to that, I want to hear from

5    Mr. Pierce and Mr. Roots.  I think that makes sense.  I

6    don't know why he was talking about Sidney Powell, so I

7    agreed.  I was kind of curious about relevance, but given

8    the date, this is December 30, and talking about what is a

9    core issue here of, you know, the location of the vice

10   president, in fact, something that -- you know, we haven't

11   gotten to jury instructions, but very much so is up for

12   debate whether or not the defendant had knowledge about

13   that or not, whether that's a necessary element, I think

14   this certainly would go to that, the element to that crime

15   there.

16         So I think it's plainly relevant, Mr. Roots.  I

17   agreed I didn't know why until we heard that proffer, but

18   anything you want to add?

19         MR. ROOTS:  Well, I guess it could be relevant maybe

20   to count maybe the disorderly conduct to disrupt something.

21   That would be the only possible relevance.

22         THE COURT:  Yeah.  I think that's right.  So I will

23   allow it for that.  Okay.  We can continue.

24         (The following was heard in open court.)

25

1    BY MR. PARKER:

2             THE COURT:  Okay.  You can admit it and publish it.

3             (Government's 601B received in evidence.)

4             MR. PARKER:  Okay.  So 601B should be published to

5    the jury now.

6    BY MR. PARKER:

7    Q    Looking at the very top of the post -- or of the

8    exhibit, I just circled a picture and some words.  Who is

9    in the picture?

10   A    The picture is Rebecca Lavrenz.

11   Q    And is the name -- what's the name next to the picture?

12   A    The name is Rebecca Lavrenz.

13   Q    Is there a date listed below Ms. Lavrenz's name?

14   A    Yes.

15   Q    What's that date?

16   A    The date is December 30, 2020.

17   Q    And can you just read the text of Ms. Lavrenz's post?

18   A    Yes.  The text reads, Great encouragement and hope,

19   includes interview with Sidney Powell.

20   Q    And is there a video shared as part of this exhibit?

21   A    Yes, there is.

22            MR. PARKER:  Your Honor, can we get on the phone

23   just very briefly?

24            THE COURT:  Sure.

25            (The following was heard sidebar.)

1          MR. PARKER:  Your Honor, I realize we have two

2     posts.  My proffer was mostly related to the second post.

3     This video is also still along the same lines.  It is a

4     post of -- you know what, I'm correcting myself once again.

5     I was right the first time.  I apologize.

6          THE COURT:  No problem.

7          MR. PARKER:  We will have a second post, so maybe I

8     can just front this now if it's helpful.

9          THE COURT:  Sure.

10          MR. PARKER:  The second post is an individual named

11     Lance Wallnou.  The defendant shares this video as well.

12     It's from December 30.  Mr. Wallnou references Vice

13     President Pence and says things like you can't certify

14     referring to January 6.

15          Again, that post, like this one, is a longer video.

16     We will make clear that we are only going to play about a

17     minute and a half, two minutes of that one as well.

18          THE COURT:  Okay.  I think that, you know, questions

19     about where the vice president is going to be on January 6

20     that were produced -- well, before, certainly, potentially

21     even afterwards, but certainly before January 6, you know,

22     questions about where he was or about his role in this

23     process, that goes to the disorderly conduct, interfering

24     with an official proceeding, so I will allow that.

25          MR. PARKER:  Thank you.

```
 1              (The following was heard in open court.)

 2              MR. PARKER:  Okay.  We are back.

 3    BY MR. PARKER:

 4    Q    Did the defendant include a video that she shared as

 5    part of this post?

 6    A    Yes.

 7    Q    And has the FBI been able to identify that video that

 8    she shared?

 9    A    Yes, we did.

10              MR. PARKER:  Can we pull up Government's Exhibit

11    603A.

12    BY MR. PARKER:

13    Q    Do you recognize this exhibit?

14    A    Yes, I do.

15    Q    What is this?

16    A    It is a portion of the video that was linked in the

17    prior Facebook post.

18    Q    You say a portion.  This is only a clip of the full

19    video that the defendant shared?

20    A    That's correct.

21    Q    Is the full video something like an hour long roughly?

22    A    It is.

23    Q    And is this about a 1 minute, 44 second clip?

24    A    Yes, that's correct.

25    Q    And again, is this a video that the defendant shared on
```

1    Facebook?

2    A    Yes.

3          MR. PARKER:  Your Honor, we would move to admit and

4    publish Government's Exhibit 603A.

5          THE COURT:  Overrule the prior objection.  I will go

6    ahead and admit it and publish it.

7          (Government's 603A received in evidence.)

8          MR. PARKER:  Now that this is published, can we have

9    the audio for this exhibit and play the entirety.

10         (The videotape was played.)

11   BY MR. PARKER:

12   Q    In that video that the defendant shared, did you hear

13   references to Vice President Mike Pence?

14   A    Yes, I did.

15   Q    And was he referenced as a participant in the electoral

16   certification process?

17   A    Yes, he was.

18         MR. PARKER:  If we could just -- only going to

19   replay this briefly.  Can we jump back to around 1 minute,

20   and I will ask you to pause in a second.

21         Can we play.

22         (The videotape was played.)

23         MR. PARKER:  We can pause.

24   BY MR. PARKER:

25   Q    Did you hear this individual speaking reference

1    splitting between two chambers and debating for a few

2    hours?

3    A    Yes, I heard that.

4    Q    Is that about the certification process?

5    A    Yes, it is.

6    Q    And again, what was the date when the defendant shared

7    this?

8    A    This was shared on Facebook on December 30, 2020.

9    Q    So about a week before January 6?

10   A    Yes, that's correct.

11        MR. PARKER:  We can take this exhibit down.

12   BY MR. PARKER:

13   Q    Did the FBI identify any other posts that the defendant

14   made that appeared relevant to the investigation?

15   A    Yes, we did.

16        MR. PARKER:  Can we pull up Government's Exhibit

17   601C.

18   BY MR. PARKER:

19   Q    Do you recognize this exhibit?

20   A    I do.

21   Q    What is this?

22   A    This is another Facebook post from December 30, 2020.

23   Q    And is it posted by the defendant?

24   A    Yes, it is.

25   Q    From the same Facebook page that we were looking at

1  before?

2  A   Yes.

3  Q   And is this a fair and accurate depiction of the post

4  that the defendant made?

5  A   Yes, it is.

6       MR. PARKER:  Your Honor, we would move to admit

7  Government's Exhibit 601C.

8       THE COURT:  Overrule the standing objection, I will

9  go ahead and admit it.  It can be published.

10      (Government's 601C received in evidence.)

11 BY MR. PARKER:

12 Q   So well, first, I am circling some space here.  When

13 the FBI saved a copy of the defendant's full Facebook page,

14 was it a multiple -- a several-page-long pdf document?

15 A   Yes, it was.

16 Q   And did this particular post happen to span two

17 different pages?

18 A   Yes, it did.

19 Q   And is that what we are seeing here in this area I have

20 circled?

21 A   Yes.

22 Q   So once again, do you see a profile picture at the top?

23 A   I do.

24 Q   Who is in that picture?

25 A   Rebecca Lavrenz.

1   Q   And what's the name next to that?

2   A   The same, Rebecca Lavrenz.

3   Q   And the date below the name?

4   A   December 30, 2020.

5   Q   And did this post also include a video that the

6   defendant shared?

7   A   Yes.

8   Q   Was the FBI able to identify the video that the

9   defendant shared?

10  A   Yes.

11      MR. PARKER:  Can we pull up Government's Exhibit

12  602A.

13  BY MR. PARKER:

14  Q   Do you recognize this defendant?

15  A   Yes, I do.

16  Q   Is this a clip from the video the defendant shared?

17  A   Yes, it is.

18  Q   Similar to the last video, is the full-length video --

19  I believe this one is roughly 40 minutes long.

20  A   Yes, that's correct.

21  Q   And is this a clip of just 2 minutes and 22 seconds

22  from the video?

23  A   Yes, it is.

24  Q   And did this clip appear relevant to the FBI's

25  investigation?

1      A    Yes.

2           MR. PARKER:  Your Honor, we would move to admit

3      Government's Exhibit 602A.

4           THE COURT:  Same objections as before or anything in

5      addition?

6           MR. ROOTS:  One additional objection actually.

7           THE COURT:  Okay.  Let's go.

8           (The following was heard sidebar.)

9           THE COURT:  Go ahead, Mr. Roots.

10          MR. ROOTS:  So this is -- I guess they are saying

11     that the defendant shared this.  And then this was set up

12     with the question to the witness on the stand was the FBI

13     able to identify what the video was.

14          I'm not sure what that means.  Does that mean they

15     fished around?  Did they use electronic -- it's not clear.

16     You know, that question was very strange.  Was the FBI able

17     to identify what video was shared.  I think we need more

18     explanation than that.

19          MR. PARKER:  Your Honor, I am happy to ask was this

20     video publicly available as well just like the defendant's

21     Facebook post.

22          THE COURT:  Sure.  And again, remind us, what do you

23     anticipate that the video clip is going to show?

24          MR. PARKER:  This individual, similar to the last

25     clip although slightly less specific than the last clip,

1  this individual talks about Vice President Pence.  He says

2  things like -- he sort of play acts speaking to the vice

3  president.  He said things like, Vice President Pence, you

4  can't certify, you can't certify, things of that nature

5  that appear relevant to what was going on on January 6.

6      THE COURT:  Sure.  He can say it was publicly

7  available, and then I think that, again, this goes to one

8  of the elements at issue here, so I will allow it.  But I

9  think that additional question would be helpful.  Let's

10  keep moving.

11      (The following was heard in open court.)

12  BY MR. PARKER:

13  Q   Maybe two additional questions.  Was this video also

14  publicly available?

15  A   Yes, it was.

16  Q   Did the FBI need to do any search warrants or subpoenas

17  to get this video?

18  A   No.

19      MR. PARKER:  Your Honor, we would move to admit

20  Government's Exhibit 602A.

21      THE COURT:  Over the previously stated objection, I

22  will admit it and it can be published.

23      (Government's 602A received in evidence.)

24      MR. PARKER:  Can we go ahead and play this video

25  with sound.

1              (The videotape was played.)

2              MR. PARKER:  We can pause this exhibit.

3    BY MR. PARKER:

4    Q    In this exhibit, did you hear the speaker reference

5    Vice President Mike Pence?

6    A    Yes.

7    Q    And did you hear the speaker say things like you can't

8    certify?

9    A    Yes, that's correct.

10   Q    And did he reference on the 6th?

11   A    Yes.

12             MR. PARKER:  Okay.  We can take this exhibit down.

13   BY MR. PARKER:

14   Q    Let's turn to January 6 itself, and I am going to start

15   by having you identify the defendant, which I think we have

16   a good picture.  We won't be labor the point here.

17             MR. PARKER:  Can we pull up Government's Exhibit 108

18   and go to 27 minutes, 8 seconds.  And I believe this is in

19   evidence already.

20             (The videotape was played.)

21             MR. PARKER:  Okay.  Can we just pause right there.

22   Perfect.

23   BY MR. PARKER:

24   Q    So I've circled an individual in a white hat.  Who is

25   that?

1    A    The circled individual is Ms. Rebecca Lavrenz.

2    Q    Can you just describe what Ms. Lavrenz is wearing.

3    A    Yes.  I'll start with her tall dark brown boots, dark

4    jacket, and the jacket has distinctive white cuffs on it, a

5    red scarf, a white hat, with a red headband with two

6    antenna-like objects on top.

7    Q    Okay.  So now that we have gone over and we have a

8    clear picture of the defendant, what she was wearing, we

9    are going to jump back in time.  We are going to watch some

10   videos.

11        MR. PARKER:  Can we pull up Government's Exhibit

12   105, and can we go to 18:22.

13        And if we could, Ms. Marcelin, could we zoom in on

14   this area (indicating).

15   BY MR. PARKER:

16   Q    I circled an individual.  Do you see what that

17   individual appears to have on their head?

18   A    Yes, I do.

19   Q    What does that individual have on their head?

20   A    It's a white hat with something sticking above it.

21   Q    And you have seen other videos that were admitted in

22   this trial?

23   A    Yes.

24        MR. PARKER:  So if we can zoom out, actually, that

25   would be helpful.

1    BY MR. PARKER:

2    Q    Where is this individual standing?

3    A    This is on the east front of the plaza of the U.S.

4    Capitol.

5    Q    Have you seen other videos that show the defendant

6    standing in roughly that position?

7    A    Yes, I have.

8    Q    And can you read the time in the top left-hand corner.

9    A    Yes.  The time is January 6, 12:18 p.m.

10   Q    Based on seeing the other video showing the defendant

11   in roughly that area, the white hat and the item that

12   appears to be on top of the hat, does that give you any

13   indication of who that individual likely is?

14   A    Yes, it does.

15   Q    Who is that?

16   A    That person is Rebecca Lavrenz.

17        MR. PARKER:  We can take this down.  And let's pull

18   up Government's Exhibit 301, which is in evidence.

19        Can we go to 3 minutes and 38 seconds in this video.

20   BY MR. PARKER:

21   Q    I am going to ask you to listen to what individuals are

22   saying.

23        MR. PARKER:  And can we play to 3:55.

24        (The videotape was played.)

25

1    BY MR. PARKER:

2    Q    Did you see and hear an individual using a megaphone in

3    that exhibit?

4    A    Yes.

5    Q    And what were -- what was he and other members of the

6    crowd chanting?

7    A    Those individuals were chanting, We want Trump.

8         MR. PARKER:  Let's jump ahead to 6 minutes and 16

9    seconds.

10   BY MR. PARKER:

11   Q    So again, where is this video being taken, just

12   generally speaking?

13   A    It's the same place I described just a minute ago.

14   It's on the east front of the Capitol near the bike rack

15   barricades for the restricted area.

16   Q    I am circling an item in the bottom left-hand part of

17   the video.  What's that?

18   A    The circled item is the bike rack for the restricted

19   perimeter.

20   Q    Circling a group of individuals towards the center of

21   the screen.  Who do they appear to be?

22   A    Those individuals that were just circled appear to be

23   U.S. Capitol Police officers.

24   Q    And at this point, about how far away from the bike

25   racks are they?

```
 1    A    They are approximately 20 feet away.

 2    Q    And do they seem to be in a line?

 3    A    Yes, they do.

 4         MR. PARKER:  Let's jump ahead to 12 minutes and 45

 5    seconds.  And can we play to 13:02.

 6         (The videotape was played.)

 7    BY MR. PARKER:

 8    Q    So just to clear something up, did you hear a woman's

 9    voice in that clip we just played?

10    A    Yes, I did.

11    Q    That's not the defendant's voice, correct?

12    A    No, it's not.

13         MR. PARKER:  Okay.  Let's play until 13:39.

14         (The videotape was played.)

15         MR. PARKER:  Paused at 13:39.

16    BY MR. PARKER:

17    Q    What do we see the Capitol Police officers trying to do

18    in this clip we played?

19    A    The Capitol Police officers in the clip just played

20    were actively trying to hold the line and keep the people

21    behind the barricades.

22    Q    And I circled some officers over here (indicating).

23    Does that include those officers?

24    A    Yes, it does.

25         MR. PARKER:  Let's play until 13:52.
```

1              (The videotape was played.)

2              MR. PARKER:  We are paused at 13:52.

3       BY MR. PARKER:

4       Q    Circled a woman in a white hat.  Who is that?

5       A    The circled person is Rebecca Lavrenz.

6       Q    Circled an individual who's touching the bike racks

7       there (indicating).  Maybe not by name, but generally who's

8       that person?

9       A    That's a member of the crowd that was removing the bike

10      racks and pushing them against the police officers.

11      Q    Circling an individual here (indicating).  Who is that

12      generally?

13      A    That person is a U.S. Capitol Police officer.

14      Q    What does it appear Ms. Lavrenz is doing in this image?

15      A    She's standing there in very close vicinity to what we

16      just described.

17      Q    About how far away would you say she is?

18      A    I would say it's very close, within a few yards.

19              MR. PARKER:  Let's play until 13:55.

20              (The videotape was played.)

21              MR. PARKER:  And if we can actually just jump back

22      to 53.

23      BY MR. PARKER:

24      Q    Does this give us a better image of what the Capitol

25      Police officers were doing with that set of bike racks?

1    A    Yes.

2    Q    And what does it look like they are doing?

3    A    They are trying to reestablish their perimeter and put

4    the bike racks back to where they originally were.

5    Q    You said this was a few yards from the defendant?

6    A    Yes.

7         MR. PARKER:  Let's jump to 19:09 in this exhibit.

8    BY MR. PARKER:

9    Q    Circling a group of officers on the right side of the

10   screen (indicating).  What does it appear that they are

11   wearing?

12   A    Those officers that were just circled appear to be

13   wearing more tactical or riot control gear than the other

14   officers.

15   Q    Are they standing close to the bike racks?

16   A    Yes.

17   Q    About how close?

18   A    They're right in front of the bike racks, within a foot

19   or so.

20   Q    Is this the same general area where we saw the

21   defendant just a moment ago?

22   A    Yes, it is.

23        MR. PARKER:  Let's play until 19:31.

24        (The videotape was played.)

25        MR. PARKER:  We are paused at 19:32.

1    BY MR. PARKER:

2    Q    Circling an individual in the white hat (indicating).

3    Who's that?

4    A    That person is Rebecca Lavrenz.

5    Q    About how close is she standing to the bike racks?

6    A    She's very close, within one or two body lengths away.

7         MR. PARKER:  And I neglected to point something out.

8    Can we actually jump back to about 19:09.

9    BY MR. PARKER:

10   Q    So a moment ago when we were about 13 minutes into this

11   video, you recall pointing out that a rioter seemed to have

12   moved the bike racks?

13   A    Yes.

14   Q    At this point does it appear that the police have

15   gotten the bike racks back in place?

16   A    Yes, that's correct.

17        MR. PARKER:  Okay.  We can take this exhibit down.

18        Can we pull up Government's Exhibit 106A.

19   BY MR. PARKER:

20   Q    Do you recognize this exhibit?

21   A    I do.

22   Q    Is this a version of Government's Exhibit 106 which is

23   already in evidence but with a yellow circle and some text

24   identifying the defendant?

25   A    Yes, that's correct.

1    Q    And have you reviewed this exhibit before?

2    A    I have.

3    Q    And does the yellow circle and text accurately identify

4    the defendant?

5    A    It does.

6         MR. PARKER:  Your Honor, we would love to admit

7    Government's Exhibit 106A.

8         MR. ROOTS:  No objection.

9         THE COURT:  I will admit it and it can be published.

10        (Government's 106A received in evidence.)

11        MR. PARKER:  So can we go to 2:10 in this video.

12   BY MR. PARKER:

13   Q    Special Agent Smith, I would ask you to read the time

14   that's in the top left-hand corner.

15   A    Yes, January 6, 1:59 p.m.

16        MR. PARKER:  Okay.  Can we play until I ask to stop.

17        (The videotape was played.)

18        MR. PARKER:  We are paused at 2:30 in this exhibit.

19   BY MR. PARKER:

20   Q    Did we just see a yellow circle and some text that says

21   Lavrenz on it?

22   A    Yes.

23   Q    What does that show?

24   A    That shows where Ms. Rebecca Lavrenz is at that exact

25   moment.

1    Q   All right.

2          MR. PARKER:  Let's keep playing until 3:13.

3          (The videotape was played.)

4    BY MR. PARKER:

5    Q   We are paused at 3:13.  What did you see the defendant

6    do in that video?

7    A   What I observed in that video was Ms. Lavrenz move past

8    the restricted barricades into the restricted area and

9    proceed towards the U.S. Capitol.

10         MR. PARKER:  For the record, we are paused at 3:13.

11   We can take this exhibit down.

12         And can we pull up Government's Exhibit 305A.

13   BY MR. PARKER:

14   Q   Special Agent Smith, do you recognize this exhibit?

15   A   Yes.

16   Q   What is this -- or let me rephrase, actually.

17         Is this a version of Government's Exhibit 305 which is

18   already in evidence but with a yellow circle and some text

19   identifying the defendant?

20   A   Yes.

21   Q   And have you reviewed this exhibit previously?

22   A   Yes, I have.

23   Q   Does the yellow circle and the text accurately identify

24   the defendant?

25   A   It does.

1          MR. PARKER:  Your Honor, we would move to admit

2    Government's Exhibit 305A.

3          MR. ROOTS:  No objection.

4          THE COURT:  All right.  It will be admitted and can

5    be published to the jury.

6          (Government's 305A received in evidence.)

7    BY MR. PARKER:

8    Q   So this is published now to the jury.  Do you see the

9    yellow circle and the text?

10   A   Yes, I do.

11   Q   Is that identifying the defendant?

12   A   Yes, it is.

13   Q   And what's she wearing on her head?

14   A   She's wearing a white hat with the headband with the

15   antenna objects.

16   Q   And what kind of jacket is she wearing?

17   A   Yeah, she's wearing a dark jacket.

18   Q   Same clothing that we saw before?

19   A   Yes, exact same.

20         MR. PARKER:  All right.  Let's play through 26

21   seconds.

22         (The videotape was played.)

23         MR. PARKER:  Can we actually play about 20 more

24   seconds.

25         (The videotape was played.)

```
 1            MR. PARKER:  Once again, sorry, can we keep playing.
 2            (The videotape was played.)
 3            MR. PARKER:  Can we pause here.  And can we jump
 4    back just one second.  My apologies.  Can we frame forward,
 5    and let's pause there.
 6    BY MR. PARKER:
 7    Q    Circling an individual in the bottom right-hand corner
 8    of the screen (indicating).  Who is that?
 9    A    That person is Ms. Rebecca Lavrenz.
10    Q    Roughly, where is she standing at this point?
11    A    She's standing at the base of the stairs that lead up
12    to the rotunda doors.
13            MR. PARKER:  Let's take this exhibit down.  And can
14    we pull up Government's Exhibit 104A.
15    BY MR. PARKER:
16    Q    Special Agent Smith, do you recognize this exhibit?
17    A    I do.
18    Q    Is this a version of Government's Exhibit 104 which is
19    already in evidence but with a yellow circle and some text
20    identifying the defendant?
21    A    Yes.
22    Q    And have you confirmed the accuracy of the yellow
23    circle and the text in this exhibit as well?
24    A    Yes.
25            MR. PARKER:  Your Honor, we would move to admit
```

```
1    Government's Exhibit 104A.

2            MR. ROOTS:  No objection.

3            THE COURT:  Okay.  I will admit it and publish it.

4            (Government's 104A received in evidence.)

5    BY MR. PARKER:

6            MR. PARKER:  We are not going to play the entire

7    version of this, but can we jump to about 2 minutes and 15

8    seconds and can we play just two more seconds.

9            (The videotape was played.)

10           MR. PARKER:  Pause here.

11           We are paused on 2 minutes, 17 seconds in

12   Government's Exhibit 104A.

13   BY MR. PARKER:

14   Q    Did you see a circle appear around the defendant?

15   A    Yes.

16   Q    Is the defendant inside that circle?

17   A    Yes.

18           MR. PARKER:  Let's go ahead and take this exhibit

19   down.  And I am going to ask to pull up Government's

20   Exhibit 104B.

21   BY MR. PARKER:

22   Q    We are going to walk through this one a little bit.  Is

23   Government's Exhibit 104B a time synchronized version or

24   time synchronized side-by-side of Exhibit 104A, which we

25   just admitted, and Government's Exhibit 305, which has been
```

1  previously admitted?

2  A   Yes.

3  Q   And have you been able to confirm the accuracy of the

4  time synchronization?

5  A   I have.

6       MR. PARKER:  Your Honor, we would move to admit

7  Government's Exhibit 104B.

8       MR. ROOTS:  No objection.

9       THE COURT:  I will admit it.  It can be published.

10      (Government's 104B received in evidence.)

11 BY MR. PARKER:

12 Q   All right.  So now that this is admitted, we are going

13 to walk through first how we figured out the time sync, and

14 then we will go back and play the exhibit.

15      MR. PARKER:  Can we jump to 3:28 in this.

16      We are at 3:28.

17 BY MR. PARKER:

18 Q   On the right side of the screen, is that Government's

19 Exhibit 305?

20 A   Yes, it is.

21 Q   And the left side, is that Government's Exhibit 104A?

22 A   Yes.

23 Q   On the right side of the screen in the Exhibit 305

24 portion, I have circled an individual (indicating).  Who's

25 that?

1    A    Rebecca Lavrenz.

2    Q    And is there anything about where Ms. Lavrenz is

3    walking that tells you that these two videos are synced up?

4    A    There's a couple visual indicators that help you with

5    that.  Right in front of her, there's the white stripe on

6    the ground, and there's also the predominant black police

7    vehicles right in front of her.

8    Q    I have circled some large black vehicles.  Is that what

9    you are referring to?

10   A    Exactly.

11   Q    If we look at Government's Exhibit 104, are you able to

12   see the tips of those vehicles in this?

13   A    Yes.

14   Q    104A, I should say.

15         MR. PARKER:  Okay.  So let's jump back to the very

16   beginning of this exhibit, and let's play it in its

17   entirety.

18         (The videotape was played.)

19         MR. PARKER:  Why don't we actually jump to 2 minutes

20   and 3 seconds in this.

21         (The videotape was played.)

22         MR. PARKER:  We can pause this exhibit.

23   BY MR. PARKER:

24   Q    Special Agent Smith, what did we see the defendant

25   doing in this video?

1     A    That video showed, again, Ms. Lavrenz pushing past into

2     the restricted area of the U.S. Capitol and then advancing

3     towards the steps that lead up to the rotunda doors.

4     Q    And was she walking with the large crowd of other

5     individuals?

6     A    Yes, she was.

7          MR. PARKER:  Your Honor, I am going to start jumping

8     to another topic.  This may be a good breaking point, or we

9     can keep going.

10         THE COURT:  Why don't we go -- we can -- let's just

11    have a quick bench conference.

12         (The following was heard sidebar.)

13         THE COURT:  Tell me, how long do you think you have

14    with this witness?

15         MR. PARKER:  Special Agent Smith might have an hour

16    on the high end, 45 minutes maybe.  There's a number of

17    videos towards the end of his testimony that he has to get

18    through that are clips of recent interviews that the

19    defendant has done.  So a number of those take a couple

20    minutes.  That's why I say probably closer to an hour.

21         THE COURT:  We can go ahead and take our lunch break

22    here.  Does that sound good to you all as well, Mr. Roots,

23    Mr. Pierce?

24         MR. ROOTS:  I have no preference.  That's fine.

25         MR. PIERCE:  Sure.

1          THE COURT:  Okay.  Great.

2          (The following was heard in open court.)

3          THE COURT:  Okay.  We are going to take our lunch

4     break now.  So why don't we -- I will ask the jurors if you

5     want to be back and ready at 1:15, and the attorneys, if

6     you can be back at 1:05 so we have ten minutes to run

7     through any housekeeping.

8          (The jury exited the courtroom at 12:05 p.m.)

9          THE COURT:  You can be seated.  Thank you.  We are

10    in recess.

11         (A recess was taken at 12:05 p.m.)

12         THE COURT:  Be seated, please.

13         Anything before we get started from the United

14    States?

15         MR. PARKER:  No, Your Honor.

16         THE COURT:  Okay.  Great.  Anything from defense?

17         MR. PIERCE:  I don't believe so, Your Honor.

18         THE COURT:  In terms of the sort of scheduling, I

19    want to just make sure we sort of have a sense of what's

20    upcoming.  We have -- is there any additional government

21    witnesses, or what are we looking at did you decide on?

22         MR. PARKER:  Your Honor, I think at the end of the

23    day yesterday we were still deciding what we were going to

24    do with Mr. Jenkins -- I believe Lieutenant Jenkins to give

25    him the correct rank.  I believe Mr. Pierce had said it

1    might be more appropriate as a rebuttal witness since he

2    seemed to be rebutting --

3         THE COURT:  I think he said didn't need to save for

4    rebuttal if you are going to be calling him, but

5    ultimately --

6         MR. PARKER:  What I'm getting to is I think we are

7    going to call him as a rebuttal witness which I anticipate

8    whenever defense ends their case, probably tomorrow is what

9    I envision.  So after Special Agent Smith, nothing else in

10   the government's case in chief.

11        THE COURT:  Got it.

12        Mr. Roots?

13        MR. ROOTS:  Mr. Pierce and I may not have touched

14   base or may not agree.

15        THE COURT:  That's fine.  You don't have to.

16        MR. ROOTS:  But I believe the rules of evidence,

17   there is an issue.  So a rebuttal witness would be a

18   witness that rebuts evidence that we put on in our case in

19   chief.  So I'm not sure that it's appropriate to put a

20   rebuttal on to address things that came out on

21   cross-examination of the government's case in chief.  Not

22   sure about that.

23        MR. PARKER:  Your Honor, I'm happy to be heard on

24   this.  I believe the exhibit at issue is a defense exhibit

25   asking questions about an officer who the United States

1  didn't ask any questions about on direct.  We didn't make

2  an outside the scope of direct objection.  We are trying to

3  be judicious on this.  But nonetheless, it effectively is

4  the defense's case in chief when they are admitting new

5  exhibits to talk about new people, new situations.  I think

6  it's appropriate to do it as a rebuttal witness.  It sounds

7  like there's only going to be maybe a day gap in between.

8  It seems appropriate to me.

9       THE COURT:  Mr. Roots, I'm happy if you want to

10  present me with some authority, or Mr. Pierce, either of

11  you.  It seems to me that you have put this at issue.  In

12  terms of logistic, it's one thing if it were a six- or

13  seven-week trial if we were waiting to have rebuttal and

14  perhaps there was still time in the case in chief.

15       But you know, you did bring that in through their

16  witness, I agree, but you were able to bring in the

17  exhibit.  You put this at issue.  So I think it's fair for

18  them to bring it up then.  I'm happy to hear from you.

19  I'll give you some time.  Maybe I'll take -- you know,

20  during one of our breaks or something like that after the

21  close of the case in chief which I think we will get to it

22  sounds like later this afternoon, perhaps you will have an

23  opportunity to look up some law related to that or things

24  because I am happy to get educated on that more.  So let's

25  just table it for now.  Okay?

```
 1          MR. ROOTS:  Yes, Your Honor.

 2          THE COURT:  In terms of your witnesses, are you

 3   going to be ready to have them to go this afternoon?

 4          MR. PIERCE:  Yes, Your Honor.  We can have three

 5   ready to go if need be.

 6          THE COURT:  Can you just talk into the microphone.

 7          MR. PIERCE:  I'm sorry.

 8          THE COURT:  No, you're fine.

 9          MR. PIERCE:  Yes, Your Honor, we will have at least

10   three that are ready to go if we need to.  The first two

11   will be relatively brief.

12          THE COURT:  Okay.

13          MR. PIERCE:  But we definitely will be able to fill

14   up the rest of the afternoon if we need to.

15          THE COURT:  Are we expecting the character witnesses

16   to go on today?

17          MR. PIERCE:  Yes, Your Honor.  So one of them will

18   be a pure character witness.  The other one will be a

19   character witness plus a few facts.  And then the third one

20   would be Mr. Powell.

21          THE COURT:  Okay.  Mr. Powell, just for the record,

22   I spoke to Mr. Kramer, and Mr. Kramer has indicated that

23   he -- I want to make sure I get this -- hold on.  I want to

24   make sure I get the folks right here.  Sorry.  Mr. Kramer

25   spoke to Mr. Cusick, not Mr. Powell.  I wanted to speak to
```

Mr. Powell's attorney preferably on phone in court, but
Mr. Kramer said he spoke to Mr. Cusick and -- I'm getting
all my folks confused here.  Sorry.

Mr. Cusick, Mr. Kramer spoke to.  And Mr. Cusick
said that Mr. Kramer indicated he went over with him in
great detail the conflict and Fifth Amendment issues and
that he remembered that from their prior conversation and
that he was willing to testify as he did in another case.

Now, Mr. Powell was advised separately by
Mr. Kramer, and he felt that he had a great understanding
of that last time, but I want him to refresh his memory.

So as I understand it, Mr. Powell is getting on a
plane when they were about to speak?

MR. PIERCE:  He landed.  He's on the way to the
courthouse now.

THE COURT:  Okay.  Great.  Can you have Mr. Powell
reach out?  Are you all able to contact him?

MR. PIERCE:  Yes, Your Honor.

THE COURT:  So if you can have him contact the
public defender's office, their general number, which I can
give you, is 301 -- sorry, no.  I apologize.  It's
202-208-7528.  So 202-208-7528 is the federal public
defenders and just ask for Mr. Kramer so that he will --
they can just speak briefly.

So Mr. Powell hopefully will have that conversation

1    regarding his Fifth Amendment rights.  Mr. Kramer felt

2    based on a prior conversation it would be fairly quick,

3    that Mr. Powell understood what was going on, and that he

4    understood his Fifth Amendment rights.

5         Okay.  So I think that's our witnesses for today.

6    In terms of the character witnesses and things, I'll make

7    sure just -- you know, we will save or, you know, we can

8    talk about -- I mean, I don't think we will get to the

9    question of cumulative if it's only two, but I want to go

10   over a couple instructions before we get to that.  But we

11   don't need to do that now.

12        The final thing I wanted to sort of cover here is I

13   did talk to Chief Judge Boasberg and thought that he may

14   have some recollection.  He didn't remember offhand, but he

15   said that perhaps he did have a remote witness testify due

16   to medical issues.  I don't know if the United States has a

17   position on that.  I will tell you, after talking to him,

18   my kind of inclination was as long as they proffer that

19   it's an absolute, you know, tremendous difficulty, that it

20   would -- it doesn't -- something that I think is

21   impermissible.  But I'm happy to hear from you all.

22        MR. PARKER:  I don't think we have had a proffer

23   that Mr. Cusick interacted with the defendant on January 6

24   or spoke to the defendant.  I believe he's being offered

25   for general atmosphere of the Capitol.  I think there's at

1    least three witnesses on the defense list that are

2    essentially for this same reason.  I think that's

3    Mr. Powell, Mr. Sumrall, and Mr. Cusick.

4          One possibility is it sounds like Mr. Powell is

5    here.  If he's going to testify to just the general

6    atmosphere of January 6 and none of those three individuals

7    are going to say that they actually interacted with the

8    defendant herself, it strikes me that we are getting

9    cumulative at that point if we are just talking general

10   atmosphere, we are not talking about this defendant.

11         And when you add that to the -- you know, you couple

12   that with he's doing this remotely, well, I know we have

13   all gotten more used to Zoom, there is something lost when

14   you are doing cross-examination by Zoom.  I have had to do

15   it myself before.  It, frankly, is not a good situation.

16   There's inevitably people talking over each other far more

17   than there is in person.  It's just difficult to present.

18         So if it's already cumulative, I think we just have

19   these practical concerns about doing a witness by Zoom.

20         THE COURT:  Okay.  Well, it sounds like you are not

21   intending to call the witness today, is that right,

22   Mr. Pierce, Mr. Cusick?

23         MR. PIERCE:  Not today, Your Honor.

24         THE COURT:  We can reevaluate at the end of the day.

25   I am happy to make sure in terms of the sort of logistics,

1    the speaking over and things, I think I can manage that.
2    In terms of it's cumulative, I think that you are going to
3    have to present with some case law or something to support
4    that.  You know, the defense has a lot of leeway in sort of
5    their -- when they choose to put on a case, and I'm
6    hesitant -- I feel like -- I want to make sure that that
7    sort of fits -- that's the cure to the problem here because
8    I am concerned that it might be too much of an
9    overcorrection.  But I share your concerns.  I mean, I'm
10   not thrilled with doing it on Zoom, but I also want to be
11   mindful of this person's medical issues.
12        Anything else from the United States, or can we call
13   the jury back in?
14        MR. PARKER:  No, Your Honor.
15        THE COURT:  Anything from Mr. Pierce and Mr. Roots?
16        MR. PIERCE:  No, Your Honor.
17        THE COURT:  Do you all need a moment?
18        MR. PARKER:  We were just going to get the witness.
19        THE COURT:  All right.  You can go get the jury.
20        (The jury entered the courtroom at 1:24 p.m.)
21        THE COURT:  You can be seated.
22        Recalling the government's witness here.  Thanks
23   again, everybody, for being timely.  And I'm glad we were
24   able to get you lunch.  We are going to dive back into the
25   government's witness.

1        You can proceed.

2   BY MR. PARKER:

3   Q   Good afternoon, Special Agent Smith.

4   A   Good afternoon.

5   Q   When we wrapped up in the morning, was the defendant

6   generally in the area of the base of the rotunda steps?

7   A   Yes.

8   Q   Okay.  So let's talk a little bit more about that area.

9        MR. PARKER:  Can we pull up Government's Exhibit

10  107A.

11  BY MR. PARKER:

12  Q   Do you recognize this exhibit?

13  A   I do.

14  Q   Is this a version of Government's Exhibit 107 which is

15  already in evidence but with a yellow circle and some text

16  around the defendant similar to what we saw in other

17  exhibits?

18  A   Yes, it is.

19  Q   And if you confirm the accuracy of the yellow circle in

20  the text in what we are about to watch?

21  A   Yes.

22       MR. PARKER:  Your Honor, we would move to admit

23  Government's Exhibit 107A.

24       THE COURT:  Any objection?

25       MR. ROOTS:  Objection.

1          THE COURT:  Okay.  Let's have a bench conference.

2          (The following was heard sidebar.)

3          THE COURT:  Go ahead, Mr. Roots.

4          MR. ROOTS:  So he asked the witness did you confirm

5  the accuracy, and he says yes.  So this begs the question

6  of how they confirmed the accuracy.

7          THE COURT:  Okay.  I mean, I think we can get

8  Mr. Parker to ask that.

9          Right?

10         MR. PARKER:  Sure.  I am happy to say have you

11  watched this video, do you see the defendant in the yellow

12  circle during this video.

13         THE COURT:  Sure.  I would just ask him, you know,

14  how did he confirm the accuracy of it.  Let's not ask

15  leading questions.

16         MR. PARKER:  Understood.

17         THE COURT:  All right.  Thanks.

18         (The following was heard in open court.)

19  BY MR. PARKER:

20  Q  I believe we went over this this morning, Special Agent

21  Smith.  You personally observed the defendant during the

22  arrest, is that right?

23  A  Yes, I did.

24  Q  So you know what she looks like?

25  A  Yes.

1    Q   And have you reviewed this video before?

2    A   Yes.

3    Q   You mentioned you confirmed the accuracy of the yellow

4    circle around the defendant.  How did you do so?

5    A   By reviewing the full video and following the movements

6    and the clothing and other attributes of that video.

7          MR. PARKER:  Your Honor, we would move to admit

8    Government's Exhibit 107A.

9          THE COURT:  Any objection?

10         MR. ROOTS:  No objection.

11         THE COURT:  I will admit it, and it may be

12    published.

13         (Government's 107A received in evidence.)

14         MR. PARKER:  Let's jump to 30 seconds in to this

15    video.

16         So we are at 30 seconds.

17    BY MR. PARKER:

18    Q   Can you read the time stamp in the top left-hand

19    corner?

20    A   Yes, January 6, 2:00 and 30 seconds p.m.

21    Q   Do you see a yellow circle in this?

22    A   I do.

23    Q   What is that indicating?

24    A   Yellow circle is around Ms. Lavrenz.

25    Q   And what does Ms. Lavrenz appear to be wearing there?

```
1    A    White hat, dark jacket.

2         MR. PARKER:  Let's go ahead and play this video

3    until 55 seconds.

4         (The videotape was played.)

5    BY MR. PARKER:

6    Q    Do you see the defendant still in the yellow circle?

7    A    Yes, I do.

8    Q    Which direction is she facing right now?

9    A    At the current moment, she's facing back away from the

10   Capitol, so it would be to the west -- east I mean.

11   Q    Is she facing toward the camera?

12   A    Yes.

13   Q    Do you see a line of police officers here?

14   A    I do.

15   Q    Can you circle them.

16   A    (Indicating.)

17   Q    In relation to that line of police officers, in the

18   portion of the video we just watched, which direction was

19   the defendant going?

20   A    She was moving towards the police officers.

21   Q    Approximately where is the defendant right now in

22   relationship to the rotunda steps?

23   A    She's at the bottom of the steps or maybe on the first

24   portion a few steps, the first landing.

25         MR. PARKER:  Okay.  Can we do 2X speed for the sake
```

```
 1    of time and play to 3 minutes and 42 seconds.

 2            (The videotape was played.)

 3            MR. PARKER:  Can we pause here.

 4    BY MR. PARKER:

 5    Q   Did you see something just happen in this area that I

 6    just circled towards the center right of the screen

 7    (indicating)?

 8    A   Yes, I did.

 9    Q   What did you see?

10    A   I saw the protesters or rioters actively trying to

11    break through the police line, and there's a confrontation

12    at that spot.

13    Q   A confrontation between whom?

14    A   The protesters and the U.S. Capitol Police.

15            MR. PARKER:  We can keep playing through 3:42.

16            (The videotape was played.)

17            MR. PARKER:  Can we pause here for a second.  And

18    can we jump back actually ten seconds.

19            (The videotape was played.)

20            MR. PARKER:  Can we pause and can we go to 1X speed.

21    Can we play.

22            (The videotape was played.)

23    BY MR. PARKER:

24    Q   Ask you to keep an eye around here (indicating).

25            MR. PARKER:  Can we pause for a moment?
```

```
 1    BY MR. PARKER:

 2    Q    What did the officers do with the individual who had

 3    breached the line?

 4    A    The officers there had to confront an individual and

 5    then take that person and tuck them back for a second and

 6    then put them back in the crowd on the other side of the

 7    police line where they wanted them to be.

 8    Q    Is the defendant still shown in the yellow circle here?

 9    A    Yes.

10    Q    Scribbled over, if you look where I just scribbled in

11    the center of the screen, do you see that white hat?

12    A    I do.

13    Q    About how far away was the defendant from that

14    confrontation we just watched?

15    A    She was very close to that.  It was just to the right

16    of her and in front a little bit.

17         MR. PARKER:  We can stay at 1X speed.  Let's play

18    through 3:42.

19         (The videotape was played.)

20         THE COURT:  Quick bench conference.

21         (The following was heard sidebar.)

22         THE COURT:  Mr. Roots, is that Mr. Powell in the

23    back?  I can't remember what he looked like.  I just want

24    to make sure.

25         MR. PIERCE:  No, that's not him.
```

 1          THE COURT:  All right.  Good.  I just wanted to make

 2     sure when Mr. Powell does come, he will be waiting outside.

 3          MR. PIERCE:  Yes, Your Honor.

 4          THE COURT:  Okay.  We're good.

 5          (The following was heard in open court.)

 6          THE COURT:  Okay.  All good.  Thanks.

 7          MR. PARKER:  Thank you.

 8     BY MR. PARKER:

 9     Q    While we are paused here, at times has the defendant

10     been facing toward the police line?

11     A    Yes.

12          MR. PARKER:  Let's keep playing through 3:42.

13          (The videotape was played.)

14     BY MR. PARKER:

15     Q    Does the defendant appear to have something in her

16     hands visible at some points in time?

17     A    Yes, she does.

18     Q    What does it look like she has?

19     A    Her cell phone.

20          (The videotape was played.)

21          MR. PARKER:  We are paused at 3:42.

22     BY MR. PARKER:

23     Q    Is the defendant still in the yellow circle?

24     A    Yes.

25     Q    I am going to ask you to also keep an eye on this area

```
1    (indicating).

2         MR. PARKER:  And let's play through 4:11 at normal

3    speed.

4         (The videotape was played.)

5    BY MR. PARKER:

6    Q    I'm circling a group of people on the right side of the

7    screen (indicating).  What did we just see happen there?

8    A    What I saw there was the beginning or continuance of a

9    violent confrontation between the U.S. Capitol Police

10   officers and the protesters where they had to intervene to

11   try to keep the protesters back.

12   Q    And are you able to see the defendant in the yellow

13   circle?

14   A    Yes.

15   Q    Does it look like she's -- is she facing toward the

16   camera?

17   A    It looks like she's looking towards the Capitol.

18        MR. PARKER:  Let's play through 6:55.

19        (The videotape was played.)

20   BY MR. PARKER:

21   Q    While this is playing, is the defendant still in the

22   yellow circle?

23   A    Correct.

24        (The videotape was played.)

25        MR. PARKER:  Can we pause for a moment.
```

1    BY MR. PARKER:

2    Q    What did it seem like the defendant just did there?

3    A    She took a couple steps back down, away from the

4    Capitol, on the stairs.

5        MR. PARKER:  Okay.  Let's keep playing.  Let's play

6    to 6:05 actually.

7        (The videotape was played.)

8        MR. PARKER:  Pause here.

9    BY MR. PARKER:

10   Q    I'm going to ask you to keep an eye on this line of

11   police officers (indicating).

12       MR. PARKER:  Let's play to 6:15.

13       (The videotape was played.)

14       MR. PARKER:  We are paused at 6:15.

15   BY MR. PARKER:

16   Q    What did that line of police officers just do?

17   A    They were just overran by the rioters and were forced

18   to retreat back to another position.

19   Q    Is the defendant still in the yellow circle in this

20   exhibit?

21   A    Yes.

22       MR. PARKER:  All right.  Let's play to 6:55.

23       (The videotape was played.)

24   BY MR. PARKER:

25   Q    As we watch, which direction is the defendant heading

1    right now?

2    A    Towards the U.S. Capitol.

3    Q    In relationship to those officers, which way is she

4    going?

5    A    Directly towards their new location.

6         (The videotape was played.)

7         MR. PARKER:  We are paused at 6:55.

8    BY MR. PARKER:

9    Q    What is the time stamp in the top left-hand corner?

10   A    So it's 2:06:55 p.m.

11   Q    Where is the defendant standing at this point?

12   A    At the top of the stairs.

13   Q    Is there a large group of people along with her?

14   A    Yes, there is.

15        MR. PARKER:  Let's take this exhibit down.  Can we

16   pull up Government's Exhibit 302, which is already in

17   evidence.  Can we jump to 4:45.  Can we play through 6

18   minutes, 4 seconds of this.

19        (The videotape was played.)

20        MR. PARKER:  We are paused at 6:04.

21   BY MR. PARKER:

22   Q    First off, what did we see the rioters do there?

23   A    They had overran the previous police barricade, overran

24   the U.S. Capitol Police officers, and advanced towards the

25   stairs to the new perimeter for the police officers.

1    Q   I circled an individual in a white hat (indicating).

2    Do you recognize her?

3    A   I do.

4    Q   Who is that?

5    A   Rebecca Lavrenz.

6    Q   At this point about how far away is the defendant from

7    that police line we just saw form?

8    A   She's in close proximity to it.

9    Q   In relationship to the rest of the crowd, where is the

10   defendant?

11   A   She's towards the very front of this crowd.

12       MR. PARKER:  Let's jump to 9:05 in this exhibit.

13   And can we play through 9:18.

14       (The videotape was played.)

15   BY MR. PARKER:

16   Q   This line of individuals I just drew across, who are

17   they?

18   A   Those are the U.S. Capitol Police officers.

19   Q   What are they doing here?

20   A   They had formed a line there to keep trying to keep the

21   protesters back from the Capitol.

22   Q   Circling an individual in a white hat (indicating).  Do

23   you recognize her?

24   A   I do.

25   Q   Who is that?

1    A    Rebecca Lavrenz.

2    Q    Does she appear closer in this screen than she did

3    before?

4    A    Yes, she does.

5    Q    Closer to the line, that is?

6    A    Yes.  She appears closer in this picture to the police

7    officers than previously.

8    Q    And is she still toward the front of the crowd?

9    A    Yes.

10        MR. PARKER:  Let's play until 9:23.

11        (The videotape was played.)

12        MR. PARKER:  Can we just frame forward.  Okay.

13   Let's pause there.

14   BY MR. PARKER:

15   Q    Circled an individual (indicating).  Is that

16   Ms. Levrenz?

17   A    Yes.

18   Q    Which direction does it look like she's looking at that

19   point?

20   A    She's facing toward the Capitol, a little bit looking

21   to her right towards the Capitol.

22        MR. PARKER:  Let's play until 9:54.

23        (The videotape was played.)

24        MR. PARKER:  You can pause here, actually.

25

1    BY MR. PARKER:

2    Q    That area I just circled to the left side of the

3    screen, what was just going on there?

4    A    There was some violent conflict going on there between

5    the rioters and the U.S. Capitol Police officers.

6         MR. PARKER:  Okay.  Let's play to 10:35, actually.

7         (The videotape was played.)

8         MR. PARKER:  Can we pause, actually.  I'm sorry.

9    Can we jump back just one second.  Can you frame forward.

10   Let's pause right here.

11   BY MR. PARKER:

12   Q    Circling the white hat (indicating).  What color hat

13   was the defendant wearing on January 6?

14   A    A white hat.

15   Q    Does it appear like there's something on top of that

16   hat?

17   A    Yes, there does.

18   Q    Is that in the same general area where we saw the

19   defendant a few minutes ago?

20   A    It is.

21        MR. PARKER:  Let's play to 10:35.

22        (The videotape was played.)

23   BY MR. PARKER:

24   Q    We are paused here.  Circling the same individual

25   (indicating).  Is this a little bit of a better view than

1    before?

2    A    It's approximately the same view.

3    Q    And are you able to identify who that is that I

4    circled?

5    A    I am.

6    Q    Who is that?

7    A    Rebecca Lavrenz.

8    Q    Has she remained in generally the same area throughout

9    most of this video?

10   A    Yes.

11   Q    And roughly how far is she still from the Capitol

12   Police officers?

13   A    She's very close.  She's towards the front of the

14   group.

15        MR. PARKER:  Let's play until 11:39.

16        (The videotape was played.)

17        MR. PARKER:  Can we pause here for a second.

18   BY MR. PARKER:

19   Q    I circled a woman right here (indicating).  Who does it

20   appear she works for?

21   A    Based on the uniform, the U.S. Capitol Police -- well,

22   yes.

23   Q    Circling an individual in the center of the screen

24   (indicating).  What is she telling this guy to do?

25   A    Giving him verbal commands to get back with the crowd

1    on the other side of the police line.

2         MR. PARKER:  All right.  Let's play to 11:39.

3         (The videotape was played.)

4    BY MR. PARKER:

5    Q   What did the crowd just do?

6    A   The crowd just overran the police line and is now

7    advancing even further towards the doors to the U.S.

8    Capitol.

9         MR. PARKER:  We are paused at 11:39.  We can take

10   this exhibit down.  Can we pull up next Government's

11   Exhibit 304, which is already in evidence.  This is a good

12   opportunity for me to drink some water.

13        All right.  So we got 304 up now.  Can we jump to 53

14   seconds.  And let's play until 1:38.

15        (The videotape was played.)

16   BY MR. PARKER:

17   Q   We will start with that video we just saw.  Where was

18   that taken?

19   A   The beginning of the video was at the bike racks with

20   the police line.

21   Q   And at this point, at 1:38, where is the person filming

22   standing?

23   A   Video was on the east side of the Capitol, and now they

24   are standing at the bottom of the stairs that lead up to

25   the rotunda doors.

1  Q   Circling some individuals (indicating).  What are they

2  doing?

3  A   Those are the police officers that are forming a line

4  to keep the protesters from advancing past that position.

5      MR. PARKER:  Can we jump back just to 1:30 for a

6  second.  Can we play, and I will ask you to pause in just a

7  moment.

8      (The videotape was played.)

9      MR. PARKER:  Can we pause.

10  BY MR. PARKER:

11  Q   Ask you to keep an eye on this officer (indicating).  I

12  am going to ask you what he's doing in about three seconds?

13      MR. PARKER:  If we can play to 1:36.

14      (The videotape was played.)

15  BY MR. PARKER:

16  Q   That officer I circled before, first off, what did he

17  appear like he was holding?

18  A   To me, I would call it a riot shield.

19  Q   What was he doing with that riot shield?

20  A   He came in, to me, to reinforce the other officers and

21  to use that riot shield to hold the line of protesters that

22  were advancing towards the other officers.

23      MR. PARKER:  All right.  Let's play until 2:20.

24      (The videotape was played.)

25      MR. PARKER:  So we are paused at 2:20.

```
1    BY MR. PARKER:

2    Q    Circling someone in the bottom right-hand corner of the

3    screen (indicating).  Who is that?

4    A    The circled person is Rebecca Lavrenz.

5    Q    About how far away from the person filming does it seem

6    like she is?

7    A    She's very close to them.

8         MR. PARKER:  Let's play until 3:44.

9         (The videotape was played.)

10        MR. PARKER:  Can we pause?

11   BY MR. PARKER:

12   Q    See this officer I just circled (indicating)?

13   A    I do.

14   Q    Did you hear him say something?  We can jump back if

15   you like.

16   A    I heard a lot of different things.

17        MR. PARKER:  Let's jump back ten seconds.

18   BY MR. PARKER:

19   Q    And I will ask you to keep an eye on this officer

20   (indicating).

21        MR. ROOTS:  Objection.  This calls for hearsay.

22        THE COURT:  We can have a bench conference.

23        (The following was heard sidebar.)

24        THE COURT:  So the objection is a hearsay objection.

25   I think we have talked a little bit about this.  I will
```

```
 1    say, Mr. Parker, I mean, it's pretty clear to hear what was
 2    being said.  I'm just not sure the value of having him
 3    state -- again, you can play the clip again if you want to.
 4    I understand given present sense impression, it's not for
 5    the truth that's being asserted.  I will note also that the
 6    defense played -- there was a woman who was speaking and
 7    recounted what she had said about people being invited in.
 8         So I mean, both parties here have been playing the
 9    audio clips and stating -- having witnesses state what is
10    said.  But I think that most of the time, it's -- not only
11    is it not for the truth, it's fairly self-evident.
12         So if you want to, you can play it again here, but I
13    am inclined to just sort of cut down on how many times you
14    are going over that.  Okay?
15         MR. PARKER:  Yes, Your Honor, I understand that.  I
16    am not going to belabor the point in asking the witness
17    many more times about what someone says.  I will also note,
18    beyond it being a present sense impression, it's a
19    directive.  It's not even a, you know, declarative
20    statement that something would be offered for the truth.
21         But regardless, I will also pause in a moment and
22    show that the defendant is exceptionally close to this
23    officer.
24         THE COURT:  That's fine.
25         MR. PARKER:  And if I -- I understand that Your
```

```
 1    Honor has probably seen many January 6 videos.  Me and

 2    Mr. Roots have probably seen many, many January 6 videos.

 3    While I know sometimes it's stating the obvious, I know

 4    from the jury sometimes, this is new to them, and I would

 5    rather state the obvious than not state it.

 6         THE COURT:  Sure.  No, I get that.  I just think

 7    it's quite -- you are just having him repeat something that

 8    was clearly stated.  And so I mean, if you want to play the

 9    clip, that's fine with me, play it again.  You know, I

10    don't think you need to play it a ton of times.  I just

11    think it's quite clear usually what the person said.  And

12    if you want to make sure the jury hears it, I think it's a,

13    you know -- let's just make sure, hold on, and get that a

14    second time or something as opposed to having him say it.

15    I think -- you know, I'll leave it to you to decide what's

16    more effective, but I think we are just trying to keep

17    things moving.  Let's continue on from here --

18         MR. PARKER:  Thank you, Your Honor.

19         THE COURT:  -- with those directions.

20         (The following was heard in open court.)

21    BY MR. PARKER:

22    Q   All right.  We are going to keep an eye on the same

23    officer.  We are going to listen to what he says.

24         MR. PARKER:  Let's play until 3:44 now.

25         (The videotape was played.)
```

1          MR. PARKER:  Let's actually play till 4:02.

2          (The videotape was played.)

3     BY MR. PARKER:

4     Q   I circled a white hat there.  Whose hat is that?

5     A   The hat is the circled person's, Rebecca Lavrenz.

6     Q   Is that Rebecca Lavrenz?

7     A   Yes.

8     Q   About how close is she to the officer we were just

9     listening to?

10    A   In very close proximity.

11    Q   A couple of feet?

12    A   Yes.

13         MR. PARKER:  Let's play until 4:35.

14         (The videotape was played.)

15    BY MR. PARKER:

16    Q   Circling an individual (indicating).  Who is that?

17    A   The circled person is Ms. Rebecca Lavrenz.

18    Q   Has she gotten back?  Has she gone back to where she

19    started the day?

20    A   No, she hasn't.

21    Q   Is she in about the same area where she was a minute

22    ago?

23    A   Yes.

24    Q   Is she still a few feet away from that officer who was

25    yelling?

1    A    Yes, very close.

2         MR. PARKER:  Let's play until 6:43.

3         (The videotape was played.)

4         MR. PARKER:  Can we pause there.

5    BY MR. PARKER:

6    Q    Do you recall earlier seeing in Government's

7    Exhibit 107A we talked about that confrontation that

8    happened on the right side of the steps?  Do you recall

9    talking about that?

10   A    I do.

11   Q    And I believe we talked about the police interacting

12   with someone who had breached the line.  Do you recall

13   that?

14   A    Yes, I do.

15   Q    And did they, in that video we saw, at least briefly

16   detain the individual?

17   A    Yes, that's correct.

18   Q    And where did they direct that individual to go next?

19   A    They directed him to go back on the side of the line

20   where he should have been on the other side of the police.

21   Q    Okay.

22        MR. PARKER:  Can we jump back ten seconds, and I

23   will just ask us all to listen.

24        (The videotape was played.)

25        MR. PARKER:  And if we could keep playing to 6:43,

 1    please.

 2          (The videotape was played.)

 3          MR. PARKER:  Can we pause.

 4    BY MR. PARKER:

 5    Q   Do you see that white hat?

 6    A   I do.

 7    Q   Who is that?

 8    A   That's Rebecca Lavrenz's white hat.

 9          MR. PARKER:  Let's play through 6:51.

10          (The videotape was played.)

11          MR. PARKER:  We can keep playing through 7:50.

12          (The videotape was played.)

13          MR. PARKER:  Pause it.

14          I apologize.  Can we jump back just maybe two

15    seconds.  And can we frame forward.

16          Okay.  Can we stop there.

17    BY MR. PARKER:

18    Q   Same question as before.  I circled the person wearing

19    a white hat.  Who is that?

20    A   That's Rebecca Lavrenz's hat and headband with

21    antennas.

22          MR. PARKER:  Let's keep playing through 7:50 now.

23          (The videotape was played.)

24    BY MR. PARKER:

25    Q   What did the crowd just do?

```
 1    A   So the crowd was just then successful pushing past the
 2    police line and advancing towards the U.S. Capitol doors.
 3    Q   And where, at least the front of the crowd, where are
 4    they at this point?
 5    A   The crowd is at the top of the stairs now of the U.S.
 6    Capitol.
 7        MR. PARKER:  Let's take this exhibit down and let's
 8    pull up Government's Exhibit 306, which I believe is
 9    already in evidence.  We are going to watch this video in a
10    second, but let's just go frame by frame for a moment.
11        Let's stop there.
12    BY MR. PARKER:
13    Q   First off, what are we looking at here?
14    A   So we are looking at the steps leading up to the
15    rotunda doors, the U.S. Capitol.  That's the crowds
16    advancing even further towards the top of the stairs.
17    Q   I have circled an individual wearing a white hat.
18    Who's that?
19    A   The circle is Rebecca Lavrenz.
20    Q   Where is she going here?
21    A   She's advancing up the stairs towards the U.S. Capitol.
22        MR. PARKER:  Let's jump back up to the beginning of
23    this, and let's play the first 45 seconds of this video.
24        (The videotape was played.)
25        MR. PARKER:  Okay.  We can take this exhibit down.
```

1    BY MR. PARKER:

2    Q    Have you reviewed videos that showed the defendant once

3    she got to the top of the rotunda steps?

4    A    Yes, I have.

5         MR. PARKER:  Can we pull up Government's

6    Exhibit 312, which I don't believe is in evidence yet.

7    BY MR. PARKER:

8    Q    And we are only going to watch a couple seconds of

9    this, but just generally, to lay a foundation, have you

10   reviewed this video?

11   A    Yes, I have.

12   Q    In general terms, what does it show?

13   A    It shows the protesters and rioters at the top of the

14   stairs leading to the rotunda doors.

15   Q    And have you reviewed CCTV, Capitol CCTV, footage of

16   this same area?

17   A    Yes.

18   Q    And is that Capitol CCTV footage consistent with the

19   scene that's shown in this video?

20   A    Yes, it is.

21   Q    Is this video what we would call an open source video?

22   A    It is.

23   Q    In just broad terms, what does open source mean?

24   A    Basically it's open to anybody.  It's on the internet

25   or publicly available.

1    Q    And in this video, have you identified -- have you seen

2    the defendant?

3    A    I have.

4    Q    Okay.

5         MR. PARKER:  Your Honor, we would move to admit

6    Government's Exhibit 312.

7         THE COURT:  Mr. Roots?

8         MR. ROOTS:  No objection.

9         THE COURT:  Okay.  Admitted and publish to the jury.

10        (Government's 312 received in evidence.)

11   BY MR. PARKER:

12   Q    Before we start playing, is this video a little bit

13   blurry?

14   A    It is.

15   Q    Is it helpful at times to go frame by frame?

16   A    Absolutely.

17   Q    We are only going to watch a little bit, although it

18   will be frame by frame.

19        MR. PARKER:  Let's jump to 1:36.

20        We are at 1:36.

21   BY MR. PARKER:

22   Q    I am just circling a sign.  General terms, what does

23   that sign appear to show?

24   A    It's a QAnon sign or a sign with a red Q on it.

25   Q    It's sort of a blue and red sign, is that fair to say?

1    A   Yes.

2    Q  Let's jump to -- the person holding the sign, are they

3  on the rotunda steps?

4    A   Are they off the steps?

5    Q   Are they on the steps?

6    A   To me, yeah, they are at the top or on the landing.

7         MR. PARKER:  Let's jump to 2:17.  Can we play for

8  just one second.

9         (The videotape was played.)

10  BY MR. PARKER:

11    Q   I'm going to ask you to keep an eye on this balcony,

12  and in particular, this area in the balcony (indicating).

13         MR. PARKER:  Can we play to 2:23.

14         (The videotape was played.)

15         MR. PARKER:  So we are paused at 2:23.  Can we just

16  frame forward one or two frames.

17         Okay.  Let's stop here.

18  BY MR. PARKER:

19    Q   Like we said, is this a little bit blurry?

20    A   It is.

21    Q   Circling an individual here (indicating).  What does

22  that individual appear to be wearing as best you can tell?

23    A   A white hat.

24    Q   Are you able to see anything on the sleeves that is

25  distinctive?

1    A    Yes, I am.

2    Q    What's that?

3    A    So it's a dark-colored coat or outer garment with

4    distinctively white cuffs.

5    Q    Is that similar to what Ms. Lavrenz was wearing on

6    January 6?

7    A    Yes, it is.

8    Q    And we watched that video, Government's Exhibit 306, a

9    moment ago.  Am I right to say that video showed

10   Ms. Lavrenz going up the rotunda steps?

11   A    Yes.

12   Q    Is this on the same side of the rotunda steps where we

13   saw Ms. Lavrenz in that video?

14   A    Yes, the same, east side of the Capitol, same steps.

15   Q    The same side, so I guess maybe this is helpful.  I'm

16   kind of drawing a line up.  Is that roughly parallel to how

17   the steps run?

18   A    Yes.  I understand now.  Yes, it's the same side.

19   Q    Okay.

20        MR. PARKER:  We will jump away from this for just

21   one second to help orient us.  Can we pull up Government's

22   Exhibit 208, which I believe is in evidence.

23   BY MR. PARKER:

24   Q    Do you recognize this exhibit?

25   A    I do.

1    Q    Is this generally the area that we were just talking

2    about (indicating)?

3    A    It is.

4    Q    I circled the structure in the middle (indicating).

5    What is that?

6    A    Those are the rotunda doors.

7         MR. PARKER:  Okay.  So let's jump back to 312, and

8    let's go back to 2:23.

9         And if we can just play one second, actually.

10        (The videotape was played.)

11        MR. PARKER:  Okay.  Let's frame forward.

12        Okay.  Let's pause right there.

13   BY MR. PARKER:

14   Q    We are paused at 2:23.  Is this the individual we were

15   just talking about?

16   A    Yes, it is.

17   Q    Based on what she's wearing and where she is, are you

18   able to identify her?

19   A    I am.

20   Q    Who is that?

21   A    Rebecca Lavrenz.

22        MR. PARKER:  Okay.  Can we play just one additional

23   second here.

24        (The videotape was played.)

25        MR. PARKER:  Let's pause there.

1    BY MR. PARKER:

2    Q    To help orient us in a moment, I'm just going to point

3    out a few other people here.  I circled an individual who's

4    next to the defendant (indicating).  What color jacket is

5    that person wearing?

6    A    A red jacket.

7    Q    Circling an individual a little further down the

8    balcony (indicating).  What color jacket is that person

9    wearing?

10   A    A white jacket.

11   Q    Circling this item that is towards the end of the

12   balcony (indicating).  What is that?

13   A    It's a flagpole hanging off the balcony.

14   Q    Okay.

15        MR. PARKER:  We can take this down.

16        Let's pull up Government's Exhibit 311, please.  And

17   can we go to 59 seconds.  Can we please frame forward.

18        Let's stop right here.

19   BY MR. PARKER:

20   Q    I circled an item at the sort of center bottom of the

21   screen.  Did we see that in the last exhibit?

22   A    Yes, we did.

23   Q    What color is that?

24   A    It's a blue sign with a red Q.

25   Q    Circling this item that's toward the end of that

1   balcony, did we see that in the last exhibit as well?

2   A   We did.

3   Q   What is that again?

4   A   It's the flagpole with a flag on it.

5   Q   Circling an individual here (indicating).  What color

6   jacket are they wearing?

7   A   A red jacket.

8   Q   Does this appear similar to a person we saw in the last

9   exhibit?

10   A   It does.

11   Q   And last one of these, circling the individual here

12   (indicating).  What color jacket has he got on?

13   A   A white jacket.

14   Q   Does he appear similar and in a similar place to an

15   individual in a white jacket we saw last time?

16   A   Yes.

17   Q   Based on the location of that sign, the flagpole that's

18   hanging off the end of the balcony, the individual in the

19   red jacket, the individual in the white jacket being in

20   generally the same location, does that tell you the video

21   we just watched in Government's Exhibit 312 and this

22   Exhibit 311 are from approximately the same time?

23   A   Yes, it does.

24       MR. PARKER:  Okay.  And can we just keep framing

25   forward for a second.

```
1    BY MR. PARKER:

2    Q    And I will ask you to keep an eye on this area

3    (indicating).

4              (The videotape was played.)

5              MR. PARKER:  Can we pause here.

6    BY MR. PARKER:

7    Q    Circling an individual in a white hat (indicating).

8    What color hat was Ms. Lavrenz wearing on January 6?

9    A    White.

10   Q    Did Ms. Lavrenz have something on top of her hat on

11   January 6?

12   A    She did.

13   Q    Does it appear that this individual has something on

14   top of their hat?

15   A    Yes, it does.

16   Q    Is this individual standing approximately in the same

17   area where we saw Ms. Lavrenz standing on the balcony in

18   Government's Exhibit 312?

19   A    Yes, yes, same location.

20   Q    Based on all of that, who do you understand this

21   individual to be?

22   A    That person I understand to be Rebecca Lavrenz.

23   Q    And sort of roughly speaking, how far away is she from

24   the person filming?

25   A    She's in close proximity, a few yards away.
```

1    Q   And is she on that balcony that we just talked about in

2    Government's Exhibit 208?

3    A   Yes, on the balcony.

4        MR. PARKER:  Can we go to 3 minutes and 52 seconds?

5    BY MR. PARKER:

6    Q   We are not going to play this entire video.  We will

7    just play maybe about two more minutes.

8        MR. PARKER:  Can we play through 5:32.

9        (The videotape was played.)

10       MR. PARKER:  I actually asked us to pause at 4:11.

11   BY MR. PARKER:

12   Q   What did we see happening here?

13   A   The glass on the door is being broken.

14       MR. PARKER:  Let's play through 5:32, please.

15       (The videotape was played.)

16       THE COURT:  Can you pause.  I was going to ask you

17   to turn down the volume.

18       MR. PARKER:  Can we jump back maybe five seconds and

19   play again.

20       I apologize.  This video is a little bit louder.

21       (The videotape was played.)

22       MR. PARKER:  I'm sorry.  Can we play through 5:32,

23   please.

24       (The videotape was played.)

25       MR. PARKER:  Can we pause, actually.  I apologize.

1    Can we jump back about ten seconds, and don't play yet.

2    BY MR. PARKER:

3    Q    I am going to ask you to keep an eye on this area of

4    the screen (indicating).

5         MR. PARKER:  Can we play.

6         (The videotape was played.)

7         MR. PARKER:  Can we pause.

8    BY MR. PARKER:

9    Q    So we are paused at 5:20.  What just happened in that

10   area of the screen that I circled?

11   A    From what I saw, I saw a protester or rioter deploying

12   pepper spray towards the police officers.

13        MR. PARKER:  All right.  Let's play until -- can we

14   jump back just five seconds and then play till 5:32.

15        (The videotape was played.)

16   BY MR. PARKER:

17   Q    Did you hear Lieutenant Van Benschoten testify this

18   morning?

19   A    Yes, I did.

20   Q    And did you hear him testify about a flash-bang that

21   went off in this area?

22   A    I did.

23   Q    Did you hear that just go off in this clip we just

24   watched?

25   A    Yes, I did.

1   Q   Did you hear the crowd react?

2   A   Yes.

3       MR. PARKER:  We are just going to play about 40 more

4   seconds of this.  Can we play through 6:12.

5       (The videotape was played.)

6       MR. PARKER:  We are paused at 6:12.

7   BY MR. PARKER:

8   Q   I am circling the rotunda doors (indicating).  What did

9   we see just happen there?

10  A   Saw a violent confrontation between the rioters and the

11  police, and then the doors were breached.

12  Q   And do you recall around one minute into this video

13  identifying the defendant?

14  A   I do.

15  Q   And approximately how far away from the person filming

16  did you say she was?

17  A   She's very close to the person filming.

18  Q   And has that person filming stayed in roughly the same

19  location throughout this whole video?

20  A   Yes.

21      MR. PARKER:  We can take this exhibit down.

22  BY MR. PARKER:

23  Q   Have you reviewed videos that showed the defendant

24  inside the United States Capitol on January 6?

25  A   Yes, I have.

```
 1              MR. PARKER:  Let's pull up Government's Exhibit 108,

 2       which is in evidence, and can we go to 24:35.

 3       BY MR. PARKER:

 4       Q    Can you read the time stamp that's in the top left-hand

 5       corner here?

 6       A    Yes, 2:42 p.m.

 7       Q    And I hate to get specific, how many seconds?

 8       A    35 seconds.

 9       Q    Thank you.

10              MR. PARKER:  Can we play through 25:11.

11              (The videotape was played.)

12       BY MR. PARKER:

13       Q    And I will ask you to keep an eye on this right side of

14       the doorway (indicating).

15              (The videotape was played.)

16       BY MR. PARKER:

17       Q    While this is playing, orient us.  This doorway, what

18       are these doors?

19       A    These are what I have been referring to as the rotunda

20       doors.

21       Q    Okay.  Let's keep an eye on that right side.

22              MR. PARKER:  Let's pause just one second.

23       BY MR. PARKER:

24       Q    Circling an individual in a white hat (indicating).

25       Who is that?
```

```
 1    A    Rebecca Lavrenz.

 2    Q    What's the time stamp in the top left-hand corner?

 3    A    January 6, 2:43:09 p.m..

 4    Q    Where is Ms. Lavrenz right now when we paused?

 5    A    She's just entering the threshold of the U.S. Capitol.

 6         MR. PARKER:  Let's keep playing through 25:25.

 7         (The videotape was played.)

 8         MR. PARKER:  Actually, can we jump back ten seconds

 9    please.

10    BY MR. PARKER:

11    Q    I am going to ask you to keep an eye on these officers

12    here (indicating).

13         MR. PARKER:  Can we please play again.

14         (The videotape was played.)

15    BY MR. PARKER:

16    Q    So did you see -- what did you see Ms. Lavrenz do in

17    that video?

18    A    She proceeded past the threshold and continued further

19    inside the U.S. Capitol.

20    Q    Did she stop and have a conversation with those

21    officers as she entered?

22    A    No, she did not.

23    Q    And can you just circle her on the screen right now to

24    orient us.

25    A    Circle Ms. Lavrenz?
```

1    Q    Yes, please.

2    A    Okay (indicating).

3    Q    Just for the record, you have circled a woman standing

4    on the stairway to the right side of the screen.

5         Looking back at the rotunda doors, what are the

6    officers doing at this point?

7    A    They are continuing to try to maintain peace and

8    control of the Capitol and keep people from coming inside.

9    They are actively sending some people out right now as they

10   can.

11   Q    Circling an individual in the middle of screen

12   (indicating).  Does it look like he's wearing something on

13   his face?

14   A    Yes, it does.

15   Q    What does it look like he's wearing?

16   A    Some type of gas mask.

17   Q    Circling an individual on the left side of the screen

18   (indicating).  Does it appear like that individual is

19   holding something, and I will point to this item in

20   particular, if you are able to tell?

21   A    I see a flag in his hand there and something in his

22   left hand.

23        MR. PARKER:  Okay.  Let's go ahead and play till

24   25:40.

25

1    BY MR. PARKER:

2    Q    And I will ask you to keep an eye on the rotunda doors

3    again.

4            (The videotape was played.)

5    BY MR. PARKER:

6    Q    What have the officers in the doors been doing?

7    A    So they have been, like we previously talked about,

8    trying to maintain control and sending people outside.

9    Q    And circling an individual --

10           MR. PARKER:  Actually, why don't we jump back ten

11    seconds.

12    BY MR. PARKER:

13    Q    Okay.  This time, let's keep an eye on the defendant.

14           (The videotape was played.)

15    BY MR. PARKER:

16    Q    In that clip, had you seen some people who were inside

17    walk outside?

18    A    Yes, I have.

19    Q    Was the defendant one of those people?

20    A    No.

21           MR. PARKER:  And we are paused at 25:40.

22    BY MR. PARKER:

23    Q    Circled an individual on the right side of the screen

24    (indicating).  Is that Ms. Lavrenz?

25    A    It is.

1    Q   Is she about to walk off screen for a couple of

2    seconds?

3    A   Yes.

4         MR. PARKER:  Okay.  Let's jump to 26:42.

5    BY MR. PARKER:

6    Q   I will ask you to keep an eye on this same stairway

7    (indicating).

8         MR. PARKER:  Can we play to 27:05.

9         (The videotape was played.)

10   BY MR. PARKER:

11   Q   Did the defendant just come back on screen?

12   A   Yes.

13        MR. PARKER:  And can we pause.

14   BY MR. PARKER:

15   Q   Is that the defendant (indicating)?

16   A   It is.

17        MR. PARKER:  Let's keep playing through 27:05.

18        (The videotape was played.)

19   BY MR. PARKER:

20   Q   Circling -- actually, it's probably easier to do this.

21   I put a dot on two individuals.  Who do those individuals

22   appear to be?

23   A   U.S. Capitol Police officers.

24   Q   Are there at least -- and I circled a group of

25   individuals near the doorway (indicating).  Are there some

1    individuals who appear to be facing out?

2    A    Yes.

3    Q    And have you seen some individuals walk outside?

4    A    I have.

5    Q    Is the defendant one of those individuals?

6    A    No.

7         MR. PARKER:  Let's play ten more seconds, and we

8    will keep an eye on the defendant.

9         (The videotape was played.)

10        MR. PARKER:  We are paused at 27:15.

11   BY MR. PARKER:

12   Q    What did we just see the defendant do?

13   A    She proceeded to come down the stairs and into the

14   rotunda area of the U.S. Capitol.

15   Q    And what's the time stamp in the top left-hand corner?

16   A    So at 2:45:14 p.m.

17        MR. PARKER:  We can take this down.  And can we pull

18   up Government's Exhibit 111.  Can we jump to 3:42 into

19   this.  And I believe this is in evidence.

20        So we are at 3:42.

21   BY MR. PARKER:

22   Q    I circled an individual on the top left-hand side of

23   the screen (indicating).  What does it appear that that

24   individual is wearing?

25   A    A white hat and a dark jacket.

```
1    Q   Let's keep an eye on that individual.

2         MR. PARKER:  Can we play through 4:03.

3         (The videotape was played.)

4    BY MR. PARKER:

5    Q   Can you circle that person again.

6    A   Yes, (indicating).

7    Q   And have you reviewed this video in its entirety

8    before?

9    A   I have.

10   Q   Are you able to identify who that is?

11   A   Yes.

12   Q   Who is that?

13   A   Rebecca Lavrenz.

14   Q   Where is Ms. Lavrenz right now?

15   A   She's in the rotunda of the U.S. Capitol.

16   Q   You don't need to put an exact number on it.  How many

17   people are in the rotunda at this point?

18   A   A hundred or more.

19   Q   And are those people other rioters?

20   A   Mostly rioters, maybe some police on the perimeter.

21        MR. PARKER:  Let's play through 5:10.

22        (The videotape was played.)

23        MR. PARKER:  Can we pause just for one moment.

24   BY MR. PARKER:

25   Q   Help orient us.  Is that where the defendant is?
```

1    A   Yes.

2         MR. PARKER:  Let's play through 5:10.

3         (The videotape was played.)

4    BY MR. PARKER:

5    Q   So we are paused at 5:10.  Can you circle where the

6    defendant is.

7    A   (Indicating.)

8    Q   In relationship to this Capitol CCTV camera that we are

9    watching, what direction has the defendant been walking

10   generally?

11   A   She's been walking around the rotunda from our left to

12   the right and kind of back to the left.

13   Q   Has she been getting closer or further from this

14   camera?

15   A   She's getting closer now.

16   Q   And looking down here (indicating), have you seen other

17   individuals exiting the screen in that direction?

18   A   I have.

19        MR. PARKER:  Okay.  Let's keep playing through 5:18.

20   BY MR. PARKER:

21   Q   And let's keep an eye on the defendant.

22        (The videotape was played.)

23   BY MR. PARKER:

24   Q   What did we just see the defendant do?

25   A   She just exited the bottom of the screen so out of

1    camera view.

2    Q    And what's the time stamp in the top left corner?

3    A    2:47:18 p.m.

4         MR. PARKER:  We can take this exhibit down.

5    BY MR. PARKER:

6    Q    Have you reviewed other exhibits that showed the

7    defendant inside the rotunda?

8    A    I have.

9         MR. PARKER:  Let's pull up Government's Exhibit 308,

10   which is in evidence.  And can we jump to 13 seconds.  And

11   I will ask that we play until 23 seconds.

12        (The videotape was played.)

13        MR. PARKER:  Let's frame forward for just a second.

14   Okay.  Let's pause.  Can we do one more frame.  Okay.

15   Let's pause here.

16   BY MR. PARKER:

17   Q    First off, where is this footage being taken?

18   A    It's currently in the rotunda.

19   Q    I circled an individual towards the middle left of the

20   screen (indicating).  Do you recognize that person?

21   A    I do.

22   Q    Who is that?

23   A    That's Rebecca Lavrenz.

24        MR. PARKER:  Let's play to 29 seconds.

25        (The videotape was played.)

1    BY MR. PARKER:

2    Q    I circled an individual toward the middle of the screen

3    (indicating).  We are paused at 29 seconds.  Do you see

4    that person wearing the white hat?

5    A    I do.

6    Q    What kind of footwear does that person have on?

7    A    Tall dark brown boots.

8    Q    Who is that individual?

9    A    Rebecca Lavrenz.

10        MR. PARKER:  We are going to play just the remainder

11   of this video.

12        (The videotape was played.)

13        MR. PARKER:  Can we pull up Government's Exhibit 216

14   just to help reorient ourselves to where we are.

15   BY MR. PARKER:

16   Q    Do you recognize this map?

17   A    I do.

18   Q    Okay.  You don't need to circle the exact spot, but

19   where -- the past two exhibits we looked at, where were

20   those taken?

21   A    The last two exhibits were in the rotunda, so right in

22   the middle here (indicating).

23   Q    And in the CCTV footage, I believe we saw the defendant

24   walk off screen to the bottom of the camera, is that

25   correct?

```
 1    A    Correct.

 2    Q    Do you know which direction the defendant headed in the

 3    Capitol?

 4    A    I do.

 5    Q    Where did she go?

 6    A    She went, if you are looking at this towards our left,

 7    which would be the Senate side, down this way (indicating).

 8    Q    Is that what's labeled the north hall?

 9    A    Yes.

10    Q    Okay.

11        MR. PARKER:  We can take this down.  Let's pull up

12    Government's Exhibit 310.

13    BY MR. PARKER:

14    Q    To help orient us, where approximately was this taken?

15    A    In the hallway.  I just drew a line on in that area

16    (indicating).

17    Q    Is that the hallway that's looking at that map to the

18    left of the rotunda?

19    A    Yes, looking at the map, to the left.

20    Q    On the Senate side?

21    A    Yes.

22        MR. PARKER:  Can we play just the first four seconds

23    of this.

24        (The videotape was played.)

25
```

1    BY MR. PARKER:

2    Q   I'm circling a group of individuals at the end here

3    (indicating).  Generally speaking, who are they?

4    A   They are police officers.

5    Q   And circling another group of individuals (indicating).

6    Who are they?

7    A   Protesters or rioters.

8    Q   And this is in that north hall that we just talked

9    about?

10   A   Correct.

11   Q   Okay.

12        MR. PARKER:  Let's go ahead and play until 12

13   seconds.

14   BY MR. PARKER:

15   Q   I'm going to ask you to keep an eye on those officers

16   we just talked about.

17        (The videotape was played.)

18        MR. PARKER:  Can we jump back just two seconds.

19   BY MR. PARKER:

20   Q   Circling these officers (indicating).  What did it

21   appear like they were doing in this exhibit?

22   A   They were definitely trying to keep the rioters back

23   and deploying pepper spray to help them do that.

24        MR. PARKER:  Okay.  Let's play to 25 seconds and

25   then pause.

```
 1                (The videotape was played.)

 2                MR. PARKER:  Can we frame forward.

 3                Okay.  Let's stop.  One more frame forward.  Okay.

 4     Let's stop there.

 5     BY MR. PARKER:

 6     Q    Circled an individual in a white hat in the middle of

 7     the screen (indicating).  Who is that?

 8     A    Rebecca Lavrenz.

 9     Q    Is she there by herself?

10     A    No, she's not.

11     Q    Who else is with her?

12     A    A bunch of other rioters.

13                MR. PARKER:  Let's just play the rest of this video.

14                (The videotape was played.)

15     BY MR. PARKER:

16     Q    Okay.  So earlier we looked at CCTV footage from the

17     rotunda.  Do you recall that?

18     A    I do.

19     Q    And does it sound about right that the defendant went

20     off screen at about 2:47 p.m.?

21     A    That's correct.

22     Q    Okay.  Did the defendant eventually reenter the

23     rotunda?

24     A    Yes, she did.

25                MR. PARKER:  Can we pull up Government's
```

1 Exhibit 111.  This time let's jump to 8:35.

2 BY MR. PARKER:

3 Q Easy to get lost in the Capitol.  Is this the same CCTV

4 footage we were watching before of the rotunda?

5 A Yes.

6   MR. PARKER:  Can we play till 8:47.

7   (The videotape was played.)

8   MR. PARKER:  We are paused at 8:47.

9 BY MR. PARKER:

10 Q What is the time stamp in the top left-hand corner?

11 A 2:50:47 p.m.

12 Q Do you see the defendant on the screen?

13 A I do.

14 Q Can you circle her.

15 A (Indicating.)

16 Q Is the defendant -- she's reentered the screen.  Is

17 that from the same direction we saw her exit the last time

18 we watched this exhibit?

19 A Yes, it is.

20   MR. PARKER:  Let's play until 9:14.

21   (The videotape was played.)

22   MR. PARKER:  Can we pause just briefly.

23 BY MR. PARKER:

24 Q Circled an individual in a white hat towards the left

25 side of the screen (indicating).  Who is that?

1    A    Rebecca Lavrenz.

2    Q    What did she just do in the clip we watched?

3    A    She just walked from the bottom of the screen up to her

4    left and was approaching the door right in front of her.

5    Q    Is that the same door she came in before?

6    A    Yes, it is.

7         MR. PARKER:  We can take this down.

8         Let's pull up Government's Exhibit 108.  Can we go

9    to 33:31.

10   BY MR. PARKER:

11   Q    Circling an individual on the bottom of the screen

12   (indicating).  Do you recognize that hat and headband?

13   A    Yes, I do.

14   Q    Who is that?

15   A    Rebecca Lavrenz.

16   Q    Okay.

17        MR. PARKER:  Let's go ahead and play.

18        I'm sorry.  One more thing.  Can we pause.

19   BY MR. PARKER:

20   Q    Circling two individuals right here (indicating).  What

21   does it appear like they are wearing?

22   A    Those two individuals, one has a helmet, and both of

23   them have some kind of tactical vest on their upper body.

24        MR. PARKER:  Okay.  Let's keep playing.

25        (The videotape was played.)

```
1          MR. PARKER:  Let's pause here.

2     BY MR. PARKER:

3     Q    Is the defendant still on the screen?

4     A    She is.

5     Q    Can you circle her.

6     A    (Indicating.)

7     Q    In that portion of the clip we just played, have other

8     rioters been exiting the U.S. Capitol?

9     A    Yes.

10    Q    Did the defendant immediately exit after she reentered

11    the east foyer?

12    A    No.

13         MR. PARKER:  Let's play to 34:47.

14         (The videotape was played.)

15    BY MR. PARKER:

16    Q    Can you circle the defendant in this video?

17    A    (Indicating.)

18    Q    We don't have audio, but what does it appear generally

19    like she's doing?

20    A    She's exiting, and as she's in the threshold, she's

21    talking to a U.S. Capitol Police officer.

22         MR. PARKER:  Let's play just a couple more seconds

23    of this video.

24         (The videotape was played.)

25         MR. PARKER:  We can pause here.
```

1    BY MR. PARKER:

2    Q   Can you read the time stamp in the top left-hand

3    corner?

4    A   Yes, 2:53:05 p.m.

5    Q   Is the defendant still inside the U.S. Capitol, or has

6    she left?

7    A   She's exited just past the threshold.

8    Q   Now, we talked about on the way in.  Did she have any

9    conversations, it appeared like, with the Capitol Police on

10   the way in?

11   A   No, not on the way in.

12   Q   Only on the way out?

13   A   Correct.

14        MR. PARKER:  All right.  So we can take this exhibit

15   down.

16   BY MR. PARKER:

17   Q   Since January 6, has the defendant given any media

18   interviews that you are aware of?

19   A   Yes, she has.

20   Q   And have you reviewed some of those media interviews?

21   A   Yes, I have.

22   Q   During those interviews, did the defendant make

23   statements about being at the Capitol on January 6?

24   A   Yes, she did.

25   Q   And about entering the U.S. Capitol?

```
1    A    Yes.

2    Q    And about the bike rack barriers that were up?

3    A    Yes.

4    Q    Was one of those interviews with a talk show of sorts

5    called The Tavern?

6    A    Yes, it was.

7         MR. ROOTS:  Your Honor, we have an issue with

8    headphones.

9         THE COURT:  Okay.

10        (The following was heard sidebar.)

11        THE COURT:  Are you saying the headphones just

12   aren't working?  We will take a look at it.

13        MR. PIERCE:  I could use a break, Your Honor,

14   restroom break.

15        THE COURT:  One second.  How long do you anticipate

16   this person is going to go on for, 10 minutes, 20 minutes,

17   5 minutes?

18        MR. PARKER:  I think 10 minutes.  We have three

19   clips.  All three are short.

20        THE COURT:  And that's the end of this witness's

21   testimony from you or no?

22        MR. PARKER:  Oh, yes, that's correct.

23        THE COURT:  Mr. Pierce, can you hold on for ten

24   minutes?  We are close to the end here.

25        MR. PIERCE:  I was in the Army.  I can make it.
```

```
 1            THE COURT:  Ms. Lavrenz, is the headset working or
 2     no?
 3            You have to press down on the button to talk.
 4            MR. PARKER:  Your Honor, there's no opposition from
 5     the government if this is a time to take a break.
 6            THE COURT:  No, I want to get through the ten
 7     minutes.
 8            Ms. Lavrenz, is the headset working or no?
 9            MR. ROOTS:  She says she cannot hear.
10            THE COURT:  So we are playing the clips here.  We
11     will try with a couple other headsets.  Let's try that.
12            Can we -- Ms. Lavrenz, are you able to hear if we
13     just make sure to speak in the microphone for just this
14     next few minutes, and then we can work on it in the break?
15            Mr. Roots, do you want to talk to her about that?
16            How's that, Ms. Lavrenz?
17            Mr. Roots, do you want to just ask her about that?
18     Does that make sense, Mr. Roots?
19            MR. ROOTS:  She thinks this one might be working.
20            THE COURT:  Okay.  That sounds good.  Great.  Thank
21     you.
22            (The following was heard in open court.)
23            THE COURT:  Thanks for bearing with us.  Just some
24     technical difficulties.
25            You can proceed.
```

1          MR. PARKER:  Thank you, Your Honor.

2    BY MR. PARKER:

3    Q    I believe the last question I asked was, was one of the

4    interviews that the defendant gave since January 6 with

5    some sort of talk show called the Tavern?

6    A    Yes, it was.

7    Q    And do you know the exact date when that happened?

8    A    Sometime around March 15.

9          MR. PARKER:  Your Honor, we might need to get on the

10   phones.

11         MR. ROOTS:  She now says she can't hear.

12         THE COURT:  Okay.

13         (The following was heard sidebar.)

14         THE COURT:  Mr. Roots, can the two of you talk.

15         But my request was that if we just try with the

16   microphones, Ms. Lavrenz, are you able to hear if we are

17   using the microphones without the headset?

18         I can't hear you talking.  You got to press the

19   button down.

20         MR. PARKER:  Her phone might not be able to speak,

21   Your Honor.

22         MR. PIERCE:  Yeah, that phone doesn't speak.

23         THE DEFENDANT:  Hello?

24         THE COURT:  Hi.  I can hear you now.  Thank you.  So

25   I want to know if we use the -- if we just -- we have a

```
 1    couple minutes here with the clips.  If we use the
 2    microphones and we direct them to, are you able to hear, or
 3    do you feel like without the headset you won't be able to?
 4    I need you to be honest with me.  So you tell me.
 5              THE DEFENDANT:  I will try it.  I'll see.
 6              THE COURT:  Okay.
 7              (The following was heard in open court.)
 8              THE COURT:  Let's just make sure we are speaking
 9    into the microphone.
10              MR. PARKER:  Understood, Your Honor.
11              THE COURT:  Okay.  Great.  Thank you.
12    BY MR. PARKER:
13    Q   Special Agent Smith, I will ask that you speak closer
14    to the microphone as well.
15    A   Okay.
16    Q   So we were talking about an interview with a talk show
17    of sorts called The Tavern, is that right?
18    A   Yes.
19    Q   And I think my last question was, do you know the exact
20    date when that interview took place?
21    A   It was approximately March 15, 2024.
22    Q   So in the past two weeks or so?
23    A   Yes.
24              MR. PARKER:  Can we pull up Government's
25    Exhibit 503.
```

```
1    BY MR. PARKER:

2    Q   Do you recognize this exhibit?

3    A   Yes, I do.

4    Q   What is this?

5    A   It's a 30-second clip from that video we have been

6    talking about, The Tavern video.

7    Q   Have you reviewed the entire Tavern video?

8    A   Yes, I have.

9    Q   And is this clip one that is relevant to your

10   investigation in this case?

11   A   Yes.

12   Q   Is this a fair and accurate -- is this clip a fair and

13   accurate portion of The Tavern interview?

14   A   Yes, it is.

15        MR. PARKER:  Your Honor, we would move to admit

16   Government's Exhibit 503.

17        THE COURT:  Mr. Roots?

18        MR. ROOTS:  Objection, unless we have more

19   information.

20        THE COURT:  We can have a bench conference.

21        (The following was heard sidebar.)

22        THE COURT:  Go ahead, Mr. Roots.

23        MR. ROOTS:  Yeah, I don't know what they are trying

24   to show with this.  How is this relevant?

25        THE COURT:  Well, do you want to give us a proffer
```

1    what you expect the testimony to say.

2         MR. PARKER:  Yes, Your Honor.  In this clip the

3    defendant will say, I saw the bike rack barriers on

4    January 6, and I obeyed them at that time.

5         THE COURT:  Now it is a statement by defendant, and

6    it goes to, you know, the elements of whether or not she,

7    you know, proceeded through it.  It sounds like it might be

8    something that could be helpful to you as well depending

9    how it's portrayed, so I am going to go ahead and permit

10   it.  Go ahead.

11        (The following was heard in open court.)

12        MR. PARKER:  We would move to admit Government's

13   Exhibit 503.

14        THE COURT:  Admitted over the objection, and it can

15   be published.

16        (Government's 503 received in evidence.)

17   BY MR. PARKER:

18   Q   Let's go ahead -- first off, who's on the right side of

19   the screen here (indicating)?

20   A   On the right is Rebecca Lavrenz.

21        MR. PARKER:  Okay.  Let's play this exhibit in its

22   entirety.

23        (The videotape was played.)

24        MR. PARKER:  We can take this exhibit down.

25        Can we pull up Government's Exhibit 504.

```
 1   BY MR. PARKER:
 2   Q    Is this another clip from The Tavern interview?
 3   A    Yes, it is.
 4   Q    This is an interview that the defendant gave in the
 5   last two weeks?
 6   A    Yes.
 7   Q    In this clip does the defendant discuss -- -- strike
 8   that.
 9        Does the defendant mention being at the Capitol on
10   January 6 in this video?
11   A    Yes, she does.
12        MR. PARKER:  Your Honor, we would move to admit
13   Government's Exhibit 504.
14        THE COURT:  Mr. Roots?
15        MR. ROOTS:  Same objection.
16        THE COURT:  Okay.  I will, over the standing
17   objections to all of these clips from the interview, I will
18   note that, that it's standing, but I will overrule it and
19   allow it to be played and admitted and published.
20        (Government's 504 received in evidence.)
21        MR. PARKER:  Okay.  So this is published to the jury
22   panel now.  Let's go ahead and play this clip in the
23   entirety.
24        (The videotape was played.)
25        MR. PARKER:  We can take this exhibit down.
```

1            Can we pull up Government's Exhibit 505.

2    BY MR. PARKER:

3    Q    Last clip we are going to play.  Is this another clip

4    from The Tavern interview?

5    A    Yes, it is.

6    Q    Is that the defendant on the right side of the screen?

7    A    Yes.

8    Q    In this clip does the defendant discuss being inside of

9    the United States Capitol on January 6?

10   A    Yes.

11           MR. PARKER:  We would move to admit Government's

12   Exhibit 505.

13           THE COURT:  Over the standing objection, I will

14   admit and allow it to be published.

15           (Government's 505 received in evidence.)

16           MR. PARKER:  Can we play this clip too.

17           (The videotape was played.)

18           MR. PARKER:  No further questions, Your Honor.

19           THE COURT:  Okay.  Thanks so much.  I think this is

20   a good time for a break, everybody.  So it's 2:56.  Why

21   don't we plan back to be at 3:05.

22           (The jury exited the courtroom at 2:57 p.m.)

23           THE COURT:  You may be seated.  We are in recess.

24           (A recess was taken at 2:57 p.m.)

25           (The jury entered the courtroom at 3:07 p.m.)

```
 1            THE COURTROOM DEPUTY:  Please be seated.
 2            THE COURT:  All right.  We are going to begin with
 3    the cross-examination of the government's witness.
 4            Mr. Roots.
 5                         CROSS EXAMINATION
 6    BY MR. ROOTS:
 7    Q    Good afternoon, Special Agent Smith.
 8    A    Good afternoon.
 9    Q    You have been with the FBI for how long?
10    A    20 years.
11    Q    Now, your rank is special agent.  Is that a mid-level
12    rank, high rank, low rank?
13    A    I would say it's a mid-level rank.  I'm just a special
14    agent, so a regular agent at the FBI.
15    Q    Now, that, the title special agent, is that an
16    upper-level title?
17    A    No, it's not.
18    Q    Is there a such thing as an unspecial agent?
19    A    No, sir.
20    Q    Every agent in the FBI is special?
21    A    Yes.  We are all called special agents.
22    Q    There's no common agents over there?
23            MR. PARKER:  Objection.
24            MR. ROOTS:  I'm just -- all right.
25
```

```
1    BY MR. ROOTS:

2    Q    You said you were at the Denver division, the Colorado

3    Springs unit?

4    A    Yes, sir, the Colorado Springs subofficer, as we call

5    it, resident agency.

6    Q    Okay.  And the defendant in this case, Ms. Lavrenz, is

7    also from that area?

8    A    Yes, she is.

9    Q    Let me ask, how many FBI agents worked on this case?

10   A    There's approximately five agents on my squad, and we

11   all assist each other.  So I would say all five of us have

12   touched a various piece of this.

13   Q    And are they all -- they are all special agents, but

14   are they all in that Colorado, Denver division?

15   A    Yes, sir, all in the Colorado Springs resident agency.

16   Q    Okay.  So you also said you are part of the joint

17   terrorism task force?

18   A    Yes.

19   Q    So that's joint with whom?

20   A    So the joint terrorism task that I specifically work on

21   and most of the United States, we are joint with other

22   federal agencies and also local police departments like

23   sheriff's offices and local police, so they sit with us in

24   the office and we work cases together.

25   Q    Okay.  So is this case what you would call a terrorism
```

1    case?

2         MR. PARKER:  Objection.

3         THE COURT:  We can go to a bench conference.

4         (The following was heard sidebar.)

5         MR. PARKER:  Your Honor, the relevance.  We have

6    strived throughout our presentation of evidence to use

7    terminology that's specific to the offenses charged here.

8    I don't know how the agent characterizing this as a

9    terrorism case is relevant to the charged offenses.

10        MR. ROOTS:  Well, if I could respond, the word

11   terrorism is very, very loaded and it's prejudicial to our

12   client, so we ought to be able to deaden this a little bit.

13        THE COURT:  I agree with you, Mr. Parker, generally,

14   that, you know, you all have been very judicious.  I

15   appreciate that.  You have used pretty even-keeled

16   descriptions.  You are not using terms like riot.  And I

17   think that's what you have to do, so I appreciate you doing

18   that.

19        I do think it is a bit confusing to the jurors,

20   though, if this witness says that he works in the joint

21   terrorism task force.  I think it's logical for them to

22   then infer that perhaps this is a terrorism case.  Who

23   knows what he's going to say.  He may say it is, in which

24   case I think that might not be helpful for the defendant,

25   but he may say it's not.  But I think -- you know, I don't

1     think you have tried to open the door to this, but it's

2     there, it's open.  He said that's where he works.  And I

3     think that in some sense I can understand why Mr. Roots is

4     concerned about prejudicing his client, so I will allow him

5     to ask it.

6            (The following was heard in open court.)

7     BY MR. ROOTS:

8     Q    Okay.  So would you describe this case as a terrorism

9     case?

10    A    No, I would not.

11    Q    So if you are with the joint terrorism task force, you

12    work on cases that aren't necessarily terrorism?

13    A    On occasion, yes.

14    Q    If I could ask, how many cases do you generally work on

15    at one time?

16    A    It varies, the number on our squad, it fluctuates.  We

17    have different types of cases, so...

18    Q    And do you work with the D.C. FBI in these January 6

19    cases?

20    A    Yes, we did.

21    Q    About how many FBI agents are there in D.C.?

22    A    I don't know.

23    Q    If I could ask, how many January 6 cases are in your --

24    in this Colorado, Denver division?

25           MR. PARKER:  Objection.

1          THE COURT:  Okay.  Can we have a bench conference.

2          (The following was heard sidebar.)

3          THE COURT:  Go ahead, Mr. Parker.

4          MR. PARKER:  It's a relevance objection that focuses

5     on this case, not other cases.

6          THE COURT:  I think we are getting pretty far afield

7     here.  I mean, I'm not sure we need to get into the

8     staffing levels of any of these offices.

9          MR. ROOTS:  Understood.

10          THE COURT:  Thank you.

11          (The following was heard in open court.)

12     BY MR. ROOTS:

13     Q    You said you were there at the arrest of Ms. Lavrenz?

14     A    Yes, I was.

15     Q    Did she resist arrest at all?

16     A    No, she did not.

17     Q    And she freely said she had been to D.C. on January 6?

18     A    I did not question her on that day.

19     Q    You read the email that she had sent to, I guess,

20     another agent.  Do you recall that?

21     A    Yes, I do.

22     Q    And she had said, you know, here, attached a picture or

23     something of herself?

24     A    Yes.  I recall the email and the picture that she

25     emailed to the FBI describing what she was wearing that

1    day.

2    Q   So she wasn't hiding anything?

3    A   Not on that email.

4    Q   She didn't try to cover up or conceal that she was

5    there on January 6?

6          MR. PARKER:  Objection.

7          THE COURT:  Let's get on the bench conference.

8          MR. ROOTS:  I will withdraw it.  Asked and answered,

9    I guess.

10         MR. PARKER:  We would move to be strike the

11    question.

12         THE COURT:  That's fine.  We can strike the

13    question.

14         Go ahead.  Take your time, Mr. Roots.

15         MR. ROOTS:  All right.

16    BY MR. ROOTS:

17    Q   Now, there was that video that was played which was

18    Government's 601B, and it was, I guess, a television

19    broadcast.

20         MR. ROOTS:  If we can bring that up, it involved

21    Sidney Powell and some other speakers.

22         Yeah, let's go to the next thing.  It might be 603A.

23    BY MR. ROOTS:

24    Q   So let's just stop, and let me ask you a few questions.

25    First of all, the defendant in this case, Rebecca Lavrenz,

1    was she on this show?

2    A    No, she was not on this video.

3    Q    So she did -- I guess what you are saying is she did

4    nothing other than share this video on Facebook?

5    A    Yeah.  My knowledge, she posted this video for others

6    to view.

7    Q    Okay.  And you would agree with me that these speakers

8    on this show appear to all be in good faith belief and

9    understanding that there were serious problems with the

10   election of 2020?

11           MR. PARKER:  Objection.

12           (The following was heard sidebar.)

13           THE COURT:  Go ahead, Mr. Parker.

14           MR. PARKER:  Your Honor, it's a similar objection to

15   what we have had earlier.  The question is asking the agent

16   to interpret the intent and good faith beliefs of other

17   individuals.

18           THE COURT:  So I think -- I mean, I'm concerned that

19   we are getting back to that area, Mr. Roots, but I

20   understand.  I mean, you have a right to review sort of

21   what's been covered to try to then, you know, cross-examine

22   and take it apart.

23           So terms like good faith, that is describing some

24   sort of value or judgment.  I think what you can say is,

25   you know, this person, Attorney Sidney Powell, are they

1    saying that there's a problem with the election or that

2    they -- you know, their statements.  I mean, you can review

3    that.  I mean, I don't know how much he's going to be able

4    to opine about what Sidney Powell sort of -- he can't,

5    about the underpinnings of that.  But the actual statements

6    themselves, they have been played before, so you can bring

7    it up if you want and then review some of those things.

8    Sure.

9         But we have to limit it to that.  We can't talk

10   about whether or not they are good faith or they make sense

11   or they are held by that person truly.  I mean, it speaks

12   for itself.  She's saying -- and that is what it is.  We

13   can't sort of analyze it by this person.  Okay?

14        MR. ROOTS:  Yeah, it seems like the government is

15   imputing the opinions on this show to our client, and so I

16   think we have, you know, a right to sort of explore this.

17        THE COURT:  Well, what you can do is ask, I think,

18   which you already did, is -- you know, you can go through

19   that and how do you know Ms. Lavrenz believed this, how do

20   you know that -- I mean, I think trying to just limit the

21   testimony to what he knows about this, which he just simply

22   said that Ms. Lavrenz put this on her Facebook page.  I

23   mean, you can tell him you don't know if she agrees with

24   this, you don't know if she believed it, you don't know if

25   she listened to the whole thing or any of these things.  I

1    mean, you know, what he knows is pretty limited, and you

2    can ask him what his knowledge is about that, but he can't

3    start making assumptions.  I mean, that's certainly fair

4    argument, I think, for you in closing to talk about, you

5    know, does everything that people put on their Facebook

6    page, do they agree with everything or not, or is it in

7    good faith, but that is not something he can really speak

8    to.  That's argument for you to make.  Does that make

9    sense?

10          MR. ROOTS:  Okay.

11          (The following was heard in open court.)

12   BY MR. ROOTS:

13   Q   Let me just ask this.  You are the case agent in this

14   case?

15   A   At the current time, yes.

16   Q   And that means that of all the special agents, you are

17   the agent in charge who knows the most about this defendant

18   with regards to these accusations?

19   A   Yes.  At the current time, I am the case agent, and I

20   have reviewed the whole case file and know the file.

21   Q   And you have looked into Ms. Lavrenz's various remarks

22   and statements and things that she said about the event?

23   A   Yes, I have.

24   Q   Let me ask you, in all that universe of things, have

25   you encountered any information that would suggest that she

1    does not hold her positions with regard to the 2020

2    national election in good faith?

3            MR. PARKER:  Objection.

4            THE COURT:  Bench conference.

5            (The following was heard sidebar.)

6            THE COURT:  Go ahead.

7            MR. PARKER:  It's the same objection, Your Honor.

8    It's the same term even.

9            THE COURT:  Yeah, well, I will hear from Mr. Roots.

10   I guess it's maybe slightly different if he's asking about

11   statements of the defendant as opposed to Sidney Powell.

12   And so I am willing to hear from you there.  I don't

13   want -- I'm hesitant, again, terms like good faith because

14   I think we are ascribing values.  But I think you can ask

15   if there have been statements by the defendant about, you

16   know, contradicting, or I guess, what are the statements of

17   the defendant as to, you know, the election and, you know,

18   have you heard varying statements or they have only been

19   the statements that you have, you know, said here, which

20   seem to be that she believes the -- you don't need to put

21   that -- don't need to get into her good faith belief, but

22   her belief that the election was not properly administered

23   or something like that.

24           Mr. Parker, I will let you respond.

25           MR. PARKER:  Your Honor, just to preview, if the

     1    questions start becoming what are the defendant's

     2    statements beyond what is already admitted, we are going to

     3    make a hearsay objection.

     4         THE COURT:  Yes.  And that's fair.  I mean,

     5    statements of the defendant typically under the rule, I

     6    think, allows from the -- when it's not -- it's what they

     7    can do to their witness, but -- I will hear from you,

     8    Mr. Roots.

     9         MR. ROOTS:  I can just ask one question.  Are you

    10    aware of any statements made by the defendant indicating

    11    contradictory positions on the election.

    12         THE COURT:  Yeah, I think that's fair.  I will allow

    13    that.

    14         (The following was heard in open court.)

    15         THE COURT:  All right.  Go ahead, Mr. Roots.

    16    BY MR. ROOTS:

    17    Q    Okay.  Slightly different question.

    18         Are you aware of any statements by the defendant,

    19    Rebecca Lavrenz, that contradict her position regarding the

    20    2020 national election?

    21    A    It's kind of a compounded question.  I have seen a lot

    22    of statements she's made on these videos.  I don't -- no

    23    contradictory statements on there.

    24    Q    Okay.  Of course, you recognize that these are

    25    political ideas with political ramifications?

1    A   Yes.

2         MR. PARKER:  Objection.

3         (The following was heard sidebar.)

4         MR. PARKER:  Your Honor, the objection just to

5    vagueness.  I'm not actually sure what statements Mr. Roots

6    is referring to.

7         THE COURT:  Okay.  Mr. Roots, if you want to -- I

8    thought you were talking about the, you know, concerns

9    about the election, but if you want to include that, I

10   think that's fine to help the -- it seems like the agent

11   understood.  But do you want to just ask it that way?  I

12   take it that's what you are asking, right?

13        MR. ROOTS:  Yeah, and it goes to some of the

14   elements.  One of the elements --

15        THE COURT:  He's not disputing anything other than

16   just that it's vague.  So he's not saying it's not

17   relevant.  He might say that later.  I think it's not.  I

18   think it's fine.  I am going to allow you to ask it.  I

19   just want to make sure so there's no confusion that you are

20   saying that these are political beliefs, beliefs about how

21   the election was administered.  Is that right?  That is

22   what you are asking, right?

23        MR. ROOTS:  That's right, political advocacy.

24        THE COURT:  Sure.  Whatever it is, you can say

25   statements or things or beliefs about this that relates to

1   her political beliefs and advocacy.

2       MR. PARKER:  Your Honor, to make sure we are clear,

3   I understand at the pretrial conference -- and I don't

4   think we are here yet.  At the pretrial conference, Your

5   Honor granted our motion in limine regarding the First

6   Amendment.  I also wanted to make sure we are not

7   stretching into that area.  I understand we are not there

8   yet.  I'm just previewing that concern, and I am going to

9   raise it if it comes up.

10      THE COURT:  Sure.  Yeah, no.  Mr. Roots, you are not

11  going to go there, right?

12      MR. ROOTS:  The First Amendment -- well, let's put

13  it this way.  It is a defense for the defendant that she

14  was there for political advocacy, not to disrupt.  It's a

15  defense, straight away our defense.

16      THE COURT:  Right.  And I understand that, and you

17  have preserved your right to take that up on appeal.  You

18  can say that these were her First -- you know, not her

19  First Amendment rights.  Sorry.

20      You can say the point of the pretrial conference was

21  that you can -- and you can say it here.  And as the

22  government's noting, you haven't gotten to First Amendment

23  grounds.  What you can say here is just, you know, these

24  were her political beliefs and things like that, and that's

25  fine.  We are going to end there.  We are not going to get

1    into does she have a First Amendment right.  Those are

2    legal conclusions that he's not in the position to make and

3    that, you know, I have already said are out of the bounds

4    based on case law as to the defense.

5         Now, I did give you a path in which if she -- there

6    are certain things she wanted to say in her testimony, she

7    could.  But of course, she has an absolute right not to

8    testify.

9         Let's end this here on the -- you can clarify the

10   question, which is that where -- you know, the, you know,

11   her, you know, statements and things that she was making,

12   these are related to her, you know, these are about

13   political -- these political issues, right?  That was the

14   question.  You just said are these political issues.  Let's

15   just be clear here.  You are saying these statements that

16   she's making that he's observed, these are related to her

17   political advocacy, if you want to use language.  Is that

18   all right?

19        (The following was heard in open court.)

20        THE COURT:  All right.  We are going to make sure

21   the question was clear.  I know you already answered it,

22   I'll strike that answer and let you reask it to make sure

23   it's very clear so you know what you are answering.  Okay?

24   BY MR. ROOTS:

25   Q   This broadcast, this show that Ms. Lavrenz shared --

1    actually, first of all, let me ask a question about people

2    who share things on Facebook.

3         In your experience as an FBI special agent, does a

4    person on Facebook who shares a link to a broadcast

5    necessarily share everything on the broadcast?

6    A    People share links.  Are you talking do they share the

7    whole video, or can you be more specific?

8    Q    Yeah, people who share things on Facebook don't

9    necessarily agree with everything that they are sharing,

10   correct?

11   A    In most cases my observation is they share stuff

12   because they want other people to see it and what they

13   believe.

14   Q    And in fact, some people share things on Facebook that

15   they disagree with, correct?

16   A    Yes.

17   Q    You would agree that this show with Sidney Powell and

18   these other speakers, that they were making statements of

19   political advocacy?

20   A    Yes.  I watched the video, and they do discuss politics

21   and political things on the show.

22   Q    And the brief segment that was played, there were

23   statements of fact made regarding a certain number of

24   votes, maybe 200,000 votes, in some state that had been

25   fraudulently cast or something.  Do you recall that?

1    A    I recall them discussing that, but I wouldn't say they

2    were factual statements that I know to be factual.  It's

3    just what was on this video.

4    Q    Okay.  Have you investigated any of those kinds of

5    issues --

6              MR. PARKER:  Objection.

7              THE COURT:  Let's go sidebar.

8              (The following was heard sidebar.)

9              THE COURT:  So, Mr. Roots, I think we are getting

10   pretty far afield here.  So I'm going to say that that's

11   outside the bounds.  I am going to grant the objection.  We

12   don't need to get into -- we're not here to litigate

13   whether the election was fairly held.

14             I appreciate the United States giving you here.  I

15   think they could have objected.  I'm glad that they didn't.

16   I don't think that we need to object to every statement

17   here.  But they have a basis, and I appreciate their

18   patience here, but we are past it now.

19             I mean, whether election was properly administered

20   is not the subject of this litigation.  That's something

21   for another day at another time.  So I don't want questions

22   about whether votes were fraudulent or accurate.  So I am

23   going to strike that question.  We'll need to move on.

24   Okay?

25             MR. ROOTS:  Okay.  I would like to ask a question

1    about isn't it a proper thing for an American citizen to

2    do, to go to D.C. and advocate if they believe an election

3    was stolen, something like that.

4         THE COURT:  I mean, these are questions or, you

5    know, things for you to think about for your closing.  We

6    can talk about that prior to then if it falls within the

7    pretrial motion.  But it's just absolutely nothing that he

8    can speculate on.  I mean, he's not an expert on political

9    advocacy, First Amendment law, political speech, any of

10   these things.  I mean, he's told you his pretty narrow

11   purview that he has.  He's an FBI case agent who works on

12   investigations as part of the joint terrorism task force

13   and that outside of that, he was able to work on this case.

14   So he's not going to speculate on what people can or should

15   do as to their political speech.

16        I have given you a little leeway just to get in that

17   political -- that these were political advocacy, whatever,

18   but we are past the boundaries now, so we got to move on to

19   something else.  Okay?  Thank you, Mr. Roots.

20        (The following was heard in open court.)

21        THE COURT:  I'm going to strike that last question.

22        You can go with your next one.

23   BY MR. ROOTS:

24   Q   Okay.  So you said that you reviewed that entire

25   broadcast?

1    A   Yes, I watched this whole video.

2    Q  Was there anything there about disrupting Congress or

3    disrupting the events criminally?

4    A   There was discussion on there about the certification

5    and how Mike Pence should not certify the votes, but

6    nothing about criminally disrupting that procedure.

7    Q  Okay.  So you showed an awful lot of video of the

8    defendant or at least someone who appears to be the

9    defendant in a white hat moving in the Capitol area and

10    inside the Capitol at times.

11       Let me ask, there was some of that video -- let's see

12       MR. ROOTS:  301, Government's 301, let's pull that

13    up just to...

14    BY MR. ROOTS:

15    Q  Okay.  What's the source of this video?

16       MR. PARKER:  Objection.

17       THE COURT:  Bench conference.

18       (The following was heard sidebar.)

19       THE COURT:  Mr. Parker.

20       MR. PARKER:  Yeah, Your Honor, I think this exhibit

21    is already in evidence.  If there's an authenticity

22    challenge that defense counsel is trying to make, that's

23    waived and we are asserting waiver.

24       THE COURT:  I mean, I think he can ask questions

25    outside of authenticity, but I mean, I guess I would like

1     to get a proffer.

2         Mr. Roots, what are you trying to get to here?

3         MR. ROOTS: Well, I'm curious of, I mean, the

4     vantage point as to who shot this video. Is it law

5     enforcement? Is it someone else?

6         THE COURT: You just asked the question, you know,

7     was this video taken by law enforcement or by somebody

8     else. I mean, I understand we have already authenticated

9     and shown it, but he's allowed to go to the weight of it

10     that, you know, maybe it's not something that's -- that the

11     jury should really be considering heavily or not. So you

12     can go ahead.

13         (The following was heard in open court.)

14     BY MR. ROOTS:

15     Q   Okay. To your knowledge, this video was filmed by a

16     member of the public?

17     A   Yes.

18     Q   And at times that member of the public appears to be

19     behind police lines. Would you agree with me?

20     A   Yes.

21     Q   Now, one thing I want to ask about is there a lot of

22     things that are being said on these videos. We want Trump.

23     USA, USA. Stop the steal. Stand up. Don't shoot, I

24     heard.

25         You agree that there were many different opinions among

1    the crowd on January 6?

2           MR. PARKER:  Objection.

3           THE COURT:  Bench conference.

4           (The following was heard sidebar.)

5           THE COURT:  So this goes back to prior issue,

6    Mr. Roots.  I think that you have to state with, you know,

7    which is fine, and you did, that there were different

8    statements that we heard because we have already covered

9    that both parties are listing, you know, sort of adducing

10   testimony where witnesses repeat the verbal statements that

11   are made on there.

12          What we can't do is sort of then try to make

13   conclusions about what the people were thinking or meaning

14   by those statements because that's beyond the scope of

15   what -- in terms of speculation and in terms of the hearsay

16   exception.

17          So, I mean, you can say that people say, you know,

18   different things.  Some may have said, you know, aggressive

19   things.  Some may have said passive things.  Some may have

20   said peaceful -- whatever it is.  You can repeat those

21   statements.  You can't then try to interpret, though, what

22   those mean.  Okay?

23          MR. ROOTS:  The government is literally accusing the

24   defendant of disorderly conduct on the basis of being a

25   part of a mob.  So I think we have a right to point out

1    that not everyone there agreed or was even on the same

2    page.  She did not commit disorderly conduct.  She just did

3    not.  But the government is trying to wrongfully convict an

4    American citizen here of disorderly conduct based on the

5    actions of others or being in a crowd with others.

6         I think we have a right to show that those others

7    didn't necessarily agree with her, and she might not have

8    agreed with any of them or even all of -- most of them.

9         THE COURT:  I think it's a compelling argument, I

10   agree, for you to make, Mr. Roots.  I think that's exactly

11   what the argument will be.

12        To be clear, I am allowing you to go through and

13   recite and have this witness recite things that witnesses

14   have seen, for instance, you previously adduced testimony

15   that someone invited people to come behind the police

16   lines.  There was a woman whose video that you played.

17   Here you said that people said certain things.  Some

18   sounded aggressive.  Some not.  I mean, I'm characterizing

19   it as that because I don't remember the exact things that

20   were said.  You already recited what they said, so you are

21   pointing out -- you already pointed out effectively there

22   were people within this group, some who said things one

23   way, some who said things another.

24        What you can't do is then ask this witness to

25   interpret what those things meant or what the sort of, you

```
 1    know, spirit was on different people because he's not in a
 2    position to speculate as to that.  He can simply say I
 3    heard you -- but you asked him, did you hear someone say
 4    stop the steal.  Yes.  Did you hear some people say hands
 5    up, don't shoot.  Yes.  Did you hear someone say something
 6    else.  Yes.  And then in argument, the exact things that
 7    you just said you can make, which is that there was a whole
 8    diversity of people within that group, and some said some
 9    things, some said others.  That's not Ms. Lavrenz's fault.
10    It's that some people were being jerks because she didn't
11    say that.  No one -- I mean, you can ask him, did you hear
12    Ms. Lavrenz say any -- you know, whatever the things that
13    were said on there.  I mean, I think he's testified he
14    hasn't heard her say anything to some extent.  But you can
15    ask him that.  But I don't think we can, again, have him
16    speculating about what these different statements are.  So
17    let's proceed.
18              (The following was heard in open court.)
19    BY MR. ROOTS:
20    Q    Okay.  The prosecutor went through with you and circled
21    different signs and different things and highlighted
22    different statements.  Someone was yelling revolution.  Do
23    you recall that?
24    A    Yeah, I remember some of the statements.  I don't
25    remember exactly revolution, but...
```

1    Q    Surely you are not -- are you suggesting that the

2    defendant here, Ms. Lavrenz, is a revolutionary or calling

3    for revolution?

4         MR. PARKER:  Objection.

5         (The following was heard sidebar.)

6         THE COURT:  Why don't we just start with do you -- I

7    mean, Mr. Parker, I guess -- I'll let you go ahead,

8    Mr. Parker.

9         MR. PARKER:  Your Honor, I'm trying not to object

10   every time.  I am trying to give leeway when possible.  I

11   think that grossly misstates what the witness said.  I also

12   don't think that whether or not the agent believes

13   Ms. Lavrenz is a revolutionary, in quotes, is actually

14   relevant at all to the charged offenses.  We are asking --

15   we asked questions about her conduct and her actions on

16   January 6, her knowledge and intent.

17        MR. ROOTS:  Your Honor, they literally --

18        THE COURT:  No, I hear you, Mr. Roots.  Why don't

19   you just start with asking him what -- I mean, it was a

20   confusing question based on what was said.  So why don't

21   you just ask to start with, you know, whether or not he

22   heard any statements that day at the -- or he's heard any

23   statements from the day of the protest from Ms. Lavrenz

24   because as I understand it, his indication is no.  So I

25   mean, we can't really -- I mean, that's sort of --

```
 1          MR. ROOTS:  There was also they literally circled Q,
 2     QAnon, and they tried to dirty up the defendant with these
 3     connections to Oath Keepers, QAnon, et cetera.  They
 4     circled it.  We are not allowed to ask questions and parse
 5     through this?
 6          THE COURT:  No, you certainly are.  So I mean, I
 7     think what you can ask is did she have any, you know, QAnon
 8     signs, did she make any statements about QAnon.  Things
 9     like that, you can ask.  I mean, did -- what is his
10     knowledge about her relation to any of those things.  And I
11     think -- well, see what he says, but I presume from the
12     video -- I mean, there was no allegations that she was
13     doing that.  And he'll say, I don't know, there was just
14     some guy that was walking in or something like that.  But
15     we can go ahead and ask the questions in that manner.  But
16     you can't ask, you know, his view of her and things like
17     that.  That's way too broad.  It's speculation.  I mean, we
18     need to be tailored to what was brought out on the direct.
19     So on the direct, if your concern is that there were Q
20     signs or other things like that, you can ask did you see
21     her holding any of those signs, did you see her making --
22     hear her making any of those statements.  Okay?
23          MR. PARKER:  Your Honor, can I just very briefly?
24     On the QAnon sign, we actually didn't -- I was, in full
25     candor, surprised that --
```

```
 1          THE COURT:  Yeah, no, I understand.  You tried to
 2     clean it up.  You were just seeing it as a sign, as a
 3     marker.  I don't think that you were implying that she had
 4     any connection to QAnon, and in fact, you were very clear
 5     that you sort of pulled him back after he started saying
 6     that and just saying it's just, you know, a letter Q with a
 7     circle.  You know, we haven't gotten any description.  I
 8     mean, frankly, some people, some of us, may know what that
 9     is, but I'm sure there's many people who have no idea what
10     that is.  And so I don't think that there was some great
11     prejudice that was done from that, but I think that
12     Mr. Roots is well within his rights to sort of -- because
13     he volunteered that, to just be clear that there's no
14     allegations of a connection there, again, by the evidence,
15     not by sort of the in general theory.
16          I mean, you could say you didn't see her holding up
17     a Q sign, you didn't hear her making Q statements or things
18     like that.  Okay, Mr. Roots?
19          MR. ROOTS:  Okay.
20          (The following was heard in open court.)
21     BY MR. ROOTS:
22     Q   So do you recall circling or I believe the prosecutor
23     circled things that you then pointed out.  Q, there was the
24     QAnon sign.  Do you recall that?
25     A   Yes, I do.
```

```
 1    Q   You don't have any information that the defendant here
 2    is connected or associated with the QAnon movement?
 3    A   No, I do not.
 4    Q   And you circled, or at least the prosecutor circled for
 5    you to comment on, the -- there were people wearing, I
 6    forget, body fatigues or body vests and things.  Any
 7    indication that Ms. Lavrenz is associated with militia
 8    movements of any kind?
 9    A   No, there's not.
10    Q   And all those phrases that we heard on all those
11    videos, were any of those by Rebecca Lavrenz?
12    A   No, not that I could tell.
13    Q   Did you detect any moments where Ms. Lavrenz was
14    pushing anyone?
15    A   No, I did not.
16    Q   Did you see any scenes where she was jumping up and
17    down in any way?
18    A   No, I did not.
19    Q   Did you see any violence by Ms. Lavrenz?
20    A   No.
21    Q   Any kicking or punching of anyone?
22    A   I saw it from other people on the video --
23    Q   From other people?
24    A   -- specific --
25    Q   Yeah, any evidence -- any information that you have
```

1    that Ms. Lavrenz was lashing out, pushing, punching anyone?

2    A    No.

3    Q    What about screaming or shouting, did Ms. Lavrenz

4    scream or shout?

5    A    Not that I could tell in the videos, but some of them

6    didn't have audio.

7    Q    Very important question.  You are aware that

8    Ms. Lavrenz has some hearing issues?

9    A    Yes.

10   Q    And you would agree with me that there were times in

11   some of those videos where Ms. Lavrenz really couldn't

12   move, she was basically in a crowd situation where she

13   really couldn't retreat or go forward or sideways?

14   A    I don't agree with that.  I saw her plenty of times

15   able to move freely and make choices on where she went.

16   Q    Sure.  But there were times, you would agree, that she

17   was boxed in by a very, very close crowd?  Would you agree

18   with that?

19   A    She could have been boxed in for a brief second, but

20   there were definitely times in that same period where she

21   could have -- I observed other people in her vicinity

22   moving where they wanted to go.

23   Q    Okay.  You mentioned the things that were on the top of

24   her head.  You called them antennas.

25   A    Yeah.  That's one way to explain them.

1    Q    Those were what, decorative things of some kind?

2    A    Yes, sir.

3    Q    You are not suggesting she had some communication

4    devices, antennas from her head or anything?

5    A    No, sir.  It was the decoration.

6         MR. ROOTS:  No further questions.  Thank you.

7         THE COURT:  Okay.  Thanks so much, Mr. Roots.

8         All right.  Mr. Parker.

9                    REDIRECT EXAMINATION

10   BY MR. PARKER:

11   Q    Good afternoon, Agent Smith.  Very briefly.

12        MR. PARKER:  Can we pull up Government's

13   Exhibit 301.

14        Can we jump to 13:52 in this exhibit.

15   BY MR. PARKER:

16   Q    Do you recall being asked on cross-examination by

17   defense counsel whether there's some moments in this video

18   when the person filming is behind the barriers, behind the

19   police line?

20   A    Yes, I remember that.

21   Q    Okay.  And at 13:52, is this one of those moments?

22   A    Yes, it is.

23        MR. PARKER:  Can we just frame forward for one

24   second.

25        Can we stop there.

```
1    BY MR. PARKER:

2    Q    And do you recall looking at this before?

3    A    Yes, I do.

4    Q    Do you see the defendant here?

5    A    Yes.

6    Q    Can you circle her.

7    A    (Indicating.)

8    Q    And fair to say the person filming is in the general

9    vicinity of the defendant?

10   A    Yes, that's correct.

11   Q    Okay.

12        MR. PARKER:  Can we just play this through 14:30.

13        (The videotape was played.)

14        MR. ROOTS:  Objection, hearsay, Your Honor.

15        THE COURT:  Hold on.  Pause the video.

16        (The following was heard sidebar.)

17        THE COURT:  Mr. Roots, do you have a phone?

18        Okay.  Mr. Roots, I believe during your

19   cross-examination of a prior witness, you played this

20   video, as I recall, and so we have already kind of covered

21   this.  The statements of people during these videos, I

22   think, is not being offered for the truth, and it's present

23   sense impression, not to mention, as I said, both sides

24   have been playing clips and discussing what has been said

25   in depth.  So do you have a new objection, or is it just
```

1    the standing objection?

2        MR. ROOTS:  Well, this is offered for the truth,

3    this particular statement.

4        THE COURT:  Which statement?

5        MR. ROOTS:  The statement that this woman has had

6    surgery, you know, she's imploring officers to let her be

7    in where she is.

8        THE COURT:  I don't think so because this woman is

9    not being prosecuted.  It's not the person who's your

10    client.  It's just some random person.  So why on earth --

11        Mr. Parker, correct me if I'm wrong, but I don't

12    believe you are trying to adduce testimony about this

13    woman's surgical history or what she's doing.

14        MR. PARKER:  No, Your Honor.  And frankly, we don't

15    care what this woman says at all.  The point we are playing

16    this clip is Mr. Roots solicited that she's behind the

17    line.  This clip is showing the police are, you know,

18    returning her back to the bike racks.

19        THE COURT:  Again, someone who is not Ms. Lavrenz?

20        MR. PARKER:  Yeah, that's absolutely correct.  I can

21    proffer to Your Honor this woman is Pam Hempfield.  She's

22    been arrested and charged elsewhere.

23        THE COURT:  Okay.  Well, I mean, what we can do is

24    just simply allow the clip to play, and then again, to be

25    clear so there's no confusion to the jury, you can just

1    state that, again, that this is not Ms. Lavrenz who is

2    speaking here.

3         MR. PARKER:  Absolutely.

4         THE COURT:  Let's keep going.

5         (The following was heard in open court.)

6         MR. PARKER:  Can we just jump back maybe five

7    seconds.

8    BY MR. PARKER:

9    Q    We heard a woman speaking in this.  Once again, just to

10   be clear, that's not Ms. Lavrenz, right?

11   A    No.

12   Q    That's somebody else?

13   A    Yes.  It's not Ms. Lavrenz.

14   Q    Okay.  And it looked like in the video we were

15   watching, where was the woman in relationship to the bike

16   racks when we first started watching?

17   A    She was on the other side of the bike racks behind the

18   police line.

19   Q    Okay.

20        MR. PARKER:  Can we play to 14:31.

21        (The videotape was played.)

22        MR. PARKER:  Can we actually play a couple more

23   seconds.

24        (The videotape was played.)

25        MR. PARKER:  I apologize.  Can we pause.

```
 1            Can we go to 19:31.

 2            Once again, apologies.  Can we jump back to 19:20.

 3    Can we play till 19:31.

 4            (The videotape was played.)

 5            MR. PARKER:  And we can frame forward.

 6            And let's pause there.

 7    BY MR. PARKER:

 8    Q   We looked at this before.  Who is that?

 9    A   Ms. Lavrenz.

10    Q   The woman who's filming this exhibit, what did the

11    Capitol Police have her do?

12    A   She was behind the police line, so they confronted her

13    and talked to her and then escorted her and moved her back

14    where she was supposed to have been in the -- across the

15    police barrier in the nonrestricted area.

16    Q   And when she reentered the nonrestricted area, about

17    how close was she to the defendant?

18    A   She was very close.

19            MR. PARKER:  No further questions, Your Honor.

20            THE COURT:  All right.  Thanks so much.

21            You can step down.  Thank you.

22            THE WITNESS:  Thank you.

23            THE COURT:  We are going to take a quick bench

24    conference.

25            (The following was heard sidebar.)
```

1        MR. PIERCE:  Yes, Your Honor.  I just wanted to kind

2  of give a heads up.  Before the government were to rest, we

3  have done some research, and it looks very, very clear to

4  us on this rebuttal point.  We wanted a chance to argue

5  that with the Court.  So I didn't want to -- I don't want

6  to bait the government into resting and then raise it after

7  that.

8        THE COURT:  I appreciate that.  Thanks, Mr. Pierce.

9        Why don't we do this.  We can excuse the jurors, let

10  them take a break for ten minutes and we'll see if we -- or

11  15 minutes, and you all take a short break as well and

12  discuss this issue first though.  Okay?

13        MR. PIERCE:  Yes, Your Honor.

14        (The following was heard in open court.)

15        THE COURT:  Okay.  We are going to take a break for

16  15 minutes.  Part of that time we will be working in here.

17  So why don't you all plan to be back in the jury room at

18  4:05.

19        (The jury exited the courtroom at 3:51 p.m.)

20        THE COURT:  You can be seated.  Thank you.

21        So happy to hear from Mr. Pierce and Mr. Roots first

22  on this issue.

23        MR. PIERCE:  Yeah.  Just give me one moment, Your

24  Honor, here.

25        THE COURT:  Sure.  Yeah.  Take your time.

1          MR. PIERCE:  Yes, Your Honor.  So first I will just

2     speak generally to the proposition, then I will give you a

3     D.C. Circuit cite and a little bit more.

4          So rebuttal witnesses are limited under every case

5     that we can find in multiple jurisdictions and in

6     commentary to rebutting evidence that comes in in the

7     defense's case in chief through the defense's witnesses.

8     And there's a very good reason for that, which is that, you

9     know, anything that should properly be in the government's

10    case in chief should be there.

11         And I'm sure these folks wouldn't do it, but

12    sometimes what happens is, you know, the prosecution will

13    attempt to bring something in in rebuttal that is not

14    properly rebuttal in order to emphasize its importance at

15    the end of the case, and that's not appropriate.

16         So there's a D.C. Circuit case, United States versus

17    Carter, 70 F.3d 146.

18         THE COURT:  I'm sorry, 70 F.3d what?

19         MR. PIERCE:  146.

20         THE COURT:  146.  Okay.

21         MR. PIERCE:  D.C. Circuit 1995.  And it says, quote,

22    a rebuttal witness is limited to testimony to rebut or

23    challenge the testimony of the defense witnesses.

24         And just to summarize, the point I'm making -- and

25    this is from a California case, but I mean --

1    THE COURT:  That's fine.

2    MR. PIERCE:  The idea is, quote, it is --

3    THE COURT:  This is also in the D.C. circuit case or

4    new case?

5    MR. PIERCE:  This is from California.  It's just a

6    California state court case, but I mean, it's the

7    proposition that --

8    THE COURT:  That's fine.  No.  Yeah.  I'm happy.

9    Can you just give me the citation for that case?

10   MR. PIERCE:  Oh, yeah, sure.  It's People versus

11   Young, 34 Cal 4th 1149, 2005.

12   And this is the kind of basic point I was kind of

13   trying to summarize.  Quote, it is improper for the

14   prosecution to deliberately with -- and I'm not suggesting

15   anybody is deliberately withholding anything -- but to

16   deliberately withhold evidence that is appropriately part

17   of its case in chief in order to offer it after the defense

18   rests it case and, thus, perhaps surprise the defense or

19   unduly magnify the importance of the evidence.

20   And so there's lots and lots of citations to this

21   effect, but --

22   THE COURT:  And can you just make sure because I'm

23   trying to pull up the D.C. Circuit case.  Give me again --

24   what is the citation there?

25   MR. PIERCE:  I don't have a jump cite on hand, but

1     it's 70 F.3d 146 is the citation.

2            THE COURT:  That's fine.  Read me the quote again.

3            MR. PIERCE:  I'm told it's a rebuttal witness is

4     limited to testimony to rebut or challenge the testimony of

5     the defense witnesses.

6            THE COURT:  Thanks.  Okay.  One second.

7            MR. PIERCE:  And so, you know, we are not trying to

8     prevent Mr. -- or Officer Jenkins from testifying, by any

9     means.

10           THE COURT:  You want him in the case in chief.

11           MR. PIERCE:  We just think it's appropriate for them

12    to do it in their case in chief.  And if that means that

13    they need some more time to prepare, you know, maybe we can

14    do jury instructions for rest of the day and they can bring

15    him in tomorrow morning.

16           I just think from a legal standpoint and from a

17    tactical standpoint, it's important for us that it not be

18    done in the rebuttal case.

19           Now, unless, obviously if we did -- you know, if we

20    did something in our case in chief that would properly make

21    it rebuttal, that's a totally different story.  I'm just

22    not sure we will do that.  And again, I didn't want to bait

23    the government into, you know, then objecting and them not

24    being able to call this witness.

25           THE COURT:  Yeah.  Well, so let's talk about a

1     couple things here, and then I will hear from Mr. Parker

2     first.  I really appreciate Mr. Pierce and Mr. Roots not

3     playing games.

4          Ms. Lavrenz, you are very lucky to have lawyers, and

5     Ms. Lambert, of course, who aren't playing games and trying

6     to be cute on these issues because they could have just

7     said nothing or they could have said you have to call your

8     witness right now.  So I appreciate they are giving the

9     government a lot of leeway here.  And they do that because

10    it's the right thing in terms of their advocacy.  It's what

11    makes them believable on the other things.  So you are

12    lucky to have lawyers who are doing things the right way.

13         And so I appreciate that, Mr. Pierce and Mr. Roots.

14         So one thing is I think we will need to get that

15    jump cite when you can because we were looking at Carter.

16    I think what we found was it says, Rebuttal evidence is

17    admitted for the purpose of explaining or refuting evidence

18    offered by the other side.

19         So I think that quote may have been from a different

20    case, but I will let you try to dig that up while we hear

21    from the United States.

22         Go ahead, Mr. Parker.

23         MR. PARKER:  Sure.  I'll start on that last point.

24    We found the same quote as Your Honor.  Just for the

25    record's sake, we are looking at 70 F.3d at 149.  Rebuttal

1    evidence is admitted for the purpose of explaining or

2    refuting evidence offered by the other side.

3        And that's exactly what we are trying to do with

4    Lieutenant Jenkins' testimony.  The exhibit that is at

5    issue, and the exhibit that we are going to focus on, the

6    moment that we are going to focus on, is something that was

7    called out by the defense.

8        As I mentioned earlier, we didn't make an outside

9    the scope of direct objection.  We are trying not to make

10   those.  We are trying to let the defense, you know, have

11   leeway when we can.

12       But that plainly was a defense exhibit that was

13   admitted.  It wasn't for impeachment only.  It's in

14   evidence.  And I think we -- you know, reading that quote

15   from Carter, this is evidence that was offered by the

16   defense to make a defense point, and that seems plainly

17   appropriate to handle in rebuttal.

18       And so, you know, we are not trying to squeeze in

19   elements that we forgot to prove, which I know sometimes

20   you see rebuttal evidence cases that, you know, the

21   prosecution forgot to mention interstate commerce.  You

22   can't reopen sometimes to prove an element you guys forgot.

23       That's plainly not what we are doing here.  We are

24   simply refuting a point of evidence that the defense

25   raised.

1    And while I don't ascribe any sort of ill meaning,

2    it was, frankly, a surprising point for us knowing the

3    context that we know now of what that officer's testimony

4    was in another case with these defense counsel and how

5    emphatic that officer was when he testified in that case

6    that he was not waiving rioters in.

7    So that's our sort of legal argument.  Let me bring

8    up a factual point that I hope weighs on how Your Honor

9    exercises discretion in this matter.  We spoke with

10   Lieutenant Jenkins yesterday evening, Mr. Ballou did.

11   Mr. Jenkins is currently recovering from a stomach bug.  I

12   don't think today would have been a good day for testimony

13   given that medical situation in any event.  We hadn't

14   shared this with defense counsel simply out of, you know,

15   trying to be discrete about --

16   THE COURT:  Is he going to be prepared to testify

17   tomorrow?

18   MR. PARKER:  My understanding is that he would be

19   able to testify tomorrow.

20   THE COURT:  Okay.  Go ahead.

21   MR. PARKER:  One other sort of course of action that

22   may be appropriate, and given how short this trial, I

23   anticipate, will be, another option is we could close, and

24   then we could move to reopen.  And so we could still treat

25   his testimony as being part of the case in chief if that's

1    something that defense counsel is worried about.  We are

2    happy to take him out of order.  If they don't want him to

3    be the last witness, we can squeeze him in out of order.

4    So we are flexible, but we do think it's important that he

5    testify to refute this point that was made with that

6    exhibit.

7         MR. PIERCE:  Your Honor --

8         THE COURT:  Were you able to find that site?  Were

9    you able to or no?

10         MR. PIERCE:  I haven't found it.

11         THE COURT:  That's okay.

12         MR. PIERCE:  But we found another one, which is this

13    court.  Yeah, it's this court.  It's United States versus

14    Philip Morris, 2022, Westlaw 1101730.  And it's -- it looks

15    like it's quoting another D.C. Circuit case, United States

16    versus Gatling, 966 F.3d 1511, jump cite 1523.  And it

17    says, Rebuttal testimony is proper if it explains, repels,

18    counteracts, or disproves evidence of the adverse party.

19    Thus, in evaluating the admissibility of rebuttal evidence,

20    the court looks to whether the rebuttal testimony goes

21    directly to refuting a claim asserted by the opposing

22    party's witness.

23         So you know, it's -- I'm trying to find these --

24    it's hard to kind of get these quotes precisely right like

25    on the fly, but we can certainly, you know, provide a

1    little bit more detail if we have some time.  But you know,

2    I do think it is -- and I'm honest.  I mean, I think this

3    might be potentially reversible error.  If we are right

4    about this legal principle and it's that rebuttal evidence

5    must be rebutting something from the defendant's witnesses

6    in their case in chief because it is not appropriate or

7    unfair for the prosecution to sort of have the last say on

8    a dramatic point that is not properly rebuttal, I think

9    it's putting some things -- I think it's putting some

10   things at risk so --

11        THE COURT:  That's, of course, putting the cart

12   ahead of the horse.  But even if they got there, that's

13   their problem.

14        So I mean, Mr. Parker, again, I'm not interested in

15   taking the witnesses out of order.  When you close -- I

16   mean when you end your case in chief, that's it.  So I

17   mean, Mr. -- you've got two options.  And I can tell you,

18   you know, how I view the law, I guess, to the extent that

19   that's help.  But you have a second option, which is we can

20   talk about jury instructions today and try to take the

21   witness first thing tomorrow, or you can stick to this.

22        Now, let me tell you, to the extent it's helpful,

23   what my view of the law is.  So as I see it, I looked at a

24   D.C. Court of Appeals case, but I think that it's still

25   very instructive, not the circuit court, the DCCA.  And

1    I'll give you the site.  It's Campbell-Crane & Associates

2    versus Stamenkovic, S-T-A-M-E-N-K-O-V-I-C, 44 A.3d 924 at

3    940.

4         And the court said, Appellants contend that the

5    trial court abused its discretion allowing Dan Crane to

6    testify as a rebuttal witness to impeach Campbell with

7    testimony about collateral matters they claim were highly

8    prejudicial and inflammatory.

9         I am going to keep out any of the internal cites.

10        In order to protect the defendant from surprise, a

11   plaintiff should not advance new arguments on rebuttal,

12   rather, rebuttal evidence should be presented to refute,

13   contradict, impeach, or disprove the evidence that the

14   adversary has already elicited.

15        We have said this rule is not an inflexible one, and

16   the trial court has discretion to determine whether

17   rebuttal evidence will be allowed.  We will overturn a

18   decision to admit or exclude evidence only upon a showing

19   the trial court abused its discretion.  Applying this

20   standard, we conclude the trial court did not abuse its

21   discretion allowing Crane to testify as a rebuttal --

22        (There was an interruption by the court reporter.)

23        THE COURT:  Sorry.  Yeah.  I'll back up.

24        Rather, rebuttal evidence should be presented to

25   refute, contradict, impeach, or disprove the evidence that

1    the adversary has already elicited.  We have said that this

2    rule is not an inflexible one.  And the trial court has

3    discretion to determine whether rebuttal evidence will be

4    allowed.  We will overturn a decision to admit or exclude

5    evidence only upon a showing that the trial court abused

6    its discretion.

7          And then the court did not overturn it there.  I

8    want to cite one other case.

9          This is a Western District of Oklahoma case from

10   2018, Smith versus CSAA Fire, 2018 Westlaw 5905144.

11         Defendant asserts that Mr. Wiley, W-I-L-E-Y, is not

12   a proper rebuttal witness because he is offered to present

13   evidence as to plaintiff's case in chief.  Even if the

14   Court agreed with defendant that Mr. Wiley intends to

15   present evidence relating to plaintiff's case in chief, the

16   Tenth Circuit has found that courts have broad discretion

17   in determining whether to exclude rebuttal witness

18   testimony.

19         In Koch, K-O-C-H, the Tenth Circuit further stated

20   that where the evidence rebuts new evidence or theories in

21   the defendant's case in chief, that the evidence may have

22   been offered in the plaintiff's case in chief does not

23   preclude its admission in rebuttal.

24         That Tenth Circuit case, Koch, and this Western

25   District case seem pretty close to on point me in

1    indicating two things; one, that the D.C. Court of Appeals

2    joins in saying that I have a lot of discretion, but two,

3    what this case specifically is about is it seems to say

4    that this distinction about whether evidence comes in the

5    defendant's case in chief or plaintiff's is not the point.

6    The point is, rather, whether there was something that came

7    up that was new, be it evidence or a theory, and needs to

8    be rebutted.

9         The D.C. Court of Appeals describes that as -- one

10   moment -- as simply rebuttal as an opportunity to refute,

11   contradict, impeach, or disprove the evidence the adversary

12   has already elicited.

13        So here it certainly is the adversary that has

14   elicited this.  It was their exhibit albeit during the case

15   in chief of the government with the government's witness.

16   I think it is entirely appropriate to rebut it as they have

17   opened the door to this.

18        So I leave it to the government.  It is simply a

19   risk calculus.  If I am right, then there's no problem.  If

20   Mr. Pierce is right, he's presented to you that he might

21   believe it to be a problem.  You have to make that

22   decision.  I believe it's within my discretion, though

23   because this door has been opened.  I do think it was fair

24   for Mr. Pierce to open -- sorry, for Mr. Roots to open that

25   door, but once it was opened, I think it is fair for you to

1    call a witness in rebuttal for that very limited issue,

2    which is, I believe, what Mr. Parker proffered yesterday.

3    That's what the witness would do is simply speak to the

4    limited issue of what he was doing with his hand gestures

5    obviously setting up a little bit to make sure it was

6    understandable to the jury.

7         I think that is a core of rebuttal.  I think the

8    case that was cited by Mr. Pierce goes to when there's a

9    concern about rebuttal testimony being cumulative or

10   something new that wasn't already the scope of prior

11   evidence or testimony.

12        But here I think, as that Philip Morris case states,

13   rebuttal testimony is proper because it, quote, explains

14   repels, counteracts, or disproves evidence of the adverse

15   party, closed quote.  Although the evidence here came in

16   through the government's witness, I feel comfortable that

17   this is the underpinnings of these words.  The spirit of it

18   is what matters, not simply the mechanical words

19   themselves.

20        And the point is typically the government would have

21   objected and said that something was outside the scope.

22   Defense would have had to call a witness or that same

23   witness to admit it.  And then we would have rebuttal.  So

24   we don't need to be so hyper technical here about going

25   through that process.  It creates terrible inefficiencies.

1   The government allowed the defense to bring in that

2   testimony on their witness, and so I think that we have

3   sufficiently demonstrated here that within the spirit of

4   Philip Morris and these other cases, it is permissible.

5          But I leave it to you again, Mr. Parker.  I don't

6   know if you need a couple minutes.  I will give you a

7   five-minute break now so you can continue to discuss.  I am

8   comfortable having rebuttal.  I think it's within my

9   discretion.  But if you decide you want to save it for

10  tomorrow morning and not do that, I mean, I'm sure there's

11  other issues and things that we have that we will get close

12  to the end of the day now.  So some of this seems a bit

13  academic, but I leave it to you.

14         So why don't we finish.  I will give you all five

15  minutes, and we can have a break.  You all can talk about

16  what you want to do, and then we will talk in five minutes.

17         MR. PIERCE:  Thank you, Your Honor.

18         MR. PARKER:  Thank you, Your Honor.

19         (A recess was taken at 4:11 p.m.)

20         THE COURT:  Mr. Parker, I want to hear what the

21  United States' plan is.

22         MR. PARKER:  I hate to ask the Court a question, but

23  I will.

24         THE COURT:  Yeah, please.

25         MR. PARKER:  So on the jury instruction issue,

1    obviously one of the key disputes is the knowledge

2    requirement under the 1752 counts.  Obviously we filed a

3    brief alongside our jury instructions about that that lays

4    out the government's position.

5         Generally the approach our office has taken and the

6    reason I think Mr. Ballou and I have asked -- we have tried

7    maybe extra to get heads up on when we argue jury

8    instructions is because this issue has been argued in front

9    of so many judges throughout the court in such a compact

10   period of time and it is a somewhat technical statutory

11   interpretation issue, the way our office has ensured

12   consistency in the argument is by designating a handful of

13   attorneys who tend to argue that issue.  Neither Mr. Ballou

14   nor I are one of those attorneys.  And so here's our

15   general thinking, and it may be helpful to get Your Honor's

16   perspective a bit.

17        We could do the jury instruction arguments now.  And

18   if we could cabin off the 1752 issue until -- or cabin off

19   the 1752 issues for a couple minutes until one of those

20   individuals come.  It's Greg Rosen who will argue it.  If

21   Your Honor is amenable to that, to taking the instructions,

22   leaving the 1752 until Mr. Rosen appears, my understanding

23   is apparently he is on his way.

24        THE COURT:  He can also appear by video.  I think

25   there's a -- maybe he can't.

1    MS. ROCHLIN:  Court's indulgence.

2    THE COURT:  Sure, yeah.

3    MR. PARKER:  So, Your Honor, my understanding is

4  Mr. Rosen is going to come over right now if the Court will

5  indulge us.  We can argue the other jury instruction

6  disputes.  There's a couple before Mr. Rosen arrives.

7  Mr. Rosen will argue the 1752 issue for us.  The only

8  reason we do it this way is to ensure consistency amongst

9  our arguments.

10   THE COURT:  That's fine.  I just want to know what

11 is going to happen with this witness.  Do you plan to have

12 the witness tomorrow or still close?

13   MR. PARKER:  Apologies.  We would have the witness

14 tomorrow morning.

15   THE COURT:  Okay.

16   MR. PARKER:  And then we would close.

17   THE COURT:  Okay.  So I'm fine with it either way.

18 Even if we don't finish the jury instructions, we can still

19 get to the 1752 tomorrow.  So why don't we do this.  Why

20 don't we dismiss the jury.  We are done with them for the

21 day, as I understand it.  Is that right?

22   MR. PARKER:  Yes, Your Honor.

23   THE COURT:  Mr. Pierce?

24   MR. PIERCE:  Yeah, we don't have any objection to

25 that.  We wish we had the resources to have specialists

1   show up on these things, but we don't.

2          THE COURT:  You do.  You have the two of each other.

3   You're great.

4          All right.  So why don't we call in the jury, and we

5   can start with the jury instruction.

6          (The jury entered the courtroom at 4:22 p.m.)

7          THE COURTROOM DEPUTY:  Please be seated.

8          THE COURT:  Okay.  To the members of the jury, we

9   are going to finish here today for you all.  We've got some

10  legal issues we need to sort out.  I don't want to have you

11  hanging out back there with our C rate Harris Teeter

12  groceries.  You can go home.  I'm sure you have lots of

13  work and other things you need to handle.

14         We are going to stay here later into the evening

15  until we get this resolved, after which they will get to --

16  well, we will all go our separate ways, but all of us will

17  be back here so we will again start from our perspective at

18  9:00 if they have any legal issues.  You all will start at

19  9:30.  So again if you can be here at 9:15, we will hit the

20  ground running and continue with witness testimony

21  tomorrow.

22         Thank you for your dedication again.  I will see you

23  tomorrow morning.

24         (The jury exited the courtroom at 4:23 p.m.)

25         THE COURTROOM DEPUTY:  Please be seated.

```
 1          THE COURT:  Okay.  So let's start with the jury
 2     instructions.  I am happy to hear from you, Mr. Ballou.
 3     We've got some agreement as to some.  Some disagreements as
 4     to others.  So let's just go through it.  We can leave the
 5     1752, right?
 6          MR. BALLOU:  Yes.  And when Mr. Rosen arrives, happy
 7     to defer to him.  I think, in addition to being busy with
 8     work, I think he also has some childcare responsibilities.
 9     So I'm happy to defer to him once he's here.  He's rushing
10     over here.
11          MR. PIERCE:  I'm sorry to interrupt.  This has
12     occurred in a prior trial, so we are not unfamiliar with
13     it.  Can we just ask that Mr. Rosen file a notice of
14     appearance at some point so we have it on the record?
15          THE COURT:  Sure.
16          MR. PIERCE:  Thanks.
17          MR. BALLOU:  Your Honor, on the non-1752 restricted
18     perimeter points, I think it might be helpful to refer you
19     to two documents that, I think, summarize the areas of
20     agreement and disagreement between the parties --
21          THE COURT:  Sure.
22          MR. PARKER:  -- which would be ECF 60 and ECF 62.
23     You may already have those.
24          THE COURT:  I have 60 open.  I will get 62 in a
25     moment, but sure.  Go ahead.
```

1      MR. BALLOU:  62 might be the easiest place to start

2    because I think it might be the easiest issues in some

3    sense.  These are three proposed additional instructions by

4    the defense, one on First Amendment protected activity, the

5    second on individualized guilt, and then the third on mere

6    presence at the Capitol grounds.

7        The First Amendment argument or instruction is

8    essentially a restatement of the defendant's motion to

9    dismiss, in short, saying that First Amendment protected

10   activity cannot be a crime and that the U.S. Capitol is a

11   recognized area of frequent protest, expression, and

12   demonstrations.

13       I think Your Honor was very clear in the pretrial

14   conference in denying that motion to dismiss and granting

15   the government's motion in limine on First Amendment

16   protected activity that this argument was not appropriate

17   here, and so I don't think that the jury instruction is

18   either.

19       Happy to talk about that specifically, or would you

20   prefer that I go through all three?

21       THE COURT:  No.  Let's just take one at a time.

22       You can just stay at the table.

23       MR. ROOTS:  I can do it from the table?

24       THE COURT:  Yes.  You are fine at the table.

25       MR. ROOTS:  Okay.  So there is pretty good case law

1    on a couple of these things.  The U.S. Supreme Court

2    actually many years ago, maybe in the late '60s, had a case

3    involving students who were protesting at a jail and they

4    were arrested for trespass.  They were protesting arrests

5    of black theater attendees who were arrested for going into

6    a segregated theater.

7         These students at a Florida -- as I recall, it was a

8    historically black college in Florida -- went to the jail

9    to protest.  They were on the jail grounds.  They were

10   arrested for trespassing.  It went all the way to the U.S.

11   Supreme Court.  It was a split decision.  There were some

12   justices, as I recall, that voted that, in fact, they can't

13   even be convicted of trespassing at a jail in that case.

14   But they were overruled.  What is the case?  Anyway, I cite

15   it in the footnotes.

16        THE COURT:  Right.

17        MR. ROOTS:  But it was unanimous that had they been

18   protesting at a legislative Capitol, their conduct would

19   have been First Amendment protected.  And so this notion

20   that there is no protection for January 6ers at the Capitol

21   on January 6 is preposterous.  It is preposterous.  Those

22   thousands of people who showed up to let their voices be

23   heard, they had a First Amendment right.  Again, it was a

24   unanimous decision.  U.S. Supreme Court said if it had been

25   a Capitol, then trespassing would not have applied because

 1   in that circumstance at least -- let's put it this way.  In

 2   some circumstances, and I would say for the jury to decide

 3   in this case as a matter of fact, there is First Amendment

 4   protection for what limited misdemeanor trivial things that

 5   the defendant in this case is accused of doing.

 6       So we believe there is a very strong basis for a

 7   First Amendment jury instruction.

 8       THE COURT:  Okay.  I think I have already covered

 9   this, so I'm not going to repeat, you know, in great

10   detail.  I stated at the pretrial conference -- you know,

11   cited to multiple other courts.  I understand, and you are

12   entitled to make this objection.  I think if you are right,

13   I'm not the only one with egg on my face.  It's going to be

14   every judge in this courthouse.  And a lot of them are

15   higher on the totem pole than me.  So I understand and

16   appreciate what you are saying.

17       I think we have covered why the First Amendment is

18   not a defense to these charges.  There are limitations on

19   persons' First Amendment rights when they are particularly

20   in these restricted area or grounds.  They don't have an

21   absolute First Amendment right.  And so I will just

22   incorporate -- I am not going to repeat everything I said

23   from the pretrial conference, but I think I have covered

24   this, so I'm not going to permit this instruction.

25       We can go to the next instruction.

```
 1          MR. BALLOU:  The second instruction that the defense

 2     offers relates to individualized guilt.  This again goes to

 3     an issue that I think was resolved in the pretrial

 4     conference.  If you recall, the defense raised what we have

 5     been referring to as raindrop motion in limine, trying to

 6     preclude arguments, you know, sort of using the raindrop

 7     analogy.

 8          And the government in that -- in our response or

 9     opposition to that motion made clear that we are not

10     prosecuting Ms. Lavrenz for the crimes of others or for

11     merely witnessing the crimes of others.  And that's not how

12     this case has been argued so far.

13          I think Your Honor has made quite clear through the

14     voir dire process that this is a case that concerns

15     Ms. Lavrenz's conduct, not the conduct of the crowd as a

16     whole.

17          And I think the standard jury instructions that I

18     believe Your Honor plans to use related to the presumption

19     of innocence and reasonable doubt both make clear that

20     what's at issue is a person's individualized, not

21     collective guilt.

22          And given the importance of Mr. Rosen's, I think,

23     post --

24          THE COURT:  I will just finish this.  I think I have

25     heard enough on this.  I am happy to hear from defense on
```

1      this, then we can shift gears to the 1752.

2          MR. ROOTS:  Yeah, so Ms. Lavrenz is accused of

3      crimes that really are based on her walking around and

4      being in a place.  So she's accused of disorderly conduct.

5      We just had a witness that was on cross-examination.  The

6      case agent in this case admitted she didn't push, she

7      didn't shove, she didn't jump up and down, she didn't

8      engage in what most people in most courts in most decades

9      have regarded as disorderly conduct.  That would require

10     something, throwing a chair, throwing litter, smoking where

11     they are not supposed to, anything like that.

12         In this case, Ms. Lavrenz is literally accused of

13     being in the wrong place, and the government is saying

14     that's disorderly conduct.  And it is disorderly conduct

15     only by shoehorning it or bootstrapping it to the actions

16     of the mob, of others.

17         So if you were just to depict -- let's just pretend

18     in the world of imagination that all the videos we have

19     seen were -- everyone but Lavrenz was removed, and there

20     she is, she's just walking, holding a purse and a camera --

21     I'm sorry, a cell phone, she's in particular places, never

22     even running, she didn't even run, never jumping, never

23     yelling, never raising her voice, now, that cannot be

24     disorderly conduct.

25         So I think this jury instruction is absolutely

1    called for, that guilt must be individualized.  She cannot

2    be convicted on the basis of being with others or seeing

3    others do things.  It has to be that the jury must be

4    instructed that pretend the defendant was all by herself

5    doing what she did, it's a jury instruction that I think is

6    absolutely necessary.

7         THE COURT:  Okay.  And so this individualized guilt

8    also has within it, it says, determination of guilt must be

9    an individualized matter.  It also speaks to the right to

10   associate, so it's a bit bleeding in back to that First

11   Amendment instruction.

12        I'm going to reject the requested instruction.  I

13   think it's unnecessary.  I think the elements of each

14   charge will be proved -- well, the instruction is going to

15   go and describe what has to be proved as to each jury to

16   the jury, and those elements clearly indicate that it's the

17   defendant and her own actions that they have to consider,

18   not somebody else's.  I think the jury is going to be

19   sufficiently instructed as to their understanding of the

20   evidence as to what the defendant is going to do.

21        I think what we have heard from the government is

22   that their closing argument will be focused on the

23   defendant and her actions.  Again, I will incorporate my

24   ruling as to the raindrop theory.  I think it also answers

25   this.  Again, to me it's the same issue that we covered

1    there.

2         I don't think that there is guilt by association.

3    If the government makes any allegations of that, we will

4    strike that statement during the closing.  Certainly you

5    have the ability to point out the instructions do not, in

6    fact, allow for a finding of guilt by guilt by association,

7    which I suspect you will say, and you have every right to

8    say it, that she cannot be held guilty because someone else

9    did something inappropriate.

10        To the extent that this instruction also covers this

11   right of association, it's in the proposed instruction,

12   again, I am going to reject that.  That language is from

13   that NAACP versus Claiborne, C-L-A-I-B-O-R-N-E, Hardware

14   case analyzing the First Amendment's applicability to the

15   boycott as we have discussed.

16        That instruction is rejected for the same reasons I

17   described in the pretrial conference when discussing the

18   First Amendment grounds.  Again, I don't think we need to

19   get into this further.  This is not restrictions on

20   people's First Amendment rights or their freedom of

21   association or guilt by association.  The instructions are

22   clear.  The evidence has been clear as it has come in so

23   far.  We are merely looking to Ms. Lavrenz's conduct.

24        So we can switch gears to the 1752, Mr. Rosen.  And

25   I will allow you to appear; although, you have not entered

1    your notice of appearance.  It's not a problem for today.

2        MR. ROSEN:  Thank you, Your Honor.  I appreciate the

3    Court's patience as I ran over here.

4        THE COURT:  Thanks for coming over.

5        MR. ROSEN:  I think -- and I am happy to engage the

6    Court.  I know we filed our briefing on the scope of 1752,

7    and I am certainly happy to give a little more gloss to it.

8    But at its core, what we are talking about is the

9    difference between whether or not the government has to

10   prove that the defendant had knowledge, not only of the

11   nature of the restricted area as well as the unauthorized

12   access to that area, but whether or not the defendant also

13   has to know essentially the reason for why the area is

14   restricted, which is the presence of a protected person by

15   the U.S. Secret Service.

16        Several courts have been addressing this issue, and

17   there's actually, frankly, a litany of case law that

18   assists us in this endeavor.  But at its core, what we are

19   talking about is something relating to jurisdictional

20   elements.

21        The Court is likely familiar with the case of United

22   States versus Feola, which was a 1970s case which dealt

23   with whether or not a defendant must know that a victim in

24   a 111 felony assault case knew that the person was, in

25   fact, a federal officer.

1       And the Supreme Court of the United States said no,

2  and that is because the purpose of that element or the

3  purpose of that essentially phrasing within the statute is

4  one of jurisdiction.  It is intended to both criminalize

5  the conduct, but bring the case into federal courts.

6       That is what we have here.  We have a statute that

7  knowingly -- that criminalizes the knowing trespass and the

8  unauthorized access into a restricted area, which is the

9  essence of this charge, and then at the end has the

10  definitional subsection in 1752(c)(1) that explains the

11  nature of that jurisdiction, which is the way that this is

12  criminalized under the necessary and proper clause is

13  through the presence of a protected person.

14       Before we even get to congressional intent, one need

15  only look at the structure and similar cases.  And so

16  looking at Feola, which is going to essentially graft onto

17  this perfectly, but more recent case of United States

18  versus Rehaif, which the court is well familiar with,

19  involving criminalization of those who are unlawfully

20  permitted to possess firearms.

21       And what the Supreme Court in Rehaif in dealing with

22  virtually the same distinct phrasing, clause, commas, a

23  very similar structure in terms of the statute we are

24  dealing with today absent this additional definitional

25  subsection.

1        In Rehaif the Supreme Court said that a defendant

2    must know that they are a -- that they are possessing the

3    firearm and that they are a person who is not prohibited.

4    They are otherwise of an unprotected class, whether they

5    are any of those little subsections, specifically (g)(1),

6    that they are previously convicted of a crime punishable by

7    more than one year of imprisonment.

8        The court in making its finding found that the

9    interstate commerce nexus that is built in to the clause is

10    one of jurisdiction, that the travel of a firearm from one

11    state to another is jurisdictional and the defendant need

12    not know that the gun actually traveled interstate.

13        It's the same thing here, which is the statute does

14    not require that the person understand why a protected

15    person is there and the nature of that restricted area.  In

16    fact, sort of unrelated to the jurisdictional point but

17    going to the intent point, that would defeat the whole

18    purpose of restricted area for a protected person in the

19    first place.

20        The difference between posting up a sign that says

21    area closed pursuant to 18 U.S.C., 1752 or area closed

22    because of the presence of this person or his family member

23    or his child is one that does not distinguish wrongful

24    conduct from not wrongful conduct, which is the snare of

25    the unsuspecting that has been focused on at least for the

1    congressional intent component of this analysis.

2         And so, you know, it's obviously quite important to

3    the government because of the nature of these cases as well

4    as the fact that it cannot be that Congress intended for

5    this particular mens rea to extend all the way through if

6    it is a jurisdictional element that mens rea does not

7    apply.

8         Now, the two cases to have been adverse to the

9    government.  One is United States versus Elizalde before

10   Judge Nichols, and the other one is United States versus

11   Groseclose before Judge Cooper.

12        Judge Nichols in Elizalde, we respectfully disagree

13   with his intent analysis, but one thing that I think also

14   falls a little bit on the government is that we didn't

15   really brief the jurisdictional aspect to that.  So I can't

16   fault the court for not addressing that point, but it is a

17   point that has now been raised and fleshed out in

18   meaningful ways before several judges.

19        The Groseclose case, which does deal with the

20   jurisdictional element of it or the jurisdictional analysis

21   is an interesting one because we actually agree that Judge

22   Cooper got it right 96 percent of the way through.  And

23   where we differ and ultimately where we respectfully

24   believe he's incorrect is the court in Groseclose believes

25   that in 2006, Congress, quote, reconceptualized the

1    statute. And by adding six months to the penalty for a

2    violation of 18 U.S.C., 1752(a)(1), the statute was changed

3    and transformed in a way that then carried a new mens rea

4    requirement with it.

5        If you look at our briefing and if you look at the

6    case law that supports this, one is, factually speaking, we

7    disagree with some of the assertions that were made in the

8    record when it came to those legislative changes in 2006.

9    But beyond that, in Feola, the dissenters in Feola

10   specifically talked about the penalty was so vast compared

11   to other assaults for federal officers so that Congress

12   must have conceptualized the statute to extend mens rea all

13   the way through. And those were the dissenters.

14       You know, whether or not we agree with it as a

15   policy matter, they lost, and the court very clearly said

16   that even jurisdictional elements do not carry that

17   presumption.

18       So what we are left with is a statute that differed

19   in 2006 by a difference of six months when Feola tells us

20   that penalty structure does not change the mens rea

21   analysis when it's combined with this jurisdictional

22   analysis.

23       And then, of course, we don't even need to get to

24   the intent component, but we filed that. And I know the

25   Court -- if the Court has any questions, I am obviously

1    happy to answer.

2         THE COURT:  I don't.

3         MR. ROSEN:  I will say since we have sort of

4    fulsomely discussed the jurisdictional component of this

5    and this issue is currently pending before the D.C. Circuit

6    in United States versus Griffin, the judges who have sort

7    of now had the fulsome briefing on behalf of the

8    government, which I will admit could have been better

9    earlier on, have all agreed with the government.  That

10    includes Judge Chutkan, Judge Friedrich, and then recently,

11    as of Monday, Judge Friedman.

12         So we do believe that our approach is reasoned.  It

13    is supported.  And we respectfully disagree with Judge

14    Cooper, obviously respect his acumen, but we think that the

15    reconceptualization of the statute that changed his entire

16    analysis simply did not happen in that way.

17         THE COURT:  Okay.  I am happy to hear from you,

18    Mr. Roots.

19         MR. ROOTS:  Yeah, so actually, some of those

20    arguments that were just made prove our point, which is

21    they are saying this is a jurisdictional element that I

22    think you can look at this as being preposterous in some of

23    its applications if it is the way the government argues.

24         So the government is arguing that the Secret Service

25    protectee almost willy-nilly can, you know, spread a red

1     carpet around himself, he's such a title of nobility -- by

2     the way, that's banned in the understandings of the

3     Constitution, bill of attainders and these things -- the

4     idea that there's these protected government officers that

5     are so powerful and worthy of worship that they get to just

6     declare that it's restricted area around themselves.

7     Secret Service can say here's a restricted area based on

8     the majesty of this minister or vice president or president

9     or whatever, that cannot be the law.

10     It has to be with -- it has to be like a trespassing

11     statute.  And it has to be requiring of the knowledge that

12     the person has notice that the protectee is there.

13     And by the way, if you look at the statute, 1752,

14     it's a very strangely worded statute.  The one part says

15     the White House, specifically enumerates the White House,

16     or it says, you know, other place that is cordoned off

17     where the Secret Service declares, blah, blah, blah.

18     So the fact that they enumerate the White House in

19     that statute is very important.  The White House, as we all

20     know, has a 10-foot fence around it.  People who climb that

21     fence, often they are committing -- they are trying to

22     commit suicide by a cop when they jump over that fence, and

23     this is documented.

24     It's not true of the Capitol.  The Capitol has no

25     10-foot fence.  And so it cannot just be -- it cannot be

1    that so little notice is required to convict someone of

2    such a crime.  It has to have notice that the protectee is

3    there, and it has to be prominently noticed.

4         So I think we just take our position on this jury

5    instruction that there has to be notice.

6         THE COURT:  Well, I appreciate the argument from

7    both sides.  I think it's been thoroughly briefed.  I think

8    you have really covered most of this, both sides, in your

9    briefs.  And frankly, it's somewhat academic because it's

10   before the D.C. Circuit now.  So we will get an answer from

11   them.

12        But I do agree with the government.  I think that

13   six courts here -- I look to Judges Howell, Chutkan, and

14   Friedrich.  Apparently there's also a Judge Friedman

15   decision.  But I look to those three judges in Carnell,

16   Nester, and Chambers have rejected the Groseclose analysis.

17   I agree, as the court said in Rhine, R-H-I-N-E -- and I

18   apologize to the court reporter.  That's Carnell,

19   C-A-R-N-E-L-L; Nestor, N-E-S-T-E-R; Chambers

20   C-H-A-M-B-E-R-S; and Groseclose is G-R-O-S-E-C-L-O-S-E.

21        As the court stated in Rhine, quote, nowhere does

22   the statute even suggest that the defendant must know the

23   details of the visit.  Indeed, a contrary reading would

24   defeat the protective purposes of the statute as some

25   degree of secrecy is often integral to Secret Service

1    protection, close quote.

2         I hear what you are saying, Mr. Roots.  We are just

3    trying to figure out the absurdity of one reading or the

4    other.  While what you point out is very persuasive that

5    you shouldn't be able to just fiat a place as being

6    untouchable, and we are not talking about the White House

7    here, I view the other side of this is that you don't get

8    to win the lottery, is what I think the Congress is saying

9    with this statute, if when you go into a place that's

10   restricted, if the actual person isn't there.  You

11   shouldn't get some benefit from that because the point of

12   this law, be it right or wrong, is to deter people from

13   entering into restricted grounds.  So a reward that because

14   the person happened to come there when the president or

15   vice president wasn't there and so, you know, the nation

16   dodges a bullet and that person is not harmed, that doesn't

17   seem to fit with the intent of the statute is, which is to

18   deter people from entering into these spaces.

19        Whether the statute itself is unconstitutional or

20   vague or overbroad, I think that maybe goes more to your

21   point, but I have to read the statute and consider the

22   intent of it.  I look to -- again, I am not going to

23   belabor this because I adopt the reasoning by the

24   government as well as I incorporate by reference Judges

25   Howell's, Chutkan's, and Friedrich's opinion.  I don't need

1    to drag this out further.  I think it's not necessary that

2    a defendant know that the person's actually there.

3         As an aside, I will note, here it seems interesting

4    to have this argument because unlike any of those other

5    cases, the government has actually presented evidence that

6    potentially this defendant did know that the vice president

7    was there based on the Facebook post that we saw today.

8    But regardless, they have taken this position.  I think the

9    language in the instructions comports with the law, so I

10   will follow the courts and do that.

11        You are certainly free to leave, Mr. Rosen.  Thanks

12   for coming down.

13        MR. ROSEN:  Thank you, Your Honor.

14        MR. ROOTS:  You know, I have an additional point

15   about 1752.

16        THE COURT:  Sure.

17        MR. ROOTS:  Okay.  Now, I make an argument, and I

18   think I emailed you guys yesterday with my proposed

19   instruction, but I make an argument that no one has ever

20   agreed with and no judge has ever agreed with.

21        THE COURT:  That's why I love you, Mr. Roots.  You

22   keep doing it.

23        MR. ROOTS:  Okay.  But in that statute is the phrase

24   temporarily visiting, so wherever a protectee is

25   temporarily visiting.  Now, that has to be understood in

1    conjunction with that upper part which says the White

2    House, the White House or wherever else a protectee happens

3    to be, quote, temporarily visiting.

4         And I think understood that when the White House is

5    enumerated, it means sleeping, staying where the family of

6    the protectee has an expectation of privacy.  It doesn't

7    mean his office, somewhere he's working.

8         So the vice president has an office in the Capitol.

9    That's not what is intended by the statute.  He's not

10   temporarily visiting like the president does when he goes

11   to Kennebunkport, Maine or Camp David.  That's temporarily

12   visiting.  That's staying.  That's with your family,

13   protected, and you have a right to a cacoon of privacy.

14        And I make the argument that that phrase temporarily

15   visiting has to mean staying, sleeping.  It has to mean

16   sleeping accommodations, lodging.

17        THE COURT:  So you asked for an instruction that

18   says that?

19        MR. ROOTS:  Yeah, I emailed the prosecutors

20   yesterday.

21        THE COURT:  That's fine.  I don't need to hear.  We

22   covered this to some extent in the Barron case.  I will

23   adopt my reasoning there as well as the judges in the other

24   cases where you raised this.

25        I don't think there is a statutory basis in the case

1    law to read this extra interpretation or definition in.  So

2    we will stick with the standard definitions.  These are the

3    ones used in Carpenter as well as in the other cases that I

4    have cited.

5         I will overrule your objection, but you preserve it,

6    as you have noted, for appeal.  You've already appealed

7    successfully -- brought this other appeal to the D.C.

8    Circuit in some other cases, or whatever case it might be,

9    you that vehicle.

10        And again, Ms. Lavrenz, it's frustrating sometimes

11   because it feels like if one judge does something, everyone

12   is just kind of following like lemmings.  I hope that's not

13   what we are doing.  I mean, I have thought about these

14   things.  But I take guidance from what the other judges

15   have done.  And although no judge has ruled in favor of

16   this argument so far doesn't mean it won't happen in the

17   future, but it won't be with me.  So that's -- I'll leave

18   it there as to your additional 1752.

19        So I think we have covered what we need to on 1752,

20   is that right?

21        MR. BALLOU:  I believe so, Your Honor.  I think

22   there might have been one in-line addition on Count 1, but

23   that's a very small part that I don't think --

24        THE COURT:  Mr. Rosen, you are welcome to go if you

25   so choose.  It's up to you.

```
 1              MR. ROSEN:  Thank you, Your Honor.

 2              THE COURT:  Okay.  Go ahead.  Tell me, where is

 3     that?

 4              MR. BALLOU:  Your Honor, would it make sense to

 5     finish up --

 6              THE COURT:  Finish?  That's fine.  We can go back to

 7     ECF 63, the mere presence, I think.  That's where we were

 8     now was the third one?

 9              MR. BALLOU:  Yeah, that was the last one.  I won't

10     belabor the point here, but I think this was addressed in

11     your ruling on the raindrop motion in limine which

12     addressed, not just the raindrop metaphor, but also

13     individualized guilt and mere presence.

14              I think the instructions for the individual counts

15     are clear that the government is prosecuting Ms. Lavrenz

16     for her conduct specifically, not for being present or

17     witnessing the crimes of others.

18              One final point here is I believe the defense cites

19     model jury instructions from the Ninth Circuit as the basis

20     for their proposal.  That's true in part.  It's modified --

21     the suggestion is modified slightly.  The Ninth Circuit's

22     model directs parties to specify which crimes a defendant

23     is charged with.

24              This one merely says -- or the suggestion from the

25     defense is that, quote, mere presence at the scene of a
```

1    crime or mere knowledge that a crime is being committed is

2    not sufficient to establish that the defendant committed a

3    crime.

4         And I think that adds a level of generality and

5    ambiguity that is probably going to be more confusing than

6    helpful to a jury.

7         THE COURT:  Mr. Roots, have you gotten a mere

8    presence instruction in other cases?

9         MR. ROOTS:  That's a good question.  I don't think

10   so.

11        THE COURT:  Okay.

12        MR. ROOTS:  But it is a recognized jury instruction.

13        THE COURT:  Sure, yeah, no, absolutely.

14        So I guess I just want to understand from the

15   government's perspective, I mean, your concern is that --

16        MR. ROOTS:  I was just reminded, I think we might

17   have won over Judge Friedman in the Gunby case on this.

18   That might have been given in the Gunby case.

19        THE COURT:  Here's what I would like you to do.  I

20   would like you to make sure that's the case tonight.  I

21   will tell the government I would like to hear a little more

22   on this.  It doesn't cause me great violence that they put

23   this in.  I want to make sure we have the Ninth Circuit or

24   whatever, like you are saying, we are correct with it, but

25   I don't think that you dispute any of these things.  Again,

1       as you have already stated this, that you know, the

2       individualized guilt, you are not claiming that she was

3       merely present at the scene of a crime nor did she have

4       mere knowledge is what I understand your argument to be.

5               Obviously I'm not saying this is the case,

6       Ms. Lavrenz.  I'm just saying that's what they are saying.

7       You are presumed innocent.  I am just trying to review what

8       it is they are saying.

9               So what I imagine you are saying still comports with

10      this, is that the defendant must be a participant and not

11      merely a spectator.  I don't know about the knowing, if

12      that should be there or not, but I will let you look at it.

13      The defendant's presence may be considered by the jury

14      along with other evidence in the case, but mere presence

15      alone is not sufficient.

16              So I would like you to just take a look at that

17      tonight.  I would like you to tell me if it was, but I

18      would say at this point I want to think on it more, but I

19      am leaning towards allowing that in, that instruction.

20              MR. BALLOU:  And we can provide a little bit more

21      research on this as well.  I just make one other point for

22      Your Honor on this.  There is a second way in which this

23      instruction is different from the model instructions from

24      the Ninth Circuit.  You may have already seen this.

25              THE COURT:  No, I didn't, so go ahead, tell me.

```
1        MR. BALLOU:  There is the final sentence which sort

2    of makes the instruction a little bit more emphatic, where

3    it says but mere --

4        THE COURT:  Let me tell you this.  I would like you

5    to come tomorrow morning, if you are forced to have this

6    instruction, what you would like it to look like and you,

7    prior to showing it to me in the morning, you email it to

8    them tonight.

9        MR. BALLOU:  Understood, Your Honor.

10       THE COURT:  I am going to have to close up here

11   because I have my own child care obligations.  I apologize.

12   I only care about mine, not yours, when you all have them.

13   But I do, so that's not actually true.  It may just not

14   seem like it.

15       I want to understand what I have left on our docket.

16   We've got the one 1752 issue.  What else do we have?

17       MR. BALLOU:  If you turn to ECF 60, we attempted to

18   estimate where the defense disagreed with the prosecution.

19       THE COURT:  The red lines, right?

20       MR. BALLOU:  Yes.  I think there's about a half

21   dozen small ones.

22       THE COURT:  There wasn't too many.

23       MR. BALLOU:  It's not many, and I think at some

24   level you have addressed at least one or two of the

25   important ones by ruling on 1752 issue.
```

        1          THE COURT:  Okay.  So let's be ready promptly at

        2     9:00 a.m.  I understand we started late in part because of

        3     me the last couple of days at 9:10 or so.  So at

        4     9:00 tomorrow, I will be ready to go through the remaining

        5     jury instruction questions.  I want to start with mere

        6     presence and then go to these additional ones.  Does that

        7     sound good?

        8          MR. BALLOU:  Understood, Your Honor.

        9          THE COURT:  Okay.  And then after that, we will call

       10     your witness.  It sounds like the government will likely

       11     rest then.  I believe we will then hear potentially from

       12     the defendant's witnesses.

       13          I did look at this question of whether or not

       14     someone's cumulative -- you know, I looked at some cases

       15     with the assistance, of course, of my law clerk, who

       16     largely do the work here.  But, you know, it seems to me

       17     that as I look at it, I think that I am hesitant to knock

       18     out one of their witnesses simply because they may be

       19     repeating.  I mean, we will wait to hear what their

       20     witnesses say and then get a proffer.  But I'm hesitant to

       21     knock somebody out.

       22          I will tell them that, you know, there is cases I

       23     have seen where eventually witnesses are precluded from

       24     testifying, defense witnesses.  One was where someone was

       25     incarcerated and they had only a certain amount of people,

1    I think two out of the five, that were allowed.

2         So there's got to be a limit to this, Mr. Roots,

3    Mr. Pierce, Ms. Lambert.  But you know, a couple -- as long

4    as people aren't kind of saying the same thing over and

5    over again, then I think I am going to let you do it.

6         Again, as I said, I am inclined to allow you to have

7    these folks appear by video, but I just want to keep things

8    move smoothly when we are doing that tomorrow, so let's be

9    prepared to just go from one to the next.  So if you have

10   folks who are going to be appearing by Zoom or things, have

11   them ready by their computer.  Please test it out

12   yourselves that they are ready.

13        If we can't get them on the Zoom, you know, you can

14   try later on, but we are not going to delay the proceedings

15   because their WiFi went down or something like that.  So

16   they need to be ready.  Okay, Mr. Pierce?

17        MR. PIERCE:  Yes, Your Honor.

18        THE COURT:  Mr. Roots, does that makes sense?

19        MR. ROOTS:  Yes.

20        THE COURT:  Okay.  Great.  So I will see you all

21   tomorrow morning at 9:00.  All right.  Thanks again.

22        (The trial adjourned at 4:59 p.m.)

23                          - - -

24                  C E R T I F I C A T E

25

1          I hereby certify that the foregoing is an accurate

2    transcription of the proceedings in the above-entitled

3    matter.

4

5

6    5/6/24                   s/ Tammy Nestor
                              Tammy Nestor, RMR, CRR
7                             Official Court Reporter
                              333 Constitution Avenue NW
8                             Washington, D.C. 20001
                              tammy_nestor@dcd.uscourts.gov
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. BALLOU: [113]
8/1 13/2 13/9 15/21
16/5 16/22 17/1 17/3
17/12 17/14 17/18
18/2 18/7 18/10 19/1
19/3 19/9 20/20 21/5
21/9 21/12 21/20
21/24 22/1 22/25 23/3
23/24 24/10 24/15
24/25 25/6 25/14
25/18 26/4 26/8 26/16
26/21 26/24 27/3
27/12 27/15 28/3 28/5
28/12 28/15 28/22
29/18 29/21 30/2 30/6
31/2 31/12 31/17
31/20 32/1 32/4 32/10
32/13 32/20 32/25
33/14 33/17 33/22
34/19 34/22 35/18
36/8 36/11 36/19 37/1
37/4 37/9 37/11 37/13
38/3 40/23 41/21
41/24 43/13 43/16
45/21 45/25 46/21
49/20 49/22 53/22
54/3 57/11 57/19
58/16 58/21 59/11
59/22 60/6 60/10
60/22 60/25 61/5 61/9
217/6 217/17 218/1
221/1 236/21 237/4
237/9 239/20 240/1
240/9 240/17 240/20
240/23 241/8
MR. PARKER: [302]
4/7 6/6 6/13 6/16 6/24
7/12 40/22 61/13
63/22 64/5 65/2 65/15
65/24 66/15 67/7
67/13 67/16 68/3 68/8
68/22 69/19 70/23
72/3 72/25 73/13 74/1
76/4 76/22 77/1 77/7
77/10 77/25 78/2
78/10 79/3 79/8 79/18
79/23 80/11 80/16
81/6 82/11 83/2 83/19
83/24 84/19 84/24
85/2 85/12 85/17
85/21 86/11 86/24
87/17 87/23 88/8 89/4
89/13 89/15 89/25
90/2 90/19 90/21 91/7
91/23 91/25 92/7
92/17 93/6 93/11
93/16 93/18 94/2
94/10 95/5 95/20
95/23 96/1 96/3 96/13
96/25 97/6 97/10
97/18 98/6 98/15
99/15 99/19 99/22
100/7 100/15 101/15
101/22 102/6 102/23
106/22 108/14 108/18
109/9 109/22 110/10
110/16 111/7 111/14
112/2 112/25 113/3

113/25 114/17 115/7
115/12 115/21 116/2
116/18 116/25 117/5
117/8 117/12 117/14
117/22 118/7 118/15
118/20 119/12 120/10
120/12 120/22 120/24
121/6 121/8 121/21
122/15 122/17 123/2
123/9 124/5 124/9
124/13 124/23 124/25
125/8 125/10 125/17
126/15 126/25 127/18
127/24 128/1 128/13
129/2 129/4 129/22
129/25 130/3 130/9
130/11 130/13 130/22
131/7 131/22 131/25
132/5 133/5 133/19
134/7 134/13 134/15
135/20 136/7 136/11
136/22 136/25 137/15
138/24 139/5 140/4
140/8 140/10 140/14
140/18 140/22 140/25
141/5 141/7 141/13
142/3 142/6 142/21
143/1 143/10 143/22
144/6 144/8 144/13
145/23 146/10 146/21
147/4 147/8 147/13
147/17 148/7 148/10
148/17 149/2 149/21
149/23 150/2 150/19
151/4 151/9 151/13
151/24 152/10 152/13
153/11 153/22 154/12
154/18 154/24 155/2
155/13 155/25 156/6
156/8 156/20 156/22
157/7 157/17 157/24
158/1 158/13 158/22
158/25 159/14 160/18
160/22 161/4 162/1
162/9 162/20 163/10
163/24 164/15 165/2
165/12 165/21 165/24
166/12 166/21 166/25
167/11 167/16 167/18
168/23 170/2 170/5
171/25 172/4 173/6
173/10 174/11 174/14
177/3 177/7 177/25
179/2 179/4 180/2
183/6 185/16 185/20
187/2 190/4 190/9
191/23 195/12 195/23
196/12 197/14 197/20
198/3 198/6 198/20
198/22 198/25 199/5
199/19 204/23 206/18
206/21 213/18 213/22
213/25 215/3 215/13
215/16 215/22 217/22
MR. PIERCE: [45]
4/12 4/25 5/7 5/11
5/16 5/19 6/2 7/10
100/25 101/17 104/4

104/17 105/14 105/18
107/23 108/16 114/25
115/3 160/13 160/25
162/22 200/1 200/13
200/23 201/1 201/19
201/21 202/2 202/5
202/10 202/25 203/3
203/7 203/11 207/7
207/10 207/12 213/17
215/24 217/11 217/16
242/17
MR. ROOTS: [97]
12/21 12/25 16/7 18/3
21/21 24/11 26/17
31/13 32/21 38/4
38/16 40/7 40/15
40/21 41/1 42/12
46/15 47/15 48/10
49/4 49/10 51/20 52/4
52/7 53/24 55/4 55/10
55/13 57/15 63/25
65/17 65/20 67/10
68/14 68/18 72/6
73/16 73/20 75/19
83/6 83/10 93/8 95/3
97/2 98/8 100/24
102/13 102/16 104/1
109/25 110/4 111/10
125/21 133/8 160/7
161/9 161/19 162/11
164/18 164/23 166/15
168/24 170/10 172/9
173/8 173/15 173/20
175/14 176/10 178/9
179/13 179/23 180/12
183/25 185/12 186/3
187/23 190/17 191/1
192/19 195/6 196/14
197/2 197/5 218/23
218/25 219/17 222/17
230/19 234/14 234/17
234/23 235/19 238/9
238/12 238/16 242/19
MR. ROSEN: [5]
225/2 225/5 230/3
234/13 237/1
MS. ROCHLIN: [1]
215/1
THE COURT: [280]
4/11 4/16 4/19 4/22
5/1 5/10 5/15 5/18
5/21 6/4 6/12 6/14
6/23 7/6 7/11 7/13
7/22 12/22 12/24 13/5
16/8 18/4 21/22 24/12
26/18 31/14 32/22
38/6 38/10 38/14
40/10 40/14 40/24
41/22 42/3 42/16
43/14 43/24 45/22
45/24 46/5 46/22
46/25 49/25 50/12
50/19 50/25 51/5 51/7
53/23 53/25 54/2 54/9
54/23 61/10 63/24
64/1 65/18 65/23 66/9
67/9 67/11 67/15
67/17 68/4 68/16

73/17 73/19 73/22
74/24 75/22 76/2
76/24 77/6 77/9 77/18
79/5 81/8 83/4 83/7
83/9 83/22 84/6 84/21
93/9 95/4 97/3 98/9
100/10 100/13 100/21
101/1 101/3 101/9
101/12 101/16 101/18
102/3 102/11 102/15
103/9 104/2 104/6
104/8 104/12 104/15
104/21 105/16 105/19
107/20 107/24 108/15
108/17 108/19 108/21
109/24 110/1 110/3
110/7 110/13 110/17
111/9 111/11 114/20
114/22 115/1 115/4
115/6 125/22 125/24
126/24 127/6 127/19
133/7 133/9 140/16
160/9 160/11 160/15
160/20 160/23 161/1
161/6 161/10 161/20
161/23 162/12 162/14
162/24 163/6 163/8
163/11 164/17 164/20
164/22 164/25 165/5
165/14 166/14 166/16
167/13 167/19 167/23
168/2 170/3 170/13
172/1 172/3 172/6
172/10 173/7 173/12
174/13 174/18 175/17
177/4 177/6 177/9
178/4 178/12 178/15
179/7 179/15 179/24
180/10 180/16 181/20
183/7 183/9 184/4
184/21 185/17 185/19
185/24 186/6 187/3
187/5 188/9 190/6
190/18 191/6 192/1
195/7 196/15 196/17
197/4 197/8 197/19
197/23 198/4 199/20
199/23 200/8 200/15
200/20 200/25 201/18
201/20 202/1 202/3
202/8 202/22 203/2
203/6 203/10 203/25
206/16 206/20 207/8
207/11 208/11 209/23
213/20 213/24 214/24
215/2 215/10 215/15
215/17 215/23 216/2
216/8 217/1 217/15
217/21 217/24 218/21
218/24 219/16 220/8
221/24 223/7 225/4
232/3 230/17 232/6
234/16 234/21 235/17
235/21 236/24 237/3
237/6 238/7 238/11
238/13 238/19 239/25
240/4 240/10 240/19
240/22 241/1 241/9

THE COURTROOM
DEPUTY: [8] 4/2 7/15
7/20 38/13 61/18
168/1 216/7 216/25
THE DEFENDANT: [4]
4/18 4/21 162/23
163/5
THE WITNESS: [2]
50/18 199/22

---

'60s [1] 219/2

0

00066 [1] 1/3
02903 [1] 1/21

1

10 [6] 1/20 10/23 18/1
48/18 160/16 160/18
10-foot [2] 231/20
231/25
103 [5] 15/22 16/6
16/10 48/11 59/14
104 [9] 17/19 18/2
18/6 35/19 49/6 59/12
60/6 96/18 99/11
104A [7] 96/14 97/1
97/4 97/12 97/24
98/21 99/14
104B [4] 97/20 97/23
98/7 98/10
105 [1] 86/12
106 [1] 92/22
106A [3] 92/18 93/7
93/10
107 [6] 21/12 21/20
21/23 55/4 55/5
109/14
107A [5] 109/10
109/23 111/8 111/13
129/7
108 [3] 85/17 143/1
157/8
10:22 [3] 38/7 38/9
38/11
10:30 [1] 38/7
10:35 [2] 121/6 121/21
10:36 [1] 38/12
11 [1] 69/9
1101730 [1] 207/14
111 [3] 148/18 156/1
225/24
1149 [1] 202/11
11:30 [1] 37/21
11:39 [3] 122/15 123/2
123/9
12 [2] 89/4 154/12
12:05 [2] 101/8 101/11
12:18 p.m [1] 87/9
13 [3] 25/6 92/10
151/10
13:02 [1] 89/5
13:39 [2] 89/13 89/15
13:40 [1] 58/18
13:48 [1] 58/17
13:52 [4] 58/19 89/25
90/2 195/21
13:52 in [1] 195/14

**1**

13:55 [1] 90/19
14 [1] 47/16
146 [4] 201/17 201/19 201/20 203/1
149 [1] 204/25
14:30 [1] 196/12
14:31 [1] 198/20
15 [10] 8/12 8/25 21/7 29/21 38/25 97/7 162/8 163/21 200/11 200/16
1511 [1] 207/16
1523 [1] 207/16
15:13 [1] 29/22
15:24 to [1] 47/23
16 [2] 47/23 88/8
17 [1] 97/11
172 [1] 1/18
1752 [20] 214/2 214/18 214/19 214/22 215/7 215/19 217/5 217/17 222/1 224/24 225/6 226/10 227/21 229/2 231/13 234/15 236/18 236/19 240/16 240/25
18 [2] 227/21 229/2
18:22 [1] 86/12
1970s [1] 225/22
1995 [1] 201/21
19:09 [1] 92/8
19:09 in [1] 91/7
19:10 [1] 25/14
19:20 [1] 199/2
19:31 [4] 25/15 91/23 199/1 199/3
19:32 [1] 91/25
1:00 [1] 14/1
1:05 [1] 101/6
1:15 [1] 101/5
1:24 [1] 108/20
1:30 [1] 124/5
1:35 [1] 18/7
1:36 [3] 124/13 133/19 133/20
1:38 [2] 123/14 123/21
1:43 [1] 60/17
1:43 p.m [1] 60/5
1:43:57 [1] 60/4
1:44:29 p.m [1] 17/17
1:57:01 p.m [1] 17/24
1:59 [1] 60/18
1:59 p.m [1] 93/15
1:59:38 [1] 60/15
1X [2] 113/20 114/17

**2**

20 [10] 9/16 10/21 17/12 25/7 33/1 62/3 62/5 95/23 160/16 168/10
20 feet [1] 89/1
200,000 [1] 182/24
20001 [2] 1/24 243/8
20004 [1] 1/13
2005 [1] 202/11
2006 [3] 228/25 229/8 229/19
210/10
202 [2] 9/22 57/20
202-208-7528 [2] 105/22 105/22
2020 [7] 76/16 80/8 80/22 82/4 174/10 177/1 178/20
2021 [8] 9/1 9/11 16/4 39/4 45/5 57/9 64/13 69/9
2022 [1] 207/14
2024 [2] 1/5 163/21
20530 [1] 1/15
208 [2] 135/22 140/2
21550 [1] 1/17
216 [1] 152/13
22 [1] 82/21
23 [1] 151/11
23-00066 [1] 1/3
23-66 [1] 4/3
24 [1] 243/6
24:35 [1] 143/2
25 [3] 52/8 55/10 154/24
25:11 [1] 143/10
25:25 [1] 144/6
25:40 [2] 145/24 146/21
26 [2] 55/7 95/20
26:42 [1] 147/4
27 [3] 1/5 24/16 85/18
27:05 [2] 147/8 147/17
27:15 [1] 148/10
29 [2] 151/24 152/3
2:00 and [1] 111/20
2:00 p.m [1] 21/19
2:06:55 p.m [1] 118/10
2:10 [1] 93/11
2:15 [3] 19/1 20/20 35/20
2:17 [1] 134/7
2:20 [3] 32/1 124/23 124/25
2:23 [4] 134/13 134/15 136/8 136/14
2:30 [1] 93/18
2:35 [4] 16/22 59/12 59/14 60/8
2:42 p.m [1] 143/6
2:43:09 [1] 144/3
2:45:14 [1] 148/16
2:47 p.m [1] 155/20
2:47:18 p.m [1] 151/3
2:50:47 p.m [1] 156/11
2:53:05 p.m [1] 159/4
2:56 [1] 167/20
2:57 [2] 167/22 167/24
2X [1] 112/25

**3**

30 [16] 9/16 10/20 17/1 19/9 21/24 22/25 59/15 75/8 76/16 77/12 80/8 80/22 82/4 111/14 111/16 111/20
30-second [1] 164/5
301 [10] 23/24 24/10 24/14 47/15 58/17 87/18 105/21 185/12
302 [4] 26/4 26/16 26/20 118/16
304 [5] 31/2 31/12 31/16 123/11 123/13
305 [4] 94/17 97/25 98/19 98/23
305A [3] 94/12 95/2 95/6
306 [2] 131/8 135/8
308 [1] 151/9
310 [1] 153/12
311 [6] 32/10 32/20 32/24 60/22 137/16 138/22
312 [6] 132/6 133/6 133/10 136/7 138/21 139/18
333 [2] 1/23 243/7
33:31 [1] 157/9
34 [1] 202/11
34:47 [1] 158/13
35 [1] 143/8
38 [1] 87/19
3:05 [1] 167/21
3:07 [1] 167/25
3:13 [3] 94/2 94/5 94/10
3:28 [2] 98/15 98/16
3:42 [6] 113/15 114/18 115/12 115/21 148/18 148/20
3:44 [2] 125/8 127/24
3:51 [1] 200/19
3:55 [1] 87/23

**4**

40 [4] 10/20 10/21 82/19 142/3
42 [1] 113/1
44 [2] 78/23 209/2
45 [3] 89/4 100/16 131/23
4:02 [1] 128/1
4:03 [1] 149/2
4:05 [1] 200/18
4:11 [3] 116/2 140/10 213/19
4:22 [1] 216/6
4:23 [1] 216/24
4:35 [1] 128/13
4:45 [2] 33/23 118/17
4:59 [1] 242/22
4th [1] 202/11

**5**

5/6/24 [1] 243/6
50 [1] 8/17
501 [7] 65/3 65/16 67/5 67/8 68/7 68/8 69/20
503 [4] 163/25 164/16 165/13 165/16
504 [3] 165/25 166/13 166/20
505 [3] 167/1 167/12 167/15
52 [1] 140/4
53 [2] 90/22 123/13
54 [3] 40/8 40/21
55 [1] 112/3
59 [2] 33/14 137/17
5905144 [1] 210/10
5:10 [3] 149/21 150/2 150/5
5:18 [1] 150/19
5:20 [1] 141/9
5:25 [1] 60/23
5:30 [1] 33/23
5:31 [1] 60/23
5:32 [4] 140/8 140/14 140/22 141/14
5:40 [1] 27/13
5:56 [1] 27/1

**6**

60 [3] 217/22 217/24 240/17
601 [1] 1/12
601A [4] 70/24 72/4 72/9 73/11
601B [7] 73/1 73/3 73/14 74/13 76/3 76/4 173/18
601C [3] 80/17 81/7 81/10
602A [4] 82/12 83/3 84/20 84/23
603A [4] 78/11 79/4 79/7 173/22
62 [3] 217/22 217/24 218/1
63 [1] 237/7
649 [1] 1/20
66 [1] 4/3
6:04 [1] 118/20
6:05 [2] 28/3 117/6
6:12 [2] 142/4 142/6
6:15 [2] 117/12 117/14
6:30 [1] 23/1
6:43 [2] 129/2 129/25
6:51 [1] 130/9
6:55 [3] 116/18 117/22 118/7
6ers [1] 219/20
6th [1] 85/10

**7**

70 [4] 201/17 201/18 203/1 204/25
700 [1] 1/20
7528 [2] 105/22 105/22
7:00 [1] 11/1
7:00 a.m [3] 9/14 37/16 39/11
7:00 start [1] 39/12
7:18 [1] 28/13
7:50 [2] 130/11 130/22

**8**

8:00 [2] 11/3 11/3
8:00 a.m [2] 39/16 39/16
8:35 [1] 156/1
8:47 [2] 156/6 156/8

**9**

91367 [1] 1/18
940 [1] 209/3
950 [1] 1/15
96 percent [1] 228/22
966 [1] 207/16
9:00 [2] 216/18 242/21
9:00 a.m [4] 11/6 11/7 11/11 241/2
9:00 tomorrow [1] 241/4
9:05 [1] 119/12
9:10 [2] 28/22 241/3
9:14 [1] 156/20
9:15 [1] 216/19
9:18 [2] 28/22 119/13
9:23 [1] 120/10
9:24 [1] 4/1
9:30 [3] 7/14 30/2 216/19
9:54 [1] 120/22
9:56 [2] 29/19 30/3

**A**

A.3d [1] 209/2
a.m [14] 4/1 7/14 9/14 11/6 11/7 11/11 37/16 38/9 38/11 38/12 39/11 39/16 39/16 241/2
ability [1] 224/5
able [35] 15/9 34/24 44/10 44/11 63/11 78/7 82/8 83/13 83/16 98/3 99/11 103/16 104/13 105/17 108/24 116/12 122/3 134/24 136/18 145/20 149/10 161/12 162/16 162/20 163/2 163/3 170/12 175/3 184/13 194/15 203/24 206/19 207/8 207/9 233/5
about [169] 6/8 8/17 10/20 10/21 12/1 17/1 18/1 18/8 23/25 25/7 25/15 26/5 26/21 26/24 27/1 27/12 27/13 27/13 29/4 31/3 31/21 32/11 33/1 33/23 42/13 43/19 46/1 47/23 48/18 49/7 49/13 49/23 50/3 51/18 51/18 54/5 55/7 55/10 57/2 58/1 59/14 59/21 59/24 62/21 64/7 73/23 73/25 74/5 75/12 77/16 77/19 77/22 77/22 78/23 80/4 80/9 84/1 88/24 90/17 91/17 92/5 92/8 102/22 102/25 103/1 103/5 105/13 106/8 107/10 107/19 109/8 109/20 114/13 119/6 124/12 125/5 125/25 126/7 126/17 128/8 128/21 129/7 129/9 129/11 136/2 136/15

**A**

about... [75]  140/1
140/7 141/1 141/20
142/3 146/7 147/1
154/9 154/16 155/19
155/20 159/8 159/23
159/25 160/2 161/15
161/17 163/16 164/6
171/4 171/21 175/4
175/5 175/10 175/21
176/2 176/4 176/17
176/22 177/10 177/15
179/8 179/9 179/20
179/25 181/12 182/1
183/22 184/1 184/5
184/6 185/2 185/4
185/6 186/21 187/13
189/16 190/15 191/8
191/10 194/3 197/12
199/16 203/25 206/15
207/1 208/4 208/20
209/7 211/3 211/4
212/9 212/24 213/15
214/3 218/19 225/8
225/19 229/10 233/6
234/15 236/13 239/11
240/12 240/20
above [2]  86/20 243/2
above-entitled [1]
243/2
absent [1]  226/24
absolute [3]  106/19
181/7 220/21
absolutely [8]  68/22
133/16 184/17 197/20
198/3 222/25 223/6
238/13
absurdity [1]  233/3
abuse [1]  209/20
abused [3]  209/5
209/19 210/5
academic [2]  213/13
232/9
access [2]  225/12
226/8
Accidental [1]  37/18
accommodations [1]
235/16
accompanied [1]  4/8
account [5]  70/18
70/21 71/10 71/15
73/23
accounts [1]  70/15
accuracy [7]  96/22
98/3 109/19 110/5
110/6 110/14 111/3
accurate [8]  65/12
71/25 73/7 81/3
164/12 164/13 183/22
243/1
accurately [2]  93/3
94/23
accusations [1]  176/18
accused [4]  220/5
222/2 222/4 222/12
accusing [1]  187/23
across [3]  27/19
119/16 199/14
action [2]  35/11 206/21

190/15 222/15 223/17
223/23
active [3]  45/12 45/12
57/7
actively [3]  89/20
113/10 145/9
activity [3]  218/4
218/10 218/16
acts [1]  84/2
actual [4]  48/8 68/23
175/5 233/10
actually [51]  5/7 5/13
11/9 13/6 17/3 20/12
26/25 27/24 29/18
30/22 32/13 33/23
49/10 58/17 59/12
60/7 74/5 74/16 83/6
94/16 95/23 99/19
107/7 113/18 117/6
120/24 121/6 121/8
128/1 136/9 140/10
140/25 144/8 146/10
147/20 179/5 182/1
190/13 191/24 198/22
219/2 225/17 227/12
228/21 230/19 234/2
234/5 240/13
acumen [1]  230/14
add [3]  74/25 75/18
107/11
adding [1]  229/1
addition [3]  83/5 217/7
236/22
additional [14]  6/20 7/3
12/16 50/9 83/6 84/9
84/13 101/20 136/22
218/3 226/24 234/14
236/18 241/6
address [8]  17/11 66/3
67/23 68/12 68/19
68/23 69/6 102/20
addressed [3]  237/10
237/12 240/24
addresses [1]  67/23
addressing [2]  225/16
228/16
adds [1]  238/4
adduce [1]  197/12
adduced [1]  188/14
adducing [1]  187/9
adjourned [1]  242/22
administered [3]
177/22 179/21 183/19
administrative [1]  9/7
admissibility [1]  207/19
admission [1]  210/23
admit [45]  16/5 18/2
18/4 21/20 24/10
24/12 26/16 26/18
31/12 32/20 40/21
65/15 67/7 68/3 72/3
73/13 75/1 76/2 79/3
79/6 81/6 81/9 83/2
84/19 84/22 93/6 93/9
95/1 96/25 97/3 98/6
98/9 109/22 111/7
111/11 133/5 164/15

167/14 209/18 210/4
212/23 230/8
admitted [22]  16/8
21/22 31/14 32/22
35/19 40/24 47/17
68/6 72/7 86/21 95/4
97/25 98/1 98/12
133/9 165/14 166/19
178/2 204/17 205/1
205/13 222/6
admitting [1]  103/4
adopt [2]  233/23
235/23
advance [19]  16/22
18/7 22/25 25/6 25/14
26/24 26/25 29/18
29/21 31/20 33/14
33/22 58/17 59/12
59/14 60/7 60/8 60/23
209/11
advanced [1]  118/24
advancing [9]  47/13
60/18 100/2 123/7
124/4 124/22 131/2
131/16 131/21
adversary [4]  209/14
210/1 211/11 211/13
adverse [3]  207/18
212/14 228/8
advice [1]  6/1
advised [1]  105/9
advocacy [1]  56/10
179/23 180/1 180/14
181/17 182/19 184/9
184/17 204/10
advocate [1]  184/2
aerial [1]  18/19
affected [1]  44/10
afield [2]  172/6 183/10
after [13]  39/17 52/25
64/19 67/4 102/9
103/20 106/17 158/10
192/5 200/6 202/17
216/15 241/9
afternoon [8]  103/22
104/3 104/14 109/3
109/4 168/7 168/8
195/11
afterwards [2]  47/2
77/21
again [66]  7/22 15/2
19/24 22/12 23/6
26/22 27/10 30/21
43/16 44/4 46/3 47/4
49/22 51/15 54/5
54/21 57/23 60/25
77/4 77/15 78/25 80/6
81/22 83/22 84/7
88/11 96/1 100/1
108/23 126/3 126/3
126/12 127/9 138/3
140/19 144/13 146/3
149/5 177/13 189/15
192/14 197/19 197/24
198/1 198/9 199/2
202/23 203/2 203/22
208/14 213/5 216/17
216/19 216/22 219/23

224/12 224/18 233/22
236/10 238/25 242/5
242/6 242/21
against [5]  11/16 13/19
29/12 60/17 90/10
agencies [1]  169/22
agency [3]  62/16 169/5
169/15
agent [46]  4/10 61/13
61/25 62/22 62/3 62/22
62/24 63/1 63/23 64/2
65/5 65/11 65/13
65/25 66/1 66/18
66/25 68/23 93/13
94/14 96/16 99/24
100/15 102/9 109/3
110/20 163/13 168/7
168/11 168/14 168/14
168/15 168/18 168/20
170/8 172/20 174/15
176/13 176/17 176/19
179/10 182/3 184/11
190/12 195/11 222/6
agents [10]  63/8 64/25
66/22 168/21 168/22
169/9 169/10 169/13
171/21 176/16
aggressive [3]  15/14
187/18 188/18
ago [7]  88/13 91/21
92/10 121/19 128/22
135/9 219/2
agree [24]  45/18 46/6
53/20 54/10 57/8
102/14 103/16 170/13
174/7 176/6 182/9
182/17 186/19 186/25
188/7 188/10 194/10
194/14 194/16 194/17
228/21 229/14 232/12
232/17
agreed [8]  75/7 75/17
188/1 188/8 210/14
230/9 234/20 234/20
agreement [2]  217/3
217/20
agrees [1]  175/23
ahead [40]  7/25 12/24
18/4 26/18 49/8 50/20
54/2 73/19 79/6 81/9
83/9 84/24 88/8 89/4
97/18 100/21 110/3
112/2 145/23 154/12
157/17 164/22 165/9
165/10 165/18 166/22
172/3 173/14 174/13
177/6 178/15 186/12
190/7 191/15 204/22
206/20 208/12 217/25
237/2 239/25
albeit [1]  211/14
alcove [2]  15/5 15/6
all [96]  4/16 7/5 7/6 7/7
7/11 8/22 10/6 11/13
18/4 20/10 24/12
32/22 47/7 49/19
52/18 53/4 55/15 56/4
56/5 58/3 66/5 69/14

95/20 98/12 100/22
105/3 105/17 106/21
107/13 108/17 108/19
110/17 115/1 115/6
117/22 123/2 123/13
124/23 127/22 129/23
139/20 141/13 159/14
160/19 166/17 168/2
168/21 168/24 169/11
169/11 169/13 169/13
169/14 169/15 170/14
172/15 173/15 173/25
174/8 176/16 176/24
178/15 181/18 181/20
182/1 188/8 190/14
193/10 193/10 195/8
197/15 199/20 200/11
200/17 213/14 213/15
216/4 216/9 216/16
216/16 216/18 218/20
219/10 222/18 223/4
228/5 229/12 230/9
231/19 240/12 242/20
242/21
allegations [3]  191/12
192/14 224/3
allegedly [1]  64/12
allow [14]  13/8 54/13
75/23 77/24 84/8
166/19 167/14 171/4
178/12 179/18 197/24
224/6 224/25 242/6
allowed [8]  23/18
27/24 186/9 191/4
209/17 210/4 213/1
242/1
allowing [4]  188/12
209/5 209/21 239/19
allows [1]  178/6
alluded [1]  22/6
almost [3]  20/6 58/10
230/25
alone [1]  239/15
along [13]  10/13 22/23
22/24 29/14 42/10
44/1 45/13 50/9 57/7
69/16 77/3 118/13
239/14
alongside [1]  214/3
already [34]  29/10 42/9
44/1 47/17 51/10
52/25 85/19 92/23
94/18 96/19 107/18
109/15 118/16 123/11
131/9 175/18 178/2
181/3 181/21 185/21
186/8 187/8 188/20
188/21 196/20 209/14
210/1 211/12 212/10
217/23 220/8 236/6
239/1 239/24
also [34]  4/13 6/24 9/7
12/18 58/13 67/23
74/8 77/3 82/5 84/13
99/6 108/10 115/25
126/5 126/17 126/21
169/7 169/16 180/2
180/6 190/11 191/1

also... [11]  202/3
214/24 217/8 223/8
223/9 223/24 224/10
225/12 228/13 232/14
237/12
alternative [1]  44/13
although [6]  74/22
83/25 133/17 212/15
224/25 236/15
always [1]  4/24
am [57]  9/11 20/25
50/8 62/15 62/23
73/24 75/1 81/12
83/19 85/14 87/21
88/16 97/19 100/7
103/24 107/25 108/8
110/10 115/25 122/5
124/12 126/13 126/16
133/22 135/1 135/9
136/19 141/3 142/8
144/11 165/9 176/19
177/12 179/18 180/8
183/11 183/22 188/12
190/10 209/9 211/19
213/7 217/2 220/22
221/25 224/12 225/5
225/7 229/25 230/17
233/22 239/7 239/19
240/10 241/17 242/5
242/6
ambiguity [1]  238/5
amenable [1]  214/21
Amendment [23]  105/6
106/1 106/4 180/6
180/12 180/19 180/22
181/1 184/9 218/4
218/7 218/9 218/15
219/19 219/23 220/3
220/7 220/17 220/19
220/21 223/11 224/18
224/20
Amendment's [1]
224/14
AMERICA [2]  1/2 4/3
American [2]  184/1
188/4
among [1]  186/25
amongst [1]  215/8
amount [2]  11/8
241/25
analogy [1]  221/7
analysis [7]  228/1
228/13 228/20 229/21
229/22 230/16 232/16
analyze [1]  175/13
analyzing [1]  224/14
anger [1]  11/22
another [26]  14/18
17/12 21/6 21/9 27/10
49/5 56/4 64/14 65/10
74/19 80/22 100/8
105/8 117/18 154/5
166/2 167/3 172/20
183/21 183/21 188/23
206/4 206/23 207/12
207/15 227/11
answer [3]  181/22
230/1 232/10
181/21
answering [1]  181/23
answers [2]  50/13
223/24
antenna [4]  70/10
70/11 86/6 95/15
antenna-like [1]  86/6
antenna-type [2]  70/10
70/11
antennas [3]  130/21
194/24 195/6
anticipate [4]  83/23
102/7 160/15 206/23
any [72]  4/20 7/3 23/17
23/21 29/15 29/16
35/5 35/11 41/16
43/10 43/19 43/25
50/13 52/21 55/2
63/24 67/9 68/20
70/15 72/5 72/22
73/15 80/13 84/16
87/12 101/7 101/20
103/1 109/24 111/9
159/8 159/17 172/8
175/25 176/25 178/10
178/18 183/4 184/9
188/8 189/12 190/22
190/22 191/7 191/8
191/10 191/21 191/22
192/4 192/7 193/1
193/6 193/8 193/11
193/13 193/16 193/17
193/19 193/21 193/25
193/25 203/8 206/1
206/13 209/9 215/24
216/18 224/3 227/5
229/25 234/4 238/25
anybody [4]  27/20
30/23 132/24 202/15
anyone [4]  52/21
193/14 193/21 194/1
anything [23]  4/23 7/9
39/8 42/10 46/2 56/17
74/25 75/18 83/4 99/2
101/13 101/16 108/12
108/15 134/24 173/2
179/15 185/2 189/14
195/4 201/9 202/15
222/11
anytime [1]  4/19
Anyway [1]  219/14
apart [1]  174/22
apologies [3]  96/4
199/2 215/13
apologize [9]  12/3 77/5
105/21 130/14 140/20
140/25 198/25 232/18
240/11
apparently [2]  214/23
232/14
appeal [3]  180/17
236/6 236/7
appealed [1]  236/6
Appeals [3]  208/24
211/1 211/9
appear [38]  20/4 52/17
52/20 53/3 55/1 55/19
70/4 82/24 84/5 88/21
91/12 92/14 97/14
111/25 115/15 120/2
121/15 122/20 124/17
133/23 134/22 138/8
138/14 139/13 145/18
147/22 148/1 148/23
154/21 157/21 158/18
174/8 214/24 224/25
242/7
appearance [2]  217/14
225/1
APPEARANCES [1]
1/10
appeared [4]  70/18
72/22 80/14 159/9
appearing [1]  242/10
appears [8]  48/7 66/9
86/17 87/12 120/6
185/8 186/18 214/22
Appellants [1]  209/4
applicability [1]  224/14
applications [1]  230/23
applied [1]  219/25
apply [1]  228/7
Applying [1]  209/19
appointed [1]  6/10
appreciate [7]  7/8
170/15 170/17 183/14
183/17 200/8 204/2
204/8 204/13 220/16
225/2 232/6
approach [3]  52/17
214/5 230/12
approaching [1]  157/4
appropriate [12]  54/4
102/1 102/19 103/6
103/8 201/15 203/11
205/17 206/22 208/6
211/16 218/16
appropriately [1]
202/16
approximately [9]  89/1
112/21 122/2 138/22
139/16 142/15 153/14
163/21 169/10
arcing [1]  12/5
are [372]  7/4 7/24 8/15
10/4 10/11 11/11
12/25 13/7 14/17
16/15 16/17 18/12
18/14 18/16 19/13
19/15 20/15 21/2 22/3
22/13 23/15 24/19
24/22 25/10 25/11
25/12 25/13 25/23
27/18 27/18 27/24
28/10 29/2 29/4 30/16
31/24 33/9 34/7 34/11
34/17 36/3 36/5 36/6
36/16 38/10 39/3 41/6
41/8 41/14 42/4 42/11
42/24 43/1 44/6 44/11
45/19 46/7 47/6 47/16
48/18 50/5 50/15 51/8
51/9 52/7 52/14 52/19
54/6 54/12 54/15
54/15 55/7 55/10
55/20 55/22 55/22
58/23 59/1 59/9 59/24
62/14 62/18 62/22
66/5 67/24 67/25
68/18 70/11 70/12
74/2 74/5 74/6 74/9
74/10 77/16 78/2
81/19 83/10 86/9 86/9
87/21 88/25 89/1 90/2
91/2 91/3 91/10 91/15
91/25 93/18 94/5
94/10 97/6 97/11
97/22 98/12 98/16
99/3 99/9 99/11
100/18 101/3 101/9
101/21 102/4 102/6
103/2 103/4 104/2
104/10 104/15 105/17
107/1 107/7 107/8
107/9 107/10 107/14
107/20 108/2 108/24
109/20 111/16 115/9
115/21 116/12 117/14
118/7 118/20 119/16
119/18 119/19 121/24
122/3 123/9 123/24
124/1 124/3 124/3
124/25 126/14 127/7
127/16 127/22 127/23
131/3 131/9 131/13
131/14 132/8 133/17
133/20 134/2 134/4
134/5 134/6 134/15
134/24 136/6 136/14
136/17 138/6 138/22
140/6 141/9 142/3
142/6 143/18 143/19
145/5 145/7 145/9
145/20 146/21 147/24
147/25 148/10 148/20
149/10 149/17 149/19
150/5 150/8 152/3
152/10 152/14 153/6
154/3 154/4 154/6
156/8 157/21 159/18
160/11 160/19 160/24
161/10 161/12 162/16
162/16 163/2 163/8
164/23 167/3 167/23
168/2 168/21 169/13
169/13 169/14 169/16
169/21 170/16 171/11
171/21 171/23 172/6
174/3 174/19 174/25
175/10 175/11 176/13
176/16 177/14 177/16
178/1 178/2 178/9
178/18 178/24 179/12
179/19 179/20 179/22
181/9 181/12 181/21
180/7 180/10 180/25
180/25 181/1 181/3
181/6 181/12 181/12
181/14 181/15 181/16
181/20 181/23 182/6
182/9 183/9 183/18
184/4 184/18 185/23
186/2 186/22 187/9
187/11 188/20 189/16
190/1 190/14
191/4 191/16 194/7
195/3 197/12 197/15
197/17 199/23 200/15
201/4 203/7 204/4
204/8 204/11 204/12
204/25 205/3 205/5
205/6 205/9 205/10
205/18 205/23 205/23
207/1 207/4 208/3
214/14 215/20 216/9
216/14 217/12 218/3
218/24 220/11 220/12
220/14 220/16 220/18
220/19 221/9 222/3
222/11 224/21 224/23
225/8 225/18 226/19
226/23 227/2 227/2
227/6 229/18 230/21
231/5 231/21 231/21
233/2 233/2 233/6
234/11 236/2 236/13
236/24 237/15 238/24
238/24 239/2 239/6
239/7 239/8 239/9
240/5 241/23 242/8
242/10 242/12 242/14
area [64]  15/6 15/10
16/24 19/6 20/21
23/18 26/22 35/21
41/20 43/12 44/22
45/4 45/6 47/21 48/3
49/13 50/24 51/4 55/6
59/7 59/17 81/19
86/14 87/11 88/15
91/20 94/8 100/2
109/6 109/8 113/5
115/25 121/2 121/18
122/8 128/21 132/16
134/12 136/1 139/2
139/17 141/3 141/10
141/21 148/14 153/15
169/7 174/19 180/7
185/9 199/15 199/16
218/11 220/20 225/11
225/12 225/13 226/8
227/15 227/18 227/21
227/21 231/6 231/7
areas [3]  64/12 64/17
217/19
aren't [6]  35/12 42/25
160/12 171/12 204/5
242/4
argue [6]  200/4 214/7
214/13 214/20 215/5
215/7
argued [2]  214/8
221/12
argues [1]  230/24
arguing [1]  230/23
argument [22]  42/9
42/18 44/5 44/6 51/15
176/4 176/8 188/9
188/11 189/6 206/7
214/12 218/7 218/16
223/22 232/6 234/4
234/17 234/19 235/14
236/16 239/4

arguments [5] 209/11
214/17 215/9 221/6
230/20
Army [1] 160/25
around [22] 10/6 39/10
40/5 41/5 41/11 41/12
42/24 56/20 79/19
83/15 97/14 109/16
111/4 111/24 113/24
142/12 150/11 162/8
222/3 231/1 231/6
231/20
arrest [17] 20/5 20/6
20/14 20/16 20/17
30/18 30/23 30/25
43/10 43/22 44/3 45/2
63/9 63/11 110/22
172/13 172/15
arrested [4] 197/22
219/4 219/5 219/10
arresting [1] 20/11
arrests [13] 43/10
43/19 43/25 44/8 44/9
44/10 44/14 44/20
44/23 45/1 45/4 46/2
219/4
arrives [2] 215/6 217/6
as [143] 4/15 5/13 5/22
5/22 7/19 8/15 9/5
11/5 11/5 14/5 14/16
18/22 20/8 24/19 34/6
35/8 41/4 41/5 44/13
50/1 51/11 52/4 53/6
53/8 53/8 53/9 54/9
54/16 56/19 58/4
58/11 61/17 64/2 64/3
64/9 66/10 70/7 70/9
70/14 71/15 76/20
77/11 77/17 78/4
79/15 83/4 83/20
96/23 100/22 102/1
102/7 103/6 105/8
105/12 106/18 106/18
117/25 127/14 130/18
134/22 138/1 143/19
144/21 145/9 158/20
163/14 165/8 168/18
169/4 170/8 171/8
177/11 177/17 180/21
181/4 182/3 184/12
184/15 186/4 188/19
189/2 190/24 192/2
192/2 196/20 196/23
200/11 204/24 205/8
206/25 208/23 209/6
209/21 210/13 211/9
211/10 211/10 211/16
212/12 215/21 217/3
217/3 219/7 219/12
220/3 221/5 221/15
222/9 223/15 223/19
223/20 223/24 224/15
224/22 225/3 225/11
225/11 228/3 228/4
229/14 230/11 230/22
231/19 232/17 232/21
232/24 233/5 233/24
233/24 234/3 235/23

236/6 236/18 237/19
239/1 239/21 241/17
242/3 242/4 242/6
ascribe [1] 206/1
ascribing [1] 177/14
aside [1] 234/3
ask [83] 16/24 39/6
40/3 43/25 44/12 46/8
46/25 47/2 47/4 47/6
48/24 50/2 50/9 51/8
51/23 53/3 54/20
54/21 59/17 61/2 68/9
79/20 83/19 87/21
93/13 93/16 97/19
101/4 103/1 105/23
110/8 110/13 110/14
113/24 115/25 117/10
124/6 124/11 124/12
125/19 129/23 134/11
139/2 140/16 141/3
143/13 144/11 146/2
147/6 151/11 154/15
161/17 163/13 169/9
171/5 171/14 171/23
173/24 175/17 176/2
176/13 176/24 177/14
178/9 179/11 179/18
182/1 183/25 185/11
185/24 186/21 188/24
189/11 189/15 190/21
191/4 191/7 191/9
191/15 191/16 191/20
213/22 217/13
asked [11] 44/1 110/4
140/10 162/3 173/8
186/6 189/3 190/15
195/16 214/6 235/17
asking [17] 15/21
17/18 23/17 42/6
43/23 49/22 54/4 54/6
54/14 102/25 126/16
174/15 177/10 179/12
179/22 190/14 190/19
aspect [1] 228/15
assault [1] 225/24
assaults [1] 229/11
asserted [3] 13/3 126/5
207/21
asserting [1] 185/23
assertions [1] 229/7
asserts [1] 210/11
assigned [9] 8/16 9/6
9/14 10/23 11/2 62/8
62/14 62/15 62/18
assist [4] 63/2 63/4
63/8 169/11
assistance [1] 241/15
assisted [1] 63/5
assists [1] 225/18
associate [1] 223/10
associated [3] 6/25
193/2 193/7
Associates [1] 209/1
association [5] 224/2
224/6 224/11 224/21
224/21
assume [1] 17/9
assumptions [1] 176/3

106/25 107/6 107/10
attached [2] 69/22
172/22
attachment [1] 66/6
attack [3] 53/21 54/11
55/1
attacking [1] 54/20
attainders [1] 231/3
attempt [1] 201/13
attempted [1] 240/17
Attempting [1] 36/15
attendees [1] 219/5
attention [3] 11/23
24/20 59/17
attorney [3] 43/18
105/1 174/25
Attorney's [1] 1/11
attorneys [4] 38/7
101/5 214/13 214/14
attributes [1] 111/6
audio [9] 6/18 40/8
40/15 40/18 41/4 79/9
126/9 158/18 194/6
audiotape [2] 40/16
41/2
authenticated [1] 186/8
authenticity [3] 65/22
185/21 185/25
authority [1] 103/10
available [6] 70/21
71/9 83/20 84/7 84/14
132/25
Avenue [1] 1/15 1/23
243/7
aware [5] 64/16 159/18
178/10 178/18 194/7
awareness [3] 12/1
12/9 13/15
away [21] 16/19 20/11
20/12 20/15 29/4
30/25 88/24 89/1
90/17 92/6 112/9
114/13 117/3 119/6
125/5 128/24 135/20
139/23 139/25 142/15
180/15
awful [1] 185/7

B
B-E-N-S-C-H-O-T-E-N
[1] 8/8
back [111] 6/5 11/16
14/4 14/7 14/7 14/16
14/25 15/1 15/11 15/2
15/2 15/5 15/10 15/16
19/16 19/17 20/1
20/20 22/15 22/23
22/23 23/8 25/13
27/12 29/12 29/12
30/2 30/9 30/16 30/16
35/17 35/20 36/15
38/7 43/24 43/25 44/2
45/17 45/17 46/9
46/10 46/11 46/19
46/22 47/11 47/13
49/7 57/2 58/18 59/2
74/8 78/2 79/19 86/9
90/21 91/4 92/8 92/15
96/4 98/14 99/15

108/24 112/9 113/18
114/5 114/6 114/23
116/11 117/3 117/18
119/21 121/9 122/25
124/5 125/14 125/17
128/18 128/18 129/19
129/22 130/14 131/22
136/7 136/8 140/18
141/1 141/14 144/8
145/5 146/10 147/11
150/12 154/18 154/22
167/21 174/19 187/5
192/5 197/18 198/6
199/2 199/13 200/17
209/23 216/11 216/17
223/10 237/6
backwards [1] 30/8
bad [1] 42/7
bait [2] 200/6 203/22
balcony [10] 134/11
134/12 137/8 137/12
137/13 138/1 138/18
139/17 140/1 140/3
Ballou [1] 1/14 2/5 4/9
54/2 206/10 214/6
214/13 217/2
bang [4] 34/3 34/4
34/9 141/20
bangs [1] 35/5
banned [1] 231/2
banners [4] 56/5 56/14
56/22 56/24
Baron's [1] 6/9
barricade [1] 118/23
barricades [3] 88/15
89/21 94/8
barrier [2] 49/15
199/15
barriers [3] 160/2
165/3 195/18
Barron [1] 235/22
base [3] 96/11 102/14
109/6
based [17] 6/20 17/23
18/18 44/12 67/20
87/10 106/2 122/21
136/17 138/17 139/20
181/4 188/4 190/20
222/3 231/7 234/7
basic [3] 40/1 40/1
202/12
basically [11] 9/24 11/4
14/6 14/8 18/14 18/23
20/7 23/9 57/25
132/24 194/12
basis [9] 41/7 43/22
54/7 183/17 187/24
220/6 223/2 235/25
237/19
be [209] 5/25 7/15
7/20 9/16 9/17 11/2
13/22 18/18 20/4
20/15 21/22 23/21
24/20 24/22 29/16
31/14 32/22 34/7
34/13 38/7 38/7 38/10
38/13 39/14 40/5 40/8
40/8 40/15 40/24 41/8

42/21 43/21 47/5 47/7
50/10 51/18 53/10
55/19 61/18 66/13
68/5 68/8 72/7 74/20
75/1 75/19 75/21 76/4
77/19 81/9 84/9 84/22
85/16 86/25 87/12
88/21 88/22 89/2
91/12 93/9 95/4 95/5
98/9 100/8 101/5
101/6 101/9 101/12
102/1 102/2 102/4
102/17 102/23 103/3
103/7 104/3 104/5
104/11 104/13 104/18
104/18 104/20 106/2
108/8 108/10 108/21
111/11 111/25 112/10
114/7 115/2 126/20
133/18 134/22 139/21
139/22 147/22 148/1
153/7 161/19 162/20
163/3 163/4 165/7
165/8 165/15 166/19
167/14 167/21 167/23
168/1 170/12 170/24
173/10 173/22 174/8
175/3 177/20 181/15
182/7 183/2 185/8
186/11 186/18 188/11
188/12 191/18 192/13
197/6 197/24 198/10
200/16 200/17 200/20
201/9 201/10 203/17
204/6 206/15 206/16
206/18 206/22 206/23
207/3 208/3 208/5
209/12 209/17 209/24
210/3 211/7 211/8
211/21 212/24 214/15
216/7 216/17 216/19
216/25 217/18 217/22
218/1 218/2 218/10
219/13 219/22 220/13
222/23 223/1 223/2
223/3 223/3 223/8
223/14 223/15 223/18
223/22 224/8 228/4
231/9 231/10 231/10
231/11 231/25 231/25
232/3 232/5 233/5
233/12 234/25 235/3
236/8 236/17 238/5
239/4 239/10 239/12
239/13 241/1 241/4
241/18 242/2 242/8
242/10 242/16
bearing [1] 161/23
became [2] 62/21
66/25
because [52] 13/17
13/22 17/9 20/7 39/8
45/2 47/5 50/15 51/1
51/12 51/19 53/15
66/11 72/18 103/24
108/7 177/13 182/12
187/8 187/14 188/19
189/1 189/10 190/24

because... [28] 192/12
197/8 202/22 204/6
204/9 204/15 208/6
210/12 211/23 212/13
214/8 218/2 219/25
224/8 226/2 227/22
228/3 228/21 232/9
233/11 233/13 233/23
234/4 236/11 240/11
241/2 241/18 242/15
become [3]  11/19
58/10 65/25
becoming [2]  63/1
178/1
been [62]  7/18 35/19
41/11 41/19 42/5 43/9
44/10 44/14 47/17
48/7 48/8 61/16 62/2
62/3 64/9 66/3 78/7
97/25 98/3 115/10
126/8 129/20 143/19
146/6 146/7 150/9
150/11 150/13 158/8
164/5 168/9 170/14
172/17 174/21 175/6
177/15 177/18 182/24
194/19 196/24 196/24
197/22 199/14 204/19
206/12 210/22 211/23
214/8 219/17 219/19
219/24 221/5 221/12
224/22 225/16 227/25
228/8 228/17 230/8
232/7 236/22 238/18
before [42]  1/8 6/9
12/12 14/15 29/11
38/8 56/16 56/17
60/19 62/17 72/12
75/4 77/20 77/21 80/9
81/1 83/4 93/1 95/18
101/13 106/10 107/15
111/1 120/3 122/1
124/16 130/18 133/12
149/8 156/4 157/5
175/6 196/2 199/8
200/2 215/6 226/14
228/9 228/11 228/18
230/5 232/10
began [2]  4/1 10/19
begin [4]  4/23 9/13
37/15 168/2
beginning [10]  10/24
24/15 25/4 32/25 54/4
57/10 99/16 116/8
123/19 131/22
begs [1]  110/5
behalf [3]  4/8 4/13
230/7
behind [11]  55/20 56/1
58/5 89/21 186/19
188/15 195/18 195/18
197/16 198/17 199/12
being [40]  7/23 8/18
13/8 15/17 19/20 30/8
44/3 44/20 73/23
88/11 106/24 108/23
126/2 126/5 126/7
126/18 139/14 140/13

167/8 186/22 187/24
188/5 189/10 195/16
196/22 197/9 203/24
206/25 212/9 217/7
222/4 222/13 223/2
230/22 235/5 237/16
238/1
belabor [3]  126/16
233/23 237/10
belief [3]  174/8 177/21
177/22
beliefs [6]  174/16
179/20 179/20 179/25
180/1 180/24
believable [1]  204/11
believe [42]  6/8 7/1 7/4
30/15 33/7 35/7 35/14
41/10 52/23 56/25
59/12 82/19 85/18
101/17 101/24 101/25
102/16 102/24 106/24
110/20 129/11 131/8
132/6 135/22 148/19
152/23 162/3 182/13
184/2 192/22 196/18
197/12 211/21 211/22
212/2 220/6 221/18
228/24 230/12 236/21
237/18 241/11
believed [2]  175/19
175/24
believes [3]  177/20
190/12 228/24
belong [1]  70/19
belonging [2]  70/15
71/15
below [2]  76/13 82/3
bench [23]  12/22 41/22
43/14 45/22 46/23
51/5 53/23 53/25
65/18 67/11 73/17
100/11 110/1 114/20
125/22 164/20 170/3
172/1 173/7 177/4
185/17 187/3 199/23
benefit [1]  233/11
BENSCHOTEN [6]  2/4
7/17 8/7 38/19 38/21
141/17
best [3]  7/1 70/7
134/22
better [13]  6/14 19/18
20/24 45/17 45/18
46/19 47/11 57/14
62/12 62/13 90/24
121/25 230/8
between [13]  10/16
19/18 29/5 50/5 80/1
103/7 113/13 116/9
121/4 142/10 217/20
225/9 227/20
beyond [8]  6/22 20/1
28/1 36/5 126/18
178/2 187/14 229/9
big [1]  39/19
bike [39]  10/4 10/13
10/16 10/16 11/15
13/20 14/3 14/7 16/13

25/25 36/15 58/3 58/7
58/13 58/23 60/2
60/17 88/14 88/18
88/24 90/6 90/9 90/25
91/4 91/15 91/18 92/5
92/12 92/15 123/19
160/2 165/3 197/18
198/15 198/17
bill [1]  231/3
bit [28]  20/23 36/19
40/12 49/7 55/8 58/18
62/11 97/22 109/8
114/16 120/20 121/25
125/25 133/12 133/17
134/19 140/20 170/12
170/19 201/3 208/1
212/5 213/12 214/16
223/10 228/14 239/20
240/2
black [4]  99/6 99/8
219/5 219/8
blah [3]  231/17 231/17
231/17
bleeding [1]  223/10
blocks [1]  40/5
blow [1]  68/9
blue [2]  133/25 137/24
blurry [2]  133/13
134/19
Boasberg [1]  106/13
Bobby [2]  5/14 6/8
body [6]  69/12 69/13
92/6 157/23 193/6
193/6
bomb [2]  45/13 57/4
boots [2]  86/3 152/7
bootstrapping [1]
222/15
both [8]  126/8 157/22
187/9 196/23 221/19
226/4 232/7 232/8
bottom [10]  88/16 96/7
112/23 123/24 125/2
137/20 150/25 152/24
157/3 157/11
boundaries [1]  184/18
bounds [2]  181/3
183/11
boxed [2]  194/17
194/19
boycott [1]  224/15
breach [9]  14/15 19/7
33/10 49/13 50/23
51/4 51/9 52/24 60/2
breached [4]  49/15
114/3 129/12 142/11
breaching [2]  10/17
18/25
break [18]  11/15 11/18
17/11 34/18 38/5
100/21 101/4 113/11
160/13 160/14 161/15
161/14 167/20 200/10
200/11 200/15 213/7
213/15
breaking [2]  60/1 100/8
breaks [1]  103/20
Brendan [2]  1/14 4/9

brief [5]  104/11 182/22
194/19 214/3 228/15
briefed [1]  232/7
briefing [3]  225/6 229/5
230/7
briefly [8]  6/6 76/23
79/19 105/24 129/15
156/22 191/23 195/11
briefs [1]  232/9
bright [1]  34/6
bring [12]  49/5 49/6
103/15 103/16 103/18
173/20 175/6 201/13
203/14 206/7 213/1
226/5
Bringing [1]  26/4
broad [3]  132/23
191/17 210/16
broadcast [5]  173/19
181/25 182/4 182/5
184/25
broaden [1]  52/5
broke [3]  14/14 30/15
30/17
broken [2]  29/10
140/13
brought [2]  191/18
236/7
brown [2]  86/3 152/7
bug [1]  206/11
building [2]  8/21 9/18
10/16 15/11 16/2
17/22 19/14 19/18
19/25 20/2 20/3 20/9
20/12 21/17 24/6
26/13 30/24 30/25
31/1 31/9 33/11 34/18
buildings [2]  9/9 39/13
built [1]  227/9
bullet [1]  233/16
bullhorn [2]  24/21 25/2
bunch [1]  155/12
Bureau [1]  62/1
business [1]  74/22
busy [1]  217/7
button [3]  12/5 161/3
162/19

C
C-A-R-N-E-L-L [1]
232/19
C-H-A-M-B-E-R-S [1]
232/20
C-L-A-I-B-O-R-N-E [1]
224/13
C-U-S-S-I-C-K [1]  5/3
cabin [2]  214/18
214/18
cacoon [1]  235/13
Cal [1]  202/11
calculus [1]  211/19
California [4]  1/18
201/25 202/5 202/6
call [22]  9/20 10/4 11/2
11/3 12/6 39/11 39/16
39/16 61/12 102/7
107/21 108/12 124/18
132/21 169/4 169/25
203/24 204/7 212/1

called [8]  66/19 160/5
162/5 163/17 168/21
194/24 205/7 223/1
calling [3]  12/25 102/4
190/2
calls [2]  61/13 125/21
came [10]  11/1 47/3
66/13 73/11 102/20
124/20 157/5 211/6
212/15 229/8
camera [8]  69/14
112/11 116/16 150/8
150/14 151/1 152/24
222/20
Camp [1]  235/11
Campbell [2]  209/1
209/6
Campbell-Crane [1]
209/1
can [422]  5/4 5/10 5/21
7/5 7/10 8/6 9/22 12/8
16/22 17/1 17/12 18/7
19/1 19/3 19/9 19/17
20/20 20/20 21/2 21/6
21/6 21/9 21/24 22/21
24/16 24/21 25/6 25/6
25/14 25/15 25/22
26/5 26/22 26/24
26/25 26/25 27/3 27/7
27/12 27/13 27/15
28/3 28/5 28/10 28/12
28/12 28/15 28/22
28/25 29/18 29/21
30/2 30/3 30/4 30/6
30/9 31/3 31/20 31/20
32/1 32/6 32/11 32/25
33/1 33/14 33/17
33/23 35/19 35/24
36/2 36/3 36/19 37/4
37/6 37/9 37/11 38/6
38/10 40/14 41/13
42/3 42/20 43/14 44/2
44/3 44/6 45/22 46/5
46/8 46/22 49/25 50/9
50/16 51/7 51/7 51/11
51/11 51/12 53/8
53/23 53/25 54/20
57/23 58/16 58/21
59/11 59/12 59/14
59/14 59/22 60/8
60/10 60/23 60/23
61/10 61/24 63/22
65/2 65/18 68/9 68/14
69/12 69/14 69/19
70/1 70/7 70/13 70/23
72/25 74/12 75/23
76/2 76/17 76/22 77/8
78/10 79/8 79/19
79/21 79/23 80/11
80/16 81/9 82/11 84/6
84/22 84/24 85/2
85/12 85/17 85/21
86/2 86/11 86/12
86/24 87/8 87/17
87/19 87/23 89/15
90/21 92/8 92/17

# C

can... [253] 92/18 93/9
93/11 93/16 94/11
94/12 95/4 95/23 96/1
96/3 96/3 96/4 96/13
97/7 97/8 98/9 98/15
99/22 100/9 100/10
100/21 101/6 101/9
104/4 104/6 105/16
105/19 105/20 105/24
106/7 107/24 108/1
108/12 108/19 108/21
109/1 109/9 110/7
111/18 112/15 112/25
113/3 113/15 113/17
113/18 113/20 113/20
113/21 113/25 114/17
116/25 118/15 118/17
118/17 119/13 120/12
120/24 121/8 121/9
121/9 122/17 123/9
123/10 123/13 124/5
124/6 124/9 124/13
125/10 125/14 125/22
126/3 126/12 129/4
129/22 130/3 130/11
130/14 130/15 130/16
131/25 132/5 134/7
134/13 134/15 134/22
135/21 136/9 136/22
137/15 137/17 137/17
138/24 139/5 140/4
140/8 140/16 140/18
140/22 140/25 141/1
141/5 141/7 141/13
142/4 142/21 143/2
143/4 143/10 144/8
144/13 144/23 145/10
147/8 147/13 148/17
148/17 148/18 149/2
149/5 149/23 150/5
151/4 151/10 151/14
152/13 153/11 153/22
154/18 155/2 155/25
156/6 156/14 156/22
157/7 157/8 157/18
158/5 158/16 158/25
159/2 159/14 160/23
160/25 161/12 161/14
161/25 162/14 162/24
163/24 164/20 165/14
165/24 165/25 166/25
167/1 167/16 170/3
171/3 172/1 173/12
173/20 174/24 175/2
175/6 175/17 175/18
175/23 176/2 176/7
177/14 178/7 178/9
179/24 180/18 180/20
180/21 180/21 180/23
181/9 182/7 184/6
184/8 184/14 184/22
185/24 186/12 187/17
187/20 189/12 189/7
189/11 189/14 189/15
191/7 191/9 191/15
191/20 191/23 195/12
195/14 195/23 195/25
196/6 196/12 197/20

198/20 198/22 198/25
199/1 199/2 199/3
199/5 199/21 200/9
200/20 201/5 202/9
202/22 203/13 203/14
204/15 205/11 207/3
207/25 208/17 208/19
208/21 213/7 213/15
213/15 214/24 215/5
215/18 216/5 216/12
216/19 217/4 217/13
218/22 218/23 220/25
222/1 224/24 230/22
230/25 231/7 237/6
239/20 242/13
can't [29] 13/1 16/19
29/14 35/11 50/8
51/11 51/19 58/5
77/13 84/4 84/4 85/7
114/23 162/11 162/18
175/4 175/9 175/13
176/2 187/12 187/21
188/24 190/25 191/16
205/22 214/25 219/12
228/15 242/13
candor [1] 191/25
cannot [9] 161/9
218/10 222/23 223/1
224/8 228/4 231/9
231/25 231/25
Capitol [94] 8/10 8/16
8/18 8/21 8/23 9/1
9/18 15/18 16/2 16/18
17/22 19/14 20/8
21/17 24/6 26/13 31/9
31/25 32/19 34/14
36/7 36/13 38/25 40/4
40/19 41/5 42/25
56/20 64/10 64/13
64/17 74/17 87/4
88/14 88/23 89/17
89/19 90/13 90/24
94/9 100/2 106/25
112/10 113/14 116/9
116/17 117/4 118/2
118/24 119/18 119/21
120/20 120/21 121/5
122/11 122/21 123/8
123/23 131/2 131/6
131/15 131/21 132/15
132/18 135/14 142/24
144/5 144/19 145/8
147/23 148/14 149/15
150/8 153/3 156/3
158/8 158/21 159/5
159/9 159/23 159/25
166/9 167/9 185/9
185/10 199/11 218/6
218/10 219/18 219/20
219/25 231/24 231/24
235/8
captain [2] 37/15 37/17
car [1] 54/20
care [3] 197/15 240/11
240/12
Carnell [2] 232/15
232/18
Carpenter [1] 236/3

carried [1] 229/3
carry [2] 34/12 229/16
carrying [1] 34/13
cars [2] 53/4 60/12
cart [1] 208/11
Carter [3] 201/17
204/15 205/15
case [114] 1/3 4/3
42/13 62/21 62/22
62/24 63/1 64/8 64/25
65/25 66/1 66/20
66/22 66/25 67/1 67/4
67/20 67/25 71/14
102/8 102/10 102/18
102/21 103/4 103/14
103/21 105/8 108/3
108/5 164/10 169/6
169/9 169/25 170/1
170/9 170/22 170/24
171/8 171/9 172/5
173/25 176/13 176/14
176/19 176/20 181/4
184/11 184/13 201/4
201/7 201/10 201/15
201/16 201/25 202/3
202/4 202/6 202/9
202/17 202/18 202/23
203/10 203/12 203/18
203/20 204/20 206/4
206/5 206/25 207/15
208/6 208/16 208/24
210/8 210/9 210/13
210/15 210/21 210/22
210/24 210/25 211/3
211/5 211/14 212/8
212/12 218/25 219/2
219/13 219/14 220/3
220/5 221/12 221/14
222/6 222/6 222/12
224/14 225/17 225/21
225/22 225/24 226/5
226/17 228/19 229/6
235/22 235/25 236/8
238/17 238/18 238/20
239/5 239/14
cases [20] 169/24
171/12 171/14 171/17
171/19 171/23 172/5
182/11 205/20 213/4
226/15 228/3 228/8
234/5 235/24 236/3
236/8 238/8 241/14
241/22
cast [1] 182/25
category [2] 5/9 5/12
cause [1] 238/22
CCTV [8] 48/12 132/15
132/15 132/18 150/8
152/23 155/16 156/3
cell [2] 115/19 222/21
center [8] 14/17 23/12
70/4 88/20 113/6
114/11 122/23 137/20
certain [4] 181/6
182/23 188/17 241/25
certainly [10] 75/14
77/20 77/21 176/3
191/6 207/25 211/13

certification [4] 13/17
79/16 80/4 185/4
certify [6] 77/13 84/4
84/4 85/8 185/5 243/1
cetera [1] 191/3
chain [2] 27/19 28/2
chains [1] 28/2
chair [1] 222/10
challenge [3] 185/22
201/23 203/4
chambers [1] 80/1
232/16 232/19
chance [2] 35/16 200/4
change [2] 42/13
229/20
changed [2] 229/2
230/15
changes [1] 229/8
chanting [3] 33/4 88/6
88/7
chants [1] 25/4
character [4] 104/15
104/18 104/19 106/6
characterizing [2]
170/8 188/18
charge [6] 8/17 9/16
39/15 176/17 223/14
226/9
charged [5] 170/7
170/9 190/14 197/22
237/23
charges [1] 220/18
chase [1] 53/4
checklist [1] 7/7
chief [22] 102/10
102/19 102/21 103/4
103/14 103/21 106/13
201/7 201/10 202/17
203/10 203/12 203/20
206/25 208/6 208/16
210/13 210/15 210/21
210/22 211/5 211/15
child [2] 227/23 240/11
childcare [1] 217/8
choices [1] 194/15
choose [2] 108/5
236/25
Chutkan [2] 230/10
232/13
Chutkan's [1] 233/25
circle [38] 6/5 27/7
36/2 70/1 92/23 93/3
93/20 94/18 94/23
95/9 96/19 96/23
97/14 97/16 109/15
109/19 110/12 111/4
111/21 111/24 112/6
112/15 114/8 115/23
116/13 116/22 117/19
131/19 144/23 144/25
149/5 150/5 152/18
156/14 158/5 158/16
192/7 196/6
circled [53] 19/6 25/20
28/25 32/6 55/17 70/3
72/12 76/8 81/20
85/24 86/1 86/16
88/18 88/22 89/22

98/24 99/8 113/6
119/1 120/15 121/2
122/4 122/19 124/16
125/4 125/12 128/4
128/5 128/17 130/18
131/17 136/4 137/3
137/20 141/10 145/3
146/23 147/24 148/22
151/19 152/2 155/6
156/24 189/20 191/1
191/4 192/23 193/4
193/4
circling [36] 20/25
81/12 88/16 88/20
90/11 91/9 92/2 96/7
116/6 119/22 121/12
121/24 122/23 124/1
125/2 128/16 133/22
134/21 137/7 137/11
137/25 138/5 138/11
139/7 142/8 143/24
145/11 145/17 146/9
147/20 154/2 154/5
154/20 157/11 157/20
192/22
circuit [16] 201/3
201/16 201/21 202/3
202/23 207/15 208/25
210/16 210/19 210/24
230/5 232/10 236/8
237/19 238/23 239/24
Circuit's [1] 237/21
circumstance [2] 45/1
220/1
circumstances [2]
44/20 220/2
citation [3] 202/9
202/24 203/1
citations [1] 202/20
cite [6] 201/3 202/25
204/15 207/16 210/8
219/14
cited [3] 212/8 220/11
236/4
cites [2] 209/9 237/18
citizen [2] 184/1 188/4
civil [1] 39/24
Claiborne [1] 224/13
claim [2] 207/21 209/7
claiming [1] 239/2
clarify [1] 181/9
class [1] 227/4
clause [3] 226/12
226/22 227/9
clean [1] 192/2
clear [28] 10/3 51/3
58/2 73/24 75/2 77/16
83/15 86/8 89/8 126/1
127/11 180/2 181/15
181/21 181/23 188/12
192/4 192/13 197/25
198/10 200/3 218/13
221/9 221/13 221/19
224/22 224/22 237/15
clearly [5] 43/11 44/20
127/8 223/16 229/15
clerk [2] 5/5 241/15
client [4] 170/12 171/4

Case 1:23-cr-00089... Document 80-2... Filed 05/22/24... Page 251 of 281

| | | | |
|---|---|---|---|
| client... [2] 175/15 197/10<br>clients [1] 5/15<br>climb [1] 231/20<br>clip [32] 49/4 78/18 78/23 82/16 82/21 82/24 83/23 83/25 83/25 89/9 89/18 89/19 126/3 127/9 141/23 146/16 157/2 158/7 164/5 164/9 164/12 165/2 166/2 166/7 166/22 167/3 167/3 167/8 167/16 197/16 197/17 197/24<br>clips [7] 100/18 126/9 160/19 161/10 163/1 166/17 196/24<br>close [31] 52/21 59/8 90/15 90/18 91/15 91/17 92/5 92/6 103/21 114/15 119/8 122/13 125/7 126/22 128/8 128/10 129/1 139/25 142/17 160/24 194/17 199/17 199/18 206/23 208/15 210/25 213/11 215/12 215/16 233/1 240/10<br>closed [4] 7/1 212/15 227/21 227/21<br>closer [7] 100/20 120/2 120/5 120/6 150/13 150/15 163/13<br>closing [8] 6/6 42/9 42/18 44/6 176/4 184/5 223/22 224/4<br>clothes [1] 32/9<br>clothing [8] 21/3 23/16 36/1 59/6 63/18 63/21 95/18 111/6<br>co [2] 4/9 43/17<br>co-counsel [2] 4/9 43/17<br>coat [1] 135/3<br>coffee [1] 38/4<br>collateral [1] 209/7<br>collective [1] 221/21<br>college [1] 219/8<br>color [8] 33/19 121/12 137/4 137/8 137/23 138/5 138/12 139/8<br>Colorado [6] 62/16 169/2 169/4 169/14 169/15 171/24<br>colored [1] 135/3<br>COLUMBIA [2] 1/1 1/12<br>combined [1] 229/21<br>come [14] 14/4 14/24 29/13 36/18 45/20 115/2 147/11 148/13 188/15 214/20 215/4 224/22 233/14 240/5<br>comes [3] 180/9 201/6 211/4<br>comfortable [2] 212/16 213/8 | 15/18 145/8 225/4 234/12<br>commanding [1] 10/20<br>commands [3] 15/1 35/12 122/25<br>commas [1] 226/22<br>comment [2] 74/5 193/5<br>commentary [1] 201/6<br>commented [1] 74/7<br>commenting [1] 74/13<br>comments [1] 15/19<br>commerce [2] 205/21 227/9<br>commit [2] 188/2 231/22<br>committed [2] 238/1 238/2<br>committing [1] 231/21<br>common [2] 42/24 168/22<br>commonly [1] 41/4<br>communicate [1] 46/3<br>communicated [2] 43/11 44/21<br>communicating [1] 45/19<br>communication [1] 195/3<br>compact [1] 214/9<br>compared [1] 229/10<br>compelling [1] 188/9<br>completely [1] 49/19<br>compliant [1] 44/25<br>component [3] 228/1 229/24 230/4<br>comports [2] 234/9 239/9<br>compounded [1] 178/21<br>computer [1] 242/11<br>conceal [1] 173/4<br>conceptualized [1] 229/12<br>concern [4] 180/8 191/19 212/9 238/15<br>concerned [3] 108/8 171/4 174/18<br>concerns [6] 4/20 57/6 107/19 108/9 179/8 221/14<br>conclude [3] 42/6 50/6 209/20<br>conclusions [2] 181/2 187/13<br>conduct [20] 64/22 75/20 77/23 187/24 188/2 188/4 190/15 219/18 221/15 221/15 222/4 222/9 222/14 222/14 222/24 224/23 226/5 227/24 227/24 237/16<br>conference [31] 12/22 41/22 43/14 45/22 46/23 51/5 53/23 53/25 65/18 67/11 73/17 100/11 110/1 | 170/3 172/1 173/7 177/4 180/3 180/4 180/20 185/17 187/3 199/24 218/14 220/10 220/23 221/4 224/17<br>confirm [4] 98/3 109/19 110/4 110/14<br>confirmed [3] 96/22 110/6 111/3<br>conflict [2] 105/6 121/4<br>conflicts [2] 6/11 18/20<br>confront [1] 114/4<br>confrontation [6] 113/11 113/13 114/14 116/9 129/7 142/10<br>confronted [1] 199/12<br>confused [1] 105/3<br>confusing [3] 170/19 190/20 238/5<br>confusion [2] 179/19 197/25<br>Congress [2] 20/9 74/19 185/2 228/4 228/25 229/11 233/8<br>congressional [2] 226/14 228/1<br>conjecture [1] 42/2<br>conjunction [1] 235/1<br>connected [4] 58/3 58/7 58/10 193/2<br>connecting [1] 58/8<br>connection [2] 192/4 192/14<br>connections [1] 191/3<br>consider [2] 223/17 233/21<br>considered [1] 239/13<br>considering [1] 186/11<br>consistency [2] 214/12 215/8<br>consistent [2] 56/7 132/18<br>Constitution [3] 1/23 231/3 243/7<br>consulted [1] 5/19<br>contact [6] 5/3 5/6 5/22 64/19 105/17 105/19<br>contacted [1] 5/24<br>contend [1] 209/4<br>context [1] 206/3<br>continual [2] 41/6 41/8<br>continuance [1] 116/8<br>continue [9] 21/5 36/23 37/6 37/9 37/11 75/23 127/17 213/7 216/20<br>continued [1] 144/18<br>continuing [1] 145/7<br>contradict [4] 178/19 209/13 209/25 211/11<br>contradicting [1] 177/16<br>contradictory [2] 178/11 178/23<br>contrary [1] 232/23<br>control [3] 91/13 145/8 146/8<br>conversation [4] 105/7 105/25 106/2 144/20 | 159/9<br>convey [2] 56/25 57/1<br>convict [2] 188/3 232/1<br>convicted [3] 219/13 223/2 227/6<br>Cooper [3] 228/11 228/22 230/14<br>cooperation [1] 69/2<br>cop [1] 231/22<br>copy [3] 65/12 71/9 81/13<br>cordoned [1] 231/16<br>core [4] 75/9 212/7 225/8 225/18<br>corner [12] 87/8 93/14 96/7 111/19 118/9 125/2 143/5 144/2 148/15 151/2 156/10 159/3<br>correct [35] 39/2 39/5 53/11 55/20 55/21 56/2 56/21 56/23 62/20 63/15 66/24 72/21 78/20 78/24 80/10 82/20 85/9 89/11 92/16 92/25 101/25 116/23 129/17 152/25 153/1 154/10 155/21 159/13 160/22 182/10 182/15 196/10 197/11 197/20 238/24<br>correcting [1] 77/4<br>correctly [1] 12/3<br>couch [1] 38/2<br>could [45] 24/19 40/5 41/11 42/4 42/13 42/17 50/1 50/1 50/2 50/6 51/13 51/13 51/13 51/15 54/17 55/5 62/11 63/18 66/12 72/19 75/19 79/18 86/13 86/13 129/25 160/13 165/8 170/10 171/14 171/23 181/7 183/15 192/16 193/12 194/5 194/19 194/21 204/6 204/7 206/23 206/24 206/24 214/17 214/18 230/8<br>couldn't [4] 51/16 51/17 194/11 194/13<br>counsel [11] 4/9 5/18 6/7 6/24 43/17 54/3 185/22 195/17 206/4 206/14 207/1<br>counsel's [1] 64/3<br>count [2] 75/20 236/22<br>Count 1 [1] 236/22<br>counteracts [2] 207/18 212/14<br>counts [2] 214/2 237/14<br>couple [32] 6/4 10/22 11/21 12/14 26/2 29/5 40/3 43/8 55/15 59/8 64/11 67/22 74/24 99/4 100/19 106/10 107/11 117/3 128/11 | 161/11 163/1 198/22 204/1 213/6 214/19 215/6 219/1 241/3 242/3<br>course [10] 66/18 74/1 75/1 178/24 181/7 204/5 206/21 208/11 229/23 241/15<br>court [77] 1/1 1/23 6/16 13/10 42/22 44/16 46/16 47/8 50/11 51/21 54/22 66/16 67/18 69/3 75/24 78/1 84/11 101/2 105/1 110/18 115/5 127/20 161/22 163/7 165/11 171/6 172/11 176/11 178/14 181/19 184/20 186/13 189/18 192/20 198/5 200/5 200/14 202/6 207/13 207/13 207/20 208/24 208/25 209/4 209/5 209/16 209/19 209/20 209/22 210/2 210/5 210/7 210/14 211/1 211/9 213/22 214/9 215/4 219/1 219/11 219/24 225/6 225/21 226/1 226/18 226/21 227/7 227/8 228/16 228/24 229/15 229/25 229/25 232/17 232/18 232/21 243/7<br>Court's [3] 57/15 215/1 225/3<br>courthouse [2] 105/15 220/14<br>courtroom [11] 7/14 38/9 38/12 63/16 101/8 108/20 167/22 167/25 200/19 216/6 216/24<br>courts [7] 210/16 220/11 222/8 225/16 226/5 232/13 234/10<br>cover [2] 106/12 173/4<br>covered [10] 174/21 187/8 196/20 220/8 220/17 220/23 223/25 232/8 235/22 236/19<br>covers [1] 224/10<br>crack [1] 12/4<br>crackle [2] 11/23 12/7<br>Crane [3] 209/1 209/5 209/21<br>create [3] 14/18 28/2 44/24<br>created [2] 14/23 27/10<br>creates [1] 212/25<br>creating [3] 10/15 18/15 27/19<br>crime [8] 75/14 218/10 227/6 232/2 238/1 238/1 238/3 239/3<br>crimes [5] 221/10 221/11 222/3 237/17 |

crimes... [1] 237/22
criminal [3] 1/3 4/3
62/7
criminalization [1]
226/19
criminalize [1] 226/4
criminalized [1] 226/12
criminalizes [1] 226/7
criminally [2] 185/3
185/6
cross [13] 2/2 13/1
38/15 38/17 58/6
102/21 107/14 168/3
168/5 174/21 195/16
196/19 222/5
cross-examination [7]
38/15 102/21 107/14
168/3 195/16 196/19
222/5
cross-examine [2] 13/1
174/21
crowd [62] 11/10 11/10
11/13 11/18 11/24
12/2 12/8 12/17 13/12
13/19 15/12 18/12
22/12 22/16 29/9
29/25 33/4 43/21
44/21 45/19 46/7
46/12 46/20 47/1 47/2
47/3 47/12 50/22 51/3
51/18 52/17 52/21
52/24 53/3 53/6 53/21
54/11 54/14 54/18
54/19 55/1 56/1 88/6
90/9 100/4 114/6
119/9 119/11 120/8
122/25 123/5 123/6
130/25 131/1 131/3
131/5 142/1 187/1
188/5 194/12 194/17
221/15
crowd's [3] 47/7 54/5
54/7
crowds [2] 44/23
131/15
CRR [2] 1/22 243/6
cruiser [1] 52/12
CSAA [1] 210/10
cuffs [2] 86/4 135/4
cumulative [6] 106/9
107/9 107/18 108/2
212/9 241/14
cure [1] 108/7
curious [3] 73/24 75/7
186/3
current [4] 8/13 112/9
176/15 176/19
currently [6] 8/16 62/19
62/22 151/18 206/11
230/5
Cusick [8] 5/11 104/25
105/2 105/4 105/4
106/23 107/3 107/22
Cusick's [2] 5/2 5/21
cut [1] 126/13
cute [1] 204/6

D-A-V-I-D [1] 8/7
D.C [20] 1/4 1/15 1/24
171/18 171/21 172/17
184/2 201/3 201/16
201/21 202/3 202/23
207/15 208/24 211/1
211/9 230/5 232/10
236/7 243/8
Dan [1] 209/5
dark [13] 21/3 23/16
32/9 36/1 59/6 63/21
86/3 86/3 95/17 112/1
135/3 148/25 152/7
dark-colored [1] 135/3
date [9] 69/8 75/8
76/13 76/15 76/16
80/6 82/3 162/7
163/20
DAVID [4] 2/4 7/17 8/7
235/11
day [39] 1/8 9/13 9/23
10/19 10/25 11/13
13/24 15/10 15/17
16/3 18/18 22/7 22/17
24/7 26/14 27/22
31/10 37/15 37/20
37/22 37/23 37/24
41/15 41/17 44/25
56/15 101/23 103/7
107/24 128/19 172/18
173/1 183/21 190/22
190/23 203/14 206/12
213/12 215/21
days [1] 241/3
DC [1] 1/13
DCCA [1] 208/25
dcd.uscourts.gov [2]
1/24 243/8
deaden [1] 170/12
deal [3] 6/10 12/15
228/19
dealing [2] 226/21
226/24
dealt [3] 12/11 44/23
225/22
debate [1] 75/12
debating [1] 80/1
decades [1] 222/8
December [6] 75/8
76/16 77/12 80/8
80/22 82/4
December 30 [6] 75/8
76/16 77/12 80/8
80/22 82/4
decide [4] 101/21
127/15 213/9 220/2
deciding [1] 101/23
decision [8] 42/2 42/7
209/18 210/4 211/22
219/11 219/24 232/15
declarative [1] 126/19
declare [1] 231/6
declares [1] 231/17
decoration [1] 195/5
decorative [1] 195/1
dedication [1] 216/22
defeat [2] 227/17
232/24

defendant [166] 1/6
1/16 63/9 63/12 63/14
63/23 64/2 64/9 64/20
64/22 64/24 64/4 66/7
66/10 67/21 69/16
69/22 69/24 70/5
70/16 70/19 71/15
72/16 72/20 72/23
73/8 74/2 74/3 74/12
75/12 77/11 78/4
78/19 78/25 79/12
80/6 80/13 80/23 81/4
82/6 82/9 82/14 82/16
83/11 85/15 86/8 87/5
87/10 91/5 91/21
92/24 93/4 94/5 94/19
94/24 95/11 96/20
100/19 106/23 106/24
107/8 107/10 109/5
109/16 110/11 110/21
111/4 112/6 112/19
112/21 114/8 114/13
115/9 115/15 115/23
116/12 116/21 117/22
117/19 117/25 118/11
119/6 119/10 121/13
121/19 126/22 132/2
133/2 137/4 142/13
142/23 146/13 146/19
147/11 147/15 148/5
148/8 148/12 149/25
150/6 150/9 150/21
150/24 151/7 152/23
153/2 155/19 155/22
156/12 156/16 158/3
158/10 158/16 159/5
159/17 159/22 162/4
165/3 165/5 166/4
166/7 166/9 167/6
167/8 169/6 170/24
173/25 176/17 177/11
177/15 177/17 178/5
178/10 178/18 180/13
185/8 185/9 187/24
190/2 191/2 193/1
196/4 196/9 199/17
209/10 210/11 210/14
220/5 223/4 223/17
223/20 223/23 225/10
225/12 225/23 227/1
227/11 232/22 234/2
234/6 237/22 238/2
239/10
defendant's [17] 3/14
40/25 66/3 68/1 71/10
72/18 74/20 81/13
83/20 89/11 178/1
208/5 210/21 215/1
218/8 239/13 241/12
defender [1] 5/20
defender's [1] 105/20
defenders [1] 105/23
defense [42] 6/7 6/20
6/24 40/7 40/21 68/4
101/16 102/8 102/24
107/1 108/4 126/6
180/13 180/15 180/15

defendant [166] 1/6
201/23 202/17 202/18
203/5 205/7 205/10
205/12 205/16 205/16
205/24 206/4 206/14
207/1 212/22 213/1
218/4 220/18 221/1
221/4 221/25 237/18
237/25 240/18 241/24
defense's [3] 103/4
201/7 201/7
defer [2] 217/7 217/9
define [1] 54/7
definitely [4] 22/14
104/13 154/22 194/20
definition [1] 236/1
definitional [2] 226/10
226/24
definitions [1] 236/2
degree [1] 232/25
delay [1] 242/14
deliberately [3] 202/14
202/15 202/16
demonstrate [1] 56/20
demonstrated [2] 42/4
213/3
demonstration [3] 43/7
45/14 56/8
demonstrations [3]
42/24 45/8 218/12
demonstrators [2] 14/3
16/16
Denver [4] 62/15 169/2
169/14 171/24
denying [1] 218/14
Department [1] 1/14
departments [1]
169/22
depending [1] 165/8
depict [1] 222/17
depiction [1] 81/3
deploy [2] 12/6 35/13
deployed [5] 11/4
34/15 35/6 35/7 35/15
deploying [4] 34/9
35/10 141/11 154/23
depth [1] 196/25
describe [13] 9/21
11/21 14/2 21/2 25/23
28/10 35/24 50/4 70/7
70/9 86/2 171/8
223/15
described [3] 88/13
90/16 224/17
describes [1] 211/9
describing [3] 22/7
172/25 174/23
description [1] 192/7
descriptions [1] 170/16
designating [1] 214/12
detail [4] 74/16 105/6
208/1 220/10
details [1] 232/23
detain [1] 129/16
detect [1] 193/13
deter [3] 34/10 233/12
233/18
determination [1] 223/8
determine [2] 209/16

determining [1] 210/17
devices [1] 195/4
did [182] 8/23 9/13
10/20 12/3 12/10 17/6
23/7 23/10 23/21 25/2
27/5 27/9 28/18 29/15
30/8 30/12 35/8 35/9
35/13 37/15 37/20
37/22 42/19 42/19
43/8 46/9 47/3 47/6
47/12 52/17 52/21
53/3 53/9 54/14 54/16
55/1 55/3 57/8 60/12
60/18 62/17 63/1 63/3
63/4 63/8 63/10 64/8
64/19 64/21 64/22
64/23 64/24 65/1
65/21 67/1 67/4 67/6
69/16 70/14 70/17
70/18 71/9 71/11
72/19 78/4 78/9 79/12
79/14 79/25 80/13
80/15 81/16 81/18
82/5 82/24 83/15
84/16 85/4 85/7 85/10
88/2 89/8 89/10 93/20
94/5 97/14 99/24
101/21 103/15 105/8
106/13 106/15 110/4
110/14 110/23 111/4
113/5 113/8 113/9
114/2 116/7 117/2
117/2 117/16 118/22
120/2 123/5 124/16
125/14 129/15 129/18
130/25 137/21 137/22
138/1 138/2 139/10
139/12 140/12 141/17
141/19 141/20 141/22
141/23 141/25 142/1
142/8 142/16 144/16
144/16 144/20 144/22
147/11 148/12 150/24
153/5 154/20 155/22
155/24 157/2 158/10
159/8 159/22 159/24
171/20 172/15 172/16
172/18 174/3 174/3
175/18 181/5 187/7
188/2 188/2 189/3
189/4 189/5 189/11
191/7 191/8 191/9
191/20 191/21 193/13
193/15 193/16 193/18
193/19 194/3 199/10
203/19 203/20 206/10
209/20 210/7 223/5
224/9 230/16 234/6
239/3 241/13
didn't [26] 18/19 37/17
42/17 75/17 102/3
103/1 103/1 106/14
173/4 183/15 188/7
189/10 191/24 192/16
192/17 194/6 200/5
203/22 205/8 222/6
222/7 222/7 222/7
222/22 228/14 239/25

Case 21:23-cv-02304-MHC Document 80-27 Filed 05/03/24 Page 253 of 281

**D**

differ [1] 228/23
differed [1] 229/18
difference [4] 30/23
225/9 227/20 229/19
different [21] 44/18
46/18 47/10 51/9
54/25 81/17 125/16
171/17 177/10 178/17
186/25 187/7 187/18
189/1 189/16 189/21
189/21 189/22 203/21
204/19 239/23
difficult [4] 30/17 41/14
41/15 107/17
difficulties [1] 161/24
difficulty [1] 106/19
dig [1] 204/20
diligence [1] 7/8
diligently [1] 6/17
dire [1] 221/14
direct [12] 2/2 8/2 47/4
48/16 61/20 103/1
103/2 129/18 163/2
191/18 191/19 205/9
directed [1] 129/19
direction [8] 112/8
112/18 117/25 120/18
150/9 150/17 153/2
156/17
directions [1] 127/19
directive [1] 126/19
directly [3] 23/9 118/5
207/21
directs [1] 237/22
dirty [1] 191/2
disagree [4] 182/15
228/12 229/7 230/13
disagreed [1] 240/18
disagreement [1]
217/20
disagreements [1]
217/3
disbelief [2] 38/1 38/2
disclosures [2] 6/20
7/3
discovery [1] 6/22
discrete [1] 206/15
discretion [11] 206/9
209/5 209/16 209/19
209/21 210/3 210/6
210/16 211/2 211/22
213/9
discuss [5] 166/7
167/8 182/20 200/12
213/7
discussed [2] 224/15
230/4
discussing [3] 183/1
196/24 224/17
discussion [3] 57/2
74/11 185/4
dismantling [1] 158/20
dismiss [3] 215/20
218/9 218/14
disorder [1] 13/7
disorderly [10] 75/20
77/23 187/24 188/2
188/4 222/4 222/9

disperse [1] 44/10
displaying [1] 56/22
disprove [3] 209/13
209/25 211/11
disproves [2] 207/18
212/14
dispute [1] 238/25
disputes [2] 214/1
215/6
disputing [1] 179/15
disrupt [2] 75/20
180/14
disrupting [3] 185/2
185/3 185/6
dissenters [2] 229/9
229/13
distance [2] 41/12
41/13
distinct [1] 226/22
distinction [2] 56/19
211/4
distinctive [2] 86/4
134/25
distinctively [1] 135/4
distinguish [1] 227/23
DISTRICT [5] 1/1 1/1
1/12 210/9 210/25
disturbance [1] 39/24
dive [1] 108/24
diversion [3] 34/5 34/6
34/8
diversity [1] 189/8
division [9] 8/17 8/18
9/6 9/15 39/13 62/15
169/2 169/14 171/24
do [247] 6/3 7/5 8/9
10/8 11/19 13/23
15/24 16/3 17/6 17/21
18/13 18/16 19/17
19/20 19/20 20/4
20/24 21/14 22/3 22/7
22/21 23/13 24/3 24/7
25/20 26/10 28/8 31/6
32/15 33/6 33/9 34/17
35/21 36/14 36/16
36/23 37/22 38/14
40/10 41/18 41/19
41/25 42/3 46/5 47/20
48/2 48/4 48/9 48/18
48/24 49/24 51/7
51/23 51/25 52/2
52/10 53/12 54/8
55/16 56/3 56/5 56/6
56/14 58/23 59/1 59/3
63/16 63/17 65/5 65/6
65/7 66/19 66/21
66/22 67/15 67/20
69/24 69/25 71/2 71/3
71/17 71/18 71/21
73/3 73/4 78/13 78/14
80/19 80/20 81/22
81/23 82/14 82/15
83/22 84/16 86/16
86/18 88/21 89/2 89/3
89/17 89/17 92/20
92/21 94/6 94/14 95/8
95/10 96/16 96/17
100/13 101/24 103/6

109/12 109/13 110/11
111/4 111/21 111/22
112/6 112/7 112/13
112/14 112/25 114/2
114/11 114/12 117/16
118/22 119/2 119/3
119/22 119/24 122/24
123/5 125/13 129/6
129/8 129/10 129/12
129/14 130/5 130/6
130/25 135/24 135/25
139/20 142/12 142/14
144/16 147/20 147/21
148/12 150/24 151/14
151/20 151/21 152/3
152/5 152/16 152/17
153/2 153/4 154/23
155/17 155/18 156/12
156/13 157/2 157/12
157/13 160/15 161/15
161/17 162/7 163/3
163/19 164/2 164/3
164/25 170/17 170/19
171/14 171/18 172/20
172/21 175/17 175/19
175/19 176/6 178/7
179/11 182/6 182/20
182/25 184/2 184/15
187/12 188/24 189/22
190/6 192/22 192/24
192/25 193/3 195/16
196/2 196/3 196/4
196/17 196/25 197/23
199/11 200/9 201/11
203/12 203/14 203/22
204/9 205/3 207/4
208/2 211/23 212/3
213/10 213/16 214/17
215/8 215/11 215/19
216/2 218/23 223/3
223/20 224/5 229/16
230/12 232/12 234/10
238/19 240/13 240/16
241/16 242/5
docket [1] 240/15
document [4] 66/22
71/7 71/12 81/14
documented [1] 231/23
documents [1] 217/19
dodges [1] 233/16
does [88] 5/2 8/18
39/22 39/23 40/18
40/20 41/6 44/14
46/13 51/3 52/14
52/20 53/20 54/10
70/4 70/6 71/14 83/14
86/19 87/12 87/14
89/23 89/24 90/14
90/24 91/2 91/10
92/14 93/3 93/5 93/23
94/23 94/25 100/22
111/25 115/2 115/15
115/17 115/18 116/15
120/2 120/4 120/18
121/15 121/17 122/19
125/5 132/12 132/23
133/22 134/21 138/8
138/10 138/14 138/20

145/1 145/14 145/15
145/18 148/23 152/6
155/19 157/21 158/18
161/18 166/7 166/9
166/11 167/8 176/5
176/8 177/1 181/1
182/3 210/22 227/13
227/23 228/6 228/19
229/20 232/21 235/10
236/11 241/6 242/18
doesn't [9] 51/12 52/17
54/7 106/20 162/22
233/16 235/6 236/16
238/22
doing [37] 18/17 18/24
19/13 19/15 25/10
25/12 46/12 54/15
59/25 61/7 90/14
90/25 91/2 99/25
107/12 107/14 107/19
108/10 119/19 124/2
124/12 124/19 145/6
146/6 154/21 158/19
170/17 191/13 197/13
204/12 205/23 212/4
220/5 223/5 234/22
236/13 242/8
don't [120] 7/3 10/21
13/6 13/24 13/25 14/1
22/20 34/12 34/19
35/8 35/22 41/7 41/10
41/13 41/16 44/4 45/1
46/6 46/7 46/22 46/25
47/22 48/4 48/6 49/25
50/13 50/16 50/17
51/5 51/10 51/24
52/23 53/2 54/15
55/24 56/12 68/12
75/6 99/19 100/10
101/4 101/17 102/15
106/8 106/11 106/16
106/22 127/10 132/6
141/1 146/10 149/16
152/18 158/18 164/23
167/21 170/8 170/25
171/22 175/3 175/23
175/24 175/24 177/12
177/20 177/21 178/22
180/3 182/8 183/12
183/16 183/21 186/23
188/19 189/5 189/15
189/24 190/6 190/12
190/18 190/20 191/13
192/3 192/10 193/1
194/14 197/8 197/11
197/14 200/5 200/9
200/17 202/25 206/1
206/12 207/2 212/24
213/5 213/14 215/18
215/19 215/20 215/24
216/1 216/4 216/10
218/17 220/20 224/22
224/18 229/23 230/2
233/7 233/25 235/21
235/25 236/23 238/9
238/25 239/11
done [13] 7/4 42/5
42/5 42/17 43/20 44/6

192/10 192/11
200/3 203/18 215/20
236/15
door [15] 15/4 15/5
22/4 23/8 23/8 32/18
33/10 34/25 140/13
157/4 157/5 171/1
211/17 211/23 211/25
doors [17] 15/6 23/12
96/12 100/3 123/7
123/25 131/2 131/15
132/14 136/6 142/8
142/11 143/18 143/20
145/5 146/2 146/6
doorway [5] 35/15
35/17 143/14 143/17
147/25
Dorrance [1] 1/20
dot [2] 37/7 147/21
dots [1] 36/3
doubt [1] 221/19
down [42] 6/17 10/11
11/18 35/16 48/19
61/10 68/9 70/13
80/11 85/12 87/17
92/17 94/11 96/13
97/19 117/3 118/15
123/10 126/13 131/7
131/25 137/7 137/15
140/17 142/21 148/13
148/17 150/16 151/4
153/7 153/11 157/7
159/15 161/3 162/19
165/24 166/25 193/17
199/21 222/7 234/12
242/15
dozen [1] 240/21
drag [1] 234/1
dramatic [1] 208/8
drank [1] 38/4
draw [2] 9/23 57/23
drawing [1] 135/16
drew [2] 119/16 153/15
drink [1] 123/12
drop [1] 10/11
due [1] 106/15
duly [2] 7/18 61/16
during [11] 63/11
74/11 74/15 103/20
110/12 110/21 159/22
196/18 196/21 211/14
224/4
Dutch [2] 38/22 38/23
duties [1] 9/7
duty [4] 39/12 39/25
40/1 40/1

**E**

each [7] 58/4 58/7
107/16 169/11 216/2
223/13 223/15
earlier [9] 22/6 55/5
58/1 59/24 129/6
155/16 174/15 205/8
230/9
early [1] 11/10
earth [1] 197/10
easier [1] 147/20
easiest [2] 218/1 218/2
easily [1] 10/12

Case 1:23-cv-00917-DAE Document 61-22 Filed 05/08/24 Page 254 of 281

east [20] 9/18 9/20
10/19 11/4 11/11 16/2
17/22 21/17 24/6
26/13 31/9 31/25
32/19 57/24 87/3
88/14 112/10 123/23
135/14 158/11
Easy [1] 156/3
ECF [4] 217/22 217/22
237/7 240/17
ECF 60 [2] 217/22
240/17
ECF 62 [1] 217/22
ECF 63 [1] 237/7
educated [1] 103/24
effect [4] 43/21 46/9
46/20 202/21
effective [1] 127/16
effectively [2] 103/3
188/21
effects [1] 44/2
efficiently [1] 7/23
egg [1] 220/13
either [6] 50/14 103/10
215/17 218/18
election [13] 13/18
174/10 175/1 177/2
177/17 177/22 178/11
178/20 179/9 179/21
183/13 183/19 184/2
electoral [1] 79/15
electrical [1] 12/7
electronic [1] 83/15
element [7] 75/13
75/14 205/22 226/2
228/6 228/20 230/21
elements [9] 84/8
165/6 179/14 179/14
205/19 223/13 223/16
225/20 229/16
elicited [4] 209/14
210/1 211/12 211/14
Elizalde [2] 228/9
228/12
else [14] 7/9 42/10
50/16 102/9 108/12
155/11 184/19 186/5
186/8 189/6 198/12
224/8 235/2 240/16
else's [1] 223/18
elsewhere [1] 197/22
email [29] 64/25 65/10
65/12 65/20 65/24
66/2 66/3 66/6 66/13
67/15 67/21 67/23
67/23 68/1 68/5 68/9
68/12 68/13 68/19
68/23 69/6 69/7 69/12
69/13 69/17 172/19
172/24 173/3 240/7
emailed [3] 172/25
234/18 235/19
Emily [1] 4/14
emphasize [1] 201/14
emphatic [2] 206/5
240/2
encountered [1]
176/25

76/18
end [21] 11/16 25/3
37/22 37/23 37/24
100/16 100/17 101/22
107/24 137/11 137/25
138/18 154/2 160/20
160/24 180/25 181/9
201/15 208/16 213/12
226/9
endeavor [1] 225/18
ended [3] 15/3 15/10
23/8
ends [1] 102/8
enforcement [1] 55/19
186/5 186/7
engage [2] 222/8
225/5
enough [3] 40/5 52/21
221/25
ensure [1] 215/8
ensured [1] 214/11
ensuring [2] 8/21 10/17
entail [1] 8/18
entered [10] 7/14
38/12 64/12 64/12
64/16 108/20 144/21
167/25 216/6 224/25
entering [7] 20/3 34/7
34/11 144/5 159/25
233/13 233/18
entire [7] 74/3 74/9
97/6 140/6 164/7
184/24 230/15
entirely [1] 211/16
entirety [5] 79/9 99/17
149/7 165/22 166/23
entitled [2] 220/12
243/2
entries [2] 67/25 71/14
enumerate [1] 231/18
enumerated [1] 235/5
enumerates [1] 231/15
environment [1] 12/1
envision [1] 102/9
episode [1] 75/2
error [1] 208/3
escorted [1] 199/13
Esquire [4] 1/11 1/14
1/16 1/19
essence [1] 226/9
essentially [7] 43/17
46/4 107/2 218/8
225/13 226/3 226/16
establish [1] 238/2
established [4] 42/20
43/22 47/14 51/10
estimate [1] 240/18
et [1] 191/3
et cetera [1] 191/3
Etheridge [2] 64/15
64/15
evaluating [1] 207/19
even [20] 41/14 43/10
77/21 123/7 126/19
131/16 170/15 177/8
188/1 188/8 208/12
210/13 215/18 219/13
222/22 222/22 226/14

even-keeled [1] 170/15
evening [4] 6/18 15/11
206/10 216/14
event [2] 176/22
206/13
events [2] 20/7 185/3
eventually [6] 11/17
15/5 15/7 15/9 155/22
241/23
ever [3] 45/9 234/19
234/20
every [8] 27/22 43/2
168/20 183/16 190/10
201/4 220/14 224/7
everybody [7] 7/22
16/15 18/25 20/16
51/14 108/23 167/20
everyone [6] 36/5
50/22 51/3 188/1
222/19 236/11
everything [6] 4/16
176/5 176/6 182/5
182/9 220/22
evidence [82] 16/10
18/6 21/23 24/14
26/20 31/16 32/24
40/9 40/25 68/7 68/21
72/9 76/3 79/7 81/10
84/23 85/19 87/18
92/23 93/10 94/18
95/6 96/19 97/4 98/10
102/16 102/18 109/15
111/13 118/17 123/11
131/9 132/6 133/10
135/22 143/2 148/19
151/10 165/16 166/20
167/15 170/6 185/21
192/14 193/25 201/6
202/16 202/19 204/16
204/17 205/1 205/2
205/14 205/15 205/20
205/24 207/18 207/19
208/4 209/12 209/13
209/17 209/18 209/24
209/25 210/3 210/5
210/13 210/15 210/20
210/20 210/21 211/4
211/7 211/11 212/11
212/14 212/15 223/20
224/22 234/5 239/14
evident [1] 126/11
exact [12] 10/22 22/20
33/8 53/2 93/24 95/19
149/16 152/18 162/7
163/19 188/19 189/6
exactly [7] 37/21 51/4
52/2 99/10 188/10
189/25 205/3
examination [13] 8/2
38/15 38/17 57/21
61/20 102/21 107/14
168/3 168/5 195/9
195/16 196/19 222/5
examine [2] 13/1
174/21
examined [2] 7/18
61/16
example [2] 12/19

examples [1] 45/2
exception [1] 187/16
exceptionally [1]
126/22
exclude [3] 209/18
210/4 210/17
excuse [3] 37/17 59/13
200/9
exercises [1] 206/9
exhibit [157] 9/22
15/22 16/6 17/19 18/2
21/12 21/20 23/24
26/4 26/16 31/2 31/12
32/10 32/20 35/19
40/7 47/15 49/5 57/20
58/16 59/11 59/14
60/6 60/16 60/17
60/22 65/2 65/5 65/16
67/5 67/8 68/8 69/20
70/13 70/23 71/2 72/4
72/25 73/3 73/14 76/8
76/20 78/10 78/13
79/4 79/9 80/11 80/16
80/19 81/7 82/11 83/3
84/20 85/2 85/4 85/12
85/17 86/11 87/18
88/3 91/7 92/17 92/18
92/20 92/22 93/1 93/7
93/18 94/11 94/12
94/14 94/17 94/21
95/2 96/13 96/14
96/16 96/18 96/23
97/1 97/12 97/18
97/20 97/23 97/24
97/25 98/7 98/14
98/19 98/21 98/23
99/11 99/16 99/22
102/24 102/24 103/17
109/9 109/12 109/14
109/23 111/8 117/20
118/15 118/16 119/12
123/10 123/11 129/7
131/7 131/8 131/25
132/6 133/6 135/8
135/22 135/24 137/16
137/21 138/1 138/9
138/21 138/22 139/18
140/2 142/21 143/1
148/18 151/4 151/9
152/13 153/12 154/21
156/1 156/18 157/8
159/14 163/25 164/2
164/16 165/13 165/21
165/24 165/25 166/13
166/25 167/1 167/12
185/20 195/13 195/14
199/10 205/4 205/5
205/12 207/6 211/14
Exhibit 103 [1] 15/22
Exhibit 107A [1] 129/7
Exhibit 111 [1] 156/1
Exhibit 301 [1] 195/13
Exhibit 312 [1] 132/6
Exhibit 503 [1] 163/25
exhibits [8] 2/12 3/1
3/14 103/5 109/17
151/6 152/19 152/21
exit [2] 156/17 158/10

150/25 159/7 167/22
200/19 216/24
exiting [3] 150/17
158/8 158/20
expect [1] 165/1
expectation [1] 235/6
expecting [1] 104/15
experience [5] 44/9
44/19 45/8 56/14
182/3
experienced [1] 22/17
expert [1] 184/8
explain [1] 194/25
explaining [2] 204/17
205/1
explains [3] 207/17
212/13 226/10
explanation [1] 83/18
expletive [1] 13/14
explore [1] 175/16
expression [1] 218/11
extend [2] 228/5
229/12
extent [6] 75/1 189/14
208/18 208/22 224/10
235/22
external [1] 45/15 57/6
extra [2] 214/7 236/1
eye [19] 113/24 115/25
117/10 124/11 125/19
127/22 134/11 139/2
141/3 143/13 143/21
144/11 146/2 146/13
147/6 148/8 149/1
150/21 154/15

F
F'ed [2] 11/24 13/14
F.3d [5] 201/17 201/18
203/1 204/25 207/16
face [3] 69/14 145/13
220/13
Facebook [23] 70/18
70/21 71/5 71/10 72/1
72/18 73/10 73/23
78/17 79/1 80/8 80/22
80/25 81/13 83/21
174/4 175/22 176/5
182/2 182/4 182/8
182/14 234/7
facing [8] 69/14 112/8
112/9 112/11 115/10
116/15 120/20 148/1
fact [12] 13/6 75/10
182/14 182/23 192/4
219/12 220/3 224/6
225/25 227/16 228/4
231/18
facts [4] 42/18 44/5
44/6 104/19
factual [4] 50/2 183/2
183/2 206/8
factually [1] 229/6
fair [6] 11/8 47/4
65/12 71/25 73/7 81/3
103/17 133/25 164/12
164/12 176/3 178/4
178/12 196/8 211/23
211/25

**F**

fairly [3]  106/2 126/11 183/13
faith [8]  174/8 174/16 174/23 175/10 176/7 177/2 177/13 177/21
fall [3]  20/1 45/17 46/9
falling [2]  19/17 46/10
falls [2]  184/6 228/14
familiar [4]  50/16 66/1 225/21 226/18
family [3]  227/22 235/5 235/12
far [23]  16/19 20/15 25/25 29/4 29/5 41/5 53/8 59/7 63/21 88/24 90/17 107/16 114/13 119/6 122/11 125/5 139/23 142/15 172/6 183/10 221/12 224/23 236/16
FARUQUI [1]  1/8
fast [3]  48/24 49/2 55/6
fast-forward [3]  48/24 49/2 55/6
fatigues [1]  193/6
fault [2]  189/9 228/16
favor [1]  236/15
FBI [34]  4/10 6/19 62/1 62/15 64/8 64/11 64/19 64/22 64/25 65/10 66/7 66/22 67/23 70/14 70/18 71/8 71/9 73/5 78/7 80/13 81/13 82/8 83/12 83/16 84/16 168/9 168/14 168/20 169/9 171/18 171/21 172/25 182/3 184/11
FBI's [7]  64/7 65/25 66/18 70/14 71/14 72/23 82/24
fbi.gov [1]  67/24
federal [7]  5/20 62/1 105/22 169/22 225/25 226/5 229/11
feel [3]  108/6 163/3 212/16
feels [1]  236/11
feet [4]  26/2 89/1 128/11 128/24
fell [6]  14/16 15/2 45/16 46/11 46/19 47/11
fellow [2]  23/7 46/19
felony [1]  225/24
felt [2]  105/10 106/1
fence [9]  17/7 17/10 18/15 27/20 28/2 231/20 231/21 231/22 231/25
fencing [3]  10/5 16/13 36/15
Feola [5]  225/22 226/16 229/9 229/9 229/19
few [15]  5/16 21/9 34/19 57/19 80/1 90/18 91/5 104/19

137/3 139/25 161/14 173/24
fiat [1]  233/5
field [1]  62/14
Fifth [3]  105/6 106/1 106/4
fighting [2]  14/7 15/15
figure [1]  233/3
figured [1]  98/13
file [11]  65/25 66/20 66/22 67/1 67/4 67/20 67/25 71/14 176/20 176/20 217/13
filed [3]  214/2 225/6 229/24
fill [1]  104/13
filmed [1]  186/15
filming [10]  48/8 123/21 125/5 139/24 142/15 142/17 142/18 195/18 196/8 199/10
final [6]  67/14 106/12 237/18 240/1
find [4]  70/18 201/5 207/8 207/23
finding [2]  224/6 227/8
fine [23]  43/20 44/7 46/13 54/13 54/15 100/24 102/15 104/8 126/24 127/9 173/12 179/10 179/18 180/25 187/7 202/1 202/8 203/2 215/10 215/17 218/24 235/21 237/6
finish [7]  37/20 213/14 215/18 216/9 221/24 237/5 237/6
Fire [1]  210/10
firearm [2]  227/3 227/10
firearms [1]  226/20
first [50]  7/18 28/1 55/15 61/16 64/8 64/14 77/5 81/12 98/13 104/10 112/23 112/24 118/22 124/16 131/13 131/23 151/17 153/22 165/18 173/25 180/5 180/12 180/18 180/19 180/22 181/1 182/1 184/9 198/16 200/12 200/21 201/1 204/2 208/21 218/4 218/7 218/9 218/15 219/19 219/23 220/3 220/7 220/17 220/19 220/21 223/10 224/14 224/18 224/20 227/19
firsthand [1]  50/14
fished [1]  83/15
fit [1]  233/17
fits [1]  108/7
five [14]  26/24 27/13 31/3 31/17 32/11 140/18 141/14 169/10 169/11 198/6 213/7 213/14 213/16 242/1
five-minute [1]  213/7

145/21
flagging [1]  69/1
flagpole [3]  137/13 138/4 138/17
flags [3]  54/6 56/4 56/14 56/22 56/24
flash [5]  34/3 34/4 34/9 35/5 141/20
flash-bang [4]  34/3 34/4 34/9 141/20
flash-bangs [1]  35/5
fleshed [1]  228/17
flexible [1]  207/4
Floor [1]  1/18
Florida [2]  219/7 219/8
fluctuates [1]  171/16
fly [1]  207/25
focus [4]  16/24 61/2 205/5 205/6
focused [1]  18/23 223/22 227/25
focuses [1]  172/4
folks [6]  5/20 104/24 105/3 201/11 242/7 242/10
follow [3]  10/2 21/6 234/10
following [68]  4/1 12/23 13/10 41/23 42/22 43/15 44/16 45/23 46/16 46/24 47/8 49/21 50/11 51/6 51/21 54/1 54/22 64/24 65/19 66/16 67/12 67/18 68/17 69/3 73/18 75/24 76/25 78/1 83/8 84/11 100/12 101/2 110/2 110/18 111/5 114/21 115/5 125/23 127/20 160/10 161/22 162/13 163/7 164/21 165/11 170/4 171/6 172/2 172/11 174/12 176/11 177/5 178/14 179/3 181/19 183/8 184/20 185/18 186/13 187/4 189/18 190/5 192/20 196/16 198/5 199/25 200/14 236/12
follows [3]  7/19 57/25 61/17
foot [3]  91/18 231/20 231/25
footage [7]  48/12 132/15 132/18 151/17 152/23 155/16 156/4
footnotes [1]  219/15
footwear [1]  152/6
force [6]  62/2 62/19 169/17 170/21 171/11 184/12
forced [2]  117/17 240/5
foregoing [1]  243/1
forget [1]  193/6
forgot [3]  205/19 205/21 205/22

formed [1]  119/20
forming [1]  124/3
forward [26]  28/5 28/15 32/2 33/15 36/19 37/9 45/20 47/3 48/24 49/2 49/8 55/6 96/4 120/12 121/9 130/15 134/16 136/11 137/17 138/25 151/13 155/2 155/3 194/13 195/23 199/5
found [6]  204/16 204/24 207/10 207/12 210/16 227/8
foundation [7]  40/10 65/22 66/12 73/20 73/21 73/22 132/9
four [2]  26/25 153/22
foyer [1]  158/11
FPD [1]  6/10
frame [27]  28/15 32/1 33/15 35/21 35/21 36/8 36/8 36/19 96/4 120/12 121/9 130/15 131/10 131/10 133/15 133/15 133/18 133/18 134/16 136/11 137/17 151/13 151/14 155/2 155/3 195/23 199/5
frames [1]  134/16
framing [1]  138/24
frankly [6]  107/15 192/8 197/14 206/2 225/17 232/9
fraudulent [1]  183/22
fraudulently [1]  182/25
free [2]  45/19 234/11
freedom [1]  224/20
freely [2]  172/17 194/15
frequent [1]  218/11
frequently [1]  56/22
Friedman [3]  230/11 232/14 238/17
Friedrich [2]  230/10 232/14
Friedrich's [1]  233/25
front [26]  9/20 11/4 16/2 17/22 20/8 21/17 24/6 26/13 31/9 31/25 32/19 35/16 63/20 77/8 87/3 88/14 91/18 99/5 99/7 114/16 119/11 120/18 122/13 131/3 157/4 214/8
frustrating [1]  236/10
frustration [1]  11/22
full [8]  13/14 39/25 78/18 78/21 81/13 82/18 111/5 191/24
full-length [1]  82/18
fulsome [1]  230/7
fulsomely [1]  230/4
further [14]  38/3 57/17 61/9 123/7 131/16 137/7 144/18 150/13 167/18 195/6 199/19 210/19 224/19 234/1

future [1]  236/17

**G**

G-R-O-S-E-C-L-O-S-E [1]  232/20
games [2]  204/3 204/5
gap [2]  36/18 103/7
garment [1]  135/3
gas [2]  35/6 145/16
Gatling [1]  207/16
gave [4]  12/19 44/24 162/4 166/4
gear [3]  39/25 40/2 91/13
gears [2]  222/1 224/24
general [13]  30/18 64/8 91/20 105/20 106/25 107/5 107/9 121/18 132/12 133/22 192/15 196/8 214/15
generality [1]  238/4
generally [22]  22/21 22/23 43/21 45/11 57/6 62/5 65/9 88/12 90/7 90/12 109/6 122/8 132/9 136/1 138/20 150/10 154/3 158/18 170/13 171/14 201/2 214/5
gentleman [1]  64/15
gestures [1]  212/4
get [68]  5/21 5/25 7/11 7/24 15/1 15/19 20/24 22/15 22/23 30/16 34/24 35/2 35/16 42/11 42/18 44/4 44/5 44/7 52/21 60/19 75/4 76/22 84/17 100/17 101/13 103/21 103/24 104/23 104/24 106/8 106/10 108/18 108/19 108/24 110/7 122/25 127/6 127/13 143/7 156/3 161/6 162/9 172/7 173/7 177/21 180/25 183/12 184/16 186/1 186/2 204/14 207/24 213/11 214/7 214/15 215/19 216/15 216/15 217/24 224/19 226/14 229/23 231/5 232/10 233/7 233/11 241/20 242/13
gets [1]  74/16
getting [13]  11/14 33/10 54/6 54/16 102/6 105/2 105/12 107/8 150/13 150/15 172/6 174/19 183/9
giant [2]  18/15 19/8
give [22]  23/21 29/15 35/16 37/2 37/18 87/12 90/24 101/24 103/19 105/21 164/25 181/5 190/10 200/2 200/23 201/2 202/9 202/23 209/1 213/6 213/14 225/7
given [1]  75/7 126/4

**G**

given... [6] 159/17
184/16 206/13 206/22
221/22 238/18
giving [4] 14/25 122/25
183/14 204/8
glad [2] 108/23 183/15
glass [1] 140/13
gloss [1] 225/7
go [111] 6/22 7/25
12/24 18/14 20/20 22/4
23/7 23/11 26/18
27/12 27/24 30/2 30/9
35/18 35/19 36/8
43/12 43/25 44/2
46/22 49/8 50/20
53/25 54/2 55/4 58/18
58/16 60/6 69/19
73/19 74/6 75/14 79/5
81/9 83/7 83/9 84/24
85/18 86/12 87/19
93/11 97/18 98/14
100/10 100/21 104/3
104/5 104/10 104/16
106/9 108/19 110/3
112/2 113/20 129/18
129/19 131/10 133/15
136/8 137/17 140/4
141/23 143/2 145/23
153/5 154/12 157/8
157/17 160/16 164/22
165/9 165/10 165/18
166/22 170/3 172/3
173/14 173/22 174/13
175/18 177/6 178/15
180/11 183/7 184/2
184/22 186/9 186/12
188/12 190/7 191/15
194/13 194/22 199/1
204/22 206/20 216/12
216/16 217/4 217/25
218/20 220/25 223/15
233/9 236/24 237/2
237/6 239/25 241/4
241/6 242/9
goes [12] 27/19 68/20
77/23 84/7 165/6
179/13 187/5 207/20
212/8 221/2 233/20
235/10
going [129] 4/16 4/17
7/24 9/16 11/2 20/7
21/9 22/9 24/20 27/11
27/20 29/13 34/7
39/14 43/3 47/16 50/8
50/12 50/23 51/4 74/2
74/6 74/6 74/9 74/10
74/19 74/20 74/21
75/1 77/16 77/19
79/18 83/23 84/5
85/14 86/9 86/9 87/21
97/6 97/19 97/22
98/12 100/7 100/9
101/3 101/23 102/4
102/7 103/7 104/3
106/3 107/5 107/7
108/2 108/18 108/24
112/19 115/25 117/10
118/4 121/3 121/4

127/22 127/23 131/9
131/20 132/8 133/17
134/11 135/10 137/2
140/6 140/16 141/3
142/3 144/11 152/10
154/15 160/16 165/9
167/3 168/2 170/23
175/3 178/2 179/18
180/8 180/11 180/25
180/25 181/20 183/10
183/11 183/23 184/14
184/21 198/4 199/23
200/15 205/5 205/6
206/16 209/9 212/24
215/4 215/11 216/9
216/14 219/5 220/9
220/13 220/22 220/24
223/12 223/14 223/18
223/20 224/12 226/16
227/17 233/22 238/5
240/10 242/5 242/10
242/14
gone [2] 86/7 128/18
good [47] 4/2 4/7 4/11
4/12 4/18 7/16 7/22
8/4 8/5 11/10 17/14
32/13 38/19 42/7
43/20 50/23 61/22
61/23 68/25 85/16
100/8 100/22 107/15
109/3 109/4 115/1
115/4 115/6 123/11
161/20 167/20 168/7
168/8 174/8 174/16
174/23 175/10 176/7
177/2 177/13 177/21
195/11 201/8 206/12
218/25 238/9 241/7
good-sized [1] 11/10
got [17] 4/19 15/7
34/19 39/10 102/11
123/13 132/3 138/12
162/18 184/18 208/12
208/17 216/9 217/3
228/22 240/16 242/2
gotten [10] 39/6 42/9
47/21 75/11 92/15
107/13 128/18 180/22
192/7 238/7
government [42] 4/6
16/5 18/2 21/20 24/10
26/16 31/12 32/20
46/6 74/21 101/20
161/5 175/14 187/23
188/3 200/2 200/6
203/23 204/9 211/15
211/18 212/20 213/1
221/8 222/13 223/21
224/3 225/9 228/3
228/9 228/14 230/8
230/9 230/23 230/24
231/4 232/12 233/24
234/5 237/15 238/21
241/10
government's [121]
2/12 2/24 9/22 15/22
16/5 16/10 17/19 18/6
21/12 21/23 23/24

31/16 32/10 32/24
49/6 55/4 57/20 58/16
59/11 59/13 60/22
65/2 65/16 67/5 67/8
68/7 69/19 70/23 72/4
72/9 72/25 73/14 76/3
78/10 79/4 79/7 80/16
81/7 81/10 82/11 83/3
84/20 84/23 85/17
86/11 87/18 92/18
92/22 93/7 93/10
94/12 94/17 95/2 95/6
96/14 96/18 97/1 97/4
97/12 97/19 97/23
97/25 98/7 98/10
98/18 98/21 99/11
102/10 102/21 108/22
108/25 109/9 109/14
109/23 111/8 111/13
118/16 123/10 129/6
131/8 132/5 133/6
133/10 135/8 135/21
137/16 138/21 139/18
140/2 143/1 148/18
151/9 152/13 153/12
155/25 157/8 163/24
164/16 165/12 165/16
165/25 166/13 166/20
167/1 167/11 167/15
168/3 173/18 180/22
185/12 195/12 201/9
211/15 212/16 214/4
218/15 238/15
graft [1] 226/16
grainy [1] 20/23
grant [1] 183/11
granted [1] 180/5
granting [1] 218/14
granular [1] 74/16
gray [1] 16/12
great [20] 4/19 6/2 7/6
7/7 7/13 38/6 42/21
76/18 101/1 101/16
105/6 105/10 105/16
161/20 163/11 192/10
216/3 220/9 238/22
242/20
Greg [1] 214/20
Griffin [1] 230/6
groceries [1] 216/12
Groseclose [5] 228/11
228/19 228/24 232/16
232/20
grossly [1] 190/11
ground [2] 99/6 216/20
grounds [6] 180/23
218/6 219/9 220/20
224/18 233/13
group [13] 35/15 48/19
48/21 88/20 91/9
116/6 118/13 122/14
147/24 154/2 154/5
188/22 189/8
groups [1] 58/11
Guandolo [1] 6/25
Guandolo's [1] 6/19
guess [15] 49/4 66/12
75/19 83/10 135/15

174/3 177/10 177/16
185/25 190/7 208/18
238/14
guessing [1] 50/17
guidance [2] 54/21
236/14
guilt [12] 218/5 221/2
221/21 223/1 223/7
223/8 224/2 224/6
224/6 224/21 237/13
237/20
guilty [1] 224/8
gun [2] 12/6 227/12
Gunby [2] 238/17
238/18
guy [2] 122/24 191/14
guys [2] 205/22 234/18

**H**

had [57] 6/4 7/6 9/7
10/23 11/3 12/12
12/14 12/15 15/17
16/14 17/9 29/10
35/15 38/25 39/11
39/16 39/19 44/14
44/23 45/16 47/21
64/12 64/16 66/2 72/1
72/20 75/12 101/25
105/10 106/22 107/14
114/2 114/4 116/10
118/23 119/20 126/7
129/12 146/16 172/17
172/19 172/22 174/15
182/24 192/3 195/3
197/5 212/22 215/25
219/2 219/17 219/23
219/24 222/5 225/10
230/7 241/25
hadn't [3] 12/11 45/9
206/13
half [3] 74/11 77/17
240/20
hall [2] 153/8 154/8
hallway [2] 153/15
153/17
hand [18] 23/9 87/8
88/16 93/14 96/7
111/18 118/9 125/2
143/4 144/2 145/21
145/22 148/15 148/22
156/10 159/2 202/25
212/4
handful [1] 214/12
handle [2] 205/17
216/13
handled [1] 7/23
hands [2] 115/16 189/4
hanging [3] 137/13
138/18 216/11
happen [9] 13/23 41/6
81/16 113/5 116/7
142/9 215/11 230/16
236/16
happened [14] 13/25
14/2 14/13 14/22 19/5
23/5 30/14 44/13 47/2
53/2 129/8 141/9
162/7 233/14
happening [3] 14/6

happens [4] 10/25
11/11 201/12 235/2
happy [20] 83/19
102/23 103/9 103/18
103/24 106/21 107/25
110/10 200/21 202/8
207/2 217/2 217/6
217/9 218/19 221/25
225/5 225/7 230/1
230/17
hard [7] 9/21 11/20
13/22 18/18 33/19
39/25 207/24
harder [2] 58/9 58/11
Hardware [1] 224/13
harmed [1] 233/16
harp [1] 74/6
Harris [1] 216/11
has [86] 5/16 5/18 5/19
43/17 45/18 47/17
50/22 63/23 64/2 64/4
65/25 66/10 66/11
70/5 78/7 86/4 97/25
100/17 100/19 104/22
106/16 108/4 115/9
115/18 122/8 127/1
128/18 128/18 138/12
139/13 142/18 150/9
150/13 157/22 159/5
159/17 159/19 181/7
184/11 194/8 196/24
197/5 209/14 209/16
210/1 210/2 210/16
211/12 211/13 211/23
214/5 214/8 214/11
217/8 217/11 221/12
221/13 223/3 223/8
223/15 224/22 224/22
225/9 225/13 226/9
227/25 228/17 229/25
231/10 231/10 231/11
231/12 231/20 231/24
232/2 232/3 232/5
234/5 234/19 234/20
234/25 235/6 235/8
235/15 235/15 236/15
hasn't [5] 41/25 43/22
74/22 128/20 189/14
hat [51] 21/3 23/16
25/24 28/11 29/3 32/9
33/19 36/1 36/24 59/6
69/15 70/3 70/5 70/8
70/9 85/24 86/5 86/20
87/11 87/12 90/4 92/2
95/14 112/1 114/11
119/1 119/22 121/12
121/12 121/14 121/16
128/4 128/4 128/5
130/5 130/8 130/19
130/20 131/17 134/23
139/7 139/8 139/10
139/14 143/24 148/25
152/4 155/6 156/24
157/12 185/9
hate [2] 143/7 213/22
have [318] 4/14 5/2 5/6
7/1 7/3 8/11 8/23 11/1
12/3 15/17 18/19 19/6

H     Case 21:23-cv-00242... Document 36-2 Filed 05/28/24 Page 257 of 281

have... [306]  22/16
34/5 38/25 39/6 39/24
41/11 41/19 41/22
42/4 42/5 42/9 42/15
42/15 42/16 42/17
42/20 43/7 43/9 43/11
43/14 43/20 44/9
44/10 44/13 44/19
45/22 45/24 48/5 48/7
48/7 49/18 49/25
50/15 51/3 51/5 51/9
51/25 53/23 54/7
55/17 56/16 56/17
57/14 62/2 62/3 62/6
62/7 64/9 65/7 65/18
68/23 69/14 70/3
71/12 73/3 73/22 77/1
77/7 79/8 81/19 85/15
86/7 86/7 86/17 86/19
86/21 87/5 87/7 92/11
92/14 93/1 93/2 94/21
94/22 96/22 98/3 98/5
98/24 99/8 100/11
100/13 100/15 100/24
101/6 101/19 101/20
102/13 102/15 103/11
103/13 103/22 104/3
104/4 104/9 105/16
105/19 105/25 106/14
106/15 106/22 107/12
107/14 107/18 108/3
110/1 110/10 111/1
115/15 125/22 125/25
126/8 127/2 129/20
131/17 132/2 132/4
132/9 132/11 132/15
133/1 133/1 133/3
139/10 142/23 142/25
143/19 144/20 145/3
146/6 146/7 146/18
148/3 148/4 149/7
149/9 150/16 150/18
151/6 151/8 152/6
157/23 158/7 158/18
159/8 159/20 159/21
160/7 160/18 161/3
162/25 164/5 164/7
164/8 164/18 164/20
168/9 169/11 170/5
170/14 170/15 170/17
171/1 171/17 172/1
174/15 174/20 175/6
175/9 175/16 176/20
176/21 176/23 176/24
177/15 177/18 177/18
177/19 178/21 180/17
181/1 181/3 183/4
183/15 183/17 184/16
186/8 187/6 187/8
187/18 187/19 187/19
187/25 188/6 188/7
188/13 188/14 189/15
191/7 192/9 193/1
193/25 194/6 194/19
194/21 196/17 196/20
196/24 196/25 199/11
199/14 200/3 202/25
204/4 204/6 204/7

205/10 206/12 208/1
208/7 208/19 209/15
210/1 210/16 210/21
212/1 211/16 211/21
212/20 212/22 212/23
213/2 213/11 213/15
214/6 214/6 215/11
215/13 215/24 215/25
216/2 216/10 216/12
216/18 217/14 217/23
217/24 219/19 219/25
220/8 220/17 220/20
220/23 221/4 221/24
222/9 222/18 223/17
223/21 224/5 224/7
224/15 224/25 225/16
226/6 226/6 228/8
229/12 230/3 230/6
230/8 230/9 232/2
232/8 232/16 233/21
234/4 234/8 234/14
235/13 236/4 236/6
236/13 236/15 236/19
236/22 238/7 238/17
238/18 238/23 239/1
239/3 239/24 240/5
240/10 240/11 240/12
240/15 240/16 240/24
241/23 242/6 242/9
242/10
haven't [5]  45/14 75/10
180/22 192/7 207/10
having [12]  7/18 12/15
61/16 74/15 85/15
126/2 126/9 127/7
127/14 213/8
he [108]  5/2 5/15 5/16
5/18 5/19 5/25 5/25
24/22 25/3 41/25
43/18 43/22 46/5
46/12 47/6 50/7 50/8
51/11 51/12 51/12
51/13 51/16 51/16
51/19 54/7 54/14
54/17 64/16 66/10
66/11 66/12 66/12
75/6 77/22 79/15
79/17 84/1 84/2 84/3
84/6 85/10 88/5
100/17 102/1 102/3
104/23 105/2 105/5
105/7 105/8 105/8
105/10 105/10 105/14
105/23 106/3 106/13
106/14 106/14 106/15
110/4 110/5 110/14
114/23 115/2 124/16
124/17 124/19 124/20
127/23 129/20 138/12
138/14 170/20 170/23
170/25 171/2 171/2
175/4 175/21 175/21
176/1 176/2 176/7
179/17 184/7 184/11
184/13 185/24 189/2
189/13 190/21 191/11
192/5 192/13 206/5
206/6 206/16 206/18

212/4 214/23 214/24
214/25 217/8 235/10
he'll [1]  191/13
he's [35]  47/1 49/24
51/12 54/6 66/1 66/11
105/14 106/24 107/5
107/12 124/12 145/12
145/15 170/23 175/3
177/10 179/15 179/16
181/2 181/16 184/8
184/10 184/11 184/14
186/9 189/1 189/13
190/22 211/20 217/9
217/9 228/24 231/1
235/7 235/9
head [6]  25/22 86/17
86/19 95/13 194/24
195/4
headband [5]  70/10
86/5 95/14 130/20
157/12
headed [1]  153/2
heading [1]  117/25
headphones [2]  160/8
160/11
heads [2]  200/2 214/7
headset [4]  161/1
161/8 162/17 163/3
headsets [1]  161/11
hear [51]  12/8 25/2
30/3 41/13 41/15
45/24 62/17 75/4
79/12 79/25 85/4 85/7
88/2 89/8 103/18
106/21 125/14 126/1
141/17 141/20 141/23
142/1 161/9 161/12
162/11 162/16 162/18
162/24 163/2 177/9
177/12 178/7 189/3
189/4 189/5 189/11
190/18 191/22 192/17
200/21 204/1 204/20
213/20 217/2 221/25
230/17 233/2 235/21
238/21 241/11 241/19
heard [96]  11/21 11/23
11/24 12/3 12/8 12/10
12/12 12/14 12/14
12/15 12/23 13/10
13/12 34/2 40/5 41/11
41/23 42/22 43/7
43/15 44/16 45/14
45/23 46/16 46/24
47/8 49/21 50/11 51/6
51/21 54/1 54/22
65/19 66/16 67/12
67/18 68/17 69/3
73/18 75/17 75/24
76/25 78/1 80/3 83/8
84/11 100/12 101/2
102/23 110/2 110/18
114/21 115/5 125/16
125/23 127/20 160/10
161/22 162/13 163/7
164/21 165/11 170/4
171/6 172/2 172/11
174/12 176/11 177/5

181/19 183/8 184/20
185/18 186/13 186/24
187/4 187/8 189/3
189/14 189/18 190/5
190/22 190/22 192/20
193/10 196/16 198/5
198/9 199/25 200/14
219/23 221/25 223/21
hearing [2]  41/16
194/8
hears [1]  127/12
hearsay [6]  12/21
125/21 125/24 178/3
187/15 196/14
heavily [1]  186/11
held [3]  175/11 183/13
224/8
Hello [1]  162/23
helmet [1]  157/22
helmets [2]  39/19
39/25
help [9]  99/4 135/21
137/2 149/25 152/14
153/14 154/23 179/10
208/19
helpful [13]  24/23
50/10 77/8 84/9 86/25
133/15 135/15 165/8
170/24 208/22 214/15
217/18 238/6
Hempfield [1]  197/21
Hendricksen [3]  65/11
65/13 69/11
her [76]  5/6 63/18 64/4
67/15 67/22 67/22
70/1 70/5 70/8 70/9
86/3 95/13 99/5 99/7
114/16 115/15 115/19
118/13 119/2 119/23
120/21 136/18 139/10
144/23 155/11 156/14
156/17 157/3 157/4
158/5 161/15 161/17
162/20 172/18 175/22
177/1 177/21 177/22
178/19 180/1 180/18
180/18 180/24 181/9
181/15 183/10 183/12
183/14 183/17 183/18
186/2 188/4 188/17
190/2 193/1 196/4
198/2 200/16 200/24
204/1 204/9 205/23
211/13 212/12 212/15
212/24 213/3 216/9
216/14 216/17 216/19
217/9 217/10 218/17
225/3 226/6 227/13
232/13 233/7 234/3
237/10 237/18 240/10
241/16
here's [3]  214/14 231/7
238/19
hereby [1]  243/1
herself [6]  66/3 66/8
107/8 155/9 172/23
223/4
hesitant [4]  108/6
177/13 241/17 241/20
Hi [1]  162/24
hiding [1]  173/2
high [2]  100/16 168/12
higher [1]  220/15
highlighted [1]  189/21
highly [1]  209/7
Hills [1]  1/18
him [45]  5/8 5/24 5/24
5/24 40/14 44/12
46/11 47/4 49/25 50/2
50/6 50/8 101/25
102/4 102/7 105/5
105/11 105/17 105/19
106/17 110/13 114/25
122/25 125/14 126/2
127/7 127/14 129/19
141/20 171/4 175/23
176/2 189/3 189/11
189/15 189/15 190/19
192/5 203/10 203/15

him... [5] 207/2 207/2 207/3 217/7 217/9
himself [1] 231/1
his [32] 5/3 5/18 44/12 46/12 50/3 51/18 51/18 64/15 77/22 100/17 105/11 106/1 106/4 145/13 145/21 145/21 171/4 176/2 184/10 190/24 191/9 191/16 192/12 206/25 212/4 214/23 227/22 227/23 228/13 230/14 230/15 235/7
historically [1] 219/8
history [1] 197/13
hit [2] 12/5 216/19
Hitting [1] 61/8
hold [10] 11/16 27/11 49/4 89/20 104/23 124/21 127/13 160/23 177/1 196/15
holding [7] 18/24 124/17 134/2 145/19 191/21 192/16 222/20
hole [3] 10/10 18/15 19/8
home [3] 37/23 38/1 216/12
honest [2] 163/4 208/2
Honestly [1] 38/1
Honor [117] 4/7 4/12 4/25 6/2 6/6 6/9 6/10 7/10 7/12 8/1 13/2 38/3 38/4 38/16 41/24 45/25 46/21 49/20 49/22 53/22 54/3 57/11 57/19 61/9 63/22 64/5 65/15 65/24 67/7 67/13 68/14 72/3 73/13 74/1 74/22 76/22 77/1 79/3 81/6 83/2 83/19 84/19 93/6 95/1 96/25 98/6 100/7 101/15 101/17 101/22 102/23 104/1 104/4 104/9 104/17 105/18 107/23 108/14 108/16 109/22 111/7 115/3 126/15 127/1 127/18 133/5 160/7 160/13 161/4 162/1 162/9 162/21 163/10 164/15 165/2 166/12 167/18 170/5 174/14 177/7 177/25 179/4 180/2 180/5 185/20 190/9 190/17 191/23 196/14 197/14 197/21 199/19 200/1 200/13 200/24 201/1 204/24 206/8 207/7 213/17 213/18 214/21 215/3 215/22 217/17 218/13 221/13 221/18 225/2 234/13 236/21 237/1 237/4 239/22 240/9 241/8 242/17

214/15
HONORABLE [1] 1/8
hope [3] 76/18 206/8 236/12
hopefully [1] 105/25
hoping [1] 42/11
horse [1] 208/12
hostile [6] 11/14 11/19 11/25 22/14 22/16 29/10
hour [6] 39/11 74/10 75/2 78/21 100/15 100/20
hour-long [1] 75/2
hours [1] 80/2
house [15] 9/6 9/9 9/15 39/13 39/13 74/19 74/19 231/15 231/15 231/18 231/19 233/6 235/2 235/2 235/4
housekeeping [1] 101/7
how [65] 8/11 8/23 9/13 10/3 17/25 25/25 29/4 35/8 38/19 41/7 44/10 50/7 51/8 51/11 54/17 58/1 59/7 62/2 62/21 63/4 64/8 66/12 67/15 67/20 70/7 88/24 90/17 91/17 92/5 98/13 100/13 110/6 110/14 111/4 114/13 119/6 122/11 125/5 126/13 128/8 135/16 139/23 142/15 143/7 149/16 160/15 164/24 165/9 168/9 169/9 170/8 171/14 171/21 171/23 175/3 175/19 175/19 179/20 185/5 199/17 206/4 206/8 206/22 208/18 221/11
How's [1] 161/16
Howell [1] 232/13
Howell's [1] 233/25
However [1] 68/5
huh [1] 22/19
hundred [1] 149/18
hyper [1] 212/24
hypothetical [1] 43/22

I
I'll [14] 59/17 74/24 86/3 103/19 103/19 106/6 127/15 163/5 181/22 190/7 204/23 209/1 209/23 236/17
I'm [76] 8/14 8/16 8/17 13/24 17/18 33/8 34/10 47/22 50/12 51/24 61/25 61/25 69/13 77/4 83/14 102/6 102/19 102/23 103/9 103/18 104/7 105/2 106/21 108/5 108/9 108/23 116/6 117/10 121/8 126/2 134/11 135/15 137/2

157/18 168/13 168/24 172/7 174/18 177/13 179/5 180/8 183/10 183/15 184/21 186/3 188/18 190/9 192/9 197/11 201/11 201/18 201/24 202/8 202/14 202/22 203/3 203/21 207/23 208/22 208/14 213/10 215/17 216/12 217/9 217/11 220/9 220/13 220/24 222/21 223/12 239/5 239/6 241/20
I've [1] 85/24
I-N-D-E-X [1] 2/1
idea [3] 192/9 202/2 231/4
ideas [1] 178/25
identified [5] 63/23 64/2 64/4 73/5 133/1
identifies [1] 66/7
identify [15] 16/19 64/9 70/15 71/15 78/7 80/13 82/8 83/13 83/17 85/15 93/3 94/23 122/3 136/18 149/10
identifying [5] 92/24 94/19 95/11 96/20 142/13
ill [1] 206/1
illegal [1] 35/11
image [2] 90/14 90/24
imagination [1] 222/18
imagine [1] 239/9
immediately [3] 11/4 18/23 158/10
impeach [4] 209/6 209/13 209/25 211/11
impeachment [1] 205/13
impermissible [1] 106/21
imploring [1] 197/6
implying [1] 192/3
importance [2] 201/14 202/19 221/22
important [6] 194/7 203/17 207/4 228/2 231/19 240/25
impossible [2] 20/6 20/16
impression [1] 126/4 126/18 196/23
imprisonment [1] 227/7
improper [1] 202/13
imputing [1] 175/15
inappropriate [1] 224/9
incarcerated [1] 241/25
inclination [1] 106/18
inclined [2] 126/13 242/6
include [6] 64/17 69/16 78/4 82/5 89/23 179/9
included [1] 74/4
includes [4] 74/8 74/11 76/19 230/10

223/23 233/24
incorrect [1] 228/24
Incredibly [1] 30/22
Indeed [1] 232/23
indicate [2] 67/25 223/16
indicated [3] 66/10 104/22 105/5
indicating [97] 9/25 16/12 16/25 20/21 20/25 23/13 25/20 27/8 27/17 28/25 35/22 36/5 36/6 36/17 49/18 52/10 52/12 55/16 59/3 59/18 61/3 70/2 72/12 86/14 89/22 90/7 90/11 91/10 92/2 96/8 98/24 111/23 112/16 113/7 113/24 116/1 116/7 117/11 119/11 119/22 120/15 121/12 121/25 122/19 122/24 124/1 124/11 125/3 125/12 125/20 128/16 134/12 134/21 136/2 136/4 137/4 137/8 137/12 138/5 138/12 139/3 139/7 141/4 142/8 143/14 143/24 144/12 145/2 145/12 145/18 146/24 147/7 147/15 147/25 148/23 149/6 150/7 150/16 151/20 152/3 152/22 153/7 153/16 154/3 154/5 154/20 155/7 156/15 156/25 157/12 157/20 158/6 158/17 165/19 178/10 196/7 211/1
indication [3] 87/13 190/24 193/7
indicators [1] 99/4
indicting [2] 35/25 36/14
individual [61] 6/8 43/10 66/19 77/10 79/25 83/24 84/1 85/24 86/1 86/16 86/17 86/19 87/2 87/13 88/2 90/6 90/11 92/2 96/7 98/24 114/2 114/4 119/1 119/22 120/15 121/24 122/23 128/16 129/16 129/18 131/17 134/21 134/22 136/14 137/3 137/7 138/5 138/11 138/15 138/18 138/19 139/7 138/13 139/16 139/21 143/24 145/11 145/17 145/18 146/9 146/23 148/22 148/24 149/1 151/19 152/2 152/8 155/6 156/24 157/11 237/14
individualized [8] 218/5 221/2 221/20 223/1

239/2
individuals [24] 5/8 5/12 55/17 87/21 88/7 88/20 88/22 100/5 107/6 119/16 124/1 147/21 147/21 147/25 148/1 148/3 148/5 150/17 154/2 154/5 157/20 157/22 174/17 214/20
indulge [1] 215/5
indulgence [2] 57/15 215/1
inefficiencies [1] 212/25
inevitably [1] 107/16
infer [1] 170/22
inflammatory [1] 209/8
inflexible [2] 209/15 210/2
inform [1] 67/4
information [7] 5/3 5/22 71/10 164/19 176/25 193/1 193/25
inner [1] 47/21
innocence [1] 221/19
innocent [1] 239/7
inside [13] 10/14 31/1 48/2 64/17 97/16 142/24 144/19 145/8 146/16 151/7 159/5 167/8 185/10
instance [2] 36/13 188/14
instances [1] 43/6
instructed [2] 223/4 223/19
instruction [28] 213/25 214/17 215/5 216/5 218/7 218/17 220/7 220/24 220/25 221/1 222/25 223/5 223/11 223/12 223/14 224/10 224/11 224/16 232/5 234/19 235/17 238/8 238/12 239/19 239/23 240/2 240/6 241/5
instructions [17] 75/11 106/10 203/14 208/20 214/3 214/8 214/21 215/18 217/2 218/3 221/17 224/5 224/21 234/9 237/14 237/19 239/23
instructive [1] 208/25
intact [2] 14/9 14/11
integral [1] 232/25
intended [3] 226/4 228/4 235/9
intending [2] 66/5 107/21
intends [1] 210/14
intent [10] 54/7 174/16 190/16 226/14 227/17 228/1 228/13 229/24 233/17 233/22
intention [1] 68/22
intentions [1] 46/13

Case 1:23-cv-03032-MKV Document 86-2 Filed 05/08/24 Page 259 of 281

interacted [2] 106/23
  107/7
interacting [1] 129/11
interest [1] 60/7
interested [1] 208/14
interesting [3] 38/24
  228/21 234/3
interfering [1] 77/23
internal [1] 209/9
internet [1] 132/24
interpret [3] 174/16
  187/21 188/25
interpretation [2]
  214/11 236/1
interrupt [1] 217/11
interruption [1] 209/22
interstate [3] 205/21
  227/9 227/12
intervene [1] 116/10
interview [14] 6/19
  64/16 64/22 64/24
  74/12 74/14 76/19
  163/16 163/20 164/13
  166/2 166/4 166/17
  167/4
interviews [6] 100/18
  159/18 159/20 159/22
  160/4 162/4
introduce [3] 4/5 61/24
  66/5
investigated [1] 183/4
investigation [14] 62/1
  63/2 63/6 64/7 64/19
  66/1 66/19 66/23 67/1
  70/14 72/23 80/14
  82/25 164/10
investigations [1]
  184/12
invited [2] 126/7
  188/15
involved [3] 18/20
  62/21 173/20
involving [2] 219/3
  226/19
is [668] 4/2 4/4 4/13
  4/16 4/24 5/1 5/13
  5/15 6/14 6/25 8/13
  8/19 13/5 13/20 13/24
  15/24 16/1 16/12
  17/21 20/4 20/9 21/18
  22/12 24/3 24/5 24/22
  25/25 26/10 26/12
  26/14 27/17 27/22
  29/25 30/17 31/8 32/8
  32/15 32/17 33/19
  34/4 34/8 35/24 36/13
  38/19 38/22 38/23
  38/25 39/8 39/12
  39/13 39/24 40/1 40/4
  40/8 40/13 41/4 41/4
  41/14 41/24 42/3
  42/10 42/12 43/2 43/5
  43/16 43/17 45/10
  46/3 46/4 46/8 47/2
  47/22 48/21 49/22
  50/4 50/14 50/22 51/7
  53/16 54/13 56/24
  57/3 58/8 58/14 59/5

62/8 62/12 63/14
  63/20 65/9 65/10
  65/12 65/14 65/21
  65/24 66/2 66/3 66/5
  66/6 66/6 66/9 67/5
  67/15 67/21 67/22
  68/1 68/13 68/19
  68/20 69/6 69/7 69/10
  69/11 69/22 69/23
  71/4 71/5 71/7 71/19
  71/20 71/23 71/25
  72/11 72/12 72/15
  72/17 73/5 73/6 73/7
  73/10 74/3 74/4 74/20
  75/2 75/8 75/8 75/11
  76/8 76/10 76/11
  76/12 76/13 76/16
  76/20 76/21 77/3 77/3
  77/10 77/15 77/19
  78/15 78/16 78/18
  78/21 78/22 78/23
  78/25 79/8 80/4 80/5
  80/21 80/22 80/23
  80/24 81/3 81/5 81/19
  81/24 82/16 82/17
  82/18 82/19 82/21
  82/23 83/10 83/23
  85/18 85/24 86/1 86/2
  87/2 87/3 87/9 87/13
  87/15 87/16 87/18
  88/11 88/18 90/4 90/5
  90/11 90/13 90/14
  90/17 91/20 91/22
  92/4 92/5 92/22 92/22
  93/24 94/16 94/17
  94/17 95/8 95/11
  95/12 95/16 96/8 96/9
  96/10 96/18 96/18
  97/16 97/22 98/12
  98/18 98/20 98/21
  99/2 99/2 99/8 101/20
  102/6 102/8 102/17
  102/24 103/3 105/12
  105/21 105/22 106/12
  106/20 107/4 107/4
  107/13 107/15 107/17
  107/21 109/14 109/14
  109/18 110/22 111/23
  111/24 112/8 112/11
  112/21 114/8 114/22
  115/23 116/15 116/21
  116/21 117/19 117/25
  118/3 118/9 118/11
  118/13 118/14 118/16
  119/4 119/6 119/9
  119/25 120/5 120/8
  120/15 121/18 121/20
  121/25 122/3 122/6
  122/11 122/24 123/6
  123/11 123/11 123/21
  123/5 125/4 125/6
  125/24 126/9 126/11
  126/22 127/4 128/4
  128/5 128/6 128/8
  128/16 128/17 128/21
  128/24 130/7 130/19
  131/5 131/8 131/19
  131/20 132/6 132/18

133/12 133/14 133/15
  133/25 134/19 134/20
  134/24 135/5 135/7
  135/12 135/15 135/16
  135/22 136/1 136/3
  136/5 136/14 136/16
  136/17 136/20 137/4
  137/8 137/11 137/12
  137/23 138/3 139/16
  139/23 140/1 140/13
  140/20 143/2 143/17
  143/25 144/4 145/18
  146/24 146/25 147/1
  147/15 147/16 148/5
  148/19 148/24 149/10
  149/12 149/14 149/25
  149/25 150/6 151/10
  151/17 151/22 152/8
  152/24 153/8 153/17
  154/8 155/7 155/9
  155/11 156/3 156/10
  156/16 156/16 156/19
  156/25 157/5 157/6
  157/14 158/3 158/4
  159/5 160/16 161/1
  161/5 161/8 163/17
  164/4 164/9 164/9
  164/12 164/12 164/14
  164/24 165/5 165/20
  166/2 166/3 166/4
  166/21 167/3 167/5
  167/6 167/19 168/11
  168/11 168/15 168/18
  168/20 169/6 169/8
  169/25 170/9 170/11
  170/19 170/22 170/23
  171/3 174/3 174/15
  174/23 174/24 175/12
  175/12 175/14 175/17
  175/18 176/1 176/2
  176/6 176/7 178/2
  179/6 179/21 179/21
  179/24 180/13 180/23
  181/10 181/17 182/11
  183/20 185/21 185/22
  186/4 186/5 186/21
  187/7 187/12 187/20
  187/23 188/3 188/24
  189/7 190/2 190/13
  190/13 190/24 191/7
  191/9 191/19 192/9
  192/10 192/12 193/2
  193/7 195/18 195/21
  195/22 196/8 196/22
  196/25 197/2 197/7
  197/8 197/16 197/17
  197/19 197/21 197/23
  198/1 198/1 199/8
  201/8 201/12 201/13
  201/22 201/25 202/2
  202/2 202/3 202/5
  202/12 202/13 202/15
  202/16 202/24 203/1
  203/3 204/14 204/16
  205/1 205/4 205/6
  205/15 206/11 206/16
  206/18 206/23 207/1
  207/12 207/17 208/2

208/23 209/15 210/2
  210/9 210/11 210/12
  211/3 211/3 211/5
  211/6 211/13 211/16
  211/18 211/20 211/25
  212/2 212/3 212/7
  212/13 212/17 212/18
  212/20 213/4 213/21
  214/1 214/8 214/10
  214/12 214/21 214/23
  214/23 215/3 215/4
  215/8 215/11 215/21
  218/7 218/10 218/17
  218/25 219/14 219/20
  219/21 219/21 220/3
  220/5 220/6 220/17
  221/14 221/20 222/2
  222/12 222/13 222/14
  222/20 222/25 223/5
  223/14 223/18 223/20
  223/21 224/2 224/12
  224/16 224/19 225/8
  225/13 225/14 225/19
  225/21 226/2 226/3
  226/4 226/6 226/8
  226/11 226/11 226/12
  226/16 226/18 227/3
  227/9 227/9 227/11
  227/15 227/15 227/23
  227/24 228/6 228/9
  228/10 228/14 228/16
  228/21 228/24 229/6
  229/18 230/5 230/12
  230/13 230/20 230/21
  230/23 230/24 231/12
  231/16 231/19 231/23
  232/1 232/2 232/20
  232/25 233/4 233/7
  233/8 233/8 233/12
  233/16 233/17 233/17
  233/19 234/23 234/24
  235/4 235/9 235/25
  236/12 236/20 237/2
  237/15 237/18 237/21
  237/23 237/25 238/1
  238/1 238/5 238/12
  238/15 239/4 239/5
  239/8 239/10 239/15
  239/22 239/23 240/1
  241/22 243/1
Island [1] 1/21
isn't [7] 13/2 40/3 43/6
  45/25 52/24 184/1
  233/10
issue [27] 42/12 75/9
  84/8 102/17 102/24
  103/11 103/17 160/7
  187/5 200/12 200/22
  205/5 212/1 212/4
  213/25 214/8 214/11
  214/13 214/18 215/7
  221/3 221/20 223/25
  225/16 230/5 240/16
  240/25
issues [14] 7/23 105/6
  106/16 108/11 181/13
  181/14 183/5 194/8
  204/6 213/11 214/19

it [451] 6/17 9/20 10/4
  10/11 10/14 10/20
  10/21 10/22 12/7
  12/11 12/14 12/14
  12/15 12/25 13/6 13/7
  13/8 13/15 13/16
  13/17 13/22 15/14
  15/17 15/18 16/3 16/8
  18/5 18/18 19/24
  20/15 20/16 21/22
  22/16 24/5 24/7 24/12
  24/13 25/4 26/2 26/14
  26/18 30/18 31/14
  32/22 34/3 34/6 34/10
  34/11 34/12 34/13
  34/14 35/2 35/4 35/14
  35/15 38/20 39/13
  40/3 40/20 40/24 41/6
  41/7 41/9 41/13 41/14
  41/20 41/25 42/1 42/7
  42/12 42/16 43/6 43/7
  43/9 43/11 43/12 44/6
  44/21 45/14 46/11
  50/14 50/15 50/16
  50/22 51/17 52/14
  52/16 52/17 52/20
  52/24 53/13 53/15
  53/18 53/18 53/24
  54/9 54/13 54/17
  54/21 55/24 57/25
  58/5 58/9 58/9 65/7
  65/14 66/9 66/9 67/6
  68/5 68/5 68/20 69/9
  69/23 70/4 70/6 70/22
  71/14 72/7 72/17 73/6
  75/1 75/3 75/19 75/23
  76/2 76/2 77/3 78/16
  78/22 79/6 79/6 80/5
  80/23 80/24 81/5 81/9
  81/9 81/14 81/15
  81/18 82/17 82/23
  84/6 84/8 84/15 84/22
  84/22 86/4 86/20
  87/14 89/24 90/14
  91/2 91/10 91/22
  92/14 93/5 93/9 93/9
  93/21 94/25 95/4
  95/12 97/3 97/3 98/9
  98/9 98/20 99/16
  101/25 102/11 103/3
  103/6 103/6 103/8
  103/11 103/12 103/18
  103/21 103/25 105/12
  106/2 106/19 106/20
  107/4 107/8 107/15
  107/15 107/20 108/8
  108/10 109/18 110/14
  111/11 111/11 112/10
  114/15 115/18 116/15
  116/17 117/2 119/8
  120/18 121/15 121/20
  122/19 124/18 125/5
  126/11 126/12 126/18
  127/5 127/9 127/10
  127/12 127/14 127/15
  130/13 132/12 132/13
  132/20 132/23 133/14
  133/15 133/17 133/24

it... [224] 134/20 135/7
136/3 136/16 138/4
138/10 138/23 139/13
139/15 145/12 145/14
145/15 145/18 146/25
147/16 148/23 149/16
154/20 155/19 156/19
157/6 157/21 158/18
159/9 160/6 160/12
160/25 161/14 162/6
163/5 163/21 164/14
165/5 165/6 165/7
165/7 165/7 165/10
165/14 166/3 166/18
166/19 167/5 167/14
169/5 170/19 170/23
171/5 171/16 171/16
173/8 173/18 173/20
173/22 174/22 175/7
175/9 175/11 175/12
175/13 175/14 175/24
176/6 179/10 179/11
179/12 179/13 179/18
179/24 180/9 180/9
180/13 180/13 180/21
181/21 181/22 182/12
183/18 184/1 184/6
186/4 186/5 186/9
186/9 187/20 188/19
190/19 190/24 191/4
192/2 192/2 193/22
195/5 195/22 196/25
198/14 200/3 200/6
201/11 201/21 202/2
202/13 202/17 202/18
203/12 203/17 203/21
204/16 205/13 206/2
207/10 207/14 207/16
207/17 208/2 208/6
208/16 208/23 210/7
211/3 211/7 211/13
211/14 211/16 211/16
211/18 211/18 211/21
211/23 211/25 211/25
212/5 212/13 212/17
212/23 212/25 213/4
213/5 213/9 213/13
214/10 214/15 214/20
215/8 215/17 215/21
217/4 217/13 217/14
217/18 218/2 218/23
219/7 219/10 219/11
219/15 219/17 219/21
219/23 219/24 220/1
222/14 222/15 222/15
223/3 223/8 223/8
223/9 223/24 224/8
224/22 225/7 226/4
228/4 228/6 228/16
228/20 228/22 229/4
229/8 229/14 230/12
230/23 231/10 231/10
231/11 231/16 231/20
231/25 231/25 232/2
232/3 233/12 233/22
234/3 234/22 235/5
235/6 235/15 236/5
236/8 236/11 236/16

238/12 238/22 238/24
239/8 239/12 239/17
239/18 240/3 240/6
240/7 240/7 240/13
240/14 241/10 241/16
241/17 242/5 242/11
it's [167] 5/2 8/20 9/21
9/21 10/8 11/20 12/7
12/8 13/8 16/2 16/4
16/8 23/16 24/6 25/24
26/13 32/18 33/19
33/21 34/5 34/14
35/11 35/19 36/1 37/6
38/6 38/21 41/7 41/14
42/2 44/7 45/11 45/12
45/15 47/5 49/4 52/18
58/9 58/11 73/12 74/9
75/16 77/8 77/12
83/15 86/20 88/13
88/14 89/12 90/18
102/19 103/6 103/12
103/17 105/21 106/9
106/19 107/17 107/18
108/2 118/10 122/2
126/1 126/4 126/10
126/11 126/18 126/19
127/3 127/7 127/11
127/12 132/24 132/24
133/24 133/25 135/3
135/18 137/13 137/24
138/4 147/20 151/18
164/5 165/9 166/18
167/20 168/13 168/17
170/11 170/21 170/25
171/1 171/2 172/4
174/14 177/7 177/8
177/10 178/6 178/6
178/21 179/16 179/16
179/17 179/18 180/14
181/23 183/2 184/7
186/10 188/9 189/10
191/17 192/6 196/22
197/9 197/10 198/13
202/5 202/6 202/10
203/1 203/3 203/11
203/17 204/10 204/10
205/13 207/4 207/13
207/13 207/14 207/15
207/23 207/24 208/4
208/9 208/9 208/22
208/24 209/1 211/22
213/8 214/20 220/13
223/5 223/10 223/13
223/16 223/25 224/11
225/1 227/13 228/2
229/21 231/6 231/14
231/24 232/7 232/9
232/9 234/1 236/10
236/25 237/20 240/23
item [9] 63/18 70/9
87/11 88/16 88/18
137/11 137/20 137/25
145/19
its [15] 68/4 99/16
149/7 165/21 201/14
202/17 209/5 209/19
209/20 210/6 210/23
225/8 225/18 227/8

itself [6] 19/19 53/24
57/9 85/14 175/12
233/19

**J**

jacket [17] 86/4 86/4
95/16 95/17 112/1
137/4 137/6 137/8
137/10 138/6 138/7
138/12 138/13 138/15
138/18 138/19 148/25
jail [4] 219/3 219/8
219/9 219/13
January [54] 9/1 9/11
9/11 9/13 16/4 24/8
26/15 31/11 37/15
39/4 39/8 39/10 41/9
45/5 56/17 57/9 57/24
64/10 64/13 74/16
74/18 77/14 77/19
77/21 80/9 84/5 85/14
87/9 93/15 106/23
107/6 111/20 121/13
127/1 127/2 135/6
139/8 139/11 142/24
144/3 159/17 159/23
162/4 165/4 166/10
167/9 171/18 171/23
172/17 173/5 187/1
190/16 219/20 219/21
January 6 [45] 9/1
9/13 24/8 26/15 31/11
37/15 39/8 39/10 41/9
56/17 57/24 64/10
74/16 74/18 77/14
77/19 77/21 80/9 84/5
85/14 87/9 93/15
106/23 107/6 111/20
121/13 127/1 135/6
139/8 159/17 159/23
162/4 165/4 166/10
167/9 171/18 171/23
172/17 173/5 187/1
190/16 219/21
January 6ers [1]
219/20
Jenkins [5] 101/24
101/24 203/8 206/10
206/11
Jenkins' [1] 205/4
Jennifer [3] 65/11
69/11 69/13
jerks [1] 189/10
job [2] 20/8 30/23
John [8] 1/16 1/17 2/8
4/10 4/12 61/14 61/15
61/25
joins [1] 211/2
joint [10] 62/9 62/18
74/15 169/16 169/19
169/20 169/21 170/20
171/11 184/12
journalists [1] 55/23
judge [17] 1/9 65/20
106/13 220/14 228/10
228/11 228/12 228/21
230/10 230/10 230/11
230/13 232/14 234/20

judges [8] 214/9
228/18 230/6 232/13
232/15 233/24 235/23
236/14
judgment [1] 174/24
judicious [2] 103/3
170/14
jump [48] 28/12 79/19
86/9 88/8 89/4 90/21
91/7 92/8 96/3 97/7
98/15 99/15 99/19
111/14 113/18 118/17
119/12 121/9 123/13
124/5 125/14 125/17
129/22 130/14 131/22
133/19 134/2 134/7
135/20 136/7 140/18
141/1 141/14 144/8
146/10 147/4 148/18
151/10 154/18 156/1
195/14 198/6 199/2
202/25 204/15 207/16
222/7 231/22
jumping [3] 100/7
193/16 222/22
jurisdiction [3] 226/4
226/11 227/10
jurisdictional [11]
225/19 227/11 227/16
228/6 228/15 228/20
228/20 229/16 229/21
230/4 230/21
jurisdictions [1] 201/5
jurors [3] 101/4 170/19
200/9
jury [62] 1/8 4/4 7/14
16/9 26/19 26/22
31/18 38/9 38/12
61/24 68/8 72/11
75/11 76/5 95/5 95/8
101/8 108/13 108/19
108/20 127/4 127/12
133/9 166/21 167/22
167/25 186/11 197/25
200/17 200/19 203/14
208/20 212/6 213/25
214/3 214/7 214/17
215/5 215/18 215/20
216/4 216/5 216/6
216/8 216/24 217/1
218/17 220/2 220/7
221/17 222/25 223/3
223/5 223/15 223/16
223/18 232/4 237/19
238/6 238/12 239/13
241/5
just [276] 5/5 6/5 6/7
9/22 10/15 12/15 13/7
14/19 17/6 18/23 19/6
19/17 21/6 23/5 23/25
24/19 24/21 25/7 26/1
26/5 26/21 27/13
28/15 29/18 30/4 31/3
31/17 33/14 34/2
34/20 35/2 35/21 36/2
36/19 37/1 37/2 37/2
38/1 38/2 40/8 40/10
40/14 42/13 42/18

46/11 47/4 47/6 48/11
48/24 50/2 50/12
50/16 52/4 54/13
54/21 55/6 56/19
57/13 57/19 58/12
61/2 64/8 66/12 68/18
72/13 76/8 76/17
76/23 77/8 79/18
82/21 83/20 85/21
86/2 88/11 88/13
88/22 89/8 89/9 89/19
90/16 90/21 91/12
91/21 93/20 96/4 97/8
97/25 100/10 101/19
103/25 104/6 104/21
105/23 105/24 106/7
107/5 107/9 107/17
107/18 108/18 110/13
112/18 113/5 113/6
114/10 114/14 114/15
114/23 115/1 116/7
117/2 117/16 117/17
119/7 119/16 120/12
121/2 121/3 121/9
123/5 123/6 123/17
124/5 124/6 125/12
126/2 126/13 127/6
127/7 127/10 127/13
127/16 128/8 129/23
130/14 130/25 131/1
131/10 132/9 132/23
133/22 134/8 134/15
135/20 136/1 136/9
136/15 136/22 137/2
138/21 138/24 140/1
140/7 141/9 141/14
141/23 141/23 142/3
142/9 143/22 144/5
144/23 145/3 147/11
148/12 149/23 150/24
150/25 151/13 152/10
152/14 153/15 153/22
154/8 154/16 154/18
155/13 156/22 157/2
157/3 158/7 158/22
159/7 160/11 161/13
161/13 161/17 161/23
162/15 162/25 163/8
168/13 168/24 173/24
175/20 175/21 176/13
177/25 178/9 179/4
179/11 179/16 179/19
180/8 180/23 181/14
181/15 183/3 184/7
184/16 185/13 186/6
188/2 189/7 190/6
190/19 190/21 191/13
191/23 192/2 192/6
192/6 192/13 195/23
196/12 196/25 197/10
197/24 197/25 198/6
198/9 200/1 200/23
201/1 201/24 202/5
202/9 202/22 203/11
203/16 203/21 204/6
204/24 215/10 217/4
217/13 218/21 218/22
220/21 221/24 222/5

260

**J**

just... [20]  222/17
222/17 222/20 230/20
231/5 231/25 232/4
233/2 233/5 236/12
237/12 238/14 238/16
239/6 239/7 239/16
239/21 240/13 242/7
242/9
Justice [1]  1/14
justices [1]  219/12

**K**

K-O-C-H [1]  210/19
keeled [1]  170/15
keep [55]  14/8 14/10
17/4 19/16 21/9 46/11
55/10 66/19 68/18
84/10 89/20 94/2 96/1
100/9 113/15 113/24
115/12 115/25 116/11
117/5 117/10 119/20
119/20 124/4 124/11
125/19 127/16 127/22
129/25 130/11 130/22
134/11 138/24 139/2
141/3 141/3 143/21
144/6 144/11 145/8
146/2 146/13 147/6
147/17 148/8 149/1
150/19 150/21 154/15
154/22 157/24 198/4
209/9 234/22 242/7
Keepers [1]  191/3
Kennebunkport [1]
235/11
kept [1]  14/24
key [1]  214/1
kicking [1]  193/21
kind [36]  8/19 11/22
11/23 11/23 11/25
12/1 12/7 12/15 13/15
13/16 13/18 15/3 15/6
15/19 19/24 43/2
43/24 44/12 62/5 75/7
95/16 106/18 135/16
150/12 152/6 157/23
178/21 193/8 195/1
196/20 200/1 202/12
202/12 207/24 236/12
242/4
kinds [1]  183/4
knew [2]  12/13 225/24
knock [2]  241/17
241/21
know [173]  4/20 13/22
13/23 14/1 16/3 24/7
25/22 29/13 35/8 41/5
41/7 41/13 42/7 43/25
44/2 44/3 44/7 44/8
44/9 46/9 46/12 46/25
47/22 50/3 50/4 50/7
50/14 50/16 50/17
51/8 51/8 51/10 51/12
51/24 53/2 54/17
54/17 55/24 56/3
56/12 58/5 67/15
67/21 75/3 75/6 75/9
75/10 75/17 77/4

**L**

labeled [1]  153/8
labor [1]  85/16
Lambert [4]  4/15 5/4

103/15 103/19 106/7
106/7 106/16 106/19
107/11 107/12 108/4
110/13 110/24 126/19
127/3 127/3 127/9
127/13 127/15 153/2
162/7 162/25 163/19
164/23 165/6 165/7
170/8 170/14 170/25
171/22 172/22 174/21
174/25 175/2 175/3
175/16 175/18 175/19
175/20 175/23 175/24
175/24 176/1 176/5
176/20 177/16 177/17
177/17 177/19 179/8
180/18 180/23 181/3
181/10 181/10 181/11
181/12 181/21 181/23
183/2 184/5 186/6
186/10 187/6 187/9
187/17 187/18 189/1
189/12 190/21 191/7
191/13 191/16 192/6
192/7 192/8 197/6
197/17 201/9 201/12
203/7 203/13 203/19
203/23 205/10 205/14
205/18 205/19 205/20
206/3 206/14 207/23
207/25 208/1 208/18
213/6 215/10 220/9
220/10 221/6 225/6
225/13 225/23 227/2
227/12 228/2 229/14
229/24 230/25 231/16
231/20 232/22 233/15
234/2 234/6 234/14
239/1 239/11 241/14
241/16 241/22 242/3
242/13
knowing [3]  206/2
226/7 239/11
knowingly [1]  226/7
knowledge [20]  7/1
44/12 48/21 50/3
51/18 53/5 66/10
66/11 74/20 75/12
174/5 176/2 186/15
190/16 191/10 214/1
225/10 231/11 238/1
239/4
known [4]  53/16 53/18
54/17 54/18
knows [5]  66/13
170/23 175/21 176/1
176/17
Koch [2]  210/19
210/24
Kramer [12]  5/1 5/20
5/23 104/22 104/22
104/24 105/2 105/4
105/5 105/10 105/23
106/1

Lance [1]  77/11
landed [1]  105/14
landing [4]  27/18 28/1
112/24 134/6
language [3]  181/17
224/12 234/9
large [6]  35/14 44/23
58/11 99/8 100/4
118/13
largely [1]  241/16
lashing [1]  194/1
last [23]  52/14 54/19
82/18 83/24 83/25
105/11 137/21 138/1
138/8 138/11 138/15
152/21 156/17 162/3
163/19 166/5 167/3
184/21 204/23 207/3
208/7 237/9 241/3
late [2]  219/2 241/2
later [7]  15/10 15/11
17/25 103/22 179/17
216/14 242/14
LAVRENZ [102]  1/5
4/4 4/13 63/14 63/16
63/20 64/3 64/11
65/10 65/13 66/13
67/2 67/22 69/7 71/20
71/24 72/1 76/10
76/12 81/25 82/2 86/1
86/2 87/16 90/5 90/14
92/4 93/21 93/24 94/7
96/9 99/1 99/2 100/1
111/24 111/25 119/5
120/1 122/7 125/4
128/5 128/6 128/17
131/19 135/5 135/10
135/13 136/21 139/18
139/10 139/17 139/22
144/1 144/4 144/16
144/25 146/24 149/13
149/14 151/23 152/9
155/8 157/1 157/15
161/1 161/8 161/12
161/16 162/16 165/20
169/6 172/13 173/25
175/19 175/22 178/19
181/25 189/12 190/2
190/13 190/23 193/7
193/11 193/13 193/19
194/1 194/3 194/8
194/11 197/19 198/1
198/10 198/13 199/9
204/4 221/10 222/2
222/12 222/19 236/10
237/15 239/6
Lavrenz's [10]  68/19
71/5 76/13 76/17
130/8 130/20 176/21
189/9 221/15 224/23
law [21]  1/17 5/5 45/3
55/19 62/7 103/23
108/3 181/4 184/9
186/4 186/7 208/18
208/23 218/25 225/17
229/6 231/9 233/12
234/9 236/1 241/15
lawyer [2]  46/4 49/22

204/12
lay [2]  40/10 132/9
layout [1]  50/4
lays [1]  214/3
lead [9]  44/6 62/22
62/24 63/1 66/1 66/25
96/11 100/3 123/24
leading [3]  110/15
131/14 132/14
leaning [1]  239/19
least [12]  10/23 72/19
104/9 107/1 129/15
131/3 147/24 185/8
193/4 220/1 227/25
240/24
leave [8]  15/10 127/15
211/18 213/5 213/13
217/4 234/11 236/17
leaving [2]  60/12
214/22
led [1]  66/2
leeway [5]  108/4
184/16 190/10 204/9
205/11
left [33]  15/4 15/9 23/9
33/7 34/19 60/20 87/8
88/16 93/14 98/21
111/18 118/9 121/2
143/4 144/2 145/17
145/22 148/15 148/22
150/11 150/12 151/2
151/19 153/6 153/18
153/19 156/10 156/24
157/4 159/2 159/6
229/18 240/15
left-hand [12]  23/9
87/8 88/16 93/14
111/18 118/9 143/4
144/2 148/15 148/22
156/10 159/2
legal [6]  181/2 203/16
206/7 208/4 216/10
216/18
legislative [2]  219/18
229/8
lemmings [1]  236/12
length [1]  82/18
lengths [1]  92/6
less [1]  83/25
let [32]  4/20 11/18 39/6
40/3 48/24 51/23 53/3
54/20 57/13 71/8 74/8
74/24 94/16 169/9
173/24 176/13 176/24
177/24 181/22 182/1
185/11 190/7 197/6
200/9 204/20 205/10
206/7 208/22 219/22
239/12 240/4 242/5
let's [171]  17/3 21/5
24/12 24/15 26/21
29/18 31/17 33/22
35/18 35/21 36/8
36/11 37/1 38/7 41/1
41/22 47/23 48/10
48/23 49/2 49/7 49/8
50/25 52/4 52/7 55/4
55/5 55/7 58/17 58/17

60/6 60/6 60/8 60/25
62/21 64/7 83/7 84/9
85/14 87/17 88/8 89/4
89/13 89/25 90/19
91/7 91/23 94/2 95/20
96/5 96/13 97/18
99/15 99/16 100/10
103/24 109/8 110/1
110/14 111/4 112/2
114/17 115/12 116/2
116/18 117/5 117/5
117/12 117/22 118/15
119/12 120/10 120/13
120/22 121/6 121/10
121/21 122/15 123/2
123/14 124/23 125/8
125/17 127/13 127/17
127/24 128/1 128/13
129/2 130/9 130/22
131/7 131/7 131/10
131/11 131/22 131/23
133/19 134/2 134/7
134/17 136/7 136/8
136/11 136/12 136/25
137/16 137/18 140/14
141/13 143/1 143/21
143/22 144/6 145/23
146/13 147/4 147/17
148/7 149/1 149/21
150/2 150/19 150/21
151/9 151/13 151/14
151/15 151/24 153/11
154/12 154/24 155/3
155/4 155/13 156/1
156/20 157/8 157/17
157/24 158/1 158/13
158/22 161/11 163/8
165/18 165/21 166/22
173/7 173/22 173/24
180/12 181/9 181/14
183/7 185/11 185/12
189/17 198/4 199/6
203/25 217/1 217/4
218/21 220/1 222/17
241/1 242/8
letter [1]  192/6
letting [2]  58/5 59/9
level [7]  12/12 57/8
168/11 168/13 168/16
238/4 240/24
levels [1]  172/8
Levrenz [1]  120/16
lieutenant [10]  8/14
8/15 37/17 38/19 39/3
57/17 101/24 141/17
205/4 206/10
light [1]  34/6
like [112]  10/10 11/7
11/22 11/25 12/16
12/25 15/18 15/19
18/20 23/16 26/2 32/9
35/3 39/25 40/7 40/18
40/20 41/11 42/8 44/3
44/11 46/2 46/11 47/3
48/10 49/6 50/4 50/5
51/14 51/17 52/14
52/16 55/25 56/17
58/10 63/7 74/10

Case 21:23-00-028262 MPDocument 8674 12 Filed 05/08/24 Page 262 of 281

**L**

like... [75]  74/10 75/2
77/13 77/15 78/21
83/20 84/2 84/3 85/7
86/6 91/2 103/7
103/20 103/22 107/4
107/20 108/6 110/24
114/23 115/18 116/15
116/17 117/2 120/18
121/15 124/17 125/6
125/15 134/19 145/12
145/15 145/18 146/7
154/21 157/21 158/19
159/9 163/3 165/7
169/22 170/16 174/23
175/14 177/13 177/23
179/10 180/24 183/25
184/3 185/25 191/9
191/14 191/16 191/20
192/18 198/14 207/15
207/24 222/11 231/10
235/10 236/11 236/12
238/19 238/20 238/24
238/24 239/16 239/17
240/4 240/6 240/6
240/14 241/10 242/15
likely [3]  87/13 225/21
241/10
limine [4]  180/5 218/15
221/5 237/11
limit [3]  175/9 175/20
242/2
limitations [1]  220/18
limited [7]  176/1 201/4
201/22 203/4 212/1
212/4 220/4
limiting [2]  54/12 54/14
line [62]  9/24 10/2
10/15 12/13 13/22
14/9 14/10 14/14
14/18 14/23 15/2
16/18 17/7 17/10
18/15 18/24 19/7
22/10 23/6 27/10 29/4
29/7 29/11 30/15 36/5
47/14 49/19 52/25
56/2 57/25 60/2 68/13
69/5 89/2 89/20
112/13 112/17 113/11
114/3 114/7 115/10
117/10 117/16 119/7
119/16 119/20 120/5
123/1 123/6 123/20
124/3 124/21 129/12
129/19 131/2 135/16
153/15 195/19 197/17
198/18 199/12 236/22
lines [13]  18/25 22/23
29/14 42/11 44/1
45/14 50/9 55/20 57/7
77/3 186/19 188/16
240/19
link [1]  182/4
linked [3]  10/5 10/8
78/16
links [2]  10/11 182/6
list [1]  107/1
listed [1]  76/13
listen [4]  24/21 87/21

listened [1]  175/25
listening [3]  22/16
29/11 128/9
listing [1]  187/9
litany [1]  225/17
literally [4]  187/23
190/17 191/1 222/12
litigate [1]  183/12
litigation [1]  183/20
litter [1]  222/10
little [38]  12/13 13/25
20/23 20/23 33/19
36/19 40/12 47/6 49/7
49/10 55/8 58/18 62/3
62/11 73/24 97/22
109/8 114/16 120/20
121/25 125/25 133/12
133/17 134/19 137/7
140/20 170/12 184/16
201/3 208/1 212/5
225/7 227/5 228/14
232/1 238/21 239/20
240/2
loaded [1]  170/11
local [2]  169/22 169/23
location [7]  33/8 75/9
118/5 138/17 138/20
139/19 142/19
lodging [1]  235/16
logical [1]  170/21
logistic [1]  103/12
logistics [1]  107/25
long [14]  8/11 8/23
41/12 62/2 74/10 75/2
78/21 81/14 82/19
100/13 106/18 160/15
168/9 242/3
longer [1]  77/15
look [25]  51/15 52/14
91/2 99/11 103/23
114/10 115/18 116/15
120/18 145/12 145/15
160/12 226/15 229/5
229/5 230/22 231/13
232/13 232/15 233/22
239/12 239/16 240/6
241/13 241/17
looked [8]  114/23
152/19 155/16 176/21
198/14 199/8 208/23
241/14
looking [22]  15/4 23/8
68/13 69/5 76/7 80/25
101/21 116/17 120/18
120/20 131/13 131/14
145/5 150/16 153/6
153/17 153/19 196/2
204/15 204/25 224/23
226/16
looks [8]  26/2 52/16
55/24 110/24 116/17
200/3 207/14 207/20
loop [2]  6/7 7/2
lose [1]  11/17
lost [6]  14/14 15/2 23/6
107/13 156/3 229/15
lot [15]  11/21 15/18
25/3 29/13 38/4 43/5

178/21 185/7 186/21
204/9 211/2 220/14
lots [3]  202/20 202/20
216/12
lottery [1]  233/8
loud [6]  12/7 12/8
13/16 34/6 35/4 40/4
louder [1]  140/20
loudspeaker [6]  40/4
40/18 45/9 45/10 57/3
58/1
love [2]  93/6 234/21
low [1]  168/12
lucky [2]  204/4 204/12
lunch [3]  100/21 101/3
108/24

**M**

made [29]  6/19 10/3
15/5 42/15 42/16
43/19 43/25 44/3 44/8
44/8 44/14 44/20 45/4
57/14 58/2 72/20 73/8
74/4 80/14 81/4
178/10 178/22 182/23
187/11 207/5 221/9
221/13 229/7 230/20
MAGISTRATE [1]  1/9
magnify [1]  202/19
main [1]  20/17
Maine [1]  235/11
maintain [3]  68/4 145/7
146/8
majesty [1]  231/8
major [1]  42/12
make [58]  30/23 43/10
44/14 45/2 46/13
45/21 51/1 68/14
68/20 77/16 101/19
103/1 104/23 104/24
106/6 107/25 108/6
114/24 115/1 127/12
127/13 159/22 160/25
161/13 161/18 163/8
175/10 176/8 176/8
178/3 179/19 180/2
180/6 181/2 181/20
181/22 185/22 187/12
188/10 189/7 191/8
194/15 202/22 203/20
205/8 205/9 205/16
211/21 212/5 220/12
221/19 234/17 234/19
235/14 237/4 238/20
238/23 239/21
makes [8]  13/7 58/9
74/5 75/5 204/11
224/3 240/2 242/18
making [12]  12/13 42/1
43/22 176/3 181/11
181/16 182/18 191/21
191/22 192/17 201/24
227/8
man [2]  25/2 30/8
manage [1]  108/1
manner [1]  191/15
manpower [2]  20/11
20/15
many [20]  14/5 35/8

127/1 127/2 127/2
143/7 149/16 169/9
171/14 171/21 171/23
186/25 192/9 214/9
219/2 240/22 240/23
map [3]  152/16 153/17
153/19
Marcelin [4]  4/9 15/21
17/18 86/13
March [3]  1/5 162/8
163/21
March 15 [2]  162/8
163/21
mark [2]  47/16 49/7
marked [1]  10/5
marker [1]  192/3
mask [1]  145/16
mates [1]  63/5
matter [7]  4/4 13/3
206/9 220/3 223/9
229/15 243/3
matters [3]  13/6 209/7
212/18
may [27]  7/20 16/8
44/13 61/18 68/5 69/9
100/8 102/13 102/14
106/13 111/11 167/23
170/23 170/25 187/18
187/19 187/19 192/8
204/19 206/22 210/21
214/15 217/23 239/13
239/24 240/13 241/18
May 11 [1]  69/9
maybe [37]  14/1 22/20
26/2 32/11 36/2 42/14
42/15 45/13 49/17
50/2 50/3 50/25 55/16
57/14 75/19 75/20
77/7 84/13 90/7
100/16 103/7 103/19
112/23 130/14 135/15
140/7 140/18 149/20
177/10 182/24 186/10
198/6 203/13 214/7
214/25 219/2 233/20
me [59]  4/20 10/22
10/23 11/18 13/13
13/18 37/17 39/6 40/3
48/24 51/23 53/3
53/18 57/13 59/13
71/8 74/8 94/16
100/13 103/8 103/10
103/11 107/8 123/12
124/18 124/20 127/1
127/9 134/6 163/4
163/4 169/9 173/24
174/7 176/13 176/24
182/1 185/11 186/19
194/10 197/11 200/23
202/9 202/23 203/2
206/7 208/22 210/25
220/15 223/25 236/17
237/2 238/22 239/17
239/25 240/4 240/7
241/3 241/16
mean [71]  10/9 11/19
11/20 12/11 15/14
22/14 29/10 37/17

50/7 72/19 83/14
106/8 108/9 110/7
112/10 126/1 126/8
127/8 132/23 172/7
174/18 174/20 175/2
175/3 175/11 175/20
175/23 176/1 176/3
178/4 183/19 184/4
184/8 184/10 185/24
185/25 186/3 186/8
187/17 187/22 188/18
189/11 189/13 190/7
190/19 190/25 190/25
191/6 191/9 191/12
191/17 192/8 192/16
197/23 201/25 202/6
208/2 208/14 208/16
208/17 213/10 235/7
235/15 235/15 236/13
236/16 238/15 241/19
meaning [2]  187/13
206/1
meaningful [1]  228/18
means [6]  41/25 83/14
176/16 203/9 203/12
235/5
meant [1]  13/2 188/25
mechanical [1]  212/18
media [3]  70/15 159/17
159/20
medical [3]  106/16
108/11 206/13
meeting [1]  39/11
megaphone [1]  88/2
member [5]  62/18 90/9
186/16 186/18 227/22
members [3]  74/18
88/5 216/8
memory [2]  6/14
105/11
mens [5]  228/5 228/6
229/3 229/12 229/20
mention [5]  5/13 43/8
166/9 196/23 205/21
mentioned [7]  5/7 5/11
35/5 53/7 111/3
194/23 205/8
mere [10]  218/5 237/7
237/13 237/25 238/1
238/7 239/4 239/14
240/3 241/5
merely [5]  221/11
224/23 237/24 239/3
239/11
message [2]  56/25
57/1
metal [5]  10/4 16/13
25/11 27/19 58/3
metaphor [1]  237/12
microphone [6]  5/10
62/11 104/6 161/13
163/9 163/14
microphones [3]
162/16 162/17 163/2
mid [2]  168/11 168/13
mid-level [2]  168/11
168/13
middle [6]  136/4

M   Case 1:23-cr-00180 · Document 807-2 · Filed 05/02/24 · Page 263 of 281

middle... [5] 145/11 151/19 152/2 152/22 155/6
midnight [1] 37/21
might [26] 12/3 13/22 18/18 40/8 52/5 64/9 100/15 102/1 108/8 161/19 162/9 162/20 165/7 170/24 173/22 179/17 188/7 208/3 211/20 217/18 218/1 218/2 236/8 236/22 238/16 238/18
Mike [5] 11/24 13/14 79/13 85/5 185/5
mile [1] 41/11
militia [1] 193/7
mind [4] 38/5 46/1 49/23 54/16
mindful [1] 108/11
mine [3] 6/14 28/21 240/12
minister [1] 231/8
minor [1] 6/20
minute [14] 23/1 33/15 38/8 47/16 49/7 60/7 74/10 77/17 78/23 79/19 88/13 128/21 142/12 213/7
minutes [47] 18/1 18/8 19/9 22/25 25/6 26/24 26/25 29/21 31/20 34/19 47/24 52/8 74/11 77/17 82/19 82/21 85/18 87/19 88/8 89/4 92/10 97/7 97/11 99/19 100/16 100/20 101/6 113/1 118/18 121/19 140/4 140/7 160/16 160/16 160/17 160/18 160/24 161/7 161/14 163/1 200/10 200/11 200/16 213/6 213/15 213/16 214/19
misdemeanor [1] 220/4
mission [3] 20/12 20/17 31/1
misstates [1] 190/11
mistake [1] 59/13
mob [2] 187/25 222/16
model [3] 237/19 237/22 239/23
modified [2] 237/20 237/21
moment [28] 19/13 19/20 19/23 19/24 20/5 30/19 47/20 52/1 52/2 59/25 60/3 91/21 92/10 93/25 108/17 112/9 113/25 116/25 124/7 126/21 131/10 135/9 137/2 149/23 200/23 205/6 211/10 217/25
moments [3] 193/13 195/17 195/21
Monday [1] 230/11

months [2] 229/1 229/19
more [41] 11/14 11/19 35/18 36/20 42/17 47/5 58/9 83/17 91/13 95/23 97/8 102/1 103/24 107/13 107/16 109/8 126/17 127/16 140/7 142/3 148/7 149/18 151/14 155/3 157/18 158/22 164/18 182/7 198/22 201/3 203/13 208/1 225/7 226/17 227/7 233/20 238/5 238/21 239/18 239/20 240/2
morning [25] 4/2 4/7 4/11 4/12 5/25 6/19 7/16 7/22 7/24 8/4 8/5 38/5 38/19 61/22 61/23 109/5 110/20 141/18 203/15 213/10 215/14 216/23 240/5 240/7 242/21
Morris [3] 207/14 212/12 213/4
most [17] 14/5 15/17 22/16 26/3 35/7 59/8 62/8 122/9 126/10 169/21 176/17 182/11 188/8 222/8 222/8 222/8 232/8
mostly [2] 77/2 149/20
motion [8] 180/5 184/7 218/8 218/14 218/15 221/5 221/9 237/11
motorcade [16] 48/22 48/23 48/25 52/15 52/18 52/25 53/10 53/10 53/13 53/16 53/17 53/19 53/21 54/11 55/1 60/20
move [32] 40/21 42/14 42/20 58/11 58/25 65/15 67/7 68/3 72/3 73/13 79/3 81/6 83/2 84/19 94/7 95/1 96/25 98/6 109/22 111/7 133/5 164/15 165/12 166/12 167/11 173/10 183/23 184/18 194/12 194/15 206/24 242/8
moved [6] 17/7 19/8 39/17 48/25 92/12 199/13
movement [1] 193/2
movements [2] 111/5 193/8
moves [7] 16/5 18/2 21/20 24/10 26/16 31/12 32/20
moving [9] 19/14 52/15 52/19 60/1 84/10 112/20 127/17 185/9 194/22
MR [11] 2/5 2/6 2/9 2/10 46/5 69/1 75/5 197/11 203/8 204/15

Mr. [162] 4/23 4/23 5/1 5/2 5/8 5/11 5/12 5/13 5/20 5/21 5/22 5/23 6/19 6/25 7/9 7/9 38/14 42/3 46/14 47/7 50/10 50/20 50/25 54/2 54/12 64/15 65/23 69/2 73/19 74/25 74/25 75/5 75/16 77/12 83/9 100/22 100/23 101/24 101/25 102/12 102/13 103/9 103/10 104/20 104/21 104/22 104/22 104/24 104/25 104/25 105/1 105/2 105/2 105/4 105/4 105/4 105/5 105/9 105/10 105/12 105/16 105/23 105/25 106/1 106/3 106/23 107/3 107/3 107/3 107/4 107/22 107/22 108/15 108/15 110/3 110/8 114/22 114/22 115/2 126/1 127/2 133/7 160/23 161/15 161/17 161/18 162/14 164/17 166/14 168/4 170/13 171/3 172/3 173/14 174/13 174/19 177/9 177/24 178/8 178/15 179/5 179/7 180/10 183/9 184/19 185/19 186/2 187/6 188/10 190/7 190/8 190/18 192/12 192/18 195/7 195/8 196/17 196/18 197/16 200/8 200/21 200/24 204/2 204/24 206/10 206/11 208/14 210/11 210/14 211/20 211/24 211/24 212/2 212/8 213/5 213/20 214/6 214/13 214/22 215/4 215/6 215/7 215/23 217/2 217/6 217/13 221/22 224/24 230/18 233/2 234/11 234/21 236/24 238/7 242/2 242/3 242/16 242/18
Mr. Ballou [5] 54/2 206/10 214/6 214/11 217/2
Mr. Cusick [8] 5/11 104/25 105/2 105/4 105/4 106/23 107/3 107/22
Mr. Cusick's [2] 5/2 5/21
Mr. Etheridge [1] 64/15
Mr. Guandolo [1] 6/25
Mr. Guandolo's [1] 6/19
Mr. Jenkins [2] 101/24 206/11

5/20 5/23 104/22 104/22 104/24 104/25 105/4 105/5 105/10 105/23 106/1
Mr. Parker [18] 65/23 69/2 110/8 126/1 170/13 172/3 174/13 177/24 178/15 190/7 190/8 195/8 204/1 204/22 208/14 212/2 213/5 213/20
Mr. Pierce [21] 4/23 7/9 74/25 75/5 100/23 101/25 102/13 103/10 107/22 108/15 160/23 200/8 200/21 204/2 204/13 211/20 211/24 212/8 215/23 242/3 242/16
Mr. Powell [13] 5/13 104/20 104/21 104/25 105/9 105/12 105/16 105/25 106/3 107/3 107/4 114/22 115/2
Mr. Powell's [2] 5/22 105/1
Mr. Roots [60] 4/23 7/9 38/14 42/3 46/14 47/7 50/10 50/20 50/25 54/12 73/19 74/25 75/16 83/9 100/22 102/12 103/9 108/15 110/3 114/22 127/2 133/7 161/15 161/17 161/18 162/14 164/17 164/22 166/14 168/4 171/3 173/14 174/19 177/9 178/8 178/15 179/5 179/7 180/10 183/9 184/19 186/2 187/6 188/10 190/18 192/12 192/18 195/7 196/17 196/18 197/16 200/21 204/2 211/24 230/18 233/2 234/21 238/7 242/2 242/16 242/18
Mr. Rosen [9] 214/22 215/4 215/6 215/7 217/6 217/13 224/24 234/11 236/24
Mr. Rosen's [1] 221/22
Mr. Surnall [3] 5/8 5/12 107/3
Mr. Wallnou [1] 77/12
Mr. Wiley [2] 210/11 210/14
Ms [2] 4/13 204/5
Ms. [80] 5/4 5/5 5/23 6/9 15/21 17/18 63/16 63/20 64/3 64/11 65/10 65/13 66/13 67/2 68/19 72/1 76/13 76/17 86/1 86/2 86/13 90/14 93/24 94/7 96/9 99/2 100/1 111/24 111/25 120/16 128/17 135/5 135/10 135/13 139/8 139/10 139/17

144/16 144/25 146/24 149/14 161/1 161/8 161/12 161/16 162/16 169/6 172/13 175/19 175/22 176/21 181/25 189/9 189/12 190/2 190/13 190/23 193/7 193/13 193/19 194/1 194/3 194/8 194/11 197/19 198/1 198/10 198/13 199/9 204/4 221/10 221/15 222/2 222/12 224/23 236/10 237/15 239/6 242/3
Ms. Baron's [1] 6/9
Ms. Fuscoe [2] 5/5 5/23
Ms. Lambert [2] 5/4 242/3
Ms. Lavrenz [59] 63/16 63/20 64/11 65/10 65/13 66/13 67/2 72/1 86/2 90/14 94/7 99/2 100/1 111/24 111/25 135/5 135/10 135/13 135/9 138/19 139/10 139/17 144/4 144/16 144/25 146/24 149/14 161/1 161/8 161/12 161/16 162/16 169/6 172/13 175/19 175/22 181/25 189/12 190/2 190/13 190/23 193/7 193/13 193/19 193/23 193/19 194/1 194/3 194/8 194/11 197/19 198/1 198/10 198/13 199/9 204/4 221/10 222/2 222/12 236/10 237/15 239/6
Ms. Lavrenz's [7] 68/19 76/13 76/17 176/21 189/9 221/15 224/23
Ms. Levrenz [1] 120/16
Ms. Marcelin [3] 15/21 17/18 86/13
Ms. Rebecca [5] 64/3 86/1 93/24 96/9 128/17
much [12] 13/6 17/25 19/17 20/1 57/17 61/10 75/11 108/8 167/19 175/3 195/7 199/20
multiple [3] 81/14 201/5 220/11
must [9] 208/5 223/1 223/3 223/8 225/23 227/2 229/12 232/22 239/10
my [42] 5/5 7/6 9/7 11/23 12/1 12/9 12/12 12/13 13/15 13/24 15/5 35/7 38/2 39/12 39/12 43/16 45/11 53/5 59/13 68/22 69/14 77/2 96/4 105/3 106/18 162/15 163/19

264

my... [15] 169/10 174/5
182/11 206/18 208/23
211/22 213/8 214/22
215/3 220/13 223/23
234/18 235/23 240/11
241/15
myself [2] 77/4 107/15

**N**
N-E-S-T-E-R [1]
232/19
NAACP [1] 224/13
name [15] 8/6 38/22
38/23 67/22 69/5
71/21 71/23 72/13
76/11 76/11 76/12
76/13 82/1 82/3 90/7
named [3] 63/14 64/15
77/10
nametag [1] 28/18
28/20
narrow [1] 184/10
nation [1] 233/15
national [3] 62/9 177/2
178/20
nature [5] 84/4 225/11
226/11 227/15 228/3
near [2] 88/14 147/25
necessarily [5] 49/18
171/12 182/5 182/9
188/7
necessary [6] 5/19 7/4
75/13 223/6 226/12
234/1
need [39] 6/1 35/22
51/17 68/12 75/1
83/17 84/16 102/3
104/5 104/10 104/14
106/11 108/17 127/10
149/16 152/18 162/9
163/4 172/7 177/20
177/21 183/12 183/16
183/23 191/18 203/13
204/14 212/24 213/6
216/10 216/13 224/18
226/14 227/11 229/23
233/25 235/21 236/19
242/16
needs [2] 47/5 211/7
neglected [2] 5/13 92/7
Neither [1] 214/13
Nester [1] 232/16
nestor [6] 1/22 1/24
232/19 243/6 243/6
243/8
never [5] 43/7 222/21
222/22 222/22 222/23
new [14] 12/11 103/4
103/5 103/5 118/5
118/25 127/4 196/25
202/4 209/11 210/20
211/7 212/10 229/3
next [15] 11/12 19/25
49/4 61/12 71/21
76/11 82/1 123/10
129/18 137/4 161/14
173/22 184/22 220/25
242/9

Nichols [2] 228/10
228/12
night [1] 37/21
nilly [1] 230/25
Ninth [4] 237/19
237/21 238/23 239/24
no [114] 1/3 1/20 4/17
4/24 5/16 14/12 16/7
18/3 21/21 23/20
23/23 24/11 26/17
28/2 29/17 30/20
30/22 31/13 32/21
33/13 37/19 38/3 39/9
39/24 40/22 40/23
43/7 44/3 45/4 45/4
45/6 48/4 48/5 52/3
53/5 56/18 57/17
59/10 62/25 63/25
68/16 72/6 77/6 84/18
89/12 93/8 95/3 97/2
98/8 100/24 101/15
104/8 105/21 108/14
108/16 111/10 114/25
127/6 128/20 133/8
144/22 146/20 148/6
155/10 158/12 159/11
160/21 161/2 161/4
161/6 161/8 167/18
168/17 168/19 168/22
171/10 172/16 174/2
178/22 179/19 180/24
189/11 190/18 190/24
191/6 191/12 192/1
192/9 192/13 193/3
193/9 193/12 193/15
193/18 193/20 194/2
195/5 195/6 197/14
197/25 198/11 199/19
202/8 207/9 211/19
218/21 219/20 226/1
231/24 234/19 234/20
236/15 238/13 239/25
nobility [1] 231/1
nobody [2] 10/17 22/15
non [1] 217/17
non-1752 [1] 217/17
none [2] 44/8 107/6
nonetheless [2] 63/2
66/2 103/3
nonrestricted [2]
199/15 199/16
nonviolent [1] 44/24
normal [5] 9/7 9/15
37/1 41/15 116/2
normally [2] 27/25
34/12
north [3] 14/16 153/8
154/8
Northwest [3] 1/12
1/15 1/23
not [233] 4/25 5/2 7/10
10/12 12/3 13/24
14/15 19/17 20/4 28/1
29/5 33/8 34/10 37/21
39/20 39/21 39/22
40/8 41/7 41/9 41/18
42/7 42/19 44/12
46/11 47/22 48/4 48/9

51/18 51/24 52/2
52/17 52/20 53/20
54/10 54/18 54/19
55/3 55/19 56/3 56/17
57/8 62/25 65/21
65/21 68/23 68/23
69/5 74/2 74/5 74/9
75/12 75/13 83/14
83/15 89/11 89/12
90/7 97/6 102/13
102/14 102/19 102/21
104/25 107/10 107/15
107/20 107/23 108/10
110/14 114/25 126/2
126/4 126/10 126/11
126/16 126/19 127/5
140/6 144/22 155/10
159/11 162/20 165/6
168/17 170/16 170/24
170/25 171/10 172/5
172/7 172/16 172/18
173/3 174/2 175/10
176/6 176/7 177/1
177/22 178/6 179/5
179/15 179/16 179/16
179/17 180/6 180/7
180/10 180/14 180/18
180/25 181/2 181/7
183/12 183/20 184/8
184/14 185/5 186/10
186/11 188/1 188/2
188/3 188/7 188/18
189/1 189/9 190/1
190/9 190/12 190/21
191/4 192/15 193/3
193/9 193/12 193/15
193/18 194/5 195/3
196/22 196/23 197/9
197/9 197/19 198/1
198/10 198/13 201/13
201/15 202/14 203/7
203/17 203/22 203/23
204/2 205/9 205/18
205/23 206/6 208/6
208/8 208/14 208/25
209/11 209/15 209/20
210/2 210/7 210/11
210/22 211/5 212/18
213/10 217/12 218/16
219/25 220/9 220/13
220/18 220/22 220/24
221/9 221/11 221/15
221/20 221/11 223/18
224/5 224/19 224/25
225/1 225/9 225/10
225/12 225/23 227/3
227/12 227/14 227/23
227/24 228/6 228/16
229/14 229/16 229/20
230/16 231/24 233/6
233/16 233/22 234/1
235/9 235/9 236/12
237/12 237/16 238/2
239/2 239/5 239/10
239/12 239/15 240/12
240/13 240/13 240/23
241/13 242/14
note [2] 126/5 126/17

noted [2] 43/17 236/6
nothing [6] 61/9 102/9
174/4 184/7 185/6
204/7
notice [7] 20/4 217/13
225/1 231/12 232/1
232/2 232/5
noticeable [2] 70/11
70/12
noticed [2] 39/18 232/3
noting [1] 180/22
notion [1] 219/19
now [69] 4/25 33/22
39/3 43/8 45/7 45/17
49/17 55/19 56/7 57/2
60/6 62/4 68/9 68/12
72/11 76/5 77/8 79/8
86/7 95/8 98/12 101/4
103/25 105/9 105/15
106/11 112/8 112/21
118/1 123/6 123/13
123/23 127/24 130/22
131/5 135/18 144/4
144/23 145/9 149/14
150/15 159/8 162/11
162/24 165/5 166/22
168/11 168/15 173/17
181/5 183/18 184/18
186/21 203/19 204/8
206/3 208/22 213/7
213/12 214/17 215/4
222/23 228/8 228/17
230/7 232/10 234/17
234/25 237/8
nowhere [1] 232/21
number [10] 6/25 9/16
11/9 39/15 100/16
100/19 105/20 149/16
171/16 182/23
numbers [1] 10/22
NW [1] 243/7

**O**
oath [3] 7/18 61/16
191/3
obeyed [1] 165/4
object [2] 183/16 190/9
objected [2] 183/15
212/21
objecting [1] 203/23
objection [70] 12/21
16/7 18/3 21/21 24/11
26/17 31/13 32/21
40/23 41/21 43/13
45/21 46/21 49/20
53/22 57/11 63/24
65/17 65/22 67/10
68/4 72/5 72/6 73/15
73/16 79/5 81/8 83/6
84/21 93/8 95/3 97/2
98/8 103/2 109/24
109/25 111/9 111/10
125/21 125/24 125/24
133/8 164/18 165/14
166/15 167/13 168/23
170/2 171/25 172/4
173/6 174/11 174/14
177/3 177/7 178/3
179/2 179/4 183/6

190/4 196/14 196/25
197/1 205/9 215/24
220/12 236/5
objections [3] 67/9
83/4 166/17
objects [2] 86/6 95/15
obligations [2] 6/22
240/11
observation [1] 182/11
observe [1] 54/14
observed [4] 94/7
110/21 181/16 194/21
obvious [5] 23/10
23/17 52/18 127/3
127/5
obviously [10] 53/20
54/10 203/19 212/5
214/1 214/2 228/2
229/25 230/14 239/5
occasion [1] 171/13
occurred [2] 52/25
217/12
off [21] 10/15 15/4
15/7 23/9 33/7 118/22
124/16 131/13 134/4
137/13 138/18 141/21
141/23 147/1 151/17
152/24 155/20 165/18
214/18 214/18 231/16
offense [1] 43/11
offenses [3] 170/7
170/9 190/14
offer [1] 202/17
offered [10] 13/8
106/24 126/20 196/22
197/2 204/18 205/2
205/15 210/12 210/22
offers [1] 221/2
offhand [1] 106/14
office [10] 1/11 9/9
39/13 62/14 105/20
169/24 214/5 214/11
235/7 235/8
officer [19] 34/10 34/15
36/13 46/8 58/12
90/13 102/25 124/11
124/16 125/12 125/19
126/23 127/23 128/8
128/24 158/21 203/8
206/5 225/25
officer's [1] 206/3
officers [61] 8/17 9/7
9/16 9/17 10/20 11/2
12/13 14/4 17/6 20/4
23/7 23/18 34/13 35/8
36/7 39/15 46/19
47/11 58/4 58/14 61/8
88/23 89/17 89/19
89/22 89/23 90/10
90/25 91/9 91/12
91/14 112/13 112/17
112/20 114/2 114/4
116/10 117/11 117/16
118/3 118/24 118/25
119/18 120/7 121/5
122/12 124/3 124/20
124/22 141/12 144/11
144/21 145/16 146/6

Case 2:13-cv-00193 Document 672-4 Filed on 11/11/14 in TXSD Page 265 of 281

officers... [7]  147/23
154/4 154/15 154/20
197/6 229/11 231/4
offices [2]  169/23
172/8
official [3]  1/23 77/24
243/7
often [4]  41/7 56/19
231/21 232/25
Oh [3]  74/1 160/22
202/10
okay [201]  4/19 4/20
6/12 7/13 9/12 10/24
14/2 14/19 14/22 21/4
23/13 24/9 25/10
25/25 26/8 26/25
27/24 28/3 28/12
28/15 28/18 30/21
32/25 33/22 36/11
36/23 37/1 37/2 37/13
38/6 38/14 39/10
40/12 43/8 45/16
46/18 47/10 47/15
47/16 47/20 47/23
48/10 48/15 48/18
48/23 49/2 49/6 49/8
50/10 51/19 51/23
52/4 52/7 54/15 54/21
55/4 55/7 56/4 56/16
56/19 57/2 57/17
58/21 60/5 60/8 60/14
60/16 64/1 65/18
66/14 68/25 72/11
75/23 76/2 76/4 77/18
78/2 83/7 85/12 85/21
86/7 89/13 92/17
93/16 97/3 99/15
101/1 101/3 101/16
103/25 104/12 104/21
105/16 106/5 107/20
109/8 110/1 110/7
112/25 115/4 115/6
117/5 120/12 121/6
126/14 129/21 130/16
131/25 133/4 133/9
134/17 135/19 136/7
136/11 136/12 136/22
137/14 138/24 143/21
145/2 145/23 146/13
147/4 150/19 151/14
151/14 152/18 153/10
154/11 154/24 155/3
155/3 155/16 155/22
157/16 157/24 160/9
161/20 162/12 163/6
163/11 163/15 165/21
166/16 166/21 167/19
169/6 169/16 169/25
171/8 172/1 174/7
175/13 176/10 178/17
178/24 179/7 181/23
183/4 183/24 183/25
184/19 184/24 185/7
185/15 186/15 187/22
189/20 191/22 192/18
192/19 194/23 195/7
195/21 196/11 196/18
197/23 198/14 198/19

203/6 206/20 207/11
215/15 215/17 216/8
217/1 218/25 220/8
223/7 230/17 234/17
234/23 237/2 238/11
241/1 241/9 242/16
242/20
Oklahoma [1]  210/9
older [1]  48/2
OMB [1]  1/18
once [13]  30/16 43/16
44/5 54/5 57/23 77/4
81/22 96/1 132/2
198/9 199/2 211/25
217/9
one [110]  5/1 5/15
11/22 12/20 13/13
13/15 20/4 23/1 30/3
30/4 34/12 35/18
39/11 43/10 58/10
58/12 60/7 64/14
64/25 67/13 69/14
73/5 74/19 77/15
77/17 82/19 83/6 84/7
92/6 96/4 97/22
103/12 103/20 104/17
104/18 104/19 107/4
121/9 134/8 134/16
135/21 136/9 136/22
138/11 142/12 143/22
146/19 148/5 149/23
151/14 155/3 157/18
157/22 160/4 160/15
161/19 162/3 164/9
171/15 178/9 179/14
184/22 186/21 188/22
189/11 194/25 195/21
195/23 200/23 203/6
204/14 206/21 207/12
209/15 210/2 210/8
211/1 211/9 214/1
214/14 214/19 218/4
218/21 220/13 226/4
226/14 227/7 227/10
227/10 227/23 228/9
228/10 228/13 228/21
229/6 231/14 233/3
234/19 236/11 236/22
237/8 237/9 237/18
237/24 239/21 240/16
240/24 241/18 241/24
242/9
one-hour [1]  39/11
ones [5]  36/3 236/3
240/21 240/25 241/6
only [24]  25/22 69/5
69/13 75/21 77/16
78/18 79/18 103/7
106/9 126/10 132/8
133/17 159/12 177/18
205/13 209/18 210/5
215/7 220/13 222/15
225/10 226/15 240/12
241/25
open [40]  13/10 42/22
44/16 46/16 47/8
50/11 51/21 54/22
66/16 67/18 69/3

101/2 110/18 115/5
127/20 132/21 132/23
132/24 161/22 163/7
165/11 171/1 171/2
171/6 172/11 176/11
178/14 181/19 184/20
186/13 189/18 192/20
198/5 200/14 211/24
211/24 217/24
opened [4]  19/8
211/17 211/23 211/25
opine [1]  175/4
opinion [1]  233/25
opinions [2]  175/15
186/25
opportunity [3]  103/23
123/12 211/10
opposed [3]  58/12
127/14 177/11
opposing [1]  207/21
opposition [2]  161/4
221/9
option [3]  4/24 206/23
208/19
options [1]  208/17
order [6]  201/14
202/17 207/2 207/3
208/15 209/10
orient [9]  16/15 26/5
31/18 135/21 137/2
143/17 144/24 149/25
153/14
originally [2]  9/14 91/4
other [75]  10/22 12/14
23/18 30/3 30/4 30/17
45/13 47/11 58/4 58/8
63/5 63/8 67/25 80/13
86/21 87/5 87/10 88/5
91/13 100/4 104/18
107/16 109/16 111/6
114/6 123/1 124/20
124/22 129/20 137/3
149/19 150/16 151/6
155/12 158/7 161/11
169/11 169/21 172/5
173/21 174/4 174/16
179/15 182/12 182/18
191/20 193/22 193/23
194/21 198/17 204/11
204/18 205/2 206/21
210/8 213/4 213/11
220/11 228/10 229/11
231/16 233/4 233/7
234/4 235/23 236/3
236/7 236/8 236/14
238/8 239/14 239/21
others [14]  35/8 44/21
174/5 188/5 188/5
188/6 189/9 217/4
221/10 221/11 222/16
223/2 223/3 237/17
otherwise [1]  227/4
ought [1]  170/12
our [49]  4/9 4/14 5/17
6/20 6/22 7/1 7/23
14/4 15/19 18/25 20/8
20/17 29/11 30/3

47/14 100/21 101/3
102/18 103/20 106/5
150/11 153/6 170/6
170/11 171/16 175/15
180/5 180/15 203/20
206/7 214/3 214/5
214/11 214/14 215/9
216/11 216/16 216/17
221/8 225/6 229/5
230/12 230/20 232/4
240/15
ourselves [3]  54/12
54/14 152/14
out [57]  9/23 11/4 11/6
12/20 13/13 13/18
15/19 36/2 36/3 42/10
42/11 42/19 44/5 52/5
52/15 52/19 53/1
58/25 63/18 66/12
68/19 86/24 92/7
92/11 98/13 102/20
105/17 137/3 145/9
148/1 150/25 159/12
181/3 187/25 188/21
188/21 191/18 192/23
194/1 205/7 206/14
207/2 207/3 208/15
209/9 214/4 216/10
216/11 224/5 228/17
233/3 233/4 234/1
241/18 241/21 242/1
242/11
outer [1]  135/3
outnumbered [3]  20/15
30/22 43/9
outside [12]  39/17
41/14 103/2 115/2
146/8 146/17 148/3
183/11 184/13 185/25
205/8 212/21
over [29]  10/17 25/16
36/16 49/17 50/1 62/3
72/12 84/21 86/7
89/22 105/5 106/10
107/16 108/1 110/20
114/10 126/14 165/14
166/16 167/13 168/22
215/4 217/10 225/3
225/4 231/22 238/17
242/4 242/5
overbroad [1]  233/20
overcorrection [1]
108/9
overran [4]  117/17
118/23 118/23 123/6
overrule [5]  68/5 79/5
81/8 166/18 236/5
overruled [1]  219/14
overturn [3]  209/17
210/4 210/7
own [3]  5/18 223/17
240/11
Oxnard [1]  1/17

P
p.m [26]  17/17 17/24
21/19 60/5 87/9 93/15
101/8 101/11 108/20
111/20 118/10 143/6

155/20 156/11 159/4
167/22 167/24 167/25
200/19 213/19 216/6
216/24 242/22
PA [1]  57/3
page [12]  2/12 3/1
3/14 69/19 71/6 72/1
80/25 81/13 81/14
175/22 176/6 188/2
pages [1]  81/17
Pam [1]  197/21
panel [1]  166/22
pants [1]  40/1
paralegal [2]  4/9 4/14
parallel [1]  135/16
Parker [23]  1/11 2/9
4/8 43/17 65/23 69/2
110/8 126/1 170/13
172/3 174/13 177/24
185/19 190/7 190/8
195/8 197/11 204/1
204/22 208/14 212/2
213/5 213/20
parse [1]  191/4
part [18]  22/10 29/7
63/2 70/14 76/20 78/5
88/16 169/16 184/12
187/25 200/16 202/16
206/25 231/14 235/1
236/23 237/20 241/2
participant [2]  79/15
239/10
participate [1]  63/8
particular [8]  52/1
52/25 81/16 134/12
145/20 197/3 222/21
228/5
particularly [1]  220/19
parties [5]  4/5 126/8
187/9 217/20 237/22
parts [1]  64/7
party [3]  62/8 207/18
212/15
party's [1]  207/22
passive [1]  187/19
past [12]  28/2 44/11
94/7 100/1 124/4
131/1 144/18 152/19
159/7 163/22 183/18
184/18
path [1]  181/5
patience [2]  183/18
225/3
pause [49]  17/19 52/7
55/13 79/20 79/23
85/2 85/21 96/3 96/5
97/10 99/22 113/3
113/17 113/20 113/25
116/25 117/8 120/13
120/24 121/8 121/10
122/17 124/6 124/9
125/10 126/21 129/4
130/3 130/13 136/12
136/25 139/5 140/10
140/16 140/25 141/7
143/22 147/13 149/23
151/14 151/15 154/25
156/22 157/18 158/1

Case 1:23-cv-00374-JLS Document 87-2 Filed 05/29/24 Page 266 of 281 157/24 161/10

pause... [4] 158/25
196/15 198/25 199/6
paused [25] 89/15 90/2
91/25 93/18 94/5
94/10 97/11 115/9
115/21 117/14 118/7
118/20 121/24 123/9
124/25 134/15 136/14
141/9 142/6 144/4
146/21 148/10 150/5
152/3 156/8
pay [2] 24/19 59/17
PC [1] 1/17
pdf [1] 81/14
peace [1] 145/7
peaceful [1] 187/20
penalty [3] 229/1
229/10 229/20
Pence [8] 11/24 13/14
77/13 79/13 84/1 84/3
85/5 185/5
pending [1] 230/5
Pennsylvania [1] 1/15
people [91] 11/8 11/9
11/23 11/24 12/14
12/18 13/1 14/5 14/24
16/15 16/17 18/12
18/23 20/2 20/2 20/5
20/10 20/13 23/18
24/22 25/3 27/11
27/24 29/5 30/9
30/24 31/1 33/10
35/15 36/6 41/20
44/10 44/11 44/25
45/2 45/2 50/5 51/8
51/11 51/16 55/15
56/19 58/5 59/9 60/1
60/16 89/20 103/5
107/16 116/6 118/13
126/7 137/3 145/8
145/9 146/8 146/16
146/19 149/17 149/19
176/5 182/1 182/6
182/8 182/12 182/14
184/14 187/13 187/17
188/15 188/17 188/22
189/1 189/4 189/8
189/10 192/8 192/9
193/5 193/22 193/23
194/21 196/21 202/10
219/22 222/8 231/20
233/12 233/18 241/25
242/4
people's [1] 224/20
pepper [7] 15/7 35/5
35/7 35/10 35/13
141/12 154/23
pepper-sprayed [1]
15/7
Per [1] 16/4
percent [1] 228/22
perception [1] 22/12
perfect [4] 28/6 32/4
68/10 85/22
perfectly [1] 226/17
perhaps [6] 51/16
103/14 103/22 106/15
170/22 202/18

9/19 9/23 10/3 10/7
10/14 10/18 11/3 11/5
11/15 11/17 11/17
19/6 39/15 44/24
57/23 58/2 60/19
88/19 91/3 118/25
149/20 217/18
period [2] 194/20
214/10
permissible [1] 213/4
permission [2] 23/21
29/15
permit [2] 165/9
220/24
permitted [1] 226/20
person [65] 20/25
23/13 25/20 25/25
28/8 28/25 30/15 32/6
33/20 35/24 36/23
48/5 48/7 50/6 59/3
61/7 64/3 87/16 90/5
90/8 90/13 92/4 96/9
107/17 114/5 123/21
125/4 125/5 127/11
128/17 130/18 134/2
137/5 137/8 138/8
139/22 139/24 142/15
142/17 142/18 149/5
151/20 152/4 152/6
160/16 174/25 175/11
175/13 182/4 195/18
196/8 197/9 197/10
225/14 225/24 226/13
227/3 227/14 227/15
227/18 227/22 231/12
233/10 233/14 233/16
person's [4] 108/11
128/5 221/20 234/2
personal [2] 44/12
66/11
personally [2] 63/11
110/21
persons' [1] 220/19
perspective [4] 49/17
214/16 216/17 238/15
persuasive [1] 233/4
Philip [3] 207/14
212/12 213/4
phone [8] 6/25 76/22
105/1 115/19 162/20
162/22 196/17 222/21
phones [1] 162/10
photo [1] 69/22
photograph [1] 69/24
photographers [1]
55/22
phrase [2] 234/23
235/14
phrases [1] 193/10
phrasing [2] 226/3
226/22
physical [1] 8/20
physically [1] 14/25
picture [20] 20/24 66/6
69/16 71/17 71/19
71/20 71/21 72/15
72/15 76/8 76/9 76/10
76/11 81/22 81/24

172/22 172/24
piece [1] 169/12
Pierce [24] 1/16 1/17
4/12 4/23 7/9 74/25
75/5 100/23 101/25
102/13 103/10 107/22
108/15 160/23 200/8
200/21 204/2 204/13
211/20 211/24 212/8
215/23 242/3 242/16
pin [2] 10/10 10/10
piqued [1] 11/23
place [14] 35/3 36/15
74/17 88/13 92/15
138/14 163/20 218/1
222/4 222/13 227/19
231/16 233/5 233/9
places [1] 222/21
plainly [4] 75/16
205/12 205/16 205/23
plaintiff [3] 1/3 1/11
209/11
plaintiff's [4] 210/13
210/15 210/22 211/5
plan [5] 38/7 167/21
200/17 213/21 215/11
plane [1] 105/13
plans [1] 221/18
plastic [1] 39/19
play [154] 17/1 17/12
18/7 19/1 19/9 20/23
21/5 21/6 21/24 23/1
23/25 24/15 24/16
25/7 25/15 26/5 26/21
27/1 27/13 28/3 28/5
28/12 28/13 28/22
29/19 29/21 30/2 31/3
31/21 32/1 32/1 32/2
32/25 33/1 33/23
34/20 37/1 37/9 37/11
40/7 40/12 41/1 42/19
42/19 47/15 47/23
48/10 48/11 49/8 52/4
55/8 58/19 59/14 60/8
60/23 60/25 74/3 74/9
74/10 77/16 79/9
79/21 84/2 84/24
87/23 89/5 89/13
89/25 90/19 91/23
93/16 95/20 95/23
97/6 97/8 98/14 99/16
114/17 116/2 116/18
117/5 117/12 117/22
118/17 119/13 120/10
120/22 121/6 121/21
122/15 123/2 123/14
124/6 124/13 124/23
125/8 126/3 126/12
127/8 127/9 127/10
127/24 128/1 128/13
129/2 130/9 131/23
134/7 134/13 136/9
136/22 140/6 140/7
140/8 140/14 140/19
140/22 141/1 141/5
141/13 141/14 142/3
142/4 143/10 144/13

149/2 149/21 150/2
151/11 151/24 152/10
153/22 154/12 154/24
155/13 156/6 156/20
157/17 158/13 158/22
165/21 166/22 167/3
167/16 196/12 197/24
198/20 198/22 199/3
played [171] 17/2
17/13 18/9 19/2 19/11
21/8 21/11 21/25 23/2
24/1 24/17 24/24 25/8
25/17 26/7 26/23 27/2
27/14 28/4 28/14
28/23 29/20 29/23
30/5 30/10 31/4 31/19
31/22 32/3 32/12 33/2
33/16 33/24 34/21
36/10 36/21 37/3
37/10 37/12 40/16
41/2 41/4 41/9 41/17
47/18 47/25 48/11
48/13 48/15 49/3 49/9
52/6 55/5 55/9 55/12
58/20 59/19 60/9
60/24 61/4 79/10
79/22 85/1 85/20
87/24 89/6 89/9 89/14
89/18 89/19 90/1
90/20 91/24 93/17
94/3 95/22 95/25 96/2
97/9 99/18 99/21
112/4 113/2 113/16
113/19 113/22 114/19
115/13 115/20 116/4
116/19 116/24 117/7
117/13 117/23 118/6
118/19 119/14 120/11
120/23 121/7 121/22
122/16 123/3 123/15
124/8 124/14 124/24
125/9 126/6 127/25
128/2 128/14 129/3
129/24 130/2 130/10
130/12 130/23 131/24
134/9 134/14 136/10
136/24 139/4 140/9
140/15 140/21 140/24
141/6 141/15 142/5
143/11 143/15 144/7
144/14 146/4 146/14
147/9 147/18 148/9
149/3 149/22 150/3
150/22 151/12 151/25
152/12 153/24 154/17
155/1 155/14 156/7
156/21 157/25 158/7
158/14 158/24 165/23
166/19 166/24 167/17
173/17 175/6 182/22
188/16 196/13 196/19
198/21 198/24 199/4
playing [24] 17/4 55/10
55/11 94/2 96/1
113/15 115/12 116/21
117/5 126/8 129/25
130/11 130/22 133/12
143/17 144/6 147/17

196/24 197/15 204/3
204/5
plaza [3] 9/20 48/2
87/3
please [24] 4/5 7/15
8/6 26/19 31/15 38/13
38/15 61/12 61/24
70/1 101/12 130/1
137/16 137/17 140/14
140/23 144/9 144/13
145/1 168/1 213/24
216/7 216/25 242/11
plenty [1] 194/14
plus [1] 104/19
point [85] 7/4 11/13
12/2 15/12 17/16
18/12 19/17 20/6
20/14 20/17 22/3
22/13 25/10 29/7 29/9
29/15 29/25 30/16
31/24 33/4 33/6 33/9
34/17 36/2 36/3 42/15
43/18 46/2 46/4 48/25
49/11 57/14 60/12
63/18 68/14 85/16
88/24 92/7 92/14
96/10 100/8 107/9
118/11 119/6 120/19
123/21 126/16 131/4
137/2 145/6 145/19
149/17 180/20 186/4
187/25 197/15 200/4
201/24 202/12 204/23
205/16 205/24 206/2
206/8 207/5 208/8
210/25 211/5 211/6
212/20 217/14 224/5
227/16 227/17 228/16
228/17 230/20 233/4
233/11 233/21 234/14
237/10 237/18 239/18
239/21
pointed [2] 188/21
192/23
pointing [2] 92/11
188/21
pointless [3] 20/7
20/18 43/9
points [4] 51/9 55/15
115/16 217/18
pole [1] 220/15
police [86] 8/10 8/24
10/13 10/15 14/9
14/10 14/14 14/18
14/23 15/18 16/18
16/18 18/16 18/24
19/15 20/9 22/7 23/6
25/12 27/10 29/4
29/11 34/14 36/7
36/13 38/25 52/12
55/20 56/2 58/4 59/1
59/9 59/24 64/13
64/18 88/23 89/17
89/19 90/10 90/13
90/25 92/14 99/6
112/13 112/17 112/20
112/11 113/14 114/7
115/10 116/9 117/11

**P**

police... [34] 117/16 118/23 118/24 118/25 119/7 119/18 120/6 121/5 122/12 122/21 123/1 123/6 123/20 124/3 129/11 129/20 131/2 141/12 142/11 147/23 149/20 154/4 158/21 159/9 169/22 169/23 186/19 188/15 195/19 197/17 198/18 199/11 199/12 199/15

policy [1] 229/15

political [20] 56/7 56/10 178/25 178/25 179/20 179/23 180/1 180/14 180/24 181/13 181/13 181/14 181/17 182/19 182/21 184/8 184/9 184/15 184/17 184/17

politics [1] 182/20

portion [7] 78/16 78/18 98/24 112/18 112/24 158/7 164/13

portrayed [1] 165/9

position [14] 9/3 19/18 45/18 46/1 87/6 106/17 117/18 124/4 178/19 181/2 189/2 214/4 232/4 234/8

positions [5] 45/17 46/20 47/12 177/1 178/11

possess [1] 226/20

possessing [1] 227/2

possibility [1] 107/4

possible [4] 5/22 11/5 75/21 190/10

possibly [1] 6/25

post [20] 73/7 74/4 74/4 74/6 76/7 76/17 77/2 77/4 77/7 77/10 77/15 78/5 78/17 80/22 81/3 81/16 82/5 83/21 221/23 234/7

posted [2] 80/23 174/5

posting [1] 227/20

posts [6] 72/19 72/22 73/5 74/2 77/2 80/13

potentially [4] 77/20 208/3 234/6 241/11

Powell [24] 5/13 5/14 6/8 74/12 74/14 75/6 76/19 104/20 104/21 104/25 105/9 105/12 105/16 105/25 106/3 107/3 107/4 114/22 115/2 173/21 174/25 175/4 177/11 182/17

Powell's [2] 5/22 105/1

powerful [1] 231/5

practical [1] 107/19

practice [1] 30/18

precisely [2] 50/23 207/24

preclude [2] 210/23 221/6

predominant [1] 99/6

prefer [1] 218/20

preferably [1] 105/1

preference [1] 100/24

prejudice [1] 192/11

prejudicial [2] 170/11 209/8

prejudicing [1] 171/4

prepare [1] 203/13

prepared [2] 206/16 242/9

preparing [1] 12/15

preposterous [3] 219/21 219/21 230/22

presence [11] 218/6 225/14 226/13 227/22 237/7 237/13 237/25 238/8 239/13 239/14 241/6

present [12] 4/14 57/9 103/10 107/17 108/3 126/4 126/18 196/22 210/12 210/15 237/16 239/3

presentation [1] 170/6

presented [4] 209/12 209/24 211/20 234/5

preserve [1] 236/5

preserved [1] 180/17

president [19] 48/22 53/17 74/15 74/18 75/10 77/13 77/19 79/13 84/1 84/3 84/3 85/5 231/8 231/8 233/14 233/15 234/6 235/8 235/10

president's [4] 48/23 53/10 53/13 53/19

press [3] 17/19 161/3 162/18

presumably [2] 22/4 51/15

presume [1] 191/11

presumed [1] 239/7

presumption [2] 221/18 229/17

pretend [2] 222/17 223/4

pretrial [9] 180/3 180/4 180/20 184/7 218/13 220/10 220/23 221/3 224/17

pretty [12] 11/10 12/8 59/8 73/24 126/1 170/15 172/6 176/1 183/10 184/10 210/25 218/25

prevent [1] 203/8

preview [1] 177/25

previewing [1] 180/8

previous [4] 17/25 35/14 60/16 118/23

previously [8] 35/19 84/21 94/21 98/1 120/7 146/7 188/14 227/6

principle [1] 208/4

prior [13] 44/19 45/8

106/2 184/6 187/5 196/19 212/10 217/12 240/7

privacy [1] 235/6 235/13

probably [12] 11/20 16/19 22/20 30/15 42/13 67/13 100/20 102/8 127/1 127/2 147/20 238/5

problem [9] 37/19 68/16 77/6 108/7 175/1 208/13 211/19 211/21 225/1

problems [4] 4/17 174/9

procedure [1] 185/6

proceed [5] 38/14 94/9 109/1 161/25 189/17

proceeded [3] 144/18 148/13 165/7

proceeding [2] 74/21 77/24

proceedings [4] 4/1 74/17 242/14 243/2

process [5] 77/23 79/16 80/4 212/25 221/14

produced [1] 77/20

proffer [8] 75/17 77/2 106/18 106/22 164/25 186/1 197/21 241/20

proffered [1] 77/24

profile [8] 71/17 71/19 71/21 72/15 72/18 73/10 73/12 81/22

prohibited [1] 227/3

prominently [1] 232/3

promotion [3] 37/18 39/6 39/8

promptly [1] 241/1

pronounce [1] 38/20

proper [5] 184/1 207/17 210/12 212/13 226/12

properly [6] 177/22 183/19 201/9 201/14 203/20 208/8

proposal [1] 237/20

proposed [3] 218/3 224/11 234/18

proposition [2] 201/2 202/7

prosecuted [1] 197/9

prosecuting [2] 221/10 237/15

prosecution [7] 48/11 56/13 201/12 202/14 205/21 208/7 240/18

prosecutor [3] 189/20 192/22 193/4

prosecutors [1] 235/19

protect [5] 20/9 20/10 30/24 31/1 209/10

protected [10] 218/4 218/9 218/16 219/19 225/14 226/13 227/14 227/18 231/4 235/13

231/12 232/2 234/24 235/2 235/6

protecting [2] 20/12 20/13

protection [4] 9/8 219/20 220/4 233/1

protective [1] 232/24

protest [5] 43/3 56/20 190/23 218/11 219/9

protester [2] 47/20 141/11

protesters [14] 17/9 19/18 25/10 36/4 60/18 113/10 113/14 116/10 116/11 119/21 124/4 124/21 132/13 154/7

protesting [4] 56/7 219/3 219/4 219/18

protests [2] 12/11 42/24

prove [5] 13/2 205/19 205/22 225/10 230/20

proved [2] 223/14 223/15

provide [2] 207/25 239/20

provided [1] 6/24

Providence [1] 1/21

providing [1] 63/6

proximity [3] 119/8 128/10 139/25

public [8] 10/3 58/22 68/19 72/18 105/20 105/22 186/16 186/18

publicly [6] 70/21 71/9 83/20 84/6 84/14 132/25

publish [9] 16/8 18/5 24/12 26/18 76/2 79/4 79/6 97/3 133/9

published [20] 21/22 31/14 32/23 40/24 68/6 72/8 72/11 76/4 79/8 81/9 84/22 93/9 95/5 95/8 98/9 111/12 165/15 166/19 166/21 167/14

pull [39] 15/21 17/18 57/20 58/16 59/11 62/11 65/2 70/23 72/25 78/10 80/16 82/11 85/17 86/11 87/17 92/18 94/12 96/14 97/19 109/9 118/16 123/10 131/8 132/5 135/21 137/16 143/1 148/17 151/9 152/13 153/11 155/25 157/8 163/24 165/25 167/1 185/12 195/12 202/23

pulled [1] 30/8 192/5

pulling [8] 9/22 21/12 23/24 31/2 32/10 53/1 59/13 60/22

punching [2] 193/21 194/1

pure [2] 42/2 104/18

purpose [12] 20/16 34/8 35/10 45/10 56/24 58/8 74/3 204/17 205/1 226/2 226/3 227/18

purposes [1] 232/24

purse [1] 222/20

pursuant [1] 227/21

purview [2] 42/8 184/11

push [2] 14/8 222/6

pushed [2] 15/1 15/7

pushing [23] 11/14 11/16 13/19 14/3 14/4 14/5 14/7 14/25 15/15 15/16 17/10 22/15 25/11 25/13 29/12 29/12 49/14 60/17 90/10 100/1 131/1 193/14 194/1

put [18] 27/18 36/15 59/2 91/3 102/18 102/19 103/11 103/17 108/5 114/6 147/21 149/16 175/22 176/5 177/20 180/12 220/1 238/22

putting [3] 208/9 208/9 208/11

**Q**

QAnon [9] 133/24 191/2 191/3 191/7 191/8 191/24 192/4 192/24 193/2

qualified [1] 49/24

question [43] 42/14 43/23 44/18 46/18 47/5 47/10 51/1 54/9 54/13 54/19 54/23 54/25 56/4 57/13 67/14 83/12 83/16 84/9 106/9 110/5 130/18 162/3 163/19 172/18 173/11 173/13 174/15 178/9 178/17 178/21 181/10 181/14 181/21 182/1 183/23 183/25 184/21 186/6 190/20 194/7 213/22 238/9 241/13

questions [27] 4/20 38/3 40/3 50/3 50/9 54/4 57/18 57/19 77/18 77/22 84/13 102/25 103/1 110/15 167/18 173/24 178/1 183/21 184/4 185/24 190/15 191/4 191/15 195/6 199/19 229/25 241/5

quick [5] 67/11 100/11 106/2 114/20 199/23

quite [5] 74/16 127/7 127/11 221/13 228/2

quote [14] 201/21 202/2 202/13 203/2 204/19 204/24 205/14

## Q

quote... [7] 212/13
212/15 228/25 232/21
233/1 235/3 237/25
quotes [2] 190/13
207/24
quoting [1] 207/15

## R

R-H-I-N-E [1] 232/17
Rachel [1] 4/9
rack [7] 16/13 19/5
36/15 88/14 88/18
160/2 165/3
racks [32] 10/4 10/13
10/16 10/16 11/15
13/20 14/3 14/7 18/14
19/7 25/11 25/25 58/3
58/7 58/13 58/23 60/2
60/17 88/25 90/6
90/10 90/25 91/4
91/15 91/18 92/5
92/12 92/15 123/19
197/18 198/16 198/17
raindrop [5] 221/5
221/6 223/24 237/11
237/12
raise [2] 180/9 200/6
raised [8] 12/1 12/9
12/12 13/15 205/25
221/4 228/17 235/24
raising [1] 222/23
rallies [1] 45/8
rally [1] 43/3
ramifications [1]
178/25
ran [2] 56/1 225/3
random [1] 197/10
rank [6] 101/25 168/11
168/12 168/12 168/12
168/13
rate [1] 216/11
rather [4] 127/5 209/12
209/24 211/6
rea [5] 228/5 228/6
229/3 229/12 229/20
reach [1] 105/17
reaching [1] 20/2
react [1] 142/1
reaction [2] 37/24 47/7
read [13] 68/12 68/23
69/12 76/17 87/8
93/13 111/18 143/4
159/2 172/19 203/2
233/21 236/1
reading [4] 69/5
205/14 232/23 233/3
reads [2] 69/13 76/18
ready [7] 7/11 7/24
61/12 101/5 104/3
104/5 104/10 241/1
241/4 242/11 242/12
242/16
realize [1] 77/1
really [12] 7/7 11/22
42/17 176/7 186/11
190/25 194/11 194/13
204/2 222/3 228/15
232/8

reason [6] 13/16 107/2
201/8 214/6 215/8
225/13
reasonable [1] 221/19
reasoned [1] 230/12
reasoning [2] 233/23
235/23
reasons [1] 224/19
REBECCA [44] 1/5 4/4
63/14 64/3 67/22 69/7
69/15 71/5 71/20
71/24 76/10 76/12
81/25 82/2 86/1 87/16
90/5 92/4 93/24 96/9
99/1 119/5 120/1
122/7 125/4 128/5
128/6 128/17 130/8
130/20 131/19 136/21
139/22 144/1 149/13
151/23 152/9 155/8
157/1 157/15 165/20
173/25 178/19 193/11
rebut [3] 201/22 203/4
211/16
rebuts [2] 102/18
210/20
rebuttal [41] 102/1
102/4 102/7 102/17
102/20 103/6 103/13
200/4 201/4 201/13
201/14 201/22 203/3
203/18 203/21 204/16
204/25 205/17 205/20
207/17 207/19 207/20
208/4 208/8 209/6
209/11 209/12 209/17
209/21 209/24 210/3
210/12 210/17 210/23
211/10 212/1 212/7
212/9 212/13 212/23
213/8
rebutted [1] 211/8
rebutting [3] 102/2
201/6 208/5
recall [26] 41/16 47/20
48/2 48/15 48/24 52/5
53/9 92/11 129/6
129/8 129/12 142/12
155/17 172/20 172/24
182/25 183/1 189/23
192/22 192/24 195/16
196/2 196/20 219/7
219/12 221/4
Recalling [1] 108/22
receive [1] 65/21
received [26] 6/18
16/10 18/6 21/23
24/14 26/20 31/16
32/24 40/25 64/11
64/14 68/7 72/9 76/3
79/7 81/10 84/23
93/10 95/6 97/4 98/10
111/13 133/10 165/16
166/20 167/15
recent [2] 100/18
226/17
recently [2] 62/9
230/10

101/10 101/11 167/23
167/24 213/19
recite [2] 188/13
188/13
recited [1] 188/20
recognize [28] 15/24
17/21 21/14 24/3
26/10 31/6 32/15
40/13 65/5 67/23
69/24 71/2 73/3 78/13
80/19 82/14 92/20
94/14 96/16 109/12
119/2 119/23 135/24
151/20 152/16 157/12
164/2 178/24
recognized [2] 218/11
238/12
recollection [3] 48/5
51/25 106/14
reconceptualization [1]
230/15
reconceptualized [1]
228/25
record [9] 4/5 63/22
64/1 68/19 94/10
104/21 145/3 217/14
229/8
record's [1] 204/25
recording [2] 6/18 6/21
recounted [1] 126/7
recovering [1] 206/11
RECROSS [1] 2/2
red [17] 10/2 32/9
57/25 59/6 69/15 70/4
70/9 86/5 86/5 133/24
133/25 137/6 137/24
138/7 138/19 230/25
240/19
redacted [1] 68/20
REDIRECT [3] 2/2
57/21 195/9
reenter [1] 155/22
reentered [3] 156/16
158/10 199/16
reestablish [1] 91/3
reevaluate [1] 107/24
refer [2] 9/10 217/18
reference [4] 79/25
85/4 85/10 233/24
referenced [1] 79/15
references [3] 74/14
77/12 79/13
referring [7] 9/11 72/13
77/14 99/9 143/19
179/6 221/5
reflect [3] 46/10 63/22
64/1
refresh [1] 105/11
refute [4] 207/5 209/12
209/25 211/10
refuting [4] 204/17
205/2 205/24 207/21
regard [1] 177/1
regarded [1] 222/9
regarding [4] 106/1
178/19 180/5 182/23
regardless [2] 126/21
234/8

regular [2] 41/7 168/14
Rehaif [3] 226/18
226/21 227/1
reinforce [1] 124/20
reject [2] 223/12
224/12
rejected [2] 224/16
232/16
related [6] 63/6 77/2
103/23 181/12 181/16
221/18
relates [1] 179/25
221/2
relating [2] 210/15
225/19
relation [2] 112/17
191/10
relationship [5] 112/22
118/3 119/9 150/8
198/15
relatively [1] 104/11
relevance [8] 73/20
73/20 73/22 73/24
75/7 75/21 170/5
172/4
relevant [11] 72/22
75/16 75/19 80/14
82/24 84/5 164/9
164/24 170/9 179/17
190/14
remainder [1] 152/10
remained [1] 122/8
remaining [1] 241/4
remarks [1] 176/21
remember [21] 4/19
4/24 10/21 12/20
13/25 18/18 19/20
19/20 22/20 33/6 48/4
48/9 52/2 53/8 54/21
106/14 114/23 188/19
189/24 189/25 195/20
remembered [1] 105/7
remind [3] 50/8 50/12
83/22
reminded [2] 45/7
238/16
remote [1] 106/15
remotely [1] 107/12
Remove [1] 58/25
removed [1] 222/19
removing [1] 90/9
reopen [2] 205/22
206/24
reorient [1] 152/14
repeat [5] 127/7
187/10 187/20 220/9
220/22
repeating [1] 241/19
repels [2] 207/17
212/14
rephrase [3] 50/25
71/8 94/16
replay [2] 31/17 79/19
REPORTED [1] 1/22
reporter [5] 1/23 6/16
209/22 232/18 243/7
request [2] 6/21
162/15

require [1] 222/9
227/14
required [1] 232/1
requirement [2] 214/2
229/4
requiring [1] 231/11
research [3] 63/6
200/3 239/21
resident [2] 62/16
169/5 169/15
resist [1] 172/15
resolve [1] 6/10
resolved [2] 216/15
221/3
resources [1] 215/25
respect [1] 230/14
respectfully [3] 228/12
228/23 230/13
respond [2] 170/10
177/24
response [1] 221/8
responsibilities [3] 8/15
9/5 217/8
responsible [2] 9/8
9/17
rest [7] 34/20 104/14
119/9 155/13 200/2
203/14 241/11
restatement [1] 218/8
resting [1] 200/6
restricted [23] 19/5
41/20 44/22 58/2
60/19 64/12 64/17
88/15 88/18 94/8 94/8
100/2 217/17 220/20
225/11 225/14 226/8
227/15 227/18 231/6
231/7 233/10 233/13
restrictions [1] 224/19
restroom [1] 160/14
rests [1] 202/18
retreat [3] 47/3 117/18
194/13
returning [1] 197/18
reversible [1] 208/3
review [7] 6/20 67/1
67/20 174/20 175/2
175/7 239/7
reviewed [15] 66/11
71/12 93/1 94/21
111/1 132/2 132/10
132/15 142/23 149/7
151/6 159/20 164/7
176/20 184/24
reviewing [1] 67/4
111/5
revolution [3] 189/22
189/25 190/3
revolutionary [2] 190/2
190/13
reward [1] 233/13
Rhine [2] 232/17
232/21
Rhode [1] 1/21
right [122] 4/16 4/25
7/11 13/20 14/15 17/3
18/4 24/12 32/22 47/7
52/7 55/13 58/14

**R**

right... [109] 62/17
72/7 73/23 75/22 77/5
85/21 91/9 91/18 94/1
95/4 95/20 96/7 98/12
98/18 98/23 99/5 99/7
104/24 107/21 108/19
110/9 110/17 110/22
112/8 112/21 113/6
114/15 115/1 116/6
117/22 118/1 121/10
121/10 122/19 123/2
123/13 124/23 125/2
127/22 129/8 135/9
136/12 137/18 141/13
143/13 143/21 144/4
144/23 145/4 145/9
146/23 149/14 152/10
152/21 155/19 157/4
157/20 159/14 163/17
165/18 165/20 167/6
168/2 168/24 173/15
174/20 175/16 178/15
179/12 179/21 179/22
179/23 180/11 180/16
180/17 181/1 181/7
181/13 181/18 181/20
187/25 188/6 195/8
198/10 199/20 204/8
204/10 204/12 207/24
208/3 211/19 211/20
215/4 215/21 216/4
217/5 219/16 219/23
220/12 220/21 223/9
224/7 224/11 228/22
233/12 235/13 236/20
240/19 242/21
right-hand [2] 96/7
125/2
rights [6] 106/1 106/4
180/19 192/12 220/19
224/20
riot [8] 39/19 56/12
56/13 91/13 124/18
124/19 124/21 170/16
rioter [4] 29/16 49/23
92/11 141/11
rioters [29] 13/4 19/13
22/3 23/11 23/21
29/15 31/24 34/17
34/24 36/4 36/16 46/1
51/19 56/14 58/23
60/18 113/10 117/17
118/22 121/15 132/13
142/10 149/19 149/20
154/7 154/22 155/12
158/8 206/6
risk [4] 23/10 23/17
208/10 211/19
RMR [2] 1/22 243/6
Roger [2] 1/19 4/13
role [2] 74/15 77/22
roll [5] 11/1 11/3 39/11
39/16 39/16
room [3] 34/7 34/11
200/17
Roots [68] 1/19 2/6
2/10 4/13 4/23 7/9
38/14 42/3 46/5 46/14
50/25 54/12 69/1
73/19 74/25 75/5
75/16 83/9 100/22
102/12 103/9 108/15
110/3 114/22 127/2
133/7 161/15 161/17
161/18 162/14 164/17
164/22 166/14 168/4
171/3 173/14 174/19
177/9 178/8 178/15
179/5 179/7 180/10
183/9 184/19 186/2
187/6 188/10 190/18
192/12 192/18 195/7
196/17 196/18 197/16
200/21 204/2 204/13
211/24 230/18 233/2
234/21 238/7 242/2
242/18
Rosen [10] 214/20
214/22 215/4 215/6
215/7 217/6 217/13
224/24 234/11 236/24
Rosen's [1] 221/22
rotunda [35] 14/17
15/3 15/4 15/14 22/4
31/25 32/18 32/18
96/12 100/3 109/6
112/22 123/25 131/15
132/3 132/14 134/3
135/10 135/12 136/6
142/8 143/19 145/5
146/2 148/14 149/15
149/17 150/11 151/7
151/18 152/21 153/18
155/17 155/23 156/4
roughly [14] 9/19 9/23
13/23 21/2 57/23
78/21 82/19 87/6
87/11 96/10 122/11
135/16 139/23 142/18
routine [3] 9/15 39/12
39/25
rule [3] 178/5 209/15
210/2
ruled [2] 74/22 236/15
rules [1] 102/16
ruling [3] 223/24
237/11 240/25
run [3] 101/6 135/17
222/22
running [2] 216/20
222/22
rushing [1] 217/9

**S**

S-T-A-M-E-N-K-O-V-I-
C [1] 209/2
safety [1] 8/21
said [74] 5/25 10/19
11/18 12/18 13/19
22/18 25/2 25/3 30/3
37/17 39/1 39/10 43/9
45/7 45/16 56/20 57/4
58/13 62/17 84/3 91/5
101/25 102/3 105/2
105/5 106/15 126/2
126/7 126/10 127/11
134/19 169/2 169/16
172/22 175/22 176/22
177/19 181/3 181/14
184/24 186/22 187/18
187/19 187/20 188/17
188/17 188/20 188/20
188/22 188/23 189/7
189/8 189/9 189/13
190/11 190/20 196/23
196/24 204/7 204/7
209/4 209/15 210/1
212/21 219/24 220/22
226/1 227/1 229/15
232/17 242/6
sake [3] 9/10 112/25
204/25
same [50] 15/15 19/7
20/8 45/1 67/10 73/10
73/12 77/3 80/25 82/2
83/4 88/13 91/20
95/18 95/19 107/2
121/18 121/24 122/2
122/8 127/22 128/21
130/18 132/16 135/12
135/14 135/14 135/15
135/18 138/20 138/22
139/16 139/19 142/18
147/6 156/3 156/17
157/5 166/15 177/7
177/8 188/1 194/20
204/24 212/22 223/25
224/16 226/22 227/13
242/4
save [4] 71/9 102/3
106/7 213/9
saved [1] 81/13
saw [24] 26/1 60/16
91/20 95/18 109/16
113/10 116/8 119/7
121/18 123/17 129/15
135/13 138/8 138/15
139/17 141/11 141/11
142/10 152/23 156/17
165/3 193/22 194/14
234/7
say [74] 8/23 10/8
10/20 12/4 14/1 19/21
34/8 38/6 41/13 42/8
43/2 43/21 50/6 50/17
51/13 51/15 53/9
53/12 53/12 57/10
58/7 78/18 84/6 85/7
90/17 90/18 99/14
100/20 107/7 110/10
125/14 126/1 127/14
133/25 135/9 142/16
165/1 165/3 168/13
169/11 170/23 170/23
170/25 174/24 179/17
179/24 180/18 180/20
180/21 180/23 181/6
183/1 183/10 187/17
187/17 189/2 189/3
189/4 189/5 189/11
189/12 189/14 191/13
192/16 196/8 208/7
211/3 220/2 224/7
224/8 230/3 231/7
239/18 241/20
13/12 22/21 24/22
24/22 46/7 83/10
87/22 160/11 174/3
175/1 175/12 179/16
179/20 181/15 192/5
192/6 211/2 218/9
220/16 222/13 230/21
233/2 233/8 238/24
239/5 239/6 239/6
239/8 239/9 242/4
says [23] 75/3 77/13
84/1 93/20 110/5
126/17 127/23 161/9
162/11 170/20 191/11
197/15 201/21 204/16
207/17 223/8 227/20
231/14 231/16 235/1
235/18 237/24 240/3
scare [1] 45/13
scares [1] 57/4
scarf [5] 32/9 59/6
69/15 70/4 86/5
scene [5] 11/7 35/2
132/19 237/25 239/3
scenes [1] 193/16
scheduling [1] 101/18
scope [6] 103/2 187/14
205/9 212/10 212/21
225/6
scream [1] 194/4
screaming [1] 194/3
screen [40] 65/7 70/4
88/21 91/10 96/8
98/18 98/23 113/6
114/11 116/7 120/2
121/3 122/23 125/3
137/21 141/4 141/10
144/23 145/4 145/11
145/17 146/23 147/1
147/11 148/23 150/17
150/25 151/20 152/2
152/24 155/7 155/20
156/12 156/16 156/25
157/3 157/11 158/3
165/19 167/6
screening [1] 8/20
screenshot [5] 71/5
71/7 71/25 73/7 73/11
scribbled [2] 114/10
114/10
scrum [1] 59/7
search [1] 84/16
seated [14] 7/15 7/21
38/10 38/13 61/19
64/3 101/9 101/12
108/21 167/23 168/1
200/20 216/7 216/25
second [33] 33/15 36/8
37/2 68/9 77/2 77/7
77/10 78/23 79/20
96/4 113/17 114/5
121/9 122/17 124/6
127/14 131/10 134/8
135/21 136/9 136/23
138/25 143/22 151/13
160/15 164/5 194/19
195/24 203/6 208/19
218/5 221/1 239/22
17/12 19/10 21/7
21/10 21/24 23/1
23/25 24/16 25/7 26/5
26/21 27/12 27/13
31/3 31/17 31/21
32/11 33/1 33/14
48/18 55/7 55/10
59/15 82/21 85/18
87/19 88/9 89/5 95/21
95/24 97/8 97/8 97/11
99/20 111/14 111/16
111/20 112/3 113/1
113/18 118/18 123/14
124/12 125/17 129/22
130/15 131/23 132/8
137/17 140/4 140/18
141/1 141/14 142/4
143/7 143/8 144/8
146/11 147/2 148/7
151/10 151/11 151/24
152/3 153/22 154/13
154/18 154/24 158/22
198/7 198/23
secrecy [1] 232/25
Secret [5] 225/15
230/24 231/7 231/17
232/25
section [1] 8/16
secure [4] 19/25 20/9
20/9 58/9
security [4] 8/20 8/21
9/8 62/10
see [97] 20/24 23/13
25/20 25/22 26/22
27/5 27/9 28/8 28/18
28/25 30/3 30/4 30/4
30/8 30/12 32/6 33/19
36/23 37/6 40/12 46/6
47/6 47/12 48/18
49/19 50/2 50/6 51/11
51/13 51/13 51/16
51/23 52/10 54/9 55/1
55/15 55/16 56/5 59/3
60/12 60/18 63/11
63/16 69/14 71/17
71/21 72/19 74/12
81/22 86/16 88/2
89/17 93/20 94/5 95/8
97/14 99/12 99/24
110/11 111/21 112/6
112/13 113/5 113/9
114/11 116/7 116/12
118/22 125/12 130/5
134/24 137/21 138/1
140/12 142/9 144/16
144/16 145/21 148/12
150/24 152/3 156/12
163/5 182/12 185/11
191/11 191/20 191/21
192/16 193/16 193/19
196/4 200/10 205/20
208/23 216/22 242/20
seeing [6] 68/8 81/19
87/10 129/6 192/2
223/2
seem [7] 89/2 117/2
125/5 177/20 210/25
233/17 240/14

seemed [2]  92/11 102/2
seems [11]  12/25 42/8 103/8 103/11 175/14 179/10 205/16 211/3 213/12 234/3 241/16
seen [17]  44/19 45/9 50/15 56/16 86/21 87/5 127/1 127/2 133/1 146/16 148/3 150/16 178/21 188/14 222/19 239/24 241/23
segment [1]  182/22
segregated [1]  219/6
selected [1]  75/3
self [1]  126/11
self-evident [1]  126/11
Senate [2]  153/7 153/20
send [3]  5/5 5/23 64/24
sending [2]  145/9 146/8
sense [19]  13/8 20/24 29/9 35/2 37/2 44/15 46/13 75/5 101/19 126/4 126/18 161/18 171/3 175/10 176/9 196/23 218/3 237/4 242/18
sent [5]  66/3 66/7 69/8 69/9 172/19
sentence [1]  240/1
separate [1]  216/16
separated [1]  10/12
separately [1]  105/9
sergeant [3]  9/4 9/5 39/3
sergeants [1]  10/22
series [1]  54/4
serious [2]  57/4 174/9
Service [5]  225/15 230/24 231/7 231/17 232/25
session [1]  74/15
set [5]  4/4 16/14 66/12 83/11 90/25
setting [1]  212/5
seven [1]  103/13
seven-week [1]  103/13
several [3]  81/14 225/16 228/18
several-page-long [1] 81/14
share [9]  108/9 174/4 182/2 182/5 182/6 182/6 182/8 182/11 182/14
shared [16]  74/7 76/20 78/4 78/8 78/19 78/25 79/12 80/6 80/8 82/6 82/9 82/16 83/11 83/17 181/25 206/14
shares [2]  77/11 182/4
sharing [1]  182/9
she [148]  5/23 32/8 59/5 59/7 64/16 65/1 66/7 74/5 74/7 74/7 78/4 78/8 86/8 90/17

96/10 100/4 100/6 110/24 112/8 112/11 112/20 114/15 115/17 115/18 116/15 117/3 118/3 120/2 120/2 120/4 120/6 120/8 122/8 122/11 122/20 122/24 125/6 126/7 128/8 128/18 128/18 128/18 128/20 128/21 128/21 128/24 131/20 132/3 136/17 139/12 139/23 140/1 142/16 144/18 144/20 144/21 144/22 147/1 148/13 150/13 150/25 153/5 153/6 155/9 155/24 157/2 157/3 157/5 158/4 158/10 159/6 159/8 159/19 159/24 161/9 161/9 161/19 162/11 162/11 165/6 166/11 169/8 172/15 172/16 172/17 172/17 172/19 172/22 172/24 172/25 173/2 173/4 173/4 174/1 174/2 174/3 174/3 174/5 175/23 175/24 175/25 176/22 176/25 177/20 180/13 181/1 181/5 181/6 181/6 181/7 181/11 188/2 188/2 188/7 189/10 191/7 191/8 191/12 192/3 193/16 194/12 194/12 194/15 194/16 194/19 194/20 195/3 197/7 198/17 199/12 199/14 199/16 199/17 199/18 222/6 222/6 222/7 222/7 222/20 222/22 223/1 223/5 224/8 239/2 239/3
she's [42]  63/18 90/15 92/6 95/14 95/17 96/11 112/9 112/23 116/15 116/17 119/8 119/11 120/18 120/20 122/13 122/13 125/7 131/21 136/17 139/25 142/17 144/5 149/15 150/11 150/15 155/10 156/16 158/19 158/20 158/20 158/20 159/7 175/12 178/22 181/16 179/6 197/13 197/16 197/21 222/4 222/20 222/21
sheriff's [1]  169/23
shield [3]  124/18 124/19 124/21
shields [2]  39/19 39/25
shift [1]  222/1
shirt [1]  40/1
shoehorning [1]  222/15
shoot [2]  186/23 189/5
shooter [3]  45/13 57/5

short [4]  160/19 200/11 206/22 218/9
shot [1]  186/4
should [15]  19/21 27/20 68/8 76/4 99/14 129/20 184/14 185/5 186/11 201/9 201/10 209/11 209/12 209/24 239/12
shouldn't [2]  233/5 233/11
shout [1]  194/4
shouting [1]  194/3
shove [1]  222/7
shoving [1]  49/14
show [21]  13/7 53/21 54/10 83/23 87/5 93/23 126/22 132/12 133/23 160/4 162/5 163/16 164/24 174/1 174/8 175/15 181/25 182/17 182/21 188/6 216/1
showed [7]  100/1 132/2 135/9 142/23 151/6 185/7 219/22
showing [5]  87/10 197/17 209/18 210/5 240/7
shown [3]  114/8 132/19 186/9
shows [2]  93/24 132/13
side [44]  9/18 10/19 11/11 14/16 15/8 16/20 23/9 30/17 33/7 57/24 63/21 91/9 97/24 97/24 98/18 98/21 98/23 114/6 116/6 121/2 123/1 123/23 129/8 129/19 129/20 135/12 135/14 135/15 135/18 143/13 143/21 145/4 145/17 146/23 148/22 153/7 153/20 156/25 165/18 167/6 198/17 204/18 205/2 233/7
sidebar [34]  12/23 41/23 43/15 45/23 46/24 49/21 51/6 54/1 65/19 67/12 68/15 68/17 73/18 76/25 83/8 100/12 110/2 114/21 125/23 160/10 162/13 164/21 170/4 172/2 174/12 177/5 179/3 183/7 183/8 185/18 187/4 190/5 196/16 199/25
sides [3]  196/23 232/7 232/8
sideways [1]  194/13
Sidney [9]  74/12 74/14 75/6 76/19 173/21 174/25 175/4 177/11 182/17
sign [13]  133/22

133/25 134/2 137/24 138/17 191/24 192/2 192/17 192/24 227/20
signs [4]  189/21 191/8 191/20 191/21
similar [13]  9/6 14/15 14/23 82/18 83/24 109/16 135/5 138/8 138/14 138/14 174/14 226/15 226/23
simply [11]  175/21 189/2 197/24 205/24 206/14 211/10 211/18 212/3 212/18 230/16 241/18
since [6]  15/17 39/6 102/1 159/17 162/4 230/3
sir [9]  7/16 38/23 50/18 57/7 168/19 169/4 169/15 195/2 195/5
sit [1]  169/23
site [2]  207/8 209/1
sits [2]  15/6 15/6
sitting [1]  63/20
situation [4]  54/6 107/15 194/12 206/13
situations [1]  103/5
six [4]  103/12 229/1 229/19 232/13
sized [1]  11/10
skipped [1]  67/13
skylights [1]  9/21
sleeping [3]  235/5 235/15 235/16
sleeves [1]  134/24
slept [1]  38/1
slightly [10]  28/5 28/16 44/18 46/18 47/10 54/25 83/25 177/10 178/17 237/21
slow [1]  35/16
small [3]  37/6 236/23 240/21
smart [3]  41/19 41/25 42/1
SMITH [20]  2/8 4/10 61/14 61/15 61/25 63/23 65/5 66/18 93/13 94/14 96/16 99/24 100/15 102/9 109/3 110/21 163/13 168/7 195/11 210/10
smoking [1]  222/10
smoothly [1]  242/8
snare [1]  227/24
snippet [1]  75/3
so [327]  6/13 7/4 7/7 7/11 7/24 9/1 9/6 9/20 10/10 10/11 10/19 10/22 10/24 11/1 11/10 11/11 11/18 11/20 11/21 12/5 12/12 12/20 13/7 13/20 13/12 13/18 14/2 14/3 14/4 17/11 19/24 20/8 20/11 20/15 20/16 20/17 20/23 20/23

30/17 30/25 36/5 38/7 38/25 39/12 39/22 39/24 41/1 41/6 41/10 42/20 46/11 47/2 47/23 48/15 48/23 49/13 51/7 51/13 51/16 52/20 52/23 52/24 53/20 54/9 54/9 54/13 54/15 54/20 54/23 55/7 55/22 56/19 57/8 57/17 58/10 58/13 60/16 61/10 63/5 64/1 64/11 65/10 65/21 66/11 69/5 70/3 72/11 73/23 75/4 75/6 75/11 75/16 75/22 76/4 77/7 77/24 80/9 81/12 81/22 83/10 84/8 85/24 86/7 86/24 88/11 89/8 91/19 92/10 93/11 95/8 98/12 99/15 100/19 101/4 101/6 101/17 102/9 102/17 102/19 103/17 103/24 104/17 105/12 105/19 105/22 105/23 105/25 106/5 107/18 109/8 110/4 110/5 110/24 111/4 111/16 112/10 118/10 123/13 124/25 125/24 126/8 126/12 127/8 131/1 131/14 134/15 135/3 135/15 136/7 141/9 144/16 146/7 148/16 148/20 150/5 150/25 152/21 155/16 159/14 161/10 162/24 163/4 163/16 163/22 163/22 165/9 166/21 167/19 167/20 168/14 169/11 169/16 169/25 169/20 169/23 169/25 170/12 170/17 171/4 171/8 171/11 171/17 173/2 173/24 174/3 174/18 174/23 175/6 175/15 177/12 179/16 179/19 181/23 183/9 183/10 183/21 183/22 184/14 184/18 184/24 185/7 186/11 187/5 187/17 187/25 188/20 189/16 190/20 190/24 191/6 191/19 192/10 192/22 195/7 196/20 196/25 197/8 197/10 197/25 199/12 199/20 200/5 200/17 200/21 201/1 201/4 203/25 204/8 204/11 204/13 204/14 204/19 205/18 206/7 206/24 207/4 207/23 208/10 208/14 208/16 208/23 211/13 211/18 212/23 212/24 213/2 213/7

so... [74] 213/12
213/14 213/25 214/9
214/14 215/3 215/17
215/19 216/4 216/17
216/19 217/1 217/4
217/9 217/12 217/14
218/17 218/25 219/19
220/6 220/9 220/15
220/21 220/24 221/12
222/2 222/4 222/17
222/25 223/7 223/10
224/22 224/24 226/15
228/2 228/15 229/10
229/11 229/18 230/12
230/19 230/24 231/5
231/18 231/25 232/1
232/4 232/10 233/13
233/15 234/9 234/24
235/8 235/17 236/1
236/16 236/17 236/19
236/21 236/25 238/10
238/14 239/9 239/16
239/25 240/13 241/1
241/3 241/3 242/2
242/8 242/9 242/15
242/20
social [1] 70/15
solicited [1] 197/16
some [103] 11/13
20/14 24/16 39/18
43/2 44/4 45/13 45/15
48/25 49/14 50/2 50/9
63/2 64/7 66/10 72/12
72/19 76/8 81/12 86/9
89/22 92/23 93/20
94/18 96/19 99/8
103/10 103/19 103/23
106/14 108/3 109/15
115/16 121/4 123/12
124/1 145/9 145/16
146/16 147/25 148/3
149/20 157/23 159/20
161/23 162/5 171/3
173/21 174/23 175/7
179/13 182/14 182/24
185/11 187/18 187/19
187/19 188/17 188/18
188/22 188/23 189/4
189/8 189/8 189/9
189/10 189/14 189/24
191/14 192/8 192/8
192/10 194/5 194/8
194/11 195/1 195/3
195/17 197/10 200/3
203/13 208/1 208/9
208/9 213/12 216/9
217/3 217/3 217/3
217/8 217/14 218/2
219/11 220/2 229/7
230/19 230/22 232/24
233/11 235/22 236/8
240/23 241/14
somebody [7] 20/11
24/20 30/25 186/7
198/12 223/18 241/21
someone [20] 20/6
20/14 20/17 49/17
50/1 51/17 64/9 125/2

186/5 188/15 189/3
189/5 189/22 197/19
224/8 232/1 241/24
someone's [1] 241/14
something [57] 12/16
22/24 36/3 41/4 41/25
45/13 50/14 51/14
51/17 70/5 71/7 75/10
75/20 78/21 86/20
89/8 92/7 103/20
106/20 107/13 108/3
113/5 115/15 121/15
125/14 126/20 127/7
127/14 139/10 139/13
145/12 145/19 145/21
165/8 172/23 176/7
177/23 182/25 183/20
184/3 184/19 186/10
189/5 191/14 201/13
203/20 205/6 207/1
208/5 211/6 212/10
212/21 222/10 224/9
225/19 236/11 242/15
Sometime [1] 162/8
sometimes [7] 41/14
127/3 127/4 201/12
205/19 205/22 236/10
somewhat [2] 214/10
232/9
somewhere [3] 33/7
49/18 235/7
soon [5] 5/22 11/5
sorry [14] 96/1 104/7
104/24 105/3 105/21
121/8 140/22 157/18
180/19 201/18 209/23
211/24 217/11 222/21
sort [46] 25/22 30/8
42/4 42/6 42/15 44/1
45/15 49/2 51/9 51/10
55/6 70/11 84/2
101/18 101/19 106/12
107/25 108/4 108/7
126/13 133/25 137/20
139/23 162/5 174/20
174/24 175/4 175/13
175/16 187/9 187/12
188/25 190/25 192/5
192/12 192/15 206/1
206/7 206/21 208/7
216/10 221/6 227/16
230/3 230/6 240/1
sorts [2] 160/4 163/17
sound [14] 12/5 12/7
24/16 24/20 34/2 34/6
35/3 40/6 40/18 40/20
84/25 100/22 155/19
241/7
sounded [1] 188/18
sounds [8] 68/25 103/6
103/22 107/4 107/20
161/20 165/7 241/10
source [3] 132/21
132/23 185/15
space [1] 81/12
spaces [1] 233/18
span [1] 81/16
speak [11] 51/19

161/13 162/20 162/22
163/13 176/7 201/2
212/3
speaker [4] 41/16 43/5
85/4 85/7
speakers [3] 173/21
174/7 182/18
speaking [13] 24/21
62/5 79/25 84/2 88/12
108/1 126/6 139/23
154/3 163/8 198/2
198/9 229/6
speaks [3] 53/24
175/11 223/9
special [29] 4/10 61/13
61/25 62/2 62/3 63/23
64/2 65/5 65/13 65/25
66/18 93/13 94/14
96/16 99/24 100/15
102/9 109/3 110/20
163/13 168/7 168/11
168/13 168/15 168/20
168/21 169/13 176/16
182/3
specialists [1] 215/25
specific [6] 47/5 83/25
143/7 170/7 182/7
193/24
specifically [8] 62/8
169/20 211/3 218/19
227/5 229/10 231/15
237/16
specified [1] 42/1
specify [2] 43/19
237/22
spectator [1] 239/11
speculate [7] 44/13
46/7 50/1 50/8 184/8
184/14 189/2
speculating [2] 50/13
189/16
speculation [4] 43/16
46/3 187/15 191/17
speculative [1] 41/24
speech [2] 184/9
184/15
speed [5] 37/1 112/25
113/20 114/17 116/3
spell [1] 8/6
spirit [4] 6/21 189/1
212/17 213/3
split [1] 219/11
splitting [1] 80/1
spoke [9] 5/1 5/23 5/24
104/22 104/25 105/2
105/4 106/24 206/9
spot [3] 49/2 113/12
152/18
spray [6] 35/5 35/7
35/10 35/13 141/12
154/23
sprayed [1] 15/7
spread [1] 230/25
Springs [4] 62/16
169/3 169/4 169/15
squad [4] 62/10 63/5
160/10 171/16
squeeze [2] 205/18

staff [1] 8/22
staffing [1] 172/8
stairs [28] 14/17 14/17
14/18 14/19 14/20
14/21 14/23 14/24
15/3 15/14 20/1 22/4
22/5 22/9 27/11 27/20
31/25 32/18 96/11
117/4 118/12 118/25
123/24 131/5 131/16
131/21 132/14 148/13
stairway [2] 145/4
147/6
Stamenkovic [1] 209/2
stamp [14] 16/4 17/16
17/23 21/18 60/3
60/14 111/18 118/9
143/4 144/2 148/15
151/2 156/10 159/2
stanchions [2] 27/18
28/1
stand [3] 11/5 83/12
186/23
standard [3] 209/20
221/17 236/2
standing [22] 10/15
22/13 51/14 58/5 81/8
87/2 87/6 90/15 91/15
92/5 96/10 96/11
118/11 123/22 123/24
139/16 139/17 145/3
166/16 166/18 167/13
197/1
standpoint [2] 203/16
203/17
start [24] 11/14 24/15
25/16 39/12 47/16
54/16 62/24 85/14
86/3 100/7 123/17
133/12 176/3 178/1
190/6 190/19 190/21
204/23 216/5 216/17
216/18 217/1 218/1
241/5
started [11] 7/11 9/14
11/19 12/13 13/19
13/23 15/4 17/10
101/13 128/19 192/5
198/16 241/2
starting [3] 4/6 17/10
74/19
starts [1] 11/14
state [13] 8/6 46/1
49/23 54/16 126/3
126/9 127/5 127/5
182/24 187/6 198/1
202/6 227/11
stated [8] 57/3 64/16
84/21 127/8 210/19
220/10 232/21 239/1
statement [10] 13/5
66/4 66/9 126/20
165/5 183/16 197/3
197/4 197/5 224/4
statements [36] 13/1
159/23 175/2 175/5
176/22 177/11 177/15
177/16 177/18 177/19

178/18 178/22 178/23
179/5 179/25 181/11
181/15 182/18 182/23
183/2 187/8 187/10
187/14 187/21 189/16
189/22 189/24 190/22
190/23 191/8 191/22
192/17 196/21
states [31] 1/1 1/2 1/9
1/11 1/14 4/3 4/8 6/4
7/25 45/24 61/13 62/8
101/14 102/25 106/16
108/12 142/24 167/9
169/21 183/14 201/16
204/21 207/13 207/15
212/12 225/22 226/1
226/17 228/9 228/10
230/6
States' [1] 213/21
stating [1] 23/10 126/9
127/3
stationed [1] 14/6
statute [21] 226/3
226/6 226/23 227/13
229/1 229/2 229/12
229/18 230/15 231/11
231/13 231/14 231/19
232/22 232/24 233/9
233/17 233/19 233/21
234/23 235/9
statutory [2] 214/10
235/25
stay [3] 114/17 216/14
218/22
stayed [1] 142/18
staying [3] 235/5
235/12 235/15
steal [5] 25/4 30/1 33/5
186/23 189/4
step [4] 19/25 43/24
61/10 199/21
steps [21] 15/13 22/13
27/24 53/7 55/6 100/3
109/6 112/22 112/23
112/24 117/3 129/8
131/14 132/3 134/3
134/4 134/5 135/10
135/12 135/14 135/17
stick [2] 208/21 236/2
sticking [1] 86/20
still [18] 77/3 101/23
103/14 112/6 114/8
115/23 116/21 117/19
120/8 122/11 128/24
158/3 159/5 206/24
208/24 215/12 215/18
239/9
stolen [1] 184/3
stomach [1] 206/11
stood [3] 12/20 13/13
13/18
stop [36] 17/3 17/9
18/17 19/3 22/9 25/4
27/3 27/15 27/20
29/14 30/1 30/6 33/5
33/10 33/17 35/11
35/15 36/11 37/4
49/10 52/21 59/22

stop... [14]  60/1 60/10
93/16 130/16 131/11
134/17 137/18 144/20
155/3 155/4 173/24
186/23 189/4 195/25
stopping [4]  18/23
18/25 20/1 20/2
story [1]  203/21
straight [3]  49/19 53/6
180/15
strange [1]  83/16
strangely [1]  231/14
Street [3]  1/12 1/17
1/20
stretching [1]  180/7
strike [7]  166/7 173/10
173/12 181/22 183/23
184/21 224/4
strikes [1]  107/8
stripe [1]  99/5
strived [1]  170/6
strong [1]  220/6
structure [4]  136/4
226/15 226/23 229/20
students [2]  219/3
219/7
stuff [4]  20/10 62/6
63/6 182/11
stun [1]  12/6
subject [1]  183/20
subofficer [1]  169/4
subpoenas [1]  84/16
subsection [2]  226/10
226/25
subsections [1]  227/5
successful [3]  14/10
33/12 131/1
successfully [1]  236/7
such [4]  168/18 214/9
231/1 232/2
sufficient [3]  66/14
238/2 239/15
sufficiently [2]  213/3
223/19
suggest [2]  176/25
232/22
suggesting [3]  190/1
195/3 202/14
suggestion [2]  237/21
237/24
suicide [1]  231/22
Suite [1]  1/20
summarize [3]  201/24
202/13 217/19
Sumrall [3]  5/8 5/12
107/3
support [1]  108/3
supported [1]  230/13
supports [1]  229/6
supposed [2]  199/14
222/11
Supreme [6]  219/1
219/11 219/24 226/1
226/21 227/1
sure [62]  5/25 12/13
13/24 33/8 37/21
47/22 51/1 51/24
68/20 76/24 77/9

100/25 101/19 102/19
102/22 104/23 104/24
106/7 107/25 108/6
110/10 110/13 114/24
115/2 126/2 127/6
127/12 127/13 161/13
163/8 172/7 175/8
179/5 179/19 179/24
180/2 180/6 180/10
181/20 181/22 192/9
194/16 200/25 201/11
202/10 202/22 203/22
204/23 212/5 213/10
215/2 216/12 217/15
217/21 217/25 234/16
238/13 238/20 238/23
Surely [1]  190/1
surgery [1]  197/6
surgical [1]  197/13
surprise [2]  202/18
209/10
surprised [2]  11/9
191/25
surprising [1]  206/2
suspect [1]  224/7
suspects [1]  34/11
SWAT [3]  34/5 34/10
34/13
switch [1]  224/24
sworn [2]  7/18 61/16
sync [1]  98/13
synced [1]  99/3
synchronization [1]
98/4
synchronized [2]  97/23
97/24
system [10]  10/10 40/4
40/6 40/18 41/16 43/5
45/9 45/10 57/3 57/3

T

table [6]  63/20 64/4
103/25 218/22 218/23
218/24
tactic [3]  34/5 34/7
34/8
tactical [3]  91/13
157/23 203/17
tailored [1]  191/18
take [46]  38/6 43/24
70/13 74/17 80/11
85/12 87/17 92/17
94/11 96/13 97/18
100/19 100/21 101/3
103/19 114/5 118/15
123/9 131/7 131/25
137/15 142/21 148/17
151/4 153/11 157/7
159/14 160/12 161/5
165/24 166/25 173/14
174/22 179/12 180/17
199/23 200/10 200/11
200/15 200/25 207/2
208/20 218/21 232/4
236/14 239/16
taken [21]  15/24 16/3
17/21 21/14 21/16
26/12 26/14 31/6 31/8
38/11 88/11 101/11

153/14 167/24 186/7
213/19 214/5 234/8
takes [2]  20/11 30/25
taking [6]  6/17 18/15
20/11 20/14 208/15
214/21
talk [23]  5/10 46/1
62/21 64/7 103/5
104/6 106/8 106/13
109/8 160/4 161/3
161/15 162/5 162/14
163/16 175/9 176/4
184/6 203/25 208/20
213/15 213/16 218/19
talked [13]  49/13 59/21
59/24 125/25 129/7
129/11 140/1 146/7
154/8 154/16 159/8
199/13 229/10
talking [21]  6/7 54/5
58/1 75/6 75/8 106/17
107/9 107/10 107/16
129/9 136/1 136/15
158/21 162/18 163/16
164/6 179/8 182/6
225/8 225/19 233/6
talks [1]  84/1
tall [2]  86/3 152/7
tammy [5]  1/22 1/24
243/6 243/6 243/8
tapping [1]  25/16
taser [1]  12/6
tasers [2]  11/24 12/4
task [7]  62/9 62/19
169/17 169/20 170/21
171/11 184/12
tasking [1]  63/5
Tavern [8]  160/5 162/5
163/17 164/6 164/7
164/13 166/2 167/4
team [2]  7/8 34/5
tear [1]  35/6
technical [3]  161/24
212/24 214/10
technology [1]  4/17
Teeter [1]  216/11
television [1]  173/18
tell [19]  22/21 40/14
100/13 106/17 134/22
138/20 145/20 163/4
175/23 193/12 194/5
208/17 208/22 237/2
238/21 239/17 239/25
240/4 241/22
telling [2]  22/15 122/24
tells [2]  99/3 229/19
temporarily [6]  234/24
234/25 235/3 235/10
235/11 235/14
temporary [2]  10/5
16/13
ten [16]  26/5 26/21
27/12 31/21 32/11
101/6 113/18 125/17
129/22 141/1 144/8
146/10 148/7 160/23
161/6 200/10
tend [1]  214/13

210/19 210/24
Terence [3]  1/11 4/7
43/17
term [2]  45/16 177/8
terminology [1]  170/7
terms [18]  50/12 64/8
101/18 103/12 104/2
106/6 107/25 108/2
132/12 132/23 133/22
170/16 174/23 177/13
187/15 187/15 204/10
226/23
terrible [1]  212/25
terrorism [13]  62/9
62/18 169/17 169/20
169/25 170/9 170/11
170/21 170/22 171/8
171/11 171/12 184/12
test [1]  242/11
testified [7]  5/16 6/9
7/19 53/6 61/17
189/13 206/5
testify [14]  49/23 51/11
51/13 105/8 106/15
107/5 141/17 141/20
181/8 206/16 206/19
207/5 209/6 209/21
testifying [4]  43/18
46/4 203/8 241/24
testimony [27]  48/16
50/22 100/17 160/21
165/1 175/21 181/6
187/10 188/14 197/12
201/22 201/23 203/4
203/4 205/4 206/3
206/12 206/25 207/17
207/20 209/7 210/18
212/9 212/11 212/13
213/2 216/20
tests [2]  41/6 41/8
text [12]  76/17 76/18
92/23 93/3 93/20
94/18 94/23 95/9
96/19 96/23 109/15
109/20
than [15]  6/14 23/18
83/18 83/25 91/13
107/17 120/2 120/7
121/25 127/5 174/4
179/15 220/15 227/7
238/5
Thank [56]  4/21 4/22
6/2 6/23 7/7 7/20 8/1
10/1 13/9 17/14 18/10
22/1 23/3 24/25 25/16
25/18 32/4 32/13
34/22 37/13 38/16
42/21 46/15 50/19
57/1 57/17 58/18
59/22 61/5 61/18 64/5
65/9 66/15 67/17 72/8
77/25 101/9 115/7
127/18 143/9 161/20
162/1 162/24 163/11
172/10 184/19 195/6
199/21 199/22 200/20
213/17 213/18 216/22
225/2 234/13 237/1

Thanks [19]  7/22 38/8
61/10 61/11 69/1 69/2
108/22 110/17 115/6
161/23 167/19 195/7
199/20 200/8 203/6
217/16 225/4 234/11
242/21
that [1082]  5/4 5/5 5/8
5/9 5/9 5/11 5/12 5/13
5/23 6/1 6/3 6/9 6/14
6/21 6/22 6/25 7/3 7/5
7/10 8/19 9/19 9/23
10/2 10/3 10/5 10/5
10/6 10/10 10/11
10/17 10/17 10/19
10/23 11/5 11/10
11/15 11/16 11/17
11/18 11/18 11/19
11/22 11/25 11/25
12/1 12/2 12/7 12/8
12/9 12/10 12/12
12/12 12/14 12/16
12/20 13/1 13/13
13/15 13/16 13/18
13/19 13/20 13/23
13/24 14/9 14/10
14/14 14/19 15/2 15/9
15/10 15/10 15/11
15/12 15/20 16/13
16/14 16/16 16/20
17/8 17/11 17/23
18/17 18/18 18/22
18/24 19/6 19/16
19/25 20/5 20/10
20/14 20/25 22/10
22/12 22/17 22/18
23/22 24/22 25/5
25/10 27/9 27/18
27/18 27/19 27/20
27/22 28/1 28/2 28/20
29/7 29/7 29/9 29/25
30/12 30/16 30/21
30/23 30/24 30/25
34/2 34/14 34/15 35/2
35/3 35/14 36/5 36/18
37/21 37/24 38/8
38/19 38/22 38/25
39/14 39/14 39/15
39/17 39/18 39/19
39/20 39/22 39/22
39/23 39/24 40/3 40/4
40/5 40/15 40/20 41/1
41/4 41/4 41/9 41/11
41/16 41/17 41/19
41/20 42/2 42/4 42/5
42/8 42/8 42/14 42/16
42/20 42/21 43/5 43/8
43/11 43/12 43/23
44/2 44/3 44/11 44/14
44/20 44/21 44/25
45/1 45/4 45/6 45/7
45/8 45/10 45/16
45/18 45/18 45/19
46/2 46/2 46/11 46/13
47/3 47/20 47/20
47/21 47/21 47/22
48/4 48/5 48/7 48/8
48/21 48/25 49/2 49/8

Case 21-23-00-000000-ME Document 2-7 Filed 05/02/24 Page 273 of 281

that... [874] 49/25 50/6
50/7 50/8 50/10 50/22
51/17 51/19 52/15
52/15 52/17 52/18
52/18 52/24 52/24
53/7 53/9 53/9 53/12
53/12 53/13 53/16
53/16 53/18 53/20
54/20 55/1 56/16 57/2
57/3 57/8 57/8 57/14
58/5 58/9 58/14 58/14
60/2 60/12 60/25 61/7
62/7 62/11 62/12
62/17 63/7 63/22 64/1
64/11 64/16 64/16
64/24 65/12 65/20
65/24 66/1 66/2 66/5
66/7 66/13 66/13
66/22 67/4 67/4 67/20
67/21 67/24 67/25
68/25 69/1 69/22 70/5
70/18 70/21 71/8
71/12 71/23 72/1
72/12 72/13 72/15
72/19 72/19 72/22
73/5 73/8 73/10 74/2
74/7 74/7 74/11 74/17
74/21 75/2 75/3 75/3
75/4 75/5 75/10 75/13
75/14 75/14 75/17
75/21 75/23 76/15
77/15 77/16 77/17
77/18 77/20 77/23
77/24 78/4 78/7 78/7
78/16 78/19 78/25
79/8 79/12 79/12 80/3
80/4 80/13 80/14
80/25 81/4 81/19
81/24 82/1 82/5 82/8
83/11 83/14 83/14
83/16 83/18 83/23
84/4 84/5 84/7 84/9
85/25 86/7 86/16
86/19 86/21 86/24
87/5 87/6 87/11 87/11
87/12 87/13 87/15
87/16 88/3 88/17
88/22 89/9 89/23 90/4
90/8 90/9 90/11 90/13
90/25 91/10 91/12
92/3 92/4 92/11 92/14
93/20 93/23 93/24
93/24 94/6 94/7 95/11
95/18 96/8 96/9 96/11
97/16 98/12 98/18
98/21 98/25 99/3 99/3
99/4 99/5 99/8 100/1
100/3 100/17 100/18
100/18 100/22 102/18
102/18 102/19 102/20
102/22 103/11 103/15
103/20 103/23 103/24
104/10 104/22 105/5
105/7 105/7 105/8
105/10 105/11 105/23
105/25 106/3 106/3
106/10 106/11 106/13

106/19 106/20 106/23
107/1 107/7 107/8
107/9 107/11 107/12
107/21 108/1 108/2
108/4 108/6 108/6
108/8 109/8 110/8
110/22 111/6 111/23
112/17 113/5 113/12
114/5 114/11 114/13
114/15 114/22 117/16
119/4 119/7 119/25
120/5 120/15 120/18
121/2 121/15 121/18
122/3 122/3 122/6
123/17 123/18 123/24
124/3 124/4 124/16
124/19 124/21 124/21
125/3 126/5 126/10
126/14 126/15 126/20
126/22 126/25 127/6
127/7 127/13 128/4
128/6 128/16 128/24
129/7 129/7 129/9
129/13 129/15 129/18
130/5 130/7 130/19
131/18 132/2 132/18
133/23 133/25 134/22
134/24 135/2 135/5
135/8 135/9 135/13
135/16 136/1 136/5
136/20 137/5 137/8
137/11 137/12 137/21
137/23 137/25 138/1
138/3 138/17 138/20
139/13 139/20 139/22
140/1 140/1 141/9
141/10 141/20 141/23
142/18 142/23 143/21
143/25 144/17 145/18
146/16 146/24 147/15
148/23 148/23 149/1
149/5 149/10 149/12
149/25 150/8 150/17
151/6 151/11 151/20
151/22 152/4 152/6
152/8 152/24 153/8
153/15 153/17 153/17
154/8 154/8 154/23
155/7 155/17 155/19
156/17 156/25 157/5
157/12 157/14 158/7
159/18 160/2 161/11
161/15 161/16 161/17
161/18 161/20 162/4
162/7 162/15 162/22
163/13 163/17 163/20
164/5 164/9 165/4
165/8 166/4 166/8
166/18 166/18 167/6
168/11 168/15 168/15
169/7 169/14 169/20
170/14 170/15 170/18
170/20 170/22 170/24
171/3 171/12 172/4
172/18 172/19 172/20
172/24 172/25 173/3
173/4 173/17 173/17
173/20 174/7 174/9

175/1 175/1 175/3
175/5 175/9 175/11
175/12 175/19 175/20
175/22 176/2 176/5
176/7 176/8 176/16
176/16 176/22 176/24
176/25 176/25 177/19
177/20 177/21 177/22
177/23 178/13 178/19
178/24 179/9 179/11
179/16 179/17 179/19
179/20 179/21 179/21
179/25 180/7 180/8
180/13 180/16 180/17
180/18 180/21 180/24
181/2 181/3 181/10
181/11 181/13 181/15
181/16 181/17 181/22
181/25 182/9 182/14
182/17 182/18 182/22
182/24 182/25 183/1
183/2 183/10 183/15
183/16 183/23 184/3
184/6 184/7 184/11
184/13 184/13 184/16
184/17 184/21 184/24
184/24 185/6 185/11
185/12 185/22 186/10
186/10 186/18 186/22
186/25 187/6 187/7
187/8 187/9 187/10
187/17 188/1 188/6
188/13 188/15 188/16
188/17 188/19 188/19
189/2 189/6 189/7
189/8 189/10 189/11
189/12 189/15 189/23
190/1 190/11 190/12
190/22 191/9 191/12
191/13 191/14 191/14
191/15 191/17 191/19
191/20 191/25 192/3
192/3 192/5 192/6
192/8 192/10 192/10
192/11 192/11 192/11
192/13 192/13 192/18
192/23 192/24 193/1
193/7 193/10 193/12
193/25 194/1 194/5
194/7 194/10 194/14
194/16 194/18 194/20
194/23 195/20 197/5
197/16 198/1 198/1
199/8 200/5 200/7
200/8 200/16 201/5
201/6 201/8 201/8
201/9 201/13 202/7
202/9 202/16 203/12
203/12 203/17 203/20
203/22 204/9 204/13
204/14 204/19 204/20
204/23 205/4 205/5
205/6 205/6 205/12
205/12 205/14 205/15
205/16 205/19 205/20
205/24 206/3 206/3
206/5 206/5 206/6
206/8 206/13 206/18

207/5 207/5 207/8
208/4 208/8 208/18
208/24 209/4 209/13
209/25 210/1 210/5
210/11 210/14 210/16
210/20 210/21 210/24
211/1 211/2 211/4
211/6 211/7 211/9
211/13 211/20 211/21
211/24 212/1 212/7
212/8 212/10 212/12
212/16 212/21 212/22
212/25 213/1 213/2
213/3 213/10 213/11
213/11 214/3 214/3
214/13 214/21 215/21
215/25 217/13 217/19
218/9 218/10 218/14
218/16 218/17 218/19
218/20 219/12 219/12
219/13 219/17 219/20
220/1 220/4 221/1
221/3 221/8 221/9
221/9 221/14 221/14
221/17 221/19 222/3
222/5 222/9 222/11
222/18 222/23 223/1
223/3 223/4 223/5
223/10 223/16 223/17
223/22 223/25 224/2
224/3 224/4 224/8
224/10 224/12 224/12
224/13 224/16 225/10
225/12 225/17 225/23
225/24 226/2 226/2
226/3 226/6 226/6
226/7 226/10 226/11
226/11 227/1 227/2
227/2 227/3 227/6
227/8 227/9 227/10
227/12 227/14 227/15
227/17 227/20 227/23
227/25 228/4 228/4
228/6 228/13 228/14
228/15 228/16 228/17
228/21 228/25 229/3
229/6 229/7 229/9
229/11 229/16 229/16
229/18 229/20 229/24
230/9 230/12 230/14
230/15 230/16 230/20
230/21 230/24 231/4
231/4 231/5 231/6
231/9 231/11 231/12
231/16 231/18 231/19
231/20 231/22 232/1
232/2 232/5 232/12
232/22 233/4 233/7
233/11 233/13 233/16
233/16 233/20 234/1
234/2 234/5 234/6
234/7 234/10 234/19
234/23 234/25 235/1
235/4 235/14 235/14
235/17 235/18 236/3
236/9 236/20 236/23
237/3 237/9 237/15
237/25 238/1 238/2

238/18 238/22 238/25
239/1 239/2 239/10
239/12 239/16 239/19
239/19 241/6 241/9
241/17 241/17 241/22
242/1 242/8 242/12
242/15 242/18 243/1
that's [127] 7/6 7/7
11/15 13/14 14/16
16/18 16/18 17/14
21/3 28/6 32/4 32/13
34/12 42/17 43/20
46/13 47/4 48/12
48/22 52/16 55/24
56/7 62/13 62/20
63/15 66/24 72/21
73/24 75/13 75/22
78/20 78/24 80/10
82/20 85/9 89/11 90/9
92/16 92/25 93/14
100/20 100/24 102/15
106/5 107/2 108/7
114/25 126/5 126/24
127/9 129/17 130/8
130/20 131/15 132/19
137/25 138/17 143/4
151/23 153/17 155/21
160/20 160/22 169/19
170/7 170/17 171/2
173/12 176/3 176/8
178/4 178/12 179/10
179/12 179/23 180/24
183/10 183/20 185/22
186/10 187/14 188/10
189/9 190/25 191/17
194/25 196/10 197/20
198/10 198/12 201/15
202/1 202/8 203/2
203/21 205/3 205/23
206/7 206/25 207/11
208/11 208/12 208/16
208/19 212/3 215/10
221/11 222/14 231/2
232/18 233/9 234/21
235/9 235/11 235/12
235/12 235/21 236/12
236/17 236/23 237/6
237/7 237/20 238/9
238/20 239/6 240/13
theater [2] 219/5 219/6
their [37] 10/13 25/22
52/24 56/25 57/1
86/17 86/19 91/3
102/8 103/15 105/7
105/20 108/5 118/5
139/14 157/23 175/2
176/5 178/7 183/17
184/15 203/12 204/10
208/6 208/13 211/14
213/2 219/18 219/22
223/19 223/22 224/20
237/20 241/18 241/19
242/11 242/15
them [65] 5/25 10/11
11/16 14/6 14/7 14/25
14/25 14/25 15/1
18/15 18/17 19/16
19/16 22/9 22/14

Case 1:23-cv-11195-SHS-OTW Document 188-27 Filed 05/24/24 Page 274 of 281

them... [50] 22/15
22/15 22/18 22/21
22/22 29/6 30/16
35/16 44/24 46/3
51/12 58/8 58/11
58/25 58/25 59/2
60/18 90/10 103/18
104/3 104/17 112/15
114/5 114/6 114/7
125/7 127/4 154/23
157/23 163/2 165/4
170/21 183/1 188/8
188/8 194/5 194/24
194/25 200/10 203/11
203/23 204/11 215/20
220/14 232/11 240/8
240/12 241/22 242/11
242/13
themselves [3]  175/6
212/19 231/6
then [70]  5/23 5/24 9/3
9/4 9/15 10/25 11/3
14/22 15/2 15/7 15/9
15/10 25/15 28/13
32/1 39/6 42/6 44/2
45/10 47/23 51/15
58/4 58/13 83/11 84/7
98/14 100/2 103/18
104/19 114/5 114/6
131/1 141/14 142/11
154/25 161/14 170/22
174/21 175/7 184/6
187/12 187/21 188/24
189/6 192/23 197/24
199/13 200/6 201/2
203/23 204/1 206/24
210/7 211/19 212/23
213/16 215/16 218/5
219/25 222/1 226/9
229/3 229/23 230/10
241/6 241/9 241/11
241/11 241/20 242/5
theories [1]  210/20
theory [3]  192/15
211/7 223/24
there [196]  6/15 6/16
6/17 7/2 7/5 8/11
10/13 11/6 11/8 11/8
11/9 11/13 11/20 12/4
13/17 14/6 14/15
14/18 16/16 17/3 17/6
17/11 19/3 20/7 23/22
25/3 27/1 27/3 27/5
27/8 27/15 27/19
27/21 27/22 28/18
29/13 29/16 30/6
30/14 30/16 30/22
33/17 33/20 35/14
36/11 37/7 39/10
39/18 41/6 41/8 42/4
42/10 43/2 43/3 49/14
50/1 50/4 50/5 50/5
50/15 51/8 54/5 55/13
58/12 58/13 58/14
58/21 58/24 59/22
66/6 67/22 67/25
68/20 72/15 72/22
72/24 74/4 75/15

85/21 90/7 90/15 96/5
99/2 101/20 102/17
103/14 107/13 107/17
111/25 114/4 116/7
116/8 117/2 118/13
118/14 118/22 119/20
120/13 121/3 121/4
121/4 121/17 126/6
128/4 129/4 130/16
131/11 136/12 136/25
142/9 145/21 147/24
147/25 155/4 155/9
168/18 168/22 171/2
171/21 172/13 173/5
173/17 174/9 177/12
177/15 178/23 180/7
180/11 180/14 180/25
181/5 182/22 185/2
185/2 185/4 185/4
185/11 186/21 186/25
187/7 187/11 188/1
188/16 188/21 189/7
189/13 191/1 191/12
191/13 191/19 192/10
192/14 192/23 193/5
194/10 194/16 194/20
195/25 199/6 201/10
202/24 208/12 209/22
210/7 211/6 216/11
218/25 219/11 219/20
220/3 220/6 220/18
222/19 224/1 224/2
227/15 231/12 232/3
232/5 233/10 233/14
233/15 234/2 234/7
235/23 235/25 236/18
236/22 239/12 239/22
240/1 240/22 241/22
there's [45]  9/20 9/21
10/10 11/21 19/17
24/20 25/3 27/19 40/4
40/6 45/11 65/21 99/4
99/5 99/6 100/16
103/7 106/25 107/16
113/11 121/15 161/4
168/22 169/10 175/1
179/19 185/21 192/9
192/13 193/9 195/17
197/25 201/8 201/16
202/20 211/19 212/8
213/10 214/25 215/6
225/17 231/4 232/14
240/20 242/2
these [64]  11/2 13/3
23/17 23/21 27/24
36/6 42/10 53/4 55/15
56/4 99/3 107/19
138/11 143/18 143/19
144/11 154/20 166/17
171/18 172/8 174/7
175/25 176/18 178/22
178/24 179/20 180/18
180/23 181/12 181/12
181/13 181/14 181/15
181/16 182/18 184/4
184/10 184/17 186/22
189/16 191/2 196/21
201/11 204/6 206/4

213/4 216/1 218/3
219/1 219/7 220/18
220/20 228/3 231/3
231/4 233/18 236/2
236/13 238/25 241/6
242/7
they [189]  6/1 10/4
10/11 11/14 12/14
12/25 13/6 13/14 14/7
14/14 15/15 17/7 17/9
17/11 18/14 18/24
21/2 23/15 25/11
25/23 28/10 29/2 29/4
29/10 29/11 29/12
30/3 30/16 30/17 34/5
34/6 34/7 34/10 34/11
36/5 39/24 42/16
42/17 42/19 42/19
42/25 43/1 43/20 45/2
45/19 46/6 47/13
49/18 52/19 54/16
55/19 55/22 55/24
56/1 56/1 56/22 58/5
58/10 58/10 59/2
70/12 74/25 83/10
83/14 83/15 88/21
88/25 89/1 89/2 89/3
91/2 91/3 91/4 91/10
91/15 103/4 105/13
105/24 106/18 107/7
108/5 110/6 114/7
116/10 117/17 118/23
119/17 119/19 119/20
123/23 124/1 129/15
129/18 129/19 131/4
134/2 134/4 134/5
134/6 138/6 145/7
145/9 145/9 146/7
154/3 154/4 154/6
154/21 154/22 157/21
164/23 169/13 169/13
169/14 169/23 174/25
175/2 175/6 175/10
175/10 175/11 176/6
177/18 178/6 182/6
182/9 182/11 182/12
182/12 182/15 182/18
182/20 183/1 183/15
183/15 183/17 184/2
188/20 190/17 191/1
191/2 191/3 194/22
199/12 203/13 203/14
204/6 204/7 204/8
204/9 207/2 208/12
209/7 211/16 216/15
216/18 219/3 219/4
219/9 219/9 219/12
219/14 219/17 219/23
220/19 220/20 222/11
223/17 227/2 227/2
227/3 227/4 227/4
227/6 229/15 230/21
231/5 231/18 231/21
231/21 231/22 234/8
238/22 239/6 239/8
241/18 241/25 242/12
242/16
They're [2]  18/14 91/18

15/16 16/12 19/7 20/4
30/3 30/4 41/19 41/25
103/12 106/12 157/18
168/18 173/22 175/25
184/1 186/21 204/10
204/14 208/21 227/13
228/13 242/4
things [84]  6/5 11/25
13/12 13/13 13/15
13/25 41/20 42/4 42/5
44/3 44/11 46/11 47/3
50/4 50/5 70/10 70/11
74/24 75/2 77/13 84/2
84/3 84/4 85/7 102/20
103/23 106/6 108/1
125/16 127/17 175/7
175/25 176/22 176/24
179/25 180/24 181/6
181/11 182/2 182/8
182/14 182/21 184/5
184/10 186/22 187/18
187/19 187/19 188/13
188/17 188/19 188/22
188/23 188/25 189/6
189/9 189/12 189/21
191/8 191/10 191/16
191/20 192/17 192/23
193/6 194/23 195/1
204/1 204/11 204/12
208/9 208/10 211/1
213/11 216/1 216/13
219/1 220/4 223/3
231/3 236/14 238/25
242/7 242/10
think [209]  4/18 5/2 5/5
7/4 7/6 7/10 11/5
12/10 12/18 13/5 13/6
13/7 22/6 35/2 35/18
42/3 42/9 42/12 42/14
42/16 42/19 42/20
43/18 43/24 44/7
44/11 46/5 46/8 46/13
46/25 47/1 47/4 47/5
49/25 50/2 50/10
50/14 51/7 51/10
51/12 54/3 54/12
54/15 57/4 57/13 66/9
73/22 73/23 74/24
75/5 75/13 75/16
75/22 77/18 83/17
84/7 84/9 85/15
100/13 101/22 102/3
102/6 103/5 103/17
103/21 106/5 106/8
106/20 106/22 106/25
107/2 107/18 108/1
108/2 110/7 125/25
126/10 127/6 127/10
127/11 127/12 127/15
127/16 160/18 163/19
167/19 170/17 170/19
170/21 170/24 175/16
171/1 171/3 172/6
171/4 174/24 175/16
175/17 175/20 176/4
177/14 177/14 178/6
178/12 179/10 179/17
179/18 180/4 183/9

185/20 185/24 187/6
187/25 188/6 188/9
188/10 189/13 189/15
190/11 190/12 191/7
191/11 192/3 192/10
192/11 196/22 197/8
203/11 203/16 204/14
204/16 204/19 205/14
206/12 207/4 208/2
208/2 208/8 208/9
208/24 211/16 211/23
211/25 212/7 212/7
212/12 213/2 213/8
214/6 214/24 217/7
217/8 217/18 217/19
218/2 218/13 218/17
220/8 220/12 220/17
220/23 221/3 221/13
221/17 221/22 221/24
222/25 223/5 223/13
223/13 223/18 223/21
223/24 224/2 224/18
225/5 228/13 230/14
230/22 232/4 232/7
232/7 232/12 233/8
233/20 234/1 234/8
234/18 235/4 235/25
236/19 236/21 236/23
237/7 237/10 237/14
238/4 238/9 238/16
238/25 239/18 240/20
240/23 241/17 242/1
242/5
thinking [7]  18/22
19/23 37/25 46/8 47/1
187/13 214/15
thinks [1]  161/19
third [4]  1/18 104/19
218/5 237/8
this [595]  4/2 4/4 5/25
6/19 7/4 7/23 9/24
11/2 13/2 15/24 16/1
16/12 16/19 16/24
17/16 17/21 18/12
18/20 19/13 19/20
19/23 20/5 20/6 20/17
20/21 21/6 21/6 21/14
21/16 22/3 22/6 23/13
23/18 23/18 24/3
24/19 25/20 25/25
26/10 26/12 27/17
28/8 28/25 30/19 31/6
31/8 31/24 32/15
32/17 33/4 33/6 33/7
33/8 33/9 34/15 34/17
35/21 35/21 35/24
36/2 36/13 38/4 40/8
40/13 40/15 40/18
41/24 42/6 42/10
42/13 43/16 43/17
43/18 44/4 46/3 46/4
46/8 47/17 48/2 48/15
48/15 48/19 48/25
49/13 49/13 49/19
50/23 51/4 51/23
51/25 52/5 52/10
52/12 52/18 53/3
53/16 53/20 54/9

this... [497] 54/10
54/19 54/21 55/8
56/15 57/3 58/2 59/3
59/7 59/17 59/24
59/25 60/3 60/17 61/2
62/21 62/22 63/2 63/6
64/8 65/5 65/9 65/10
65/12 65/20 65/20
65/21 65/24 66/2 66/2
66/5 66/6 66/11 66/13
66/25 67/15 67/21
67/24 68/1 68/5 68/13
68/20 69/6 69/7 69/8
69/10 69/11 69/12
69/13 69/16 69/22
69/24 70/13 71/2 71/4
71/5 71/7 71/15 71/25
72/11 72/12 72/3 73/5
73/7 73/10 73/23 74/3
74/4 74/4 74/6 74/20
74/22 75/2 75/8 75/14
76/20 77/3 77/8 77/11
77/15 77/22 78/5
78/13 78/15 78/18
78/23 78/25 79/8 79/9
79/19 79/25 80/7 80/8
80/11 80/19 80/21
80/22 81/3 81/16
81/19 82/5 82/14
82/16 82/19 82/21
82/24 83/10 83/11
83/11 83/19 83/24
84/1 84/7 84/13 84/17
84/24 85/2 85/4 85/12
85/18 86/14 86/22
87/2 87/3 87/17 87/19
88/11 88/24 89/18
90/14 90/24 91/5 91/7
91/20 92/10 92/14
92/17 92/20 92/22
93/1 93/11 93/18
94/1 94/14 94/16
94/17 94/21 95/8
96/10 96/13 96/16
96/18 96/23 97/7
97/18 97/22 98/12
98/15 99/12 99/16
99/20 99/22 99/25
100/8 100/14 102/24
103/3 103/11 103/17
103/22 104/3 104/23
107/2 107/10 107/12
108/11 109/12 109/14
110/5 110/11 110/12
110/20 110/20 111/1
111/14 111/21 112/2
113/5 115/25 116/21
117/10 117/19 118/11
118/15 118/18 119/6
119/11 119/12 119/16
120/2 120/6 121/25
122/9 122/24 123/10
123/11 123/21 124/11
125/12 125/19 125/21
125/25 126/22 127/4
131/4 131/7 131/9
131/23 131/23 131/25
132/9 132/10 132/16

133/12 134/11 134/12
134/19 135/12 135/15
135/20 135/24 136/1
136/14 137/11 137/15
137/25 138/8 138/21
139/2 139/13 139/16
139/20 140/6 140/20
141/3 141/17 141/21
141/23 142/4 142/12
142/19 142/21 143/13
143/17 143/17 145/6
145/19 146/13 147/6
147/20 148/17 148/19
148/19 149/7 149/17
150/8 150/13 151/4
151/17 152/11 152/16
153/6 153/7 153/11
153/14 153/23 154/8
154/21 155/13 156/1
156/3 156/18 157/7
158/16 158/23 159/14
160/16 160/20 161/5
161/13 161/19 164/2
164/4 164/9 164/10
164/12 164/12 164/24
164/24 165/2 165/21
165/24 166/2 166/4
166/7 166/10 166/21
166/22 166/25 167/3
167/8 167/16 167/19
169/6 169/9 169/12
169/25 170/8 170/12
170/20 170/22 171/1
171/8 171/24 172/5
173/25 174/1 174/2
174/4 174/5 174/8
174/25 175/13 175/15
175/16 175/19 175/21
175/22 175/24 176/13
176/13 176/17 179/25
180/13 181/9 181/25
181/25 182/17 183/3
183/20 184/13 185/1
185/15 185/20 186/4
186/7 186/15 187/5
188/13 188/22 188/24
191/5 195/14 195/17
195/21 196/2 196/12
196/19 196/21 197/2
197/3 197/5 197/8
197/12 197/15 197/16
197/17 197/21 198/1
198/9 199/8 199/10
200/4 200/9 200/12
200/22 201/25 202/3
202/5 202/12 202/20
203/24 205/15 206/9
206/14 206/22 207/5
207/12 207/13 208/2
208/4 208/21 209/15
209/19 210/1 210/9
210/24 211/3 211/4
211/14 211/17 211/23
212/17 213/12 214/8
215/8 215/11 215/19
216/15 217/11 218/16
219/19 220/1 220/3
220/5 220/9 220/12

221/2 221/12 221/14
221/24 221/25 222/1
222/6 222/12 222/25
223/7 223/25 224/10
224/10 224/19 224/19
225/16 225/18 226/9
226/11 226/17 226/24
227/22 228/1 228/5
229/6 229/21 230/4
230/5 230/21 230/22
231/8 231/23 232/4
232/8 233/7 233/9
233/12 233/23 234/1
234/4 234/6 234/8
235/22 235/24 236/1
236/7 236/16 237/10
237/24 238/17 238/22
238/23 239/1 239/5
239/10 239/18 239/21
239/22 239/22 239/24
240/4 240/5 241/13
242/2
thoroughly [1] 232/7
those [81] 16/16 22/9
22/23 22/24 23/12
27/18 28/1 29/14
31/17 41/20 42/5 43/5
44/1 45/13 45/19
47/11 50/9 52/14
52/22 53/6 55/16
55/19 55/22 56/5 57/7
62/5 64/17 70/11 88/7
88/22 89/23 91/12
99/12 100/19 107/6
118/3 119/18 124/3
127/19 136/6 144/20
146/19 147/21 148/5
149/19 152/20 154/15
157/22 159/20 159/22
160/4 175/7 181/1
183/4 187/14 187/20
187/22 188/6 188/25
191/10 191/21 191/22
193/10 193/10 193/11
194/11 195/1 195/21
205/10 214/14 214/19
217/23 219/21 223/16
226/19 227/5 229/8
229/13 230/19 232/15
234/4
though [4] 170/20
187/21 200/12 211/22
thought [4] 19/24
106/13 179/8 236/13
thousands [1] 219/22
threat [5] 12/12 45/12
45/12 45/15 57/8
threats [5] 57/4 57/6
three [10] 104/4
104/10 107/1 107/6
124/12 160/18 160/19
218/3 218/20 232/15
threshold [4] 144/5
144/18 158/20 159/7
thrilled [1] 108/10
through [59] 10/24
14/4 14/8 14/14 15/19
17/11 29/10 29/13

34/24 36/18 95/20
97/22 98/13 100/18
101/7 103/15 113/11
113/15 114/18 115/12
116/2 116/18 118/17
119/13 130/9 130/11
130/22 140/8 140/14
140/22 142/4 143/10
144/6 147/17 149/2
149/21 150/2 150/19
161/6 165/7 175/18
188/12 189/20 191/5
196/12 201/7 212/16
212/25 217/4 218/20
221/13 226/13 228/5
228/22 229/13 241/4
throughout [4] 122/8
142/19 170/6 214/9
throwing [2] 222/10
222/10
thus [2] 202/18 207/19
till [5] 128/1 141/14
145/23 156/6 199/3
time [63] 9/10 12/3
13/25 14/15 14/19
16/4 17/16 17/23 20/8
21/18 23/19 23/22
30/24 33/8 39/14
53/18 60/3 60/7 60/14
77/5 86/9 87/8 87/9
93/13 97/23 97/24
98/4 98/13 103/14
103/19 105/11 111/18
113/1 115/16 118/20
126/10 127/14 138/15
138/22 143/4 144/2
146/13 148/15 151/2
156/1 156/10 156/17
159/2 161/5 165/4
167/20 171/15 173/14
176/15 176/19 183/21
190/10 200/16 200/25
203/13 208/1 214/10
218/21
timeline [2] 13/24 53/2
timely [2] 7/23 108/23
times [13] 11/21 43/8
115/9 126/13 126/17
127/10 133/15 185/10
186/18 194/10 194/14
194/16 194/20
tips [3] 64/11 64/14
99/12
title [4] 8/13 168/15
168/16 231/1
today [13] 4/14 63/16
63/21 104/16 106/5
107/21 107/23 206/12
208/20 216/9 225/1
226/24 234/7
together [5] 10/6 10/8
10/11 58/11 169/24
told [5] 9/15 11/1 39/14
184/10 203/3
tomorrow [15] 102/8
203/15 206/17 206/19
208/21 213/10 215/12
215/14 215/19 216/21

242/8 242/21
ton [1] 127/10
tonight [3] 238/20
239/17 240/8
too [6] 13/6 30/17
108/8 167/16 191/17
240/22
took [3] 14/5 117/3
163/20
top [32] 15/3 22/5
32/18 70/5 70/7 70/9
70/10 76/7 81/22 86/6
87/8 87/12 93/14
111/18 118/9 118/12
121/15 131/5 131/16
132/3 132/13 134/6
139/10 139/14 143/4
144/2 148/15 148/22
151/2 156/10 159/2
194/23
topic [1] 100/8
totally [3] 43/20 46/6
203/21
totem [1] 220/15
touch [1] 52/21
touched [2] 102/13
169/12
touching [2] 58/4 90/6
toward [7] 112/11
115/10 116/15 120/8
120/20 137/25 152/2
towards [29] 19/14
23/8 23/12 47/13 70/4
88/20 94/9 100/3
100/17 112/20 113/6
116/17 118/2 118/5
118/24 119/11 120/21
122/13 123/7 124/22
131/2 131/16 131/21
137/11 141/12 151/19
153/6 156/24 239/19
training [2] 44/9 44/19
transcript [1] 68/24
transcription [1] 243/2
transformed [1] 229/3
travel [1] 227/10
traveled [1] 227/12
treat [1] 206/24
tremendous [1] 106/19
trespass [2] 219/4
226/7
trespassing [4] 219/10
219/13 219/25 231/10
trial [15] 1/8 4/4 6/9
6/15 86/22 103/13
206/22 209/5 209/16
209/19 209/20 210/2
210/5 217/12 242/22
trials [1] 5/17
tried [4] 171/1 191/2
192/1 214/6
trivial [1] 220/4
trouble [1] 5/4
true [5] 40/3 52/24
231/24 237/20 240/13
truly [1] 175/11
Trump [2] 88/7 186/22
truth [6] 13/3 126/5

**T**

truth... [4] 126/11
126/20 196/22 197/2
try [17] 17/10 30/18
44/4 60/19 116/11
145/7 161/11 161/11
162/15 163/5 173/4
174/21 187/12 187/21
204/20 208/20 242/14
trying [57] 11/15 13/7
14/3 14/8 14/8 14/10
14/24 18/12 18/16
19/16 20/5 22/3 22/7
27/11 33/9 34/17
36/14 36/16 46/10
47/1 47/6 53/21 54/11
58/23 59/1 60/1 89/17
89/20 91/3 103/2
113/10 119/20 127/16
146/8 154/22 164/23
175/20 185/22 186/2
188/3 190/9 190/10
197/12 202/13 202/23
203/7 204/5 205/3
205/9 205/10 205/18
206/15 207/23 221/5
231/21 233/3 239/7
tuck [1] 114/5
Tuesday [1] 69/9
turn [3] 85/14 140/17
240/17
two [42] 5/8 5/8 5/12
6/19 26/2 29/5 36/9
37/2 38/8 70/10 74/11
77/1 77/17 80/1 81/16
84/13 86/5 92/6 97/8
99/3 104/10 106/9
130/14 134/16 140/7
147/21 152/19 152/21
154/18 157/20 157/22
162/14 163/22 166/5
208/17 211/1 211/2
216/2 217/19 228/8
240/24 242/1
Tyler [1] 64/15
type [3] 70/10 70/11
145/16
types [1] 171/17
typically [3] 44/23
178/5 212/20

**U**

U.S [35] 8/10 16/18
64/13 64/17 87/3
88/23 90/13 94/9
100/2 113/14 116/9
118/2 118/24 119/18
121/5 122/21 123/7
131/2 131/5 131/15
131/21 144/5 144/19
147/23 148/14 149/15
158/8 158/21 159/5
159/25 218/10 219/1
219/10 219/24 225/15
U.S.C [2] 227/21 229/2
Uh [1] 22/19
Uh-huh [1] 22/19
ultimately [5] 14/12
34/24 49/14 102/5

unable [1] 45/6
unanimous [2] 219/17
219/24
unauthorized [3] 44/22
225/11 226/8
unconstitutional [1]
233/19
under [4] 178/5 201/4
214/2 226/12
underlying [1] 13/3
underpinnings [2]
175/5 212/17
understand [24] 4/17
105/12 126/4 126/15
126/25 135/18 139/20
139/22 171/3 174/20
180/3 180/7 180/16
186/8 190/24 192/1
215/21 220/11 220/15
227/14 238/14 239/4
240/15 241/2
understandable [1]
212/6
understanding [8]
34/14 45/11 105/10
174/9 206/18 214/22
215/3 223/19
understandings [1]
231/2
understood [13] 20/19
51/20 53/9 106/3
106/4 110/16 163/10
172/9 179/11 234/25
235/4 240/9 241/8
unduly [1] 202/19
unfair [1] 208/7
unfamiliar [1] 217/12
uniform [2] 40/1
122/21
unit [3] 39/22 39/24
169/3
UNITED [31] 1/1 1/2
1/9 1/11 1/14 4/3 4/8
6/4 7/25 45/24 61/13
62/8 101/13 102/25
106/16 108/12 142/24
167/9 169/21 183/14
201/16 204/21 207/13
207/15 213/21 225/21
226/1 226/17 228/9
228/10 230/6
units [1] 39/18
universe [1] 176/24
unlawfully [1] 226/19
unless [2] 164/18
203/19
unlike [1] 234/4
unnecessary [1]
223/13
unobstructed [1] 51/3
unprotected [1] 227/4
unrelated [1] 227/16
unspecial [1] 168/18
unsuspecting [1]
227/25
until [46] 18/7 19/1
19/9 23/1 24/16 25/15
27/1 28/3 28/12 28/13

30/2 32/1 33/23 52/4
52/18 55/6 58/19
60/23 75/17 89/13
89/25 90/19 91/23
93/16 94/2 112/3
120/10 120/22 122/15
123/14 124/23 125/8
127/24 128/13 129/2
141/13 151/11 154/12
156/20 214/18 214/19
214/22 216/15
untouchable [1] 233/6
up [119] 9/22 11/16
14/24 15/2 15/3 15/10
15/13 15/21 16/14
17/7 17/11 17/18 19/8
21/12 22/4 22/9 22/23
23/8 23/24 26/4 27/11
27/18 27/20 27/24
31/2 32/10 49/5 49/6
49/7 53/6 55/6 56/1
57/20 58/16 59/11
59/13 60/22 65/2 65/7
66/2 68/9 70/23 72/25
73/3 74/8 75/11 78/10
80/16 82/11 83/11
85/17 86/11 87/18
89/8 92/18 94/12
96/11 96/14 97/19
99/3 100/3 103/18
103/23 104/14 109/5
109/9 118/16 123/10
123/13 123/24 131/8
131/14 131/21 131/22
132/5 135/10 135/16
135/21 137/16 143/1
148/18 151/9 152/13
153/11 155/25 157/3
157/8 160/2 163/24
165/25 167/1 173/4
173/20 175/7 180/9
180/17 185/13 186/23
189/5 191/2 192/2
192/16 193/16 195/12
200/2 202/23 204/20
206/8 209/23 211/7
212/5 214/7 216/1
219/22 222/7 227/20
236/25 237/5 240/10
upcoming [1] 101/20
upon [2] 209/18 210/5
upper [3] 157/23
168/16 235/1
upper-level [1] 168/16
us [33] 10/24 11/25
13/14 22/21 29/5
29/12 29/14 35/16
47/13 53/18 83/22
90/24 129/23 135/21
137/2 140/10 143/17
144/24 149/25 153/14
161/23 164/25 169/11
169/23 192/8 200/4
203/17 206/2 215/5
215/7 216/16 225/18
229/19
USA [2] 186/23 186/23
use [12] 34/6 34/10

124/21 160/13 162/25
163/1 170/6 181/17
221/18
used [13] 13/14 43/5
43/7 45/9 45/11 45/14
45/16 56/12 56/13
57/3 107/13 170/15
236/3
using [5] 34/11 88/2
162/17 170/16 221/6
usually [3] 22/23 45/15
127/11

**V**

vague [3] 47/6 179/16
233/20
vagueness [1] 179/5
value [2] 126/2 174/24
values [1] 177/14
VAN [6] 2/4 7/17 8/7
38/19 38/21 141/17
vantage [1] 186/4
varies [1] 171/16
various [4] 62/7 63/5
169/12 176/21
varying [1] 177/18
vast [1] 229/10
vehicle [2] 52/10 236/9
vehicles [9] 48/19
48/21 48/25 52/14
52/15 52/22 99/7 99/8
99/12
verbal [2] 122/25
187/10
version [6] 92/22 94/17
96/18 97/7 97/23
109/14
versus [13] 4/3 201/16
202/10 207/13 207/16
209/2 210/10 224/13
225/22 226/18 228/9
228/10 230/6
very [53] 9/19 11/25
13/16 13/16 15/14
21/2 28/5 29/10 35/4
37/6 43/11 44/25
70/12 75/11 76/7
76/23 83/16 90/15
90/18 92/6 99/15
114/15 119/11 122/13
125/7 128/10 129/1
142/17 170/11 170/11
170/14 181/23 191/23
192/4 194/7 194/17
194/17 195/11 199/18
200/3 200/3 201/8
204/4 208/25 212/1
218/13 220/6 226/23
229/15 231/14 231/19
233/4 236/23
vest [2] 40/1 157/23
vests [1] 193/6
vice [20] 48/22 48/23
53/10 53/13 53/16
53/19 74/14 74/18
75/9 77/12 77/19
79/13 84/1 84/2 84/3
85/5 231/8 233/15
234/6 235/8

194/21 196/9
victim [1] 225/23
video [113] 15/24
17/25 27/9 34/20
35/18 48/8 51/23
52/18 53/20 54/10
74/2 74/3 74/4 74/5
74/7 74/7 74/9 76/20
77/3 77/11 77/15 78/4
78/7 78/16 78/19
78/21 78/25 79/12
82/5 82/8 82/16 82/18
82/18 82/22 83/13
83/17 83/20 83/23
84/13 84/17 84/24
87/10 87/19 88/11
88/17 92/11 93/11
94/6 94/7 99/25 100/1
110/11 110/12 111/1
111/5 111/6 111/15
112/2 112/18 122/9
123/17 123/19 123/23
129/15 131/9 131/23
132/10 132/19 132/21
132/21 133/1 133/12
135/8 135/9 135/13
138/20 140/6 140/20
142/12 142/19 144/17
149/7 152/11 155/13
158/16 158/23 164/5
164/6 164/7 166/10
173/17 174/2 174/4
174/5 182/7 182/20
183/3 185/1 185/7
185/11 185/15 186/4
186/7 186/15 188/16
191/12 193/22 195/17
196/15 196/20 198/14
214/24 242/7
videos [17] 39/18
86/10 86/21 87/5 99/3
100/7 127/1 127/2
132/2 142/23 178/22
186/22 193/11 194/5
194/11 196/21 222/18
videotape [152] 17/2
17/13 18/9 19/2 19/11
21/8 21/11 21/25 23/2
24/1 24/17 24/24 25/8
25/17 26/7 26/23 27/2
27/14 28/4 28/14
28/23 29/20 29/23
30/5 30/10 31/4 31/19
31/22 32/3 32/12 33/2
33/16 33/24 34/21
36/10 36/21 37/3
37/10 37/12 47/18
47/25 48/13 49/3 49/9
52/6 55/9 55/12 58/20
59/19 60/9 60/24 61/4
79/10 79/22 85/1
85/20 87/24 89/6
89/14 90/1 90/20
91/24 93/17 94/3
95/22 95/25 96/2 97/9
99/18 99/21 112/4
113/2 113/16 113/19
113/22 114/19 115/13

**V**

videotape... [75]
115/20 116/4 116/19
116/24 117/7 117/13
117/23 118/6 118/19
119/14 120/11 120/23
121/7 121/22 122/16
123/3 123/15 124/8
124/14 124/24 125/9
127/25 128/2 128/14
129/3 129/24 130/2
130/10 130/12 130/23
131/24 134/9 134/14
136/10 136/24 139/4
140/9 140/15 140/21
140/24 141/6 141/15
142/5 143/11 143/15
144/7 144/14 146/4
146/14 147/9 147/18
148/9 149/3 149/22
150/3 150/22 151/12
151/25 152/12 153/24
154/17 155/1 155/14
156/7 156/21 157/25
158/14 158/24 165/23
166/24 167/17 196/13
198/21 198/24 199/4
view [12] 18/19 50/23
51/4 51/18 121/25
122/2 151/1 174/6
191/16 208/18 208/23
233/7
violated [1] 45/3
violation [1] 229/2
violations [1] 62/7
violence [2] 193/19
238/22
violent [4] 15/17 116/9
121/4 142/10
virtually [1] 43/2
226/22
visible [1] 115/16
visit [1] 232/23
visiting [6] 234/24
234/25 235/3 235/10
235/12 235/15
visitors [2] 8/20 8/22
visual [1] 99/4
vocal [1] 13/16
voice [4] 35/12 89/9
89/11 222/23
voices [1] 219/22
voir [1] 221/14
volume [1] 140/17
volunteered [1] 192/13
voted [1] 219/12
votes [4] 182/24
182/24 183/22 185/5

**W**

W-I-L-E-Y [1] 210/11
wait [1] 241/19
waiting [2] 103/13
115/2
waived [1] 185/23
waiver [1] 185/23
waiving [1] 206/6
walk [7] 10/24 97/22
98/13 146/17 147/1

walked [1] 157/3
walking [7] 99/3 100/4
150/9 150/11 191/14
222/3 222/20
Wallnou [2] 77/11
77/12
want [67] 5/5 7/25 12/6
14/1 38/14 40/10
42/18 44/4 44/5 46/7
46/25 47/15 50/13
50/17 51/1 54/16
74/25 75/4 75/18 88/7
101/5 101/19 103/9
104/23 104/23 105/11
106/9 108/6 108/10
114/23 126/3 126/12
127/8 127/12 161/6
161/15 161/17 162/25
164/25 175/7 177/13
179/7 179/9 179/11
179/19 181/17 182/12
183/21 186/21 186/22
200/5 200/5 203/10
203/22 207/2 210/8
213/9 213/16 213/20
215/10 216/10 238/14
238/23 239/18 240/15
241/5 242/7
wanted [10] 42/10
104/25 106/12 114/7
115/1 180/6 181/6
194/22 200/1 200/4
wanting [1] 68/18
wants [1] 43/18
warn [1] 41/19
warnings [1] 44/25
warrants [1] 84/16
was [538] 6/8 6/15
6/16 7/18 9/2 9/3 9/4
9/6 9/8 9/14 9/15 9/16
9/19 9/20 9/23 9/24
9/24 10/3 10/4 10/5
10/5 10/17 10/20
10/21 10/22 11/1 11/1
11/7 11/8 11/10 12/4
12/11 12/20 12/23
13/10 13/13 13/15
13/16 13/17 13/18
14/5 14/15 15/6 15/12
15/14 15/17 15/18
16/3 16/13 17/2 17/8
17/13 17/23 18/9
18/22 19/2 19/11
19/23 19/24 19/24
19/25 20/5 20/6 20/7
20/18 21/8 21/11
21/14 21/16 21/25
22/15 22/16 22/17
23/2 24/1 24/7 24/17
24/24 25/4 25/8 25/17
26/7 26/23 27/2 27/14
28/4 28/14 28/20
28/23 29/9 29/13
29/20 29/23 30/5
30/10 30/18 30/21
30/22 30/24 31/4 31/6
31/19 31/22 32/3
32/12 33/2 33/7 33/16

34/21 35/3 35/4 35/5
35/14 35/14 36/10
36/21 37/3 37/10
37/12 37/24 38/2
38/11 39/12 39/14
39/14 39/14 39/16
39/21 39/25 40/16
41/2 41/9 41/9 41/20
41/23 42/7 42/22
43/11 43/15 44/16
44/21 45/7 45/23 46/8
46/9 46/12 46/16
46/20 46/24 47/1 47/8
47/18 47/20 47/25
48/11 48/13 48/15
49/3 49/9 49/14 49/15
49/17 49/21 50/11
51/6 51/16 51/21 52/2
52/6 52/15 52/25
53/13 53/15 53/16
53/18 53/18 54/1 54/3
54/9 54/17 54/17
54/19 54/19 54/22
55/5 55/9 55/12 56/13
57/24 58/1 58/20
59/19 60/9 60/24 61/4
61/16 62/25 63/13
64/14 64/16 65/19
65/20 65/24 66/16
67/12 67/18 68/17
68/22 69/3 69/8 69/9
70/21 70/22 72/18
73/18 74/21 75/6 75/7
75/24 76/25 77/2 77/5
77/22 78/1 78/16
79/10 79/15 79/17
79/22 80/6 80/8 81/14
81/15 82/8 83/8 83/11
83/12 83/13 83/16
83/16 83/17 83/19
84/5 84/6 84/11 84/13
84/15 85/1 85/20 86/8
87/24 88/5 89/6 89/14
90/1 90/9 90/20 91/5
91/24 93/17 94/3 94/7
95/22 95/25 96/2 97/9
99/18 99/21 100/4
100/6 100/12 101/2
101/11 103/14 105/8
105/9 106/3 106/18
109/5 110/2 110/18
112/4 112/18 112/20
113/2 113/16 113/19
113/22 114/13 114/15
114/15 114/19 114/21
115/5 115/13 115/20
116/4 116/8 116/19
116/24 117/7 117/13
117/23 118/6 118/19
119/14 120/11 120/23
121/3 121/4 121/7
121/13 121/22 122/16
123/3 123/15 123/17
123/19 123/23 124/8
124/14 124/17 124/19
124/24 125/9 125/23
126/1 126/6 126/6
127/8 127/20 127/25

128/24 129/3 129/24
130/2 130/10 130/12
130/23 131/1 131/24
134/9 134/14 135/5
136/10 136/24 139/4
139/8 140/9 140/15
140/16 140/21 140/24
141/6 141/15 142/5
142/16 143/11 143/15
144/7 144/16 146/4
146/14 146/19 147/9
147/18 148/9 149/3
149/22 150/3 150/22
151/12 151/25 152/12
153/14 153/24 154/17
155/1 155/14 156/7
156/21 157/4 157/25
158/14 158/24 160/4
160/6 160/10 160/25
161/22 162/3 162/3
162/6 162/13 162/15
163/7 163/19 163/21
164/21 165/11 165/23
166/24 167/17 167/24
170/4 171/6 172/2
172/11 172/14 172/25
173/4 173/17 173/17
173/17 173/18 174/1
174/2 174/12 176/11
177/5 177/22 178/14
179/3 179/21 180/14
180/20 181/11 181/13
181/19 181/21 182/22
183/3 183/8 183/13
183/19 184/3 184/13
184/20 185/2 185/4
185/11 185/18 186/7
186/13 186/15 187/4
188/1 188/16 189/1
189/7 189/18 189/22
190/5 190/19 190/20
191/1 191/12 191/12
191/13 191/14 191/18
191/24 192/10 192/11
192/20 192/23 193/13
193/16 194/1 194/12
194/17 195/5 196/13
196/16 198/15 198/15
198/17 198/21 198/24
199/4 199/12 199/14
199/17 199/18 199/25
200/14 202/12 204/16
205/6 205/12 205/12
205/15 206/2 206/4
206/5 206/6 207/5
209/22 211/6 211/7
211/14 211/23 211/25
212/4 212/5 212/8
212/21 213/19 218/13
218/16 219/7 219/11
219/17 219/23 221/3
222/5 222/19 223/4
225/22 225/24 229/2
229/10 234/7 237/8
237/9 237/10 238/16
239/2 239/17 241/24
241/24
Washington [5] 1/4

wasn't [7] 20/1 45/1
173/2 205/13 212/10
233/15 240/22
watch [6] 86/9 109/20
117/25 131/9 132/8
133/17
watched [10] 110/11
112/18 114/14 135/8
138/21 141/24 156/18
157/2 182/20 185/1
watching [5] 24/19
150/9 156/4 198/15
198/16
water [1] 123/12
way [41] 9/10 10/6
15/5 15/19 30/22
45/18 55/2 57/14 58/9
58/25 68/20 105/14
118/3 153/7 159/8
159/10 159/11 159/12
179/11 180/13 188/23
191/17 193/17 194/25
204/12 214/11 214/23
215/8 215/17 219/10
220/1 226/11 228/5
228/22 229/3 229/13
230/16 230/23 231/2
231/13 239/22
ways [2] 216/16
228/18
we [780] 4/14 5/24 6/2
6/4 6/18 6/19 6/22
6/24 7/1 7/3 7/3 7/5
7/23 7/24 9/20 10/4
10/15 11/3 11/14 11/5
11/13 11/16 11/17
13/1 13/17 14/5 14/6
14/14 14/16 14/23
14/24 15/2 15/2 15/9
15/9 15/15 16/14
16/22 17/1 17/3 17/12
18/7 19/1 19/3 19/9
19/17 20/15 20/20
20/20 20/23 21/6 21/9
21/24 22/14 22/25
23/1 23/6 23/25 24/16
25/6 25/6 25/13 25/14
25/15 25/15 25/22
25/25 26/5 26/24
26/25 27/1 27/3 27/9
27/10 27/10 27/12
27/13 28/3 28/5 28/12
28/12 28/15 28/22
29/11 29/18 29/21
30/2 30/3 30/3 30/4
30/6 30/9 31/20 31/21
32/1 32/11 32/25 33/1
33/14 33/23 34/2
34/12 34/19 35/2
35/11 35/19 35/22
36/19 37/4 37/9 38/6
38/10 39/18 40/7
40/12 40/21 42/18
43/14 43/24 44/4 44/5
44/24 45/1 45/2 45/6
46/22 46/25 47/13
47/16 48/18 49/5
49/25 51/1 51/5 52/7

278

we... [645] 53/23 53/25
54/5 54/12 54/15
54/15 55/5 55/7 55/10
55/13 57/20 58/1 58/4
58/16 58/21 59/11
59/12 59/14 59/14
59/21 59/24 60/8
60/16 60/18 60/23
60/23 64/11 64/14
64/21 64/23 65/2
65/15 65/18 66/5
66/21 67/7 67/15 68/3
68/18 69/19 70/13
70/17 70/23 71/11
72/3 72/11 72/25 73/3
73/13 73/22 74/2 74/5
74/6 74/9 74/10 75/4
75/10 75/17 75/23
76/22 77/1 77/7 77/16
77/16 78/2 78/9 78/10
79/3 79/8 79/18 79/19
79/21 79/23 80/11
80/15 80/16 80/25
81/6 81/19 82/11 83/2
83/17 84/19 84/24
85/2 85/12 85/15
85/16 85/17 85/21
86/7 86/7 86/8 86/9
86/11 86/12 86/13
86/13 86/24 87/17
87/19 87/23 88/7 89/5
89/9 89/17 89/18 90/2
90/15 90/21 91/20
91/25 92/8 92/10
92/17 92/18 93/6
93/11 93/16 93/18
93/20 94/5 94/10
94/11 94/12 95/1
95/18 95/23 96/1 96/3
96/3 96/4 96/14 96/25
97/6 97/7 97/8 97/11
97/22 97/24 98/6
98/12 98/13 98/14
98/15 98/16 99/11
99/19 99/22 99/24
100/8 100/10 100/10
100/21 101/3 101/4
101/6 101/9 101/13
101/19 101/20 101/21
101/23 101/23 102/6
102/18 103/1 103/2
103/13 103/21 104/4
104/9 104/10 104/13
104/14 104/15 106/7
106/7 106/8 106/10
106/10 106/22 107/8
107/9 107/10 107/12
107/18 107/24 108/12
108/18 108/23 108/24
109/5 109/9 109/16
109/20 109/22 110/7
110/20 111/7 111/16
112/18 112/25 113/3
113/15 113/17 113/18
113/20 113/20 113/21
113/25 114/14 114/17
115/9 115/21 116/7
116/25 117/14 117/25

118/17 118/20 118/22
119/7 119/13 120/12
121/8 121/9 121/18
121/24 122/17 123/9
123/9 123/10 123/13
123/13 123/17 123/17
124/5 124/6 124/9
124/13 124/25 125/10
125/14 125/22 125/25
127/16 127/22 127/23
128/8 129/4 129/7
129/11 129/15 129/22
129/25 130/3 130/11
130/14 130/15 130/16
131/9 131/13 131/14
131/25 132/5 132/8
132/21 133/5 133/12
133/17 133/20 134/7
134/13 134/15 134/15
134/19 135/8 135/12
135/20 135/21 136/1
136/9 136/14 136/14
136/22 137/15 137/17
137/17 137/21 137/22
138/1 138/2 138/8
138/15 138/21 138/24
139/5 139/17 140/1
140/4 140/6 140/6
140/8 140/12 140/18
140/22 140/25 141/1
141/5 141/7 141/9
141/13 141/23 142/3
142/4 142/6 142/9
142/21 143/2 143/10
144/4 144/8 144/13
146/7 146/10 146/21
147/8 147/13 148/7
148/10 148/12 148/17
148/17 148/18 148/20
149/2 149/23 150/5
150/8 150/24 151/4
151/10 151/11 151/14
152/3 152/10 152/13
152/14 152/19 152/23
153/11 153/22 154/8
154/16 154/18 155/2
155/16 155/25 156/4
156/6 156/8 156/17
156/18 156/22 157/2
157/7 157/8 157/18
158/7 158/18 158/25
159/8 159/14 160/7
160/12 160/18 160/24
161/10 161/10 161/12
161/12 161/14 162/9
162/15 162/16 162/25
162/25 162/25 163/1
163/2 163/8 163/16
163/24 164/5 164/15
164/18 164/20 165/12
165/24 165/25 166/12
166/25 167/1 167/3
167/11 167/16 167/21
167/23 168/2 168/21
169/4 169/10 169/21
169/24 170/3 170/5
170/12 171/16 171/20
172/1 172/6 172/7

174/15 174/19 175/9
175/9 175/12 175/16
177/14 178/2 180/2
180/4 180/6 180/7
180/25 180/25 181/20
183/9 183/11 183/16
183/18 184/5 184/18
184/18 185/23 186/8
186/22 187/8 187/8
187/12 187/25 188/6
189/15 190/6 190/14
190/15 190/25 191/4
191/15 191/17 191/24
192/7 193/10 195/12
195/14 195/23 195/25
196/12 196/20 197/14
197/15 197/23 198/6
198/9 198/14 198/16
198/20 198/22 198/25
199/1 199/2 199/3
199/5 199/8 199/23
200/2 200/4 200/9
200/9 200/10 200/15
200/16 201/5 203/7
203/11 203/13 203/19
203/19 203/22 204/14
204/15 204/16 204/20
204/24 204/25 205/3
205/5 205/6 205/8
205/9 205/10 205/11
205/14 205/18 205/19
205/23 205/23 206/3
206/9 206/13 206/24
206/24 206/24 207/1
207/3 207/4 207/4
207/12 207/25 208/1
208/3 208/19 209/15
209/17 209/20 210/1
210/4 212/23 212/24
213/2 213/11 213/11
213/14 213/15 213/16
214/2 214/6 214/7
214/17 214/18 215/5
215/8 215/13 215/16
215/18 215/18 215/19
215/20 215/20 215/24
215/25 215/25 216/1
216/4 216/4 216/8
216/10 216/14 216/15
216/16 216/17 216/19
217/4 217/12 217/13
217/14 220/6 220/17
220/25 221/4 221/9
222/1 222/5 222/18
223/21 223/25 224/3
224/15 224/18 224/23
224/24 225/6 225/8
225/18 226/6 226/6
226/14 226/23 228/12
228/14 228/21 228/23
228/23 229/6 229/14
229/18 229/23 229/24
230/3 230/12 230/13
230/14 231/19 232/4
232/10 233/2 233/6
234/7 235/21 236/2
236/13 236/19 236/19
237/6 237/7 238/16

240/16 240/17 241/2
241/9 241/11 241/19
242/8 242/13 242/14
we'll [2] 183/23 200/10
we're [5] 4/18 15/18
29/13 115/4 183/12
we've [4] 7/4 216/9
217/3 240/16
weapon [1] 12/16
wearing [38] 21/2
23/15 25/23 28/10
29/2 32/8 35/24 39/20
59/5 63/19 63/21 70/3
86/2 86/8 91/11 91/13
95/13 95/14 95/16
95/17 111/25 121/13
130/18 131/17 134/22
135/5 136/17 137/5
137/9 138/6 139/8
145/12 145/15 148/24
152/4 157/21 172/25
193/5
weather [3] 45/12 57/6
57/7
week [3] 43/2 80/9
103/13
weeks [2] 163/22
166/5
weighs [1] 206/8
weight [1] 186/9
welcome [1] 236/24
well [43] 4/15 5/13
14/16 35/8 42/12 53/3
58/3 75/19 77/11
77/17 77/20 81/12
83/20 96/23 100/22
107/12 107/20 122/21
138/1 163/14 164/25
165/8 170/10 175/17
177/9 180/12 186/3
191/11 192/12 197/2
197/23 200/11 203/25
216/16 223/14 225/11
226/18 228/3 232/6
233/24 235/23 236/3
239/21
went [17] 14/20 14/21
17/11 37/23 38/1 53/6
72/11 105/5 110/20
141/21 153/6 155/19
189/20 194/15 219/8
219/10 242/15
were [168] 5/8 5/12 6/7
9/1 9/5 10/13 10/13
10/15 10/23 11/5 11/8
11/9 11/13 11/20
12/18 13/12 13/17
13/22 14/3 14/4 14/6
14/8 14/10 14/19
14/24 15/9 15/13
15/15 15/15 16/16
16/16 16/20 18/19
18/22 18/24 19/8 22/6
22/7 22/10 22/14
22/18 22/21 22/22
23/17 27/10 29/7
29/12 29/12 33/6
33/12 34/24 37/25

39/22 42/6 43/9 43/19
43/25 44/8 44/8 44/24
44/25 45/6 46/10
47/13 50/15 51/14
51/25 56/1 58/1 58/3
58/4 58/7 58/13 58/14
59/2 62/17 62/24
63/11 72/13 72/22
72/24 77/20 80/25
86/21 88/5 88/7 88/22
89/20 90/25 91/4
91/12 92/10 101/23
101/23 103/12 103/13
103/16 105/13 108/18
108/23 117/17 117/17
124/22 128/8 136/1
136/14 142/11 146/16
152/19 152/21 154/21
154/22 156/4 160/2
163/16 169/2 172/13
174/9 179/8 180/18
180/24 182/18 182/22
183/2 183/22 184/17
186/25 187/7 187/13
188/20 188/22 189/10
189/13 191/19 192/2
192/3 192/4 193/5
193/11 194/10 194/16
194/20 194/23 195/1
198/14 200/2 204/15
207/8 207/8 209/7
219/3 219/4 219/4
219/5 219/9 219/9
219/11 219/14 222/17
222/19 229/7 229/13
230/20 237/7 242/1
weren't [2] 29/11 42/5
west [2] 20/8 112/10
Western [2] 210/9
210/24
Westlaw [2] 207/14
210/10
what [334] 6/7 8/13
8/15 8/18 8/19 9/3 9/5
9/20 10/4 10/8 10/25
11/7 11/11 11/19
12/10 13/5 13/8 13/25
14/2 14/13 14/22
15/12 16/3 16/12 17/6
18/12 18/16 18/22
18/24 19/19 19/15
19/23 21/2 21/18 22/3
22/7 22/12 22/21
22/22 23/5 23/15 24/7
24/21 24/22 25/2
25/10 25/12 25/23
26/14 27/9 27/17
28/10 29/2 29/9 29/25
30/14 31/10 32/8 33/9
33/19 34/2 34/4 34/8
34/17 35/3 35/24
36/13 36/16 37/22
37/24 37/24 39/1
39/23 40/13 40/14
41/24 42/3 42/5 42/9
42/19 42/19 43/19
43/21 44/8 44/13
45/10 46/2 46/5 46/6

Case 21:23-cv-00223-MEP Document 36-5 Filed 05/9/23/24 Page 272 of 281 105/23 105/25

what... [245] 46/7 46/8
46/9 46/10 46/12
46/20 47/1 47/1 47/2
47/6 47/12 48/21 50/1
50/13 51/7 51/11
51/13 52/16 53/2
54/14 54/17 55/22
55/22 55/24 56/24
58/8 58/23 59/1 59/5
59/24 60/3 60/14 61/7
62/5 62/14 65/9 67/5
69/8 71/4 75/8 77/4
78/15 80/6 80/21
81/19 83/13 83/14
83/17 83/22 84/5 86/2
86/8 86/16 86/19
87/21 88/5 88/5 89/17
90/14 90/15 90/24
91/2 91/10 93/23 94/5
94/7 94/16 95/16 99/8
99/24 101/21 101/23
102/6 102/8 106/3
109/16 109/20 110/24
111/23 111/25 113/9
114/2 114/23 115/18
116/7 116/8 117/2
117/16 118/9 118/22
119/19 121/3 121/12
122/24 123/5 124/1
124/12 124/16 124/19
126/1 126/7 126/9
126/17 127/11 127/23
130/25 131/13 132/12
132/21 132/23 133/22
134/21 135/5 136/5
136/17 137/4 137/8
137/12 137/23 138/3
138/5 138/12 139/8
140/12 141/9 141/11
142/8 143/17 143/19
144/16 145/5 145/15
146/6 148/12 148/23
150/9 150/24 152/6
154/20 156/10 157/2
157/20 158/18 164/4
164/23 165/1 169/25
170/17 170/23 172/25
174/3 174/15 174/24
175/4 175/12 175/17
175/21 176/1 176/2
177/16 178/1 178/2
178/6 179/5 179/12
179/22 180/23 181/23
182/12 183/3 184/14
186/2 187/12 187/13
187/15 187/21 188/11
188/20 188/24 188/25
188/25 189/16 190/11
190/19 190/20 191/7
191/9 191/11 191/18
192/8 192/9 194/3
195/1 196/24 197/13
197/15 197/23 199/10
201/12 201/18 202/24
204/10 204/16 205/3
205/23 206/3 208/23
211/3 212/2 212/3
212/4 212/18 213/16

220/4 220/16 221/4
222/8 222/5 223/15
223/20 223/21 225/8
225/18 226/6 226/21
229/18 233/2 233/4
233/8 235/9 236/13
236/14 236/19 238/19
239/4 239/6 239/7
239/9 240/6 240/15
240/16 241/19
what's [26] 4/17 17/16
19/5 19/25 33/4 35/10
50/23 51/4 66/19
66/22 70/7 76/11
76/15 82/1 88/17
95/13 101/19 127/15
135/2 144/2 148/15
151/2 153/8 174/21
185/15 221/20
whatever [9] 12/6
34/11 179/24 184/17
187/20 189/12 231/9
236/8 238/24
when [66] 5/7 5/19
9/10 10/8 12/5 12/10
13/23 14/16 15/12
17/23 22/6 22/13 34/8
35/11 35/11 35/13
37/15 37/20 41/14
45/17 46/10 46/19
47/11 53/2 58/7 58/10
66/25 68/20 80/6
81/12 92/10 103/4
105/13 107/11 107/13
108/5 109/5 115/2
144/4 162/7 163/20
178/6 190/10 195/18
198/16 199/16 204/15
205/11 206/5 208/15
208/16 212/8 214/7
217/6 220/19 224/17
229/8 229/19 229/21
231/22 233/9 233/14
235/4 235/10 240/12
242/8
whenever [1] 102/8
where [104] 8/9 9/19
9/23 9/24 11/16 11/21
12/11 14/5 15/3 15/5
15/6 15/24 16/1 17/21
21/14 21/16 23/7
23/10 24/3 24/5 26/10
26/12 28/1 31/6 31/8
31/24 32/15 32/17
33/6 44/14 47/13
49/13 51/8 51/14
51/16 51/25 52/2 54/6
57/23 59/2 77/19
77/22 87/2 88/11 91/4
91/20 93/24 96/10
99/2 112/21 114/7
114/10 116/10 118/11
119/9 121/18 123/17
123/21 128/18 128/21
129/18 129/20 131/3
131/3 131/20 135/12
136/17 139/17 144/4
149/14 149/25 150/5

152/19 153/5 153/14
171/2 181/10 187/10
193/13 193/16 194/11
194/12 194/15 194/20
194/22 197/7 198/15
199/14 210/20 222/10
228/23 228/23 231/17
235/5 235/24 237/2
237/7 240/2 240/18
241/23 241/24
wherever [2] 234/24
235/2
whether [27] 42/7
43/19 45/12 54/19
75/12 75/13 165/6
175/10 183/13 183/19
183/22 190/12 190/21
195/17 207/20 209/16
211/9 211/20 217/4
211/6 225/9 225/12
225/23 227/4 229/14
233/19 241/13
which [74] 14/17 36/3
39/12 39/13 40/1 40/8
48/11 49/24 51/9 55/5
66/6 66/7 74/12 85/15
87/18 92/22 94/17
96/18 97/24 97/25
102/7 103/21 105/20
109/14 112/8 112/18
117/25 118/3 118/16
120/18 123/11 131/8
132/6 135/22 143/2
151/10 153/2 153/7
170/23 173/17 175/18
175/21 177/19 181/5
181/10 187/7 189/7
197/4 201/8 205/19
207/12 208/19 212/2
216/15 217/22 224/7
225/14 225/22 225/22
226/8 226/11 226/16
226/18 227/13 227/24
228/19 230/8 230/20
233/17 235/1 237/11
237/22 239/22 240/1
while [8] 14/7 115/9
116/21 127/3 143/17
204/20 206/1 233/4
white [55] 21/3 23/16
25/24 28/11 29/3 32/9
33/21 36/1 36/24 37/6
59/6 69/15 70/3 85/24
86/4 86/5 86/20 87/11
90/4 92/2 95/14 99/5
112/1 114/11 119/1
119/22 121/12 121/14
128/4 130/5 130/8
130/19 131/17 134/23
135/4 137/10 138/13
138/15 138/19 139/7
139/9 143/24 148/25
152/4 155/6 156/24
185/9 231/15 231/15
231/18 231/19 233/6
235/1 235/2 235/4
who [85] 4/13 6/8
10/23 11/9 16/15

42/1 47/22 49/17
55/24 64/9 68/13 69/6
69/10 71/19 76/8
81/24 85/24 87/13
87/15 88/21 90/4
90/11 96/8 102/25
114/2 119/4 119/16
119/25 122/3 122/6
122/19 125/3 126/6
128/16 128/24 129/12
130/7 130/19 136/20
139/20 143/25 146/16
147/21 148/1 149/10
149/12 151/22 152/8
154/3 154/6 155/7
155/11 156/25 157/14
170/22 176/17 182/2
182/4 182/8 184/11
185/8 186/4 188/22
188/23 192/9 197/19
198/1 199/8 204/5
204/12 214/13 214/20
219/3 219/5 219/22
226/19 227/3 230/6
231/20 241/15 242/10
who's [9]  90/6 90/7
92/3 98/24 131/18
137/3 165/18 197/9
199/10
whole [12]  7/8 10/6
10/6 25/3 142/19
175/25 176/20 182/7
185/1 189/7 221/16
227/17
whom [2]  113/13
169/19
whose [4]  28/20 71/23
128/4 188/16
why [32]  17/8 20/5
30/21 34/19 44/8 46/9
46/22 51/5 53/12 75/6
75/17 99/19 100/10
100/20 101/4 146/10
167/20 171/3 190/6
190/18 190/20 197/10
200/9 200/17 213/14
215/19 215/19 216/4
220/17 225/13 227/14
234/21
widely [3]  53/16 54/17
54/18
WiFi [1]  242/15
Wiley [2]  210/11
210/14
will [142]  4/21 5/23
5/25 6/2 10/11 13/8
16/24 17/4 20/23
21/22 25/15 30/3
31/14 32/22 40/12
40/24 42/14 49/5
54/13 54/20 57/13
64/1 68/4 68/5 72/7
75/22 77/7 77/16
77/24 79/5 79/20 81/8
84/8 84/22 93/9 95/4
97/3 98/9 98/14 101/4
103/21 103/22 104/9
104/11 104/13 104/17

106/7 106/8 106/17
111/11 115/2 123/17
124/6 125/19 125/25
126/5 126/17 126/21
129/23 133/18 135/20
139/2 140/6 143/13
145/19 146/2 147/6
148/8 151/11 160/12
161/1 163/5 163/13
165/3 166/16 166/17
166/18 167/13 171/4
173/8 177/9 177/24
178/7 178/12 188/11
200/16 201/1 201/2
201/12 203/22 204/1
204/14 204/20 206/23
209/17 209/17 210/3
210/4 213/6 213/11
213/14 213/16 213/23
214/20 215/4 215/7
216/15 216/16 216/16
216/17 216/18 216/19
216/22 217/24 220/21
221/24 223/14 223/22
223/23 224/3 224/7
224/25 230/3 230/8
232/10 234/3 234/10
235/22 236/2 236/5
238/21 239/12 241/4
241/9 241/10 241/11
241/19 241/22 242/20
willing [2]  105/8 177/12
willy [1]  230/25
willy-nilly [1]  230/25
win [1]  233/8
winter [7]  21/3 23/16
25/24 28/11 29/3 32/9
36/1
wish [1]  215/25
withdraw [2]  57/13
173/8
withhold [1]  202/16
withholding [1]  202/15
within [13]  8/16 90/18
91/18 92/6 184/6
188/22 189/8 192/12
211/22 213/3 213/8
223/8 226/3
without [2]  162/17
163/3
witness [59]  2/2 7/25
23/25 26/6 38/15 42/6
45/25 49/23 54/6
61/12 65/21 83/12
100/14 102/1 102/7
102/17 102/18 103/6
103/16 104/18 104/19
106/15 107/19 107/21
108/18 108/22 108/25
110/4 126/16 168/3
170/20 178/7 188/13
188/24 190/11 196/19
201/22 203/3 203/24
204/8 207/3 207/22
208/21 209/6 210/12
210/17 211/15 212/1
212/3 212/16 212/22
212/23 213/2 215/11

Case 21:23-00-0266662 1 Document 88-2 Filed 05/22/24 Page 280 of 281 14 38/16

witness... [5] 215/12
215/13 216/20 222/5
241/10
witness's [1] 160/20
witnessed [1] 56/17
witnesses [20] 101/21
104/2 104/15 106/5
106/6 107/1 126/9
187/10 188/13 201/4
201/7 201/23 203/5
208/5 208/15 241/12
241/18 241/20 241/23
241/24
witnessing [2] 221/11
237/17
woman [14] 48/2 70/3
90/4 122/19 126/6
145/3 188/16 197/5
197/8 197/15 197/21
198/9 198/15 199/10
woman's [2] 89/8
197/13
won [1] 238/17
won't [5] 85/16 163/3
236/16 236/17 237/9
Woodland [1] 1/18
word [14] 52/6 52/12
57/14 170/10
worded [1] 231/14
wording [1] 42/14
words [4] 22/20 76/8
212/17 212/18
work [12] 8/9 8/19
161/14 169/20 169/24
171/12 171/14 171/18
184/13 216/13 217/8
241/16
worked [5] 8/11 8/23
62/6 62/7 169/9
working [9] 9/1 35/12
64/25 160/12 161/1
161/8 161/19 200/16
235/7
works [4] 122/20
170/20 171/2 184/11
world [2] 44/14 222/18
worried [1] 207/1
worship [1] 231/5
worthy [1] 231/5
would [116] 9/17 17/9
20/15 24/22 28/2
30/23 34/13 40/7
40/15 40/21 41/8
41/13 42/1 42/1 42/8
42/21 43/2 43/9 43/11
43/20 43/21 45/18
46/2 48/7 48/10 49/6
49/18 50/7 50/10
53/12 53/20 54/10
57/8 57/10 65/15
66/13 67/7 70/7 70/9
72/3 73/13 74/17
75/14 75/21 79/3 81/6
83/2 84/9 84/19 86/25
90/17 90/18 93/6
93/13 95/1 96/25 98/6
102/17 104/20 106/2
106/20 109/22 110/13

126/20 127/4 132/21
133/5 153/7 164/15
165/12 166/12 167/11
168/13 169/11 169/25
171/8 171/10 173/10
174/7 176/25 182/17
183/25 185/25 186/19
194/10 194/16 194/17
203/20 206/12 206/18
212/3 212/20 212/22
212/23 215/13 215/16
217/22 218/19 219/18
219/25 220/2 222/9
227/17 232/23 237/4
238/19 238/20 238/21
239/16 239/17 239/18
240/4 240/6
wouldn't [5] 38/5 41/19
43/12 183/1 201/11
wrapped [1] 109/5
wrong [3] 197/11
222/13 233/12
wrongful [2] 227/23
227/24
wrongfully [1] 188/3

Y
yard [2] 26/2 29/5
yards [3] 90/18 91/5
139/25
yeah [41] 6/12 9/24
10/21 12/5 12/20 48/9
53/14 75/22 95/17
134/6 162/22 164/23
173/22 174/5 175/14
177/9 178/12 179/13
180/10 182/8 185/20
189/24 192/1 193/25
194/25 197/20 200/23
200/25 202/8 202/10
203/25 207/13 209/23
213/24 215/2 215/24
222/2 230/19 235/19
237/9 238/13
year [1] 227/7
years [8] 8/12 8/25
38/25 59/8 62/3 62/5
168/10 219/2
yell [1] 11/24
yelling [11] 12/18
14/25 15/15 15/16
22/14 22/18 22/22
29/25 128/25 189/22
222/23
yellow [20] 92/23 93/3
93/20 94/18 94/23
95/9 96/19 96/22
109/15 109/19 110/11
111/3 111/21 111/24
112/6 114/8 115/23
116/12 116/22 117/19
yes [316] 6/6 6/13 7/12
10/15 13/13 13/21
14/21 15/25 16/21
17/22 18/21 19/22
21/1 21/15 22/11
23/14 24/24 25/21
26/11 27/6 27/23 28/9
28/19 29/1 29/8 30/13

35/1 35/7 36/25 37/8
38/21 38/23 39/7 40/6
40/6 40/20 41/8 43/4
46/15 48/17 48/20
49/1 49/16 50/18
52/11 52/13 53/8 53/8
53/19 55/18 56/9
56/11 56/15 57/6 57/7
58/15 59/4 60/13
60/21 61/25 62/20
62/23 63/3 63/10
63/13 63/17 63/20
64/21 64/23 65/1 65/6
65/8 65/14 66/21
66/24 67/3 67/6 67/15
67/16 68/2 68/16
68/22 69/18 69/25
70/6 70/12 70/17
70/20 70/22 71/3
71/11 71/13 71/16
71/22 72/2 72/14
72/17 72/21 72/24
73/4 73/9 73/12 74/1
76/14 76/18 76/21
78/6 78/9 78/14 78/24
79/2 79/14 79/17 80/3
80/5 80/10 80/15
80/24 81/2 81/5 81/15
81/18 81/21 82/7
82/10 82/15 82/17
82/20 82/23 83/1
84/15 85/6 85/9 85/11
86/3 86/18 86/23 87/7
87/9 87/14 88/4 89/3
89/10 89/24 91/1 91/6
91/16 91/22 92/13
92/16 92/25 93/15
93/22 94/15 94/20
94/22 95/10 95/12
95/19 96/21 96/24
97/15 97/17 98/2
98/20 98/22 99/13
100/6 104/1 104/4
104/9 104/17 105/18
109/7 109/18 109/21
110/5 110/23 110/25
111/2 111/20 112/7
112/12 113/8 114/9
115/3 115/11 115/17
115/24 116/14 117/21
118/14 120/4 120/6
120/9 120/17 121/17
122/10 122/22 126/15
128/7 128/12 128/23
129/1 129/14 129/17
132/4 132/11 132/17
132/20 134/1 135/1
135/7 135/11 135/14
135/18 135/18 136/16
137/22 138/16 138/23
139/15 139/19 139/19
140/3 141/19 141/25
142/2 142/20 142/25
143/6 145/1 145/14
146/18 147/3 147/12
148/2 149/6 149/11
150/1 153/9 153/19
153/21 155/24 156/5

158/9 159/4 159/19
159/21 159/24 160/1
160/3 160/6 160/22
162/6 163/18 163/23
164/3 164/8 164/11
164/14 165/2 166/3
166/6 166/11 167/5
167/7 167/10 168/21
169/4 169/8 169/15
169/18 171/13 171/20
172/14 172/21 172/24
176/15 176/19 176/23
178/4 179/1 182/16
182/20 185/1 186/17
186/20 189/4 189/5
189/6 192/25 194/9
195/2 195/20 195/22
196/3 196/5 196/10
198/13 200/1 200/13
201/1 215/22 217/6
218/24 240/20 242/17
242/19
yesterday [10] 5/7 5/11
5/24 6/5 6/18 101/23
206/10 212/2 234/18
235/20
yet [7] 43/23 46/3
74/23 132/6 141/1
180/4 180/8
you [950] 4/16 4/19
4/21 4/22 5/4 5/4 5/6
5/10 6/2 6/7 6/23 7/7
7/7 7/20 7/20 8/1 8/6
8/9 8/11 8/23 8/23 9/1
9/22 10/1 10/8 10/8
10/19 10/19 10/20
11/11 11/18 11/19
12/4 12/5 12/6 12/7
12/10 12/10 12/18
12/18 13/9 13/12
13/12 13/19 13/22
13/23 14/10 14/19
14/20 15/13 15/19
15/24 16/3 16/8 16/20
16/24 17/14 17/21
18/10 18/18 18/19
18/22 19/20 19/20
20/23 20/24 21/2 21/6
21/14 22/1 22/6 22/6
22/10 22/13 22/18
22/18 22/20 22/21
22/21 22/22 23/3 23/7
23/13 23/21 24/3 24/7
24/19 24/19 24/21
24/25 25/2 25/16
25/18 25/20 25/22
26/10 27/5 27/7 27/15
28/8 28/10 28/18
28/25 29/7 29/13
29/14 29/14 29/15
30/8 30/12 31/3 31/6
32/4 32/6 32/13 32/15
33/6 33/6 33/9 33/12
33/17 34/8 34/22 35/5
35/13 35/24 36/2 36/3
36/23 37/6 37/11
37/13 37/15 37/18
37/20 37/22 37/25

38/20 38/25 39/1 39/3
39/3 39/6 39/10 39/10
39/19 39/22 40/10
40/12 40/14 41/5
41/13 41/14 41/16
42/3 42/4 42/7 42/9
42/10 42/11 42/16
42/20 42/20 42/21
43/2 43/8 43/8 43/9
43/25 44/1 44/2 44/3
44/3 44/7 44/7 44/8
44/9 44/11 44/19 45/4
45/7 45/8 45/16 45/16
45/16 45/17 45/18
46/8 46/9 46/9 46/10
46/10 46/10 46/12
46/15 46/19 46/22
46/25 47/4 47/6 47/11
47/12 47/20 48/2 48/5
48/15 48/18 48/24
48/24 49/13 50/2 50/3
50/4 50/9 50/10 50/12
50/13 50/14 50/14
50/15 50/15 50/15
50/16 50/16 50/17
50/17 50/19 51/7 51/7
51/8 51/8 51/9 51/13
51/13 51/14 51/15
51/23 51/25 51/25
52/10 53/3 53/6 53/7
53/9 53/9 53/12 53/12
53/20 54/10 54/20
54/20 54/23 55/1
55/15 55/16 56/5
56/12 56/16 56/19
57/1 57/3 57/4 57/8
57/17 57/23 58/7
58/13 58/18 59/3
59/17 59/22 59/22
60/10 60/12 61/2 61/5
61/10 61/18 61/18
61/24 62/2 62/6 62/11
62/14 62/17 62/17
62/17 62/18 62/21
62/22 62/24 63/1 63/4
63/8 63/11 63/16
63/18 64/5 65/5 65/7
65/9 66/10 66/15
66/19 66/25 67/1 67/4
67/17 67/20 68/12
69/12 69/14 69/24
70/1 70/3 70/7 70/7
71/2 71/12 71/17
71/21 72/8 72/13
72/19 73/3 74/12 75/1
75/3 75/3 75/9 75/10
75/18 76/2 76/17 77/4
77/13 77/18 77/21
77/25 78/13 78/18
79/12 79/20 79/25
80/19 81/22 82/14
83/16 83/22 84/3 84/4
85/4 85/7 85/7 85/15
86/2 86/16 86/21 87/5
87/8 87/12 87/21 88/2
89/8 90/17 91/5 92/11
92/20 93/1 93/13 94/5
94/14 94/21 95/8

you... [573]  96/16
96/22 97/14 98/3 99/3
99/4 99/9 99/11
100/13 100/13 100/22
101/4 101/6 101/9
101/9 101/21 102/4
102/15 103/9 103/11
103/11 103/15 103/15
103/16 103/17 103/18
103/19 103/19 103/22
104/2 104/6 105/16
105/17 105/19 105/21
106/7 106/7 106/17
106/19 106/21 107/11
107/11 107/11 107/14
107/20 108/2 108/4
108/17 108/19 108/21
108/24 109/1 109/12
109/19 110/4 110/10
110/11 110/13 110/21
110/24 111/1 111/3
111/3 111/4 111/18
111/21 112/6 112/13
112/15 113/5 113/9
113/24 114/10 114/11
115/7 115/25 116/12
117/10 119/2 119/23
120/24 121/9 122/3
124/6 124/11 124/12
125/14 125/15 125/19
126/3 126/3 126/12
126/12 126/13 126/19
127/7 127/8 127/9
127/10 127/12 127/13
127/15 127/15 127/18
129/6 129/8 129/12
130/5 132/2 132/9
132/15 133/1 133/1
134/11 134/22 134/24
135/24 136/17 138/20
139/2 139/20 140/16
140/16 141/3 141/17
141/20 141/23 142/1
142/12 142/16 142/23
143/4 143/9 143/13
144/11 144/16 144/16
144/23 145/3 145/20
146/2 146/16 147/6
148/3 149/5 149/7
149/10 149/16 150/5
150/16 151/6 151/20
152/3 152/16 152/18
153/2 153/6 154/15
155/17 156/12 156/14
157/12 158/5 158/16
159/2 159/18 159/20
160/11 160/15 160/21
160/23 161/3 161/12
161/15 161/17 161/21
161/25 162/1 162/7
162/14 162/16 162/18
162/18 162/24 162/24
163/2 163/3 163/3
163/4 163/4 163/11
163/13 163/19 164/2
164/7 164/25 165/1
165/6 165/7 165/8
167/23 168/9 169/2

169/25 170/13 170/14
170/15 170/15 170/16
170/17 170/17 170/25
171/1 171/8 171/11
171/11 171/14 171/18
172/10 172/13 172/13
172/19 172/20 172/22
173/24 174/3 174/7
174/20 174/21 174/24
174/25 175/2 175/2
175/6 175/7 175/16
175/17 175/18 175/18
175/18 175/19 175/20
175/23 175/23 175/24
175/24 176/1 176/1
176/4 176/4 176/8
176/13 176/16 176/21
176/24 176/25 177/12
177/14 177/15 177/17
177/17 177/18 177/19
177/19 177/20 177/24
178/7 178/9 178/18
178/24 179/7 179/8
179/8 179/9 179/11
179/12 179/18 179/19
179/22 179/24 180/10
180/16 180/17 180/18
180/20 180/21 180/21
180/22 180/23 180/23
181/3 181/5 181/9
181/10 181/10 181/11
181/12 181/14 181/15
181/17 181/21 181/22
181/23 181/23 182/6
182/7 182/17 182/25
183/4 183/14 184/4
184/5 184/10 184/16
184/19 184/22 184/24
184/24 185/7 186/2
186/6 186/6 186/10
186/11 186/19 186/25
187/6 187/6 187/7
187/9 187/17 187/17
187/18 187/20 187/21
188/10 188/12 188/14
188/16 188/17 188/20
188/20 188/21 188/24
188/25 189/3 189/3
189/3 189/4 189/5
189/7 189/7 189/11
189/11 189/12 189/14
189/20 189/23 190/1
190/1 190/6 190/7
190/18 190/19 190/21
190/21 191/6 191/7
191/7 191/9 191/16
191/16 191/20 191/20
191/21 192/1 192/2
192/3 192/4 192/5
192/6 192/7 192/16
192/16 192/17 192/22
192/23 192/24 193/1
193/4 193/5 193/13
193/16 193/19 193/25
194/7 194/10 194/16
194/17 194/23 194/24
195/3 195/6 195/16
196/2 196/4 196/6

197/6 197/12 197/17
197/25 199/21 199/21
199/22 200/11 200/17
200/20 200/20 201/2
201/8 201/12 202/9
202/22 203/7 203/10
203/13 203/19 203/23
204/4 204/7 204/11
204/15 204/20 205/10
205/14 205/18 205/20
205/20 205/21 205/22
206/14 207/8 207/9
207/23 207/25 208/1
208/15 208/16 208/17
208/18 208/19 208/21
208/22 209/1 211/20
211/21 211/25 213/5
213/6 213/6 213/7
213/9 213/9 213/13
213/14 213/15 213/16
213/17 213/18 215/11
216/2 216/2 216/9
216/10 216/12 216/12
216/13 216/18 216/19
216/22 216/22 217/2
217/18 217/23 218/19
218/22 218/24 220/9
220/10 220/11 220/12
220/16 221/4 221/6
222/17 224/4 224/7
224/7 224/25 224/25
225/2 228/2 229/5
229/5 229/14 230/17
230/22 230/25 231/13
231/16 232/8 233/2
233/4 233/5 233/7
233/9 233/10 233/15
234/11 234/13 234/14
234/18 234/21 234/21
235/13 235/17 235/24
236/5 236/6 236/9
236/24 236/24 236/25
237/1 238/7 238/19
238/20 238/24 238/25
239/1 239/1 239/2
239/7 239/9 239/12
239/16 239/17 239/24
240/4 240/4 240/5
240/6 240/6 240/7
240/12 240/17 240/24
241/14 241/16 241/22
242/3 242/5 242/6
242/9 242/13 242/13
242/20
you're [3]  20/14 104/8
216/3
you've [5]  44/1 208/17
236/6
Young [1]  202/11
your [183]  4/7 4/12
4/25 5/15 6/2 6/6 6/9
6/10 6/14 6/21 7/8
7/10 7/12 7/25 8/1 8/6
8/13 8/15 9/3 9/5 9/13
10/19 10/24 13/2
19/23 22/7 22/12 23/7
29/9 30/18 34/14
37/15 37/20 37/24

44/9 44/19 45/7 45/25
46/19 46/21 47/5
48/15 48/21 49/20
49/22 50/13 50/22
53/22 54/3 56/14
57/11 57/19 61/9
61/12 63/22 64/5
64/19 65/7 65/15
65/24 67/7 67/13
68/14 69/2 72/3 73/13
74/1 74/22 76/22 77/1
79/3 81/6 83/2 83/19
84/19 93/6 95/1 96/25
98/6 100/7 101/15
101/17 101/22 102/23
104/1 104/2 104/4
104/9 104/17 105/18
107/23 108/9 108/14
108/16 109/22 111/7
115/3 126/15 126/25
127/18 133/5 160/7
160/13 161/4 162/1
162/9 162/21 163/10
164/9 164/15 165/2
166/12 167/18 168/11
170/5 171/23 173/14
174/14 177/7 177/25
179/4 180/2 180/4
180/17 182/3 184/5
184/22 185/20 186/15
190/9 190/17 191/19
191/23 196/14 196/18
197/9 197/14 197/21
199/19 200/1 200/13
200/23 200/25 201/1
204/7 204/24 206/8
207/7 208/16 213/17
213/18 214/15 214/21
215/3 215/22 216/22
217/17 218/13 221/13
221/18 225/1 225/2
232/8 233/20 234/13
235/12 236/5 236/18
236/21 237/1 237/4
237/11 238/15 239/4
239/22 240/9 241/8
241/10 242/17
yours [1]  240/12
yourself [6]  16/19
18/19 27/5 27/7 51/23
61/24
yourselves [2]  4/5
242/12

Z
ZIA [1]  1/8
ZMF [1]  1/3
zoom [12]  20/20 21/6
35/22 68/9 86/13
86/24 107/13 107/14
107/19 108/10 242/10
242/13