UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| WILLIAM POPE, | : | |
| | : | |
| Defendant. | : | |

## STATUS REPORT REGARDING SCHEDULING OF CAPITOL WALKTHROUGH

The United States of America hereby respectfully submits this report to update the Court on the status of efforts to schedule a Capitol walkthrough for the defendant, William Pope, in preparation for trial.

On September 27, 2024, a representative of the United States Capitol Police ("USCP") advised the government that USCP is currently coordinating with stakeholders in both houses of Congress to finalize approval for Mr. Pope to attend a walkthrough of the Capitol.

The government will advise the Court and the defendant of the approved date(s) and time(s) once finalized.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Benet J Kearney*
Benet J. Kearney
NY Bar No. 4774048
Kelly Elizabeth Moran
NY Bar No. 5776471
Matthew Beckwith
DC Bar No: 90014452
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Benet.Kearney@usdoj.gov Kelly.Moran@usdoj.gov
Matthew.Beckwith@usdoj.gov
(212) 637 2260 / (202) 740 4690 / (202) 252 7109