# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | |
| WILLIAM POPE, | **ORDER TO PROVIDE DISCOVERY ON WHETHER JOHN DEW AND TODD WETZELBERGER WERE WORKING FOR THE GOVERNMENT AND TO PROVIDE ANY RECORDINGS THEY MAD TO THE DEFENDANT** |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion to compel the government to produce discovery related to Todd Wetzelberger and former FBI Agent John Dew on whether these men were working on behalf of the government on January 6, and to produce any recordings they made to the defendant.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE