UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

# NOTICE TO THE COURT REGARDING TRAVEL TO D.C.

In accordance with the Court's minute order from April 25, 2024, as well as Court Order Nos. 330 and 360, I am notifying the Court of my upcoming travel to Washington for the purpose of taking the Court-ordered evidentiary tour of the United States Capitol. This tour will take place on the date arranged by the government, of which the government provided notice to the Court. My standby counsel, Nicole Cubbage, will be joining me on the Capitol tour.

While in Washington, I will also sit in on other January 6 court hearings, including jury and bench trials, in order to get a better feel for the flow of in-court procedure. This will be done in accordance with the Court's minute order from April 25, 2024, where the Court agreed that it would benefit the conduct of my defense for me to observe other hearings in-person.

On October 23, 2024, there is a status hearing scheduled for my case. Since I will be in Washington, I plan on attending this hearing in person rather than remotely. The Court has scheduled my brother's verdict for October 24, 2024, so I plan on attending that as well.

Per the orders of the Court, I have notified Pretrial Services of all my travel plans.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service

I certify that a copy of this was filed electronically for all parties of record on October 16, 2024.

/s/

William Alexander Pope, Pro Se