**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-128 (RC) |
| : | |
| **WILLIAM POPE,** : | |
| : | |
| **Defendant.** : | |

**JOINT MOTION TO CONTINUE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, William Pope, jointly file this motion to continue the deadline for the Joint Pretrial Statement currently due on November 1, 2024. The parties agree that an extension of the due date to the week of November 4, 2024 is appropriate and beneficial.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:   */s/ Matthew Beckwith*
       Matthew Beckwith
       DC Bar No: 90014452
       Benet J. Kearney
       NY Bar No. 4774048
       Assistant United States Attorneys
       601 D Street NW
       Washington, DC 20530
       Matthew.Beckwith@usdoj.gov
       Benet.Kearney@usdoj.gov
       (202) 252 7109 / (202) 740 4690