UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| Defendant. | : | |

**PRETRIAL STATEMENT**

Pursuant to the Court's July 22, 2024 scheduling order, as amended by the Court's November 1, 2024 Minute Order minute order, the parties hereby jointly submit this pretrial statement in advance of the December 2, 2024 trial in this matter.

**I.  Statement of the Case**

The Government's and the defendant's respective proposed statement of the case are set forth in Exhibit 1.

**II.  Estimated Length of Trial**

The parties anticipate the trial will last approximately two weeks.

**III.  Expert Witnesses**

The parties do not intend to call any expert witnesses.

**IV.  Outstanding Motions in Limine**

The outstanding Motions and Motions in Limine are set forth in Exhibit 2.

**V.  Proposed Voir Dire**

The Government's and the defendant's proposed voir dire questions are set forth in Exhibit 3.

**VI.  Proposed Jury Instructions**

The parties' proposed jury instructions are set forth in Exhibit 4.

## VII. Prior Convictions

No prior convictions will be introduced at trial.

## VIII. Exhibit Lists

The Government's draft exhibit list is attached as Exhibit 5A. The defendant's objections to the government's exhibit list is attached as 5B. Currently, the United States has identified the majority of exhibits it intends to use at trial. The exhibit list was compiled in a good-faith effort to identify all trial evidence that is known or identified at this time. The government reserves the right to supplement this list or to remove items from the list, as it develops additional evidence throughout trial preparations and to streamline the presentation of its case. The government also reserves the right to introduce any evidence produced to the defense in discovery.

The defendant's draft exbibit list is attached at Exhibit 6A. The government's objections to the defendant's exhibit list is attached as Exhibit 6B.

## IX. Stipulations

With the understanding that the parties are not objecting to the authenticity of each other's exhibits unless noted, the parties have not reached any stipulations.

## X. Judicial Notice

There are no matters on which the parties seek judicial notice.

## XI. Proposed Verdict Form

The parties' proposed verdict form is attached as Exhibit 7.

## XII. List of Witnesses

### a. Government Witnesses

i. FBI Special Agent Clay Chase
ii. U.S. Capitol Police Captain Sean Patton
iii. U.S. Capitol Police Officer Albert Chow
iv. U.S. Secret Service Inspector Lanelle Hawa

      v. Kansas State Fire Marshal Mark Engholm
     vi. U.S. Capitol Police Officer Candis Hart
    vii. U.S. Capitol Police Officer Pernell Clark
   viii. U.S. Capitol Police Officer Trevor O'Neill
     ix. U.S. Capitol Police Lieutenant Gregory Dembnicki
      x. U.S. Capitol Police Systems Analyst Christopher Holzhauer
     xi. Topeka Police Department Detective Patrick Ladd
    xii. Director of Senate Radio and TV Gallery Michael Mastrian
   xiii. U.S. Capitol Police Officer Anthony Warner

**b. Defendant's Witnesses**

       i. MPD Officer Michael Callahan
      ii. MPD Officer Nicholas Tomasula
     iii. MPD Officer Ricardo Leiva
     iv. MPD Officer Terry Thorne
      v. Journalist Roger Moore
     vi. Journalist Young Kim
    vii. Journalist Shomari Stone
   viii. Former FBI Agent John Dew
     ix. Todd Walzenberger
      x. Former USCP Chief Sund
     xi. FBI Agent Baker Doughty
    xii. USCP Officer John Tipsword
   xiii. USCP Officer Chas Crawford
   xiv. USCP Officer Pernell Clark
    xv. USCP Officer Tony Wetzel
   xvi. USCP Officer Sean Patton
  xvii. USCP Officer Jack Jeffers
 xviii. USCP Officer Ricardo Vanzego
   xix. USCP Officer John Ruskoski
    xx. USCP Officer Albert Chow
   xxi. USCP Officer Alexander Rys
   xxii. USCP Officer Eric Graves
  xxiii. USCP Officer Deborah Lippay
  xxiv. USCP Officer Tucker Kleitsch
   xxv. USCP Officer Thomas Maney
  xxvi. Former NPS Director Jeffrey Reinbold
 xxvii. USCP Officer Gregory Dembnicki

                                      Respectfully,

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    */s/ Matthew Beckwith*
                Matthew Beckwith
                DC Bar No: 90014452
                Benet J. Kearney
                NY Bar No. 4774048
                Assistant United States Attorneys
                601 D Street NW
                Washington, DC 20530
                Matthew.Beckwith@usdoj.gov
                Benet.Kearney@usdoj.gov
                (202) 252 7109 / (202) 740 4690