## **EXHIBIT 1**

*Proposed Statements of the Case*

**I.      Governments Proposed Statement of the Case**

This is a criminal case. The defendant, William Pope, is charged with offenses that allegedly occurred on the United States Capitol Grounds on January 6, 2021. The government alleges that the defendant breached the security perimeter on the East Front of the Capitol grounds, and entered the Capitol building via the Senate Carriage Doors, and that in so doing he obstructed, impeded, or interfered with police officers who were attempting to keep rioters from entering the Capitol and to clear rioters from the Capitol. The defendant remained in the Capitol building for approximately 20 minutes.

**II.     Defendant's Proposed Statement of the Case**

This is a case the government rushed to throw together before they considered all the facts. In their haste, the government made many terrible mistakes. These government mistakes resulted in the government destroying evidence and in bringing allegations against the defendant that the government never should have made. The defendant is a journalist who traveled to Washington D.C. to exercise his First Amendment rights, including the Freedom of the Press. On January 6, 2021, he was pushed into the Capitol and was entirely peaceful. The defendant is now exercising his Constitutional right to defend himself against these bogus allegations and in the face of these false allegations, he is rightfully presumed innocent by the laws of the United States of America.