# EXHIBIT 2

*Outstanding Motions and Motions in Limine*

| ECF No. | Title | Response ECF No. | Reply ECF No. | Containing: |
|---|---|---|---|---|
| 343 | MOTION to Compel PRODUCTION OF UNDISCLOSED MATERIALS by WILLIAM POPE | 345 | 348 | |
| 354 | RESPONSE TO ORDER OF THE COURT by WILLIAM POPE re 326 Order on Motion to Compel,,,,,,,,,, Order on Motion to Clarify,,,,,,,,,, Order on Motion for Reconsideration,,,,,,,,,,, Order on Motion to Access,,,,,,,,,, Order on Motion for Change of Venue,,,,,,,,,,,,,,,,,, Order on Motion to Dismiss Count(s),,,,,,,,,, Order on Motion for Miscellaneous Relief,,,,,,,,, Order on Motion to Dismiss Case,,,,,,,,,,,,,,,,,, Order on Motion for Discovery,,,,,,,,,,,,,,,,,,,,, Order on Motion to Suppress,,,,,,,,,,,,,,,,,, NOTICE TO THE COURT OF THE GOVERNMENT'S FAILURE TO PRODUCE DISCOVERY ON FBI INFORMANT JAMES EHREN KNOWLES | 357 | 358 | |
| 366 | MOTION to Compel DISCOVERY OF RETIRED FBI AGENT by WILLIAM POPE. | 366 | 369 | |
| 323 | MOTION in Limine to Preclude by WILLIAM POPE | 352 | 355 | • Motion to Preclude Particular Words, Phrases, and References |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | - Motion to Preclude Certain Media<br>- Motion to Preclude Certain Statements<br>- Motion to Exclude Materials Seized From Phone<br>- Motion to Preclude Discovery Compiled by TFOs<br>- Motion to Preclude Implications Relating to Attempted Violence or Property Destruction<br>- Motion to Preclude Communications with Michael Pope<br>- Motion to Preclude Materials Designated "Highly Sensitive"<br>- Motion to Preclude Any Map Not Created or Approved of U.S. Secret Service Prior to January 6, 2021<br>- Motion to preclude Evidence Relating to First Amendment Activity<br>- Motion to Preclude Argument That Waving an American Flag is Criminal Conduct<br>- Motion to Preclude Government Use of "Raindrop Theory"<br>- Motion to Preclude Mention of Politics |
| 324 | MOTION in Limine to Preclude by USA as to WILLIAM POPE. | 353 | 356 | - Motion to Limit Cross-Examination and Evidence Regarding Sensitive Security Information<br>- Motion to Preclude the Defendant From |

|  |  |  |  | Arguing That the First Amendment or His Purported Status as a Journalist Authorized His Conduct on January 6, 2021 or Rendered Such Conduct Legal.<br>• Motion to Preclude Preclude the Defendant From Introducing Evidence or Presenting Evidence Regarding Law Enforcement Action or Inaction Unless the Defendant Specifically Observed or Was Aware of Such Conduct on or before January 6, 2021. Preclude the Defendant from Arguing in a Manner That Encourages Jury Nullification, Whether During Voir Dire or During Trial.<br>• Motion to Exclude Evidence Relating to Claimed Good Character |