**Government's Proposed Exhibit List**

| *Ex. No.* | *Description of Exhibit* | *Marked for I.D.* | *Received in Evidence* | *Witness* | *Objections* |
|---|---|---|---|---|---|
| **100 Series – Maps, Diagrams, Demonstrative Aids** | | | | | |
| 100 | Aerial Photo of US Capitol Building | | | | |
| 101 | Aerial Photo of US Capitol Building with Perimeter Diagram | | | | |
| 102 | Photo of US Capitol with signs on metal barrier | | | | |
| 103 | Photo of Area Closed Sign on Metal Barriers | | | | |
| 104 | Photo of Area Closed Sign | | | | |
| 105 | Capitol Police Board Order, 9/3/20 West Front Closure | | | | |
| 106 | Rendering of Capitol - Aerial | | | | |
| 107 | 3D Rendering of West Front Aerial | | | | |
| 108 | 3D Rendering of East Front Aerial | | | | |
| 109 | 3D Rendering of East Front | | | | |
| 110 | 3D Rendering North Side | | | | |
| 111 | Map – First Floor of Capitol Building | | | | |

| *Ex. No.* | *Description of Exhibit* | *Marked for I.D.* | *Received in Evidence* | *Witness* | *Objections* |
|---|---|---|---|---|---|
| 112 | Map – Second Floor of Capitol Building | | | | |
| 113 | Map – Third Floor of Capitol Building | | | | |
| | **200 Series – Legal and Congressional Records** | | | | |
| 200 | US Constitution – 12th Amendment | | | | |
| 201A | Title 3, United States Code, Section 15 | | | | |
| 201B | Title 3, United States Code, Section 16 | | | | |
| 201C | Title 3, United States Code, Section 17 | | | | |
| 201D | Title 3, United States Code, Section 18 | | | | |
| 202 | Senate Concurring Resolution 1 | | | | |
| 203 | Video Montage—including Congressional Record and video footage from House and Senate | | | | |
| 203A | Source References for Video Montage | | | | |
| 204 | Certificate of Authenticity - Senate Recording Studio | | | | |
| 205 | Certificate of Authenticity - House Recording Studio | | | | |

| *Ex. No.* | *Description of Exhibit* | *Marked for I.D.* | *Received in Evidence* | *Witness* | *Objections* |
|---|---|---|---|---|---|
| 206 | Congressional Record - Senate (Vol. 167, No. 4, S13-S42) | | | | |
| 207 | Congressional Record - House (Vol. 167, No. 4, H75-H117) | | | | |
| 208 | Excerpts from January 8, 2021 D.C. Register | | | | |
| | **300 Series – US Secret Service Evidence** | | | | |
| 300 | Email - USSS Head of State Notification - Vice President Pence, Mrs. Pence and daughter | | | | |
| 301 | Secret Service Head of State Notification Worksheet | | | | |
| | **400 Series – CCV** | | | | |
| 400 | USCP Compilation Video | | | | |
| 401 | USCP CCV Footage [Vice President Relocation Video ] 14:25:47 p.m. – 14:26:20 p.m. | | | | |
| 402 | USCP CCV Footage [Camera 0601] ~13:40:00-13:43:00 NW Drive, Facing East | | | | |

| _Ex. No._ | _Description of Exhibit_ | _Marked for I.D._ | _Received in Evidence_ | _Witness_ | _Objections_ |
|---|---|---|---|---|---|
| 403 | USCP CCV Footage [Camera 0608] ~13:42:00-13:45:30 North Side of West Plaza | | | | |
| 404 | USCP CCV Footage [Camera 0929] ~13:47:00-13:53:30 Northeast Side Capitol, Facing East | | | | |
| 405 | USCP CCV Footage [Camera 7214] ~13:51:00-13:58:30 Northeast Side Capitol, Facing West | | | | |
| 406 | USCP CCV Footage [Camera 0761] ~13:54:00-13:58:30 Northeast Side Capitol, Facing West | | | | |
| 407 | USCP CCV Footage [Camera 0932] ~13:55:00-14:20:00 Exterior View of East Front | | | | |
| 408 | USCP CCV Footage [Camera 0217] ~13:58:00-14:00:00 Exterior View of North Side of East Plaza | | | | |
| 409 | USCP CCV Footage [Camera 0952] ~13:59:00-14:20:00 Exterior View of Area South of Senate Carriage Door | | | | |

| _Ex. No._ | _Description of Exhibit_ | _Marked for I.D._ | _Received in Evidence_ | _Witness_ | _Objections_ |
|---|---|---|---|---|---|
| 410 | USCP CCV Footage [Camera 0951] ~13:59:00-14:20:00 Exterior View of Area South of Senate Carriage Door | | | | |
| 411 | USCP CCV Footage [Camera 0117] ~14:15:00-14:20:00 Exterior View of Senate Carriage Door | | | | |
| 412 | USCP CCV Footage [Camera 0114] ~14:15:00-14:23:00 Interior View of Senate Carriage Door, Facing East | | | | |
| 413 | USCP CCV Footage [Camera 0113] ~14:15:00-14:25:00 Interior View of Senate Carriage Door, Facing West | | | | |
| 414 | USCP CCV Footage [Camera 0102] ~14:22:00-14:28:00 Interior View of Senate Wing Door | | | | |
| 415 | USCP CCV Footage [Camera 0104] 14:24:00-14:28:00 Supreme Court Chamber Stairs | | | | |
| 416 | USCP CCV Footage [Camera 0259] ~14:25:00-14:35:00 Statuary Hall Connector | | | | |
| 417 | USCP CCV Footage [Camera 0964] 14:27:00-14:31:00 Statuary Hall West | | | | |

5

| *Ex. No.* | *Description of Exhibit* | *Marked for I.D.* | *Received in Evidence* | *Witness* | *Objections* |
|---|---|---|---|---|---|
| 418 | USCP CCV Footage [Camera 0966] 14:27:00-14:31:00 Statuary Hall East | | | | |
| 419 | USCP CCV Footage [Camera 0262] 14:27:00-14:33:00 Statuary Hall | | | | |
| 420 | USCP CCV Footage [Camera 0263] 14:30:00-14:33:00 H227 Hallway | | | | |
| 421 | USCP CCV Footage [Camera 0960] 14:30:00-14:36:00 Rotunda North | | | | |
| 422 | USCP CCV Footage [Camera 0104] ~14:35:00-14:40:00 Supreme Court Chamber Stairs | | | | |
| 423 | USCP CCV Footage [Camera 0402] ~14:34:00-14:38:00 Crypt North | | | | |
| 424 | USCP CCV Footage [Camera 0403] ~14:35:00-14:39:00 Crypt South | | | | |
| 425 | USCP CCV Footage [Camera 0179] ~14:35:00-14:39:00 Memorial Door Interior | | | | |
| 426 | USCP CCV Footage [Camera 0180] ~14:35:00-14:39:00 Memorial Door Exterior | | | | |

| _Ex. No._ | _Description of Exhibit_ | _Marked for I.D._ | _Received in Evidence_ | _Witness_ | _Objections_ |
|---|---|---|---|---|---|
| | **500 Series – Open-Source Materials** | | | | |
| 500 | William Pope Livestream Video | | | | |
| 501 | Photograph of Rally Near Washington Monument [www.flickr.com/photos/74104660@N00/50937767067/] | | | | |
| 502 | Video of East Front of the Capitol | | | | |
| 503 | Video of East Front of the Capitol | | | | |
| 504 | Video taken on the East Front [Opensource Video: Shomari Stone – "BREAKING NEWS Trump supporters and some far right extremists have pushed thru the Capitol Police barrier and stormed up the front steps" ] | | | | |
| 505A | Video of East Front of the Capitol [FreedomNewsTV - The Capitol Siege - January 6th - RAW FOOTAGE https://www.youtube.com/watch?v=jBRJmnvFfo8 51:50-53:36] | | | | |

| *Ex. No.* | *Description of Exhibit* | *Marked for I.D.* | *Received in Evidence* | *Witness* | *Objections* |
|---|---|---|---|---|---|
| 505B | Video of East Front of the Capitol [FreedomNewsTV - The Capitol Siege - January 6th - RAW FOOTAGE https://www.youtube.com/watch?v=jBRJmnvFfo8 05:00-10:06] | | | | |
| 506 | Video of East Front of the Capitol [RFIRN Eastside Capital Building 1/6/21] | | | | |
| 507 | Video of Corridor Inside Senate Carriage Door and Senate Wing Doors [Jayden X, 06:30-13:10] | | | | |
| 508 | Video of Corridor Inside Senate Carriage Door [Exhibit 10.h264] | | | | |
| 509 | Video of Corridor Inside Senate Carriage Door [Getty] | | | | |
| 510 | Video of Corridor Inside Senate Wing Doors [https://archive.org/details/X4TotYBkHa6pZ76yc X4TotYBkHa6pZ76yc, 01:20-03:00] | | | | |

| *Ex. No.* | *Description of Exhibit* | *Marked for I.D.* | *Received in Evidence* | *Witness* | *Objections* |
|---|---|---|---|---|---|
| 511 | Video of Area Between Senate Wing Door Corridor and Crypt<br><br>https://archive.org/details/9ZMahiGRZXKQJ2m9m | | | | |
| 512 | CSPAN Video – Statuary Hall | | | | |
| 513 | Video of Entrance to Speaker's Suite and H227 Hallway | | | | |
| 514 | Video of Exterior of Memorial Doors | | | | |
| 515 | ABC News Video – Statuary Hall<br><br>[DX 209] | | | | |
| | **600 Series – Facebook Materials** | | | | |
| 600 | William Pope Facebook Return | | | | |
| 600A | William Pope Facebook Return, Pages 754-764 | | | | |
| 600B | William Pope Facebook Return, Pages 837-860 | | | | |
| 600C | William Pope Facebook Return, Pages 721-722 | | | | |

| _Ex. No._ | _Description of Exhibit_ | _Marked for I.D._ | _Received in Evidence_ | _Witness_ | _Objections_ |
|---|---|---|---|---|---|
| 601 | Facebook Business Records Certification | | | | |
| | **700 Series – Cell Phone** | | | | |
| 700 | Image of Cellphone Belonging to William Pope | | | | |
| 700A | January 6, 2021 messages with 785-633-9363 | | | | |
| 700B | January 6, 2021 messages with 785-215-0856 | | | | |
| 700C | Photograph of William Pope | | | | |
| 700D | Photograph of Rally Stage | | | | |
| 700E | Photograph of William Pope | | | | |
| 701 | Rule 902(14) Certification | | | | |
| | **800 Series – Safeway Records** | | | | |
| 800 | Safeway Business Records Certification | 604 | | | |
| 801 | Safeway Record: Email on DC Closure | 605 | | | |
| 802 | Safeway Record: Mid-Atlantic Daily Sales | 606 | | | |