| Number | Description |
|---|---|
| 101 | NPS Record of Determination for the Washington Monument |
| 102 | DOI OIG Report |
| 103 | NPS Arrest Report from Washington Monument |
| 104 | Congressional Record from January 29, 1968 |
| 105 | Capitol Event Permits |
| 106 | MPD Operations Plan |
| 107 | Capitol Police Operations Plan (Mrs. Cubbage will upload) |
| 108 | Tomasula Internal Investigation Report (Mrs. Cubbage will upload) |
| 109 | First Amendment |
| 201 | Young Kim/RMG News Footage |
| 202 | Jason Goodman/Crowdsource the Truth |
| 203 | CSPAN Statuary Hall (Better version of Gov512) |
| 204 | ITV News |
| 205 | USA Sight |
| 206 | Open Sourced - Statuary Hall |
| 207 | Open Sourced - March |
| 208 | Open Sourced - Ellipse/Washington Monument Drone Footage |
| 209 | ABC News |
| 210 | SilverReport |
| 211 | FNTV |
| 212 | Open Sourced - East Side |
| 213 | Shomari Stone (Gov504) |
| 214 | theclayboss - Washington Monument/Ellipse |
| 215 | Open Source video retrieved from Archive.org |
| 216 | Open Source video retrieved from Archive.org (Gov511) |
| 217 | David Ticas Video (Gov510) |
| 218 | Getty Images (Original uncut version of Gov 509) |
| 219 | Open Source video retrieved from Archive.org (Original uncropped version of Gov502) |
| 220 | Marcus DePaola |
| 221 | Same as Gov 508 |
| 222 | Same as Gov513 |
| 223 | John Sullivan (Better Version of Gov507) |
| 224 | Open Source video retrieved from Archive.org |
| 225 | Video recorded by MPD Leiva |
| 226 | Video recorded by MPD Tomasula |
| 301 | USCP CCTV Camera 0217: Upper Senate Door: Beginning at 1:58:35 PM |
| 302 | USCP CCTV Camera 0600: NW Drive Exit: Beginning at 1:29:58 PM |
| 303 | USCP CCTV Camera 0601: NW Drive near Exit: Beginning at 1:40:01 PM |
| 304 | USCP CCTV Camera 0603: NJ & Con NW: Beginning at 1:40:10 PM |
| 305 | USCP CCTV Camera 0604: NE Drive near Exit: Beginning at 1:52:15 PM |
| 328 | USCP CCTV Camera 0608: West Front North: Beginning at 1:38:05 PM |
| 307 | USCP CCTV Camera 0613: North Screening Entrance: Beginning at 1:40:00 PM |

| | |
|---|---|
| 308 | USCP CCTV Camera 0758: 1st and Con NW: Beginning at 1:37:11 PM |
| 309 | USCP CCTV Camera 0761: Senate Plaza: Beginning at 1:44:43 PM |
| 310 | USCP CCTV Camera 0812: North Barricade Access: Beginning at 1:40:01 PM |
| 311 | USCP CCTV Camera 0900: Dome North: Beginning at 1:40:01 PM |
| 312 | USCP CCTV Camera 0902: Dome East: Beginning at 1:40:01 PM |
| 313 | USCP CCTV Camera 0902: Dome East: Beginning at 2:00:01 PM |
| 314 | USCP CCTV Camera 0930: Upper Terrace NE: Beginning at 1:45:46 PM |
| 305 | USCP CCTV Camera 0946: Northwest Roof: Beginning at 1:32:51 PM |
| 316 | USCP CCTV Camera 0946: Northwest Roof: Beginning at 1:43:20 PM |
| 317 | USCP CCTV Camera 0951: East Roof: Beginning at 1:40:00 PM |
| 318 | USCP CCTV Camera 0951: East Roof: Beginning at 2:00:00 PM |
| 327 | USCP CCTV Camera 0952: Northeast Roof: Beginning at 2:00:01 PM |
| 319 | USCP CCTV Camera 0953: Northeast Roof: Beginning at 1:40:01 PM |
| 320 | USCP CCTV Camera 0953: Northeast Roof: Beginning at 1:56:45 PM |
| 321 | USCP CCTV Camera 0970: Inaugeration Trailer: Beginning at 1:27:01 PM |
| 322 | USCP CCTV Camera 0970: Inaugeration Trailer: Beginning at 1:47:01 PM |
| 323 | USCP CCTV Camera 1037: RSOB Southwest Roof: 1:46:00 PM |
| 324 | USCP CCTV Camera 3188: Peace Circle NW: Beginning at 1:20:02 PM |
| 325 | USCP CCTV Camera 7213: Senate Trolley Stop: Beginning at 1:40:00 PM |
| 326 | USCP CCTV Camera 7214: Senate Plaza Outbound: 1:40:00 PM |
| 328 | USSS CCTV Camera 1903: 15th and Constitution Ave: Beginning at 6:28:55 AM |
| 329 | USSS CCTV Camera 1904: 15th and Constitution Ave: Beginning at 5:59:58 AM |
| 330 | USSS CCTV Camera 1904: 15th and Constitution Ave: Beginning at 7:14:01 AM |
| 331 | USSS CCTV Camera 2305: DOC 15th and Constitution: Beginning at 6:37:40 AM |
| 332 | USSS CCTV Camera 2305: DOC 15th and Constitution: Beginning at 6:58:40 AM |
| 333 | USSS CCTV Camera 2306: DOC 15th and Constitution: Beginning at 6:36:22 AM |
| 334 | USSS CCTV Camera 2306: DOC 15th and Constitution: Beginning at 7:07:49 AM |
| 335 | USSS CCTV Camera 2313: DOC 15th and Constitution: Beginning at 6:34:08 AM |
| 336 | USSS CCTV Camera 2313: DOC 15th and Constitution: Beginning at 1:09:02 AM |
| 337 | USSS CCTV Camera 2405: Constitution East of Post 215: Beginning at 12:53:35 PM |
| 338 | USSS CCTV Camera 0805: EEOB Roof: Beginning at 12:40:19 PM |
| 339 | USSS CCTV Camera 1906:Post 215: Beginning at 5:59:59 AM |
| 340 | USSS CCTV Camera 2306: DOC 15th and Constitution: Beginning at 8:28:11 AM |
| 341 | USSS CCTV Camera 2305: DOC and Constitution: Beginning at 12:58:04 PM |
| 406 | USCP CCTV Camera 0113: Senate Carriage Door: Beginning at 2:00:02 PM |
| 407 | USCP CCTV Camera 0113: Senate Carriage Door: Beginning at 2:20:02 PM |
| 408 | USCP CCTV Camera 0113: Senate Carriage Door: Beginning at 12:20:02 PM |
| 421 | USCP CCTV Camera 0114: Senate Carriage Door: Beginning at 2:00:02 PM |
| 422 | USCP CCTV Camera 0114: Senate Carriage Door: Beginning at 2:20:02 PM |
| 424 | USCP CCTV Camera 0117: Senate Carriage Door: Beginning at 2:20:01 PM |
| 423 | USCP CCTV Camera 0117: Senate Carriage Door: Beginning at 2:00:01 PM |
| 405 | USCP CCTV Camera 0102: Senate Wing Door: Beginning at 2:20:18 PM |
| 409 | USCP CCTV Camera 0123: North Doot Appt Desk: Beginning at 2:20:34 PM |

| | |
|---|---|
| 419 | USCP CCTV Camera 0402: Crypt North: Beginning at 2:29:17 PM |
| 420 | USCP CCTV Camera 0403: Crypt South: Beginning at 2:35:34 PM |
| 413 | USCP CCTV Camera 0178: Crypt East: Beginning at 2:20:01 PM |
| 402 | USCP CCTV Camera 0177: Hall of Columns: Beginning at 2:20:02 PM |
| 401 | USCP CCTV Camera 0171: Memorial Door: Beginning at 2:31:24 PM |
| 403 | USCP CCTV Camera 0179: Memorial Door Interior: Beginning at 2:23:31 PM |
| 410 | USCP CCTV Camera 0259: Statuary Hall Connector: Beginning at 2:20:01 PM |
| 411 | USCP CCTV Camera 0262: Statuary Hall: Beginning at 2:14:07 PM |
| 412 | USCP CCTV Camera 0262: Statuary Hall: Beginning at 2:29:47 PM |
| 404 | USCP CCTV Camera 0263: H227 Hallway: Beginning at 2:20:01 PM |
| 417 | USCP CCTV Camera 0964: StatHallWest: Beginning at 2:20:35 PM |
| 418 | USCP CCTV Camera 0966: StatHallEast: Beginning at 2:27:47 PM |
| 415 | USCP CCTV Camera 0959: Rotunda South: Beginning at 2:25:35 PM |
| 416 | USCP CCTV Camera 0959: Rotunda South: Beginning at 2:34:32 PM |
| 414 | USCP CCTV Camera 0960: Rotunda North: Beginning at 2:20:01 PM |
| 500 | USCP CCTV Camera 0180: Exterior of Memorial Doors: Beginning at 2:20:01 PM |
| 501 | USCP CCTV Camera 0691: QNE 1st and Constitution NE: Beginning at 2:40:01 PM |
| 502 | USCP CCTV Camera 0770: QNE 1st and D NE: Beginning at 2:40:02 PM |
| 503 | USCP CCTV Camera 0772: 1st and C NE: Beginning at 2:36:25 PM |
| 504 | USCP CCTV Camera 0773: 1st and D NE: Beginning at 2:40:00 PM |
| 505 | USCP CCTV Camera 0949: USCH RF Southest Roof: Beginning at 2:20:01 PM |
| 506 | USCP CCTV Camera 1040: RSOB Southest Roof: Beginning at 2:45:52 PM |
| 507 | USCP CCTV Camera 1041: RSOB Northeast Roof: Beginning at 2:40:02 PM |
| 508 | USCP CCTV Camera 1042: RSOB Northeast Roof: Beginning at 2:42:38 PM |
| 509 | USCP CCTV Camera 1058: RSOB Northeast Roof: Beginning at 2:37:42 PM |
| 510 | USCP CCTV Camera 1230: DSOB West Roof: Beginning at 2:44:05 PM |
| 511 | USCP CCTV Camera 1231: DSOB West Roof: 2:50:02 PM |
| 512 | USCP CCTV Camera 1658: HQOB Northeast Roof: Beginning at 2:40:01 PM |
| 513 | USCP CCTV Camera 1863: 1st and C NE: Beginning at 2:48:16 PM |
| 514 | USCP CCTV Camera 1905: 1st and Mass NE: Beginning at 2:48:16 PM |
| 515 | USCP CCTV Camera 1906: Lot 16 at 1st and D NE: Beginning at 2:52:00 PM |
| 516 | USCP CCTV Camera 7024: 1st and E Cap SE: Beginning at 2:33:02 PM |
| 517 | USCP CCTV Camera 7198: 1st E Cap NE: Beginning at 2:41:23 PM |
| 518 | USCP CCTV Camera 7199: 1st E Cap NE: Beginning at 2:40:01 PM |
| 519 | USCP CCTV Camera 7200: 1st E Cap SE: Beginning at 19:37:39 PM |
| 520 | USCP CCTV Camera 7230: 1st E Cap SE: Beginning at 2:40:01 PM |
| 521 | USCP CCTV Camera 7231: East Front House Egg: Beginning at 2:37:59 PM |
| 522 | USCP CCTV Camera 7234: East Front House Egg E: Beginning at 2:35:25 |
| 523 | USCP CCTV Camera 7201: 1st E Cap SE: Beginning at 2:40:01 PM |
| 601 | Exhibit related to FBI at the Capitol |
| 602 | Exhibit related to FBI at the Capitol |
| 603 | Exhibit related to FBI at the Capitol |
| 604 | Exhibit related to FBI at the Capitol |

| | |
|---|---|
| 605 | **Exhibit related to FBI at the Capitol** |
| 606 | **Exhibit related to FBI at the Capitol** |
| 607 | **Exhibit showing police allowing protestors to the steps** |