**Government's Objections to Defendant's Draft Exhibit List**

The Government does not anticipate objecting to the authenticity of any of the defendant's exhibits.  Objections on other grounds are noted in the chart below.

| *Ex. No.* | *Description of Exhibit* | *No Objection* | *Objections* |
|---|---|---|---|
| 101 | NPS Record of Determination for the Washington Monument | | Rule 401<br>Rule 403 |
| 102 | DOI OIG Report | | Rule 401<br>Rule 403<br>Rule 801 |
| 103 | NPS Arrest Report from Washington Monument | | Rule 401<br>Rule 801 |
| 104 | Congressional Record from January 29, 1968 | | Rule 401<br>Rule 403 |
| 105 | Capitol Event Permits | X | |
| 106 | MPD Operations Plan | | Rule 401<br>Rule 403<br>Rule 801 |

| _Ex. No._ | _Description of Exhibit_ | _No Objection_ | _Objections_ |
|---|---|---|---|
| 107 | Capitol Police Operations Plan | | Rule 401<br><br>Rule 403<br><br>Rule 801 |
| 108 | Tomasula Internal Investigation Report | | Rule 401<br><br>Rule 403<br><br>Rule 801 |
| 109 | First Amendment | | The government objects to this exhibit for the reasons set forth in its motions in limine, ECF No. 324 at 9-12. |
| 201 | Young Kim/RMG News Footage | X* | *This video exhibit is 81 minutes long.  The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 202 | Jason Goodman/Crowdsource the Truth | X* | *This video exhibit is 2 minutes and 43 seconds long.  The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| *Ex. No.* | *Description of Exhibit* | *No Objection* | *Objections* |
|---|---|---|---|
| 203 | CSPAN Statuary Hall (Better version of Gov512) | X* | *This video exhibit is 1 hour, 41 minutes long. The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 204 | ITV News | X* | *This video exhibit is 32 minutes long. The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 205 | USA Sight | X* | This video exhibit is 32 minutes long. The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 206 | Open Sourced - Statuary Hall | X | |
| 207 | Open Sourced - March | X* | This video exhibit is 19 minutes long. The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| *Ex. No.* | *Description of Exhibit* | *No Objection* | *Objections* |
|---|---|---|---|
| 208 | Open Sourced - Ellipse/Washington Monument Drone Footage | X | |
| 209 | ABC News | X | |
| 210 | Silver Report | X* | This video exhibit is 3 minutes, 38 seconds long.  The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 211 | FNTV | X* | This video exhibit is 105 minutes long.  The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 212 | Open Sourced - East Side | X | |
| 213 | Shomari Stone (Gov504) | X | |
| 214 | theclayboss - Washington Monument/Ellipse | X | |
| 215 | Open Source video retrieved from Archive.org | X | |
| 216 | Open Source video retrieved from Archive.org (Gov511) | X | |

| Ex. No. | Description of Exhibit | No Objection | Objections |
|---|---|---|---|
| 217 | David Ticas Video (Gov510)[1] | X | |
| 218 | Getty Images (Original uncut version of Gov 509) | X | |
| 219 | Open Source video retrieved from Archive.org (Original uncropped version of Gov502)[2] | X | |
| 220 | Marcus DePaola | X | |
| 221 | Same as Gov 508 | X | |
| 222 | Same as Gov513 | X | |
| 223 | John Sullivan (Better Version of Gov507) | X* | This video exhibit is 86 minutes long.  The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403.<br><br>For example, this video contains graphic footage of the shooting outside the Speaker's Lobby, an event for which the defendant was not present. |
| 224 | Open Source video retrieved from Archive.org | X | |

---

[1] GX 510 is only a portion of DX 217, however, the government does not object to the entirety of DX 217.

[2] The government has adopted DX 219 as its GX 502 in lieu of the version provided to the defendant.

| *Ex. No.* | *Description of Exhibit* | *No Objection* | *Objections* |
|---|---|---|---|
| 225 | Video recorded by MPD Leiva | X* | This video exhibit is 36 minutes long.  The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 226 | Video recorded by MPD Tomasula | X* | This video exhibit is 59 minutes long.  The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 301 | USCP CCTV Camera 0217: Upper Senate Door: Beginning at 1:58:35 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 302 | USCP CCTV Camera 0600: NW Drive Exit: Beginning at 1:29:58 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| Ex. No. | Description of Exhibit | No Objection | Objections |
|---|---|---|---|
| 303 | USCP CCTV Camera 0601: NW Drive near Exit: Beginning at 1:40:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 304 | USCP CCTV Camera 0603: NJ & Con NW: Beginning at 1:40:10 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 305 | USCP CCTV Camera 0604: NE Drive near Exit: Beginning at 1:52:15 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 305 | USCP CCTV Camera 0946: Northwest Roof: Beginning at 1:32:51 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 307 | USCP CCTV Camera 0613: North Screening Entrance: Beginning at 1:40:00 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

Case 1:21-cr-00128-RC     Document 372-8     Filed 11/06/24     Page 8 of 25


| _Ex. No._ | _Description of Exhibit_ | _No Objection_ | _Objections_ |
|---|---|---|---|
| 308 | USCP CCTV Camera 0758: 1st and Con NW: Beginning at 1:37:11 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 309 | USCP CCTV Camera 0761: Senate Plaza: Beginning at 1:44:43 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 310 | USCP CCTV Camera 0812: North Barricade Access: Beginning at 1:40:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 311 | USCP CCTV Camera 0900: Dome North: Beginning at 1:40:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 312 | USCP CCTV Camera 0902: Dome East: Beginning at 1:40:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| _Ex. No._ | _Description of Exhibit_ | _No Objection_ | _Objections_ |
|---|---|---|---|
| 313 | USCP CCTV Camera 0902: Dome East: Beginning at 2:00:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 314 | USCP CCTV Camera 0930: Upper Terrace NE: Beginning at 1:45:46 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 316 | USCP CCTV Camera 0946: Northwest Roof: Beginning at 1:43:20 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 317 | USCP CCTV Camera 0951: East Roof: Beginning at 1:40:00 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 318 | USCP CCTV Camera 0951: East Roof: Beginning at 2:00:00 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| *Ex. No.* | *Description of Exhibit* | *No Objection* | *Objections* |
|---|---|---|---|
| 319 | USCP CCTV Camera 0953: Northeast Roof: Beginning at 1:40:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 320 | USCP CCTV Camera 0953: Northeast Roof: Beginning at 1:56:45 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 321 | USCP CCTV Camera 0970: Inaugeration Trailer: Beginning at 1:27:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 322 | USCP CCTV Camera 0970: Inaugeration Trailer: Beginning at 1:47:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 323 | USCP CCTV Camera 1037: RSOB Southwest Roof: 1:46:00 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| _Ex. No._ | _Description of Exhibit_ | _No Objection_ | _Objections_ |
|---|---|---|---|
| 324 | USCP CCTV Camera 3188: Peace Circle NW: Beginning at 1:20:02 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 325 | USCP CCTV Camera 7213: Senate Trolley Stop: Beginning at 1:40:00 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 326 | USCP CCTV Camera 7214: Senate Plaza Outbound: 1:40:00 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 327 | USCP CCTV Camera 0952: Northeast Roof: Beginning at 2:00:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 328 | USCP CCTV Camera 0608: West Front North: Beginning at 1:38:05 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| _Ex. No._ | _Description of Exhibit_ | _No Objection_ | _Objections_ |
|---|---|---|---|
| 328 | USSS CCTV Camera 1903: 15th and Constitution Ave: Beginning at 6:28:55 AM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 329 | USSS CCTV Camera 1904: 15th and Constitution Ave: Beginning at 5:59:58 AM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 330 | USSS CCTV Camera 1904: 15th and Constitution Ave: Beginning at 7:14:01 AM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 331 | USSS CCTV Camera 2305: DOC 15th and Constitution: Beginning at 6:37:40 AM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 332 | USSS CCTV Camera 2305: DOC 15th and Constitution: Beginning at 6:58:40 AM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| *Ex. No.* | *Description of Exhibit* | *No Objection* | *Objections* |
|---|---|---|---|
| 333 | USSS CCTV Camera 2306: DOC 15th and Constitution: Beginning at 6:36:22 AM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 334 | USSS CCTV Camera 2306: DOC 15th and Constitution: Beginning at 7:07:49 AM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 335 | USSS CCTV Camera 2313: DOC 15th and Constitution: Beginning at 6:34:08 AM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 336 | USSS CCTV Camera 2313: DOC 15th and Constitution: Beginning at 1:09:02 AM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 337 | USSS CCTV Camera 2405: Constitution East of Post 215: Beginning at 12:53:35 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| _Ex. No._ | _Description of Exhibit_ | _No Objection_ | _Objections_ |
|---|---|---|---|
| 338 | USSS CCTV Camera 0805: EEOB Roof: Beginning at 12:40:19 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 339 | USSS CCTV Camera 1906:Post 215: Beginning at 5:59:59 AM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 340 | USSS CCTV Camera 2306: DOC 15th and Constitution: Beginning at 8:28:11 AM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 341 | USSS CCTV Camera 2305: DOC and Constitution: Beginning at 12:58:04 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 401 | USCP CCTV Camera 0171: Memorial Door: Beginning at 2:31:24 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| _Ex. No._ | _Description of Exhibit_ | _No Objection_ | _Objections_ |
|---|---|---|---|
| 402 | USCP CCTV Camera 0177: Hall of Columns: Beginning at 2:20:02 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 403 | USCP CCTV Camera 0179: Memorial Door Interior: Beginning at 2:23:31 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 404 | USCP CCTV Camera 0263: H227 Hallway: Beginning at 2:20:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 405 | USCP CCTV Camera 0102: Senate Wing Door: Beginning at 2:20:18 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 406 | USCP CCTV Camera 0113: Senate Carriage Door: Beginning at 2:00:02 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| _Ex. No._ | _Description of Exhibit_ | _No Objection_ | _Objections_ |
|---|---|---|---|
| 407 | USCP CCTV Camera 0113: Senate Carriage Door: Beginning at 2:20:02 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 408 | USCP CCTV Camera 0113: Senate Carriage Door: Beginning at 12:20:02 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 409 | USCP CCTV Camera 0123: North Doot Appt Desk: Beginning at 2:20:34 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 410 | USCP CCTV Camera 0259: Statuary Hall Connector: Beginning at 2:20:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 411 | USCP CCTV Camera 0262: Statuary Hall: Beginning at 2:14:07 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| *Ex. No.* | *Description of Exhibit* | *No Objection* | *Objections* |
|---|---|---|---|
| 412 | USCP CCTV Camera 0262: Statuary Hall: Beginning at 2:29:47 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 413 | USCP CCTV Camera 0178: Crypt East: Beginning at 2:20:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 414 | USCP CCTV Camera 0960: Rotunda North: Beginning at 2:20:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 415 | USCP CCTV Camera 0959: Rotunda South: Beginning at 2:25:35 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 416 | USCP CCTV Camera 0959: Rotunda South: Beginning at 2:34:32 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| _Ex. No._ | _Description of Exhibit_ | _No Objection_ | _Objections_ |
|---|---|---|---|
| 417 | USCP CCTV Camera 0964: StatHallWest: Beginning at 2:20:35 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 418 | USCP CCTV Camera 0966: StatHallEast: Beginning at 2:27:47 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 419 | USCP CCTV Camera 0402: Crypt North: Beginning at 2:29:17 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 420 | USCP CCTV Camera 0403: Crypt South: Beginning at 2:35:34 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 421 | USCP CCTV Camera 0114: Senate Carriage Door: Beginning at 2:00:02 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| _Ex. No._ | _Description of Exhibit_ | _No Objection_ | _Objections_ |
|---|---|---|---|
| 422 | USCP CCTV Camera 0114: Senate Carriage Door: Beginning at 2:20:02 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 423 | USCP CCTV Camera 0117: Senate Carriage Door: Beginning at 2:00:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 424 | USCP CCTV Camera 0117: Senate Carriage Door: Beginning at 2:20:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 500 | USCP CCTV Camera 0180: Exterior of Memorial Doors: Beginning at 2:20:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 501 | USCP CCTV Camera 0691: QNE 1st and Constitution NE: Beginning at 2:40:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| _Ex. No._ | _Description of Exhibit_ | _No Objection_ | _Objections_ |
|---|---|---|---|
| 502 | USCP CCTV Camera 0770: QNE 1st and D NE: Beginning at 2:40:02 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 503 | USCP CCTV Camera 0772: 1st and C NE: Beginning at 2:36:25 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 504 | USCP CCTV Camera 0773: 1st and D NE: Beginning at 2:40:00 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 505 | USCP CCTV Camera 0949: USCH RF Southeast Roof: Beginning at 2:20:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 506 | USCP CCTV Camera 1040: RSOB Southeast Roof: Beginning at 2:45:52 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| Ex. No. | Description of Exhibit | No Objection | Objections |
|---|---|---|---|
| 507 | USCP CCTV Camera 1041: RSOB Northeast Roof: Beginning at 2:40:02 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 508 | USCP CCTV Camera 1042: RSOB Northeast Roof: Beginning at 2:42:38 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 509 | USCP CCTV Camera 1058: RSOB Northeast Roof: Beginning at 2:37:42 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 510 | USCP CCTV Camera 1230: DSOB West Roof: Beginning at 2:44:05 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 511 | USCP CCTV Camera 1231: DSOB West Roof: 2:50:02 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| Ex. No. | Description of Exhibit | No Objection | Objections |
|---|---|---|---|
| 512 | USCP CCTV Camera 1658: HQOB Northeast Roof: Beginning at 2:40:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 513 | USCP CCTV Camera 1863: 1st and C NE: Beginning at 2:48:16 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 514 | USCP CCTV Camera 1905: 1st and Mass NE: Beginning at 2:48:16 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 515 | USCP CCTV Camera 1906: Lot 16 at 1st and D NE: Beginning at 2:52:00 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 516 | USCP CCTV Camera 7024: 1st and E Cap SE: Beginning at 2:33:02 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| *Ex. No.* | *Description of Exhibit* | *No Objection* | *Objections* |
|---|---|---|---|
| 517 | USCP CCTV Camera 7198: 1st E Cap NE: Beginning at 2:41:23 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 518 | USCP CCTV Camera 7199: 1st E Cap NE: Beginning at 2:40:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 519 | USCP CCTV Camera 7200: 1st E Cap SE: Beginning at 19:37:39 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 520 | USCP CCTV Camera 7230: 1st E Cap SE: Beginning at 2:40:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 521 | USCP CCTV Camera 7231: East Front House Egg: Beginning at 2:37:59 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |

| _Ex. No._ | _Description of Exhibit_ | _No Objection_ | _Objections_ |
|---|---|---|---|
| 522 | USCP CCTV Camera 7234: East Front House Egg E: Beginning at 2:35:25 | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 523 | USCP CCTV Camera 7201: 1st E Cap SE: Beginning at 2:40:01 PM | X* | *The government does not object to the introduction of portions of the video that depict the defendant or events that he observed, or that are necessary to place the video in context, but objects to the admission of any additional footage pursuant to Rules 401 and 403. |
| 601 | Exhibit related to FBI at the Capitol | | The government objects to this exhibit pursuant to Rule 401 and 403 for the reasons set forth in its motions in limine, ECF No. 324 at 12-15. |
| 602 | Exhibit related to FBI at the Capitol | | The government objects to this exhibit pursuant to Rule 401 and 403 for the reasons set forth in its motions in limine, ECF No. 324 at 12-15. |
| 603 | Exhibit related to FBI at the Capitol | | The government objects to this exhibit pursuant to Rule 401 and 403 for the reasons set forth in its motions in limine, ECF No. 324 at 12-15. |
| 604 | Exhibit related to FBI at the Capitol | | The government objects to this exhibit pursuant to Rule 401 and 403 for the reasons set forth in its motions in limine, ECF No. 324 at 12-15. |

| *Ex. No.* | *Description of Exhibit* | *No Objection* | *Objections* |
|---|---|---|---|
| 605 | Exhibit related to FBI at the Capitol | | The government objects to this exhibit pursuant to Rule 401 and 403 for the reasons set forth in its motions in limine, ECF No. 324 at 12-15. |
| 606 | Exhibit related to FBI at the Capitol | | The government objects to this exhibit pursuant to Rule 401 and 403 for the reasons set forth in its motions in limine, ECF No. 324 at 12-15. |
| 607 | Exhibit showing police allowing protestors to the steps | | The government objects to this exhibit pursuant to Rule 401 and 403 for the reasons set forth in its motions in limine, ECF No. 324 at 12-15. |