UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **WILLIAM POPE,** | : | |
| | : | |
| **Defendant.** | : | |

# VERDICT FORM

**Count One:** Obstructing, Impeding, or Interfering Officers During a Civil Disorder
(18 U.S.C. § 231(a)(3))

_____          _____
Guilty                                              Not Guilty

**Count Three:** Entering and Remaining in a Restricted Building or Grounds
(18 U.S.C. § 1752(a)(1))

_____          _____
Guilty                                              Not Guilty

**Count Four:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds
(18 U.S.C. § 1752(a)(2))

_____          _____
Guilty                                              Not Guilty

**Count Six:** Disorderly Conduct in a Capitol Building
(40 U.S.C. § 5104(e)(2)(D))

_____          _____
Guilty                                              Not Guilty

**Count Eight:** Parading, Demonstrating, or Picketing in a Capitol Building
(40 U.S.C. § 5104(e)(2)(G))

_____   _____
Guilty              Not Guilty


Dated this _____ day of Novmber, 2024.

_____
FOREPERSON