# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>                    Defendant. | Case No.: 1:21-cr-00128-RC |

## REPLY TO THE GOVERNMENT'S OPPOSITION TO A CONTINUANCE

For the last four years, this administration has been intent on arresting and prosecuting political dissidents. On Tuesday of this week, the American people resoundingly rejected these prosecutions by electing President Trump to end them and to pardon January 6 defendants.

Any further action in these cases is not an "administration of justice" in the public interest as the government claims, but a belligerent disregard for the will of the American people, from which all law and governmental power in this country is derived. By the people's vote, statutes are created, and by the people's vote, the applicability of statutes can be altered or abolished. Through this foundational principle, we understand that all law in America is rooted in political will. The American people expressed their 'public interests' regarding the administration of justice earlier this week, and they mandated these prosecutions cease.

While the current administration has the power to pursue these prosecutions up until noon on January 20, 2025, Judges in this district have broad discretion to set their own calendar and consider broader factors including judicial economy, the good of the country, and the likely outcome of these cases. While the government has pointed out that some Judges in this District

have decided to press on with their January 6 case schedules, it is my understanding that this Court (Judge Contreras, presiding) has wisely expressed an openness to pause proceedings.

The government's claim that my "expectation of a pardon is mere speculation" is completely false. President Trump has repeatedly campaigned on issuing pardons for January 6 defendants on Day 1. I also heard this from President Trump directly when I met him last year. Furthermore, even if my case proceeds to trial and the jury fails to acquit me, I may not even need a pardon. It is more likely that our next Attorney General will instruct Mrs. Kearney to file a motion to dismiss my counts before a judgement and sentence can be entered in this case. Such a fitting outcome would satisfy the will of the people and be in the interests of justice.

It is now up to the Court to decide if it wishes to expend judicial resources by enduring a taxing schedule in this case. Ultimately, I will get the same result with a trial or with no trial

Respectfully submitted to the Court,



By: William Pope

/s/

William Pope

Pro Se Officer of the Court

Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on November 9, 2024.
/s/
William Alexander Pope, Pro Se