# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

WILLIAM ALEXANDER POPE,

Defendant.

**Case No.: 1:21-cr-00128-RC**

## REPLY TO THE GOVERNMENT'S SECOND OPPOSITION TO CONTINUE

In ECF No. 377, the government opposed my supplement (ECF No. 376) to my motion to continue (ECF No. 373). In their opposition, the government argued that the "unprecedented circumstance" cited by Special Counsel Jack Smith should not similarly be considered for January 6 cases. To entertain this argument, one must first be blind to the will of the American people who just elected President Trump to carry out his mandate to end the January 6 prosecutions. However, these facts cannot be ignored. the circumstances in my case are inseparable from the election of President Trump. The government's continued prosecution of me is also a continued prosecution of President Trumps elected mandate, which is a prosecution of the will of the people. The government should cease their attack on democracy immediately!

While the government has justified their disregard for the American people by citing "Department of Justice policy," policy is not law, and any policy that undermines the clear will of the American people is not a policy that reflects our Constitutional values. The Attorney General also has the authority to change DOJ policy, and as it concerns the January 6 cases, policy should be changed for the good of our country. As this Court knows, and as the government has conceded, I was entirely peaceful on January 6, and I continue to advocate for

peace and unity in America. However, the government's foolish continued prosecution of these cases has become malicious and not in the interests of peace or unity. It would be far wiser to pause all January 6 cases to allow for a two month cooling off period before the transfer of power takes place. De-escalation has the potential to avert reciprocal actions, but the continued pursuit of malicious prosecutions invites a severe response by the incoming administration.

I would also point out that to proceed with a trial that the government knows will result in my exoneration is unbelievably frivolous. A trial would waste judicial time and resources and be extremely disrespectful to every witness who will be required to be in Court. Unfortunately, the government seems hell bent on turning this trial into a circus regardless of the cost to others. So, regardless of how this Court perceives the merits of this case or the shifting tectonic plates of the Executive Branch, this Court has broad discretion to preserve its own judicial economy.

I therefore respectfully renew my motion to continue this trial date for at least three months. While I'm sure the Court was looking forward to the opportunity to spend several weeks getting to know me better in person, doing so comes at the opportunity cost of other things. Like time spent in prison, none of us will ever get these weeks back. But if the Court decides this show must go on, I will arrive to the circus as a lion ready to roar at the government's clowns!

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on November 13, 2024.

/s/

William Alexander Pope, Pro Se