IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>    Plaintiff,                 )<br>                              )<br>    vs.                       )<br>                              )<br>MICHAEL POPE,                 )<br>                              )<br>    Defendant.                )<br>                              ) | Criminal No.: 21-cr-128 (RC)<br><br>**DUE DATE <u>TODAY</u> AT ISSUE** |

**<u>UNOPPOSED</u> MOTION BY DEFENDANT MICHAEL POPE TO CONTINUE THE DUE DATE OF NEW TRIAL MOTION, NOW DUE TODAY**

NOW COMES Defendant Michael Pope, by and through the undersigned court-appointed counsel, and hereby moves **unopposed** for a brief continuance for filing a possible new trial motion supplemental brief in support of his Motion for a New Trial Under Rule 33 of the Federal Rules of Criminal Procedure ("New Trial Motion"), **currently due today** Friday, December 6, 2024 (Minute Order of October 24, 2024), and seeks a new due date of Friday, December 20, 2024, and in support thereof states as follows:

1. Michael Pope's planning for a potential new trial motion may have been overtaken by new events since he asked to brief it following his conviction by this Court on all counts at trial. Specifically, undersigned counsel received

1

information a few weeks ago about a mass of motions for continuances of January 6th cases in the aftermath of President Trump's re-election and the subsequent continuance and the dismissal of the prosecution against him by Special Counsel Jack Smith.

2. Michael Pope seeks a 2-week delay in the due date for his post-conviction motion in light of his counsel's need to properly research and consider the logic and the advantages and disadvantages of also filing a longer continuance motion, for reasons reportedly advanced by other January 6th defendants, and/or for reasons of his own. This would serve the interests of judicial economy, possibly in the end avoiding the need for a new trial motion altogether.

3. Therefore, Michael Pope is not, at this time, asking for a lengthy continuance of his sentencing date or other kinds of dates sought by other January 6th defendants to put their cases well into the time of the next presidential administration, but rather for an opportunity to consider doing so. Undersigned counsel's schedule has not permitted the additional research and analysis to make this decision.

4. Consulted before Thanksgiving, the U.S. Attorney's Office does not oppose this request, continuing with the defense in the cooperative spirit on procedural matters in the interests of judicial economy that led to completing trial in less than two days.

WHEREFORE, for the foregoing reasons, the Unopposed Motion for a Continuance of the present Due Date of December 6, 2024 should be granted, and new due date ordered for December 20, 2024.

Dated this 6th day of December, 2024                Respectfully submitted

/s/ Bruce H. Searby
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Fax:  202-849-2122
bsearby@searby.law

COUNSEL FOR DEFENDANT
MICHAEL POPE

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2024, true and genuine copies of **UNOPPOSED** MOTION BY DEFENDANT MICHAEL POPE TO CONTINUE THE DUE DATE OF NEW TRIAL MOTION NOW DUE TODAY were served via electronic mail by this Court's CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted,

/s/ Bruce H. Searby
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Fax: 202-849-2122
bsearby@searby.law