# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## SECOND MOTION FOR EXPANDED PUBLIC ACCESS

On May 11, 2024, I filed a Motion for Expanded Public Access to Trial (ECF No. 265), where I asked the Court to allow a video or audio feed of my trial proceedings. The Court denied that motion in Order No. 326 at 13.

More recently it has been reported that Judge Beryl Howell has lamented the fact that only a few members of the public have been able to view January 6 court proceedings.[1] When she was Chief Judge, Howell could have allowed livestreaming of these cases, but she did not. However, it seems the D.C. District Court may be having a change of heart.

Therefore, in accordance with my Sixth Amendment right to a public trial, and for the reasons previously given in ECF No. 265, I again move for the Court to permit a live public video feed of my trial, as well as a public livestream of all remaining Court hearings in my case.[2]

---

[1] See reporting by Kyle Cheney of Politico: https://www.politico.com/news/2024/12/20/judges-trump-jan6-clemency-warnings-00195496
[2] The Court may use my previously filed proposed order (ECF No. 265-1) as the proposed order for this motion.

I also encourage every other judge in the D.C. District to publicly livestream all remaining trials, verdicts, sentencings, and other hearings for all remaining January 6 cases. Doing so would be in the interests of transparent justice as it would allow the public to see how these cases have been conducted in the D.C. District Court.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on December 20, 2024.
/s/
William Alexander Pope, Pro Se