# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC

v.

WILLIAM POPE, | **ORDER TO PERMIT DEFENDANT'S TRAVEL TO THE PRESIDENTIAL INAUGURATION**

Defendant.

# ORDER

Pending before this Court is the defendant's Motion to Travel to the Inauguration.

The defendant shall be allowed to travel to and within the District of Columbia between

January 19 and January 21, 2025, and to attend the Presidential Inauguration on January 20,

and to return home to Kansas.

**IT IS SO ORDERED.**


Dated:_____          _____
                                       Rudolph Contreras
                                       UNITED STATES DISTRICT JUDGE