UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No.: 21-128 (RC) |
| v. | : | |
| | : | |
| WILLIAM POPE, | : | Document No.:   383 |
| | : | |
| *Defendant.* | : | |

### ORDER

On March 5, 2021, the Court ordered Conditions of Release as to William Pope, which includes a pretrial condition restricting him from travel to Washington, D.C. "except for Court, meetings with [his attorney], or PSA business." *See* ECF No. 16 at 2. Despite this travel condition, upon consideration of Mr. Pope's motion, the government's opposition thereto, and the entire record herein including the fact that Mr. Pope is not charged with assault or vandalism-related charges, it is hereby **ORDERED** that Mr. Pope's Motion to Travel to the Presidential Inauguration (ECF No. 383) is **GRANTED** and he is authorized to travel to Washington, D.C. from January 19, 2025 through January 21, 2025 for the Presidential Inauguration. All other conditions of release remain unchanged.

**SO ORDERED**.

Dated: January 7, 2025

RUDOLPH CONTRERAS
United States District Judge