# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## NOTICE TO THE COURT REGARDING STIPULATIONS

Four years ago today, I reported my presence at the Capitol to the FBI. However, this has become a point of contention in this case because when the government charged me, FBI Case Agent Clay Chase lied to the Court in ECF No. 1-1 at 4, that I had not reported myself until January 12, 2021, after local news began reporting my presence.

However, the government has a copy of my phone data. They know that I did not access the FBI tips website after January 9. 2021, and they know that I was discussing self-reporting with my brother on January 8, 2021. Still the government has attempted to perpetuate this and other lies they first told in my charging documents in an attempt to salvage the reputation of Agent Chase (who was also the agent responsible for failing to preserve the bodycam recordings from my arrest – as I noted in ECF No. 310). Last year, the government finally agreed to stipulate that Agent Chase lied about my report date, but after my initial trial date was continued, AUSA Kearney withdrew that stipulation in order to perpetuate the government's lies.[1]

---

[1] Per the Court's Order No. 240 for a Joint Pretrial Statement, I endeavored to work with the government on several proposed stipulations, and I was willing to partially concede some if modifications were made, however, no stipulations were ultimately agreed upon. Prior to my trial being continued from the original July date, it seemed as if we were on track to agree to several stipulations, but right before we had to file the Joint Pretrial Statement (ECF No. 372), the government became unwilling to make the minor modifications I requested, and the government also rejected all of my proposed stipulations. The prosecution has been impossible to work with in this case.

So in this Notice to the Court, I do want to note for the record that the government originally did stipulate to the date that I reported myself to the FBI, which I sent in on January 9, 2021, the first full day I was back home in Kansas.

Even though the government has now retracted their stipulation regarding my report date, I am including AUSA Benet Kearney's email from June 25, 2024. The American people should see for themselves that the government did at one point stipulate to the correct date. Sadly, the government had a severe allergic reaction to the truth and retreated back to their original lie from the charging document, which is an egregious, stinking defecation upon the justice system. No American should ever have to put up with nonsense like this from the government!



Figure 1: This June 25, 2024, email stands as AUSA Kearney's brief moment of clarity and truth, which she has sadly now retracted to perpetuate the government's lie. But the fact remains that she conceded that I reported myself on January 9, 2021.

The false date the government reported in my charging documents has always been a complete government lie to defame my character! From the very beginning the government's

priority has been to craft a false and unethical narrative about me in order to damage me and put me at risk of conviction, even though doing so violates the standards of justice.

As I noted when I self-reported, I was at the Capitol to exercise First Amendment rights, I was not violent on January 6, I damaged no property, and I am loyal to the United State of America. On January 7, 2021, the government advised those who were present to report themselves and said that those who did would be treated well. I wish I wouldn't have believed them, because that was a complete lie by the government, and they instead indicted me on 30 years worth of federal charges for being entirely peaceful. I have already beaten 21.5 years of those charges pre-trial, and I will soon beat the rest, but I would caution all Americans this: never self-report, certainly not before speaking with an attorney, because the government has demonstrated in the January 6 cases that they are not credible and that they wish only to maliciously weaponize the judicial process against good American citizens.

Respectfully submitted to the Court for the record,

By: William Pope

/s/

William Pope
Pro Se Officer of the Court
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on January 9, 2025.
/s/
William Alexander Pope, Pro Se