**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.21-cr-128 (RC)** |
| | : | |
| **WILLIAM POPE, and** | : | |
| **MICHAEL POPE,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

Pursuant to the motion filed by the United States, ECF 388, it is hereby ordered that the

Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
HONORABLE RUDOLPH CONTRERAS
United States District Court Judge