## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 1:21-CR-00128-RC |
| v. | **ORDER TO PROVIDE CASE FILES AND OTHER REQUESTED ITEMS TO THE DEFENDANT** |
| WILLIAM POPE, | |
| Defendant. | |

# ORDER

Pending before this Court is the defendant's motion to compel the government to provide a full copy of the government's case files to the defendants, as well as other requested items. Since this was a wrongful and malicious prosecution, this motion is granted in full.

**IT IS SO ORDERED.**

Dated:_____

_____
Rudolph Contreras
UNITED STATES DISTRICT JUDGE