UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 21-cr-128 (RC) |
| ) | |
| ) | |
| WILLIAM POPE, ) | |
| Defendant. ) | |
| ) | |

## Motion to Withdraw

Undersigned counsel entered her appearance as standby counsel for the Defendant, William Pope, on August 8, 2022, after appointment by this Court to assist Mr. Pope with discovery access in his case. For over two and a half years, undersigned counsel served as standby counsel to Mr. Pope, specifically working to facilitate his review of highly sensitive materials provided by the government in discovery. On January 21, 2025, the government filed a Motion to Dismiss the Indictment in Mr. Pope's case with prejudice (ECF 388) and it was granted by this Court (ECF 389) the same day. Thereafter, Mr. Pope filed a Response to the Order of the Court (ECF 390), a Motion to Compel Notice to the Court regarding Order no. 239 and a New Motion to Produce Various Case Files (ECF 391), a Second Motion for Sanctions Against the Government and Notice of Reinstatement of First Motion for Sanctions (ECF 393) and replies to each (ECF 395 and 397). The motions, in part, request access to the full investigative file and discovery in this case, which would include the discovery undersigned counsel possesses which was determined to be highly sensitive by the government in accordance with the initial protective order and to which Mr. Pope has never been given direct access. This present motion is necessitated because undersigned counsel has accepted a job offer to become an employee of the United States government and must withdraw as court

appointed standby counsel for Mr. Pope.  The defendant has been informed of this motion pursuant to the local rules.  Despite this motion to withdraw, undersigned counsel is prepared to comply with any order issued by this Court regarding access to these files for Mr. Pope.

Wherefore, undersigned counsel respectfully requests that she be released from the case and the motion to withdraw be granted.

Respectfully submitted,

NICOLE CUBBAGE

By:   /s/*Nicole Cubbage*
Nicole Cubbage
DC Bar No. 999203
712  H St. N.E., #570
Washington, D.C.  20002
Phone:   703-209-4546
Cubbagelaw@gmail.com
Standby Attorney for Mr. Pope

CERTIFICATE OF SERVICE

I hereby certify on the 29th day of May, 2025, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

/s/*Nicole Cubbage*
Nicole Cubbage