# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>Defendant. | Case No.: 1:21-cr-00128-RC |

## NOTICE TO THE COURT REGARDING RECONSIDERATION

On August 3, 2025, I filed a motion for reconsideration (ECF No. 401) of the Court's Order No. 399, which prevented me from keeping certain files in my case notes. Notably, no other January 6 defendant had been given that same conditions under the protective order.

Nearly three weeks have passed since that filing, and the government has declined to oppose my motion for reconsideration. Per local rule LCrR 47(b), the Court may now treat my motion for reconsideration as being conceded by the government. Regardless, since the government is no longer opposed to me keeping these files, this matter seems to be resolved, and the previous rulings on this matter are apparently moot.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Distinguished Pro Se Emeritus
Topeka, Kansas

Certificate of Service

I certify a copy of this was filed electronically for all parties of record on August 22, 2025.

/s/

William Alexander Pope, Pro Se