AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-CR-00128 (RC) |
| William Pope | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                                                                     .

Date:      08/28/2025

Michael Toogun
*Attorney's signature*

Michael Toogun, IL Bar 6310341
*Printed name and bar number*
United States Attorney
601 D Street, NW
Washington, DC 20530

*Address*

michael.toogun@usdoj.gov
*E-mail address*

(202) 252-7060
*Telephone number*

*FAX number*
