UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Criminal No. 21-cr-00128 (RC) |
| v. : | |
| : | |
| WILLIAM POPE, : | |
| Defendant. : | |

**UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO RECONSIDER ORDER NO. 399 GRANTING THE GOVERNMENT'S MOTION FOR RETURN OF SENSITIVE MATERIALS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that it be granted until September 11, 2025 to file its response to defendant's "Motion to Reconsider Order No. 399 Granting the Government's Motion for Return of Sensitive Materials" (hereinafter "Motion to Reconsider"). Defendant is not represented by counsel and is *pro se*, thus the government has not ascertained defendant's position on this motion. In support of this request, the government respectfully submits the following:

1. On August 3, 2025, defendant filed a "Motion to Reconsider." [ECF No. 401]. On August 22, 2025, the Court ordered the government to respond to defendant's motion by August 29, 2025. On August 28, 2025, the undersigned was assigned to the case and entered a notice of appearance on behalf of the United States.

2. The Assistant United States Attorney (AUSA) who previously handled this matter is no longer at the United States Attorney's Office for the District of Columbia and thus the government did not receive notice of the Defendant's

1

       Motion or this Court's Order to Respond until August 28, 2025. In accordance with the regular practice of the United States Attorney's Office, this motion will be handled by an AUSA assigned to the Special Proceedings Division. The undersigned counsel, who is assigned to the Special Proceedings Division, entered his notice of appearance on August 28, 2025.

3. Undersigned counsel is not familiar with the instant case. Hence, the United States seeks an extension of time to allow undersigned counsel sufficient time to review the case file and defendant's motion and to research and prepare the government's response.

4. The Special Proceedings Division continues to be tasked with responding to almost all post-conviction motions filed in District Court and D.C. Superior Court. The number of post-conviction motions has more than doubled over the past five years, in large part due to sentence reduction motions, including compassionate release motions and motions filed pursuant to the Incarceration Reduction Amendment Act ("IRAA"), while the Division's staffing level has stayed largely the same. As a result, the AUSAs assigned to the Special Proceedings Division are handling heavy caseloads and are responsible for handling all the hearings associated with their cases.

5. This is the government's first motion for an extension.

6. Based on the foregoing, the United States respectfully requests until September 11, 2025, to file its response. Recognizing that the Court wishes to address this matter as expeditiously as possible, the United States will endeavor to file its response sooner than that date if reasonably possible.

7. A proposed Order is attached.

          Respectfully submitted,

          JEANINE FERRIS PIRRO
          United States Attorney

          KACIE M. WESTON
          Assistant United States Attorney
          Chief, Special Proceedings Division

          */s/Michael Toogun*
          MICHAEL TOOGUN
          Assistant United States Attorney
          Special Proceedings Division
          IL Bar No. 6310341
          601 D Street, N.W.
          Washington, D.C. 20530
          202-252-7060
          michael.toogun@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused service of the foregoing motion and proposed order to be made through the Court's Electronic Case Filing system on August 28, 2025. I further certify that I caused a copy of the foregoing motion and proposed order to be sent by electronic mail to William Pope, will@freestatekansas.com.

          */s/Michael Toogun*
          MICHAEL TOOGUN
          Assistant United States Attorney