# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>Defendant. | Case No.: 1:21-cr-00128-RC |

## RESPONSE TO THE GOVERNMENT'S MOTION FOR AN EXTENTION TO FILE, AND CROSS-MOTION TO RESCIND ORDER TO FILE

**Background**

On August 3, 2025, I filed ECF No. 401, a motion for the Court to reconsider Order No. 399, which has made me the only former January 6 defendant who is required to return discovery files that have been designated by the government as sensitive. On August 22, 2025, I noticed the Court that the government had failed to respond to my motion within fourteen days as required by local rules, LCrR 47(b), and that since the government had not opposed my motion, the Court was justified in treating it as conceded. However, rather than accepting that concession, the Court instead ordered the government to respond to my motion by August 29, 2025. Now, the government has filed a motion for an extension of time to respond (ECF No. 404), and seeks an additional fourteen days to draft a response.

**Response and Cross-Motion**

Assistant United States Attorney Michael Toogun has attested in ECF No. 404 that he has just today, August 28, 2025, been assigned to respond to my motion for reconsideration (ECF No.

401), despite the Court ordering on August 22 that the government respond by August 29. While this late assignment is likely no fault of Mr. Toogun, it does demonstrate that the government is very unmotivated to file a response to this matter, and it seems that the government may only be doing so because they have been ordered to respond by the Court.

    Mr. Toogun has also noted that the "(AUSA) who previously handled this matter is no longer at the United States Attorney's Officer," and that because of that the government did not receive notice of my motion. I am not sure which AUSA Mr. Toogun is referring to, as previously there were four U.S. Attorneys and nine AUSAs who made an appearance in my case (plus Greg Rosen who ranted in a sealed filing – ECF No. 141 – without making an appearance). Of those AUSAs, four of them never filed a motion to withdraw and are still listed as "attorneys to be noticed." They are: Jennifer Blackwell, Benet Kearney, Kelly Moran, and Matthew Beckwith. It seems strange that none of these four is still at the DOJ to notice the government about my motion on this matter, unless they have been fired for cause (which would not be undeserved). And if all these have all been fired for cause, this only adds support to my motion for reconsideration, since these are the attorneys who moved to claw back these files in the first place. If the government considers their judgement to be poor and not fit for employment, that assessment would also encompass their poor performance in my case and the matter I am currently seeking reconsideration of.

    If these AUSAs left the DOJ while there were still pending motions in my case and the government did not care enough about this matter to have another AUSA enter an appearance until now (and they have only done so because they were ordered to respond by the Court). This apathy by the government on this matter demonstrates lack of opposition and intent to concede.

AUSA Toogun has also admitted that he and his division are incredibly overworked. It seems clear that he would prefer to not respond, he is only doing so because it has been ordered by the Court. Apparently, nobody else in the DOJ wanted to respond to it either, since they have kicked it to Mr. Toogun at the last minute, and put him in this unfortunate situation.

With all these things considered, I move that the Court deny the government's motion for an extension to file, and instead (with consideration of the government's obvious lack of desire to respond), rescind the Court's order for the government to respond to my motion for reconsideration. Furthermore, I move that the Court treat my motion for reconsideration as being conceded by the government in accordance with LCrR 47(b).

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Distinguished Pro Se Emeritus
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on August 28, 2025.
/s/
William Alexander Pope, Pro Se