# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## SECOND NOTICE TO THE COURT REGARDING RECONSIDERATION

On August 22, 2025, this Court ordered the government to respond to my motion for reconsideration (ECF No. 401) by August 29, 2025. The government made no response.

Previously, the government failed to respond to ECF No. 401, within fourteen days ("or as such time as the Court may direct") as required by the local rules of procedure, LCrR 47(b). Per local rules, this lack of opposition within the Court's directed time to respond may be considered by the Court as the government's second concession of ECF No. 401.

The government acknowledged in ECF No. 404, that they were aware of the Court's order to respond, and the sought an extension of time to file. However, the Court did not grant an extension, and in lieu of an extension the government chose not to file by the ordered date.

It's clear that the government has no desire to oppose my motion, and according to Mr. Toogun (in ECF No. 404), the only persons who did seek to claw back discovery (which relates to my current motion for reconsideration) are no longer employed by the government.[1]

---

[1] Though I am filing this only in my personal capacity, and not on behalf of the government, I do find it ironic that the prosecutors who wanted to claw these files back are no longer federal employees, while I now am.

Therefore, this Court should realize that my motion for reconsideration is unopposed by the government, should treat it as being conceded, and should grant my motion and allow me to keep the disputed discovery files since every other former defendant is allowed to keep these same files in their case records in accordance with the protective order.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Distinguished Pro Se Emeritus
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on August 30, 2025.
/s/
William Alexander Pope, Pro Se