# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-cr-00128
)
William Alexander Pope )

## NOTICE OF APPEAL

Name and address of appellant:   William Pope
1106 NW Jackson St.
Topeka, Kansas 66608

Name and address of appellant's attorney:   I, the appellant, am representing myself.

Offense:   I defeated all of the allegations but am trying to resolve remaining matters pertaining to the return of discovery.

Concise statement of judgment or order, giving date, and any sentence:

I am appealing the Court's Order No. 399 (Memorandum No. 400), and subsequent minute order from September 25, 2025, and previous related orders, which pertain to the return of discovery since the Court has selectively and unreasonably placed these excessive conditions on only one January 6 defendant, which is me. I further request to be permitted to file any appeals paperwork electronically, as I have done in the D.C. District Court.

Name and institution where now confined, if not on bail:   N/A - I won

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

October 6, 2025                                         *[signed] William Pope*
DATE                                                              APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [✔]
PAID USDC FEE  [ ]
PAID USCA FEE  [ ]

Does counsel wish to appear on appeal?                    YES [ ]   NO [ ]
Has counsel ordered transcripts?                          YES [ ]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]   NO [ ]