# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## NOTICE TO THE COURT REGARDING PACER MALFUNCTION

On October 7. 2025, a NOTICE OF ERROR was posted by the Court to the docket regarding my recently filed Notice of Appeal. That message instructed me to, "Please refile using the event Appeal Documents: Notice of Appeal."

I am informing the Court that the 'Appeal Documents: Notice of Appeal' functionality is not working for me on the backend of PACER. When I click 'Appeal' on the menu, it does not give an option to submit a Notice of Appeal. I suspect this is because your Information Technology staff currently have the function disabled for Pro Se defendants. Earlier in this case, court staff complained about me not filing motions under the 'motions' function in PACER before I pointed out to them that it was not working and they realized that they had disabled it for Pro Se defendants. As with this entire case, the problem is on your end, not mine!

If the Court fixes its broken appeal functionality in PACER, I will be happy to refile, otherwise, I have already filed my Notice of Appeal using the PACER functionality that was available to me (a response to the Court's order), and regardless of what it is filed under, it is the Court's obligation to forward it to the Appellate Court. My Constitutional right to appeal predates the existence of PACER, and your IT problems do not nullify my due process rights!

Figure out a way to make my due process rights work!

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Distinguished Pro Se Emeritus
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on October 8, 2025.
/s/
William Alexander Pope, Pro Se