# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>Defendant. | Case No.: 1:21-cr-00128-RC |

## NOTICE TO THE COURT REGARDING APPEAL FILING FEE

On October 10, 2025, the Court transmitted my Notice of Appeal but also noted on the docket that the appeal fee had not yet been paid. I would like to remind the Court that I qualified for appointed counsel under the Criminal Justice Act, and that on my Notice of Appeal, I checked the box indicating that no fee was required because I qualified for CJA.

However, since I am also now a furloughed federal employee, I am including Exhibit 1, which is a letter from the United States Department of the Interior addressed "To Whom It May Concern," asking you to consider my current financial situation in light of the government shutdown. So, at the request of the United States government, please make other arrangements as it pertains to the appeal filing fee.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope

Distinguished Pro Se Emeritus

Topeka, Kansas

<u>Certificate of Service</u>
I certify a copy of this was filed electronically for all parties of record on October 13, 2025.
<u>/s/</u>
William Alexander Pope, Pro Se