

**United States Department of the Interior**
OFFICE OF THE SECRETARY
Washington, DC 20240

October 8, 2025

To Whom It May Concern:

On October 1, 2025, many federal agencies were partially shut down due to a lapse of appropriations. As a result, most employees of the U.S. Department of the Interior are furloughed (i.e., in a non-duty/non-pay status).

Furloughed employees received an official notice from the Department documenting their status. Employees will receive pay by October 16, 2025, for work performed prior to the shutdown. At present, we cannot predict when pay may resume for furloughed employees. Interior employees affected by the partial government shutdown may face temporary hardship in meeting their financial obligations. Financial institutions have been encouraged to consider prudent workout arrangements that increase the potential for creditworthy borrowers to meet their obligations. It is in the long term best interests of both financial institutions and their customers to work out a set of feasible payment terms during this temporary situation, which is beyond our employees' control.

This cover letter is intended to be used in conjunction with an official furlough notification as well as any other employer-related identification or proof of employment that a creditor may request from an affected employee. You may verify an individual's employment status by emailing doi_office_of_human_resources@ios.doi.gov.

We appreciate your patience and consideration toward our employees during this time when they may be negatively affected by the government-wide shut down.

Sincerely,

Jennifer A. Ackerman

Deputy Chief Human Capital Officer

U.S. Department of the Interior