# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00128-RC |
| v. | |
| WILLIAM ALEXANDER POPE, | |
| Defendant. | |

## MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

On October 15, 2025, the United States Court of Appeals for the District of Columbia ordered me to either pay a $605 appellate docketing fee or to file a motion to proceed in forma pauperis. As my finances have been destroyed by the government's weaponization against me for four years, and since this Court failed to stop such destructive weaponization, I am so moving. This Court already possesses via Pre-trial Services a statement of my finances demonstrating my qualifications for appointed counsel under the Criminal Justice Act. My finances have only deteriorated in the years since then, and I was forced to take on debt in order to fight this case and WIN. Despite my ultimate victory and vindication, this Court's allowance of weaponization in the justice system has left me impoverished, and the only way for me to pay the $605 fee would be to go further into debt. Had this Court not made the terrible decision to order the return of discovery – an order which makes me the only defendant targeted in such a way – I would not even need to appeal for better judgment. But having allowed my finances to be crushed, a single judge in the D.C. District has also deviated from the standard protective order to deprive me of the record of the legal battle that I fought these last four years to survive.

Therefore, I have no choice but to appeal that order and to move to do so in forma pauperis.

In my notice of appeal, I checked the box noting that I qualify for a fee waiver under CJA. Additionally, I noted in ECF No. 413 that I am currently not receiving any income because I am furloughed from my job with the National Park Service during the government shutdown, and I am missing the paychecks that I need to pay off debts this Court caused me to accumulate.

I therefore move for this Court to waive the fee for appeal.

Should this Court deny my motion to proceed in forma pauperis, I intend to renew the same motion in the Court of Appeals, which that Court has allowed in their order for this motion.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Distinguished Pro Se Emeritus
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on October 30, 2025.
/s/
William Alexander Pope, Pro Se