# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM ALEXANDER POPE,<br><br>                    Defendant. | Case No.: 1:21-cr-00128-RC |

## SECOND MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

On October 6, 2025, I appealed this Courts order to return discovery. That notice was transmitted to the Court of Appeals on October 10, and On October 15, the United States Court of Appeals for the District of Columbia ordered me to either pay a $605 appellate docketing fee or to file a motion to proceed in forma pauperis. I filed such a motion in this District Court on October 30, 2025, but the Court denied it the next day, requiring me to wait to refile until the government shutdown had ended and I was no longer in furlough status.

The vote in Congress was beyond my control as an appellant, but the Court's condition for me refiling this motion was met on the night of November 12, 2025, when President Trump signed the continuing resolution to fund the government. On November 13, 2025, I returned to work for the National Park Service at Tallgrass Prairie National Preserve. However, November 13 was already scheduled to be the last day of my season at the park, so while I remain eligible for non-competitive rehire with the NPS next summer, I am now unemployed.

This Court required that I provide updated financial information in this second motion to proceed in forma pauperis. At this time, I continue to have living expenses, I have no job, my income from other work averages less than $200 per month, my debts exceed my liquidity, and I

had to add to my debt by taking out additional loans during the furlough. As I attested truthfully in my previous motion, the government's weaponization against me in this case caused me great financial damage and the continuing defamation has resulted in permanent career damage. For instance, after my arrest, Kansas State President Richard Myers terminated my employment from teaching (when he was somehow able to obtain a copy of the Statement of Facts before it had been unsealed by this Court), and I have not been able to get a similar teaching position since. As previously noted, my finances have deteriorated from when I qualified for Court appointed counsel under the Criminal Justice Act. Even though I won this case, the lingering financial struggle remains, and the $605 filing fee would be a hardship that would only increase my debts.

I therefore move the Court this for a second time to waive the filing fee and allow me to proceed on appeal in forma pauperis. If denied once more, I will move again in the Circuit Court.

Respectfully submitted to the Court,

By: William Pope

/s/

William Pope
Distinguished Pro Se Emeritus
Topeka, Kansas

Certificate of Service
I certify a copy of this was filed electronically for all parties of record on November 14, 2025.
/s/
William Alexander Pope, Pro Se